# **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (___) |
| In re:<br><br>AKORN INTERMEDIATE COMPANY LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10254 (___) |
| In re:<br><br>AKORN OPERATING COMPANY LLC<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10255 (___) |

**ORDER (I) EXTENDING TIME TO FILE (A) SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS AND (B) RULE
2015.3 REPORTS, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] filed by the Debtors for entry of an order (i) extending the deadline to file the Schedules and Statements without prejudice to the Debtors' ability to request additional time should it become necessary to do so, and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Motion.

28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. In accordance with section 521 of the Bankruptcy Code, Bankruptcy Rules 1007(a)(5) and 1007(c), and Local Rule 1007-1(b), the time by which the Debtors shall file their Schedules and Statements is extended by an additional forty-five (45) days, through and including March 31, 2023. Such extension is without prejudice to the Debtors' rights to request further extensions.

3. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

30142782.3