IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC,[1] | ) | Case No. 23-10253 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| AKORN INTERMEDIATE COMPANY LLC, | ) | Case No. 23-10254 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 7 |
| AKORN OPERATING COMPANY LLC, | ) | Case No. 23-10255 (KBO) |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to an ad hoc group of term loan lenders (the "Term Lender Group") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), parties in interest in the above-captioned chapter 7 cases (collectively, the "Chapter 7 Cases"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

DOCS_DE:242422.3 02542/001

to be given in the Chapter 7 Cases, and all papers served or required to be served in the Chapter 7 Cases, be given and served upon the following:

| | |
|---|---|
| Scott J. Greenberg<br>Steven A. Domanowski<br>Matthew J. Williams<br>C. Lee Wilson<br>AnnElyse Scarlett Gains<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 351-4000<br>Facsimile:  (212) 351-4035<br>Email:  sgreenberg@gibsondunn.com<br>            sdomanowski@gibsondunn.com<br>            mjwilliams@gibsondunn.com<br>            clwilson@gibsondunn.com<br>            agains@gibsondunn.com | Laura Davis Jones<br>Peter J. Keane<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>            pkeane@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 7 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or the Term Lender Group.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in the Chapter 7 Cases, shall be deemed or construed as a waiver:  (i) of any rights of the Term Lender Group to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 7 Cases or any case, controversy, or proceeding

2

related to the Chapter 7 Cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of the Term Lender Group, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

Dated: February 24, 2023
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      pkeane@pszjlaw.com

-and-

GIBSON, DUNN & CRUTCHER LLP
Scott J. Greenberg
Steven A. Domanowski
Matthew J. Williams
C. Lee Wilson
AnnElyse Scarlett Gains
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: sgreenberg@gibsondunn.com
      sdomanowski@gibsondunn.com
      mjwilliams@gibsondunn.com
      clwilson@gibsondunn.com
      agains@gibsondunn.com

*Counsel to the Term Lender Group*