IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| In re:<br><br>AKORN INTERMEDIATE COMPANY LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-10254 (KBO) |
| In re:<br><br>AKORN OPERATING COMPANY LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-10255 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned as proposed counsel for George L. Miller, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certifies as follows:

1. The above-captioned Debtors' Estates were assigned certain omnibus hearing dates to be held before the Honorable Karen B. Owens, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801 (the "Bankruptcy Court").

2. Attached hereto is a proposed Order (the "Omnibus Hearing Order") that states with specificity the date and time of each omnibus hearing presently scheduled subject to Court approval.

3. Hearing participants should consult the Honorable Karen B. Owens' Chamber Procedures located on the Bankruptcy Court's website.

https://www.deb.uscourts.gov/sites/default/files/judge/Judge%20Karen%20B.%20Owens/General%20Chambers%20Procedures%20%28dated%20October%203%2C%202022%29.pdf

4. The Trustee respectfully requests that the proposed Order be entered at the earliest convenience of the Court.

Dated:  March 7, 2023                                             COZEN O'CONNOR

                                                                  By:   */s/ John T. Carroll, III*
                                                                        John T. Carroll, III (DE No. 4060)
                                                                        1201 N. Market Street
                                                                        Suite 1001
                                                                        Wilmington, DE  19801
                                                                        (302) 295-2028 Phone
                                                                        (302) 295-2013 Fax No.
                                                                        jcarroll@cozen.com

                                                                        *Proposed Counsel to George L. Miller,*
                                                                        *Chapter 7 Trustee*