# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> AKORN HOLDING COMPANY LLC, <br> Debtor. | Chapter 7 <br> Case No. 23-10253 (KBO) <br> **Related Doc. No. 22** |
| In re: <br> AKORN INTERMEDIATE COMPANY LLC, <br> Debtor. | Chapter 7 <br> Case No. 23-10254 (KBO) <br> **Related Doc. No. 20** |
| In re: <br> AKORN OPERATING COMPANY LLC, <br> Debtor. | Chapter 7 <br> Case No. 23-10255 (KBO) <br> **Related Doc. No. 21** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date is scheduled in the above-captioned cases before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801.

| DATE | TIME |
|---|---|
| | |
| April 13, 2023 | 10:00 a.m. (ET) |

**Dated: March 7th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**