**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO) |
| In re:<br><br>AKORN INTERMEDIATE COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10254 (KBO) |
| In re:<br><br>AKORN OPERATING COMPANY LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10255 (KBO) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Prestige Consumer Healthcare, Inc. ("Prestige") in the above-captioned chapter 7 cases (collectively, the "Chapter 7 Cases"), and request that all notices given or required to be given in the Chapter 7 Cases, and all papers served or required to be served in the Chapter 7 Cases, be given and served upon the following:

Christopher M. Winter (DE 4163)
James C. Carignan (DE 4230)
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
cmwinter@duanemorris.com
jccarignan@duanemorris.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 7 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge, which affects the Debtors, their property or Prestige.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, nor any later appearances, pleadings, proofs of claim, claims, or suits filed in or in connection with the Chapter 7 Cases, shall be deemed or construed as a waiver: (i) of any rights of Prestige to (a) have final orders in any non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceeding so triable in the Chapter 7 Cases or any case, controversy, or proceeding related to the Chapter 7 Cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (ii) of any other rights (including setoff and recoupment), claims, actions, and defenses of Prestige, either in law or in equity, under any agreements or otherwise, all of which rights, claims, actions, and defenses are expressly reserved.

| | |
|---|---|
| Dated: March 8, 2023<br>Wilmington, Delaware | DUANE MORRIS LLP<br><br>*/s/ James C. Carignan*<br>Christopher M. Winter (DE 4163)<br>James C. Carignan (DE 4230)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>cmwinter@duanemorris.com<br>jccarignan@duanemorris.com<br><br>*Counsel to Prestige Consumer Healthcare, Inc.* |