**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>Akorn Holding Company, LLC<br><br>Debtor | Case No. 23-10253-KBO<br><br>Chapter 7 |

## NOTICE OF TELEPHONIC 341 MEETING

PLEASE TAKE NOTICE the Section 341 First Meeting of Creditors (the "Meeting") scheduled for the subject debtor will be held telephonically on 4/07/2023 at 11:00 AM. Parties wishing to participate in the section 341 meeting should use the following dial in instructions:

The call-in number for Trustee Miller is **1-888-456-5124**

Participant Passcode:  **4466989#**

**Joining a conference:**

1. Call in at least 10 minutes before your scheduled meeting time.
2. You must use a touch-tone phone.
3. If you have a choice, use a landline phone, instead of a cell phone.
4. Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
5. Make the call from a quiet area where there is as little background noise as possible.
6. Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
7. Unmute your phone when the trustee calls your case so that the trustee can hear you.
8. Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
9. When speaking, identify yourself.
10. Do not put the phone on hold at any time after the call is connected.
11. Once your meeting of creditors is finished, hang up.
12. If you become disconnected before your meeting of creditors is finished, call back.
13. If you are calling in from another country, please see the additional information available at the following link:

    https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors.  These documents should include information sufficient for the trustee to verify the debtor's SSN.  Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

Dated: March 23, 2023                    */s/ George L. Miller*
                                                    George L. Miller
                                                    1628 John F. Kennedy Blvd.
                                                    Suite 950
                                                    Philadelphia, PA 19103
                                                    (215) 561-0950
                                                    Trustee in Bankruptcy