IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC,<br>*et al.*,<br><br>                    Debtors. | Jointly administered<br><br>Chapter 7<br>Case Nos. 23-10253 (KBO), *et seq.* |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the counsel set forth in this Notice hereby appears as counsel for certain Thermo Fisher Scientific entities, including Thermo Fisher Scientific, Inc., Fisher Scientific Company, L.L.C., Patheon Manufacturing Services, L.L.C., Patheon Pharmaceuticals, Inc., Patheon, Inc., and PPD Development, L.L.C. (collectively, the "**Creditors**"), in the above-referenced matters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given to the Creditors in this case can be served upon:

| | |
|---|---|
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>TUCKER ARENSBERG, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Phone: 412-594-5525<br>Fax: 412-594-5619<br>Email:      bmanne@tuckerlaw.com<br>        mthomas@tuckerlaw.com | Adam Hiller, Esquire<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petition, disclosure statements, plans of reorganization, answer or reply papers, memoranda or briefs in support of any of the foregoing, and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

PLEASE TAKE FURTHER NOTICE that the Creditors intend that neither this Notice of Appearance and Request for Service of Papers, nor any later appearance, claim, or suit shall waive (1) the rights of the Creditors to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) the rights of the Creditors to trial by jury in any proceeding so triable in this case or any other case, controversy, or proceeding related to this case; (3) the rights of the Creditors to request that the United States District Court withdraw the reference or abstain in any matter subject to mandatory

or discretionary withdrawal or abstention; (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled to under agreements, in law, at equity, or otherwise, all of which are expressly reserved; (5) any objection to the jurisdiction of this Bankruptcy Court for any purpose; and (6) any election of remedy.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Bankruptcy Rules.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in this case or any controversy or proceeding related hereto.

Dated: March 23, 2023
Wilmington, Delaware

HILLER LAW, LLC

**/s/ Adam Hiller**
Adam Hiller, Esquire
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
Phone: 302-442-7677
ahiller@adamhillerlaw.com

-and-

TADMS:5339667-1 031795-178539

3

>Beverly Weiss Manne, Esquire
>Maribeth Thomas, Esquire
>TUCKER ARENSBERG, P.C.
>1500 One PPG Place
>Pittsburgh, PA 15222
>Phone: 412-594-5525
>Fax: 412-594-5619
>Email:   bmanne@tuckerlaw.com
>            mthomas@tuckerlaw.com
>
>*Counsel for the Creditors*