# **PROPOSED FORM OF ORDER**

ME1 44425737v.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING MOTION OF HYG FINANCIAL SERVICES, INC. FOR RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION

Upon review and consideration of the Motion of HYG Financial Service, Inc. ("HYG") for Relief from the Automatic Stay or, alternatively, for Adequate Protection (the "Motion"), and any responses thereto; and sufficient cause appearing therefor; it is hereby

ORDERED, that the automatic stay under 11 U.S.C. §362 is hereby lifted for cause in order to permit HYG to recover its Equipment pursuant to the Agreement.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

ME1 44425737v.2