# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) <br><br> Hearing: Apr. 13, 2023 at 10:00 a.m. EDT <br> Obj. Deadline: Apr. 6, 2023 at 4:00 p.m. EDT |

## NOTICE OF MOTION OF HYG FINANCIAL SERVICES, INC. FOR RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION

**PLEASE TAKE NOTICE** that HYG Financial Services, Inc. ("HYG"), by and through its attorneys, in the above-captioned, jointly administered cases filed the *Motion for Relief from the Automatic Stay or, Alternatively, for Adequate Protection* (the "Motion"), which seeks relief from the automatic stay imposed under section 362 of title 11 of the United States Code. You are being served with a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on April 13, 2023 at 10:00 a.m. prevailing Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received on or before April 6, 2023 at 4:00 p.m. prevailing Eastern Time.

---

1. The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response upon counsel to HYG at the address provided below.

> Kate Roggio Buck
> McCarter & English, LLP
> 405 N. King Street, 8th Floor
> Wilmington, DE  19801
> Phone: (302) 984-6300
> Fax:    (302) 984-6399
> Email:  kbuck@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

| | |
|---|---|
| Date:  March 27, 2023<br>Wilmington, DE | **McCARTER & ENGLISH LLP**<br><br>*/s/ Kate Roggio Buck*<br>Kate Roggio Buck (DE #5140)<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6300<br>Facsimile:   (302) 984-6399<br>Email: kbuck@mccarter.com<br><br>*Attorneys for HYG Financial Services, Inc.* |