# CERTIFICATE OF SERVICE

I, Kate Roggio Buck , certify that on March 27, 2023, I caused a true and correct copy of the foregoing *Motion HYG Services, Inc. for Relief from the Automatic Stay or, Alternatively, for Adequate Protection* to be served upon the below listed parties via electronic mail.

> */s/ Kate Roggio Buck*
> Kate Roggio Buck (No. 5140)

Matthew Barry Lunn
Jared W Kochenash
Joseph M. Mulvihill
Young Conaway Stargatt & Taylor, LLP
Email: jkochenash@ycst.com
      mlunn@ycst.com
      jmulvihill@ycst.com

Richard L. Shepcharter
U.S. Trustee's Office
Email: richard.schepacarter@usdoj.gov

John T. Carroll, III
Cozen O'Connor P.C.
Email: jcarroll@cozen.com

ME1 44425737v.2