# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 26** |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 26

On March 14, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief* [Docket No. 26] (the "Motion"). Pursuant to the Motion, responses to the entry of the proposed form of order (the "Proposed Order") attached to the Motion were to be filed and served no later than 4:00 p.m. (ET) on March 28, 2023 (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received informal comments from George L. Miller, the chapter 7 trustee (the "Trustee"). As a result of discussions between the Debtors and the Trustee, such comments have been resolved as reflected in the revised Proposed Order attached hereto as **Exhibit A** (the "Revised Proposed Order"). For the convenience of the Court and interested parties, a blackline comparing the Revised Proposed Order to the Proposed Order is attached hereto as **Exhibit B**. No other responses were received by the Debtors.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

30265284.1

The Debtors submit that the Revised Proposed Order is appropriate and consistent with the relief requested in the Motion and their discussions the Trustee, and that the Trustee does not object to entry of the Revised Proposed Order.  Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order at its earliest convenience without further notice or hearing.

| | |
|---|---|
| Dated:  April 11, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Joseph M. Mulvihill*<br>Edmon L. Morton (No. 3856)<br>Matthew B. Lunn (No. 4119)<br>Joseph M. Mulvihill (No. 6061)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br>Email:  emorton@ycst.com<br>            mlunn@ycst.com<br>            jmulvihill@ycst.com<br>            jkochenash@ycst.com<br><br>*Counsel to the Debtors* |

30265284.1