# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 13, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

### HEARING IS CANCELLED BY PERMISSION OF THE COURT

### MATTERS BEING CONTINUED:

1. Trustee's Application for Approval of Retention of Greenhill & Co., LLC as Investment Banker and for Related Relief
   [Filed 3/22/2023; Docket No. 44]

   | | |
   |---|---|
   | Related Documents: | None |
   | Objection Deadline: | April 6, 2023 at 4:00 p.m. Extension granted to the Office of the United States Trustee ("OUST") to April 18, 2023 at 4:00 p.m. |
   | Responses Received: | (a) Informal comments received from the OUST |
   | Status: | The Trustee and the OUST have agreed to adjourn this matter to allow time to address the OUST informal comments. The parties request this matter be heard on April 24, 2023 at 9:30 a.m. |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended Agenda items appear in **bold** text.

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

2.  Debtors' Motion for Entry of Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief
    [Filed 3/14/2023; Docket No. 26]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief [Filed 4/11/2023; Docket No. 88] |
    | | (b) | Revised Proposed Order |
    | Objection Deadline: | | March 28, 2023 at 4:00 p.m. |
    | Responses Received: | | Informal comments received from the Trustee |
    | **Status:** | | **This matter is concluded.   Order has been entered by the Court.** |

3.  Application of Chapter 7 Trustee, George L. Miller to Employ Cozen O'Connor as Counsel to the Trustee Nunc Pro Tunc to February 27, 2023
    [Filed 3/16/2023; Docket No. 29]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 4/11/2023; Docket No. 86] |
    | | (b) | Proposed Order |
    | Objection Deadline: | | April 6, 2023 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is concluded.   Order has been entered by the Court. |

4. Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of February 23, 2023
   [Filed 3/16/2023; Docket No. 30]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 4/11/2023; Docket No. 87] |
   | | (b) | Proposed Order |
   | Objection Deadline: | | April 6, 2023 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

5. Debtors' Second Motion for the Entry of an Order (I) Further Extending Time to File Schedules Of Assets And Liabilities And Statement Of Financial Affairs and (II) Granting Related Relief
   [Filed 3/22/2023; Docket No. 45]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 4/10/2023; Docket No. 85] |
   | | (b) | Entered Order |
   | Objection Deadline: | | April 6, 2023 at 4:00 p.m. |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

LEGAL\62789970\2 6010823/00574256

6. Motion of HYG Financial Services, Inc. for Relief from the Automatic Stay or, Alternatively, for Adequate Protection
    [Filed 3/27/2023; Docket No. 59]

|  |  |  |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 4/10/2023; Docket No. 84] |
|  | (b) | Proposed Order |
| Objection Deadline: |  | April 6, 2023 at 4:00 p.m. |
| Responses Received: |  | None |
| Status: |  | This matter is concluded.  Order has been entered by the Court. |

Dated: April 11, 2023　　　　　　　　　　　　COZEN O'CONNOR
　　　　Wilmington, Delaware

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Proposed counsel to George L. Miller, Chapter 7 Trustee*