**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:

AKORN HOLDING COMPANY, LLC

Debtor.

Chapter 7

Case No. 23-10253-KBO
(Jointly Administered)

## NOTICE OF APPEARANCE

Please take notice that William J. Burnett of the firm, Flaster/Greenberg P.C. hereby enters an appearance on behalf of Gerresheimer Glass, LLC, Creditor, in the above-referenced bankruptcy proceeding.  Mr. Burnett hereby requests that his name be added to the mailing lists maintained by the Clerk in the above proceeding so that all notices may be given to and served upon him at the address as follows:

> William J. Burnett, Esquire
> Flaster/Greenberg P.C.
> 1007 Orange Street, Suite 400
> Wilmington, DE 19801
> Telephone: (302)351-1910
> william.burnett@flastergreenberg.com

Dated: April 19, 2023

Respectfully Submitted,

**FLASTER/GREENBERG P.C.**

1007 Orange Street, Suite 400
Wilmington, DE 19801
(302)351-1910
william.burnett@flastergreenberg.com

10453060 v1