IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br>                       Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR APRIL 24, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[2]

**If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register at least <u>two (2) hours</u> prior to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

https://debuscourts.zoomgov.com/meeting/register/vJIsduGprTIoGbbGK3oHLTrvF2f5-rYqsm8

**Topic: Akorn Holding Company LLC – Case No. 23-10253 (KBO)
When: April 24, 2023 at 9:30 a.m. (Prevailing Eastern Time)**

**<u>YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.</u>**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022.
https://www.deb.uscourts.gov/sites/default/files/judge/Judge%20Karen%20B.%20Owens/General%20Chambers%20Procedures%20%28dated%20October%203%2C%202022%29.pdf

**MATTERS GOING FORWARD:**

1. Trustee's Application for Approval of Retention of Greenhill & Co., LLC as Investment Banker and for Related Relief
   [Filed 3/22/2023; Docket No. 44]

   | | |
   |---|---|
   | Related Documents: | None |
   | Objection Deadline: | April 6, 2023 at 4:00 p.m. Extension granted to the Office of the United States Trustee ("OUST") to April 20, 2023 |
   | Responses Received: | (a) Informal comments received from the OUST |
   | Status: | The Trustee and the OUST are attempting to resolve the OUST comments prior to the hearing. In the event a resolution is not reached prior to the hearing then this matter will be adjourned and the parties will request assignment of another hearing date. |

**CONTESTED MATTERS GOING FORWARD:**

2. Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)
   [Filed 4/7/2023; Docket No. 77]

   Related Documents:
   (a) Motion to Schedule Hearing for April 24, 2023 or Alternatively Shorten Notice Period and to Schedule an Expedited Hearing Prior to April 24, 2023 with Respect to Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)
   [Filed 4/7/2023; Docket No. 78]

   (b) Order Granting Motion To Shorten Notice Period And To Schedule An Expedited Hearing With Respect To Trustee's Motion For Entry Of An Order Extending Time To Assume Or Reject Executory Contracts And Unexpired Leases Of Personal Property Pursuant To 11 U.S.C. § 365(d)(1)
   [Filed 4/10/2023; Docket No. 79]

   Objection Deadline: April 19, 2023 at 4:00 p.m.
   Extension granted to Ethypharm SAS to April 20, 2023

| | | |
|---|---|---|
| Responses Received: | (c) | Limited Objection of Qualanex, LLC to Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1) (the "Qualanex Objection") [Filed 4/19/2023; Docket No. 100] |
| | (d) | [SEALED] Ethypharm S.A.S.'S Objection to Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1) (the "Ethypharm Objection") [Filed 4/20/2023; Docket No. 102] |
| | (e) | [REDACTED] Ethypharm S.A.S.'s Objection to Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1) (the "Ethypharm Objection") [Filed 4/20/2023; Docket No. 103] |
| | (e) | Informal comments received from the United States Department of Justice representing federal agencies including HHS, CMS, VA, and DHA (the "Government Comments") |
| Status: | | This matter is going forward. The Trustee is attempting to resolve the Qualanex Objection, the Ethypharm Objection and the Government Comments prior to the hearing and anticipates submitting a modified order under Certification of Counsel. |

Dated: April 20, 2023  
      Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

4