IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>            Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Related Doc. No. 106 and 108** |

**ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING REGARDING TRUSTEE'S MOTION FOR ENTRY OF (I) AN ORDER (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS, (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE PROPOSED SALE, AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the Motion of George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates") for entry of an order shortening the notice period and setting an expedited hearing (the "Motion to Shorten")[2] to consider the Trustee's request for entry of the form of Bidding Procedures Order accompanying the *Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection With Sale of Substantially All of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Approving the Sale, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* (the "Motion"); and upon consideration of the Motion to Shorten and all pleadings related

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten

thereto; and due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Bankruptcy Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due, and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is **GRANTED**.

2. A hearing to consider the Trustee's request for entry of the Bidding Procedures Order shall be held on **April 27, 2023 at 12:30 p.m. (EST)** before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

3. Objections, if any, regarding the Trustee's request for entry of the Bidding Procedures Order may be raised at or prior to the hearing.

4. The Trustee shall serve a copy of this Order as well as a copy of the Motion upon the Notice Parties within one (1) business day of entry of this Order, and such service shall constitute adequate notice of the date and time for the hearing regarding the Trustee's request for entry of the Bidding Procedures Order.

Dated: April 21st, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**