## EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, et al., | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtors.[1] | RE: D.I. ____ |

### ORDER GRANTING ETHYPHARM S.A.S.'S MOTION TO FILE UNDER SEAL ITS OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(1)

Upon consideration of the *Ethypharm S.A.S.'s Motion to File Under Seal Its Objection to the Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Expired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "**Motion**");[2] the Court having reviewed the Motion and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Ethypharm S.A.S. is authorized to file under seal those portions of the Objection and the Declaration containing the Confidential Information.

3. Ethypharm S.A.S. is authorized to file the Agreements attached to the Declaration under seal.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to such terms in the Motion.

2

4. Ethypharm S.A.S. is authorized to file on this Court's docket and to serve on other parties in interest redacted copies of the Objection and Declaration, redacting the Confidential Information and any references thereto.

5. Ethypharm S.A.S. is authorized to take all actions necessary to effectuate the relief granted herein.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.