# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date:**     **To be assigned by the Court**<br>**Objection Date:**     **To be determined** |

## NOTICE OF MOTION REGARDING TRUSTEE'S MOTION FOR (I) AUTHORITY TO SELL CERTAIN EQUIPMENT AT CRANBURY PROPERTY FREE AND CLEAR OF INTERESTS AND (II) RELATED RELIEF

**PLEASE TAKE NOTICE** that George L. Miller, as chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (the "Debtors") has filed the *Trustee's Motion for (I) Authority to Sell Certain Equipment at Cranbury Property Free and Clear of Interests and (II) Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be filed on or before [**To be determined**] **at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on [**To be Assigned by the Court**] before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 24, 2023               COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      Simon E. Fraser (DE No. 5335)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com
      sfraser@cozen.com

      David R. Doyle (IL ARDC 6303215)
      (Admitted in IL/Not admitted in DE)
      123 N. Wacker Drive, Suite 1800
      Chicago, IL  60606
      Telephone:  (312) 474-1648
      Facsimile: (312) 382-8910
      daviddoyle@cozen.com

      *Counsel to George L. Miller, Chapter 7 Trustee*

2