**<u>Exhibit B</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No.  23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related Doc. No. _____ |

**ORDER GRANTING TRUSTEE'S MOTION FOR (I) AUTHORITY TO SELL CERTAIN EQUIPMENT AT CRANBURY PROPERTY FREE AND CLEAR OF INTERESTS AND (II) RELATED RELIEF**

This matter coming before the Court on the *Trustee's Motion to Sell Certain Equipment Free and Clear of Liens, Claims and Interests* (the "Motion," and all undefined terms herein having the meanings ascribed to them in the Motion); adequate and sufficient notice of the Motion having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto and noting that no objections were filed thereto, and having held a hearing regarding the Motion on _____, 2023 (the "Sale Hearing"); it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion and at the Sale Hearing establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.      The relief requested in the Motion is granted.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.      The terms of the Bill of Sale are approved in all respects.  The Sale of the Equipment to the Purchaser pursuant to the Bill of Sale: (i) is authorized pursuant to section 363(b) of the Bankruptcy Code, (ii) is free and clear and all interests, liens, claims, rights, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, and (iii) is in good faith pursuant to section 363(m) of the Bankruptcy Code.

3.      The Purchaser has acted in good faith with respect to the Sale for purposes of section 363(m) of the Bankruptcy Code.

4.      The Trustee is authorized to take any and all actions necessary or appropriate to consummate the sale of the Equipment pursuant to the terms of the Bill of Sale and in accordance with the Motion, the Bill of Sale and this Order.

5.      The Court shall retain jurisdiction over the parties to the Bill of Sale and the subject matter thereof in order to interpret or enforce all provisions of this Order and the Bill of Sale.

6.      Notice of the Motion as provided by the Trustee is approved, and further notice of the Motion is hereby waived for cause shown pursuant to Bankruptcy Rule 2002(a)(2).

7.      This Order shall be effective immediately and enforceable upon its entry.  For cause shown, the stay imposed by Bankruptcy Rule 6004 is hereby waived.

LEGAL\63058059\2