**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 27, 2023 AT 12:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[2]

**If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register at least two (2) hours prior to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

https://debuscourts.zoomgov.com/meeting/register/vJIsfu6qqjoqHdqOZI9Rgatdat-_r_y9T2c

**Topic:  Akorn Holding Company LLC *et al* – Case No. 23-10253 (KBO)**
**When:  April 27, 2023 at 12:30 p.m. (Prevailing Eastern Time)**

**You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**
**CourtCall will NOT be used for this hearing.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022.
https://www.deb.uscourts.gov/sites/default/files/judge/Judge%20Karen%20B.%20Owens/General%20Chambers%20Procedures%20%28dated%20October%203%2C%202022%29.pdf

LEGAL\63199213\1 6010823/00574256

**MATTERS GOING FORWARD:**

1. Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially all of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof; and (II) an Order (A) Approving the Sale, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief
[Filed 4/20/2023; Docket No. 106]

    Related Documents:    (a)    Proposed Bidding Procedures Order

    (b) Trustee's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially all of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof
    [Filed 4/20/2023; Docket No. 108]

    (c) Order Granting Trustee's Motion to Shorten Notice Period and Schedule Expedited Hearing Regarding Trustee's Motion for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with Sale of Substantially All of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (C) Approving the Form and Manner of Notice Thereof
    [Filed 4/21/2023; Docket No. 109]

    Objection Deadline:    At or prior to the hearing April 27, 2023 at 12:30 p.m. ET

    Responses Received:    None as of this filing

    Status:    This matter is going forward. The Trustee anticipates requesting entry of the Proposed Bidding Procedures Order.

2

| | |
|---|---|
| Dated: April 25, 2023<br>      Wilmington, Delaware | COZEN O'CONNOR<br><br>By:   */s/ John T. Carroll, III*<br>      John T. Carroll, III (DE No. 4060)<br>      1201 N. Market Street<br>      Suite 1001<br>      Wilmington, DE  19801<br>      (302) 295-2028 Phone<br>      (302) 295-2013 Fax No.<br>      jcarroll@cozen.com<br><br>      *Counsel to George L. Miller,*<br>      *Chapter 7 Trustee* |