**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE**

The undersigned as counsel for George L. Miller, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certifies as follows:

1.      The above-captioned Debtors' Estates were assigned certain omnibus hearing dates to be held before the Honorable Karen B. Owens, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801 (the "Bankruptcy Court").

2.      Attached hereto is a proposed Order (the "Omnibus Hearing Order") that states with specificity the date and time of each omnibus hearing presently scheduled subject to Court approval.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3.      Hearing participants should consult the Honorable Karen B. Owens' Chamber

Procedures located on the Bankruptcy Court's website.

https://www.deb.uscourts.gov/sites/default/files/judge/Judge%20Karen%20B.%20Owens/General%20Chambers%20Procedures%20%28dated%20October%203%2C%202022%29.pdf

4.      The Trustee respectfully requests that the proposed Order be entered at the earliest

convenience of the Court.

Dated:  April 25, 2023                                COZEN O'CONNOR

                                                    By:    */s/ John T. Carroll, III*
                                                           John T. Carroll, III (DE No. 4060)
                                                           1201 N. Market Street
                                                           Suite 1001
                                                           Wilmington, DE  19801
                                                           (302) 295-2028 Phone
                                                           (302) 295-2013 Fax No.
                                                           jcarroll@cozen.com

                                                           *Counsel to George L. Miller,*
                                                           *Chapter 7 Trustee*