## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date:** May 25, 2023 at 9:30 a.m. ET<br>**Objection Date:** May 18, 2023 at 4:00 p.m. ET |

### AMENDED[2] NOTICE OF MOTION REGARDING TRUSTEE'S MOTION FOR (I) AUTHORITY TO SELL CERTAIN EQUIPMENT AT CRANBURY PROPERTY FREE AND CLEAR OF INTERESTS AND (II) RELATED RELIEF

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (the "Debtors") has filed the *Trustee's Motion for (I) Authority to Sell Certain Equipment at Cranbury Property Free and Clear of Interests and (II) Related Relief* [Docket No. 120] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be made in writing and filed on or before **May 18, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended to include hearing date and objection date.

LEGAL\63224554\1

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **May 25, 2023 at 9:30 a.m.** before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Motion without further notice or a hearing.

Dated:  April 26, 2023                          COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
       John T. Carroll, III (DE No. 4060)
       Simon E. Fraser (DE No. 5335)
       1201 N. Market Street
       Suite 1001
       Wilmington, DE  19801
       (302) 295-2000 Phone
       (302) 295-2013 Fax No.
       jcarroll@cozen.com
       sfraser@cozen.com

       David R. Doyle (IL ARDC 6303215)
       (Admitted in IL/Not admitted in DE)
       123 N. Wacker Drive
       Suite 1800
       Chicago, IL  60606
       (312) 474-1648 Phone
       (312) 382-8910 Fax No.
       daviddoyle@cozen.com

       *Counsel to George L. Miller, Chapter 7 Trustee*