# EXHIBIT "A"

| | |
|---|---|
| **Akorn Holding Company LLC et al**<br>**Case No. 23-10253 (KBO)**<br><br>**Service List:**<br>**[Doc. No. 106] Sale Motion**<br>**[Doc. No. 108] Motion to Shorten**<br>**[Doc. No. 109] Entered Order to Shorten** | **Email Addresses** |
| | |
| Parties known by the Trustee to have expressed an interest in a transaction with respect to all or part of the Purchased Assets | Parties are considered confidential and are not being disclosed. Parties also have access to the Pleadings in the virtual data room. |
| Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Jay L. Welford, Esq.<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road,<br>Suite 2500<br>Southfield, Michigan 48034<br>*Counsel to Heritage Global Partners, Inc. and Bradford Auctions, LLC* | jwelford@taftlaw.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>*Counsel to the Term Lender Group* | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |

| | | |
|---|---|---|
| New York, NY 10166<br>***Counsel to the Term Lender Group*** | | |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | | cmwinter@duanemorris.com;<br>jccarignan@duanemorris.com; |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | mdabaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671 | | nsongonuga@gibbonslaw.com; |

| | | |
|---|---|---|
| ***Counsel to SGS North America Inc.*** | | |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | | btheisen@gibbonslaw.com; |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | jmp@bostonbusinesslaw.com; |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | | vindelicato@proskauer.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** | | ahiller@adamhillerlaw.com; |

| | | |
|---|---|---|
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>***Counsel to Cardinal Health*** | | szuber@csglaw.com;<br>tfreedman@csglaw.com; *<br>*4/21/2023 and 4/25/2023 |
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Cardinal Health*** | | ahiller@adamhillerlaw.com; |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | casantaniello@pbnlaw.com; |
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE 19899<br>***Counsel to Bionpharma*** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA  19103 19103<br>***Counsel to Bionpharma*** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |
| Scott L. Fleischer<br>Barclay Damon LLP | | sfleischer@barclaydamon.com; |

4

LEGAL\63269789\1

| | |
|---|---|
| 1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*** | |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | jtobia@tobialaw.com; |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900 San Francisco,<br>California 94105-3493<br>***Counsel to Oracle America, Inc.*** | schristianson@buchalter.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 | csmefiling@mnat.com; |

5

| | | |
|---|---|---|
| ***Counsel to Ethypharm S.A.S.*** | | |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** | | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Loewenstrasse 1<br>8001 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** | | christian.roos@pestalozzilaw.com; |

6

| **Akorn Holding Company LLC et al<br>Case No. 23-10253 (KBO)**<br><br>**Service List:**<br>**[Doc. No. 106] Sale Motion**<br>**[Doc. No. 108] Motion to Shorten**<br>**[Doc. No. 109] Entered Order to Shorten** | **Email Addresses** |
|---|---|
| Parties known by the Trustee to have expressed an interest in a transaction with respect to all or part of the Purchased Assets. | Parties are considered confidential and are not being disclosed. Parties also have access to the Pleadings in the virtual data room. |
| Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>*Counsel to the Debtors* | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Jay L. Welford, Esq.<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road,<br>Suite 2500<br>Southfield, Michigan 48034<br>*Counsel to Heritage Global Partners, Inc. and Bradford Auctions, LLC* | jwelford@taftlaw.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>*Counsel to the Term Lender Group* | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq. | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |

| | | |
|---|---|---|
| Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** | | |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | | cmwinter@duanemorris.com;<br>jccarignan@duanemorris.com; |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | mdabaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue | | nsongonuga@gibbonslaw.com; |

| | | |
|---|---|---|
| Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | | btheisen@gibbonslaw.com; |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | jmp@bostonbusinesslaw.com; |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | | vindelicato@proskauer.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801 | | ahiller@adamhillerlaw.com; |

| | | |
|---|---|---|
| ***Counsel to Thermo Fisher Scientific Entities*** | | |
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>***Counsel to Cardinal Health*** | | szuber@csglaw.com;<br>tfreedman@csglaw.com; *<br><br>*4/21/2023 and 4/24/2023 |
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Cardinal Health*** | | ahiller@adamhillerlaw.com; |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | casantaniello@pbnlaw.com; |
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE  19899<br>***Counsel to Bionpharma*** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA  19103 19103<br>***Counsel to Bionpharma*** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |

4

| | | |
|---|---|---|
| Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*** | | sfleischer@barclaydamon.com; |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | | jtobia@tobialaw.com; |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** | | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900 San Francisco,<br>California 94105-3493<br>***Counsel to Oracle America, Inc.*** | | schristianson@buchalter.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor | | csmefiling@mnat.com; |

| | | |
|---|---|---|
| P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Ethypharm S.A.S.*** | | |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** | | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY  10022 | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Loewenstrasse 1<br>8001 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** | | christian.roos@pestalozzilaw.com; |

6