# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for FAREVA USA, Inc. and FAREVA S.A., a Luxembourg entity ("FAREVA"), in the chapter 7 cases of the above-captioned debtors (the "Debtors"). Pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §§ 102(1), 342 and 1109(b), FAREVA requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case be transmitted to:

Kenneth A. Listwak  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street, P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390  
E-mail: ken.listwak@troutman.com  

Richard E. Hagerty  
TROUTMAN PEPPER HAMILTON SANDERS LLP  
401 9th Street, NW, Suite 1000  
Washington, DC 20004  
Telephone: (202) 274-1910  
Email: richard.hagerty@troutman.com  

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

153158861v1

by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of FAREVA or any other party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of unsecured creditors or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by FAREVA or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of FAREVA (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 27, 2023
Wilmington, Delaware

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Kenneth A. Listwak*
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail:  ken.listwak@troutman.com

 -and-

Richard E. Hagerty
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1910
Email: richard.hagerty@troutman.com

*Counsel to FAREVA USA, Inc. and  FAREVA S.A., a Luxembourg entity*