**Exhibit A**

LEGAL\63146762\3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Doc. No. _____** |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) REJECTING LEASE FOR CRANBURY PROPERTY, (II) ABANDONING REMAINING PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF**

Upon the *Trustee's Motion for Entry of Order (I) Rejecting Lease for Cranbury Property, (II) Abandoning Remaining Personal Property, and (III) Granting Related Relief* (the "Motion"),[2] for entry of an order: (i) authorizing the Trustee to reject the Cranbury Lease, effective as of April 30, 2023, (ii) abandoning any Personal Property that remains at the Cranbury Location following removal of the Equipment, effective May 1, 2023, and (iii) granting related relief; and the Court having found that notice of the Motion was appropriate and that no other notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

LEGAL\63146762\3

2.       The Trustee is authorized to reject the Cranbury Lease, and the Cranbury Lease is hereby rejected, effective as of April 30, 2023.

3.       The Trustee is authorized to abandon the Personal Property, if any, that may remain at the Cranbury Property upon removal of the Equipment, and all such Personal Property is deemed abandoned effective as of April 30, 2023.  The Landlord may utilize or dispose of the Personal Property in its sole and absolute discretion without further notice or liability to any party (including the Trustee).  The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

4.       The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.       This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

LEGAL\63146762\3