IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## TRUSTEE'S DECLARATION IN SUPPORT OF TRUSTEE'S MOTION FOR APPROVAL OF SHARING AGREEMENT AND CARVE-OUT WITH LENDERS, AND RELATED RELIEF

I, George L. Miller, the duly appointed chapter 7 trustee for the Estates of the Debtors, make this Declaration in support of the *Trustee's Motion for Approval of Sharing Agreement and Carve-Out With Lenders, and Related Relief* (the "Motion"):[2]

1. To the best of my knowledge, information and belief, the facts set forth in the Motion are true and correct.

2. In the exercise of my business judgment, I believe that the approval of the Motion and granting of the relief requested therein, including without limitation the approval of the Sharing Agreement, is in the best interest of the Estates and their creditors.

_____
George L. Miller, solely in his capacity as
Chapter 7 Trustee

Date: _May 1, 2023_

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not defined herein shall have the meanings provided in the Motion.

61925694\5
05/01/2023 1:59 PM