# EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**DECLARATION OF HOWARD SKLAMBERG IN SUPPORT TRUSTEE'S
APPLICATION TO EMPLOY ARNOLD & PORTER KAYE SCHOLER LLP AS
SPECIAL COUNSEL TO THE TRUSTEE  AND FOR RELATED RELIEF**

I, Howard Sklamberg, declare under penalty of perjury as follows:

**INTRODUCTION**

1.      I am a partner in the law firm of Arnold & Porter Kaye Scholer, LLP ("Arnold & Porter" or the "Firm"[2]),  and I practice out of the Firm's office at 601 Massachusetts Ave., NW Washington, DC 20001.

2.      I am an attorney admitted, practicing and in good standing in the District of Columbia and the State of New York.

3.      I submit this Declaration in support of the application of the Chapter 7 Trustee, George L. Miller (the "Trustee") for an Order authorizing the retention of Arnold & Porter as special counsel to the Trustee for the estates of the above-captioned debtors (collectively, the "Debtors" or "Estates") in the respective bankruptcy cases of *In re: Akorn Holding Company LLC,* Case No. 23-10253; *In re: Akorn Intermediate Company LLC,* Case No. 23-10254 and

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]     Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Application.

*In re: Akorn Operating Company, LLC*, Case No. 23-10255 (collectively the "Bankruptcy Cases"), in compliance with § 327(e) of Title 11 of the United States Code (the "Bankruptcy Code").

4.      Unless otherwise stated herein, I have personal knowledge of the facts set forth in this Declaration.

5.      The Trustee wishes to retain and employ Arnold & Porter as its special counsel in connection with regulatory and compliance matters for the Debtors' drugs and pharmaceutical products, including, but not limited to, FDA compliance (the "Special Counsel Matters"). Arnold & Porter's role will not include other aspects of Debtors' Chapter 7 bankruptcy, and Arnold & Porter will not serve as the Debtors' general bankruptcy counsel.

6.      Arnold & Porter has represented the Debtors as counsel in the ordinary course of business pre-petition since May 11, 2021, approximately one year and eight months before the Petition Date. A copy of the engagement letter is attached to the Application as an Exhibit thereto. Given Arnold & Porter's prior representation of the Debtors, Arnold & Porter is familiar with the Debtors' FDA regulatory and compliance matters. The Trustee believes Arnold & Porter's familiarity with the Debtors, its businesses, and expertise in regulatory and compliance matters will allow Arnold & Porter to represent it more efficiently and effectively than any other counsel in relation to the Special Counsel Matters.

7.      The retention of Arnold & Porter with its knowledge of and experience with the Debtors will materially facilitate effective coordination with the Trustee's proposed counsel in the Bankruptcy Cases, Cozen O'Connor LLP (with respect to which the Trustee has filed a separate application for retention as the Trustee's bankruptcy counsel), and the efficient administration of the Bankruptcy Cases.

8.      Except as set forth in this Declaration, I have not, nor has any member, associate or counsel of Arnold & Porter, insofar as I have been able to ascertain, represented the Debtors, Debtors' creditors, equity security holders or any other party in interest in connection with the Bankruptcy Cases.  Arnold & Porter will supplement or amend this Declaration, if necessary, as additional documentation becomes available.

### <u>ARNOLD & PORTER'S CONNECTIONS WITH PARTIES IN INTEREST</u>

9.      To prepare this Declaration, I relied on a listing compiled by Cozen O'Connor LLP and provided to me (the "<u>Interested Parties</u>").  I have submitted the aforesaid Interested Parties list which appears  attached hereto as **<u>Schedule 1</u>** for review in Arnold & Porter's conflicts system.  This internal inquiry regarding the Interested Parties was performed by Arnold & Porter's conflicts department using Arnold & Porter's conflict database to determine if Arnold & Porter currently represents or formerly represented any of the Interested Parties within the past three (3) years, using February 1, 2020 as the cutoff date for former clients (the "<u>Conflicts Report</u>").

10.      Arnold & Porter has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations, some of which may be claimants in the Debtors' Bankruptcy Cases or otherwise have an interest in such Bankruptcy Cases.  In addition, as part of its practice, Arnold & Porter appears in cases, proceedings and transactions involving many different attorneys and accountants, some of whom may represent claimants or other parties in interest in the Debtors' Bankruptcy Cases. Arnold & Porter also represents and has interactions with various governmental entities and authorities, both within and outside the United States, which may in turn have relationships, whether commercial or regulatory or otherwise, with the Debtors or the Trustee.

11.     I am informed that the Conflicts Report revealed that Arnold & Porter has in the past represented, currently represents and/or may in the future represent, in matters wholly unrelated to the Debtors' chapter 11 cases, certain Interested Parties (including, without limitation, those entities set forth on **Schedule 2** attached hereto who are either: i) current clients or are related-parties thereof, or ii) have been represented by Arnold & Porter within the last three (3) years. Arnold & Porter will not represent such entities in matters related to either: i) the Bankruptcy Cases or ii) the Special Counsel Matters it represents the Estates' interests in conjunction therewith.

12.     In connection with the Trustee's proposed retention of Arnold & Porter to represent it as counsel in the Special Counsel Matters, and in preparing this Declaration, Arnold & Porter reviewed the Conflicts Report related to the Interested Parties. A summary is below:

13.     ***Debtors.*** Arnold & Porter does not represent or hold any interest adverse to the Trustee, the Debtors, or the Debtors' estates with respect to the Special Counsel Matters.

14.     ***Former Directors and Officers.*** Based on information currently available to me after reasonable inquiry, Arnold & Porter's conflicts search of any of the known former directors and officers identified on the Interested Parties list does not reveal that the Firm has any connection to such parties.

15.     ***Courts, Judges, and United States Trustee.*** Further, based on information currently available to me after reasonable inquiry, as of the date of this Declaration, I am unaware of any partner, counsel or associate of Arnold & Porter who has any connection with the United States Bankruptcy Judge for the District of Delaware presiding over this case, any of the District Court Judges for the District of Delaware who handle bankruptcy cases, the

United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the United States Trustee assigned to the Bankruptcy Cases or any other employee of the Office of the United States Trustee in Region 3. Arnold & Porter will update this Declaration as necessary if and when Arnold & Porter becomes aware of any additional material information, other than the connections that any law firm or its lawyers and staff might normally have with such individuals and entities in the ordinary course of business.

16. ***Administrative Agents.*** Arnold & Porter currently represents Wilmington Savings Fund Society ("Wilmington") and/or affiliated entities in matters unrelated to the Bankruptcy Cases. Arnold & Porter has not and will not represent Wilmington or any its subsidiaries or affiliates in relation to the Bankruptcy Cases or the Special Counsel Matters. Based on information currently available to me after reasonable inquiry, Arnold & Porter does not otherwise have client relationships with any known administrative agents involved in these Bankruptcy Cases.

17. ***Creditors, Claimants, and Other Interest Holders.*** Arnold & Porter's practice presently includes over 1,000 attorneys and is comprised of sophisticated and diversified engagements that includes representation of many financial institutions and commercial entities, some of which or their affiliates may be creditors or parties in interest in these Bankruptcy Cases. Consequently, Arnold & Porter attorneys have represented and do represent some of the Interested Parties as set forth on Schedule 2, but none of those representations relate to the Bankruptcy Cases or the Special Counsel Matters it represents the Estates with respect to. In addition, Arnold and Porter may in the future represent entities that are or were claimants or interest holders of the Debtors, but Arnold & Porter will not

represent such entities in the Bankruptcy Cases or with respect to the Special Counsel Matters.

18.    The fact that some current or former clients or other relationship parties of Arnold & Porter, or their attorneys and accountants, could potentially hold claims against the Debtors or the Trustee, or have other relationships with the Debtors / Trustee, will not impair Arnold & Porter's ability to represent the Trustee with respect to the Special Counsel Matters or matters related thereto

## ARNOLD & PORTER IS DISINTERESTED

19.    Based upon the foregoing, I believe that Arnold & Porter and the professionals it employs are qualified to represent the Trustee in the Special Counsel Matters for which Arnold & Porter is proposed to be retained and employed.

20.    Based on the conflicts search described herein, except as set forth herein, and based on information available to me, Arnold & Porter does not hold or represent any interest adverse to the Estates with regard to the matters on which it is to be retained. Additionally, except as set forth herein, and based on information available to me, neither I, Arnold & Porter, nor any member, counsel, or associate thereof have any readily ascertainable connections with the Debtors, the United States Trustee, or any bankruptcy judge in the Bankruptcy Court for the District of Delaware.

## ARNOLD & PORTER RATES AND BILLING PRACTICES

21.    Subject to this Court's approval of its retention, Arnold & Porter will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered. Arnold & Porter will submit its fees and costs in accordance with the Compensation Procedures set forth in the Application.

22.     I will be the attorney with primary responsibility for overseeing all work for the Trustee on the Special Counsel Matters.  My 2022 billing rate for this matter was $1,075.20 an hour, and my current 2023 billing rate is $1,194.20 an hour, which reflects a previously agreed upon discount with the Debtors of a 15% reduction on my standard rate.  In addition, as necessary and  as determined in consultation between Arnold & Porter and the Trustee, other Arnold & Porter professionals and paraprofessionals may provide services on the Special Counsel Matters.  Arnold & Porter's current hourly rates for matters herein are expected to be within the following ranges:[3]

| Position | Range of Hourly Rates | | |
|---|---|---|---|
| **Attorneys** | $ 640 | to | $ 1,800 |
| **Paraprofessionals** | $ 170 | to | $ 950 |

23.     Arnold & Porter will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of legal services described above by category and nature of the service rendered.

## PREPETITION PAYMENTS

24.     Over the twelve (12) months immediately preceding the Petition Date, Arnold & Porter was paid approximately $204,037.79 for legal fees incurred for the Special Counsel Matters.  As of the Petition Date, the Debtors owe Arnold & Porter $20,367.24 for legal services rendered before the Petition Date.  Arnold & Porter also received payments from the Debtors in the ninety days prior to the Petition Date.  On or about February 2, 2023, Arnold & Porter received from the Debtors a retainer payment of $35,000.00 (the "Retainer"). As of

---

[3]     These ranges reflect the current rates for lawyers that may represent the Debtors on the matters described herein. To the extent that such lawyers or such matters change, or to the extent other lawyers begin working on matters for the Debtors, or to the extent Arnold & Porter's rates for lawyers working for the Debtors change, these rates may be affected.

the date hereof, the Retainer has not been applied to any invoice.  Arnold & Porter does not believe that its prepetition claim or receipt of prepetition payments is an interest adverse to the Trustee or Debtors in respect of the Special Counsel Matters.

25.    In accordance with Bankruptcy Code Sections 329 and 504, Bankruptcy Rule 2016(b) and Local Rule 2016-1, Arnold & Porter has not entered into any agreements, express or implied, with any other party in interest, including the Trustee / Debtors, any creditor or any attorney for such party in interest in the Chapter 11 Case (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estate in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with the Chapter 11 Case, in each case other than in accordance with Bankruptcy Code Section 504(b)(l) or applicable law.

26.    Arnold & Porter has agreed to accept as compensation such sums as may be allowed by the Court based upon the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time spent in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in these cases.

Pursuant to 28 U.S.C. § 1746, I, the undersigned, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 3, 2023

**ARNOLD & PORTER KAYE
SCHOLER LLP**

By: */s/ Howard Sklamberg*
Howard Sklamberg
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
+1 (202) 942.5075
howard.sklamberg@arnoldporter.com

*Proposed Special Counsel to George L.
Miller, Chapter 7 Trustee*

## SCHEDULE 1
### Conflict Search Parties[1]

**Client:**
George L. Miller, Chapter 7 Trustee

**Debtors:**
Akorn Holding Company LLC
Akorn Intermediate Company LLC
Akorn Operating Company LLC

**Subsidiaries:**
Akorn Canada, Inc.
Akorn International S.á.r.l.
Akorn AG

**Former Directors & Officers:**
John Sweeney
Beth Zelnick Kaufman

**Administrative Agents for the ABL Lenders and TL Lenders:**
Midcap Financial Trust (the "ABL Administrative Agent")
Wilmington Savings Fund Society, FSB (the "TL Administrative Agent")

**Office of the United States Trustee**
**Region 3 - Wilmington DE - Staff Directory**
**As of November 9, 2022**

| | |
|---|---|
| Andrew R. Vara | United States Trustee |
| Joseph McMahon | Assistant U.S. Trustee |
| Lauren Attix | OA Assistant |
| Linda Casey | Trial Attorney |
| Denis Cooke | Auditor |
| Joseph Cudia | Trial Attorney |
| Holly Dice | Auditor |
| Shakima L. Dortch | Paralegal Specialist |
| Timothy J. Fox, Jr. | Trial Attorney |
| Diane Giordano | Bankruptcy Analyst |
| Christine Green | Paralegal Specialist |
| Benjamin Hackman | Trial Attorney |
| Ramona Harris | Paralegal Specialist |
| Nyanquoi Jones | Auditor |
| Jane Leamy | Trial Attorney |
| Hannah M. McCollum | Trial Attorney |

---

[1]    Known material parties as of the filing of this Declaration provided to Arnold & Porter by the Trustee's counsel, together with the list of parties from the Debtors' schedules provided by the Trustee's counsel.

| | |
|---|---|
| James R. O'Malley | Bankruptcy Analyst |
| Michael Panacio | Bankruptcy Analyst |
| Linda Richenderfer | Trial Attorney |
| Juliet Sarkessian | Trial Attorney |
| Richard Schepacarter | Trial Attorney |
| Edith A. Serrano | Paralegal Specialist |
| Rosa Sierra- Fox | Trial Attorney |
| Dion Wynn | Paralegal Specialist |

**Bankruptcy Judges**
**United States Bankruptcy Court**
**District of Delaware**

Laurie Selber Silverstein, Chief Judge
John T. Dorsey, Judge
Craig T. Goldbatt, Judge
Karen B. Owens, Judge
Brendan L. Shannon, Judge
J. Kate Stickles, Judge
Mary F. Walrath, Judge
Ashely M. Chan, Judge
Thomas M. Horan, Judge

**Clerk of the United States Bankruptcy Court**
**District of Delaware**
**(Effective 9/1/2016)**

Una O'Boyle

**Creditors[2]**

2ND WATCH INC.
AAF INTERNATIONAL
ABBEY COLOR
ABBOTT LABORATORIES CO
ABC PM LLC
ABQ INDUSTRIAL LP
ABS PUMP REPAIR INC.
ABSOLUTE PLUMBING OF LONG ISLA
ACCO BRANDS
ACCURISTIX
ACCUSTANDARD INC.
ACME SAFE COMPANY
ADMIX ADVANCED MIXING TECHNOLO

---

[2]    The following list of potential creditors was provided by the Trustee's counsel and Arnold & Porter understands it was derived from the Debtors' filed Schedule E and Schedule F. Arnold & Porter searched this list and for any known relationship to it or related parties but did not separately search each entity's corporate history or "family tree" for affiliates and/or subsidiaries of these parties.

ADORNO, JESSICA MARIE
ADVANCED INSTRUMENTS
AESICA QUEENBOROUGH LIMITED
AESUS PACKAGING SYSTEMS INC.
AFLAC PREMIUM HOLDING (#7685)
AGILENT
AIR & POWER TRANSMISSION INC.
AIR TECHNIQUES
AIRGAS FOR DECATUR
AIRGAS FOR NJ & VHILLS
AIRMATIC COMPRESSOR SYSTEMS INC.
AIRTECH VACUUM
AKORN AG HETTLINGEN
ALBEAS AMERICAS
ALCAMI CORPORATION
ALCUS FUEL OIL & SONS INC.
ALEX LOGSDON
ALEXANDER JOSE
ALFARO, KEVIN
ALIXPARTNERS LLP
ALKU
ALLIED ELECTRONICS
ALTORFER INC.
AMANDA FOWLER
AMCO FENCE
AMEC ELECTRIC
AMEREN ILLINOIS
AMERICAN DOOR AND DOCK INC.
AMERICAN INTERNATIONAL RELOCAT
AMETEK BROOKFIELD
AMITY VACUUM INC.
AMPTEK INC.
ANDERSON PEST SOLUTIONS
ANDLER SOUTH CORPORATION
ANNE CARR
ANNISTON OPHTHALMOLOGY CLINIC
APEX MATERIAL HANDLING CORP OF
APEX MATERIAL HANDLING CORP OF IL INC.
APEXUS LLC
APPROVED STORAGE & WASTE HAULI
APTAR PHARMA
ARAMARK CLEANROOM SERVICES
ARAMARK UNIFORM SERVICES
ARCHIMICA SPA
ARIES GLOBAL LOGISTICS INC.
ARJAY COMPANY

ARMSTRONG RELOCATION & COMPANI
ASCENSION HEALTH ALLIANCE
ASH PALLET MANAGEMENT INC.
ASI TECHNOLOGIES
ASLAM, FARHAN
ASSOCIATED[3]
ASSOCIATES OF CAPE COD INC.
ASTRO PAK
ATCC
ATLANTIC SCALE COMPANY INC.
AUTOMATIC COMMUNICATIONS ALARM
AUTOMATION DIRECT
AXINN VELTROP & HARKRIDER LLP
AXIOM GLOBAL
AXON LLC
AZAD PHARMA AG
BAF REFRIGERATION INC.
BAHNSON ENVIRON
BANA ELECTRICAL TESTING CORP
BARRY J EDISON DO PC
BCN TELECOM INC.
BDO USA LLP
BEAHR, WILLIAM P
BEARING HEADQUARTERS COMPANY
BECKMAN COULTER
BECK'S STUDIO
BECTON DICKINSON & COMPANY
BEE INTERNATIONAL INC.
BELL ENVIRONMENTAL SERVICES IN
BELL FLAVORS & FRAGRANCES INC.
BENCHMARK PRODUCTS LLC
BENNETT EYE INSTITUTE
BERLIN PACKAGING LLC
BIOMERIEUX INC.
BIOPHARM RECRUITING PARTNERS
BIOSCIENCE INTERNATIONAL INC.
BLACKLINE SYSTEMS INC.
BODINE ELECTRIC
BOOKBINDER, ELIZABETH LYNETTE
BOOTHE, DOUG
BRENNTAG NORTHEAST INC.
BRENNTAG SPECIALTIES
BRILLIANT STAFFING LLC
BROADBEAN INC.

---

[3]    Arnold & Porter additionally searched "Associated Material Handling Industries Inc." as the Trustee's counsel provided that name to Arnold & Porter to search in connection herewith.

BRONKHORST USA LLC
BRUKER NANO
BRYAN CAVE LEIGHTON PAISNER LL
BUIST INC.
BUTLER SNOW LLP
C & S SERVICES
CAERUS US 1 INC.
CALIBRATION LABORATORY LLC
CAMON, KEVIN
CANTEEN REFRESHMENT SERVICES
CARDIO PARTNERS
CAREMARKPCS HEALTH LLC
CARLIN AUTOMATION
CARTY EYE ASSOCIATES
CASSONE LEASING
CATALENT MICRON TECH
CATALENT RTP
CDW DIRECT
CENTER LANE LLC
CENTERS FOR MEDICARE AND MEDICAID SERVICES
CENTRAL ILLINOIS SCALE COMPANY
CESIUM INC.
CHARLES RIVERS LABS
CHEM-AQUA INC.
CHEMTREAT INC.
CHEMWERTH INC.
CHEN, GUORU
CHESAPEAKE RETINA CENTERS
CHIN, WELDON
CHINTAKINDI, MANJULA
CIBD DISTRIBUTORS
CICERO, ALAN J
CINTAS FIRST AID & SAFE 07930
CINTAS GARMENT 780
CINTAS RENTAL 47P
CIRCULAR EDGE LLC
CITY OF DECATUR - UTILITIES BI
CIUMMEI JOHN OD
CLEAN EARTH ENVIRONMENTAL SOLU
CLEARBROOK
CLEARSYNTH CANADA INC.
COGNEX
COLBERT
COLE-PARMER
COLUMBIA UNIVERSITY
COMAR LLC

COMCAST
COMED[4]
COMPLETE CLEANING COMPANY INC.
COMPLETE SECURITY SYSTEMS INC.
COMPLIANCEPATH LLC
COMPUTERSHARE INC.
COMRESOURCE INC.
CONCORDANCE HEALTHCARE SOL
CONCUR TECHNOLOGIES INC.
CONNOR COMPANY
CORDEN PHARMA SPA
COVANTA ENVIRONMENTAL SOLUTION
CROWN EQUIPMENT
CRYSTAL SPRINGS
CT LOGISTICS
CUCKOS PHARMACEUTICAL PVT LTD
CULLIGAN OF DECATUR
CURIA NEW JERSEY LLC
CURIA SPAIN SAU (FORMER CRYSTA
CUSTOM SERVICES INC.
CWIH CASTERS WHEELS INDUSTRIAL
DAHL COMPLIANCE CONSULTING LLC
DANKNER EYE ASSOC
DATWYLER PHARMA PACKAGING BELGIUM NV
DAUHAJRE JACQUELINE MD PC
DEAN PHARMA CONSULTING LLC
DECATUR BLUEPRINT INC.
DELOITTE CONSULTING LLP
DELTA INDUSTRIES INC.
DELUCA, DIANE MARIE
DENOVO (FORMERLY CD GROUP)
DEPARTMENT OF HOMELAND SECURIT
DEPARTMENT OF VETERNS AFFAIRS (VA OIG)
DEWOLF CHEMICAL
DIAGRAPH MARKING AND CODING GROUP
DILIGENT CORPORATION
DIRECT ENERGY BUSINESS MARKETI
DISC GRAPHICS INC. DBA OLIVER I
DOMINO AMJET
DORADO-BOLADERES, ERISLANDY
DOUGLAS PHARMACEUTICALS AMERICA
DOWNSTATE OPHTHAMOLOGY ASSOCIA
DR PAUL LOHMANN INC.
DRATE-SCHWERDLIN, ETHEL

---

[4]    Arnold & Porter additionally searched "Commonwealth Edison Company," as the Trustee's counsel provided that name to Arnold & Porter to search in connection herewith.

DUNKER ELECTRIC SUPPLY INC.
E L PRUITT COMPANY
EAGLE TECHNICAL SERVICES INC.
E-BEAM SERVICE INC.
ECOLAB
ECONDISC CONTRACTING SOLUTIONS
EDI STAFFING
EDQM COUNCIL OF EUROPE
EDWARDS VACUUM
EFAX CORPORATE
EG LIFE SCIENCES LLC
EGEEN INTERNATIONAL CORPORATION
ELAN CHEMICAL
ELEMENT MATERIALS TECH CANADA
ELEVATOR SAFETY GROUP
ELSEVIER INC.
EM' PRESS DESIGN INC..
EMD MILLIPORE
EMD MILLIPORE CORPORATION
EMPIRE FREIGHT LOGISTICS
ENGIE POWER AND GAS LLC
ENPRO INC.
ENVIROCLEAN JANITORIAL SERVICES LLC
ENVIROSERVE INC.
EQUINE NETWORK
EQUINIX INC. AR
ERNST & YOUNG LLP
ETHYPHARM
EUROAPI USA
EUROFINS LANCASTER LAB
EVALUATE LIMITED
EVERLIGHT CHEMICAL INDUSTRIAL CORP
EVISORT INC.
EVOQUA WATER TECHNOLOGIES LLC
EXELA PHARMA SCIENCES
EXTREME METAL FAB INC.
EYE CONSULTANTS OF ATLANTA PC
EYE PHYSICIANS & SURGEONS
EYEMED VISION CARE - FIDELITY
EYESOUTH PARTNERS
F & F ROOFING COMPANY INC.
F A WILHELM CONSTRUCTION
FAREVA AMBOISE - R&D ONLY
FASTENAL
FEDEGARI TECHNOLOGIES INC.
FEDEX

FEDEX FREIGHT
FENCE PRO
FILAMATIC
FIRST CHOICE ELECTRIC INC.
FISH WINDOW CLEANING
FISHER SCIENTIFIC
FLUKE ELECTRONICS CORPORATION
FORTRA LLC
FOX GLASS COMPANY EAST
FRANKE, PATRICIA A
FREUDENBERG
FREYR INC.
FS INSTALLATION
FTF PHARMA PVT LTD - R&D ONLY
FURTHER
GALANA JONES
GALENICUM HEALTH S L - R&D ONLY
GAMA REALTY HOLDINGS LLC
GARDAWORLD SECURITY SERVICES
GATEWAY ANALYTICAL
GAVASKAR, KAUSTUBH
GDL INTERNATIONAL
GENERICHEM
GERRESHEIMER GLASS INC..
GIBSON DUNN & CRUTCHER LLP
GIRTON MANUFACTURING CO INC.
GL SCIENCES INC.
GLOBAL INDUSTRIAL EQUIPMENT IN
GLOBAL PACKS LLC
GMM PFAUDLER US INC.
GOENGINEER LLC
GOLDEN STATE MEDICAL SUPPLY IN
GORDON FLESCH CO INC.
GORDON L SEAMAN INC.
GOSSARD, JOHN EDWARD
GOYAL, SANDHYA
GP PHARM SA
GRAFTEL LLC
GRAINGER DECATUR
GRAINGER HI-TECH
GREENHILL TRADING INC.
GUO, WENJUAN
GURUNATH PADGAONKAR
H R STEWART INC.
HACH COMPANY
HAGEDORN & GANNON CO INC.

HALOCARBON LIFE SCIENCES LLC
HAMILTON DRAYAGE INC.
HARTCORN PLUMBING & HEATING IN
HBM INC.
HEALTH INDUSTRY BUSINESS
HEMLOCK ASSOCIATES INC.
HENDERSON CONSTRUCTORS INC.
HERCEG, CHRISTINE S.
HERITAGE INDUSTRIAL SERVICES I
HERITAGE PKG
HIRERIGHT LLC
HOLLAND APPLIED TECHNOLOGIES I
HUGEL, RICHARD ANDREW
HYDRO SERVICE AND SUPPLY INC.
HYG FINANCIAL SERVICES INC. - OR
HYSPECO INC.
IAL TOTAL SECURITY
IBM
ICON (FORMERLY OPTUMINSIGHT 10
IES ENGINEERS
ILLINI SUPPLY INC.
IMA NORTH AMERICA INC.
IMCD GROUP (FORMERLY MUTCHLER)
INDUKURI, SRINIVASA RAJU
INFORMATION & COMPUTING SERVICE
INORGANIC VENTURES
INTALERE INC.
INTEGRICHAIN INC.
INTELLIGENT MEASUREMENT SOLUTI
INTERCHEM CORPORATION
INTERIOR SPECIALTY CONSTRUCTION
INTERNATIONAL MOLASSES CORP
INTRALINKS INC.
IPD ANALYTICS LLC
IRON MOUNTAIN RECORDS MANAGEMENT
IWK PACKAGING SYSTEMS INC.
JACKSON LEWIS PC
JACOBI INDUSTRIES
JAF LOGISTICS
JB ESKERS
JEAN ERICK DAPHNIS
JOHNSON CNTL FIRE FORMER SIMPL
JOHNSON CONTROLS NJ
JOHNSON CONTROLS SECURITY SOLU
JOHNSTONE SUPPLY
JONES & SULLIVAN ENTERPRISES I

JP PARADISE LANDSCAPING LLC
JSKALDES CONSULTING LLC
KAFER, JON
KAMPS INC.
KAPS-ALL PACKAGING SYSTEMS
KERRY INGREDIENTS
KEYENCE CORP OF AMERICA
KHIRDEKAR, RAVINDRA
KIMBERLY LEES
KIRBY RISK CORPORATION
KLEINSCHMIDT INC.
K-LIGHT LABORATORIES
KOSHY, ALEX
KSIAZAK, JENNIFER ANNE
LABCONCO
LABCORP EARLY DEVELOPMENT
LABEL SUPPLIES & SERVICES
LAFORCE INC.
LAM, ANDREW
LANCER SALES USA INC.
LANDAUER INC.
LASALLE NETWORK
LDI COLOR TOOLBOX
LEADIANT FORMER SIGMA-TAU
LEGISYM LLC
LES EMBALLAGES WINPAK
LESMAN INSTRUMENT CO
LEXAMED LTD
LGC STANDARDS
LIFE TECHNOLOGIES CORP
LIGHTHOUSE INSTRUMENTS LLC
LINDA HARPER
LIONHEART CRITICAL POWER SPECI
LONZA WALKERSVILLE
LUGARI WRECKER SERVICE
MAADHO DISTRIBUTORS INC.
MAFCO WORLDWIDE CORP
MALIK & POPIEL PC
MANCINE OPTICAL COMPANY INC.
MARK VEND CO
MARQUIS BEVERAGE SERVICE
MARTIN PETERSEN COMPANY
MATRIX ABSENCE MANAGEMENT INC.
MCCRONE ASSOCIATES INC.
MCMASTER-CARR SUPPLY COMPANY
MECHANISMS DESIGNS AND MANUFAC

MEDICAL PACKAGING INC.
MEDPRO SYSTEMS LLC
MELLENTINE, JAY DOUGLAS
MESA LABORATORIES INC.
METROHM USA
METTING, KENNETH E.
METTLER TOLEDO
METTLER-TOLEDO PROCESS ANALYTICS
METTLER-TOLEDO RAININ
MI DEPTOF AG & RURAL DEV
MICROAGE
MICROBIOLOGICS INC.
MICROSOFT CORPORATION
MIDLAND PAPER COMPANY
MIDSTATE OVERHEAD DOORS INC.
MIDWEST FIBER
MIELE PROFESSIONAL
MIKART INC.
MILLER PROCTOR NICKOLAS INC.
MINDSHIFT TECHNOLOGIES INC.
MINI GRAPHICS INC.
MITSUBISHI INTL FOOD
MJH LIFE SCIENCES
MJS PACKAGING
MKS INSTRUMENTS
MODEL N INC.
MONTEBELLO PACKAGING INC.
MORGANHR INC.
MORRISON CONTAINER HANDLING SOLUTIONS
MOTION INDUSTRIES INC.
MPI LABEL SYSTEMS
MS PACKAGING & SUPPLY DISTRB CORP
MSC INDUSTRIAL
MSI BLUE
MSN LABORATORIES PVT LTD
MULTI PACKAGING SOL
MUSSER, CHRISTOPHER STEPHEN
NAPP TECHNOLOGIES LLC
NATIONAL GRID
NATIONAL INSTITUTE OF STANDARDS
NAVC
NAVISITE LLC
NEIL MQR CONSULTING LLC
NELSON LABORATORIES
NELSON LABS FAIRFIELD NJ
NERAC INC.

NETCHEM INC.
NEXTPHARMA - R&D ONLY
NIAGARA PHARMACEUTICALS INC.
NICE INC.ONTACT
NILSSON PAGUAY
NIPRO PHARMAPACKAGING AMERICAS
NOHL, TIMOTHY LEE
NORA MATTHEWS
NORAMCO INC.
NORTH AMERICAN CORPORATION OF
NORTH SHORE GAS
NOVAK, BRETT
NSF HEALTH SCIENCES
OBRIENS SCIENTIFIC GLASSBLOWIN
OCCUPATIONAL HEALTH & WELLNESS
OLYMPIC WEB DESIGN INC.
OPTEL USA
ORACLE AMERICA INC.
OSTROWSKI, BILL
OTIS ELEVATOR - PLAINVIEW NJ
OTIS ELEVATOR - SPRINGFIELD IL
PACKAGE DEVELOPMENT
PALL CORPORATION
PAN, WEN
PARACOM INC. (WAS PARAGON)
PARK PLACE TECHNOLOGIES
PARTICLE MEASURING SYSTEMS INC.
PARTNERS COOPERATIVE
PATEL, PRACHI ASHOKBHAI
PATHEON PHARMA
PATRICK, MICHAEL
PEAK SCIENTIFIC INC.
PEERLESS NETWORK INC.
PENSKE TRUCK
PEPCO
PERFORMANCE VALIDATION
PERISHIP LLC
PERKINELMER INFORMATICS INC.
PHARMACEUTICAL BUYERS INTERNATIONAL INC.
PHARMAREGS INC.
PHARM-RX CHEMICAL CORP
PHENOMENEX INC.
PIRAMAL PHARMA LIMITED
PIUS OKEYO
PLATINUM PRESS INC.
PMT FORKLIFT CORP

POLLET CONSULTING LLC
POWER SUPPLY OF ILLINOIS INC.
POYNTER SHEET METAL INC.
PPD DEVELOPMENT
PRECIS ENGINEERING INC.
PRECISION DIGITAL CORPORATION
PRECISION MICRO INC.
PRECISION SIGNS.COM INC.
PREMIER GROUP
PREMIER HEALTHCARE SOLUTIONS
PREMIER PURCHASING PARTNERS LP
PRIDE CHEMICAL (ALCOHOL)
PRIMERA ANALYTICAL SOLUTIONS C
PROPHARMA GROUP LLC
PROVERIS SCIENTIFIC
PROVIDENT LIFE AND ACCIDENT IN
PROVIDER PPI LLC
PSE&G CO - FOR SOMERSET
PSEG LONG ISLAND
PURISYS LLC
QUADIENT LEASING USA INC.
QUALANEX LLC
QUALIFYZE GMBH
QUANTUS
QUINC.Y COMPRESSOR
R D MCMILLEN ENTERPRISES INC.
RADWELL
RANDSTAD
RAYMUNDO, ANTONETTE
REED-LANE INC.
REES SCIENTIFIC CORPORATION
REFURBUPS.COM INC.
RELIABLE BLACK TOP AND PAVING
REMEL INC.
REPORTS NOW INC.
RESTEK
RETINA ASSOCIATES PC
RETINA CONSULTANTS LLP
RIBON INDUSTRIES
RICARDO GARCIA
RICE EQUIPMENT
RICHLAND COMMUNITY COLLEGE
RICKY SIMMS CLEANING SERVICE L
RIEKE OFFICE INTERIORS
RJM SALES INC.
ROADTEX TRANSPORTATION

ROBERT HALF MGMT RESOURCES
ROCHEM INT'L
ROSALES, RENATO
ROSEMOUNT INC.
RUDOLPH RESEARCH ANALYTICAL
RX SOURCING STRATEGIES LLC
S J SMITH CO INC.
SAF GARD SAFETY SHOE CO
SAFETY CONSULTING GROUP INC.
SAFETY SHOE DISTRIBUTORS INC.
SAFETYCALL INTERNATIONAL LLC
SAGINAW CONTROL
SALESFORCE.COM INC.
SANNOVA ANALYTICAL INC.
SCADAWARE INC.
SCIENTIFIC BINDERY PRODUCTIONS
SEARLE KLEM, JUNE MARIE
SEELEY, SHERRI LEE
SENSIENT FLAVORS
SENSITECH
SETON IDENTIFICATION PRODUCTS
SETRA
SGD NORTH AMERICA INC.
SGD SA - NORTH AMERICA OFFICE
SGS FRANCE
SGS NORTH AMERICA
SHAH, NILA MANESH
SHEILA BOND
SHERWIN WILLIAMS - DECATUR IL
SIEGFRIED IRVINE - R&D ONLY
SIEGFRIED USA INC.
SIEMENS INDUSTRY INC.
SIGMA ALDRICH
SIPI ASSET RECOVERY
SKAN US INC.
SMARTERCOMMERCE (FORMER PREMIE
SONITROL CHICAGO & GR LAKES
SOTAX
SOUTH SIDE CONTROL SUPPLY CO
SPACEKRAFT (INT'L PAPER)
SPARKS EXHIBITS & ENVIRONMENTS
SPECGX FORMERLY MALLINC.
SPECGX FORMERLY MALLINC.KRODT
SPECTRUM CHEMICAL
SPRINKMANN'S INSULATION
SPS COMMERCE INC.

SPX FLOW US LLC
SST CORPORATION
STANTEC
STAR SILKSCREEN DESIGN INC.
STATE GRAPHICS
STATE OF NJ
STAUFFER GLOVE & SAFETY
STERICYCLE INC.
STERIGENICS GAMMA
STERILINE NORTH AMERICA INC.
STERIS CORP
STERIS S PLAINFIELD
STERITOOL INC.
STONHARD
STRATEGIC DEVELOPMENT INSTITUT
STRATEGIC RELATIONSHIPS LLC
STRIGLOS OFFICE EQUIPMENT
STRYDER CORP DBA HANDSHAKE
SUEZ WTS
SUFFOLK COUNTY WATER AUTHORITY
SUFFOLK LOCK & SECURITY
SUKUMAR, SAM H.
SULLIVAN CONTRACTORS LLC
SUPPLYONE PHILADELPHIA INC.
SURPLUS SOLUTIONS LLC
SWEENEY, JOHN
SWISS CAP AG
SYED HASAN
SYNEOS HEALTH CONSULTING (WAS
SYNTEGON - WAS BOSCH PKG
SYNTEGON PHARMA TECHNOLOGY FOR
SYNTEGON PHARMA TECHNOLOGY FORMER R BOSC
SYNZEAL RESEARCH PRIVATE LIMIT
SYRACUSE LABEL & SURROUND PRIN
TARISHI JHA
TASTEPOINT INC.
TATE & LYLE SOLUTIONS DIRECT
TAYLOR MADE LANDSCAPING
TECHNICAL GLASS PRODUCTS
TECHNICAL SAFETY
TEE JAY CENTRAL INC.
TEK STAINLESS PIPING
TENNANT SALES AND SERVICE
TERUMO MEDICAL CORPORATION
TETRAGENX DBA VETIO ANIMAL HLT
TFORCE FREIGHT INC.

THAYER-MAHONEY, LISA
THE ALLIANCE PHARMACY
THE JOHN D WALSH COMPANY INC.
THE RITEDOSE CORPORATION
THE SPEAR GROUP LLC
THE TRAINING CENTER GROUP LLC
THE TRI-M GROUP LLC
THE WEEKS-LERMAN GROUP LLC
THERMFLO INC.
THERMO ELECTRON NA
THOMAS SCIENTIFIC INC.
THOMSON REUTERS WEST
THYSSENKRUPP ELEVATOR CORP
TIEFENBACHER API & INGREDIENTS - R&D ONLY
TIG AKA TELCOM INNOVATIONS GRO
TLC PHARMACEUTICAL STANDARDS L
TNR RESOURCES LLC
TONY PRINC.E COMPANY INC.
TORONTO RESEARCH CHEMICALS INC.
TRACELINK INC.
TRACKING SOLUTIONS INC.
TRANE COMPANY
TRIRX PHARMACEUTICAL SVCS - R&D
TRI-STATE BUSINESS SYSTEMS LLC
TRI-WELD INDUSTRIES INC.
TROEMNER LLC
TRUSTMARK VOLUNTARY BENEFIT
TSAHALIS, KIRK
TSO GENERAL CORP
TUCKER COMPANY WORLDWIDE INC.
TULMAN EYE GROUP PC
TUNNELL CONSULTING INC.
U S PHARMACOPEIAL
UDMC UNITED DAIRY MACHINERY CO
ULINE
UNITED PARCEL SERVICE
UNIVAR (BERKELEY)
UNIVAR (MORRISVILLE)
UPS SUPPLY CHAIN SOLUTIONS INC.
USGP A DIVISION OF PROCAPS SA
VAISALA INC.
VARIOUS CREDITORS UNDER HRSA 340B DRUG PRICING PROGRAM
VARIOUS STATE MEDICAID AGENCIES
VEEVA SYSTEMS INC.
VELTEK ASSOCIATES INC.
VEOLIA ES TECHNICAL SOLUTIONS

VERITIV OHIO
VERIZON
VERONICA DEVELOPMENT ASSOCIATES, LLC VS AKORN OPERATING COMPANY, LLC
VIDEOJET
VIMTA LABS LIMITED
VIRGINIA DARE EXTRACT CO INC.
VISION CARE OF MAINE - AROOSTO
VITICUS GROUP
VIZIENT SUPPLY (FORMER NOVATIO
VT HOLDING LLC
VWR INTERNATIONAL
W B MASON CO INC.
WALGREEN COMPANY
WAREHOUSE DIRECT
WARREN, JOEL
WASTE MANAGEMENT
WASTE MANAGEMENT OF NJ INC.
WATERS TECHNOLOGIES CORP
WEST PHARMA SERVICES
WESTCO FG CORPORATION
WESTERN PEST SERVICES
WESTROCK
WILKENS-ANDERSON COMPANY
WILMERHALE
WINDSTREAM DBA PAETEC
WINTERS BROS HAULING OF LI LLC
WISSEN DIGITAL INC.
WOLTERS KLUWER HEALTH INC.
WONDERWARE NORTH
WOODSTOCK STERILE SOL
WSC-GSP B/L OFFICE PARK (GLENS
WSC-GSP B/L OFFICE PARK OWNER VII, LLC
YOUNG, CHRIS
ZELNICK-KAUFMAN, BETH
ZERO DEFECTS LLC
ZHEJIANG HISUN PHARMA CHINA
ZYGOSOME LLC - R&D ONLY

## SCHEDULE 2
Current and/or Former Clients[1]

### Current Clients

Abbott Laboratories Co
Agilent
Charles Rivers Labs
Ernst & Young LLP
Evoqua Water Technologies LLC
Eye Physicians & Surgeons
Fedex
Fedex Freight
Fisher Scientific
GardaWorld Security Services
Gibson Dunn & Crutcher LLP
Hach Company
Halocarbon Life Sciences LLC aka Halocarbon Products Corp.
HireRight LLC
LabCorp Early Development
Leadiant Biosciences fka Sigma-Tau Pharmaceuticals
LGC Standards
Columbia University
Lonza Walkersville
Mesa Laboratories Inc.
Mettler Toledo
Microsoft Corporation
MSC Industrial
Nelson Laboratories
Oracle America Inc.
Pall Corporation
Retina Associates PC
Akorn AG Hettlingen
Waters Technologies Corp
West Pharma Services
WilmerHale
Steris Corp
Wilmington Savings Fund Society, FSB

---

[1]    The following list depicts current clients of Arnold & Porter in addition to former clients within the previous three (3) years.  Arnold & Porter searched the entities listed in Schedule 1 and for any known relationship to it or related parties but did not separately search each entity's corporate history or "family tree" for affiliates and/or subsidiaries of these parties.  Due to the similarity of names of certain entities, Arnold and Porter was not able to determine if all entities listed herein are actually clients of Arnold & Porter.  However, out of an abundance of caution, where certain names on Schedule 1 were close to matches in Arnold & Porter's system and/or where Arnold & Porter believed it may represent an affiliate of certain entities listed on Schedule 1, Arnold & Porter has listed those entities herein which it reasonably believes may be a client or related to a current client.

## Former Clients Within Previous Three Years

ATCC ("American Type Culture Collection")
Catalent RTP
ComEd
IBM
Johnson Cntl Fire Former Simpl
Johnson Controls NJ
Johnson Controls Security Solu
Pepco
Salesforce.com Inc.
Thyssenkrupp Elevator Corp