# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, Howard A. Cohen, Esquire, and Dallin Seguine, Esquire, of Fox Rothschild LLP, hereby appears as counsel for DOUGLAS PHARMACEUTICALS AMERICA LIMITED in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), and 9007, and 9010, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

| | |
|---|---|
| Howard A. Cohen<br>Fox Rothschild LLP<br>919 North Market Street,<br>Suite 300<br>Wilmington, DE 19899-2323<br>Telephone: (302) 654-7444<br>Email: hcohen@foxrothschild.com | Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road, Suite 200<br>Warrington, PA 18976<br>Telephone: (215) 918-3597<br>Email: dseguine@foxrothschild.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four (4) digits of each Debtor's federal tax identification number are: Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

145514038.2

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Dated: May 5, 2023
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*Howard A. Cohen*
Howard A. Cohen (DE No. 4082)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 427-5507
Facsimile: (302) 656-8920
Email: hcohen@foxrothschild.com

-and-

Dallin Seguine
Stone Manor Corporate Ctr.
2800 Kelly Road, Suite 200
Warrington, PA 18976
Telephone: (215) 918-3597
Email: dseguine@foxrothschild.com

*Counsel for Douglas Pharmaceuticals America Limited*

## **CERTIFICATE OF SERVICE**

    I, Howard A. Cohen, hereby certify that on May 5, 2023, a true and correct copy of the Douglas Pharmaceuticals America Limited's *Notice of Appearance and Demand for Service of Papers* was served to all parties of record via CM/ECF.

    */s/ Howard A. Cohen*
    (DE No. 4082)

145514038.2