**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| AKORN HOLDING COMPANY LLC, *et al.*[1] ) | Case No. 23-10253 (KBO) |
| ) | |
| Debtors.  ) | |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for OptiSource LLC ("OptiSource"), in the above-captioned case and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| JONES WALKER LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
| Jeffrey Barber, Esq. | Michael Busenkell, Esq. |
| Suite 800 | 1201 North Orange Street, Suite 300 |
| 190 E Capitol St | Wilmington, DE 19801 |
| Jackson, MS 39201 | Telephone: (302) 425-5812 |
| Telephone: (601)949-4765 | mbusenkell@gsbblaw.com |
| jbarber@joneswalker.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

foregoing, and any other document brought before this Court with respect to the Bankruptcy Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive OptiSource's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which OptiSource is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: May 8, 2023<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Michael Busenkell*<br>Michael Busenkell (DE 3933)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-5812<br>mbusenkell@gsbblaw.com<br><br>and<br><br>JONES WALKER LLP<br>Jeffrey Barber, Esq.<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>Telephone: (601)949-4765<br>jbarber@joneswalker.com<br><br>*Attorneys for OptiSource LLC* |

## **CERTIFICATE OF SERVICE**

  I, Michael Busenkell, Esq., hereby certify that on May 8, 2023, I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants.

Dated: May 8, 2023       */s/ Michael Busenkell*
              Michael Busenkell (DE 3933)