# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*[1] | ) Case No. 23-10253 (KBO) |
| Debtor. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(e)(i) and the attached certification, counsel moves the admission *pro hac vice* of Carolyn G. Wade, of the Oregon Department of Justice, to represent the Oregon Health Authority in the above-captioned proceeding and any related debtor proceedings and adversary proceedings.

Dated: May 8, 2023

/s/ Carolyn G. Wade
Carolyn G. Wade  (OR Bar No. 832120)
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone:  (503) 934-4400
E-mail:  carolyn.g.wade@doj.state.or.us

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE:

Pursuant to Local Rule 9010-1(e)(i), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Oregon, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

{SIGNATURE ON FOLLOWING PAGE}

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: May 8, 2023            /s/ Carolyn G. Wade
                                                    Carolyn G. Wade  #832120
                                                    Senior Assistant Attorney General
                                                    Department of Justice
                                                    1162 Court Street NE
                                                    Salem, OR 97301-4096
                                                    Telephone:  (503) 934-4400
                                                    E-mail:  carolyn.g.wade@doj.state.or.us

## **ORDER GRANTING ADMISSION *PRO HAC VICE*:**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.