**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* | Case No. 23-10253 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters their appearance for CV II Gurnee LLC, a Delaware limited liability company ("CV II Gurnee LLC"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. 101, *et seq.*, Rule 9010(b) of the Federal Rules of Bankruptcy Procedure in the above-captioned bankruptcy case.

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware, the undersigned requests that all notices and all other papers required to be served in this case be served upon the following persons and that the following persons be added to the mailing matrix in this case:

| | |
|---|---|
| Karen M. Grivner | Kevin H. Morse |
| CLARK HILL PLC | CLARK HILL PLC |
| 824 N. Market Street, Suite 710 | 130 E. Randolph Street, Suite 3900 |
| Wilmington, DE 19801 | Chicago, IL 60601 |
| Telephone: (302) 250-4750 | Telephone: (312) 965-5556 |
| Facsimile: (302) 421-9439 | Facsimile: (312) 517-7593 |
| Email: kgrivner@clarkhill.com | Email: kmorse@clarkhill.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service, nor any subsequent appearance, pleading, claim or suit, is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of CV II Gurnee LLC including, without limitation: (a) the right to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) the right to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (d) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the district court, or (e) any other rights, claims, actions, defenses, setoffs, or recoupment to which CV II Gurnee LLC is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until CV II Gurnee LLC expressly states otherwise, CV II Gurnee LLC does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: May 8, 2023                                CLARK HILL PLC

By: /s/ *Karen M. Grivner*
    Karen M. Grivner (Bar No. 4372)
    824 N. Market Street, Suite 710
    Wilmington, Delaware 19801
    Tel: (302) 250-4750
    Fax: (302) 421-9439
    Email: kgrivner@clarkhill.com

    -and-

271549268.v1

Kevin H. Morse (IL Bar No. 6297244)
130 E. Randolph Street, Suite 3900
Chicago, Illinois 60601
Tel: (312) 985-5556
Fax: (312) 517-7593
Email: kmorse@clarkhill.com

*Attorneys for CV II Gurnee LLC*

271549268.v1