IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC | Case No. 23-10253 (KBO) |
| Debtor. |   |

## CERTIFICATE OF SERVICE

**NATHANAEL F. MEYERS** hereby certifies under penalty of perjury:

1. I am not a party to the action, am over 18 years of age and reside in Hamilton, New Jersey.

2. On the **11th day of May, 2023**, I caused to be served via First-Class Mail Postage Pre-paid the Notice of Perfection of Lien On 26 Edison Street, Also Known As, 225 Dixon Avenue, Amityville NY 11701 Pursuant To Section 546(b) [D.I. 165] (the "Notice of Perfection") upon:

George L. Miller
8 Penn Center
Suite 950
1628 JFK Boulevard
Philadelphia, PA 19103-2110

John T. Carroll, III, Esq.
Cozen O'Connor
1201 North Market Street
Suite 1001
Wilmington, DE 19801

by depositing true copies of same enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**Dated:** May 12, 2023

*/s/ Nathanael F. Meyers*
**NATHANAEL F. MEYERS**