# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al,*. | ) | Case No. 23-10253 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enter their appearance for M. Jacob & Sons, d/b/a MJS Packaging ("MJS") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon MJS through its undersigned counsel, as follows:

| | |
|---|---|
| Matthew G. Summers, Esquire | Howard S. Sher, Esquire |
| Margaret A. Vesper, Esquire | Debra Beth Pevos, Esquire |
| BALLARD SPAHR LLP | JACOB & WEINGARTEN, P.C. |
| 919 N. Market Street, 11th Floor | 25800 Northwestern Hwy., Suite 500 |
| Wilmington, Delaware 19801-3034 | Southfield, Michigan 48075 |
| Telephone: (302) 252-4465 | Telephone: (248)649-1900 |
| Facsimile: (302) 252-4466 | E-mail: howard@jacobweingarten.com |
| E-mail: summersm@ballardspahr.com | debra@jacobweingarten.com |
| vesperm@ballardspahr.com | |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of MJS including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which MJS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until MJS expressly states otherwise, MJS does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: May 15, 2023
Wilmington, Delaware

*/s/ Margaret A. Vesper*
Matthew G. Summers (DE No. 5533)
Margaret A. Vesper (DE No. 6995)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4428
Facsimile: (302) 252-4466
E-mail: summersm@ballardspahr.com
      vesperm@ballardspahr.com

-and-

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
JACOB & WEINGARTEN, P.C.
25800 Northwestern Hwy., Suite 500
Southfield, Michigan 48075
Telephone: (248)649-1900
E-mail: howard@jacobweingarten.com
      debra@jacobweingarten.com

*Counsel for M. Jacob & Sons, d/b/a MJS Packaging*