# EXHIBIT B

Statement of Unpaid Invoices and Cancelled Purchase Orders from M Jacob and Sons dba MJS Packaging
Case No. 23-10255 Akorn Operating Company LLC, Chapter 7

MJS Packaging Invoices Unpaid by Akorn Operating Company for Akorn Purchase Orders Delivered to Akorn prior to the 02/23/2023 Chapter 7 filing date are listed below:

| Invoice | Typ | Ship Date on Invoice | Invoice Date | Due Date | Purchase Order | Trans Amount | Balance |
|---|---|---|---|---|---|---|---|
| 512098-0000 | Inv | 10/31/2022 | 02/24/23 | 03/26/23 | 223401 | 5,528.64 | 5,528.64 |
| 510676-0000 | Inv | 11/18/2022 | 01/26/23 | 02/25/23 | 223105 | 23,607.55 | 23,607.55 |
| 510624-0000 | Inv | 1/24/2023 | 01/24/23 | 02/23/23 | 223402 | 18,364.80 | 18,364.80 |
| 510684-0000 | Inv | 1/24/2023 | 01/24/23 | 02/23/23 | 225814 | 5,211.59 | 5,211.59 |
| 511292-0000 | Inv | 1/27/2023 | 01/27/23 | 02/26/23 | 225567 | 70,053.53 | 70,053.53 |
| 510975-0000 | Inv | 1/30/2023 | 01/30/23 | 03/01/23 | 220286 | 51,851.19 | 51,851.19 |
| 510980-0000 | Inv | 1/31/2023 | 01/31/23 | 03/02/23 | 223402 | 18,364.80 | 18,364.80 |
| 511149-0000 | Inv | 2/1/2023 | 02/01/23 | 03/03/23 | 225338 | 39,692.92 | 39,692.92 |
| | | | Regular Proof of Claim | | | 232,675.02 | 232,675.02 |
| | | | | | | | |
| 511145-0000 | Inv | 2/2/2023 | 02/02/23 | 03/04/23 | 222502 | 37,982.40 | 37,982.40 |
| 511280-0000 | Inv | 2/3/2023 | 02/03/23 | 03/05/23 | 222482 | 15,832.32 | 15,832.32 |
| 511284-0000 | Inv | 2/6/2023 | 02/06/23 | 03/08/23 | 223665 | 10,744.00 | 10,744.00 |
| 511289-0000 | Inv | 2/6/2023 | 02/06/23 | 03/08/23 | 225234 | 21,231.21 | 21,231.21 |
| 511427-0000 | Inv | 2/7/2023 | 02/07/23 | 03/09/23 | 225580 | 32,984.00 | 32,984.00 |
| 511423-0000 | Inv | 2/9/2023 | 02/09/23 | 03/11/23 | 222482 | 15,832.32 | 15,832.32 |
| 511497-0000 | Inv | 2/10/2023 | 02/10/23 | 03/12/23 | 225234 | 21,231.21 | 21,231.21 |
| 511555-0000 | Inv | 2/10/2023 | 02/10/23 | 03/12/23 | 225568 | 7,193.03 | 7,193.03 |
| 511624-0000 | Inv | 2/13/2023 | 02/13/23 | 03/15/23 | 225568 | 62,734.50 | 62,734.50 |
| 511791-0000 | Inv | 2/15/2023 | 02/15/23 | 03/17/23 | 223965 | 8,719.42 | 8,719.42 |
| 511787-0000 | Inv | 2/16/2023 | 02/16/23 | 03/18/23 | 222482 | 15,832.32 | 15,832.32 |
| 512100-0000 | Inv | 2/20/2023 | 02/20/23 | 03/22/23 | 225235 | 37,884.00 | 37,884.00 |
| | | | 503(B)(9) Claim Total* | | | 288,200.73 | 288,200.73 |
| | | | | | | | |
| | | | | | TOTAL | | 520,875.75 |

Bankruptcy file date: 2/23/2023

* 503(B)(9)Claim will consist of goods received at Akorn Operating Company within 20 days before 02/23/2023 Chapter 7 filing (Feb 3 through and including Feb 22)

All sales were F.O.B. pick up location. MJS Packaging arranged the pick-ups with Akorn's designated carriers
All shipments end desinations were Akorn - Amityville Edison located at 13 E Edison Street, Amityville, NY 11701

Akorn Operating Company Purchase Orders Produced by the Vendor but not shipped to Akorn in Amityville, NY because of the Chapter 7 filing are listed below:

| Order Number | Type | Customer PO | Ord Date | Cus Req | Order Total | MJS PO # | Item |
|---|---|---|---|---|---|---|---|
| 400361-000 | Order | 225818 | 01/10/23 | 5/10/2023 | 33,058.60 | 142476 | 28/480 White Clic Loc III |
| 399931-000 | Order | 225582 | 12/14/22 | 4/23/2023 | 18,813.68 | 142142 | 2oz Light Amber PET BR. 20-410 |
| 399457-002 | Order | 225234 | 11/18/22 | 2/27/2023 | 34,500.71 | 141792 | 16oz White HDPE MR. 28-410 |
| 399448-000 | Order | 225340 | 11/17/22 | 2/28/2023 | 39,692.92 | 141780 | 16oz Amber PET Oblong, 28-480 |
| 399445-000 | Order | 225342 | 11/17/22 | 4/14/2023 | 33,134.08 | 141778 | 28/480 White Clic Loc III |
| 399430-000 | Order | 225221 | 11/16/22 | 3/15/2023 | 11,539.50 | 141768 | 24mm Natural LDPE Orifice Reducer .062" Orifice |
| 396847-000 | Order | 222738 | 07/14/22 | 3/3/2023 | 116,651.70 | 140014 | 28-400 White PP Clic-Loc III with 35P Pharmseal V EB Wax Liner |
| 396465-003 | Order | 222482 | 06/24/22 | 3/1/2023 | 15,832.32 | 139728 | 32 oz White HDPE MR 28-410 |
| | | | Total | | 303,223.51 | | |

TOTAL CLAIM AMOUNT          824,099.26