IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 133** |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KURTZMAN CARSON CONSULTANTS LLC AS ADMINISTRATIVE ADVISOR, EFFECTIVE AS OF THE PETITION DATE

On April 27, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Kurtzman Carson Consultants as Administrative Advisor to the Debtors, Effective as of the Petition Date; and (II) Granting Related Relief* [Docket No. 133] (the "Application"). Responses to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on May 11, 2023 (the "Objection Deadline").

Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "U.S. Trustee"). No other formal or informal responses or objections to the Application were received.

Following discussions with the U.S. Trustee, the Debtors made certain revisions to the proposed form of order filed with the Application (the "Revised Proposed Order"), a copy of which is attached hereto as **Exhibit A**. The language in the Revised Proposed Order resolves the informal comments by the U.S. Trustee. For the convenience of the Court and other interested

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

30375182.1

parties, a blackline comparing the Revised Proposed Order against the proposed form of order filed with the Application is attached hereto as **Exhibit B**.

      WHEREFORE, as the Debtors did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Debtors respectfully request that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

| | |
|---|---|
| Dated: May 15, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Jared W. Kochenash*<br>Edmon L. Morton (No. 3856)<br>Matthew B. Lunn (No. 4119)<br>Joseph M. Mulvihill (No. 6061)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: emorton@ycst.com<br>       mlunn@ycst.com<br>       jmulvihill@ycst.com<br>       jkochenash@ycst.com<br><br>*Counsel to the Debtors* |

30375182.1