# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 7 |
| **AKORN HOLDING COMPANY, LLC et. al.,** | ) ) ) Case No. 23-10253 (KBO) ) ) **(Jointly Administered)** |
| Debtors. | ) ) |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: May 16, 2023       **Respectfully Submitted,**
Lake Success, New York

By:       /s/ Amish R. Doshi
Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:       amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **AKORN HOLDING COMPANY, LLC et. al.,** | ) ) ) | Case No. 23-10253 (KBO) |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on May 16, 2023, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

_/s/ Amish R. Doshi_____
Amish R. Doshi

## SERVICE LIST

**BY REGULAR MAIL**

| | |
|---|---|
| John T. Carroll, III, Esq.<br>Simon E. Fraser, Esq.<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | Richard Schepacarter, Esq<br>OFFICE OF US TRUSTEE<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Jared W. Kochenash, Esq.<br>Matthew B. Lunn, Esq.<br>Joseph M. Mulvihill, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801 | George L. Miller, Esq.<br>1628 Kohn F. Kennedy Blvd, # 950<br>Philadelphia, PA 19103 |
| Akorn Holding Company, LLC<br>5605 CenterPoint Court<br>Gurnee, IL 60031 | |