# Exhibit 1

# Statement

Interior Specialty Construction Inc
PO Box 3233
Decatur, IL 62524

| Date |
|---|
| 2/22/2023 |

**To:**
Akorn, Inc.
5605 Centerpoint Court
Gurnee IL 60031
Vendor #175160

| Amount Due | Amount Enc. |
|---|---|
| $247,793.06 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 02/02/2023 | 21050- Locker Room<br>INV #14535. Due 03/04/2023. Orig. Amount $60,000.00. Laminar Flow | 60,000.00 | 60,000.00 |
| 02/22/2023 | INV #14541. Due 03/24/2023. Orig. Amount $171,910.06. Retainage | 171,910.06 | 231,910.06 |
| 09/01/2022 | 22023- Training Center Interior Final (Foot. Dr.)<br>INV #14455. Due 10/01/2022. Orig. Amount $7,996.00. | 7,996.00 | 239,906.06 |
| 12/09/2022 | 22085- Wyckles Exterior Wall Caulking<br>INV #14507. Due 01/08/2023. Orig. Amount $306.00. | 306.00 | 240,212.06 |
| 12/09/2022 | 22086- Grand NW Exterior Door Drip Cap<br>INV #14508. Due 01/08/2023. Orig. Amount $246.00. | 246.00 | 240,458.06 |
| 12/09/2022 | 22102- Caulk SS Plates in Hallway IB<br>INV #14510. Due 01/08/2023. Orig. Amount $481.00. | 481.00 | 240,939.06 |
| 12/09/2022 | 22103- PO 226485 - 2nd Floor Addition - Move & Install Furniture<br>INV #14506. Due 01/08/2023. Orig. Amount $6,854.00. | 6,854.00 | 247,793.06 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 231,910.06 | 0.00 | 7,887.00 | 0.00 | 7,996.00 | $247,793.06 |

# Statement

Sullivan Contractors, LLC
880 E Pershing Dr.
Decatur, IL 62524

| Date |
|---|
| 2/22/2023 |

**To:**
Akorn, Inc.
5605 Centerpoint Court
Gurnee IL 60031
Supplier #315711

| Amount Due | Amount Enc. |
|---|---|
| $124,891.04 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/06/2023<br>02/09/2023 | 23008- **Jan. Shutdown - AJ Steam Repairs Isoltech**<br>INV #26. Due 02/05/2023. Orig. Amount $7,242.00.<br>INV #34. Due 03/11/2023. Orig. Amount $8,010.00. | 7,242.00<br>8,010.00 | 7,242.00<br>15,252.00 |
| 01/06/2023<br>02/09/2023 | 23009- **Jan. Shutdown - LYO Capping Walls and Doors prep for Kydex**<br>INV #27. Due 02/05/2023. Orig. Amount $32,493.50.<br>INV #35. Due 03/11/2023. Orig. Amount $35,331.50. | 32,493.50<br>35,331.50 | 47,745.50<br>83,077.00 |
| 01/19/2023<br>02/21/2023 | 23010- **PO 226009 - Jan. Shutdown - AS Ceiling & Move HEPA's**<br>INV #32. Due 02/18/2023. Orig. Amount $11,328.00.<br>INV #42. Due 03/23/2023. Orig. Amount $3,527.00. | 11,328.00<br>3,527.00 | 94,405.00<br>97,932.00 |
| 01/19/2023 | 23011- **PO 225839 - Jan Shutdown - Install SS Shelf in G on South Wall**<br>INV #31. Due 02/18/2023. Orig. Amount $472.00. | 472.00 | 98,404.00 |
| 01/19/2023 | 23012- **Grand - Relocate Powered HEPA to Wyckles**<br>INV #30. Due 02/18/2023. Orig. Amount $3,177.00. | 3,177.00 | 101,581.00 |
| 02/21/2023 | 23013- **Jan Shutdown - Blanket PO**<br>INV #43. Due 03/23/2023. Orig. Amount $3,811.00. | 3,811.00 | 105,392.00 |
| 01/19/2023 | 23017- **PO 225831 - Jan. Shutdown - CIC Flooring Repairs**<br>INV #29. Due 02/18/2023. Orig. Amount $15,207.04. | 15,207.04 | 120,599.04 |
| 02/09/2023 | 23026- **PO 226734 - Jan. Shutdow - Housekeeping**<br>INV #37. Due 03/11/2023. Orig. Amount $2,537.00. | 2,537.00 | 123,136.04 |
| 02/09/2023 | 23027- **PO 226736 - Jan. Shutdown - Area K Remove & Install Clock**<br>INV #40. Due 03/11/2023. Orig. Amount $100.00. | 100.00 | 123,236.04 |
| 02/09/2023 | 23028- **Jan Shutdown - Corridor 159B Ext. Wall Fumigation**<br>INV #38. Due 03/11/2023. Orig. Amount $200.00. | 200.00 | 123,436.04 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 54,971.50 | 69,919.54 | 0.00 | 0.00 | 0.00 | $124,891.04 |

# Statement

Sullivan Contractors, LLC

880 E Pershing Dr.

Decatur, IL 62524

| Date |
|---|
| 2/22/2023 |

**To:**

Akorn, Inc.
5605 Centerpoint Court
Gurnee IL 60031
Supplier #315711

| | Amount Due | Amount Enc. |
|---|---|---|
| | $124,891.04 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/09/2023 | 23030- PO 226737 - Area AC, AE, AU Wall Repair INV #39. Due 03/11/2023. Orig. Amount $1,455.00. | 1,455.00 | 124,891.04 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 54,971.50 | 69,919.54 | 0.00 | 0.00 | 0.00 | $124,891.04 |