# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Weil, Gotshal & Manges LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for Laboratoires Théa SAS and Thea Pharma Inc. (together, "Thea") pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **WEIL, GOTSHAL & MANGES LLP**<br>Alfredo R. Pérez<br>Theodore S. Heckel<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002-2784<br>Telephone: (713) 546-5000<br>Email: alfredo.perez@weil.com<br>       theodore.heckel@weil.com | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Curtis S. Miller (No. 4583)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>      srchurchill@morrisnichols.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Thea: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Thea is or may be entitled under agreements, in law or in equity,

all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, Thea's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Thea consistent with Article III of the United States Constitution.

Dated: May 16, 2023
      Wilmington, Delaware

| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Alfredo R. Pérez (*pro hac vice* forthcoming)<br>Theodore S. Heckel (*pro hac vice* forthcoming)<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002-2784<br>Telephone: (713) 546-5000<br>Email: alfredo.perez@weil.com<br>        theodore.heckel@weil.com | */s/ Sophie Rogers Churchill*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Curtis S. Miller (No. 4583)<br>Sophie Rogers Churchill (No. 6905)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com<br>       srchurchill@morrisnichols.com<br><br>*Attorneys for Laboratoires Théa SAS and Thea Pharma Inc.* |