## Exhibit A

### Progesterone Costs

| Biostudy | RLD | Product | Pharmexon | CRO Audit | Submission | TOTAL |
|---|---|---|---|---|---|---|
| $555,393 | $39,845 | $28,629 | $6,500 | $7,000 | $10,000 | **$647,367** |

# Exhibit B

## Dronabinol Costs

| Testing and RLD | Contractor | Submission (CBE-30) | Total |
|---|---|---|---|
| $199,809 | $3,000 | $10,000 | **$212,809** |

| INVENTORY | Value |
|---|---|
| API | $244,000 |
| Dronabinol (2.5 mg) | $289,333 |
| Dronabinol (10 mg) | $376,889 |
| **Subtotal** | **$910,222** |

| Grand Total | $1,123,031 |
|---|---|

*ADMIN 687216292v3*