### Exhibit A

**Schedule of Identified Théa Owned Assets**

## SCHEDULE OF IDENTIFIED THÉA OWNED ASSETS[1]

The Cure Schedule lists the below Identified Théa Owned Assets as purported executory contracts and unexpired leases that may be assumed and assigned in connection with the Trustee's Sale Process.[2]  However, pursuant to that certain Asset Purchase Agreement, by and among on January 27, 2022, TPI, as "Buyer," Akorn Operating, as "Seller," and, solely for the purposes of Section 12.06, Théa SAS, as "Guarantor," dated as of January 27, 2022 (collectively, with all ancillary agreements, schedules, and documents attached thereto and contemplated thereby, the "**APA**"), TPI acquired all of Akorn Operating's and its affiliates' "right, title and interest in and to all of" the Purchased Assets, including the Identified Théa Owned Assets.  The Purchased Assets acquired by TPI include, but are not limited to, those set forth in Schedules 1.01(g), 2.01(a), 4.04, 4.09(d), and 4.11(a) of the APA.

1.    Asset Purchase Agreement, by and between Blythe Enterprises, Inc. and Akorn Operating, dated as of August 5, 2021, as amended by that certain Assignment and Amendment by and among CellRight Technologies, LLC, Blythe Enterprises, Inc. and Akorn Operating Company d/b/a Akorn, Inc., dated as of September 10, 2021 (the "**Blythe/CellRight APA**");

2.    Customer Product Specification Form (CPS-0038), by and between Akorn Operating Company and CellRight Technologies, dated November 10, 2021 (the "**CellRight Product Specification Form**");

3.    Exclusive API Supply Agreement, by and between Akorn Inc. and Excella GmbH & Co. KG, dated December 1, 2017 (the "**Excella Exclusive API Supply Agreement**");

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Objection.

[2] The Théa Parties' failure to identify or include any of the Purchased Assets as Identified Théa Owned Assets shall not be construed as an admission or waiver by the Théa Parties as to the status of any purported executory contract or unexpired lease listed on the Cure Schedule as a Purchased Assets.  The Théa Parties expressly reserve all of their rights and remedies in connection with any attempt to sell, assume and assign, or otherwise transfer any of the Purchased Assets.  Further, the Théa Parties reserve the right to amend or supplement this Schedule of Identified Théa Owned Assets at any time.