## Exhibit B

## Prepayment Invoice



AKORN AG
Riethofstr. 1
█████████████
Switzerland

ap.hettlingen@akorn.com
Tel.  +41 52 304 10 11
Fax  +41 52 316 24 56
MWST-Nr. CHE-110.060.866 MWST

THEA PHARMA INC
420 Bedford St. Suite 150
02420 Lexington
United States

March 23, 2023

**your ref.:**   Aurelien Fraysse
Aurelien.Fraysse@theapharma.com
ap.us@theapharma.com
**our ref. :**   Mariann Sahni

## Invoice                    RI23000086

Client-No. 310625

**PO e-mail from Aurelien Fraysse dated 22.03.23**

**Purchase of unique material for Théa products from Akorn stock**

| Description | Amount CHF |
|---|---:|
| Purchase of unique material according list | 442'290.00 |
| **Total without VAT** | 442'290.00 |
| VAT 0 %      CHF | 0.00 |
| **Total with VAT**      **CHF** | **442'290.00** |

Terms of payment: upon receipt

Bank details: Credit Suisse, █████████████████
Swift: ████████████
**IBAN :** ███████████████████████