# Exhibit 1

**Chicago Infill Industrial Properties LP**
P.O, Box 74008508
Chicago, IL 60674-8508

        **Statement**

| | |
|---|---|
| **Account** | xvernon1 t0025457 Akorn, Inc. |
| **Prop Name** | Vernon Hills |
| **Assigned Spaces** | 115 |

Akorn, Inc.
Akorn, Inc.
5605 Centerpoint Court
Gurnee, IL 60031

| | |
|---|---|
| **Date** | 04/21/2023 |
| **Payment** | $ _____ |

MAY RENT CHARGES

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 05/01/2023 | CAM Estimates (05/2023) | 486.00 | 0.00 | 486.00 |
| 05/01/2023 | Base Rent Industrial (05/2023) | 3,546.00 | 0.00 | 4,032.00 |
| 05/01/2023 | Real Estate Tax Estimate (05/2023) | 585.00 | 0.00 | 4,617.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 4,617.00 | 0.00 | 0.00 | 0.00 | 4,617.00 |

**Chicago Infill Industrial Properties LP**
P.O, Box 74008508
Chicago, IL 60674-8508

**Statement**

| | |
|---|---|
| **Account** | xvernon1 t0025460 Akorn, Inc. |
| **Prop Name** | Vernon Hills |
| **Assigned Spaces** | 109A |

Akorn, Inc.
Akorn, Inc.
5605 Centerpoint Court
Gurnee, IL 60031

| | |
|---|---|
| **Date** | 04/21/2023 |
| **Payment** | $ _____ |

MAY RENT CHARGES

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 05/01/2023 | CAM Estimates (05/2023) | 499.00 | 0.00 | 499.00 |
| 05/01/2023 | Base Rent Industrial (05/2023) | 2,593.08 | 0.00 | 3,092.08 |
| 05/01/2023 | Real Estate Tax Estimate (05/2023) | 600.00 | 0.00 | 3,692.08 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 3,692.08 | 0.00 | 0.00 | 0.00 | 3,692.08 |

**Chicago Infill Industrial Properties LP**
P.O, Box 74008508
Chicago, IL 60674-8508

Akorn, Inc.
Akorn, Inc.
5605 Centerpoint Court
Gurnee, IL 60031

**Statement**

| | |
|---|---|
| **Account** | xvernon1 t0025461 Akorn, Inc. |
| **Prop Name** | Vernon Hills |
| **Assigned Spaces** | 109B |
| **Date** | 04/21/2023 |
| **Payment** | $ |

MAY RENT CHARGES

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 05/01/2023 | CAM Estimates (05/2023) | 189.00 | 0.00 | 189.00 |
| 05/01/2023 | Base Rent Industrial (05/2023) | 1,051.25 | 0.00 | 1,240.25 |
| 05/01/2023 | Real Estate Tax Estimate (05/2023) | 227.00 | 0.00 | 1,467.25 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 1,467.25 | 0.00 | 0.00 | 0.00 | 1,467.25 |

**Chicago Infill Industrial Properties LP**
P.O, Box 74008508
Chicago, IL 60674-8508

**Statement**

| | |
|---|---|
| **Account** | xvernon1 t0025462 Akorn, Inc. |
| **Prop Name** | Vernon Hills |
| **Assigned Spaces** | 110 |

Akorn, Inc.
Akorn, Inc.
5605 Centerpoint Court
Gurnee, IL 60031

| | |
|---|---|
| **Date** | 04/21/2023 |
| **Payment** | $ |

**MAY RENT CHARGES**

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | 0.00 |
| 05/01/2023 | CAM Estimates (05/2023) | 2,589.00 | 0.00 | 2,589.00 |
| 05/01/2023 | Base Rent Industrial (05/2023) | 18,912.00 | 0.00 | 21,501.00 |
| 05/01/2023 | Real Estate Tax Estimate (05/2023) | 3,118.00 | 0.00 | 24,619.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---:|---:|---:|---:|---:|
| 24,619.00 | 0.00 | 0.00 | 0.00 | 24,619.00 |