



**SPANISH PATENT AND TRADEMARK OFFICE**
Paseo de la Castellana, 75
28046 Madrid
Spain

**UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**
844 King St., Room 3209, Wilmington, DE
19801 THE UNITED STATES
(Chapter 7; Case nº 23-10253,10254,10255-KBO)

SUBJECT: **AKORN HOLDING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN OPERATING COMPANY LLC BANKRUPTCY**

Regarding the document attached to this communication, received by the Spanish Patent and Trademark Office on July 3rd, 2023, this Office is not aware of any right or credit receivable that should be paid to it by the debtor entities Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Opertating Company LLC. Consequently, the aforementioned Office is not a creditor in the procedure (case) number 23-10253,10254,10255-(KBO).

In Madrid (Spain) on March 27th, 2023.



Director of the Spanish Patent and Trademark Office
Aida Fernández González

[Signed and dated electronically]

informacion@oepm.es
www.oepm.es

Paseo Castellana, 75
28071 Madrid
Tel 91 3496817
91 3493056
Fax 91 3496856



MINISTERIO
DE INDUSTRIA, COMERCIO
Y TURISMO



ESPAÑA — FRANQUEO PAGADO — CARTAS

U.S.M.S.
X-RAY



U.S.M.S.
X-RAY



Oficina Española
de Patentes y Marcas

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE
844 King St., Room 3209
Wilmington, DE 19801
USA

Pso. Castellana, 75
28071 - MADRID
TEL.: 902 157 530
FAX: 91 349 55 97
información@oepm.es
www.oepm.es