## **EXHIBIT A**

10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Related Doc. No.** _____ |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER (A) APPROVING SALE OF CERTAIN INVENTORY, RAW MATERIALS AND EQUIPMENT FREE AND CLEAR OF INTERESTS, AND (B) GRANTING RELATED RELIEF**

This matter coming before the Court on the *Trustee's Motion for Entry of Order (A) Approving Sale of Certain Inventory and Equipment Free and Clear of Interests and (B) Granting Related Relief* (the "Motion," and all undefined terms herein having the meanings ascribed to them in the Motion); adequate and sufficient notice of the Motion having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion and at the Sale Hearing establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The relief requested in the Motion is granted.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

LEGAL\62822562\4

2

2. The terms of the Bill of Sale are approved in all respects. The Trustee is authorized to execute the Bill of Sale.

3. The sale of the Property to Medtech pursuant to the Bill of Sale: (i) is authorized pursuant to section 363(b) of the Bankruptcy Code, (ii) is free and clear and all interests, liens, claims, rights, and encumbrances pursuant to section 363(f) of the Bankruptcy Code, and (iii) is in good faith pursuant to section 363(m) of the Bankruptcy Code.

4. Medtech has acted in good faith with respect to the Sale for purposes of section 363(m) of the Bankruptcy Code.

5. Notwithstanding the foregoing, valid liens against the Property shall attach to the proceeds of the Sale in their relative order of priority and the Purchase Price shall be retained by the Trustee pending further order of this Court.

6. The Trustee is authorized to take any and all actions necessary or appropriate to consummate the sale of the Property pursuant to the terms of the Bill of Sale and in accordance with the Motion, the Bill of Sale and this Order.

7. The Court shall retain jurisdiction over the parties to the Bill of Sale and the subject matter thereof in order to interpret or enforce all provisions of this Order and the Bill of Sale.

8. Notice of the Motion as provided by the Trustee is approved, and further notice of the Motion is hereby waived for cause shown pursuant to Bankruptcy Rule 2002(a)(2).

9. This Order shall be effective immediately and enforceable upon its entry. For cause shown, the stay imposed by Bankruptcy Rule 6004 is hereby waived.