IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. 217, 219 |

**ORDER GRANTING TRUSTEE'S MOTION TO SHORTEN NOTICE PERIOD AND SCHEDULE EXPEDITED HEARING REGARDING TRUSTEE'S MOTION FOR ENTRY OF ORDER (A) APPROVING SALE OF CERTAIN INVENTORY, RAW MATERIALS AND EQUIPMENT FREE AND CLEAR OF INTERESTS, AND (B) GRANTING RELATED RELIEF**

Upon the Motion of George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates") for entry of an order shortening the notice period and setting an expedited hearing (the "Motion to Shorten")[2] to consider the *Trustee's Motion for Entry of Order (A) Approving Sale of Certain Inventory, Raw Materials and Equipment Free and Clear of Interests, and (B) Granting Related Relief* (the "Motion"); and upon consideration of the Motion to Shorten and all pleadings related thereto; and due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Bankruptcy Court has jurisdiction to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due, and sufficient cause appearing therefore,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184) ("Akorn Operating"), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten

1

IT IS HEREBY ORDERED that:

1. The Motion to Shorten is **GRANTED**.

2. A hearing to consider the Motion shall be held on **May 30, 2023 at 11:00 a.m. (ET)** before the Honorable Karen B. Owens, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

3. Objections to the Motion, if any, must be filed with the Bankruptcy Court and served upon counsel for the Trustee so as to be received no later than at or prior to the hearing.

4. The Trustee shall serve a copy of this Order on the Notice Parties via U.S. First Class Mail within two (2) business days of entry of this Order.

**Dated: May 22nd, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\63757910\1