# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Richard E. Hagerty, Esquire, and Kenneth A. Listwak, Esquire, of Troutman Pepper Hamilton Sanders LLP, hereby withdraw their appearance on behalf of FAREVA USA, Inc. and FAREVA S.A., a Luxembourg entity, and request that no further documents be served upon them in the above-captioned bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9010-2(b), the undersigned certifies that FAREVA USA, Inc. and FAREVA S.A., a Luxembourg entity, have consented to the withdrawal.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification numbers, and case numbers are as follows: Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

157432654v2

Dated: May 22, 2023

Respectfully submitted,

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kenneth A. Listwak*
    Kenneth A. Listwak (DE No. 6300)
    Hercules Plaza, Suite 5100
    1313 N. Market Street, P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone: (302) 777-6500
    Facsimile: (302) 421-8390
    E-mail: ken.listwak@troutman.com
    -and –
    Richard E. Hagerty
    401 9th Street, NW, Suite 1000
    Washington, DC 20004
    Telephone: (202) 274-1910
    Email: richard.hagerty@troutman.com

*Counsel to FAREVA USA, Inc. and FAREVA S.A., a Luxembourg entity*

157432654v2