# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Doc. No.** 138 |

## CERTIFICATE OF NO OBJECTION
## REGARDING TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) REJECTING LEASE FOR CRANBURY PROPERTY, (II) ABANDONING REMAINING PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of the above-captioned Debtors (the "Debtors") hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Trustee's Motion for Entry of Order (I) Rejecting Lease for Cranbury Property, (II) Abandoning Remaining Personal Property, and (III) Granting Related Relief* [Filed 4/28/2023; Docket No. 138] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Motion, objections to same were to be filed and served no later than May 18, 2023 at 4:00 p.m. (EST).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: May 23, 2023<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:  */s/ John T. Carroll*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

2