# **Exhibit A**

Identification of the Contract(s) and/or Lease(s) and the Successful Bidder to which the Trustee proposes to assign each Contract or Lease, and contact information for counsel for each applicable Successful Bidder

AKORN HOLDING COMPANY, LLC
CASE NO. 23-10253 (KBO)
EXHIBIT A

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Abbott Biologicals B.V | Supply Agreement dated January 1, 2020 by and between Abbott Biologicals B.V and Calyptus Pharmaceuticals Inc | Abbott Biologicals B.V Veerweg 12, 8121AA Olst The Netherlands | Calyptus Pharmaceuticals Inc | Calyptus Pharmaceuticals Inc 174 Nassau Street, #364 Princeton, NJ 08542 | Akorn Operating Company LLC | Teva Pharmaceuticals, Inc. | David A. Monaghan Buchanan Ingersoll & Rooney PC Union Trust Building 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 david.monaghan@bipc.com Tel: 412-562-8399 | | |
| Calyptus Pharmaceuticals, Inc. | Supply Agreement for Active Pharmaceutical Ingredient of Medicinal Product dated December 18, 2019 between Calyptus Pharmaceuticals, Inc. and Hemmo Pharmaceuticals Pvt. Ltd. | Calyptus Pharmaceuticals, Inc. 174 Nassau Street #364 Princeton, NJ 08542 | Hemmo Pharmaceuticals Pvt. Ltd. | Hemmo Pharmaceuticals Pvt. Ltd. 113 Turf Estate, 3/65 Dr. E Moses Road Mahalaxmi, Mumbai-400 011, India | Akorn Operating Company LLC | Teva Pharmaceuticals, Inc. | David A. Monaghan Buchanan Ingersoll & Rooney PC Union Trust Building 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 david.monaghan@bipc.com Tel: 412-562-8399 | | |
| Corden Pharma Caponago | Work Proposal as of February 16, 2021 between Corden Pharma Caponago and Akorn Operating Company LLC | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Corden Pharma Caponago | Work Proposal as of September 20, 2019 between Corden Pharma Caponago and Akorn Operating Company LLC | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Corden Pharma S.p.A. | First Amendment to Exclusive Supply Agrreement as of September 23, 2019 between Akorn, Inc. and Corden Pharma S.p.A. | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Corden Pharma S.p.A. | Second Amendment to Exclusive Supply Agrreement as of October 15, 2021 between Akorn Operating Company LLC and Corden Pharma S.p.A. | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Corden Pharma S.p.A. | Supply Agreement as of May 23, 2016 between Akorn, Inc. and Corden Pharma S.p.A. | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

Case 23-10253-KBO    Doc 227-1    Filed 05/23/23    Page 3 of 12

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Corden Pharma S.p.A. | Third Amendment to Exclusive Supply Agrrement as of February 14, 2022 between Akorn Operating Company LLC and Corden Pharma S.p.A. | Corden Pharma Caponago Viale dell'Industria, 3 Caponage, Monza Brianza 20867, Italy | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Deloitte Consulting LLP | Engagement Letter for Application Management Services for Oracle JD Edwards, by and between Deloitte Consulting LLP and Akorn Operating Company, dated January 26, 2021, effective as of February 1, 2021 | Deloitte Consulting LLP Attn: Niranjan John Rao 200 Renaissance Center Suite 3900 Detroit, MI 48243 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Epic Pharma, LLC | First Amendment to Exclusive Supply Agreement as of July 31, 2013 between Epic Pharma, LLC and Akorn, Inc. (parnet company of Hi-Tech Pharmacal Co., Inc.) | Epic Pharma, LLC 22745 N. Conduit Avenue Laurelton, NY 11413 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Epic Pharma, LLC (on behalf of itself and its affiliate PuraCap Pharmaceuticals LLC and its affiliate PuraCap Caribe | Exclusive License Agreement as of June 24, 2020 between Akorn, Inc. and Epic Pharma, LLC (on behalf of itself and its affiliate PuraCap Pharmaceuticals LLC and its affiliate PuraCap Caribe) | Epic Pharma, LLC 22745 N. Conduit Avenue Laurelton, NY 11413 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Exela Pharma Sciences | Development and Supply Agreement as of February 23, 2017 between Akorn Animal Heatlh, Inc. and Exela Pharma Sciences | Exela Pharma Sciences 1245 Blowing Rock Blvd. Lenoir, NC 28645 | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Fareva | Fareva offer regarding Akorn's request for a engineering batch and the first 3 validation batches for your speciality TIMOLOL 0,5% dated February 24, 2020 | Fareva Pharma Division les Iles Ferays Tournon sur Rhone, 07300, France | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Flavine North America, Inc. | Exclusive Supply Agreement, by and between Flavine North America, Inc. and Akorn Operating Company d/b/a Akorn Animal Health, dated May 5, 2021 | Flavine North America, Inc. 61 South Paramus Road Suite 565 Paramus, NJ 07652 | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | | |
| Flavine North America, Inc. | Price Agreement dated May 5, 2021 by and among Flavine North America, Inc. and Akorn Operating Company LLC, d/b/a Akorn Animal Health | Flavine North America, Inc. 61 South Paramus Road Suite 565 Paramus, NJ 07652 | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

Case 23-10253-KBO    Doc 227-1    Filed 05/23/23    Page 4 of 12

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Frontier Technology, LLC d/b/a MicroAge | Purchase and Sale Contract, by and between Frontier Technology, LLC d/b/a MicroAge and Akorn Operating Company, dated February 21, 2022 | Frontier Technology, LLC d/b/a MicroAge 15210 S 50TH St Ste 180 Phoenix, AZ 85044-9136 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Galenicum Health, S.L.U. | License and Supply Agreement entered into as of December 22, 2021 by and between Galenicum Health SLU and Akorn Operating Company, LLC | Galenicum Health, S.L.U. Calle Sant Gabriel, 50, 08950 Esplugues del Llobregat Barcelona, Spain | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| GP Pharma | Statement of Work for Cetrorelix as of October 2, 2022 between Akorn and GP Pharma | GP Pharm, S.A. Address: Poligon Industrial Els Vinyets - Els Fogars, Sector 2, 08777 Sant Quniti de Mediona (Barcelona), Spain Attn: Dr. Berta Ponsati Obiols, CEO Fax. No.: + 34 93 819 22 10 | | | Akorn Operating Company LLC | Teva Pharmaceuticals, Inc. | David A. Monaghan Buchanan Insersoll & Rooney PC Union Trust Building 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 david.monaghan@bipc.com Tel: 412-562-8399 | | |
| GP Pharma S.A. | Master Manufacturing and Supply Agreement as of July 29, 2019 between GP Pharma S.A. and Calyptus Pharmaceuticals, Inc. | GP Pharm, S.A. Address: Poligon Industrial Els Vinyets - Els Fogars, Sector 2, 08777 Sant Quniti de Mediona (Barcelona), Spain Attn: Dr. Berta Ponsati Obiols, CEO Fax. No.: + 34 93 819 22 10 | Calyptus Pharmaceuticals, Inc. | Calyptus Pharmaceuticals, Inc. 174 Nassau Street, #364 Princeton, NJ 08542 | Akorn Operating Company LLC | Teva Pharmaceuticals, Inc. | David A. Monaghan Buchanan Insersoll & Rooney PC Union Trust Building 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 david.monaghan@bipc.com Tel: 412-562-8399 | | |
| Haupt Pharma Wolfratshausen GmbH, a member of the Aenova Group | Transfer and Scale-Up Agreement as of March 27, 2020 between Haupt Pharma Wolfratshausen GmbH, a member of the Aenova Group and Calyptus Pharmaceuticals Inc. | Haupt Pharma Wolfratshausen GmbH Pfaffenrieder Straße 5-7 82515 Wolfratshausen Deutschland | Calyptus Pharmaceuticals Inc. | Calyptus Pharmaceuticals, Inc. 174 Nassau Street, #364 Princeton, NJ 08542 | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Intas Pharmaceuticals Limited | Distribution & Marketing Agreement dated April 5, 2022 by and between Intas Pharmaceuticals Limited and Akorn Operating LLC d/b/a Akorn Animal Health and Accord Healthcare Inc. | Intas Pharmaceuticals Limited Corporate House, Near Sola Bridge SG Highway Thaltej, Ahmedabad 380054 | Accord Healthcare Inc. | Accord Healthcare Inc. 1009 Slater Road, Suite 210B Durham, NC 27703 | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Leadiant Biosciences, Inc. | Supply Price Adjustment as of July 1 ,2021 to June 30, 2022 between Leadiant Biosciences, Inc. and Akorn Operating Company LLC | Leadiant Biosciences, Inc. 9841 Washington Blvd., Suite 500 Gaithersburg, MD 20878 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Lucille Bonanno | Parkling Lot Lease | Lucille Bonanno 1068 N Broadway Massapequa, NY 11758 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Marcor Development, LLC | API Supply Agreement dated July 24, 2019 by and between Akorn, Inc. and Marcor Development, LLC | Marcor Development, LLC 154 Pioneer Drive Leominster, MA 01453 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Marcor Development, LLC | First Amendment to API Supply Agreement effective January 1, 2021 by and between Marcor Development, LLC and Akorn Operating Company LLC D.B.A. Akorn, Inc. | Marcor Development, LLC 154 Pioneer Drive Leominster, MA 01453 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Microsoft Corporation | Microsoft Enterprise Services Work Order (6Y03217-343979-421187), by and between Akorn Operating Company d/b/a Akorn, Inc. and Microsoft Corporation, effective as of March 30, 2012 | Microsoft Corporation 1 Microsoft Way Redmond, WA 98052 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Microsoft Corporation | Microsoft Customer Agreement | Microsoft Corporation Dept. 551, Volume Licensing 6880 Sierra Center Parkway Reno, NV 89511-1137 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Mikart, Inc. | Termination of Manufacturing and Supply Agreement dated April 1, 2005, expiration on April 1, 2021 | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Mikart, Inc. | Letter to Mikart Inc. dated October 18, 2013 re: Milkart Inc. and ECR Pharmaceuticals Inc. Manufacturing and Supply Agreement dated July 19, 2007 | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | ECR Phamaceuticals Co. | ECR Phamaceuticals Co. 3969 Deep Rock Rd, Richmond, VA 23233 | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

Case 23-10253-KBO   Doc 227-1   Filed 05/23/23   Page 6 of 12

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Mikart, Inc. | Manufacturing and Supply Agreement dated April 1, 2005 by and between VersaPharm Incorporated and Mikart, Inc. | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Mikart, Inc. | Agreement for Purchase of ANDAs for Aminocaproic Acid 500mg Tabelts and Aminocaproic Acid 1.25g per 5 mL Oral Solutiondated April 14, 2015 by and between Mikart, Inc. and VersaPharm Incorporated | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Mikart, Inc. | First Amendment to Manufacturing and Supply Agreement dated September 5, 2008 by and between Mikart, Inc. and VersaPharm Incorporated | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Mikart, Inc. | Agreement and Second Amendment to Manufacturing and Supply Agreement dated August 17, 2016 by and between Mikart, Inc. and Akorn, Inc. | Mikart, Inc. 1750 Chattahoochee Avenue Atlanta, GA 30318 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Niagara Pharmaceuticals Inc. | Exclusive Manufacturing Supply Agreement as of June 25, 2013 between Akorn, Inc. and Niagara Pharmaceuticals Inc. | Niagara Pharmaceuticals Inc. 60 Innovation Drive Flamborough, ON L9H7P3, Canada | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Nomax, Inc. | Price Increase and Authorized Distributor Record as of December 1, 2006 between Akorn Incorporated and Nomax, Inc. | Nomax, Inc. 9735 Green Park Industrial Dr. St. Louis, MO 63123 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Orbicular Pharmaceutical Technologies Pvt Ltd | License and Commercialization Agreement dated April 7, 2022 by and between Akorn Operating Company LLC and Orbicular Pharmaceutical Technologies Pvt Ltd | Orbicular Pharmaceutical Technologies Pvt Ltd 53 ALEAP Industrial Estate Behind Pragathi Nagar Kukatpally Hyderabad, Telangana, 500090 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Orbicular Pharmaceutical Technologies Pvt Ltd | Development and Licensing Agreement by and between Akorn Operating Company LLC and Orbicular Pharmaceutical Technologies Pvt Ltd | Orbicular Pharmaceutical Technologies Pvt Ltd 53 ALEAP Industrial Estate Behind Pragathi Nagar Kukatpally Hyderabad, Telangana, 500090 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Palm Coast Pharmceuticals, LLC | Manufacturing, Sales, Marketing, and Distribution Agreement as of September 23, 2022 between Akorn Operating Company LLC and Palm Coast Pharmceuticals, LLC | Palm Coast Pharmceuticals, LLC 7 Avenue De La Mer, Suite 301 Palm Coast, FL 32137 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | | |
| Patheon Pharmaceuticals Inc. | Price Adjustment to Manufacturing Services Agreement as of January 1, 2021 between Patheon Pharmaceuticals Inc. and Verspharm Incorporated | Patheon Pharmaceuticals Inc. 2110 East Galbriath Rd. Cincinnati, OH 45237 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Patheon Pharmaceuticals Inc. | Manufacturing Services Agreement as of October 1, 2007 between Patheon Pharmaceuticals Inc. and Verspharm Incorporated | Patheon Pharmaceuticals Inc. 2110 East Galbriath Rd. Cincinnati, OH 45237 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Patheon Pharmaceuticals Inc. | First Amendment to Manufacturing Services Agreement as of July 8, 2013 between Patheon Pharmaceuticals Inc. and Verspharm Incorporated dated October 1, 2007 | Patheon Pharmaceuticals Inc. 2110 East Galbriath Rd. Cincinnati, OH 45237 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Patheon Pharmaceuticals Inc. | Manufacturing Services Agreement as of March 9, 2022 between Patheon Pharmaceuticals Inc. and Verspharm Incorporated and successor Akorn Operating Company LLC dated October 1, 2007 and amended July 8, 2013 | Patheon Pharmaceuticals Inc. 2110 East Galbriath Rd. Cincinnati, OH 45237 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Pharmasol Corporation | Master Manufacturing and Supply Agreement as of January 1, 2018 between Akorn Inc. and Pharmasol Corporation | Pharmasol Corporation One Norfolk Ave. Easton, MA 02375 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Recipharm | Quotation to Supply as of March 26, 2021 between Akorn Operating Company LLC and Recipharm | Recipharm 511 Davis Drive, Suite 100 Morrisville, NC 27560 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 |
| Reed-Lane Inc. | Pharmaceutical Packaging Agreement dated March 18, 2020 by and between Reed-Lane Inc. and Calyptus Pharmaceuticals, Inc | Reed-Lane Inc. 359 Newark Pompton Turnpike Wayne, NJ 07470 | Calyptus Pharmaceuticals, Inc | Calyptus Pharmaceuticals, Inc 174 Nassau Street, #364 Princeton, NJ 08542 | Akorn Operating Company LLC | Teva Pharmaceuticals, Inc. | David A. Monaghan Buchanan Ingersoll & Rooney PC Union Trust Building 501 Grant Street, Suite 200 Pittsburgh, PA 15219-4413 david.monaghan@bipc.com Tel: 412-562-8399 | | |
| Shandong New Time Pharmaceutical Co., Lts | Exclusive Supply Agreement dated May 5, 2021 by and among Shandong New Time Pharmaceutical Co., Lts and Akorn Operating Company LLC, d/b/a Akorn Animal Health | Shandong New Time Pharmaceutical Co., Lts No 1, North Outer Ring Road Feixan Linyi, Shandong 273499 China | | | Akorn Operating Company LLC | DW Healthcare Partners | Brett Lawrence Paul Hastings, LLP 200 Park Avenue New York, NY 10166 brettlawrence@pauhastings.com Tel: 212-318-6414 | | |
| Shasun Pharma Solution Ltd. | Commercial Supply Agreement dated October 1, 2014 by and between Shasun Pharma Solution Ltd. and Akorn, Inc. | Shasun Pharma Solution Ltd. Dudley, Cramlington, Northumberland NE23 7QC United Kingdom | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Siegfried (USA) Inc. | Supply Agreement dated April 22, 2011 between Siegfried (USA) Inc. and Akorn, Inc. | Siegfried (USA) Inc. 33 Industrial Park Road Pennsville, NJ 08070 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Siegfried Irvine | Approved Work Proposal as of November 19, 2021 between Akorn Operating Company LLC and Siegfried Irvine | Siegfried Irvine 9342 Jeronimo Road Irvine, CA 92618 | | | Akorn Operating Company LLC | Sentiss AG | Jonathan M. Barron K&L Gates LLP 599 Lexington Avenue New York, NY 10022 Tel: 212-536-3915 jonathan.barron@klgates.com | | |
| Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) | Second Amendment to Amended and Restated Supply Agreement entered into as of January 31, 2012 and amended on February 3, 2014 by and between Akorn, Inc. and Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) effective as of January 1, 2017 | Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) 33 Industrial Park Road Pennsville, NJ 08070 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) | Amendment is made as of February 3, 2014 to the Supply Agreement with regard to pentobarbital dated April 22, 2011 between Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) and Akorn Inc. | Siegfried USA, LLC (f/k/a Siegfried (USA) Inc.) 33 Industrial Park Road Pennsville, NJ 08070 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Slayback Pharma LLC | Development Agreement dated September 13, 2011 by and between Slayback Pharma LLC and Akorn, Inc | Slayback Pharma LLC 37 Slayback Drive Princeton Junction, NJ 08550 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Sofgen Pharmaceuticals, LLC | Development and Supply Agreement dated July 28th, 2006 by and between Akorn, Inc and Sofgen Pharmaceuticals, LLC | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Sofgen Pharmaceuticals, LLC | First Amendment to Development and Supply Agreement dated March 12, 2009 by and between Akorn, Inc and Sofgen Pharmaceuticals, LLC | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Sofgen Pharmaceuticals, LLC | Exclusive Supply Agreement dated January 1, 2016 by and between Akorn, Inc and Sofgen Pharmaceuticals, LLC | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Sofgen Pharmaceuticals, LLC | Addendum #2 to Exclusive Supply Agreement dated January 1, 2016 by and between Akorn, Inc and Sofgen Pharmaceuticals, LLC | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Sofgen Pharmaceuticals, LLC | Settlement Agreement and Release dated March 10, 2016 by and between Sofgen Pharmaceuticals, LLC and Akorn, Inc | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| Sofgen Pharmaceuticals, LLC | Addendum to Exclusive Supply Agreement dated June 12, 2018 by and between Akorn, Inc and Sofgen Pharmaceuticals, LLC | Sofgen Pharmaceuticals, LLC 1301 Sawgrass Corporate Parkway Sunrise, FL 33323 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

Case 23-10253-KBO    Doc 227-1    Filed 05/23/23    Page 10 of 12

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Stira Pharmaceuticals, LLC | Development Agreement dated August 3, 2021 by and between Akorn Operating Company LLC and Stira Pharmaceuticals, LLC | Stira Pharmaceuticals LLC<br>161 Dwight Place<br>Fairfield, NJ 07004 | | | Akorn Operating Company LLC | Stira Pharmaceuticals, LLC | Sam Della Fera, Jr.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068<br>Tel: 973-530-2076<br>sdellafera@csglaw.com | | |
| Swiss Caps AG | Contract Manufacturing Agreement dated January 12, 2007 between Swiss Caps AG and VersaPharm Incorporated | Swiss Caps AG<br>Husenstr 35<br>Kirchberg, CH-9533, Switzerland | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>New York, NY 10018<br>rcavaliere@tarterkrinsky.com<br>Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com |
| Tetragenx Animal Health ULD, dba Vetio | First Amendment to Tech Transfer and Commercialization Agreement as of February 12, 2021 between Akorn Operating Company LLC (d.b.a. Akorn Animal Heatlh, Inc.) and Tetragenx Animal Health ULD, dba Vetio | Tetragenx Animal Health ULD, dba Vetio<br>9622 Trans Canada Highway<br>Saint-Laurent, QC H4S 1V9, Canda | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com | | |
| Tetragenx Animal Health ULD, dba Vetio | Tech Transfer and Commercialization Agreement as of November 10, 2020 between Akorn Operating Company LLC (d.b.a. Akorn Animal Heatlh, Inc.) and Tetragenx Animal Health ULD, dba Vetio | Tetragenx Animal Health ULD, dba Vetio<br>9622 Trans Canada Highway<br>Saint-Laurent, QC H4S 1V9, Canda | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com | | |
| The Ritedose Corporation | Supply Agreement as of July 14, 2021 between The Ritedose Corporation and Akorn Operating Company LLC | The Ritedose Corporation<br>1 Technology Circle<br>Columbia, SC 29203 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com | | |
| TriRx Pharmaceutical Services | Tech Transfer and Commercialization Agreement as of April 22, 2021 between Akorn Operating Company LLC and TriRx Pharmaceutical Services | TriRx Pharmaceutical Services<br>101 Merritt 7<br>Norwalk, CT 06851 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com | | |
| Veeva Systems, Inc. | Master Subscription Agreement, by and between Veeva Systems, Inc. and Akorn, Inc., dated September 10, 2014 | Veeva Systems, Inc.<br>4637 Chabot Drive<br>Suite 210<br>Pleasanton, CA 94588 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap<br>Troutman Pepper<br>4000 Town Center<br>Suite 1800<br>Southfield, MI 48075<br>Tel: 212.808.2726<br>deborah.kovsky@troutman.com | | |

**Akorn Holding Company LLC, et al. (Jointly Administered Cases)**
**Bankruptcy Case No. 23-10253**
**Assumption and Assignment Schedule**

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| Woodstock Sterile Solutions, Inc. | Product Addendum to Master Supply Agreement as of October 27, 2022 between Akorn Operating Company LLC and Woodstock Sterile Solutions, Inc. | Woodstock Sterile Solutions, Inc. 2210 Lake Shore Drive Woodstock, IL 60098 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| Woodstock Sterile Solutions, Inc. | Master Supply Agreement as of October 27, 2022 between Akorn Operating Company LLC and Woodstock Sterile Solutions, Inc. | Woodstock Sterile Solutions, Inc. 2210 Lake Shore Drive Woodstock, IL 60098 | | | Akorn Operating Company LLC | Epic Pharma LLC | Rocco A. Cavaliere Tarter Krinsky & Drogin LLP 1350 Broadway New York, NY 10018 rcavaliere@tarterkrinsky.com Tel: 212-216-1141 | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com |
| XGEN DJB Pharmaceuticals DJB, Inc. | Supplier Quality Agreement, by and between Akorn Pharmaceuticals and XGEN DJB Pharmaceuticals DJB, Inc., dated November 6, 2020 | XGEN DJB Pharmaceuticals DJB, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| XGEN DJB Pharmaceuticals DJB, Inc. | Supplier Quality Agreement, by and between Akorn Pharmaceuticals and XGEN DJB Pharmaceuticals DJB, Inc., dated July 20, 2022 | XGEN DJB Pharmaceuticals DJB, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| XGEN DJB Pharmaceuticals DJB, Inc. | Supplier Quality Agreement, by and between Akorn Pharmaceuticals and XGEN DJB Pharmaceuticals DJB, Inc., dated April 15, 2021 | XGEN DJB Pharmaceuticals DJB, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| XGEN DJB Pharmaceuticals DJB, Inc. | Safety Data Exchange Agreement, by and between XGEN DJB Pharmaceuticals DJB, Inc. and Akorn Operating Company, dated May 12, 2021 | XGEN DJB Pharmaceuticals DJB, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| XGEN DJB Pharmaceuticals DJB, Inc. | Supplier Quality Agreement, by and between XGen DJB Pharmaceuticals DJB, Inc. and Akorn Pharmaceuticals, dated November 6, 2020 | XGEN DJB Pharmaceuticals DJB, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |

Akorn Holding Company LLC, et al. (Jointly Administered Cases)
Bankruptcy Case No. 23-10253
Assumption and Assignment Schedule

Case 23-10253-KBO    Doc 227-1    Filed 05/23/23    Page 12 of 12

| Counter Party | Name of Agreement | Counter Party Address | Counter Party | Counter Party Address | Debtor Party | Assignee 1 -- Successful Bidder | Counsel for Assignee 1 | Assignee 2 -- Succesful Bidder (if appliable) | Counsel for Assignee 2 (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| X-GEN Pharmaceuticals | Commercial Manufacturing Supply Agreement as of April 28, 2006 between Akorn Inc. and X-GEN Pharmaceuticals | X-Gen Pharmaceuticals, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| X-Gen Pharmaceuticals Inc. | Amendment to License and Supply Agreement as of June 11, 2010 between X-Gen Pharmaceuticals Inc. and Hi-Tech Pharmacal Co. dated February 29, 2008 | X-Gen Pharmaceuticals, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| X-Gen Pharmaceuticals Inc. | License and Supply Agreement as of February 29, 2008 between X-Gen Pharmaceuticals Inc. and Hi-Tech Pharmacal Co. Inc. | X-Gen Pharmaceuticals, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | | | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |
| X-Gen Pharmaceuticals, Inc. | Assignment and Amendment to Commercial Manufacturing Supply Agreement as of April 28, 2006 between Akorn Operating Company LLC and X-Gen Pharmaceuticals, Inc., and X-Gen Pharmaceuticals DBJ, Inc. effective October 19, 2021 | X-Gen Pharmaceuticals, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | X-Gen Pharmaceuticals DBJ, Inc. | X-Gen Pharmaceuticals, Inc. 300 Daniel Zenker Drive Horseheads, NY 14845 | Akorn Operating Company LLC | Hikma Pharmaceuticals USA, Inc. | Deborah Kovsky-Apap Troutman Pepper 4000 Town Center Suite 1800 Southfield, MI 48075 Tel: 212.808.2726 deborah.kovsky@troutman.com | | |