## **Exhibit B**

Notice of Successful Bidders

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Re D.I. 106, 137 |

## NOTICE OF SUCCESSFUL BIDDERS AND ALTERNATE BIDDERS

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On April 28, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order Granting Trustee's Motion for Entry of an Order (A) Approving Bidding Procedures in Connection With Sale of Substantially All of the Estates' Assets, (B) Scheduling an Auction and Hearing to Consider the Proposed Sale and (C) Approving the Form and Manner of Notice Thereof [D.I. 137] (the "Bidding Procedures Order"),[2] which, among other things, established bidding procedures (the "Bidding Procedures") that govern the manner in which certain assets of the above-captioned debtors (the "Debtors") are to be sold.

2.  The Trustee conducted the Auction as provided for in the Bidding Procedures Order and upon the conclusion of the Auction the Trustee named the Successful Bidders and Alternate Bidders identified on the attached Exhibit "A".

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings as used in the Bidding Procedures Order and/or the Bidding Procedures, as applicable.

2

| | |
|---|---|
| Dated: May 18, 2023 | COZEN O'CONNOR |

*/s/ John T. Carroll III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

*Counsel for the Trustee
George L. Miller*

Case 23-10253-KBO  Doc 2742  Filed 05/18/23  Page 2 of 12

63776410\2

# Exhibit A

63776410\2

| Successful Bidders | | | | Reserve Backup Bidder Details | |
|---|---|---|---|---|---|
| Akorn: Hikma Consortium Purchase Price Summary by Bidder | Identifier/ANDA/ANADA | Description[1] | $[2] | Reserve Backup Bidder | Reserve Backup $[2] |
| **Hikma[3]** | | | **$102,885,000** | | |
| With the exception of the Excluded Assets (Inventory, Accounts Receivable and Labeler Codes) and the exclusions listed below, all other Akorn US assets, including but not limited to: Amityville and CMO products listed in VDR # 5.5.5.10 (including all associated records and other IP); Amityville real estate and equipment; Gurnee and Vernon Hills leases and equipment | -- | Member of Bidding Group | 102,885,000 | | |
| **HIG / Rising** | | | **$46,500,000** | | |
| With the exception of the exclusions listed below, all other Decatur products listed in VDR # 5.5.5.10 (including all associated records and other IP) and Decatur real estate and equipment | -- | Member of Bidding Group | 46,500,000 | | |
| **Long Grove** | | | **$42,200,000** | | |
| AK-Fluor | 22186 | Exclusions[4] | 28,300,000 | Belcher | 24,000,000 |
| Calcitriol | 78066 | Exclusions[4] | 1,000,000 | None | 0 |
| Methylene Blue | Methylene Blue | Exclusions[4] | 1,000,000 | None | 0 |
| Methadone Hydrochloride | 208306 | Exclusions[4] | 11,900,000 | Belcher | 10,300,000 |
| **DW Healthcare Partners** | | | **$24,500,000** | | |
| Dexmeditodine Injection | 200699 | Member of Bidding Group | | Breckenridge Pharma | 3,900,000 |
| Propofol | Propofol | Member of Bidding Group | | Virbac | 2,500,000 |
| Pentobarbital Sodium and Phenytoin Sodium Injection | 200614 | Member of Bidding Group | | Belcher | 2,900,000 |
| Isoflurane | Isoflurane | Member of Bidding Group | | SI Capital | 290,000 |
| Sevoflurane | Sevoflurane | Member of Bidding Group | | Belcher | 260,000 |
| **Teva[5]** | | | **$21,500,000** | | |
| Cetrorelix | 215737 | Exclusions[4] | 21,500,000 | Cipla | 19,500,000 |
| **Sentiss (US ANDAs)** | | | **$18,700,000** | | |
| Albuterol Inhalation | 74543 | Member of Bidding Group | 6,200,000 | Padagis | 2,600,000 |
| Lidocaine Jelly | 40433 | Member of Bidding Group | | Long Grove | 6,700,000 |
| Loteprendol | 207609 | Member of Bidding Group | 12,500,000 | Aurobindo | 2,200,000 |
| Bromfenac | 203395 | Member of Bidding Group | | SI Capital | 180,000 |
| **Oak Tree Pharma (SI Capital)** | | | **$13,525,000** | | |
| IC-Green | 11525 | Exclusions[4] | 8,800,000 | Serb (Stark) | 7,900,000 |
| Ephedrine | 208609 | Exclusions[4] | 2,400,000 | Provepharm | 2,000,000 |
| Oxcarbazine | 211420 | Exclusions[4] | 1,900,000 | Mission Pharmacal | 1,800,000 |
| Dicyclomine | 207084 | Exclusions[4] | 425,000 | Meitheal Pharma | 100,000 |
| **Alcon Vision** | | | **$9,200,000** | | |
| Phenylephrine | 207926 | Exclusions[4] | 9,200,000 | SI Capital | 5,500,000 |
| **ANI Pharma** | | | **$4,450,000** | | |
| Famotidine | 201995 | Exclusions[4] | 3,200,000 | Mission Pharmacal | 1,600,000 |

| | | | | | |
|---|---|---|---|---|---|
| Levofloxacin Oral Sol | 91678 | Exclusions | 800,000 | Chartwell | 775,000 |
| Sucralfate | Pipeline | Exclusions | 450,000 | Saptalis | 425,000 |
| **Stira** | | | **$2,500,000** | | |
| Zinc Sulfate | Zinc Sulfate | Exclusions [4] | | Epic Pharma | 200,000 |
| Zinc Chloride | Zinc Chloride | Exclusions [4] | | Epic Pharma | 200,000 |
| Selenious Acid | Selenious Acid | Exclusions [4] | | Epic Pharma | 290,000 |
| Cupric Chloride | Cupric Chloride | Exclusions [4] | | Epic Pharma | 240,000 |
| gMultrys | gMultrys | Exclusions [4] | | Epic Pharma | 300,000 |
| **Provepharm** | | | **$2,500,000** | | |
| Bal-In Oil | 5939 | Exclusions [4] | 2,500,000 | None | 0 |
| **Epic Pharma** | | | **$1,880,000** | | |
| Ethambutol Hydrochloride | 75095 | Exclusions | 400,000 | None | 0 |
| Difluprednate (Pipeline) | Difluprednate | Exclusions | 480,000 | Saptalis | 270,000 |
| Timolol Maleate | 212291 | Exclusions | 700,000 | Chartwell | 675,000 |
| Orange Book Lots #3 (All Other Orange Book) | See Schedule 3 | Exclusions | 300,000 | HIG / Rising | 250,000 |
| **Saptalis** | | | **$1,530,000** | | |
| Acetic Acid HC Otic | 12770 | Exclusions | 800,000 | Brookfield Pharma | 750,000 |
| Orange Book Lots #1 (Component Previously Held by HIG) | See Schedule 1 | Exclusions | 600,000 | Nivagen | 550,000 |
| Orange Book Lots #2 (Saptalis Package) | See Schedule 2 | Exclusions | 130,000 | None | 0 |
| **PAI Pharma** | | | **$1,475,000** | | |
| Cimetidine Oral Sol | 74664 | Member of Bidding Group | 725,000 | Chartwell | 700,000 |
| Acetaminophen Codeine Phosphate | 40119 | Member of Bidding Group | | None | 0 |
| Homatropine Methylbromide | 40613 | Member of Bidding Group | | None | 0 |
| Ibuprofen | 205647 | Member of Bidding Group | | Saptalis | 10,000 |
| Lactulose | 74077 [6] | Member of Bidding Group | 750,000 | None | 0 |
| Midazolam Hydrochloride | 75958 | Member of Bidding Group | | None | 0 |
| Vancomycin Hydrochloride | 65478 | Member of Bidding Group | | None | 0 |
| Nystatin | 64042 | Member of Bidding Group | | Saptalis | 20,000 |
| **Mission** | | | **$1,000,000** | | |
| Gabapentin Oral Solution | 78974 | Exclusions [4] | 1,000,000 | Chartwell | 575,000 |
| **Chartwell** | | | **$825,000** | | |
| Promethazine Hydrochloride | 40026 | Exclusions | 525,000 | Aurobindo | 500,000 |
| Ketorolac | 78434 | Exclusions | 300,000 | Hetero | 275,000 |
| **Aurobindo** | | | **$700,000** | | |
| Amantadine | 74170 | Exclusions | 700,000 | Keal | 650,000 |
| **Cronus** | | | **$500,000** | | |
| Gentak Solution | 200576 | Exclusions | 500,000 | Domes | 450,000 |
| **Domes** | | | **$350,000** | | |
| Triple Antibiotic Vet | 200553 | Exclusions | 350,000 | Cronus | 300,000 |
| **Total Hikma Consortium Akorn US Purchase Price [5]** | | | **$296,720,000** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Sentiss (Hettlingen Package See Attached Schedule 4)** | | | $17,750,000 | | |
| *Hettlingen Package (All assets listed in the Hettlingen Package Lot description, including products rights, records and other IP to the Products listed in VDR # 5.5.5.10, as well as 100% of the equity interest in Akor S.a.r.l)* | -- | -- | 17,750,000 | Prestige | 17,250,000 |
| **Total Hettlingen Package Purchase Price** | | | $17,750,000 | | |
| **Total Purchase Price** | | | $314,470,000 | | |

**Footnotes**

(1) Exclusions represent reserve individual product auctions for products excluded by the Bidding Group
(2) All purchase prices are shown net of cure costs; all reserve Successful Bidders and reserve Backup Bidders have agreed on the record to assume cure costs
(3) Cash Bid on the record of $102,800,000 due to rounding by Hikma
(4) Represents reserve Successful Bidder at individual auction who increased its bid in a subsequent auction
(5) Purchase price for Cetrorelix excludes cure costs of up to $3mm to be paid by the reserve Successful Bidder so that it is like-for-like with other purchase prices shown. As such, total Akorn US net purchase price shown as $3mm lower than amounts cited during the auction
(6) PAI represented subsequently via email that it had intended to include 74076 on the record as part of its package

| Akorn: Belcher / Nivagen Purchase Price Summary by Bidder | Identifier/ANDA/ANADA | Description[1] | $[2] | Reserve Backup Bidder | Reserve Backup $[2] |
|---|---|---|---|---|---|
| **Alternate Bidders** | | | | **Reserve Backup Bidder Details** | |
| **Belcher Cash Contribution[3]** | | | **$183,720,000** | | |
| *With the exception of the Excluded Assets (Inventory, Accounts Receivable and Labeler Codes) and the exclusions listed below, all other Akorn US assets, including but not limited to: Amityville, Decatur and CMO products listed in VDR # 5.5.5.10 (including all associated records and other IP); with the exception of the exclusions listed below, all Orange Book lots listed in Schedules 1, 2, and 3 attached hereto, including all associated records and other IP* | -- | Member of Bidding Group | 183,720,000 | | |
| **Nivagen Cash Contribution** | | | **$68,000,000** | | |
| *Amityville and Decatur real estate and equipment; Gurnee and Vernon Hills leases and equipment; select ANDAs agreed upon between Belcher and Nivagen (ANDAs # 200699, 139236, 200332, 200055, 22186, 208306 and 75481) including all associated records and IP* | -- | Member of Bidding Group | 68,000,000 | | |
| **Teva[4]** | | | **$21,500,000** | | |
| *Cetrorelix* | 215737 | Exclusions[5] | 21,500,000 | Cipla | 19,500,000 |
| **Oak Tree Pharma (SI Capital)** | | | **$11,600,000** | | |
| *IC-Green* | 11525 | Exclusions[5] | 8,800,000 | Serb (Stark) | 7,900,000 |
| *Lido / Prilo* | 76290 | Exclusions[5] | 2,800,000 | Aurobindo | 2,100,000 |
| **Lupin** | | | **$5,000,000** | | |
| *Fluticasone OTC* | 208024 | Member of Bidding Group | | SI Capital | 1,300,000 |
| *Fluticasone RX* | 77570 | Member of Bidding Group | | SI Capital | 1,600,000 |
| *Fluticasone Equipment* | -- | Member of Bidding Group | | None | 0 |
| **Provepharm** | | | **$2,500,000** | | |
| *Bal-In Oil* | 5939 | Exclusions[5] | 2,500,000 | None | 0 |
| **Epic Pharma** | | | **$1,580,000** | | |
| *Ethambutol Hydrochloride* | 75095 | Exclusions | 400,000 | None | 0 |
| *Difluprednate (Pipeline)* | Difluprednate | Exclusions | 480,000 | Saptalis | 270,000 |
| *Timolol Maleate* | 212291 | Exclusions | 700,000 | Chartwell | 675,000 |
| **Long Grove** | | | **$1,000,000** | | |
| *Methylene Blue* | Methylene Blue | Exclusions[5] | 1,000,000 | None | 0 |
| **Cronus** | | | **$500,000** | | |
| *Gentak Solution* | 200576 | Exclusions | 500,000 | Domes | 450,000 |
| **ANI Pharma** | | | **$450,000** | | |
| *Sucralfate* | Pipeline | Exclusions | 450,000 | Saptalis | 425,000 |
| **Domes** | | | **$350,000** | | |
| *Triple Antibiotic Vet* | 200553 | Exclusions | 350,000 | Cronus | 300,000 |

| | | | | | |
|---|---|---|---|---|---|
| **Chartwell** | | | **$300,000** | | |
| *Ketorolac* | 78434 | Exclusions | 300,000 | Hetero | 275,000 |
| **Total Belcher / Nivagen Akorn US Purchase Price**[(4)] | | | **$296,500,000** | | |
| **Sentiss (Hettlingen Package)** | | | **$17,750,000** | | |
| *Hettlingen Package (All assets listed in the Hettlingen Package Lot description, including products rights, records and other IP to the Products listed in VDR # 5.5.5.10, as well as 100% of the equity interest in Akor S.a.r.l)* | -- | -- | 17,750,000 | Prestige | 17,250,000 |
| **Total Hettlingen Package Purchase Price** | | | **$17,750,000** | | |
| **Total Purchase Price** | | | **$314,250,000** | | |

**Footnotes**

(1) Exclusions represent reserve individual product auctions for products excluded by the Bidding Group
(2) All purchase prices are shown net of cure costs; all reserve Successful Bidders and reserve Backup Bidders have agreed on the record to assume cure costs
(3) Cash Bid on the record of $183,700,000 due to rounding by Belcher
(4) Purchase price for Cetrorelix excludes cure costs of up to $3mm to be paid by the reserve Successful Bidder so that it is like-for-like with other purchase prices shown. As such, total Akorn US net purchase price shown as $3mm lower than amounts cited during the auction
(5) Represents reserve Successful Bidder at individual auction who increased its bid in a subsequent auction

**Schedule 1**

**Akorn: Orange Book Products Sub-Auction - Excludes any Products with Reserve Succesful Bidders**

| Drug Name | Category | ANDA / ANADA | Reserve Winning Bidder | Reserve Winning Amount |
|---|---|---|---|---|
| Ketorolac | Product | 78434 | Chartwell | $300,000 |
| Triple Antibiotic Vet | Product | 200553 | Domes | 350,000 |
| Gentak Solution | Product | 200576 | Cronus | 500,000 |
| Sucralfate | Product | Pipeline | ANI | 450,000 |
| Ethambutol Hydrochloride | Product | 75095 | Epic Pharma | 400,000 |
| Difluprednate (Pipeline) | Product | Difluprednate | Epic Pharma | 480,000 |
| Timolol Maleate | Product | 212291 | Epic Pharma | 700,000 |
| Ciprofloxacin | Product | 76555 | Saptalis | |
| AKWA Tears Ointment | Product | AKWA Tears Ointment | Saptalis | |
| Timolol | Product | 74466 | Saptalis | |
| Timolol | Product | 148982 | Saptalis | |
| AK-Poly-Bac | Product | 64028 | Saptalis | |
| Olopatadine 0.2% | Product | 204723 | Saptalis | |
| Olopatadine 0.1% | Product | 204532 | Saptalis | |
| Gonak | Product | Gonak | Saptalis | |
| Cromolyn | Product | 74706 | Saptalis | |
| Sulfacetamide | Product | 40215 | Saptalis | 600,000 |
| Tobramycin Ophthalmic | Product | 128192 | Saptalis | |
| Betoxolol | Product | 75386 | Saptalis | |
| Gentak Ointment | Product | 64093 | Saptalis | |
| Levofloxacin Oph Solution | Product | 90268 | Saptalis | |
| Triple Antibiotic | Product | 65088 | Saptalis | |
| Diclofenac drops | Product | 77845 | Saptalis | |
| NEO/POLY/BACI/HC | Product | 65213 | Saptalis | |
| Cyclopentolate 0.5% Drops | Product | 205937 | Saptalis | |
| Gentak Solution | Product | 64163 | Saptalis | |
| **Total No Mapping Previously Auctioned Products** | | | | **$3,780,000** |

NO REPRESENTATIONS OF ACTUAL OWNERSHIP
NO REPRESENTATIONS OF ABILITY TO PROVIDE BOOKS AND RECORDS
AS IS WHERE IS

**Schedule 2**

| Proprietary Name | Appl. No. | Dosage Form | Route | Strength | Bid Price |
|---|---|---|---|---|---|
| FLUOCINOLONE ACETONIDE | A091514 | OIL | TOPICAL | 0.0001 | $5,000 |
| FLUOCINOLONE ACETONIDE | A202705 | OIL/DROPS | OTIC | 0.0001 | 5,000 |
| CHLORHEXIDINE GLUCONATE | A074356 | SOLUTION | DENTAL | 0.0012 | 5,000 |
| CLOBETASOL PROPIONATE | A207218 | SPRAY | TOPICAL | 0.0005 | 5,000 |
| FLUOXETINE HYDROCHLORIDE | A075525 | SOLUTION | ORAL | EQ 20MG BASE/5ML | 10,000 |
| LOPERAMIDE HYDROCHLORIDE | A074352 | SOLUTION | ORAL | 1MG/5ML | 5,000 |
| DESOXIMETASONE | A203787 | CREAM | TOPICAL | 0.0005 | 10,000 |
| DESOXIMETASONE | A203234 | CREAM | TOPICAL | 0.0025 | 10,000 |
| DIFLORASONE DIACETATE | A206572 | OINTMENT | TOPICAL | 0.0005 | 5,000 |
| DIPHENHYDRAMINE HYDROCHLORIDE | A072416 | SYRUP | ORAL | 12.5MG/5ML | 10,000 |
| TRIAMCINOLONE ACETONIDE | A206312 | PASTE | DENTAL | 0.001 | 10,000 |
| TRIAMCINOLONE ACETONIDE | A207094 | SPRAY | TOPICAL | 0.147MG/GM | 10,000 |
| NEMBUTAL | A083244 | ELIXIR | ORAL | 18.2MG/5ML | 10,000 |
| NEMBUTAL | A083247 | SUPPOSITORY | RECTAL | 30MG | 5,000 |
| NEMBUTAL | A083247 | SUPPOSITORY | RECTAL | 60MG | 5,000 |
| NEMBUTAL | A083247 | SUPPOSITORY | RECTAL | 120MG | 5,000 |
| NEMBUTAL | A083247 | SUPPOSITORY | RECTAL | 200MG | 5,000 |
| AZELASTINE HYDROCHLORIDE | A210032 | SPRAY, METERED | NASAL | 0.2055MG/SPRAY | 10,000 |
| **Total Saptalis No Mapping Products** | | | | | **$130,000** |

NO REPRESENTATIONS OF ACTUAL OWNERSHIP
NO REPRESENTATIONS OF ABILITY TO PROVIDE BOOKS AND RECORDS
AS IS WHERE IS

**Schedule 3**

**All Other Orange Book**          Purchase Price          $300,000

NO REPRESENTATIONS OF ACTUAL OWNERSHIP
NO REPRESENTATIONS OF ABILITY TO PROVIDE BOOKS AND RECORDS
AS IS WHERE IS

*Schedule 2.1(a)*
*Purchased Assets*

All of the Estate's right, title and interest in and to:

Products and Marketing Authorizations:

1. The following ANDAs:

| Product | ANDA | Portion of Purchase Price |
|---|---|---|
| Brimonidine and Timolol Maleate Ophthalmic Solution | ANDA 091086 | $900,000 |
| Ciprofloxacin and Dexamethasone Otic Suspension | ANDA PENDING | $1,000,000 |
| Erythromycin Ophthalmic Ointment | ANDA 064030 | $2,000,000 |
| Ketotifen Fumarate Ophthalmic Solution | ANDA 077958 | $100,000 |
| Loteprednol Etabonate Ophthalmic Gel | ANDA 212080 | $1,000,000 |
| Loteprednol Etabonate Ophthalmic Suspension (0.2%) | ANDA 215933 | $5,100,000 |
| Ofloxacin Ophthalmic Solution | ANDA 076407 | $1,150,000 |

Assigned Contracts/Leases:

None.

Other Purchased Assets:
1. The Shares: $6,500,000
2. All Regulatory Documentation in respect of the Marketing Authorizations.
3. All sales records in respect of the Products.

**Exhibits**

315419167.5