<u>**Exhibit C**</u>

Evidence of the Successful Bidder(s)'s ability to perform
future obligations under the Contract(s) or Lease(s)

<div style="border: 1px solid red; color: red; text-align: center; font-weight: bold;">
CONFIDENTIAL INFORMATION ONLY TO BE
DISCLOSED TO COUNTERPARTY
</div>

63546695\4