IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 7
: 
AKORN HOLDING COMPANY LLC, *et al.*[1] : Case No. 23-10253 (KBO)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of the Consortium[2] and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Hugh Keenan Murtagh | Zachary I. Shapiro (No. 5103) |
| Alexandra M. Zablocki | Emily R. Mathews (No. 6866) |
| LATHAM & WATKINS LLP | Alexander R. Steiger (No. 7139) |
| 1271 Avenue of the Americas | RICHARDS, LAYTON & FINGER, P.A. |
| New York, New York 10020 | One Rodney Square |
| Telephone: (212) 906-1200 | 920 North King Street |
| Email: hugh.murtagh@lw.com | Wilmington, Delaware 19801 |
| alexandra.zablocki@lw.com | Telephone: (302) 651-7700 |
| | Email: shapiro@rlf.com |
| | mathews@rlf.com |
| | steiger@rlf.com |

---

[1] The debtors in these chapter 7 cases (the "***Debtors***"), along with the last four digits of their federal tax identification numbers and case numbers, are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] The "***Consortium***" includes the following entities: inVentiv Health Consulting, Inc., a Syneos Health group company; Teva Pharmaceuticals USA, Inc.; Sun Pharmaceuticals Inc.; Mylan Pharmaceuticals Inc.; Dr. Reddy's Laboratories, Inc.; Amneal Pharmaceuticals, Inc.; and Upsher-Smith Laboratories, LLC.

RLF1 28957527v.2

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of the Consortium to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Consortium's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) the Consortium's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) the Consortium's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Consortium is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Consortium expressly reserves.

Dated: May 24, 2023
      Wilmington, Delaware

                                        */s/ Zachary I. Shapiro*
                                        **RICHARDS, LAYTON & FINGER, P.A.**
Zachary I. Shapiro (No. 5103)
Emily R. Mathews (No. 6866)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:          shapiro@rlf.com
                  mathews@rlf.com
                  steiger@rlf.com

- and –

Hugh Keenan Murtagh (*pro hac vice*)
Alexandra M. Zablocki (*pro hac vice*)
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 906-1200
Facsimile:     (212) 751-4864
Email:          hugh.murtagh@lw.com
                  alexandra.zablocki@lw.com

*Counsel to the Consortium*