# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Akorn Holding Company LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253-KBO<br>(Jointly Administered)<br><br>RE: D.I. 195 |

**NOTICE OF FILING EXHIBIT TO DECLARATION IN SUPPORT OF OBJECTION TO THE TRUSTEE'S NOTICE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT MAY BE ASSUMED AND ASSIGNED, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE, IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND THE PROPOSED CURE AMOUNTS [ECF NO. 146]**

PLEASE TAKE NOTICE that on May 16, 2023, Leadiant Biosciences, Inc., filed its *Objection To The Trustee's Notice Of Executory Contracts And Unexpired Leases That May Be Assumed And Assigned, Pursuant To Section 365 Of The Bankruptcy Code, In Connection With The Sale Of Substantially All Of The Debtors' Assets And The Proposed Cure Amounts [ECF No. 146]* (D.I. 195) (the "Leadiant Objection"), and attached a declaration of David Sandoval as Exhibit 1 to the Leadiant Objection (the "Sandoval Declaration").

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is a true and correct copy of the Termination Notice as referenced in the Sandoval Declaration.

Dated: May 25, 2023      **GELLERT SCALI BUSENKELL & BROWN, LLC**

                                      */s/ Michael Busenkell*
                                      Michael Busenkell (DE 3933)
                                      1201 North Orange Street, Suite 300
                                      Wilmington, DE 19801
                                      Telephone: (302) 425-5812
                                      Facsimile: (302) 425-5814
                                      Email: mbusenkell@gsbblaw.com

                                      and

                                  **SEQUOR LAW**
                                  Fernando J. Menendez, Jr., Esq.
                                  (Admitted *pro hac vice*)
                                  1111 Brickell Avenue, Suite 1250

Miami, Florida 33131
Phone: 305-372-8282, Ext. 299
Email: fmenendez@sequorlaw.com

*Counsel to Leadiant Biosciences, Inc.*