# <u>EXHIBIT A</u>



9841 Washingtonian Blvd., Suite 500
Gaithersburg, MD 20878
Tel: 301.948.1041
leadiant.com

**Rare Dedication**

March 7, 2022

Akorn Operating Company LLC, (as assignee of Akorn Holding Topco LLC), successor-in-interest to Akorn, Inc.
1925 West Field Court
Suite 300
Lake Forest, IL 60045

**Re: License Agreement between Akorn, Inc. and Leadiant Biosciences, Inc. (f/k/a Sigma-Tau Pharmaceuticals, Inc.) effective April 1, 2016 (the "Agreement")**

To Whom It May Concern:

Pursuant to Section 12 of the above-referenced Agreement, we hereby provide notice of termination, effective March 30, 2023.

Thank you.

Sincerely,

Giuseppe Izzi

CFO