**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re: D.I.** 138, 223 |

**CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF ORDER APPROVING TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) REJECTING LEASE FOR CRANBURY PROPERTY, (II) ABANDONING REMAINING PERSONAL PROPERTY, AND (III) GRANTING RELATED RELIEF**

I, John T. Carroll, III, counsel to George L. Miller in his capacity as the chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"), hereby certifies the following:

1. On or about April 28, 2023 the Trustee filed the *Trustee's Motion for Entry of Order (I) Rejecting Lease for Cranbury Property, (II) Abandoning Remaining Personal Property, and (III) Granting Related Relief* [D.I. 138] (the "Motion").[2]

2. A hearing to consider the entry of an order approving the Motion was held before the Honorable Karen B. Owens on May 25, 2023 (the "Hearing"). In accordance with the colloquy with the Court at the Hearing and pursuant to the Court's directive, Trustee's counsel has revised the proposed Order approving the Motion to include the Court's directed change.

3. A copy of the revised Order is attached hereto as Exhibit "A".

4. A redlined version of the Order against the version filed with the Motion is attached hereto as Exhibit "B".

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

LEGAL\63934741\1 6010823\00574256

5. The Trustee respectfully request entry of the proposed Order attached hereto as Exhibit "A" approving the Motion at the Court's earliest convenience.

Dated: May 29, 2023  
      Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*  
John T. Carroll, III (DE No. 4060)  
Simon E. Fraser (DE No. 5335)  
1201 N. Market Street, Suite 1001  
Wilmington, DE 19801  
(302) 295-2028 Phone  
(302) 295-2013 Fax No.  
jcarroll@cozen.com  
sfraser@cozen.com

*Counsel to George L. Miller,*  
*Chapter 7 Trustee*