IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*, | ) | Case No. 23-10253 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER SHORTENING NOTICE OF TPI'S EMERGENCY
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon the TPI's motion (the "Motion to Shorten")[2] for entry of an order shortening notice of the *Motion for the Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Certain Funds Held in Escrow, or (II) In the Alternative, Granting Limited Relief from the Automatic Stay* (the "Motion"); and the Court having reviewed the Motion to Shorten; and the Court having found that the relief requested in the Motion to Shorten is justified under the circumstances,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion shall be considered at a hearing scheduled for June 7, 2023, at 11:00 a.m. (ET).

3. Objections, if any, to the relief requested in the Motion shall be raised at or prior to the hearing.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined herein are defined in the Motion to Shorten.

**Dated:** May 31st, 2023
Wilmington, Delaware

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**