# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 <br> ) <br> ) Case No. 23-10253 (KBO) |
| AKORN HOLDING COMPANY LLC, *et al.*, | ) <br> ) (Jointly Administered) <br> ) |
| Debtors.[1] | ) **Hearing Date:** <br> ) **June 7, 2023, at 11:00 a.m. (ET)** <br> ) **Objection Deadline:** At the hearing. |

## NOTICE OF TPI'S MOTION FOR THE ENTRY OF AN ORDER (I) DETERMINING THAT THE AUTOMATIC STAY DOES NOT APPLY TO CERTAIN FUNDS HELD IN ESCROW, OR (II) IN THE ALTERNATIVE, GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on May 30, 2023, Thea Pharma Inc. ("TPI") filed the *Motion for the Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Certain Funds Held in Escrow, or (II) In the Alternative, Granting Limited Relief from the Automatic Stay* (D.I. 297) (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will take place on **June 7, 2023 at 11:00 a.m. (ET)** (the "Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge.

PLEASE TAKE FURTHER NOTICE that objections, if any, must raised at or prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated: May 31, 2023
Wilmington, Delaware

*/s/ Sophie Rogers Churchill*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Curtis S. Miller (No. 4583)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:   cmiller@morrisnichols.com
          srchurchill@morrisnichols.com

- and -

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez  (*pro hac vice* forthcoming)
Theodore S. Heckel (*pro hac vice* forthcoming)
700 Louisiana Street, Suite 1700
Houston, TX  77002-2784
Telephone:     (713) 546-5000
Email: alfredo.perez@weil.com
         theodore.heckel@weil.com

*Attorneys for Laboratoires Théa SAS and Thea Pharma Inc.*