# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | ) ) ) | Case No. 23-10253 (KBO) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

The undersigned counsel for Thea Pharma Inc. ("TPI"), a creditor and party in interest in the above-captioned chapter 7 cases, hereby certifies as follows with respect to the proposed order, attached hereto as **Exhibit A** (the "Proposed Order"), approving a stipulation granting TPI limited relief from the automatic stay (the "Stipulation")[2]:

1. Prior to the commencement of these chapter 7 cases, TPI and Akorn Operating Company LLC entered into an Asset Purchase Agreement (the "APA") and Escrow Agreement, pursuant to which TPI delivered $6,750,000 to the Escrow Agent as security for any amounts owed to TPI in respect of Akorn Operating LLC's indemnification obligations.

2. Pursuant to the terms of the APA and the Escrow Agreement, TPI intends to transmit a Claim Notice to the Escrow Agent and Akorn Operating LLC on or before June 8, 2023, which is the deadline to submit the Claim Notice under the APA.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

3. TPI and the Trustee have agreed to modify the automatic stay for the limited purpose of TPI delivering the Claim Notice to the Escrow Agent and Akorn Operating Company LLC.

4. The Trustee has reviewed the Proposed Order and does not object to its entry.

WHEREFORE, TPI respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A** approving the Stipulation at its earliest convenience.

[*Signature page follows*]

| | |
|---|---|
| Dated: June 2, 2023<br>Wilmington, Delaware | */s/ Sophie Rogers Churchill* |

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Curtis S. Miller (No. 4583)
Sophie Rogers Churchill (No. 6905)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:   cmiller@morrisnichols.com
            srchurchill@morrisnichols.com

- and -

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez  (admitted *pro hac vice*)
Theodore S. Heckel (admitted *pro hac vice*)
700 Louisiana Street, Suite 1700
Houston, TX  77002-2784
Telephone: (713) 546-5000
Email:   alfredo.perez@weil.com
            theodore.heckel@weil.com

*Attorneys for Laboratoires Théa SAS and Thea Pharma Inc.*