# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 7, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

### HEARING IS CANCELLED BY PERMISSION OF THE COURT

### UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

1. Motion for the Entry of an Order (I) Determining that the Automatic Stay does not Apply to Certain Funds Held in Escrow or, (II) in the Alternative, Granting Limited Relief from the Automatic Stay Filed by Laboratoires Thea SAS and Thea Pharma Inc. [Filed 5/30/2023; Docket No. 297]

    Related Documents:
    
    (a) Order Shortening Notice of TPI's Emergency Motion for Relief from the Automatic Stay
    [Filed 5/31/2023; Docket No. 301]

    (b) Notice of TPI's Motion for the Entry of an Order (I) Determining that the Automatic Stay Does Not Apply to Certain Funds Held in Escrow, or (II) in the Alternative, Granting Limited Relief from the Automatic Stay Filed by Laboratoires Thea SAS and Thea Pharma Inc.
    [Filed 5/31/2023; Docket No. 302]

    (c) Certification of Counsel Regarding Order Approving Stipulation Granting Limited Relief from the Automatic Stay Filed by Laboratoires Thea SAS and Thea Pharma Inc.
    [Filed 6/2/2023; Docket No. 308]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|  |  |  |
|---|---|---|
|  | (d) | Order Approving Stipulation Granting Limited Relief from the Automatic Stay<br>[Filed 6/2/2023; Docket No. 309] |

Objection Deadline:    At or prior to the hearing

Responses Received:    None

Status:    This matter is concluded.  Order has been entered by the Court.

Dated:  June 5, 2023
      Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2028 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*