## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Related Doc. No.    316, 317** |

## ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD AND TO SCHEDULE AN EXPEDITED HEARING PRIOR TO JUNE 24, 2023 WITH RESPECT TO TRUSTEE'S MOTION FOR ENTRY OF ORDER (I) AUTHORIZING THE SUPPLEMENTAL ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS; (II) FIXING CURE AMOUNTS ASSOCIATED THEREWITH; AND (III) GRANTING RELATED RELIEF

Upon the Motion of George L. Miller, in his capacity as the Chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates") for entry of an order shortening the notice period and setting an expedited hearing (the "Motion to Shorten")[2] to consider the *Trustee's Motion for Entry of Order (I) Authorizing the Supplemental Assumption and Assignment of Executory Contracts; (II) Fixing Cure Amounts Associated Therewith; and (III) Granting Related Relief* (the "Motion"); the filing of the Motion having automatically extended the Trustee's deadline to assume or reject executory contracts and leases of personal property through and including the date on which the Court acts on the Motion; and upon consideration of the Motion to Shorten and all pleadings related thereto; and due and proper notice of the Motion to Shorten having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Bankruptcy Court has jurisdiction

---

[1]  The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten

to consider the Motion to Shorten in accordance with 28 U.S.C. §§ 157 and 1334; this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and after due, and sufficient cause appearing therefore,

IT IS HEREBY ORDERED that:

1.      The Motion to Shorten is **GRANTED**.

2.      A hearing to consider the Motion shall be held on June **23, 2023, at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

3.      Objections to the Motion, if any, must be filed with the Bankruptcy Court and served upon counsel for the Trustee so as to be received no later than June **16, 2023.**

4.      The Trustee shall serve a copy of this Order on the Notice Parties via U.S. First Class Mail within two (2) business day of entry of this Order.

**Dated: June 6th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\64041185\2 6010823/00574256