UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

**Akorn Holding Company LLC,**

Debtor.

Chapter 7

Case No.: 23-10253 (KBO)

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure[1], New York State Attorney General Letitia James, hereby files this Notice of Appearance and Request For Service of Notices and Pleadings on behalf of the New York State Department of Health ("NYSDOH"), a party in interest is the above captioned bankruptcy case ("Case"), and does hereby request that all notices required to be given to NYSDOH under Rule 2002, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to Title 11, U.S.C. § 101 et. seq. or their authorized agents, and all papers served or required to be served in this Case and any related adversary proceeding, be given to and served upon:

        Martin A. Mooney, Esq.
        Assistant Attorney General
        Office of the New York State Attorney General
        Civil Recoveries Bureau, Bankruptcy Litigation Unit
        The Capitol
        Albany, New York 12224-0341

---

[1] Unless otherwise stated, all references to "Rule" shall mean the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise. The Clerk of the Court is requested to place the name and address of counsel as set forth in this Notice on any Master Service List in this Case.

Dated: June 12, 2023
      Albany, New York

                      Respectfully submitted,
                      Letitia James
                      Attorney General of the State of New York

                      By: _____
                      Martin A. Mooney, Esq.
                      Assistant Attorney General
                      Civil Recoveries Bureau
                      Bankruptcy Litigation Unit
                      The Capitol
                      Albany, New York 12224-0341
                      Telephone: (518) 776-2528
                      Email: Martin.Mooney@ag.ny.gov

## CERTIFICATE OF SERVICE

I, Martin A. Mooney of the NYS Office of the Attorney General, hereby certify that on the 12th day of June, 2023, I electronically filed the annexed Notice of Appearance and Request for Service of Notices and Pleadings with the Clerk of the Bankruptcy Court for the District of Delaware, using the CM/ECF system maintained by the Court for this Case.

/s/ Martin A. Mooney