**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JUNE 23, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

---

This hearing will be conducted in person.  All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.

Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances:  (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[2]

---

**If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom.  All individuals participating by video must register at least two (2) hours prior to the hearing.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

https://debuscourts.zoomgov.com/meeting/register/vJItf-mvpzsqE2ZC9LXBp6YMuF0JdiqSB6U

**Topic:  Akorn Holding Company LLC *et al* – Case No. 23-10253 (KBO)
When:  June 23, 2023 at 9:30 a.m. (Prevailing Eastern Time)**

**You must use your full name when registering and logging into Zoom or you will
not be granted access to the hearing.
CourtCall will NOT be used for this hearing.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022.
https://www.deb.uscourts.gov/content/judge-karen-b-owens

LEGAL\64282225\1 6010823/00574256
06/21/2023

**CONTINUED MATTERS:**

1.  Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets, and the Proposed Cure Amounts
    [Filed 5/1/2023; Docket No. 146]

    Related Documents:         None

    Objection Deadlines:[1]     Objections to Proposed Cure Amounts
                               and Assumption/Assignment of Executory
                               Contracts/Leases:………...          May 16, 2023

                               Replies to Cure Objections and
                               Assumption/Assignment of Executory
                               Contracts/Leases:…………………….    May 18, 2023

    Responses Received:    (a)  Galenicum Health, S.L.U.'s Reservation of Rights and Objection to Cure and Assumption and Assignment
                                [Filed 5/16/2023; Docket No. 191]

                           (b)  Declaration in Support of Galenicum Health, S.L.U.'s Reservation of Rights and Limited Objection
                                [Filed 5/30/2023; Docket No. 295

    Status:                     A Certification of Counsel for Galenicum Health to be filed requesting entry of a Proposed Stipulated Order.   The Parties in the Proposed Stipulated Order are requesting the Court to continue the hearing to a date convenient to the Court after June 26, 2023.

---

[1] Objection Deadlines as provided in the Bidding Procedures Order.

## UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:

2.   Trustee's Motion for Entry of Order (I) Authorizing the Supplemental Assumption and Assignment of Executory Additional Contracts; (II) Fixing Cure Amounts Associated therewith; and (III) Granting Related Relief
[Filed 6/5/2023; Docket No. 316]

Related Documents:   (a)   Order Granting Motion to Shorten Notice Period and to Schedule an Expedited Hearing Prior to June 24, 2023 With Respect to Trustee's Motion for Entry of Order (I) Authorizing the Supplemental Assumption and Assignment of Additional Executory Contracts; (II) Fixing Cure Amounts Associated Therewith; and (III) Granting Related Relief
[Filed 6/6/2023; Docket No. 319]

Objection Deadline:   June 16, 2023 at 4:00 p.m.

Responses Received:   Informal response received from Mikart, Inc. which has been resolved.

Status:   The Trustee will proceed to file a Certificate of No Objection and request entry of the proposed Order.

Dated: June 21, 2023                              COZEN O'CONNOR
    Wilmington, Delaware

By:   */s/ John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    Simon E. Fraser (DE No. 5335)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2000 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com
    sfraser@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*

2

LEGAL\64282225\1 6010823/00574256
06/21/2023