UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  Akorn Holding Company LLC        :   Case No.  23-10253

                                          :

                                          :

Debtor(s)                                 :   Chapter: 7

# NOTICE OF CLERICAL ERROR

PLEASE TAKE NOTICE THAT the document below was entered erroneously by the Clerk's Office in the above-captioned case.

Docket Number: 407

Date on Document:  6/15/23

Title of Document:  Notice of Transfer of Claim


Sara Hughes
_____
Deputy Clerk


Dated: <u>06/21/23</u>