# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al.*,<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Related Doc. No. 455** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates are scheduled in the above-captioned cases before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801.

| **DATE** | **TIME** |
|---|---|
| | |
| July 18, 2023 | 3:00 p.m. (ET) |
| August 16, 2023 | 9:30 a.m. (ET) |

**Dated: June 22nd, 2023**
**Wilmington, Delaware**

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\64310680\1 6010823/00574256