# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Re: Docket No. 474 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Galenicum Health, S.L.U. hereby withdraws the *Certification of Counsel Regarding the Order Approving Stipulation for Settlement and Continuance of Hearing for Galenicum Health, S.L.U.S Reservation of Rights and Objection to Cure and Assumption and Assignment*, which was filed on June 23, 2023 [Docket No. 474] in the above captioned proceeding.

Dated: June 23, 2023

**Lewis Brisbois Bisgaard & Smith LLP**
/s/Rafael X. Zahralddin
Rafael X. Zahralddin-Aravena, Esq.
*Counsel for Galenicum*
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Telephone: (302) 985-6001
Fax : (302) 985-6004
Email: Rafael.Zahralddin@lewisbrisbois.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 2310255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.