# **EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| | : Case No.: 23-10253 (KBO) |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | : |
| | : (Jointly Administered) |
| Debtors. | : |

**ORDER GRANTING MOTION OF LEADIANT BIOSCIENCES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharmaceuticals, Inc.'s ("**Leadiant**") *Motion for the Allowance and Payment of Administrative Expense Claim* [ECF No. _____] (the "**Motion**"), together with the *Declaration of David Sandoval in Support Motion for Allowance and Payment of Administrative Expense Claim* (the "**Sandoval Declaration**"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and the Court having considered the Motion, the Sandavoal

---

[1] Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO) ("**Akorn Holding**"); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO) ("**Akorn Intermediate**"); and Akorn Operating Company LLC (6184), Case No. 23- 10255 ("**Akorn Operating**" and collectively, "**Debtors**"). Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Declaration, and any responses thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that Leadiant is granted an allowed an administrative priority claim against Debtor, Akorn Operating under section 503(b)(9) of the Bankruptcy Code in the amount of $217,828.94; and it is further

**ORDERED** that the claims agent is hereby authorized and directed to update the claims register to reflect allowance of the foregoing administrative expense claim.

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.