# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| | Hon. |
| Akorn Holding Company, LLC | |
| | Case No. 23-10253 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that Jay L. Welford and Kimberly Ross Clayson hereby withdraw their appearance as counsel for Creditors, Heritage Global Partners, Inc., and Bradford Auctions, LLC, in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that Jay L. Welford and Kimberly Ross Clayson hereby request they be removed as counsel for Creditors, Heritage Global Partners, Inc., and Bradford Auctions, LLC, from all mailing and electronic case filing notice lists in the above-captioned case.

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
jwelford@taftlaw.com
Dated: June 27, 2023    kclayson@taftlaw.com

1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| | Hon. |
| Akorn Holding Company, LLC | |
| | Case No. 23-10253 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, my office caused to be served a copy of the *Notice Of Withdrawal Of Appearance As Counsel* and this *Certificate of Service* by using the Court electronic filing system which will send notification of such filing to all parties listed on the ECF list in the above-captioned case.

 

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000

Dated:  June 27, 2023    jwelford@taftlaw.com
kclayson@taftlaw.com