IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | ) ) ) | Case No. 23-10253 (KBO) |
| | ) | Jointly Administered |
| Debtors | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS

The Texas Comptroller of Public Accounts, Revenue Accounting Division ("Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kimberly A. Walsh
Assistant Attorney General
bk-kwalsh@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Acting Deputy Attorney General for Civil Litigation

RACHEL OBALDO
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
Kimberly A. Walsh
Assistant Attorney General
Texas State Bar No.24039230
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4562
fax:  (512) 936-1409

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

# **CERTIFICATE OF SERVICE**

I certify that on June 27, 2023, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Akorn Holding Company LLC
5605 CenterPoint Court
Gurnee, IL 60031

By Electronic Means as listed on the Court's ECF Noticing System:

- **Karen C. Bifferato** kbifferato@connollygallagher.com
- **Morton R. Branzburg** mbranzburg@klehr.com, jtaylor@klehr.com
- **Kate R. Buck** kbuck@mccarter.com
- **William J. Burnett** william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com
- **Michael G. Busenkell** mbusenkell@gsbblaw.com
- **Steven L. Caponi** steven.caponi@klgates.com, alyssa.domorod@klgates.com
- **Jeffrey M. Carbino** jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com
- **James Connolly Carignan** jccarignan@duanemorris.com
- **John T. Carroll** jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Kimberly Ross Clayson** kclayson@taftlaw.com, ttorni@taftlaw.com
- **Howard A. Cohen** hcohen@foxrothschild.com, msteen@foxrothschild.com,rsolomon@foxrothschild.com
- **Michael David DeBaecke** mdebaecke@ashbygeddes.com, ahrycak@ashbygeddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com
- **Amish R. Doshi** amish@doshilegal.com
- **Margaret Fleming England** mengland@gsbblaw.com
- **GianClaudio Finizio**     gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com
- **Scott L. Fleischer** sfleischer@barclaydamon.com
- **Terri Jane Freedman** tfreemen@csglaw.com
- **AnnElyse Scarlett Gains** agains@gibsondunn.com, MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Andrew J Gershon** andrew.gershon@ag.ny.gov
- **Matthew B. Goeller**  matthew.goeller@klgates.com, alyssa.domorod@klgates.com

- **L. Katherine Good** kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com;kmccloskey@potteranderson.com
- **Scott J Greenberg** sgreenberg@gibsondunn.com
- **Samuel Robert Grego** sgrego@dmclaw.com, sgrego@dmclaw.com
- **Geoffrey G. Grivner** geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com
- **Karen M. Grivner** kgrivner@clarkhill.com, LVerdi@clarkhill.com
- **Adam Hiller** ahiller@adamhillerlaw.com
- **James E. Huggett** jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com
- **Mark T Hurford** mark@saccullolegal.com
- **Patrick A. Jackson** Patrick.jackson@faegredrinker.com, beth.olivere@faegredrinker.com
- **Nicolas Jenner** jenner@lrclaw.com, ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com
- **Laura Davis Jones** ljones@pszjlaw.com, efile1@pszjlaw.com
- **Eric D Kaplan** ekaplan@kpglaw.com
- **Susan E. Kaufman** skaufman@skaufmanlaw.com
- **Peter J Keane** pkeane@pszjlaw.com
- **Jared W Kochenash** bankfilings@ycst.com
- **Maria Kotsiras** mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;mdero@potteranderson.com
- **Adam G. Landis** landis@lrclaw.com, brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com
- **Brett Lawrence** brettlawrence@paulhastings.com
- **Gaston P Loomis** gloomis@mdmc-law.com, scarney@mdmc-law.com
- **Matthew Barry Lunn** bankfilings@ycst.com
- **Tamara K. Mann** tmann@mnat.com, tamara-mann-9707@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Beverly Weiss Manne** bmanne@tuckerlaw.com, bewmanne@gmail.com
- **Emily Rae Mathews** thews@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Laura L. McCloud** agbankdelaware@ag.tn.gov
- **Drew McGehrin**     dsmcgehrin@duanemorris.com
- **Marcy J. McLaughlin Smith** Marcy.Smith@troutman.com, wlbank@troutman.com;Monica.Molitor@troutman.com
- **Dennis A. Meloro** melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Michael G. Menkowitz** mmenkowitz@foxrothschild.com, brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com
- **Curtis S. Miller** csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;brendan-cornely-

- 7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Curtis S. Miller** cmiller@morrisnichols.com, curtis-miller-4921@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **George L. Miller** gmiller@mctllp.com, lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com
- **Eric J. Monzo** emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com
- **Martin A. Mooney** Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com
- **Joseph M Mulvihill** bankfilings@ycst.com
- **Sean Michael Murphy** murphysm@doj.state.wi.us
- **Hugh K. Murtagh** hugh.murtagh@lw.com
- **Seth A. Niederman** sniederman@foxrothschild.com, msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com
- **Ricardo Palacio** rpalacio@ashby-geddes.com;kjones@ashbygeddes.com;adellose@ashbygeddes.com
- **Jason Custer Powell** jpowell@delawarefirm.com, dtroiano@delawarefirm.com
- **Jacqueline Price** jmp@bostonbusinesslaw.com
- **Andrew R. Remming** aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Jordana Linder Renert** jrenert@lowenstein.com
- **Sophie Rogers Churchill** srchurchill@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **JAMES M SULLIVAN** jsullivan@windelsmarx.com
- **Christopher M. Samis** lhuber@potteranderson.com;bankruptcy@potteranderson.com;mdero@potteranderson.com
- **Cheryl Ann Santaniello** casantaniello@pbnlaw.com, mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com
- **Richard L. Schepacarter** richard.schepacarter@usdoj.gov
- **Zachary I Shapiro** shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Natasha M. Songonuga** nsongonuga@gibbonslaw.com, nmitchell@gibbonslaw.com;elrosen@gibbonslaw.com
- **Emily K Steele** emily.steele@klgates.com
- **Alexander Steiger** steiger@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Gregory A. Taylor** gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com
- **William F. Taylor** bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- **Brett S. Theisen** btheisen@gibbonslaw.com

- **Maribeth Thomas** mthomas@tuckerlaw.com
- **James Tobia** jimtobia@comcast.net;bankserve@tobialaw.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Andrew Warner** andrew.warner@usdoj.gov
- **Jay L Welford** jwelford@taftlaw.com, ttorni@jaffelaw.com
- **Matthew Williams** mjwilliams@gibsondunn.com, mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com
- **Christopher Martin Winter** cmwinter@duanemorris.com
- **Michael W. Yurkewicz** myurkewicz@klehr.com
- **Rafael Xavier Zahralddin-Aravena** Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.
- **Scott Alan Zuber** szuber@csglaw.com, ecf@csglaw.com

    */s/ Sherri K. Simpson*
    Sherri K. Simpson