# **EXHIBIT 1**

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Re: DI. 106, 146, 191, 295, 480, 481 |

## STIPULATION BETWEEN THE TRUSTEE, GALENICUM HEALTH, S.L.U. AND HIKMA PHARMACEUTICALS USA INC.

The undersigned counsel for George L. Miller, as chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors, Galenicum Health, Sociedad de Responsabilidad Limitada Unipersonal organized under the laws of the Kingdom of Spain ("Galenicum"), and Hikma Pharmaceuticals USA Inc. ("Hikma" together with the Trustee and Galenicum, the "Parties") hereby enter into this stipulation (the "Stipulation")[2] and stipulate and agree as follows:

**WHEREAS,** On May 1, 2023 the Trustee filed a *Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets, and the Proposed Cure Amounts I* ("Notice") [Docket No. 146]. In the Notice, Hikma Pharmaceuticals USA Inc. ("Hikma") listed the assumption and assignment of a *License and Supply Agreement* dated 22 December 2021 ("Contract") between the above captioned debtor ("Debtor" or "Akorn") and Galenicum.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 2310255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Plan.

Galenicum filed its *Reservation of Rights and Objection to Cure and Assumption and Assignment* ("Objection") [Docket No. 191] on May 16, 2023 contesting any assumption and assignment of the Contract without its consent.

**WHEREAS**, The Parties previously agreed that Hikma and the Trustee will not pursue an assumption and assignment of the Contract without the consent of Galenicum.

**WHEREAS**, The Parties further agree that Galenicum and Hikma will engage in due diligence to further negotiations regarding the potential consensual assumption and assignment of the Contract.

**WHEREAS,** The Parties also agree and request that the Court continue the hearing to August so that the Trustee can assume and assign the Contract without further need to request an extension of the deadline to assume and assign the Contract pursuant to Del. Bankr. L.R. 9006-2.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this stipulation that:

1. A hearing on the assumption and assignment of the Contract, if necessary, shall be continued to August 16, 2023 at 9:30 a.m.

**Dated: July 5, 2023**

Wilmington, Delaware

| **Cozen O'Connor** | **Lewis Brisbois Bisgaard & Smith LLP** |
|---|---|
| /s/John T. Carroll | /s/Rafael X. Zahralddin |
| John T. Carroll, III | Rafael X. Zahralddin-Aravena, Esq. |
| *Counsel for George L. Miller, Chapter 7 Trustee* | *Counsel for Galenicum* |
| 1201 North Market Street, Suite 1001 | 500 Delaware Avenue, Suite 700 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 295-2028 | Telephone: (302) 985-6001 |
| Fax : (302) 295-2013 | Fax : (302) 985-6004 |
| Email: jcarroll@cozen.com | Email: Rafael.Zahralddin@lewisbrisbois.com |

/s/ Marcy J. McLaughlin Smith
Marcy J. McLaughlin Smith
*Counsel for Hikma Pharmaceuticals USA Inc*.
Troutman Pepper
Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street,
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Fax: (302) 421-8390
Email: marcy.smith@troutman.com

-and-

Deborah Kovsky-Apap
875 Third Avenue
New York, NY 10022
Telephone: (248) 359-7331
Fax: (313) 731-1572
Email: deborah.kovsky@troutman.com