**Commercial Services Group, Inc.**
**2001 NewMarket Drive**
**Louisville KY  40222**
www.collectcsg.com

**Phone:  502-244-6900**

**Toll Free:  800-264-6850**

FILED
2023 JUL 11  AM 9:46
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

July 6, 2023

Bankruptcy Court District of Delaware
824 N Market St. #500
Wilmington, DE 19801

Address update request for Commercial Services Group, Inc.
Bankruptcy Case # 23-10253 Akorn Holding Company

To Whom It May Concern:

Please update Commercial Services Group Inc. address from 4965 US Hwy Suite 1500 Louisville, KY  40222 to 2001 New Market Dr, Louisville KY 40222

Sincerely,

Sonya Smothers
Collection Manager
Commercial Services Group, Inc.
Direct Line 502-873-2617
email : ssmother@collectcsg.com

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

KBO



2001 NEWMARKET DRIVE
LOUISVILLE, KENTUCKY 40222

RETURN SERVICE REQUESTED

LOUISVILLE KY 400
6 JUL 2023 PM 1 L

