

**PARTICLE MEASURING SYSTEMS®**
a **spectris** company

*Without measurement there is no control*

FILED
2023 JUL 11 AM 9:46
CLERK
U.S. BANKRUPTCY COURT
DIST OF DELAWARE

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Copy to:
TRC Master Funds LLC
Attn: Terrell Ross
PO Box 663
Woodmere, NY 11598

June 30, 2023

Clerk of the Court,

    Particle Measuring Systems, Inc. (PMS) has not, to the best of our knowledge, transferred any claim to Mr. Ross or to TRC Master Funds LLC. If Mr. Ross believes there is a valid transfer provided by an authorized PMS employee, we are willing to review it. However, after speaking with our Finance department, I have been told that no such assignment or transfer occurred. As such, PMS wishes to maintain its current claim.

    If there are any questions, please do not hesitate to contact the PMS Legal Department, at legal@pmeasuring.com, or me, jkibe@pmeasuring.com.

*Josh Kibe* (signature)
Josh Kibe
General Counsel

23-10253 KBO

5475 Airport Boulevard
Boulder, CO 80301

T +1-303-443-7100
   +1-800-238-1801
F +1-303-449-6870

info@pmeasuring.com
www.pmeasuring.com

Restricted and Confidential





PARTICLE MEASURING SYSTEMS
5475 Airport Boulevard
Boulder, CO 80301-2339

CERTIFIED MAIL

7019 0700 0002 1506 2572

Retail

RDC 23

19801

U.S. POSTAGE PAID
FCM LETTER
BOULDER, CO 80301
JUN 30, 2023
$4.78
R2305M145721-30

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801