IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>Jointly Administered<br><br>**Re: Docket No. 517** |

### ORDER GRANTING CRG FINANCIAL LLC'S MOTION TO ALLOW LATE FILED CLAIM AS TIMELY

Upon consideration of the *Motion to Allow Late Filed Claim as Timely* (the "**Motion**") filed by CRG Financial LLC, and the Court having considered the Motion and any objection to the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested in the Motion; and this Court having subject matter jurisdiction to consider and to determine the Motion; and this Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing thereof, it is hereby ORDERED, DECLARED, and ADJUDGED that:

1.　The Motion is **GRANTED**.

2.　Proof of Claim No. 442 filed by CRG Financial LLC CRG as assignee of Cuckos Pharmaceutical Pvt Ltd. (the "**Claim**"), on the claims register in the bankruptcy case of Akorn Operating Company LLC (Case No. 23-10255-KBO), is deemed timely filed.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031

00053713.1

3. The granting of the Motion is without prejudice to the rights of all parties-in-interest to object to the Claim on substantive grounds.

**Dated: July 14th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**