# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 18, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

### HEARING IS CANCELLED BY PERMISSION OF THE COURT

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.

Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.[3]

If appearance via Zoom is permitted, please use the following link to register for this hearing to appear via Zoom. All individuals participating by video must register at least two (2) hours prior to the hearing. After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

https://debuscourts.zoomgov.com/meeting/register/vJItf--pqjoiH4Y6wTPYbw5hxk_fX7Omflc

Topic: Akorn Holding Company LLC *et al* – Case No. 23-10253 (KBO)
When: July 18, 2023 at 3:00 p.m. (Prevailing Eastern Time)
You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.
CourtCall will NOT be used for this hearing.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended Agenda items appear in **bold** text.

[3] See Chambers Procedures of the Honorable Karen B. Owens dated October 3, 2022.
https://www.deb.uscourts.gov/content/judge-karen-b-owens

**CONTINUED MATTERS:**

1. Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets, and the Proposed Cure Amounts
   [Filed 5/1/2023; Docket No. 146]

   | | | |
   |---|---|---|
   | Related Documents: | None | |
   | Objection Deadlines:[1] | Objections to Proposed Cure Amounts and Assumption/Assignment of Executory Contracts/Leases:……….. | May 16, 2023 |
   | | Replies to Cure Objections and Assumption/Assignment of Executory Contracts/Leases:……………………. | May 18, 2023 |
   | Responses Received: | (a) Galenicum Health, S.L.U.'s Reservation of Rights and Objection to Cure and Assumption and Assignment [Filed 5/16/2023; Docket No. 191] | |
   | | (b) Declaration in Support of Galenicum Health, S.L.U.'s Reservation of Rights and Limited Objection [Filed 5/30/2023; Docket No. 295] | |
   | | (c) Certification of Counsel Regarding the Order Approving Stipulation for Settlement and Continuance of Hearing for Galenicum Health, S.L.U.'s Reservation of Rights and Objection to Cure and Assumption and Assignment [Filed 7/5/2023; Docket No. 524] | |
   | | (d) Entered Order Approving Stipulation for Settlement and Continuance of Hearing for Galenicum Health, S.L.U.'s Reservation of Rights and Objection to Cure and Assumption and Assignment [Filed 7/7/2023; Docket No. 525] | |
   | Status: | The hearing on the assumption and assignment of the Contract, if necessary, is continued to August 16, 2023 at 9:30 a.m. | |

---

[1] Objection Deadlines as provided in the Bidding Procedures Order.

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

2. Motion to Allow Late filed Claim as Timely Filed by CRG Financial LLC
   [Filed 6/30/2023; Docket No. 517]

   Related Documents:  (a) Proposed Order

   (b) Certificate of No Objection
   [Filed 7/12/2023; Docket No. 531]

   Objection Deadline:     July 11, 2023 at 4:00 p.m.

   Responses Received:     None

   **Status:**             **Order has been entered. This matter is concluded.**

3. Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Certain Unexpired Leases of Real Personal Property Pursuant to 11 U.S.C. Section 365(d)(4)
   [Filed 6/22/2023; Docket No. 463]

   Related Documents:  (a) Proposed Order

   (b) Certificate of No Objection
   [Filed 7/14/2023; Docket No. 534]

   Objection Deadline:     July 11, 2023 at 4:00 p.m.

   Responses Received:     None

   **Status:**             **Order has been entered. This matter is concluded.**

LEGAL\64839205\2 6010823/00574256
07/17/2023

4. Trustee's Motion for Entry of an Order Further Extending Time to Assume or Reject Certain Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. Sections 365(d)(1)
   [Filed 6/22/2023; Docket No. 464]

   Related Documents: (a) Proposed Order

   (b) Certificate of No Objection
   [Filed 7/14/2023; Docket No. 535]

   Objection Deadline: July 11, 2023 at 4:00 p.m.

   Responses Received: None

   **Status:** **Order has been entered. This matter is concluded.**

Dated: July 17, 2023
    Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*