IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | ) | Case No. 23-10253 (KBO) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER GRANTING MOTION OF WELDON CHIN TO DEEM LATE-FILED CLAIM TIMELY FILED

Upon the motion (the "Motion") of Weldon Chin to Deem Late-Filed Claim Timely Filed, it is on this _____, day of _____, 2023;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that Weldon Chin's proof of claim is considered as timely filed; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from and related to this Motion and the implementation of this Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case Doc. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.