IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | ) Case No. 23-10253 (KBO) |
| | ) |
| Debtors. | ) **Hearing Date: September 13, 2023 at 2:30 pm (ET)** |
| | ) **Objection Deadline: August 25, 2023 at 4:00 pm (ET)** |

## NOTICE OF MOTION OF WELDON CHIN TO DEEM LATE-FILED CLAIM TIMELY FILED

**PLEASE TAKE NOTICE** that on August 11, 2023, Weldon Chin ("Chin"), through undersigned counsel filed the *Motion of Weldon Chin to Deem Late-Filed Claim Timely Filed* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **August 25, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a Zoom hearing on the Motion is scheduled for **September 13, 2023, at 2:30 pm (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Court Judge.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

| | |
|---|---|
| Dated: August 11, 2023<br>Wilmington, Delaware | GELLERT SCALI BUSENKELL & BROWN, LLC<br><br>*/s/ Amy D. Brown*<br>Amy D. Brown (DE 4077)<br>1201 North Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 416-3357<br>abrown@gsbblaw.com |