## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2023, I caused a true and correct copy of *Motion of Weldon Chin to Deem Late-Filed Claim Timely Filed* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via email.

| **Via Electronic Mail** | **Via Electronic Mail** |
|---|---|
| Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Joseph M. Mulvihill, Esq.<br>Jared W. Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>emorton@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com<br>jkochenash@ycst.com | John T. Carroll, III, Esq.<br>Simon E. Fraser, Esq.<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com<br>sfraser@cozen.com |

*/s/ Amy D. Brown*
Amy D. Brown