# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| AKORN HOLDING COMPANY LLC, *et al.*[1] ) | Case No. 23-10253 (KBO) |
| ) | |
| Debtors. ) | RE: D.I. 552 and 586 |

## ORDER GRANTING MOTION OF WELDON CHIN TO DEEM LATE-FILED CLAIM TIMELY FILED

Upon the motion (the "Motion") of Weldon Chin to Deem Late-Filed Claim Timely Filed, it is on this 29th, day of August, 2023;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that Weldon Chin's proof of claim no. 455-1, filed on August 11, 2023, asserting a general unsecured claim in the amount of $108,267.25 is considered as timely filed; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from and related to this Motion and the implementation of this Order.

**Dated: August 29th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.