# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Re D.I. 478, 595** |

**ORDER APPROVING STIPULATION RESOLVING MOTION OF LEADIANT BIOSCIENCES, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon the *Certification of Counsel Regarding Stipulation Resolving Motion of Leadiant Biosciences, Inc. for Allowance and Payment of Administrative Expense Claim* (the "Certification of Counsel"),[2] the Court having reviewed the Certification of Counsel and the Stipulation, and determined that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is granted as provided under the terms of the Stipulation, a copy of which is attached hereto as Exhibit "1," which is approved.

2. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Certification of Counsel.

3. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

**Dated: September 5th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**