# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Re: DI. 106, 146, 191, 295, 480, 481, 524 |

## ORDER APPROVING STIPULATION FOR SETTLEMENT AND CONTINUANCE OF HEARING FOR GALENICUM HEALTH, S.L.U.'S RESERVATION OF RIGHTS AND OBJECTION TO CURE AND ASSUMPTION AND ASSIGNMENT

Upon consideration of the *Certification of Counsel Regarding the Order Approving Stipulation for Settlement and Continuance of Hearing for Galenicum Health, S.L.U.'s Reservation of Rights and Objection to Cure and Assumption and Assignment (the "Stipulation")*[2], attached hereto as **Exhibit 1**; it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The time to assume and assign the Contract is extended to the continued hearing date for this matter pursuant to Del. Bankr. L.R. 9006-2.

3. The Parties are authorized to take all actions necessary to effectuate the terms of the Stipulation.

4. A hearing on the assumption and assignment of the Contract, if necessary, shall be continued to October 18, 2023 at 3:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 2310255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

**Dated: September 13th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

129190735.1 3