**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | ) | Case No. 23-10253 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Re: Docket No.** 671 |
| | ) | |

**ORDER GRANTING CAPSTONE PARENT, LLC'S MOTION FOR ENTRY**
**OF AN ORDER (I) SHORTENING THE NOTICE AND OBJECTION PERIOD**
**FOR THE TRUSTEE'S SALE MOTION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of Capstone for entry of an order (this "Order") (a) shortening the notice period for entry of the Sale Order, scheduling a hearing on the request for entry of the Sale Order on **November 1, 2023** at **4:00 p.m. (prevailing Eastern Time)** (the "Hearing"), and requiring that objections to entry of the Sale Order **at or before the Hearing**, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of all parties in interest; and this Court having

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

found that Capstone's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted on a basis as set forth herein.

2.      The Hearing to consider entry of the Sale Order shall be held on **November 1, 2023** at **4:00 p.m. (prevailing Eastern Time).**

3.      Responses or objections to the Sale Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and shall be filed with the Court no later than **at or before the Hearing** (the "Objection Deadline").

4.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5.  Capstone is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 24th, 2023
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

2