# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br><br>                Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. __712, 727__ |

### ORDER GRANTING TRUSTEE'S SUPPLEMENTAL MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING TIME TO ASSUME OR REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. § 365(D)(1)

Upon consideration of the *Trustee's Supplemental Motion for Entry of an Order Further Extending Time to Assume or Reject Certain Executory Contracts and Unexpired Leases of Personal Property Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion");[2] the Court finding that notice of the Motion was sufficient; after due deliberation; good and sufficient cause having been shown; and pursuant to Local Rule 9006-2 the filing of the Motion having automatically extended the Trustee's deadline to assume or reject the IT Contracts through and including the date on which the Court acts on the Motion; it is hereby ordered that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 365(d)(1), the time period within which the Trustee may assume or reject the IT Contracts is hereby extended through and including the Extended Deadline of February 27, 2024.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

LEGAL\67685366\2 6010823/00574256

2

3.     Nothing in this Order shall constitute a ruling that any particular agreement listed in Exhibit A to the Motion is an executory contract. The rights of the Trustee and applicable counterparties are reserved in that regard.

4.     This Order is without prejudice to the Trustee's ability to request and obtain additional extensions pursuant to 11 U.S.C. § 365(d)(1) with respect to the IT Contracts, or, to seek rejection of the IT Contracts prior to the Extended Deadline.

**Dated: January 22nd, 2024**
**Wilmington, Delaware**

*Ka B. O*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**