# **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Related Doc. No.** ____ |

## ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS TO OPHTAPHARM AG (II) APPROVING ASSIGNMENT CONDITIONS, (III) AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS, (IV) AUTHORIZING THE TRANSFER OF TSA ASSETS, AND (V) GRANTING RELATED RELIEF

This matter coming to be heard upon the *Trustee's Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts to Ophtapharm AG, (II) Approving Assignment Conditions, (III) Authorizing Rejection of Certain Executory Contracts, (IV) Authorizing the Transfer of TSA Assets, and (V) Granting Related Relief* (the "Motion");[2] the Court having found that notice of the Motion was appropriate and that no other notice need be provided; the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

2. The assumption and assignment to the Assignee of the Assigned Contracts set forth on Schedule I, which includes, but is not limited to, the Assigned Oracle Contracts and any and all software programs, licenses, service agreements, support services, and subscriptions that are imbedded or installed on, or otherwise used in connection with, the TSA Assets, is hereby approved. The Trustee is authorized to assume and assign the Assigned Contracts to the Assignee pursuant to sections 105(a) and 365 of the Bankruptcy Code.

3. The assumption and assignment of the Assigned Contracts is effective as of the date of this Order.

4. The Purchaser and the Assignee shall pay the Cure Costs, if any, required to be paid under section 365(b) of the Bankruptcy Code in connection with the assumption and assignment of each Assigned Contract to the Assigned Contract counterparty as soon as practicable after the entry of this Order. Other than the Cure Cost for each Assigned Contract set forth on Schedule I hereto, the counterparty to each Assigned Contract shall be barred from asserting any additional Cure Cost with respect to such Assigned Contract.

5. To the extent applicable, the Trustee and the Purchaser and/or the Assignee have (i) cured (upon payment of the applicable Cure Costs), or have provided adequate assurance of cure, of any default existing prior to the date hereof under any of the Assigned Contracts, within the meaning of sections 365(b)(1)(A) and 365(f)(2)(A) of the Bankruptcy Code, and (ii) provided compensation or adequate assurance of compensation to any party for any actual pecuniary loss to such party resulting from a default prior to the date hereof under any of the Assigned Contracts within the meaning of section 365(b)(1)(B) of the Bankruptcy Code. The Purchaser and/or the Assignee has provided adequate assurance of future performance of and under the Assigned Contracts within the meaning of sections 365(b)(1)(C) and 365(f)(2)(B) of the Bankruptcy Code.

6. Other than the specific obligations set forth in the terms of the Assigned Contracts, the assignment of the Assigned Contracts to the Assignee shall not subject the Purchaser or the Assignee to any successor liability whatsoever, including, without limitation, by reason of such transfer under the laws of the United States, any state, territory, or possession thereof, or the District of Columbia, based, in whole or in part, directly or indirectly, in any theory of law or equity, including any laws affecting antitrust, successor, transferee or vicarious liability.

7. The assignment of the Assigned Contracts to the Assignee shall constitute a legal, valid and effective transfer of the Assigned Contracts and vest the Assignee with all right, title and interest to and under the applicable Assigned Contracts. The Assigned Contracts shall be transferred to, and shall remain in full force and effect for the benefit of, the Assignee in accordance with their respective terms, notwithstanding any provision in any such Assigned Contract (including those of the type described in sections 365(b)(2) and (f) of the Bankruptcy Code) that purport to prohibit, restrict, or condition such assignment or transfer. Any provision in an Assigned Contract that prohibits or conditions the assignment of such Assigned Contract (including the granting of a lien therein) or allows the counterparty thereto to terminate, recapture, impose any penalty, declare a default, condition on renewal or extension, or modify any term or condition upon such assignment or change of control constitutes an unenforceable anti-assignment provision that is void and of no force and effect.

8. Any party that asserts that its consent to assignment of any Assigned Contract is required pursuant section 365(c) of the Bankruptcy Code as a condition to effectiveness of the assignment and that failed to timely file an objection to assumption and assignment of its Assigned Contract is deemed to have consented to the assignment of its Assigned Contract to the Assignee.

LEGAL\67659028\8 6010823\00574256
02/06/2024

9. The Trustee is authorized to reject the Remaining Oracle Maintenance Agreements, and the Remaining Oracle Maintenance Agreements are hereby rejected, effective as of the date of the filing of the Motion.

10. The Assignment Conditions set forth in the Motion are approved and it is hereby ordered as follows:

   a. The Purchaser and/or the Assignee shall pay the Cure Costs to the applicable counterparties to the Assigned Contracts. Upon entry of an order granting the relief requested by this Motion, the Purchaser and/or the Assignee shall pay to the Estates the amount of $50,000.00 (the "Assignment Fee") by wire transfer of immediately available funds to an account or accounts designated in writing by the Trustee. The parties agree that the Assignment Fee to be paid to the Trustee is inclusive of reimbursement of the Trustee's legal fees as set forth in the TSA, but in addition to payment of the Cure Costs by the Purchaser and/or Assignee.

   b. The Purchaser and the Assignee shall indemnify and hold harmless the Estates in connection with any and all claims, damages and costs that may be asserted by any counterparty against the Estates relating to the Assigned Contracts and/or Remaining Oracle Maintenance Agreements, including but not limited to any and all claims asserted under sections 365 and 503 of the Bankruptcy Code (collectively, the "Counterparty Claims"), as well as all attorney's fees and costs incurred by the Estates in (i) defending the Counterparty Claims, that are deemed to arise with respect to the Assigned Contracts, and (ii) in defending any Counterparty Claims with respect to the Remaining Oracle Maintenance Agreements, arising prior to the date the Remaining Oracle Maintenance Agreements are deemed rejected (but excluding any claims asserted under section 365(g) of the Bankruptcy Code as a result of being rejected); provided, that the Trustee shall first provide written notice to the Purchaser and the Assignee promptly upon becoming aware of any such Counterparty Claim and allow the Purchaser and the Assignee a reasonable opportunity, without interference from the Trustee, to defend against, settle, and take all other reasonable action in response to such Counterparty Claim.

   c. In connection with the administration of the Estates, the Trustee may require records, documents and other data currently stored on the TSA Assets, software, programs, cloud services, applications, accounts and any other system or platform being transferred to the Purchaser and Assignee pursuant to the TSA and the assignment of the Assigned Contracts (collectively, the "Records and Data"). Upon request of the Trustee, the Purchaser and the Assignee shall provide prompt access to the Records and Data to the Trustee

4

and his professionals until June 30, 2024, (the "Access Period") at no cost to the Estates. The Purchaser and the Assignee shall not use for any purpose whatsoever any documentation, data or other information remaining on or within the TSA Assets which is related to an asset of the Estates sold to a third party (the "Excluded Assets"). Upon expiration of the Access Period the Purchaser and Assignee shall remove, delete or otherwise destroy from the TSA Assets any documentation, data or other information remaining on or within the TSA Assets which is related to the Excluded Assets and the Purchaser shall pay the costs of third party service providers for such removal, or, reimburse the Trustee for such costs to extent the Trustee has directly paid third party service providers for such removal.

11. The Trustee is authorized to transfer the TSA Assets to the Assignee in accordance with the terms of the TSA.

12. Nothing in this Order shall constitute a ruling that any particular agreement listed in Schedule I to the Order is an executory contract. The rights of the Trustee and the applicable counterparties are reserved in that regard.

13. The provisions of this Order shall be self-executing, and neither the Trustee nor the Assignee shall be required to execute or file releases, termination statements, assignments, consents or other instruments to effectuate, consummate and implement the provisions of this Order.

14. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order, including, but not limited to, execute and deliver to the Assignee any documents or other instruments as may be necessary to implement the terms of this Order and the assignment contemplated herein, in each case, without further order from this Court.

15. Notwithstanding any applicable rule, including without limitation Bankruptcy Rule 6006(d), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

LEGAL\67659028\8 6010823/00574256
02/06/2024

Schedule I

Assigned Contracts

## Oracle Assigned Contracts

| Program(s) | CSI | Quantity | License Type | Support Expiration Date(s) | Cure Amount |
|---|---|---|---|---|---|
| JD Edwards EnterpriseOne Advanced Pricing (included in Suite) | 23986245 | 78 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Advanced Pricing (included in Suite) | 23986251 | 6 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Core Tools and Infrastructure | 23986255 | 33 | Application user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Core Tools and Infrastructure | 23986251 | 78 | Application user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Financials (included in Suite) | 23986255 | 33 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Financials (included in Suite) | 23986245 | 25 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Financials (included in Suite) | 23986251 | 18 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Fulfillment Management | 23986245 | 5 | Application user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986255 | 33 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986245 | 78 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986245 | 25 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986245 | 15 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986251 | 18 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986251 | 54 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Inventory Management (included in Suite) | 23986251 | 6 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Manufacturing Management (included in Suite) | 23986245 | 15 | Custom suite user | 28-Feb-24 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| JD Edwards EnterpriseOne Manufacturing Management (included in Suite) | 23986251 | 54 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Procurement and Subcontract Management (included in Suite) | 23986255 | 33 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Procurement and Subcontract Management (included in Suite) | 23986245 | 78 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Procurement and Subcontract Management (included in Suite) | 23986245 | 25 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Procurement and Subcontract Management (included in Suite) | 23986251 | 18 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Procurement and Subcontract Management (included in Suite) | 23986251 | 6 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Quality Management (included in Suite) | 23986245 | 15 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Quality Management (included in Suite) | 23986251 | 54 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Requirements Planning (included in Suite) | 23986245 | 15 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Requirements Planning (included in Suite) | 23986251 | 54 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Requisition Self Service | 23986251 | 88 | Application user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne Sales Order Management (included in Suite) | 23986245 | 78 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne Sales Order Management (included in Suite) | 23986251 | 6 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986255 | 33 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986245 | 78 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986245 | 25 | Custom suite user | 28-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in | 23986245 | 15 | Custom suite user | 28-Feb-24 | $0 |

| | | | | | |
|---|---|---|---|---|---|
| Suite) | | | | | |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986251 | 18 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986251 | 6 | Custom suite user | 23-Feb-24 | $0 |
| JD Edwards EnterpriseOne System Foundation (included in Suite) | 23986251 | 54 | Custom suite user | 23-Feb-24 | $0 |
| Oracle Business Intelligence Foundation Suite | 23986245 | 25 | Named user plus | 28-Feb-24 | $0 |
| Oracle Data Integrator Enterprise Edition | 23986245 | 25 | Named user plus | 28-Feb-24 | $0 |
| Oracle Technology Foundation for JD Edwards EnterpriseOne | 23986245 | 123 | Application user | 28-Feb-24 | $0 |
| Oracle Technology Foundation for JD Edwards EnterpriseOne Upgrade | 23986255 | 33 | Application user | 23-Feb-24 | $0 |
| Oracle Technology Foundation for JD Edwards EnterpriseOne Upgrade | 23986251 | 78 | Application user | 23-Feb-24 | $0 |
| Oracle User Productivity Kit Standard | 23986245 | 123 | Application user | 28-Feb-24 | $0 |
| Oracle User Productivity Kit Standard | 23986245 | 1 | UPK developer | 28-Feb-24 | $0 |

## Assigned Programs

| Debtor | Counterparty | Contract Title & Description | Cure Amount |
|---|---|---|---|
| Akorn Operating Company, LLC | MicroAge<br>15210 S. 50th Street<br>Suite 180<br>Phoenix, AZ 85044 | Nutanix Renewal, dated as of April 21, 2023 | $0 |
| Akorn Operating Company, LLC | Equinix LLC<br>One Lagoon Drive<br>4th Floor<br>Redwood, CA 94065 | Master Country Agreement dated as of August 11, 2020 and all associated orders, work orders, or similar documents as well as all amendments thereto, if any<br>(Data center that houses Nutanix equipment) | $0 |
| | VMWare | VMWare ESXi Enterprise+ licenses for CH3 and Hettlingen | $0 |
| | Palo Alto CH3 | Firewall subscription CH3 | $0 |
| | Kace | IT incident ticket system installed in CH3 | $0 |
| | Change Auditor | Security tools that monitor changes in environment | $0 |
| | ARS | Administrative tool kit for user accounts | $0 |
| | Symantec Broadcom | Antivirus software installed on servers, notebooks and PCs | $0 |
| | Proofpoint | Email security | $0 |
| | Forcepoint | Web security from CH3 | $0 |
| | Carbonblack | PC/workstation protection | $0 |
| | Reports NOW Inc. | Analytics and financial reporting tool on JDE | $15,702.12 |
| | Solarwinds | Server monitoring software installed in CH3 | $0 |
| | Veeam | Backup software used in CH3 and Hettlingen | $0 |
| | Microsoft licenses | Server and application software licenses for servers in CH3 (unrelated to M365 licenses) | $0 |
| | Cisco | Network equipment used in CH3 | $0 |
| | Dell Data Domain | Backup storage | $0 |
| | Quantum tape library | Backup storage | $0 |