# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 20, 2024 AT 10:30 AM (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONTINUED MATTERS:**

1. Trustee's Motion for Entry of Order Authorizing Transfer of Certain Contract Rights of the Estates to Ophtapharm AG
   [Filed 2/2/2024; Docket No. 743]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order |
   | Objection Deadline: | | February 19, 2024 at 4:00 p.m.<br>Extension granted solely to IWK Verpackungstechnik GmbH through and including March 15, 2024 |
   | Responses Received: | | None |
   | Status: | | This matter is being adjourned to April 16, 2024 at 2:00 p.m. ET |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.  First Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 26, 2023 Through December 31, 2023
    [Filed 2/28/2024; Docket No. 759]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Proposed Order |
    | Objection Deadline: | | March 13, 2024 at 4:00 p.m. |
    | Responses Received: | | None |
    | Status: | | This matter is being adjourned to April 16, 2024 at 2:00 p.m. ET |

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

3.  Motion to Limit Service of Notice Regarding First Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From October 26, 2023 through December 31, 2023
    [Filed 2/28/2024; Docket No. 760]

    | | | |
    |---|---|---|
    | **Related Documents:** | **(a)** | **Entered Order**<br>**[Filed 3/18/2024; Docket No. 768]** |
    | | (b) | Notice of Hearing on Motion to Limit Service of Notice Regarding First Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From October 26, 2023 through December 31, 2023<br>[Filed 3/4/2024; Docket No. 761] |
    | | (c) | Certificate of No Objection<br>[Filed 3/14/2024; Docket No. 766] |
    | Objection Deadline: | | March 13, 2024 at 4:00 p.m. |
    | Responses Received: | | None |
    | **Status:** | | **This matter is concluded. Order has been entered by the Court.** |

Dated: March 19, 2024  
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*