IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors.[1] | (Jointly Administered) |
|  | Re: D.I. 794 |

## ORDER APPROVING CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND THEA PHARMA INC.

The Court having considered the *Confidentiality and Non-Disclosure Agreement* (the "**Agreement**")[2] attached hereto as **Exhibit 1**, entered into by Thea Pharma Inc. and George L. Miller as chapter 7 trustee; the Court having determined that good and adequate cause exists to approve the Agreement; and the Court having determined that no further notice of the Agreement must be given;

IT IS HEREBY ORDERED that:

1. The Agreement is approved in its entirety.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Agreement.

3. The Parties' respective rights, claims, causes of action, and defenses, at law and in equity, are expressly reserved in their entirety.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined herein are defined in the Agreement.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: April 23rd, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**