**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Doc. No.**   789 |

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION OF TRUSTEE (I) TO EMPLOY SIEGEL JENNINGS, CO., L.P.A. AS
SPECIAL COUNSEL TO TRUSTEE IN TAX APPEAL AND FOR APPROVAL OF
COMPENSATION ARRANGEMENT, (II) FOR APPROVAL OF TAX APPEAL
SETTLEMENT AND (III) FOR RELATED RELIEF**

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of the above-captioned Debtors (the "Debtors") hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Application of Trustee (I) to Employ Siegel Jennings, Co., L.P.A. as Special Counsel to Trustee in Tax Appeal and for Approval of Compensation Arrangement, (II) for Approval of Tax Appeal Settlement and (III) for Related Relief* [Doc. No. 789; Filed 4/15/2024] (the "Application").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to same were to be filed and served no later than April 30, 2024 at 4:00 p.m. (EST).

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

It is hereby respectfully requested that the proposed Order as originally filed with the

Application be entered at the earliest convenience of the Court.


Dated:  May 2, 2024                                    COZEN O'CONNOR
        Wilmington, Delaware


                                    By:    /s/ John T. Carroll, III
                                           _____
                                           John T. Carroll, III (DE No. 4060)
                                           1201 N. Market Street
                                           Suite 1001
                                           Wilmington, DE  19801
                                           (302) 295-2028 Phone
                                           (302) 295-2013 Fax No.
                                           jcarroll@cozen.com

                                           *Counsel to George L. Miller,*
                                           *Chapter 7 Trustee*