UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Akorn Holding Company LLC | Chapter: 7<br>Case No: 23-10253-KBO |
| Debtor. | |

# LIMITED NOTICE OF APPEARANCE
# BANKRUPTCY RULES 2002(G) AND 9010(B)

TO:   Matthew Barry Lunn
      Young, Conway, Stargatt & Taylor LLP
      100 North King Street
      Wilmington, DE 19801
      *Attorney for Debtor*

   PLEASE TAKE NOTICE that Assistant Attorney General Michael D. Morris enters this limited appearance on behalf of the State of Wisconsin, Department of Health Services, a party in interest in the above-entitled case. The State requests service of all discovery and correspondence be made upon Assistant Attorney General Michael D. Morris, as counsel of record, at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Michael D. Morris, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone:  608-266-6939
Fax:  608-294-2907
morrismd@doj.state.wi.us

**THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated: May 2, 2024.

                                      Respectfully submitted,

                                      JOSHUA L. KAUL
                                      Attorney General of Wisconsin

                                      Electronically signed by:

                                      <u>s/ Michael D. Morris</u>
                                      MICHAEL D. MORRIS
                                      Assistant Attorney General
                                      State Bar #1112934

                                      Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3936
(608) 294-2907 (Fax)
morrismd@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served via the ECF system a copy of this Limited Notice of Appearance on the parties who are registered to receive ECF notification in this case.

Dated: May 2, 2024

                                      s/ Michael D. Morris
                                      MICHAEL D. MORRIS
                                      Assistant Attorney General
                                      State Bar #1112934

Michael D. Morris, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI  53707-7857
Telephone:  608-266-6939
Fax:  608-294-2907
morrismd@doj.state.wi.us