UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Akorn Holding Company LLC | Chapter: 7 |
| Debtor. | Case No: 23-10253-KBO |

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Wisconsin Department of Health Services by and through the Office of the Attorney General of Wisconsin, in this action: I am admitted to practice law in the State of Wisconsin, the United States District Courts for the Western and Eastern Districts of Wisconsin, the United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court. I am in good standing in all jurisdictions to which I am currently admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3936
(608) 294-2907 (Fax)
morrismd@doj.state.wi.us

---

## CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served via the ECF system a copy of this Government Attorney Certification on the parties who are registered to receive ECF notification in this case.

Dated: May 2, 2024

s/ Michael D. Morris
MICHAEL D. MORRIS
Assistant Attorney General
State Bar #1112934

Michael D. Morris, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: 608-266-6939
Fax: 608-294-2907
morrismd@doj.state.wi.us