UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Akorn Holding Company LLC<br>Debtor. | Chapter: 7<br>Case No: 23-10253-KBO |

## SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Assistant Attorney General Michael D. Morris substitutes for Assistant Attorney General S. Michael Murphy as attorney of record for the Wisconsin Department of Health Services in the above referenced case and to remove S. Michael Murphy's name from the CM/ECF system in the above-reference proceeding.

Dated: May 2, 2024.

                                  JOSHUA L. KAUL
                                  Attorney General of Wisconsin

                                <u>s/ S. Michael Murphy</u>
                                S. MICHAEL MURPHY Assistant
                                Attorney General
                                State Bar #1078149

                                <u>s/ Michael D. Morris</u>
                                Michael D. Morris
                                Assistant Attorney General
                                State Bar #1112934

                                Attorneys for the State of Wisconsin

S. Michael Murphy AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (murphy)
(608) 266-3936 (Morris)
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us
morrismd@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on the below date I caused to be served via the ECF system a copy of this Substitution of Counsel on the parties who are registered to receive ECF notification in this case.

Dated: May 2, 2024

s/ S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

s/ Michael D. Morris
Michael D. Morris
Assistant Attorney General
State Bar #1112934
