IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. 789, 797 |

**ORDER GRANTING APPLICATION OF TRUSTEE (I) TO EMPLOY SIEGEL JENNINGS, CO., L.P.A. AS SPECIAL COUNSEL TO TRUSTEE IN TAX APPEAL AND FOR APPROVAL OF COMPENSATION ARRANGEMENT, (II) FOR APPROVAL OF TAX APPEAL SETTLEMENT AND (III) FOR RELATED RELIEF**

This matter coming to be heard on the Application of Trustee (I) to Employ Siegel Jennings, Co., L.P.C. as Special Counsel to Trustee in Tax Appeal and for Approval of Compensation Arrangement, (II) for Approval of Tax Appeal Settlement and (III) for Related Relief (the "Application," and all undefined terms herein having the meanings set forth in the Application); IT IS HEREBY ORDERED:

1. The relief requested in the Application is granted.

2. The Trustee's retention of Siegel Jennings as special counsel to provide the Special Counsel Services is approved pursuant to section 327(e) of the Bankruptcy Code.

3. The compensation arrangement with Siegel Jennings as described in the Application is approved pursuant to section 328 of the Bankruptcy Code.

4. Pursuant to section 330 of the Bankruptcy Code, the Trustee is authorized to pay the Contingency Fee without further application or order of the Court, and Siegel Jennings is

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

exempted from maintaining detailed contemporaneous time records in connection with the Special Counsel Services.

5. Pursuant to Bankruptcy Rule 9019 and section 363(b) of the Bankruptcy Code, the Tax Settlement is approved. The Trustee is authorized to enter into such agreements and take any and all other actions reasonably necessary to effectuate the Tax Settlement.

6. Notice of the Application as provided by the Trustee is approved, and no further notice need be provided.

7. This Order is effective immediately upon entry, notwithstanding any stay that may otherwise apply under Bankruptcy Rule 6004(h).

Dated: May 2nd, 2024
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

LEGAL\69276778\3 6010823/00574256