**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED**
**FOR MAY 7, 2024 AT 1:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE**
**HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

---

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[2]

---

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION/**
**CERTIFICATION OF COUNSEL:**

1.    Application of Trustee (I) to Employ Siegel Jennings, Co., L.P.A. as Special Counsel to Trustee in Tax Appeal and for Approval of Compensation Arrangement, (II) for Approval of Tax Appeal Settlement and (III) for Related Relief
[Filed 4/15/2024; Docket No. 789]

   **Related Documents:**    (a)    Certificate of No Objection
[Filed 5/2/2024; Docket No. 797]

                                   (b)    Entered Order
[Filed 5/2/2024; Docket No. 801]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

<u>Objection Deadline:</u>    April 30, 2024 at 4:00 p.m. (ET)

<u>Responses Received:</u>    None

<u>Status:</u>    This matter is concluded.  Order has been entered by the Court.

2.    Plaintiffs' Motion to Extend the Deadlines Contained in the Scheduling Order and to Compel the Trustee's Responses to Plaintiffs' Discovery and to Cooperate in the Scheduling of Depositions; Adversary Proceeding No.: 23-50117 [Filed 4/17/2024; Adv. Doc. No. 13]

<u>Related Documents:</u>    None

<u>Objection Deadline:</u>    May 2, 2024 at 4:00 p.m. (ET)

<u>Responses Received:</u>    None

<u>Status:</u>    The parties have reached an agreement on a First Amended Scheduling Order to resolve the Motion which will be filed under Certification of Counsel.   This matter is concluded pending the filing of the Certification of Counsel.

Dated:  May 3, 2024           COZEN O'CONNOR
        Wilmington, Delaware

                    By:    */s/ John T. Carroll, III*
                          John T. Carroll, III (DE No. 4060)
                          Simon E. Fraser (DE No. 5335)
                          1201 N. Market Street
                          Suite 1001
                          Wilmington, DE  19801
                          (302) 295-2000 Phone
                          (302) 295-2013 Fax No.
                          jcarroll@cozen.com
                          sfraser@cozen.com

                          *Counsel to George L. Miller,*
                          *Chapter 7 Trustee*

LEGAL\70351947\1 6010823/00574256
05/03/2024