# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Akorn Holding Company LLC

**EIN:** 85−2979190

**Chapter:** 7

**Case No.:** 23−10253−KBO

Claim No.* (if known): 2−1  
Amount (if known): $181,730.00

## NOTICE OF TRANSFER OF CLAIM

To Wissen Digital Inc Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 05/17/2024, a Transfer of Claim was filed with this Court purporting to transfer to Argo Partners, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court  
United States Bankruptcy Court  
District of Delaware  
824 Market Street  
Wilmington, DE 19801

Transferee

Argo Partners  
12 West 37th Street, Ste 900  
New York, NY 10018

Dated: 05/19/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10253-KBO |
| Akorn Holding Company LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 6 |
| Date Rcvd: May 17, 2024 | Form ID: trclaim | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 17798589 | + Wissen Digital, Inc., 2325 Parklawn Drive, Suite G, Waukesha, WI 53186-2937 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 19, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Alexander R. Steiger | on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Amy D. Brown | on behalf of Creditor Weldon Chin abrown@gsbblaw.com |

District/off: 0311-1 User: admin Page 2 of 6
Date Rcvd: May 17, 2024 Form ID: trclaim Total Noticed: 1

Andrew Warner
    on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
    on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew R. Remming
    on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
    andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
    on behalf of Interested Party Term Lender Group agains@gibsondunn.com
    MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
    on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
    on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com,
    mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
    on behalf of Interested Party Capstone Parent LLC
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
    on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
    on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
    on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
    on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
    on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
    on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
    on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
    on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Evan T. Miller
    on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr
    on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II
    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

District/off: 0311-1                                    User: admin                                              Page 3 of 6
Date Rcvd: May 17, 2024                          Form ID: trclaim                                         Total Noticed: 1

Geoffrey G. Grivner

    on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com,
    sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller

    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio

    on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor

    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW
    Healthcare Affiliates V, LP gtaylor@ashbygeddes.com,
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen

    on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com
    msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh

    on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN

    on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle

    on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia

    on behalf of Creditor Henderson Constructors Inc. jimtobia@comcast.net;bankserve@tobialaw.com

James Connolly Carignan

    on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett

    on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com,
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

Jared W Kochenash

    on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jason Custer Powell

    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jeffrey Garfinkle

    on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com
    lverstegen@buchalter.com;docket@buchalter.com

Jeffrey M. Carbino

    on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com
    jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino

    on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com
    jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino

    on behalf of Creditor DiFazio Power & Electric LLC jcarbino@leechtishman.com,
    jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

| | |
|---|---|
| John T. Carroll, III | on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Jordana Linder Renert | on behalf of Interested Party PAI Holdings  LLC jrenert@lowenstein.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Karen C. Bifferato | on behalf of Creditor Stira Pharmaceuticals  LLC kbifferato@connollygallagher.com |
| Karen M. Grivner | on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com  kwebster@clarkhill.com |
| Kate R. Buck | on behalf of Creditor HYG Financial Service  Inc. kbuck@mccarter.com |
| Kenneth S. Leonetti | on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kristin Radwanick | on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov |
| L. Katherine Good | on behalf of Interested Party Capstone Parent  LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laura Davis Jones | on behalf of Interested Party Term Lender Group ljones@pszjlaw.com  efile1@pszjlaw.com |
| Laura Davis Jones | on behalf of Other Prof. Credit Suisse Asset Management  LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |
| Maria Kotsiras | on behalf of Interested Party Capstone Parent  LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Mark T Hurford | on behalf of Creditor Managed Health Care Associates  Inc. mark@saccullolegal.com |
| Martin A. Mooney | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| Matthew Williams | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew B. Goeller | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew Barry Lunn | |

Case 23-10253-KBO    Doc 812    Filed 05/19/24    Page 6 of 7

| District/off: 0311-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: trclaim | Total Noticed: 1 |

Matthew Barry Lunn
    on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com  bankfilings@ycst.com

Michael Morris
    on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us  radkeke@doj.state.wi.us

Michael David DeBaecke
    on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC
    mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
    on behalf of Creditor Leadiant Biosciences  Inc. mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Cedar Brook 5 Corporate Center  L.P. mbusenkell@gsbblaw.com

Michael G. Menkowitz
    on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com
    brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Michael W. Yurkewicz
    on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com

Michelle G. Novick
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    michelle.novick@saul.com

Morton R. Branzburg
    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Natasha M. Songonuga
    on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com  ERosen@VTrusteellc.com

Nicolas Jenner
    on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant Cardinal Health  Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Medical-Surgical  Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Corporation paige.topper@saul.com  cassandra.joyner@saul.com

Patrick A. Jackson
    on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com

Peter J Keane
    on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena
    on behalf of Creditor Galenicum Health  S.L.U. Rafael.Zahralddin@lewisbrisbois.com,
    rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq
    on behalf of Creditor Qualanex  LLC rpalacio@ashbygeddes.com,
    kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Roberto Jose Ristorucci

| | |
|---|---|
| | on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com |
| Samuel Robert Grego | on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com  sgrego@dmclaw.com |
| Scott Alan Zuber | on behalf of Creditor Cardinal Health szuber@csglaw.com  ecf@csglaw.com |
| Scott J Greenberg | on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com |
| Scott L. Fleischer | on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com |
| Scott L. Fleischer | on behalf of Creditor Interior Specialty Construction  Inc. sfleischer@barclaydamon.com |
| Seth A. Niederman | on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon E. Fraser | on behalf of Trustee George L. Miller sfraser@cozen.com  sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com |
| Sophie Rogers Churchill | on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Steven L. Caponi | on behalf of Interested Party Syneos Health steven.caponi@klgates.com  alyssa.domorod@klgates.com |
| Susan E. Kaufman | on behalf of Interested Party Sullivan Contractors  LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Interior Specialty Construction  Inc. skaufman@skaufmanlaw.com |
| Tamara K. Mann | on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health tfreemen@csglaw.com |
| Thomas T Janover | on behalf of Creditor PineBridge Investments  LLC tjanover@kramerlevin.com |
| Tori Lynn Remington | on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| Turner Falk | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William J. Burnett | on behalf of Creditor Gerresheimer Glass  LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| Zachary I Shapiro | on behalf of Interested Party Consortium shapiro@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

TOTAL: 124