# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In Re:  
Akorn Holding Company LLC

Case No.: 23−10253−KBO

**Chapter:** 7

Notice of Filing Fee(s) Due  
Re: Docket # 808

Dear Madam or Sir:

- ☐ On , you filed a Motion for Leave to file an Appeal in the above captioned case. A fee in the amount of $ was collected for this motion. On , the motion was granted by the United States District Court. The remaining $ fee for filing a Notice of Appeal is now due.

- ☐ On , you filed a Request for Certification of Direct Appeal in the above captioned case. On , the Court of Appeals entered an Order granting the Request. A fee in the amount of $ 28 is now due.

- ☐ Pursuant to the Order for Relief entered, the case was converted to a Chapter 11 which requires a $ fee to be paid to the Court.

- ☑ On 05/17/2024, you filed a document in the above−captioned case that requires a filing fee of $ 28 be paid to the Court.

   Notes: Notice of Transfer of Claim #2−1

**Please remit funds to the Court at the following address by no later than 5/24/2024.**

**United States Bankruptcy Court**  
**District of Delaware**  
**824 Market Street, 3rd Floor**  
**Wilmington, DE 19801**

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov. If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302) 252−2887.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 5/17/24                                    By: Jadon M Culp, Deputy Clerk

(VAN−441)

United States Bankruptcy Court
District of Delaware

In re:                                                                                                        Case No. 23-10253-KBO
Akorn Holding Company LLC                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                              Page 1 of 6
Date Rcvd: May 17, 2024              Form ID: van441                                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2024:**

**Recip ID            Recipient Name and Address**
+ Wissen Digital Inc, 2325 Parklawn Dr, Suite # G, Waukesha, WI 53186, UNITED STATES 53186-2937

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: COURTS@ARGOPARTNERS.NET | May 17 2024 19:46:00 | Argo Partners, 12 West 37th Street, Ste. 900, New York, NY 10018-7381 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2024                            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Alexander R. Steiger | |

District/off: 0311-1      User: admin      Page 2 of 6
Date Rcvd: May 17, 2024      Form ID: van441      Total Noticed: 2

on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

**Amish R. Doshi**
on behalf of Creditor Oracle America Inc. amish@doshilegal.com

**Amy D. Brown**
on behalf of Creditor Weldon Chin abrown@gsbblaw.com

**Andrew Warner**
on behalf of Creditor The United States of America andrew.warner@usdoj.gov

**Andrew J Gershon**
on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

**Andrew R. Remming**
on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

**AnnElyse S. Gains**
on behalf of Interested Party Term Lender Group agains@gibsondunn.com
MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com

**Beverly Weiss Manne**
on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

**Brett Lawrence**
on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

**Brett S. Theisen**
on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

**Cheryl Ann Santaniello**
on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com,
mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

**Christopher M. Samis**
on behalf of Interested Party Capstone Parent LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

**Christopher Martin Winter**
on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

**Curtis S. Miller**
on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

**Curtis S. Miller**
on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

**David M. Klauder**
on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

**Dennis A. Meloro**
on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

**Drew McGehrin**
on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

**Emily K Steele**
on behalf of Interested Party Syneos Health emily.steele@klgates.com

**Emily Rae Mathews**
on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

**Eric D Kaplan**
on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

**Eric J. Monzo**
on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

**Evan T. Miller**
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
evan.miller@saul.com, robyn.warren@saul.com

**Evan T. Miller**
on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

District/off: 0311-1    User: admin    Page 3 of 6
Date Rcvd: May 17, 2024    Form ID: van441    Total Noticed: 2

| | |
|---|---|
| Evan T. Miller | on behalf of Trustee George L. Miller evan.miller@saul.com  robyn.warren@saul.com |
| Fernando Menendez, Jr | on behalf of Creditor Leadiant Biosciences  Inc. fmenendez@sequorlaw.com |
| Gaston P Loomis, II | on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com  scarney@mdmc-law.com |
| Geoffrey G. Grivner | on behalf of Creditor Teva Pharmaceuticals USA  Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| GianClaudio Finizio | on behalf of Interested Party Veronica Development Associates  LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com |
| Gregory A. Taylor | on behalf of Interested Party DW Healthcare Partners  Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Howard A. Cohen | on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com  msteen@foxrothschild.com,rsolomon@foxrothschild.com |
| Hugh K. Murtagh | on behalf of Interested Party Consortium hugh.murtagh@lw.com |
| JAMES M SULLIVAN | on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com  NYCDocket@seyfarth.com |
| Jacqueline Doyle | on behalf of Creditor Iron Mountain Information Management  LLC jmp@bostonbusinesslaw.com |
| James Tobia | on behalf of Creditor Henderson Constructors  Inc. jimtobia@comcast.net;bankserve@tobialaw.com |
| James Connolly Carignan | on behalf of Interested Party Prestige Consumer Healthcare  Inc. jccarignan@duanemorris.com |
| James E. Huggett | on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com |
| James E. Huggett | on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com |
| James E. Huggett | on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com |
| James E. Huggett | on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com |
| Jared W Kochenash | on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com |
| Jared W Kochenash | on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com |
| Jared W Kochenash | on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com |
| Jason Custer Powell | on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jeffrey Garfinkle | on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey M. Carbino | on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |

Case 23-10253-KBO    Doc 813    Filed 05/19/24    Page 5 of 7

| District/off: 0311-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: van441 | Total Noticed: 2 |

Jeffrey M. Carbino
    on behalf of Creditor DiFazio Power & Electric  LLC jcarbino@leechtishman.com,
    jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com
    jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

John T. Carroll, III
    on behalf of Trustee George L. Miller jcarroll@cozen.com
    jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Jordana Linder Renert
    on behalf of Interested Party PAI Holdings  LLC jrenert@lowenstein.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com  bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com  bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com  bankfilings@ycst.com

Karen C. Bifferato
    on behalf of Creditor Stira Pharmaceuticals  LLC kbifferato@connollygallagher.com

Karen M. Grivner
    on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Kate R. Buck
    on behalf of Creditor HYG Financial Service  Inc. kbuck@mccarter.com

Kenneth S. Leonetti
    on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com
    bctnotices@foleyhoag.com

Kimberly A. Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov,
    sherri.simpson@oag.texas.gov

Kristin Radwanick
    on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov

L. Katherine Good
    on behalf of Interested Party Capstone Parent  LLC kgood@potteranderson.com,
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laura Davis Jones
    on behalf of Interested Party Term Lender Group ljones@pszjlaw.com  efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Other Prof. Credit Suisse Asset Management  LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura L. McCloud
    on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Margaret Fleming England
    on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com

Maria Kotsiras
    on behalf of Interested Party Capstone Parent  LLC mkotsiras@potteranderson.com,
    kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Maribeth Thomas
    on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com

Mark L. Desgrosseilliers
    on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark T Hurford
    on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com

Mark T Hurford
    on behalf of Creditor Managed Health Care Associates  Inc. mark@saccullolegal.com

Martin A. Mooney
    on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

Matthew Williams
    on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com
    mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com

Case 23-10253-KBO    Doc 813    Filed 05/19/24    Page 6 of 7

| District/off: 0311-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 17, 2024 | Form ID: van441 | Total Noticed: 2 |

| | |
|---|---|
| Matthew B. Goeller | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew B. Goeller | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Michael Morris | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us  radkeke@doj.state.wi.us |
| Michael David DeBaecke | on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | on behalf of Creditor Leadiant Biosciences  Inc. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | on behalf of Creditor Cedar Brook 5 Corporate Center  L.P. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michelle G. Novick | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |
| Morton R. Branzburg | on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com |
| Natasha M. Songonuga | on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com  ERosen@VTrusteellc.com |
| Nicolas Jenner | on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Paige Noelle Topper | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant Cardinal Health  Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Medical-Surgical  Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com  cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Corporation paige.topper@saul.com  cassandra.joyner@saul.com |
| Patrick A. Jackson | on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com |
| Peter J Keane | on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com |
| Rafael Xavier Zahralddin-Aravena | on behalf of Creditor Galenicum Health  S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com. |
| Ricardo Palacio, Esq | |

District/off: 0311-1                            User: admin                                         Page 6 of 6
Date Rcvd: May 17, 2024                         Form ID: van441                                     Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Roberto Jose Ristorucci | |
| | on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com |
| Samuel Robert Grego | |
| | on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com |
| Scott Alan Zuber | |
| | on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com |
| Scott J Greenberg | |
| | on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com |
| Seth A. Niederman | |
| | on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com;ragresta@foxrothschild.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon E. Fraser | |
| | on behalf of Trustee George L. Miller sfraser@cozen.com sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com |
| Sophie Rogers Churchill | |
| | on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Steven L. Caponi | |
| | on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com |
| Tamara K. Mann | |
| | on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Terri Jane Freedman | |
| | on behalf of Creditor Cardinal Health tfreemen@csglaw.com |
| Thomas T Janover | |
| | on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com |
| Tori Lynn Remington | |
| | on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| Turner Falk | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F. Taylor, Jr | |
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William J. Burnett | |
| | on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| Zachary I Shapiro | |
| | on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

TOTAL: 124