# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED that the following omnibus hearing date is scheduled in the above-captioned cases before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801.

| DATE | TIME |
|---|---|
| | |
| July 3, 2024 | 10:30 a.m. (ET) |

**Dated: May 20th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\70673458\1 6010823/00574256