

RECEIVED
2024 MAY 28  AM 10: 46
CLERK
U.S. BANKRUPTCY COURT

**REGISTERED**
United States Bankruptcy Court for
The District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
USA

**Christian Roos**
Rechtsanwalt

Eingetragen im Anwaltsregister
des Kantons Zürich

+41 44 217 92 00
christian.roos@pestalozzilaw.com

Zurich, May 15, 2024
123349198_1.docx

### Chapter 7, Case No. 23-10253 (KBO)
### Address update for Pestalozzi Attorneys at Law Ltd (Counsel to Akorn AG)

Dear Sir/Madam

We refer to the above-captioned ongoing case and hereby inform you that Pestalozzi has a new address since July 1, 2023. We therefore kindly ask you to use only the following delivery address from now on:

> Christian Roos
> Pestalozzi
> Feldeggstrasse 4
> 8008 Zurich
> Switzerland

If you have any questions, please do not hesitate to contact us.

Yours sincerely,

*J. Fitzner*

Jacqueline Fitzner

Assistant

Enclosure    Copy of Notice filed 04/15/24 (pages 1 and 2)

Pestalozzi Rechtsanwälte AG
Feldeggstrasse 4
CH-8008 Zürich

Pestalozzi Avocats SA
Cours de Rive 13
CH-1204 Genève

pestalozzilaw.com






quadient
FIRST-CLASS
INTL - IMI
$006.7
04/17/2024
043M312393

eParcels
P.O. Box 646
New Castle, DE 19720

Christian Roos
Pestalozzi
Loewenstrasse 1
8001 Zurich
*Counsel to Akorn AG*

Bitte richtige Adresse dem Absender melden