IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. _____ |

**ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING DISTRIBUTION OF FUNDS TO HOLDERS OF ADMINISTRATIVE CLAIMS AND GRANTING RELATED RELIEF**

This matter coming before the Court on the *Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Distribution of Funds to Holders of Administrative Claims and Granting Related Relief* (the "Motion")[2]; adequate and sufficient notice of the Motion to the Notice Parties having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as provided herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

2

2. Except as otherwise provided in this Order, the claims listed on Exhibit A to this Order are allowed as administrative claims under section 503(b)(1) of the Bankruptcy Code, to the extent not previously so ordered by the Court, and the associated main case docket entries resolved without the need for further order of the Court.

3. Pursuant to section 105(a) of the Bankruptcy Code, the Trustee is authorized to pay the administrative claims listed on Exhibit A to this Order.

4. With regard to those claims on Exhibit A to this Order assigned both a claim number (from the claims docket) and a motion docket number (D.I.) (from the main case docket), the Trustee is authorized to make a single payment because the claim represents the same liability; the Trustee is not authorized to pay the same liability twice.

5. All claims on Exhibit A to this Order, to the extent not paid in full, shall be reduced by the amount paid by the Trustee.

6. The Court retains jurisdiction to interpret and enforce the Order.