# EXHIBIT "A"

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253 (KBO)**
**Exhibit A - Proposed Interim Distribution Administrative Claims**

| Claimant | Debtor Entity | Claim No./Docket Entry No. | Allowed Administrative Claim Amount | Allowed Code Section |
|---|---|---|---|---|
| Ashland Specialty Ingredients G.P.<br>c/o Michael D. DeBaecke<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | Akorn Operating Company LLC | 422.1/D.I. 570 | $ 39,238.21 | §503(b)(9) |
| Beckman Coulter, Inc.<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Akorn Holding Company LLC | 373.1 | $ 2,007.54 | §503(b)(9) |
| Berlin Packaging, LLC<br>c/o Jeff Perlstein<br>525 W. Monroe St., 14th Floor<br>Chicago, IL 60661 | Akorn Operating Company LLC | 25.1 | $ 178,393.84 | §503(b)(9) |
| Cintas Corporation<br>c/o Ann Dean, Litigation Paralegal<br>6800 Cintas Blvd.<br>Mason, OH 45040 | Akorn Operating Company LLC | 115.1 | $ 168.48 | §507(a)(2) |
| CRG Financial LLC (as Assignee of Empire Freight Logistics)<br>84 Herbert Avenue, Building B - Suite 202<br>Closter, NJ 07624 | Akorn Operating Company LLC | 414.1 | $ 27,116.20 | §503(b)(9) |
| CRG Financial LLC (as Assignee of Kirby Risk Corporation)<br>84 Herbert Avenue, Building B - Suite 202<br>Closter, NJ 07624 | Akorn Operating Company LLC | 413.1 | $ 15,589.23 | §503(b)(9) |
| Direct Energy Business Marketing LLC<br>Accounts Receivable - 1st Floor<br>804 Carnegie Center<br>Princeton, NJ 08540 | Akorn Operating Company LLC | 37.1 | $ 16,431.57 | §503(b)(9) |
| Lediant Biosciences, Inc.<br>c/o Michael Busenkell<br>1201 N. Orange St., Ste. 300<br>Wilmington, DE 19801 | Akorn Operating Company LLC | 350.1/D.I. 599 | $ 217,828.74 | §503(b)(9) |
| M. Jacob & Sons d/b/a MJS Packaging<br>c/o Matthew G. Summers & Margaret A. Vesper<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034 | Akorn Operating Company LLC | 185.1/D.I. 527 | $ 288,200.73 | §503(b)(9) |
| McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680–7690 | Akorn Operating Company LLC | 56.1 | $ 15,392.36 | §503(b)(9) |
| Package Development Company, Inc.<br>c/o Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue, Suite 1220<br>Wilmington, DE 19801 | Akorn Operating Company LLC | 284.1/D.I. 418 | $ 73,059.66 | §503(b)(9) |
| SGS North America, Inc.<br>c/o Brett S. Theisen, Esquire<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>45th Floor, Suite 4515<br>New York, NY 10119 | Akorn Operating Company LLC | D.I. 614 | $ 3,540.00 | §503(b) |
| Thermo Fischer Scientific, Inc.<br>c/o Adam Hiller<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, DE 19801 | Akorn Operating Company LLC | D.I. 776 | $ 108,401.89 | §503(b)(9) |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | Akorn Holding Company LLC | 59.1 | $ 6,346.56 | §503(b)(9) |
| **Total** | | | **$ 991,715.01** | |