UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                    Chapter _____

                      Case No. ____-_____ (_____)

Debtor: _____

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____ to represent _____ in this action. and adversary proceeding C.A. No. 24-50042 (KBO).

           _____

           Firm Name:

           Address:

           Phone:

           Email:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

           _____

           Firm Name:

           Address:

           Phone:

           Email:

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*[Signature: Ka B. O____]*

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: June 3rd, 2024**
**Wilmington, Delaware**