# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 5, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted entirely remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[2]

1. Pre-Trial Scheduling Conference in Adversary Proceeding
   In re: George L. Miller, Trustee v. Cardinal Health, Inc.; Adv. No. 24-50041 (KBO)

   Related Documents:
   (a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/15/2024; Adv. Doc. No. 1]

   (b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/15/2024; Adv. Doc. No. 2]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|  |  |  |
|---|---|---|
| | (c) | [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/18/2024; Adv. Doc. No. 11] |
| | (d) | Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed 4/17/2024: Adv. Doc. No. 8] |
| | (e) | Order Extending the Time for Defendant to Answer, Move or Otherwise Respond to the Complaint [Filed 5/2/2024; Adv. Doc. No. 13] |

<u>Objection Deadline:</u>   May 17, 2024
Extension granted to June 17, 2024

<u>Responses Received:</u>   None to date

<u>Status:</u>   This matter is going forward. The parties are in agreement on the form of scheduling order and intend to submit a consensual form of scheduling order prior to the hearing.

2. Pre-Trial Scheduling Conference in Adversary Proceeding
   In re: George L. Miller, Trustee v. McKesson Corporation *et al;* Adv. No. 24-50042

   <u>Related Documents:</u>
   (a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/15/2024; Adv. Doc. No. 1]

   (b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/15/2024; Adv. Doc. No. 2]

   (c) [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/18/2024; Adv. Doc. No. 11]

|  |  |  |
|---|---|---|
|  | (d) | Summons and Notice of Pretrial Conference in an Adversary Proceeding<br>[Filed 4/17/2024: Adv. Doc. No. 8] |
|  | (e) | Stipulation to Extend Time for Responsive Pleading<br>[Filed 5/22/2024; Adv. Doc. No. 17] |

<u>Objection Deadline:</u>    May 17, 2024
Extension granted to June 3, 2024

<u>Responses Received:</u>    None to date

Status:    This matter is going forward.  The parties are in discussions regarding the form of scheduling order and intend to submit competing forms of order prior to the hearing.

3.  Pre-Trial Scheduling Conference in Adversary Proceeding
    In re: George L. Miller, Trustee v. Cencora, Inc. *et al*; Adv. No. 24-50043

<u>Related Documents</u>:

(a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/15/2024; Adv. Doc. No. 1]

(b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/15/2024; Adv. Doc. No. 2]

(c) [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/18/2024; Adv. Doc. No. 11]

(d) Summons and Notice of Pretrial Conference in an Adversary Proceeding
[Filed 4/17/2024: Adv. Doc. No. 8]

(e) Order Extending the Time for Defendant to Answer, Move or Otherwise Respond to the Complaint
[Filed 5/3/2024; Adv. Doc. No. 13]

| | |
|---|---|
| <u>Objection Deadline:</u> | May 17, 2024<br>Extension granted to June 17, 2024 |
| <u>Responses Received:</u> | None to date |
| <u>Status:</u> | This matter is going forward. The parties remain in discussion regarding the form of scheduling order and intend to submit a consensual form of scheduling order prior to the hearing. |

Dated:  June 3, 2024
        Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
     John T. Carroll, III (DE Bar No. 4060)
     Simon E. Fraser (DE Bar No. 5335)
     1201 N. Market Street, Suite 1001
     Wilmington, DE  19801
     (302) 295-2000 Phone
     p(302) 295-2013 Fax No.
     jcarroll@cozen.com
     sfraser@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

SAUL EWING LLP
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800 Phone
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted *pro hac vice*)
161 North Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7899 Phone
michelle.novick@saul.com

and

4

Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8415 Phone
turner.falk@saul.com

*Special Counsel to George L. Miller,
Chapter 7 Trustee/Plaintiff*