IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AKORN HOLDING COMPANY LLC, *at al.*[1] | ) ) ) | Case No. 23-10253 (KBO) |
| Debtors. | ) ) | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF MOTIONS TO APPEAR PRO HAC VICE [DOCKET NOS. 818 AND 819]

PLEASE TAKE NOTICE that the undersigned counsel for McKesson Corporation and its affiliates, hereby withdraws its Motions and Order for Pro Hac Vice Admission of Steven H. Winick, Esquire, and Jeffrey K. Garfinkle, Esquire, filed at Docket Nos. 818 and 819 respectively.

Date: June 4, 2024

THE POWELL FIRM, LLC

/s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE   19899
(302) 650-1572
jpowell@delawarefirm.com

*Counsel for McKesson Corporation and its affiliates*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

1