# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JUNE 5, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

> This proceeding will be conducted entirely remotely via Zoom.   Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[3]

1. Pre-Trial Scheduling Conference in Adversary Proceeding
   In re: George L. Miller, Trustee v. Cardinal Health, Inc.; Adv. No. 24-50041 (KBO)

   Related Documents:
   
   (a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
   [Filed 4/15/2024; Adv. Doc. No. 1]

   (b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
   [Filed 4/15/2024; Adv. Doc. No. 2]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended agenda items appear in **bold** text.

[3] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|     |     |
| --- | --- |
| (c) | [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims [Filed 4/18/2024; Adv. Doc. No. 11] |
| (d) | Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed 4/17/2024: Adv. Doc. No. 8] |
| (e) | Order Extending the Time for Defendant to Answer, Move or Otherwise Respond to the Complaint [Filed 5/2/2024; Adv. Doc. No. 13] |
| **(f)** | **Certification of Counsel Regarding Proposed Scheduling Order** **[Filed 6/3/2024; Adv. Doc. No. 18]** |
| **(g)** | **Entered Scheduling Order** **[Filed 6/4/2024; Adv. Doc. No. 19]** |

Objection Deadline:   May 17, 2024
                      Extension granted to June 17, 2024

Responses Received:   None to date

**Status:**            **This matter is concluded. Scheduling Order has been entered by the Court.   The Pre-Trial Scheduling Conference is not needed unless required by the Court.**

2.    Pre-Trial Scheduling Conference in Adversary Proceeding
In re: George L. Miller, Trustee v. McKesson Corporation *et al;* Adv. No. 24-50042

    <u>Related Documents</u>:

(a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/15/2024; Adv. Doc. No. 1]

(b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/15/2024; Adv. Doc. No. 2]

(c) [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
[Filed 4/18/2024; Adv. Doc. No. 11]

(d) Summons and Notice of Pretrial Conference in an Adversary Proceeding
[Filed 4/17/2024: Adv. Doc. No. 8]

(e) Stipulation to Extend Time for Responsive Pleading
[Filed 5/22/2024; Adv. Doc. No. 17]

**(f) Certification of Counsel Regarding Proposed Scheduling Order submitted by the Plaintiff, George L. Miller, Chapter 7 Trustee**
**[Filed 6/3/2024; Adv. Doc. No. 21]**

**(g) Certification of Counsel Regarding Proposed Scheduling Order submitted by the Defendants, McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.**
**[Filed 6/4/2024; Adv. Doc. No. 23]**

|  |  |
|---|---|
| <u>Objection Deadline</u>: | May 17, 2024<br>Extension granted to June 3, 2024 |
| <u>Responses Received</u>: | None to date |
| <u>Status</u>: | **This matter is going forward.  The Plaintiff and the Defendants have submitted competing versions of a proposed Scheduling Order under Certification of Counsel.** |

3. Pre-Trial Scheduling Conference in Adversary Proceeding
   In re: George L. Miller, Trustee v. Cencora, Inc. *et al*; Adv. No. 24-50043

   <u>Related Documents</u>:
   
   (a) Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
   [Filed 4/15/2024; Adv. Doc. No. 1]

   (b) [SEALED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
   [Filed 4/15/2024; Adv. Doc. No. 2]

   (c) [REDACTED] Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (In the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims
   [Filed 4/18/2024; Adv. Doc. No. 11]

   (d) Summons and Notice of Pretrial Conference in an Adversary Proceeding
   [Filed 4/17/2024: Adv. Doc. No. 8]

   (e) Order Extending the Time for Defendant to Answer, Move or Otherwise Respond to the Complaint
   [Filed 5/3/2024; Adv. Doc. No. 13]

   (f) **Certification of Counsel Regarding Proposed Scheduling Order**
   **[Filed 6/3/2024; Adv. Doc. No. 18]**

   (g) **Entered Scheduling Order**
   **[Filed 6/4/2024; Adv. Doc. No. 19]**

LEGAL\70945906\2 6010823/00574256
06/04/2024

| | |
|---|---|
| <u>Objection Deadline:</u> | May 17, 2024<br>Extension granted to June 17, 2024 |
| <u>Responses Received:</u> | None to date |
| <u>**Status:**</u> | **This matter is concluded.  Scheduling Order has been entered by the Court.  The Pre-Trial Scheduling Conference is not needed unless required by the Court.** |

Dated:  June 4, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
     John T. Carroll, III (DE Bar No. 4060)
     Simon E. Fraser (DE Bar No. 5335)
     1201 N. Market Street, Suite 1001
     Wilmington, DE  19801
     (302) 295-2000 Phone
     p(302) 295-2013 Fax No.
     jcarroll@cozen.com
     sfraser@cozen.com

     *Counsel to George L. Miller,*
     *Chapter 7 Trustee*

     SAUL EWING LLP
     Evan T. Miller (DE Bar No. 5364)
     Paige N. Topper (DE Bar No. 6470)
     1201 N. Market Street, Suite 2300
     Wilmington, DE 19801
     (302) 421-6800 Phone
     evan.miller@saul.com
     paige.topper@saul.com

     and

     Michelle G. Novick (admitted *pro hac vice*)
     161 North Clark Street, Suite 4200
     Chicago, IL 60601
     (312) 876-7899 Phone
     michelle.novick@saul.com

     and

Turner N. Falk (admitted *pro hac vice*)
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-8415 Phone
turner.falk@saul.com

*Special Counsel to George L. Miller,
Chapter 7 Trustee/Plaintiff*