**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING**
**AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR**
**JUNE 5, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on June 4, 2024 the *Amended Notice of Agenda of Matters Scheduled for Hearing on June 5, 2024 at 9:30 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify a copy of the Notice was served via email on the parties identified on the service list attached hereto as Exhibit "A".

Dated: June 4, 2024
Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

# EXHIBIT "A"

# SERVICE LIST

| **Counsel to Cardinal Health Inc. et al** <br> **Adv. No. 24-50041 (KBO)** | |
|---|---|
| Terri J. Freedman, Esq. <br> Scott A. Zuber, Esq. <br> Chiesa Shahinian & Giantomasi PC <br> 105 Eisenhower Parkway <br> Roseland, NJ 07068 | tfreedman@csglaw.com; <br> szuber@csglaw.com; |

| **Counsel to McKesson Corporation and its affiliates** <br> **Adv. No. 24-50042 (KBO)** | |
|---|---|
| Jason C. Powell, Esq. <br> The Powell Firm, LLC <br> 1813 N. Franklin Street <br> Wilmington, DE 19899 | jpowell@delawarefirm.com; |
| Steven H. Winick, Esq. <br> Buchalter <br> 425 Market Street <br> San Francisco, CA 94105 | swinick@buchalter.com; |
| Jeffrey K. Garfinkle, Esq. <br> Buchalter <br> 18400 Von Karman Avenue <br> Suite 800 <br> Irvine, CA 92612 | jgarfinkle@buchalter.com; |

| **Counsel to Cencora, Inc.** <br> **Adv. No. 24-50043 (KBO)** | |
|---|---|
| Klehr Harrison Harvey Branzburg LLP <br> Morton R. Branzburg, Esq. <br> Michael W. Yurkewicz, Esq. <br> 919 N. Market Street <br> Suite 1000 <br> Wilmington, DE 19801 | mbranzburg@klehr.com; <br> myurkewicz@klehr.com; |