**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** <br> **July 18, 2024 at 2:00 p.m. (ET)** |
| | **Objection Deadline:** <br> **July 8, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING THE CONVERSION OF
THESE CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

**PLEASE TAKE NOTICE** that on June 21, 2024, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 8, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by proposed counsel for the Debtors, Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036 (Attention: Andrew K. Glenn, Esq., Shai Schmidt, Esq., Richard C. Ramirez, Esq., and Malak S. Doss, Esq.) and Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market St., 16th Floor, P.O. Box 1347, Wilmington, Delaware 19801 (Attention: Robert J. Dehney, Esq. and Daniel Butz, Esq.).

**PLEASE TAKE FURTHER NOTICE** that a hearing, to the extent necessary, on the Motion will take place on **July 18, 2024, at 2:00 p.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at 824 Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 21, 2024
      Wilmington, Delaware

                            */s/ Robert J. Dehney*
                            **MORRIS, NICHOLS, ARSHT & TUNNEL LLP**
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
       dbutz@morrisnichols.com

- and -

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (*pro hac vice* admission pending)
Shai Schmidt (*pro hac vice* admission pending)
Richard C. Ramirez (*pro hac vice* admission pending)
Malak S. Doss (*pro hac vice* admission pending)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
       stecklin@glennagre.com
       sschmidt@glennagre.com
       rramirez@glennagre.com
       mdoss@glennagre.com

*Proposed Counsel to the Debtors*