**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING AND APPROVING THE CONVERSION
OF THESE CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (the "Order") authorizing and approving the conversion of these Chapter 7 Cases to Cases Under Chapter 11; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having conducted a hearing on the Motion at which time all parties in interest were given an opportunity to be heard; and any objections filed in connection with the Motion having been resolved, withdrawn or overruled; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion after having

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. These Chapter 7 Cases are hereby converted to cases under Chapter 11 of the Bankruptcy Code.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.