## Exhibit B

**Written Consent**

**ACTION BY WRITTEN CONSENT OF THE BOARD OF DIRECTORS AND MEMBERS OF AKORN HOLDING COMPANY LLC IN LIEU OF MEETING**

June 17, 2024

The undersigned, being the Members holding a majority interest of the outstanding Common Units of Akorn Holding Company LLC, a Delaware limited liability company (the "Company"),  under that certain Amended and Restated Limited Liability Company Agreement of the Company, dated as of October 1, 2020 (the "LLC Agreement"), in lieu of a meeting, hereby consent to, authorize and adopt the following resolutions with the same force and effect as if the undersigned were personally present at a meeting of the Members and had voted for the same.  Capitalized terms used, but not defined herein, shall have their respective meanings as set forth in the LLC Agreement:

**WHEREAS**, the Board of Directors of the Company took action on behalf of the Company and certain of its subsidiaries (the "Subsidiaries") to file a voluntary petition (a "Chapter 7 Petition") by the Company and such Subsidiaries with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Members do not agree that the Chapter 7 Petition is in the best interests of the Company, its Members, or the Subsidiaries and other interested parties.

**NOW, THEREFORE IT IS**

**RESOLVED,** the undersigned Members hereby appoint Lloyd Sprung to serve as the sole director (the "Director") of the Board of the Company for the limited and exclusive purpose of authorizing and approving the filing of a motion pursuant to section 706(a) of title 11 of the Bankruptcy Code to convert the Company's (and the Subsidiaries') Chapter 7 cases to cases under Chapter 11 of the Bankruptcy Code (the "Conversion Motion"), and the Director and the undersigned Members hereby authorize counsel to file the Conversion Motion;

**RESOLVED**, that Glenn Agre Bergman & Fuentes LLP and Morris, Nichols, Arsht & Tunnel LLP are hereby retained to take all actions necessary and appropriate to prosecute the Conversion Motion and, if successful, to prosecute the Chapter 11 cases of the Company and its Subsidiaries;

**RESOLVED**, that facsimile, photostatic copies of, or other electronic generated signatures to this Written Consent shall be deemed to be originals and may be relied on to the same extent as the originals; and it is further

**RESOLVED**, this Written Consent may be executed in multiple counterparts, all of which, taken together, shall constitute one and the same document, and shall be effective as of the date first written above when signed by the Members and Director.

MEMBERS:

Ancora Impact Fund SPC Ltd Segregated Portfolio F

Ancora Merlin Institutional, LP

Ancora Merlin, LP

Ancora Catalyst, LP

Ancora Catalyst Institutional, LP

By:

Name: Lauren Turkisher
Title: COO, Ancora Alternatives, General Partner of the Members

COMMON UNITS OWNED: 2,257,634

MEMBER:

CANYON CAPITAL ADVISORS LLC,
on behalf of its Affiliates who are Members

By: _____
Name: Jonathan M. Kaplan
Title: Authorized Signatory

COMMON UNITS OWNED: 4,593,620

MEMBER: Harbert Stoneview Master Fund, Ltd.

By:

Name: Kevin McGovern
Title: Vice President and Associate General Counsel of its Investment Manager

COMMON UNITS OWNED: 419,372

MEMBER: Harbert Stoneview Opportunity Fund I, LP

By: _____

Name: Kevin McGovern
Title: Vice President and Associate General Counsel of its General Partner

COMMON UNITS OWNED: 97,955

MEMBER: The Marylebone Lane Master Fund

By: _____

Name: JASON SHERWILL

Title: Director


COMMON UNITS OWNED: 667,700

MEMBER:

Nut Tree Drawdown Master Fund, LP

By: Nut Tree Capital Management, LP, as Investment Manager

By:

Name:  Jed Nussbaum

Title:  Authorized Signatory

COMMON UNITS OWNED:

1,000,000.00

MEMBER:

Nut Tree Master Fund, LP

By: its investment advisor, Nut Tree Capital Management, LP

By: _____

Name:   Jed Nussbaum

Title:   Authorized Signatory

COMMON UNITS OWNED: 4,000,000.00

MEMBERS:

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

and

**STONEHILL MASTER FUND LTD.**

By Stonehill Capital Management LLC, as investment advisor

By: _J. Sacks_____
Name:  Jonathan Sacks
Title:    Partner

COMMON UNITS OWNED:    **2,483,373**  in aggregate

MEMBER:

Two Seas Global (Master) Fund LP

By: _____

Name: Sina Toussi

Title: Managing member of Two Seas
Global Fund GP LLC, its general partner

COMMON UNITS OWNED:

3,919,260

MEMBER:

**BENTHAM SYNDICATED LOAN FUND**
By: UBS Asset Management (Americas) LLC as agent (sub-advisor) for Challenger Investment Services Limited, the Responsible Entity for Bentham Syndicated Loan Fund

By: _____
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 337,233

MEMBER:

**DOLLAR SENIOR LOAN FUND, LTD.**
By: UBS Asset Management (Americas) LLC as Investment Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 150,611

MEMBER:

**Credit Suisse Asset Management Income Fund, Inc.**
By: UBS Asset Management (Americas) LLC, as portfolio manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 45,583

MEMBER:

**Credit Suisse Floating Rate High Income Fund**
By: UBS Asset Management (Americas) LLC, as Investment Advisor

By: _____

Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 156,133

MEMBER:

**CREDIT SUISSE HIGH YIELD BOND FUND**
By: UBS Asset Management (Americas) LLC as Investment Advisor

By: _____
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 68,836

MEMBER:

**AustralianSuper**
By: UBS Asset Management (Americas) LLC, as sub-advisor to Bentham Asset Management Pty Ltd.
in its capacity as agent of and investment manager for AustralianSuper Pty Ltd.
in its capacity as trustee of AustralianSuper

By:
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 224,339

MEMBER:

**MADISON PARK FUNDING XLIII, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 147,829

MEMBER:

**TELSTRA SUPERANNUATION SCHEME**
By: UBS Management (Americas) LLC as sub advisor to Bentham Asset Management Pty Ltd.
in its capacity as agent of and investment manager for Telstra Super Pty Ltd.
in its capacity as trustee of Telstra Superannuation Scheme


By: _____
Name: David Mechlin
Title: Authorized Signatory



COMMON UNITS OWNED: 8,308

MEMBER:

**Dollar Senior Loan Master Fund II, Ltd.**
By: UBS Asset Management (Americas) LLC as Investment Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 46,977

MEMBER:

**Bentham Strategic Loan Fund**
By: UBS Asset Management (Americas) LLC as Sub Advisor for
Bentham Asset Management Pty Ltd., the agent and investment manager to
Fidante Partners Limited, the trustee for Bentham Strategic Loan Fund


By: _____
Name: David Mechlin
Title: Authorized Signatory



COMMON UNITS OWNED: 107,102

MEMBER:

**ONE ELEVEN FUNDING III, LTD**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By:
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 89,306

MEMBER:

**STATE OF WYOMING**
By: UBS Asset Management (Americas) LLC as Investment Manager

By: _[signature]_
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 74,585

MEMBER:

**MADISON PARK FUNDING XI, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 60,386

MEMBER:

**MADISON PARK FUNDING XIV, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 408,036

MEMBER:

**Copperhill Loan Fund I, LLC**
By: UBS Asset Management (Americas) LLC as Investment Manager

By: _(signature)_
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 46,594

MEMBER:

**MADISON PARK FUNDING XVII, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 88,582

MEMBER:

**MADISON PARK FUNDING XLI, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By:

Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 76,827

MEMBER:

**MADISON PARK FUNDING XIX, LTD.**
By: UBS Asset Management (Americas) LLC as Collateral Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 34,848

MEMBER:

**California State Teachers' Retirement System**
By: UBS Asset Management (Americas) LLC as Investment Manager

By: _____

Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 59,811

MEMBER:

**Credit Suisse Strategic Income Fund**
By: UBS Asset Management (Americas) LLC as Investment Advisor

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 37,299

MEMBER:

**MADISON PARK FUNDING XL, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____

Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 105,753

MEMBER:

**MADISON PARK FUNDING XII, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory

COMMON UNITS OWNED: 285,816

MEMBER:

**MADISON PARK FUNDING XIII, LTD.**
By: UBS Asset Management (Americas) LLC as Portfolio Manager

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 231,285

MEMBER:

**CREDIT SUISSE NOVA (LUX)**
By: UBS Asset Management (Americas) LLC or UBS Asset Management (UK) Limited,
each as Co-Investment Adviser to Credit Suisse Fund Management S.A., management company

By: _____
Name: David Mechlin
Title: Authorized Signatory


COMMON UNITS OWNED: 486,072

MEMBER:

Whitefort Capital Master Fund, LP by

it's investment adviser, Whitefort Capital Management, LP

By:_____
Name: Joseph Kaplan
Title: Co-Managing Partner

COMMON UNITS OWNED: 316,696

DIRECTOR:

_____
Name:  Lloyd Sprung