# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered Requested) |

## CERTIFICATE OF SERVICE

On June 21, 2024, I, Alberto Romero Calderon, caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on four thousand, one hundred and seventeen (4,150) confidential parties not included herein:

- **Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11** (Attached Hereto as Exhibit B)

Dated: June 25, 2024

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 25th day of June 2024 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in the Preliminary Statement shall have the meanings ascribed to them below.