# **<u>Exhibit B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AKORN HOLDING COMPANY LLC, et al. – Chapter 7 - Case No. 23-10253 (KBO)**

**PLEASE TAKE NOTICE** that the Debtors filed a Motion for Entry of an Order Authorizing and Approving the Conversion of these Chapter 7 Cases to Cases Under Chapter 11 (the "Motion) [D.I. 832].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **July 18, 2024 at 2:00 p.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801. **Any responses or objections to the Motion must be filed by July 8, 2024 at 4:00 p.m. (ET).**

A copy of the Motion may also be requested by emailing MotionRequest@morrisnichols.com.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNEL LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
| Attn: Daniel Butz and Clint Carlisle | Attn: Andrew Glenn |
| 1201 North Market Street, 16th Floor | 1185 Avenue of the Americas, 22nd Floor |
| P.O. Box 1347 | New York, New York 10036 |
| Wilmington, Delaware 19899-1347 | Telephone: (212) 970-1600 |
| Telephone: (302) 658-9200 | |

**Akorn Holding Company LLC, et al.**
**C/O Stretto**
**410 Exchange, Ste 100**
**Irvine, CA 92602**

See other side for an important notice regarding the Chapter 7 case of Akorn Holding Company LLC, et al.