United States Bankruptcy Court
District of Delaware

In re: Akorn Operating Company LLC     Chapter 7

Debtor.     Case No. 23-10255 (KBO)

**NOTICE OF INTENT TO SELL, TRADE, OR
OTHERWISE TRANSFER AN EQUITY INTEREST**

**PLEASE TAKE NOTICE THAT** the undersigned Transferor (as defined herein) hereby provides notice of its intention to sell, and sale of, the following Equity Interest in the above-captioned Debtor to the Transferee (as defined herein).

| | |
|---|---|
| Name of Original Equity Holder: | Lumyna Specialists Funds – Event Alternative Fund ("Transferor") |
| Name of New Equity Holder: | J.P. Morgan Securities LLC  ("Transferee") |
| Nature and Amount of Equity Interest: | 148,914 Common Units  ("Equity Interest") |

| Name, Address, Phone and Email Address where notices and payments to transferee should be sent:<br><br>J.P. Morgan Securities LLC<br>500 Stanton Christiana Road<br>DE3-4128<br>Newark, DE 19713<br>Attn: Nick Rapak<br>Phone: 302-634-4961<br>Email: Nicholas.t.rapak@jpmchase.com | Name, Address, Phone and Email Address where notices to transferor should be sent:<br><br>Lumyna Specialists Funds – Event Alternative Fund<br>c/o P. Schoenfeld Asset Management LP<br>1350 Ave of the Americas<br>New York, NY 10019<br>Attn: John Vassallo<br>Phone: 212-649-9512<br>Email: jvassallo@psam.com |

**PLEASE TAKE FURTHER NOTICE THAT** the undersigned, under penalty of perjury, hereby declares that the information provided in this notice is true and correct to the best of its knowledge, information and belief.

Date: June 25, 2024

Lumyna Specialists Funds – Event Alternative Fund, as Transferor

_/s/ John Vassallo_
By: John Vassallo
Title: Authorized Signature