**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| AKORN HOLDING COMPANY LLC, *et al.*, | ) Case No. 23-10253 (KBO) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

**ORDER APPROVING STIPULATION FURTHER EXTENDING DEADLINE TO DELIVER EARNOUT STATEMENT**

The Court having considered the *Stipulation Further Extending Deadline to Deliver Earnout Statement* (the "**Stipulation**")[2] attached hereto as **Exhibit 1**, entered into by the Thea Pharma Inc. and George L. Miller and Chapter 7 Trustee; the Court having determined that good and adequate cause exists to approve the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

IT IS HEREBY ORDERED that:

1.      The Stipulation is approved in its entirety and entered as an order of the Court.

2.      The Parties' respective rights, claims, causes of action, and defenses, at law and in equity, are expressly reserved in their entirety.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Dated: June 28th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**