# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Akorn Holding Company LLC

**EIN:** 85−2979190

**Chapter:** 7

**Case No.:** 23−10253−KBO

Claim No.* (if known): 85
Amount (if known): $363,120.72

### NOTICE OF TRANSFER OF CLAIM

To PROPHARMA GROUP LLC Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 6/27/2024, a Transfer of Claim was filed with this Court purporting to transfer to ARGO PARTNERS, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee

Argo Partners
12 W 37th St, Ste 900
New York, NY 10018

Dated: 6/29/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10253-KBO |
| Akorn Holding Company LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 27, 2024 | Form ID: trclaim | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 19149159 | + PROPHARMA GROUP LLC, 800 HILLGROVE AVE SUITE 201, Western Springs, IL 60558-1470 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 29, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Alexander R. Steiger | on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyssa M. Radovanovich | on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com |
| Alyssa M. Radovanovich | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com |

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy D. Brown
    on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner
    on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
    on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew R. Remming
    on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
    andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
    on behalf of Interested Party Term Lender Group agains@gibsondunn.com
    MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com  bewmanne@gmail.com

Brett Lawrence
    on behalf of Interested Party DW Healthcare Partners  Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
    on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
    on behalf of Creditor Package Development Company  Inc. casantaniello@pbnlaw.com,
    mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
    on behalf of Interested Party Capstone Parent  LLC
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
    on behalf of Interested Party Prestige Consumer Healthcare  Inc. cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Kuehne + Nagel  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
    on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
    on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
    on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
    on behalf of Interested Party Consortium mathews@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
    on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
    on behalf of Interested Party PAI Holdings  LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
    on behalf of Trustee George L. Miller evan.miller@saul.com  robyn.warren@saul.com

Evan T. Miller

| District/off: 0311-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: trclaim | Total Noticed: 1 |

on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr

    on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II

    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner

    on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com,
    sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller

    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio

    on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor

    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW
    Healthcare Affiliates V, LP gtaylor@ashbygeddes.com,
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen

    on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com
    msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh

    on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN

    on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle

    on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia

    on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan

    on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett

    on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com,
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

Jared W Kochenash

    on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell

    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell

    on behalf of Defendant McKesson Medical-Surgical Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell

    on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell

    on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com

District/off: 0311-1     User: admin     Page 4 of 7
Date Rcvd: Jun 27, 2024     Form ID: trclaim     Total Noticed: 1

Jeffrey Garfinkle
on behalf of Defendant McKesson Medical-Surgical Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey M. Carbino
on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
on behalf of Creditor DiFazio Power & Electric LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

John T. Carroll, III
on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Jordana Linder Renert
on behalf of Interested Party PAI Holdings LLC jrenert@lowenstein.com

Joseph M Mulvihill
on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Karen C. Bifferato
on behalf of Creditor Stira Pharmaceuticals LLC kbifferato@connollygallagher.com

Karen M. Grivner
on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com kwebster@clarkhill.com

Kate R. Buck
on behalf of Creditor HYG Financial Service Inc. kbuck@mccarter.com

Kenneth S. Leonetti
on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com

Kimberly A. Walsh
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kristin Radwanick
on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov

L. Katherine Good
on behalf of Interested Party Capstone Parent LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laura Davis Jones
on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura L. McCloud
on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Margaret Fleming England
on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com

Maria Kotsiras
on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Maribeth Thomas
    on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com

Mark L. Desgrosseilliers
    on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark T Hurford
    on behalf of Creditor Managed Health Care Associates  Inc. mark@saccullolegal.com

Mark T Hurford
    on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com

Martin A. Mooney
    on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

Matthew Williams
    on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com

Matthew B. Goeller
    on behalf of Interested Party Syneos Health matthew.goeller@klgates.com  alyssa.domorod@klgates.com

Matthew B. Goeller
    on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com  alyssa.domorod@klgates.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com  bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com  bankfilings@ycst.com

Michael Morris
    on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us  radkeke@doj.state.wi.us

Michael David DeBaecke
    on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
    on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Cedar Brook 5 Corporate Center  L.P. mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Leadiant Biosciences  Inc. mbusenkell@gsbblaw.com

Michael G. Menkowitz
    on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Michael W. Yurkewicz
    on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com

Michelle G. Novick
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com

Morton R. Branzburg
    on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Natasha M. Songonuga
    on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com  ERosen@VTrusteellc.com

District/off: 0311-1                  User: admin                  Page 6 of 7

Date Rcvd: Jun 27, 2024              Form ID: trclaim              Total Noticed: 1

Nicolas Jenner
on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper
on behalf of Defendant McKesson Medical-Surgical Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
on behalf of Defendant Cardinal Health Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
on behalf of Defendant McKesson Corporation paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com

Patrick A. Jackson
on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com

Peter J Keane
on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena
on behalf of Creditor Galenicum Health S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq
on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter
on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Dehney
on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Roberto Jose Ristorucci
on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com

Samuel Robert Grego
on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com

Scott Alan Zuber
on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com

Scott J Greenberg
on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com

Scott L. Fleischer
on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com

Scott L. Fleischer
on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com

Seth A. Niederman
on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com

Shawn M. Christianson
on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon E. Fraser
on behalf of Trustee George L. Miller sfraser@cozen.com sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Steven L. Caponi
on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com

Susan E. Kaufman
on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com

District/off: 0311-1     User: admin     Page 7 of 7
Date Rcvd: Jun 27, 2024     Form ID: trclaim     Total Noticed: 1

Tamara K. Mann
    on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Terri Jane Freedman
    on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Thomas T Janover
    on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com

Tori Lynn Remington
    on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William F. Taylor, Jr
    on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William J. Burnett
    on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Zachary I Shapiro
    on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 137