IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Re D.I. 832, ___ |

**ORDER DENYING DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE CONVERSION OF THESE CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

This matter coming before the Court on the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* [D.I. 832] (the "Conversion Motion"), and the *Chapter 7 Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (the "Objection"); the Court having reviewed and considered the Conversion Motion and the Trustee's Objection; and after hearing and due deliberation, and good and sufficient cause appearing,

IT IS HEREBY **ORDERED** that the Conversion Motion is **DENIED** in its entirety.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

71206797\5 6010823/00574256
07/09/2024