EXHIBIT "A"

DEBTORS' CORPORATE ORGANIZATION CHART

**Akorn Holding Company LLC**
FEIN: 85-2979190
Formation Date: 09/02/2020
Formation State: Delaware
CTB Date: 9/2/2020

100%

**Akorn Intermediate Company LLC**
FEIN: 85-2976123
Formation Date: 09/02/2020
Formation State: Delaware

100%

**Akorn Operating Company LLC**
FEIN: 85-2826184
Formation Date: 09/02/2020
Formation State: Delaware
DUNS: 11-769-3100
NAICS: 325412
SIC: 2834
ISIC: 2100
Start of Operations: 10/2/2020

100%

**Akorn Canada, Inc.**
*Canada Corp.*
Inc: 3/14/14 (BC)
BN: 813520236
FC: CAD
Company Code: n/a

100%

**Akorn International S.á.r.l.**
*Luxembourg LLC*
Inc: 11/15/13
Co#: 20142434270 / FEIN: 04-3209022
FC: EUR
Company Code: 012

100%

**Akorn AG**
*Switzerland Public LLC*
Acq: 1/2/15 (Switzerland)
Co#: CHE-110.060.866
FC: CHF
Company Code: 077
f/k/a Excelvision AG