EXHIBIT "B"

SUMMARY OF GLENN'S BANKRUPTCY ATTORNEYS' HOURLY RATES

**COMPENSATION DISCLOSURES**

The blended hourly rate for non-bankruptcy timekeepers (including both professionals and paraprofessionals) (collectively, the "Non-Bankruptcy Timekeepers")[1] who billed to any matters during the period from April 11, 2023 through April 10, 2024 (the "Compensation Period") was, in the aggregate, approximately $922.00 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

The blended hourly rate for all Glenn Agre timekeepers who billed time on behalf of the Equity Committee during the Compensation Period was approximately $1,000.00 (the "Blended Hourly Rate").[3]

A detailed comparison of these rates is as follows:

| TITLE | Non-Bankruptcy Blended Hourly Rate | Blended Hourly Rate in Fee Application |
|---|---:|---:|
| Partner[4] | $1,215.00 | $1,375.00 |
| Associate[5] | $727.00 | $761.00 |
| Paraprofessional[6] | $348.00 | $334.00 |
| **TOTAL**[7] | $922.00 | $1,000.00 |

---

[1] Non-Bankruptcy Timekeepers consists of Glenn Agre attorneys and paraprofessionals who are not part of the firm's Bankruptcy & Restructuring practice.

[2] Glenn Agre calculated the Non-Bankruptcy Blended Hourly Rate by dividing the approximate total dollar amount billed by all Non-Bankruptcy Timekeepers to any matters during the Compensation Period by the approximate total number of hours billed by such Non-Bankruptcy Timekeepers in all Glenn Agre offices during the Compensation Period. This rate has been rounded to the nearest whole dollar amount.

[3] Glenn Agre calculated the Blended Hourly Rate for attorneys and paraprofessionals who billed to the Equity Committee by dividing the total dollar amount billed by such timekeepers during the Compensation Period by the total number of hours billed by such timekeepers during the Compensation Period. This rate has been rounded to the nearest whole dollar amount.

[4] Includes Of Counsel.

[5] Includes Special Counsel.

[6] Includes Paralegals and a Litigation Manager.

[7] These rates have been rounded to the nearest whole dollar amount.

# EXHIBIT C

**Summary of Fees by Attorney and Paraprofessional**

**TOTAL FEES BY ATTORNEY AND PARAPROFESSIONAL**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Andrew K. Glenn | Partner/Bankruptcy. Founded firm as a partner in 2021. Member of the bar of the State of New York since 1996. | $1,350.00 | 15.5 | $20,925.00 |
| | | $1,475.00 | 377.0 | $556,075.00 |
| | | $1,700.00 | 21.1 | $35,870.00 |
| Lyn R. Agre | Partner/Litigation. Founded firm as a partner in 2021. Member of the bar of the State of California since 1995. | $1,325.00 | 1.5 | $1,987.50 |
| Kurt A. Mayr | Partner/Bankruptcy. Joined firm as a partner in 2022. Member of the bar of the State of New York since 2000. | $1,500.00 | 164.0 | $246,000.00 |
| | | $1,600.00 | 18.8 | $30,080.00 |
| Trevor J. Welch | Partner/Litigation. Founded firm as a partner in 2021. Member of the bar of the State of New York since 1999. | $1,425.00 | 1.5 | $2,137.50 |
| Shai Schmidt | Partner/Bankruptcy. Partner since 2021. Member of the bar of the State of New York since 2010. | $1,250.00 | 536.7 | $670,875.00 |
| | | $1,350.00 | 18.5 | $24,975.00 |
| Skye T. Gao | Partner/Litigation. Partner since 2023. Member of the bar of the State of New York since 2015. | $1,000.00 | 3.0 | $3,000.00 |
| Agustina G. Berro | Associate/Bankruptcy. Joined firm as an associate in 2022. Member of the bar of the State of New York since 2013. | $1,075.00 | 1.3 | $1,397.50 |
| Rich C. Ramirez | Associate/Bankruptcy. Joined firm as an associate in 2021. Member of the bar of the State of New York since 2018. | $850.00 | 584.5 | $496,825.00 |
| | | $1,000.00 | 139.2 | $139,200.00 |

| Nazmen Rahman | Associate/Bankruptcy. Joined firm as an associate in 2021. Member of the bar of the State of New York since 2021. | $725.00 | 207.3 | $150,292.50 |
|---|---|---|---|---|
| | | $825.00 | 1.6 | $1,320.00 |
| Malak S. Doss | Associate/Bankruptcy. Joined firm as an associate in 2023. Member of the bar of the State of New York since 2020. | $725.00 | 313.6 | $227,360.00 |
| | | $825.00 | 5.4 | $4,455.00 |
| Maggie J. Lovric | Associate/Bankruptcy. Joined firm as an associate in 2023. Member of the bar of the State of New York since 2022. | $600.00 | 395.0 | $237,000.00 |
| | | $725.00 | 114.3 | $82,867.50 |
| Eric J. Carlson | Associate/Litigation. Joined firm as an associate in 2022. Member of the bar of the State of New York since 2021. | $725.00 | 2.6 | $1,885.00 |
| Edward Lee | Litigation Manager | $375.00 | 9.1 | $3,412.50 |
| | | $400.00 | 1.4 | $560.00 |
| N. Sielo Arias | Paralegal | $250.00 | 5.1 | $1,275.00 |
| | | $300.00 | 0.9 | $270.00 |
| **TOTAL** | | | **2,938.9** | **$2,940,045.00** |