EXHIBIT "C"

SUMMARY OF COZEN'S BANKRUPTCY ATTORNEYS' HOURLY RATES

Others Similarly Situated v. Akorn Operating Company LLC Adversary No. 23-50117; and (ii)

Grand Jury Investigation against Akorn Operating Company LLC, United States District Court

Eastern District of Pennsylvania, Grand Jury No. 2023-00094 including preparation of Trustee's

Response to Subpoena and Document Production.

### BKA428:        Cozen O'Connor Fee Application Preparation

Fees:      6,272.50        Total Time        19.30

This category includes services during the Application Period related to Cozen O'Connor

preparation and filing of the Application as counsel to the Trustee together with review and edit

Cozen O'Connor time narratives during the Application period (approximately 1,510 pages).

Additional time attributable to finalization, filing and service of the Application will be included

in Cozen O'Connor's second interim fee application as such time was incurred after the

Application Period.

### Valuation of Services

34.      Attorneys/Paraprofessionals of Cozen O'Connor have expended a total of

3,270.20 hours in connection with this matter during the Application Period, as follows:

| ATTORNEYS AND PARAPROFESSIONAL | POSITION AND YEARS OF PRACTICE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| John T. Carroll, III | Member of the firm since 2000.  Bankruptcy attorney since 1981. Member of Delaware (2001), New Jersey (1983), and Pennsylvania (1981) bars. Certified by ABC as business bankruptcy specialist in 1995. | 915.00 | 1,216.20 | 1,112,823.00 |
| Mark E. Felger | Member of the firm since 1997.  Bankruptcy | 895.00 | 0.30 | 268.50 |

64958127\1 6010823/00574256
11/15/2023

| ATTORNEYS AND PARAPROFESSIONAL | POSITION AND YEARS OF PRACTICE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| | attorney since 1989. Member of Delaware, New Jersey, New York and Pennsylvania bars. Certified by ABC as business bankruptcy specialist in 2005. | | | |
| Jonathan Grossman | Member of the firm since 2010.  Member of the District of Columbia and New York bars. | 935.00 | 2.60 | 2,431.00 |
| Anna M. McDonough | Member of the firm since 2007. Member of the Pennsylvania bar. | 800.00 | 289.60 | 231,680.00 |
| Todd B. Buck | Member of the firm since 2021.  Member of the US Patent and Trademark Office and District of Columbia and Virginia bars. | 835.00 | 25.60 | 21,376.00 |
| Amy Divino | Member of the firm since 2009.  Member of the New Jersey, New York and Pennsylvania bars. | 865.00 | 1.00 | 865.00 |
| David Doyle | Member of the firm since 2020.  Member of the Illinois bar. | 615.00 | 415.90 | 255,778.50 |
| Simon E. Fraser | Member of the firm since 2011. Member of the Delaware bar since 2009, New Jersey bar since 2000 and Pennsylvania bar since 1999. | 755.00 | 489.50 | 369,572.50 |
| Robert S. Kaplan | Member of the firm since 2019.  Member of the New Jersey and Pennsylvania bars. | 725.00 | 0.90 | 652.50 |
| Marco M. Biagiotti | Associate of the firm since 2022.  Member of the Italy and  New York bars. | 435.00 | 31.20 | 13,572.00 |
| Matthew Howell | Associate of the firm since 2018.  Member of the District of Columbia and Pennsylvania bars. | 515.00 | 2.40 | 1,236.00 |

64958127\1 6010823/00574256
11/15/2023

| ATTORNEYS AND PARAPROFESSIONAL | POSITION AND YEARS OF PRACTICE | HOURLY RATE | HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ashley Park | Associate of the firm since 2023. Member of the Florida and Texas bars. | 415.00 | 50.50 | 20,957.50 |
| Gregory Coleman Patton | Associate of the firm since 2017. Member of the *Pennsylvania bar. | 530.00 | 304.20 | 161,226.00 |
| Nathan L. Rudy | Associate of the firm since 2021. Member of the Pennsylvania bar. | 505.00 | 2.40 | 1,212.00 |
| Christina Sanfelippo | Member of the firm since 2020. Member of the District of Columbia and Illinois bars. | 560.00 | 36.50 | 20,440.00 |
| Erin A. Szulewski | Associate of the firm since 2020. Member of the New Jersey and Pennsylvania bars. | 545.00 | 42.40 | 23,108.00 |
| Curt N. Trisko | Associate of the firm since 2022. Member of the Minnesota and New York bars. | 510.00 | 9.60 | 4,896.00 |
| Jill L. Deeney | Paralegal Specialist. Joined firm in 2000. | 325.00 | 341.50 | 110,987.50 |
| Amy Kulbeik | Paralegal Specialist. Joined firm in 2013. | 270.00 | 7.70 | 2,079.00 |
| Stephanie Jackson-Ings | Library/research. Joined firm in 1995. | 330.00 | 0.20 | 66.00 |
| Totals | | | 3,270.20 | 2,355,227.00 |

Blended Rate: $720.00

35.    The nature of the work performed by these persons is fully set forth in Exhibit "A" attached hereto. These are Cozen O'Connor's normal hourly rates for work of this character. The reasonable value of the services rendered by Cozen O'Connor to the Trustee during the Application Period is $2,355,227.00.

36.    In accordance with the factors enumerated in 11 U.S.C. Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Cozen O'Connor is

64958127\1 6010823/00574256
11/15/2023