EXHIBIT "D"

EMAIL COMMUNICATION WITH INTERESTED PARTY

**Carroll,III, John**

| | |
|---|---|
| **From:** | David Olver <Olver.David.O@outlook.com> |
| **Sent:** | Tuesday, June 25, 2024 3:03 PM |
| **To:** | Carroll,III, John |
| **Cc:** | evan.miller@saul.com |
| **Subject:** | Re: Inquiry regarding Chapter 7 Case No. 23-10253 (KBO) |

**\*\*EXTERNAL SENDER\*\***

Hello,

Thank you very much for providing this information.

For what it's worth, I emphatically oppose Akorn (or whoever represents them doing this).

They chose Chapter 7 as the mechanism to liquidate the company.  Chapter 7 was not imposed on them, they chose it as the tool to use.

When they made this decision, it immediately impacted hundreds of families and thousands of human beings that had trusted them to do the right thing.

We were immediately forced to find health insurance through Medicaid, figure out how we were going to feed our families, contact banks to avoid freezing our assets, etc., etc.. Many folks went months without a job and no severance.

For them to now feel Chapter 11 is more fair, to THEM , is absolute bull@#!&.

So please put me on record as disagreeing with their proposal.

Respectfully,

David Olver

Get Outlook for Android

---

**From:** Carroll,III, John <JCarroll@cozen.com>
**Sent:** Tuesday, June 25, 2024 1:18:55 PM
**To:** David Olver <Olver.David.O@outlook.com>
**Cc:** evan.miller@saul.com <evan.miller@saul.com>
**Subject:** RE: Inquiry regarding Chapter 7 Case No. 23-10253 (KBO)

David,

The Chapter 7 Trustee is going to be opposing the Debtors' motion to convert to Chapter 11 because he believes it will delay distributions to creditors and will result in increased costs which will further reduce the amount available for distribution. It should be noted that although the motion to convert

is in the name of the Debtor, it is the shareholders who have appointed a new Director and authorized him to file the motion to convert in the name of the Debtor. The shareholders want to be back in control of distribution and have indicated that they want to make distribution via confirmation of a Chapter 11 liquidating plan. The Trustee believes the Chapter 11 plan confirmation process itself will delay the completion of administration of the estate in addition to increasing the costs which would be payable at a higher priority than your claim (and thereby likely reducing the amount available to disburse). For these reasons and several other legal reasons, the Chapter 7 Trustee will be requesting that the bankruptcy court deny the motion to convert at this late juncture to a Chapter 11.

Kindly let me know if you have any questions regarding the Chapter 7 Trustee's position. Thanks.



**John T. Carroll,III**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
P: 302-295-2028 M: 215-327-8775 F: 215-701-2140
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** David Olver <Olver.David.O@outlook.com>
**Sent:** Tuesday, June 25, 2024 10:58 AM
**To:** Carroll,III, John <JCarroll@cozen.com>; evan.miller@saul.com
**Subject:** Inquiry regarding Chapter 7 Case No. 23-10253 (KBO)

**\*\*EXTERNAL SENDER\*\***

Hello,

I have personally filed a claim for damages caused by the actions Akorn Holdings took in Feb. 2023.

I received a notice in the mail that the Debtors in Case No.  23-10253 (KBO) filed a motion to Convert from Chapter 7 to Chapter 11.

If this is approved, what effect does that have on me, as an individual, who has filed a damage claim.

Any input is greatly appreciated!

David Olver


*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*