EXHIBIT "E"

DELAWARE SECRETARY OF STATE
CANCELLATION AKORN HOLDING COMPANY LLC

Filer

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3578381 | Incorporation Date / Formation Date: | 9/2/2020 (mm/dd/yyyy) |
| Entity Name: | AKORN HOLDING COMPANY LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | **Cancelled, Failure to appoint a R/A** | Status Date: | **6/4/2023** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **UNASSIGNED AGENT** | | |
| Address: | | | |
| City: | | County: | |
| State: | **NullValue** | Postal Code: | **95050** |
| Phone: | | | |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov