**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* [1] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | Re D.I. 849 |

**CERTIFICATE OF SERVICE REGARDING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING FIRST DISTRIBUTION OF FUNDS TO HOLDERS OF ALLOWED PRIORITY CLAIMS UNDER SECTION <u>507(A)(4) OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF</u>**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "<u>Trustee</u>") for the estates of the above-captioned Debtors (collectively, the "<u>Debtors</u>" or "<u>Estates</u>"), hereby certify that on July 3, 2024 the *Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* [Filed 7/3/2024; D.I. 849] (the "<u>Motion</u>") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("<u>CM/ECF</u>").

Notification of filing the Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

I further certify that on July 3, 2024, I caused a copy of the Motion to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "A".


Dated:  July 10, 2024                                       COZEN O'CONNOR


                                              By:  ___/s/ John T. Carroll, III_____
                                                      John T. Carroll, III (DE No. 4060)
                                                      Simon E. Fraser (DE No. 5335)
                                                      1201 N. Market Street
                                                      Suite 1001
                                                      Wilmington, DE  19801
                                                      (302) 295-2000 Phone
                                                      (302) 295-2013 Fax No.
                                                      jcarroll@cozen.com
                                                      sfraser@cozen.com

# EXHIBIT "A"

**In re:**
**Akorn Holding Company LLC et al**
**Case No. 23-10253 (KBO)**

**Service List:**
**Trustee's Motion to Pay Holders of Allowed Priority Claims**
**Under Section 507(a)(4) [Doc. No. 849]**

Office of the United States Trustee
Richard Schepacarter, Esquire
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Joseph M. Mulvihill, Esq.
Jared W. Kochenash, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
*Counsel to the Debtors*

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
*Counsel to the Term Lender Group*

Scott J. Greenberg, Esq.
Steven A. Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Counsel to the Term Lender Group*

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
*Counsel to McKesson Corporation*

Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801
*Counsel to Prestige Consumer Healthcare, Inc.*

Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19899-1150
*Counsel to Westmount Realty Capital, LLC*

Eric D. Kaplan, Esq.
Kaplan & Gournis, PC
180 N. LaSalle Street
Suite 2108
Chicago, IL 60601
*Counsel to Westmount Realty Capital, LLC*

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
**Counsel to AmerisourceBergen Drug Corporation**

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
**Counsel to AmerisourceBergen Drug Corporation**

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
**Counsel to SGS North America Inc.**

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
**Counsel to SGS North America Inc.**

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
**Counsel to Iron Mountain Information Management, LLC**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
**Counsel to MidCap Funding IV Trust**

Charles A. Dale, Esq.
Proskauer Rose LLP
One International Place
Boston, MA  02110
**Counsel to MidCap Funding IV Trust**

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
**Counsel to MidCap Funding IV Trust**

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street
Suite 2600
Chicago, IL  60601
**Counsel to MidCap Funding IV Trust**

Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
**Counsel to Thermo Fisher Scientific Entities**

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Thermo Fisher Scientific Entities**

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
**Counsel to Cardinal Health**

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Cardinal Health**

Cheryl A. Santaniello, Esq.
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
**Counsel to Package Development
Company, Inc.**

Assistant Attorney General
S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
**Counsel to State of Wisconsin,
Department of Health Services**

Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE  19899
**Counsel to Bionpharma**

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA  19103 19103
**Counsel to Bionpharma**

Andrew Warner
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
**Counsel to Interior Specialty Construction, Inc.
and Sullivan Contractors LLC**

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
**Counsel to Henderson Constructors, Inc.**

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801-1160
**Counsel to Prestige Brands SPE Lender, LLC**

Wilmington Savings Fund Society, FSB
Attn: Geoffrey J. Lewis
500 Delaware Avenue
Wilmington, DE 19801

Wilmington Savings Fund Society, FSB
c/o Nathan J. Moore, Esq.
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

John Nusbaum
Capital Management
510 Madison Avenue
17th Floor
New York, NY 10022

Lovisa Gustafsson, Vice President,
Controlling Health Care Costs
The Commonwealth Fund
1 East 75th Street
New York, NY 10021

Oliver Blum
Ernst & Young Limited
Maagpl. 1,
Zurich 8005
**Counsel to Akorn International SARL**

Christian Roos
Pestalozzi
Feldeggstrasse 4
8008 Zurich
Switzerland
**Counsel to Akorn AG**

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Marc S. Lichtman
Attorney at Law
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, Illinois 60602
**Counsel to IL Landlord**

Drug Enforcement Administration
Attn: Office of Diversion Control
8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Assistant Attorney General
New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street
Suite 400
Wilmington, DE 19801
**Counsel to Gerresheimer Glass, LLC**

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street
Suite 2900
San Francisco, California 94105-3493
**Counsel to Oracle America, Inc.**

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042
**Counsel to Oracle America, Inc.**

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue,
Suite 1014
Wilmington, DE 19801
**Counsel to Philadelphia Indemnity Insurance Company**

Curtis S. Miller, Esquire
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
**Counsel to Ethypharm S.A.S.**

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
**Counsel to Ethypharm S.A.S.**

Kevin Chiu, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201-2980
**Counsel to Ethypharm S.A.S.**

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Kate Roggio Buck, Esquire
McCarter & English LLP

405 North King Street,
8th Floor
Wilmington, DE 19801
**Counsel to HYG Financial Service, Inc.**

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
**Counsel to WSFS Institutional Services as TL Agent**

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road,
Suite 200
Warrington, PA 18976
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esq.
Jones Walker LLP
Suite 800
190 E Capitol St
Jackson, MS 39201
**Counsel to OptiSource LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
**Counsel to OptiSource LLC**

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esq.
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
**Counsel to CV II Gurnee LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
**Counsel to Leadiant Biosciences, Inc.**

Fernando J. Menendez, Jr., Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
**Counsel to Leadiant Biosciences, Inc.**

Matthew G. Summers, Esquire
Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, Delaware 19801-3034
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy.
Suite 500
Southfield, Michigan 48075
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave
Suite 300
Raleigh, NC 27609
**Counsel to Sentiss AG**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
**Counsel to Sentiss AG**

Alfredo R. Pérez
Weil, Gotshal & Manges LLP
Theodore S. Heckel
700 Louisiana Street
Suite 1700
Houston, TX 77002-2784
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Curtis S. Miller, Esq.
Sophie Rogers Churchill, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Margaret F. England, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
**Counsel to E.L. Pruitt Co.**

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
**Counsel to the Consortium**

Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
**Counsel to the Consortium**

Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
*Counsel to Hikma Pharmaceuticals USA Inc.*

Deborah Kovsky-Apap, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
*Counsel to Hikma Pharmaceuticals USA Inc.*

John R. Gardner, Esq.
Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, NC 27609
*Counsel to Syneos Health*

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE  19801
*Counsel to Syneos Health*

L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
*Counsel to Capstone Parent, LLC*

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
*Counsel to Capstone Parent, LLC*

Roy Michael Roman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
*Counsel to Capstone Parent, LLC*

Martin A. Mooney, Esquire
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
Albany, NY  12224-0341

Kimberly A. Walsh
Assistant Attorney General
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*Counsel to Texas Comptroller*

Kristin Radwanick, Esq.
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road
Suite 300
Cincinnati, Ohio 45236
*Counsel to Ohio Department of Medicaid*

Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
16th Floor
Wilmington, Delaware 19899-1347
***Proposed Counsel to the Debtors***

Andrew K. Glenn, Esq.
Shai Schmidt, Esq.
Richard C. Ramirez, Esq.
Malak S. Doss, Esq.
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
***Proposed Counsel to the Debtors***

**SCHEDULE D**

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue
Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent
500 Delaware Avenue
Wilmington, DE  19801

**TOP 30 UNSECURED CREDITORS**

Akorn Ag Hettlingen
Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442
Switzerland

Aptar Pharma
Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa
Ralf Pfirmann
Viale Milano 86
Lodi 26900
ItalyF

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General
Release Of Information Office (50ci)
810 Vermont Avenue, Nw
Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
Po Box 45 027
Auckland 651
New Zealand

E L Pruitt Company
Po Box 3306
Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank C/O Ernst & Young Us LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm
Roseline Joannesse
194 Bureaux De La Colline, Batiment D,
12eme Etage
Saint-Cloud Cedex 92213
France

Euroapi Usa
100 Somerset Corporate Blvd
2nd Floor Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn A/R
537 Crystal Ave
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC
David Bacon
6525 The Corners Parkway
Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Ave
Atlanta, GA 30318

MJS Packaging
35601 Veronica St
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd.
Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue
4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

SSI Corporation
55 Lane Road
Suite 450
Fairfield, NJ 07004

The Ritedose Corporation
Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc
Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC
vs. Akorn Operating Company, LLC
c/o Robert Mahoney
Norris McLaughlin, P.A.
400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

West Pharma Services
530 Herman O West Drive
Exton, PA 19341

WSC-GSP B/L Office Park Owner VII, LLC
Marc S. Lichtman
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, IL 60602

Zhejiang Hisun Pharma China
Attn:  Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC - R&D Only
92 Argilla Road
Andover, MA 01810

John Sweeney
[Address on File]

Erislandy Dorado-Beladeres
[Address on File]

Chris Young
[Address on File]

Bill Ostrowski
[Address on File]

Beth Zelnick-Kaufman
[Address on File]

**GOVERNMENT AGENCIES**

Office of the United States Attorney
for the District of Delaware
Hercules Building
U.S. Attorney's Office
1313 N Market Street
PO Box 2046
Wilmington, DE 19801

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Bettina Dunn, Paralegal Specialist (3RC60)
US EPA Region 3
Office of Regional Counsel
Four Penn Center
Philadelphia, PA 19103-2852

U.S. Department of Justice
Office of the Inspector General
Office of the General Counsel
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Delaware Division of Revenue
Bankruptcy Service
Attn:  Bankruptcy Administrator
Carvel State Building
820 N. French Street
8th Floor
Wilmington, DE  19801

Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE 19904

U.S. Food and Drug Administration (FDA)
Attn:  Jill Furman, J.D. Director
Center for Drug Evaluation & Research
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

The U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
Office of General Counsel
#2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
290 Broadway
New York, NY 10007-1866

Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Environmental Protection Agency
Center for Public Health and Environmental Assessment
Mail Code: B305-01
Research Triangle Park, NC 27711

**HOLDERS OF ALLOWED PRIORITY CLAIMS UNDER SECTION 507(a)(4)**

Alexandris, Antonios
58 Felice Crescent
Hicksville NY 11801

Andrada, Danielle Louise Rimorin
845 South Sienna Drive
Round Lake IL 60073

Ansari, Manzur
15 Birch Road
Kings Park NY 11754-3215

Ashkinadze, Yury
4100 Galt Ocean Drive
Apt 1601
Fort Lauderdale FL 33308

Bermundez, Jeffery
100 Meucci Ave.
Copiague NY 11726

Berry, Susan L
4722 Larch Ave.
Glenview IL 60025

Bonanno, Thomas
11 Sandalwood Ave.
Valley Stream NY 11581

Carlucci, Toni
330 Andrew Ave.
East Meadow NY 11554

Chin, Weldon
Amy D. Brown, Esq.
1201 N Orange Street
Suite 300
Wilmington DE 19801

Chingre, Sandip
475 Mockingbird Ct.
Lindenhurst IL 60046

Cicero, Alan J
740, 20th Avenue
Kenosha WI 53140-6210

Corkill, Joanna
33468 N. Valley View Dr.
Round Lake IL 60073

Cruz, Christina
326 Beach 102nd Street
Rockaway Park NY 11694

De Los Santos, Dhariana
59 Cedar Road
Amityville NY 11701

Diaz, Monserrate
12 S Village Dr.
Bellport NY 11713

Diiorio, Patrick
524 Shawnee Drive
Toms River NJ 08753

Dilone, Esperanza
Address on File

Dilone, Luz
141 Trouville Rd
Copiague NY 11726

Drisgula, Brian
59 Oaklawn Ave
Farmingville NY 11738

Duffy, Kathleen
840 N. Broome Ave.
Lindenhurst NY 11757

Duran Ballard, Alaysia
172 Bedell Street
Freeport NY 11520

Dyer, Awayne
434 Prescott Road
Union NJ 07083

Eltourroug, Zakaria
315 N. Central Ave., Apt. 11A
Valley Stream NY 11580

Emile, Gena
97-33 90 St
Ozone NY 11416

Furlow, Anna
Address on file

Garcia-Jones, Bridget
836 Udall Road
West Islip NY 11795

Gauci, Frank
19 Orchid Lane
New Hyde Park NY 11040

Gavin, Stacy M
P.O. Box 724
Kenosha WI 53141

Gomez, Rosa E.
1636 Coburn Drive
Ann Arbor MI 48108

Grueter, Jennifer Lynn
8301, 27th Ave.
Kenosha WA 53143

Guillen, Rosa Elvira
718 S Wellwood Ave
Lindenhurst NY 11757

Guzman, Juan
138-31 101st Ave.
Jamacia NY 11435

Handyside, Jason R.
415 N Summit Ave
Decatur IL 62522

Hansaria, Sonia
550 Hawks Ridge Road
Brookfield WI 53045

Hepp, Michael Kevin
41081 N. Hook Circle
Antioch IL 60002

Ho, Alexander J
1 Atlantic Ave.
Apt. 70
Farmingdale NY 11735-2772

Hoque, Mohammad Emdadul
118 Louisiana Ave
Bay Shore NY 11706

Hugel, Richard A.
1808 Hazelwood Drive
Lindenhurst IL 60046-8824

Isaac, Wendy
232 York Avenue
Staten Island NY 10301

Jagoda, Bartosz
6881 N Northwest Hwy, Apt 1A
Chicago IL 60631

Jain, Rishabh
D-20, 3rd Floor
Vivek Vihar Phase 1
Dehli  110095

JHA, TARISHI
Address on file

Johnson, Patrick
1003 Steel Blvd
Baldwin NY 11510

Kapps, Nicolas Gregory
16 Arden Ln
Farmingville NY 11738

Katwaroo, Satdai
117-31 125st
S. Ozone Park NY 11420

Keller, Stanley D
2344 W Melrose St
Chicago IL 60618

Kenig-Bujnarowski, Bogumila
2653 W Autumn Dr
Round Lake IL 60073

Khirdekar, Ravindra
259 Fairhavan Mall, L1B2
Jericho NY 11753

Kinder, Barbara
4 Oak Park Ct.
Deer Park NY 11729

Klem, June Searle
101 Schoolhouse Lane
East Brunswick NJ 08816

Kote, Mahesh D.
176 Bay View Ln.
Grayslake IL 60030

Kowalski, Steven
1216 Quassey Ave.
Lake Bluff IL 60044

Kufner, Gregory S.
521 N. Emerson Ln.
Haniesville IL 60030

LaRocco, Michael
1132 Lake Dr. E
Robbinsville NJ 08691

Lebron, Samuel
6439, 65 Lane 2
Middle Village NY 11379-2

Lent, Mary Ellen
140 Cedar Court
Copiague NY 11726-4704

Liang, Yueling
260 Fairfield Dr. E
Holbrook NY 11741

Lipsey, Michael
1713 S Vine Ave
Park Ridge IL 60068

Loder, Christopher
144 McKinley Ave.
Lake Villa IL 60046-144

Lui, Lung
39 Elderberry Rd.
Syosset NY 11791

Ma, Lifu
18 Fletcher Place
Melville NY 11747-1405

Malino, Pietro E
145-118 225th St
Springfield Gardens NY 11413

Mercaldo, Iryna
1785 Franklin Ave
East Meadow  NY 11554-1785

Metting, Kenneth E.
2603 Burch Pt.
High Point NC 27265

Miranda, Eric
125 Brookvale Ave
West Babylon NY 11704

Mogilinski, Michael
506 S. 6th Ave.
Saint Charles IL 60174

Munagala, Suresh Rao
800 Megan Ct.
Westmont IL 60559

Nery, Mariafe
21 Riverside Avenue
Massapequa NY 11758-5728

Pagillo, Josette
240 Carol Drive
Massapequa Park NY 11762

Pan, Wen
37 Sandalwood Drive
Edison NJ 08820

Paras, Ken
802 Adderly Lane
Gurnee IL 60031

Paras, Kenneth
802 Adderly Lane
Gurnee IL 60031

Patel, Chaitali
352 S. 7th St.
Lindenhurst NY 11757

Patel, Paragkumar
26 Haven Lane
Levittown NY 11756-26

Perez, Ramon Rosario
81 Mckinley Avenue
1st Floor
Brooklyn NY 11208

Perez, Rey Del Valle
2636 Johnson Road
Kenosha WI 53143

Peterkin, Jymecia
Address on file

Pimentel, Rocio
72 Veronica Ave
Somerset NJ 08873

Prescod, Andrea
66 Spencer Pl.
Hempstead NY 11550

Ray, Mark R
1248 E 1280 N
American Fork UT 84003

Renner, Mark
Address on File

Rizvi, Arifa
335 Woodbury Rd.
Woodbury NY 11797

Robel, Kevin
2346 Keegan Hollow Ln.
Spring TX 77386

Santana, Jaime
W6490 Old J. Rd.
Westfield WI 53964

Seeley, Sherri
27 Perry Drive
Ewing NJ 08628

Sharma, Doodnauth
8 Lester Avenue
Freeport NY 11520

SINGH, Ravindra
9426, 214th Place
Queens Village NY 11428

Solano, Carmita
1787 Newbridge Road
N. Bellmore  NY 11710

Toby, Natacha
1465 Genevaloop Apt 2H
Brooklyn NY 11239

Toner, Deborah
62 Cherokee Ave.
West Islip NY 11795

Torres, Paul D.
460 South Commons Ct.
Deerfield IL 60015-4320

Tournier, James P
489 N. Country Ridge Ct.
Lake Zurich IL 60047-2824

Tsahalis, Kyriakos
Kyriakos Tsahalis
31 Vreeland Place
Allendale NJ 07401

Wang, Xiaoling
320 Pioxi Street
Copaigue NY 11726

Winiarski, Daniel
2911 North Halsted
Unit 3
Chicago IL 60657

Yarkony, Janice
809 Kingsley Drive
Arlington Heights IL 60004-1317