# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JULY 18, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

## CONTINUED MATTERS (CONTESTED):

1.  Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
    [Filed 6/21/2024; Doc. No. 832]

    | | |
    |---|---|
    | Related Documents: | None |
    | Objection Deadline: | July 8, 2024. One day extension granted to Trustee to July 9, 2024. |
    | Responses Received: | (a) Chapter 7 Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11 Filed by George L. Miller, Trustee [Filed 7/9/2024; Doc. No. 858] |
    | Status: | Movant has requested an adjournment of this matter and the Trustee does not oppose the requested adjournment. Subject to the Court's approval of the requested adjournment, the parties are in communication with Chambers to obtain a new hearing date. |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| Dated: July 17, 2024<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:   */s/ John T. Carroll, III*<br>     John T. Carroll, III (DE No. 4060)<br>     1201 N. Market Street<br>     Suite 1001<br>     Wilmington, DE 19801<br>     (302) 295-2000 Phone<br>     (302) 295-2013 Fax No.<br>     jcarroll@cozen.com<br><br>     *Counsel to George L. Miller,*<br>     *Chapter 7 Trustee* |