**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2024, I caused a copy of the **Argo Partners II, LLC's Objection To Motion Of George L. Miller, Chapter 7 Trustee, For An Order Authorizing First Distribution Of Funds To Holders Of Allowed Priority Claims Under Section 507(A)(4) Of The Bankruptcy Code And Granting Related Relief** to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

John T. Carroll, III
Simon E. Fraser
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
daviddoyle@cozen.com

Dated:  July 17, 2024                */s/ Kevin G. Collins*
                                          Kevin G. Collins (DE No. 5149)