## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, the undersigned counsel moves the admission *pro hac vice* of Gregory G. Plotko of Barnes & Thornburg LLP to represent Argo Partners II, LLC in the above-captioned cases.

Dated:   July 17, 2024
     Wilmington, Delaware

BARNES & THORNBURG LLP

*/s/  Kevin G. Collins*
Kevin G. Collins (DE No. 5149)
222 Delaware Ave., Suite 1200
Wilmington, DE  19801
(302) 300-3434
Kevin.Collins@btlaw.com

*Counsel to Argo Partners II, LLC*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  July 17, 2024

*/s/  Gregory G. Plotko*
Gregory G. Plotko
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017
(646) 746-2406
gplotko@btlaw.com

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

**Dated: July 17th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**