

RECEIVED
2024 JUL 16 PM 3:25
CLERK
U.S. BANKRUPTCY COURT
OF DELAWARE



8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

07/05/2024

Re:    Akorn Holding Company, LLC
       Case Number: 23-10253

       Akorn Operating Company, LLC
       Case Number: 23-10255

Dear Sir or Madam:

U.S. Customs and Border Protection has moved to a new office location and is no longer at 6650 Telecom Drive in Indianapolis, IN. The address should be updated to

U.S. Customs and Border Protection
Attn: REV-Bankruptcy–203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Please update your records accordingly for U.S. Customs and Border Protection. If you have any questions about the request, please contact the bankruptcy team at BankruptcyTeam@cbp.dhs.gov.

Sincerely,

*Erin Gudaitis*

Erin Gudaitis
Supervisory Financial Program Specialist
Revenue Protection Branch
Revenue Division