IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**August 12, 2024, at 1:30 p.m. (ET)**<br><br>**Re: D.I. 832** |

**NOTICE OF RESCHEDULED HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE CONVERSION OF THESE CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

**PLEASE TAKE NOTICE** that the hearing previously scheduled for July 18, 2024 at 2:00 p.m. (ET) on the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 832) has been rescheduled and will now take place on **August 12, 2024 at 1:30 p.m. (ET)** before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.

| | |
|---|---|
| Dated: July 19, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*_____<br>Robert J. Dehney (No. 3578)<br>Daniel B. Butz (No. 4227)<br>Austin T. Park (No. 7247)<br>1201 Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>         dbutz@morrisnichols.com<br>         apark@morrisnichols.com<br><br> - and -<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Shai Schmidt (admitted *pro hac vice*)<br>Richard C. Ramirez (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>         stecklin@glennagre.com<br>         sschmidt@glennagre.com<br>         rramirez@glennagre.com<br>         mdoss@glennagre.com<br><br>*Proposed Counsel to the Debtors* |