IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re D.I. 868** |

**CERTIFICATE OF SERVICE REGARDING
NOTICE OF RESCHEDULED HEARING ON DEBTORS' MOTION FOR ENTRY OF
AN ORDER AUTHORIZING AND APPROVING THE CONVERSION OF THESE
CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (the "Debtors"), hereby certify that on July 19, 2024 the *Notice of Rescheduled Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* [D.I. 868] (the "Notice") was electronically filed with the Court by counsel to the movant using the Court's Case Management/Electronic Case Files system ("CM/ECF").

I further certify that on July 22, 2024, I caused a copy of the Notice to be served via U.S. First Class Mail on the limited parties identified on the service list attached hereto as Exhibit "A".

Dated: July 23, 2024

                                            COZEN O'CONNOR

                                            By:   /s/ John T. Carroll, III
                                                         John T. Carroll, III (DE No. 4060)
                                                         1201 N. Market Street
                                                         Suite 1001
                                                          Wilmington, DE 19801
                                                         (302) 295-2000 Phone
                                                         (302) 295-2013 Fax No.
                                                         jcarroll@cozen.com

                                                         *Counsel to George L. Miller, Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

LEGAL\71773938\1 6010823/00574256

**EXHIBIT "A"**

**Limited Service Parties**[1]

John Sweeney
[Address on File]

Erislandy Dorado-Boladeres
[Address on File]

Chris Young
[Address on File]

Bill Ostrowski
[Address on File]

Beth Zelnick-Kaufman
[Address on File]

---

[1] Limited service parties identified as a top 30 general unsecured creditor subject to Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief [Doc. No. 94].

LEGAL\71773938\1 6010823/00574256