**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 868** |

## CERTIFICATE OF SERVICE

I, Austin T. Park, do hereby certify that on July 19, 2024, copies of the *Notice of Rescheduled Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 868) were caused to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, electronic mail upon the parties listed in **Exhibit A**, and on July 22, 2024, copies were caused to be served by First Class Mail on the parties listed in **Exhibit B**.

/s/ Austin T. Park
Austin T. Park (No. 7247)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.