IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS OF [ M. Jacob & Sons, dba MJS Packaging with Federal ID ending in 5690], CREDITOR

TO THE CLERK OF THE COURT:

[ Beth Senak____ ] on behalf of M.Jacob &Sons, dba MJS Packaging with Federal ID ending in 5690 (the "Creditor)] a Creditor in the above-captioned bankruptcy estate (the "Estate") files this Notice of Change of Address. The Court's records should be modified to correct the Creditor's address, telephone number, email address as follows:

**Old Creditor Address:**

M. Jacob & Sons, dba MJS Packaging
David Lubin
35601 Veronica St
Livonia, MI  48501

dlubin@mjspackaging.com
(734) 744-4900

**New Creditor Address:**

M. Jacob & Sons, dba MJS Packaging
Nick Haratsaris
35601 Veronica St
Livonia, MI 48150

nickh@mjspackaging.com
(734) 744-4900

Dated: [   7/17/2024           ]

By: _____

Beth Senak, Director of Accounting & Finance

bsenak@mjspackaging.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE REGARDING
## NOTICE OF CHANGE OF ADDRESS OF [ M.Jacob & Sons, dba MJS Packaging, with Federal ID# ending in 5690], CREDITOR

I, [ Beth Senak ] certify that I caused a copy of the Notice of Change of Address of [ M.Jacob & Sons, dba MJS Packaging with Federal ID# ending in 5690 ] to be served upon the following parties via regular first class mail.

George L. Miller, Trustee
1628 John F. Kennedy Boulevard
8 Penn Center
Suite 950
Philadelphia, PA 19103

John T. Carroll, III
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
*Counsel to the Trustee*

Dated: [ 07/17/2024 ]

By: *Beth Senak* (signature)

Beth Senak, Director of Accounting and Finance

bsenak@mjspackaging.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

