# IN THE UNITED STATES BANKRUTPCY COURT
## For The District of Delaware

In re:                                                                                                               Case No. 23-10253

**Akorn Holding Company LLC**                                                      **Chapter 11**

**DEBTORS.**

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the Transfer of Claim for **SAFETY CONSULTING GROUP, INC.** (Doc. #871) is hereby withdrawn by Argo Partners.

Dated: July 24, 2024

/s/ Matthew Friend

Argo Partners
212-643-5444