# IN THE UNITED STATES BANKRUTPCY COURT
## For The District of Delaware

| | |
|---|---|
| In re: | Case No. 23-10253 |
| **Akorn Holding Company LLC** | Chapter 11 |
| **DEBTORS.** | |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the Transfer of Claim for **JP PARADISE LANDSCAPING LLC** (Doc. #872) is hereby withdrawn by Argo Partners.

Dated: July 24, 2024

/s Matthew Friend/

Argo Partners
212-643-5444