Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:     Akorn Operating Company LLC , et al.
Case No.   23-10253, et al.,Jointly Administered Under Case No 23-10253

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
**Fair Harbor Capital, LLC**
    As assignee of Amity Vacuum Inc

**Name of Transferor:**
    **Amity Vacuum Inc**

Name and Address where notices to transferee

Court Claim # (if known):
    #20 on Case No 23- 10254
    #99 on Case No 23-10253 and
    #102 on Case No 23-10255

should be sent:

Amount of Claim: $10,159.26

Date Claim Filed:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: ____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Fair harbor Capital LLC
PO Box 237037
New York, NY 10023

**Amity Vacuum Inc**
272 Broadway

Amityville,NY  11701

Name and Address where transferee payments
should be sent (if different from above):

   SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:_____Wednesday, July 24, 2024__
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District of Delaware

In re:      **Akorn Operating Company LLC , et al.**
Case No.    **23-10253, et al.,Jointly Administered Under Case No 23-10253**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

### Claim No. 20, 99  and 102  (if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

| **Name of Transferee:** | **Name of Alledged Transferor:** |
|---|---|
| Fair Harbor Capital, LLC | Amity Vacuum Inc |
| As assignee of Amity Vacuum Inc | |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty
(20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                                         Clerk of the Court

Creditor: (18221348)  
BDO USA, LLP  
Attn: Jared Schierbaum  
4250 Lancaster Pike, Suite 120  
Wilmington, DE 19805  

Amount claimed: $119741.00  

**Claim No: 95**  
Original Filed Date: 05/10/2023  
Original Entered Date: 05/10/2023  

Status:  
Filed by: CR  
Entered by: BJM  
Modified:  

History:  
Details  95-1  05/10/2023 Claim #95 filed by BDO USA, LLP, Amount claimed: $119741.00 (BJM)  
Description: (95-1) Professional Services  
Remarks: (95-1) 0707  

Creditor: (18221348)  
BDO USA, LLP  
Attn: Jared Schierbaum  
4250 Lancaster Pike, Suite 120  
Wilmington, DE 19805  

Amount claimed: $10300.00  

**Claim No: 96**  
Original Filed Date: 05/10/2023  
Original Entered Date: 05/10/2023  

Status:  
Filed by: CR  
Entered by: BJM  
Modified:  

History:  
Details  96-1  05/10/2023 Claim #96 filed by BDO USA, LLP, Amount claimed: $10300.00 (BJM)  
Description: (96-1) Professional Services  
Remarks: (96-1) 1195  

Creditor: (17793819)  
Morelli, Thomas  
Address on File  

Amount claimed: $301480.08  

**Claim No: 97**  
Original Filed Date: 05/11/2023  
Original Entered Date: 05/11/2023  

Status:  
Filed by: CR  
Entered by: EPOC Filer  
Modified:  

History:  
Details  97-1  05/11/2023 Claim #97 filed by Morelli, Thomas, Amount claimed: $301480.08 (EPOC Filer)  
Description:  
Remarks:  

Creditor: (17789608)  
Cooke, Colleen  
Address on File  

Amount claimed: $265660.24  

**Claim No: 98**  
Original Filed Date: 05/11/2023  
Original Entered Date: 05/11/2023  

Status:  
Filed by: CR  
Entered by: EPOC Filer  
Modified:  

History:  
Details  98-1  05/11/2023 Claim #98 filed by Cooke, Colleen, Amount claimed: $265660.24 (EPOC Filer)  
Description:  
Remarks:  

Creditor: (18221526)  
Amity Vacuum Inc.  
272 Broadway  

**Claim No: 99**  
Original Filed Date: 05/11/2023  
Original Entered Date: 05/11/2023  

Status:  
Filed by: CR  
Entered by: BJM  

History:  
Details  99-1  05/11/2023 Claim #99 filed by Amity Vacuum Inc., Amount claimed: $10159.26 (BJM)  
Description: (99-1) Goods Sold  
Remarks:  

*Handwritten annotation: 23-10253*

Amount claimed: $301480.08

History:
Details  17-1  05/11/2023  Claim #17 filed by Morelli, Thomas, Amount claimed: $301480.08 (EPOC Filer)

Description:
Remarks:

Creditor:  (17801022)
Cooke, Colleen
Address on File

**Claim No: 18**
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023

Status:
Filed by: CR
Entered by: EPOC Filer
Modified:

Amount claimed: $265660.24

History:
Details  18-1  05/11/2023  Claim #18 filed by Cooke, Colleen, Amount claimed: $265660.24 (EPOC Filer)

Description:
Remarks:

Creditor:  (17809529)
Village of Amityville
21 Ireland Place
Amityville, NY 11701

**Claim No: 19**
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023

Status:
Filed by: CR
Entered by: BJM
Modified: 05/11/2023

Amount claimed: $0.00

History:
Details  19-1  05/11/2023  Claim #19 filed by Village of Amityville, Amount claimed: $0.00 (BJM)

Description: (19-1) ENTERED IN ERROR
Remarks:

Creditor:  (18221527)
Amity Vacuum Inc.
272 Broadway
Amityville, NY 11701

**Claim No: 20**
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023

Status:
Filed by: CR
Entered by: BJM
Modified:

23-10254

Amount claimed: $10159.26

History:
Details  20-1  05/11/2023  Claim #20 filed by Amity Vacuum Inc., Amount claimed: $10159.26 (BJM)

Description: (20-1) Goods Sold
Remarks:

Creditor:  (17803854)
Kaufman, Beth Zelnick
Address on File

**Claim No: 21**
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023
Last Amendment Filed: 05/24/2023
Last Amendment Entered: 05/24/2023

Status:
Filed by: CR
Entered by: EPOC Filer
Modified: 05/24/2023

History:
Details  21-1  05/11/2023  Claim #21 filed by Kaufman, Beth Zelnick, Amount claimed: $2167250.00 (EPOC Filer)
Details  21-2  05/24/2023  Amended Claim #21 filed by Kaufman, Beth Zelnick, Amount claimed: $2229750.00 (EPOC Filer)
Details  21-3  05/24/2023  Amended Claim #21 filed by Kaufman, Beth Zelnick, Amount claimed: $2297250.00 (EPOC Filer)

Description:
Remarks:

Amityville, NY 11701
Amount claimed: $10159.26

Modified:

History:
Details ● 99-1  05/11/2023 Claim #99 filed by Amity Vacuum Inc., Amount claimed: $10159.26 (BJM)
Description: (99-1) Goods Sold
Remarks:

Creditor:    (17792440)
Kaufman, Beth Zelnick
Address on File

Claim No: 100
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023
Last Amendment Filed: 05/24/2023
Last Amendment Entered: 05/24/2023

Status:
Filed by: CR
Entered by: EPOC Filer
Modified: 05/24/2023

Amount claimed: $1797250.00
Priority claimed:    $15150.00

History:
Details ● 100-1  05/11/2023 Claim #100 filed by Kaufman, Beth Zelnick, Amount claimed: $1667250.00 (EPOC Filer)
Details ● 100-2  05/15/2023 Amended Claim #100 filed by Kaufman, Beth Zelnick, Amount claimed: $1667250.00 (EPOC Filer)
Details ● 100-3  05/24/2023 Amended Claim #100 filed by Kaufman, Beth Zelnick, Amount claimed: $1729750.00 (EPOC Filer)
Details ● 100-4  05/24/2023 Amended Claim #100 filed by Kaufman, Beth Zelnick, Amount claimed: $1797250.00 (EPOC Filer)
Description:
Remarks:

Creditor:    (17794063)
Nebraska Department of Revenue
PO Box 94818
Lincoln, NE 68509-4818

Claim No: 101
Original Filed Date: 05/11/2023
Original Entered Date: 05/11/2023

Status:
Filed by: CR
Entered by: EPOC Filer
Modified:

Amount claimed: $2354.95
Priority claimed: $2243.80

History:
Details ● 101-1  05/11/2023 Claim #101 filed by Nebraska Department of Revenue, Amount claimed: $2354.95 (EPOC Filer)
Description:
Remarks: (101-1) Account Number (last 4 digits):3561

Creditor:    (17788084)
Aslam, Farhan
Address on File

Claim No: 102
Original Filed Date: 05/12/2023
Original Entered Date: 05/12/2023

Status:
Filed by: CR
Entered by: EPOC Filer
Modified:

No amounts claimed

History:
Details ● 102-1  05/12/2023 Claim #102 filed by Aslam, Farhan, Amount claimed: (EPOC Filer)
Description:
Remarks: (102-1) Filer Comment: see attachment A

Creditor:    (18156991)
Sandhya Goyal
11 David Court

Claim No: 103
Original Filed Date: 05/12/2023
Original Entered Date: 05/12/2023

Status:
Filed by: CR
Entered by: EPOC Filer

*Creditor:* (17812437)
Cooke, Colleen
Address on File

**Claim No: 100**
*Original Filed Date:* 05/11/2023
*Original Entered Date:* 05/11/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

Amount claimed: $265660.24

*History:*
Details  100-1  05/11/2023  Claim #100 filed by Cooke, Colleen, Amount claimed: $265660.24 (EPOC Filer)
*Description:*
*Remarks:*

---

*Creditor:* (17816648)
Morelli, Thomas
Address on File

**Claim No: 101**
*Original Filed Date:* 05/11/2023
*Original Entered Date:* 05/11/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

Amount claimed: $301480.08

*History:*
Details  101-1  05/11/2023  Claim #101 filed by Morelli, Thomas, Amount claimed: $301480.08 (EPOC Filer)
*Description:*
*Remarks:*

---

*Creditor:* (18221525)
Amity Vacuum Inc.
272 Broadway
Amityville, NY 11701

**Claim No: 102**
*Original Filed Date:* 05/11/2023
*Original Entered Date:* 05/11/2023

*Status:*
*Filed by:* CR
*Entered by:* BJM
*Modified:*

23-10253

Amount claimed: $10159.26

*History:*
Details  102-1  05/11/2023  Claim #102 filed by Amity Vacuum Inc., Amount claimed: $10159.26 (BJM)
*Description:* (102-1) Goods Sold
*Remarks:*

---

*Creditor:* (17815269)
Kaufman, Beth Zelnick
Address on File

**Claim No: 103**
*Original Filed Date:* 05/11/2023
*Original Entered Date:* 05/11/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

Amount claimed: $500000.00

*History:*
Details  103-1  05/11/2023  Claim #103 filed by Kaufman, Beth Zelnick, Amount claimed: $500000.00 (EPOC Filer)
*Description:*
*Remarks:*

---

*Creditor:* (18221728)
CCH Incorporated
PO Box 4307
Carol Stream, IL 60197-4307

**Claim No: 104**
*Original Filed Date:* 05/12/2023
*Original Entered Date:* 05/12/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*History:*
Details  104-1  05/12/2023  Claim #104 filed by CCH Incorporated, Amount claimed: $8961.00 (EPOC Filer)
*Description:*
*Remarks:* (104-1) Account Number (last 4 digits):6833

AMITY VACUUM INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against Akorn Operating Company LLC or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than $8,008.71, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-10255-KBO. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, AMITY VACUUM INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

AMITY VACUUM INC ("Seller")
272 BROADWAY
AMITYVILLE, NY 11701

Signature: _____  Date: 2/13/24
Print Name: DANIEL WOLF
Phone: _____
Email: _____  (print clearly)
Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature: _____

Fred Glass, Member Fair Harbor Capital, LLC
Victor Kna