Form 210A (10/06)

# United States Bankruptcy Court
## District of Delaware

In re:        **Akorn Operating Company LLC**
Case No.    **23-10255, Jointly Administered Under Case No 23-10253**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
**Fair Harbor Capital, LLC**
    As assignee of CWIH Casters Wheels Industrial

**Name of Transferor:**
    CWIH Casters Wheels Industrial

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): 40
Amount of Claim: $1,998.70
Date Claim Filed:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Fair harbor Capital LLC
PO Box 237037
New York, NY 10023

**CWIH Casters Wheels Industrial**
8 Engineers Lne

Farmingdale, NY  11735

Name and Address where transferee payments
should be sent (if different from above):

  SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____   Date:_____Wednesday, July 24, 2024__
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# District of Delaware

In re:     **Akorn Operating Company LLC**
Case No.   **23-10255,Jointly Administered Under Case No 23-10253**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. 40  (if known)**

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

| **Name of Transferee:** | **Name of Alledged Transferor:** |
|---|---|
| Fair Harbor Capital, LLC | CWIH Casters Wheels Industrial |
| As assignee of CWIH Casters Wheels Industrial | |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty
(20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                                        Clerk of the Court

Air & Power Transmission Inc.
81 Gazza Boulevard
Suite 1
Farmingdale, NY 11735

Amount claimed: $4987.23

*Original Filed Date:* 04/03/2023
*Original Entered Date:* 04/03/2023

*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*History:*

Details  36-1  04/03/2023 Claim #36 filed by Air & Power Transmission Inc., Amount claimed: $4987.23 (EPOC Filer)

*Description:*
*Remarks:*

---

*Creditor:*  (17812930)
DIRECT ENERGY BUSINESS MARKETING LLC
PO BOX 32179
NEW YORK, NY 10087-2179

Amount claimed: $41144.72
Priority claimed: $16431.57

**Claim No: 37**
*Original Filed Date:* 04/04/2023
*Original Entered Date:* 04/04/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*History:*

Details  37-1  04/04/2023 Claim #37 filed by DIRECT ENERGY BUSINESS MARKETING LLC, Amount claimed: $41144.72 (EPOC Filer)

*Description:*
*Remarks:* (37-1) Account Number (last 4 digits):7045

---

*Creditor:*  (17813729)
FILAMATIC
4119 FORDLEIGH RD
BALTIMORE, MD 21215

Amount claimed: $18528.06

**Claim No: 38**
*Original Filed Date:* 04/04/2023
*Original Entered Date:* 04/04/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*History:*

Details  38-1  04/04/2023 Claim #38 filed by FILAMATIC, Amount claimed: $18528.06 (EPOC Filer)

*Description:*
*Remarks:* (38-1) Account Number (last 4 digits):0761

---

*Creditor:*  (18110045)
Cassone Leasing Inc.
1900 LAKELAND AVE
RONKONKOMA, NY 11779-1900

Amount claimed: $4416.30

**Claim No: 39**
*Original Filed Date:* 04/04/2023
*Original Entered Date:* 04/04/2023

*Status:*
*Filed by:* CR
*Entered by:* EPOC Filer
*Modified:*

*History:*

Details  39-1  04/04/2023 Claim #39 filed by Cassone Leasing Inc., Amount claimed: $4416.30 (EPOC Filer)

*Description:*
*Remarks:*

---

*Creditor:*  (18110050)
CWIH Inc.

**Claim No: 40**
*Original Filed Date:* 04/04/2023

*Status:*
*Filed by:* CR

23-10255

*History:*

Details  40-1  04/04/2023 Claim #40 filed by CWIH Inc., Amount claimed: $1998.70 (EPOC Filer)

*Description:*
*Remarks:*

    8 Engineers Lane                              *Original Entered Date*: 04/04/2023        *Entered by*: EPOC Filer
    Farmingdale, NY 11735-8                                                       *Modified*:

  Amount claimed: $1998.70

*History*:
  Details    40-1    04/04/2023 Claim #40 filed by CWIH Inc., Amount claimed: $1998.70 (EPOC Filer)

*Description*:
*Remarks*:

*Creditor*:        (17820097)              **Claim No: 41**                              *Status*:
Tucker Company Worldwide, Inc.      *Original Filed Date*: 04/04/2023         *Filed by*: CR
Jeff Tucker                                 *Original Entered Date*: 04/04/2023       *Entered by*: EPOC Filer
56 N. Haddon Ave.                                                               *Modified*:
2nd Floor
Haddonfield, NJ 08033

  Amount claimed: $145768.65

*History*:
  Details    41-1    04/04/2023 Claim #41 filed by Tucker Company Worldwide, Inc., Amount claimed: $145768.65
                      (EPOC Filer)

*Description*:
*Remarks*:

*Creditor*:        (17810472)              **Claim No: 42**                              *Status*:
Akorn Operating Company, LLC        *Original Filed Date*: 04/05/2023        *Filed by*: CR
Paul Cross                                    *Original Entered Date*: 04/05/2023       *Entered by*: EPOC Filer
6525 The Corners Parkway                                                    *Modified*:
Suite 200
Peachtree Corners, GA 30092

  Amount claimed: $17511.31

*History*:
  Details    42-1    04/05/2023 Claim #42 filed by Akorn Operating Company, LLC, Amount claimed: $17511.31 (EPOC
                      Filer)

*Description*:
*Remarks*: (42-1) Account Number (last 4 digits):1242

*Creditor*:        (18110121)              **Claim No: 43**                              *Status*:
Airgas USA LLC                             *Original Filed Date*: 04/05/2023        *Filed by*: CR
6055 Rockside Woods Blvd               *Original Entered Date*: 04/05/2023       *Entered by*: EPOC Filer
Independence, OH 44131-6055                                          *Modified*:

  Amount claimed: $5623.02

*History*:
  Details    43-1    04/05/2023 Claim #43 filed by Airgas USA LLC, Amount claimed: $5623.02 (EPOC Filer)

*Description*:
*Remarks*: (43-1) Account Number (last 4 digits):6456

*Creditor*:        (17819857)              **Claim No: 44**                              *Status*:
THE SPEAR GROUP LLC                *Original Filed Date*: 04/05/2023        *Filed by*: CR

*History*:
  Details    44-1    04/05/2023 Claim #44 filed by THE SPEAR GROUP LLC, Amount claimed: $61157.00 (EPOC Filer)

*Description*:
*Remarks*:

CWIH CASTERS WHEELS INDUSTRIAL ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against **Akorn Operating Company LLC** or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$1,998.70**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-10255-KBO. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, CWIH CASTERS WHEELS INDUSTRIAL (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

CWIH CASTERS WHEELS INDUSTRIAL ("Seller")
8 ENGINEERS LANE
FARMINGDALE, NY 11735

Signature: _Shari Avena_  Date: 2/20/24
Print Name: Shari Avena
Phone:
Email:
Updated Address (If Changed):

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature:
Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox