# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** <br> Akorn Holding Company LLC | **Chapter:** 7 |
| **EIN:** 85−2979190 | **Case No.:** 23−10253−KBO |
| | Claim No.* (if known): 467−1 <br> Amount (if known): $5,177.50 |

**NOTICE OF TRANSFER OF CLAIM**

To Equine Network Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 7/23/2024, a Transfer of Claim was filed with this Court purporting to transfer to Argo Partners, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court <br> District of Delaware <br> 824 Market Street <br> Wilmington, DE 19801 | Argo Partners <br> 12 West 37th Street <br> Ste 900 <br> New York, NY 10018 |

Dated: 07/25/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:     Case No. 23-10253-KBO
Akorn Holding Company LLC     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 7
Date Rcvd: Jul 23, 2024     Form ID: trclaim     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 17790447 | EQUINE NETWORK, PO BOX 208347, DALLAS, TX 75320-8347 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 25, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Alexander R. Steiger | on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyssa M. Radovanovich | on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com |
| Alyssa M. Radovanovich | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com |
| Amish R. Doshi | on behalf of Creditor Oracle America Inc. amish@doshilegal.com |
| Amy D. Brown | on behalf of Creditor Weldon Chin abrown@gsbblaw.com |

District/off: 0311-1            User: admin            Page 2 of 7
Date Rcvd: Jul 23, 2024            Form ID: trclaim            Total Noticed: 1

Andrew Warner
on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn
on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming
on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
on behalf of Interested Party Term Lender Group agains@gibsondunn.com
MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park
on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com
austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne
on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com,
mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
on behalf of Interested Party Capstone Parent LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller
on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

District/off: 0311-1 User: admin Page 3 of 7
Date Rcvd: Jul 23, 2024 Form ID: trclaim Total Noticed: 1

Evan T. Miller
    on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com  robyn.warren@saul.com

Fernando Menendez, Jr
    on behalf of Creditor Leadiant Biosciences  Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II
    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com  scarney@mdmc-law.com

Geoffrey G. Grivner
    on behalf of Creditor Teva Pharmaceuticals USA  Inc. geoffrey.grivner@bipc.com,
    sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
    gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio
    on behalf of Interested Party Veronica Development Associates  LLC gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
    on behalf of Interested Party DW Healthcare Partners  Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW
    Healthcare Affiliates V, LP gtaylor@ashbygeddes.com,
    kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen
    on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com
    msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh
    on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN
    on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com  NYCDocket@seyfarth.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Information Management  LLC jmp@bostonbusinesslaw.com

James Tobia
    on behalf of Creditor Henderson Constructors  Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan
    on behalf of Interested Party Prestige Consumer Healthcare  Inc. jccarignan@duanemorris.com

James E. Huggett
    on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett
    on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett
    on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com,
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

James E. Huggett
    on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com
    tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@
    notify.bestcase.com

Jared W Kochenash
    on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash
    on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash
    on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell
    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Medical-Surgical  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com  dtroiano@delawarefirm.com

Jason Custer Powell

Case 23-10253-KBO    Doc 902    Filed 07/25/24    Page 5 of 8

| District/off: 0311-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jul 23, 2024 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jeffrey Garfinkle | |
| | on behalf of Defendant McKesson Medical-Surgical  Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | |
| | on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | |
| | on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | |
| | on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey M. Carbino | |
| | on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | |
| | on behalf of Creditor DiFazio Power & Electric  LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | |
| | on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| John T. Carroll, III | |
| | on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Jordana Linder Renert | |
| | on behalf of Interested Party PAI Holdings  LLC jrenert@lowenstein.com |
| Joseph M Mulvihill | |
| | on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | |
| | on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | |
| | on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Karen C. Bifferato | |
| | on behalf of Creditor Stira Pharmaceuticals  LLC kbifferato@connollygallagher.com |
| Karen M. Grivner | |
| | on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com  kwebster@clarkhill.com |
| Kate R. Buck | |
| | on behalf of Creditor HYG Financial Service  Inc. kbuck@mccarter.com |
| Kenneth S. Leonetti | |
| | on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com |
| Kevin G. Collins | |
| | on behalf of Interested Party Argo Partners II  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kimberly A. Walsh | |
| | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kristin Radwanick | |
| | on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov |
| L. Katherine Good | |
| | on behalf of Interested Party Capstone Parent  LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laura Davis Jones | |
| | on behalf of Interested Party Term Lender Group ljones@pszjlaw.com  efile1@pszjlaw.com |
| Laura Davis Jones | |
| | on behalf of Other Prof. Credit Suisse Asset Management  LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | |
| | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |

District/off: 0311-1 User: admin Page 5 of 7
Date Rcvd: Jul 23, 2024 Form ID: trclaim Total Noticed: 1

| | |
|---|---|
| Maria Kotsiras | on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | on behalf of Creditor Managed Health Care Associates  Inc. mark@saccullolegal.com |
| Mark T Hurford | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Martin A. Mooney | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| Matthew Williams | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew B. Goeller | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Michael Morris | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us  radkeke@doj.state.wi.us |
| Michael David DeBaecke | on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | on behalf of Creditor Cedar Brook 5 Corporate Center  L.P. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | on behalf of Creditor Leadiant Biosciences  Inc. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com |
| Michelle G. Novick | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |
| Morton R. Branzburg | on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com  jtaylor@klehr.com |
| Morton R. Branzburg | on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com |
| Morton R. Branzburg | |

| | |
|---|---|
| | on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com |
| Natasha M. Songonuga | |
| | on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com  ERosen@VTrusteellc.com |
| Nicolas Jenner | |
| | on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Paige Noelle Topper | |
| | on behalf of Defendant McKesson Medical-Surgical  Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | |
| | on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com  cassandra.joyner@saul.com |
| Paige Noelle Topper | |
| | on behalf of Defendant Cardinal Health  Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | |
| | on behalf of Defendant McKesson Corporation paige.topper@saul.com  cassandra.joyner@saul.com |
| Paige Noelle Topper | |
| | on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com |
| Patrick A. Jackson | |
| | on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com |
| Peter J Keane | |
| | on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com |
| Rafael Xavier Zahralddin-Aravena | |
| | on behalf of Creditor Galenicum Health  S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com. |
| Ricardo Palacio, Esq | |
| | on behalf of Creditor Qualanex  LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com |
| Richard L. Schepacarter | |
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert J. Dehney | |
| | on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Roberto Jose Ristorucci | |
| | on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com |
| Samuel Robert Grego | |
| | on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com  sgrego@dmclaw.com |
| Scott Alan Zuber | |
| | on behalf of Creditor Cardinal Health szuber@csglaw.com  ecf@csglaw.com |
| Scott J Greenberg | |
| | on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com |
| Scott L. Fleischer | |
| | on behalf of Creditor Interior Specialty Construction  Inc. sfleischer@barclaydamon.com |
| Seth A. Niederman | |
| | on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com |
| Shai Schmidt | |
| | on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com  mao@glennagre.com |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon E. Fraser | |
| | on behalf of Trustee George L. Miller sfraser@cozen.com  sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com |
| Sophie Rogers Churchill | |
| | on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Steven C. Reingold | |

Case 23-10253-KBO    Doc 902    Filed 07/25/24    Page 8 of 8

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 7 of 7 |
| Date Rcvd: Jul 23, 2024 | Form ID: trclaim | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com |
| Steven L. Caponi | on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Susan E. Kaufman | on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com |
| Tamara K. Mann | on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Terri Jane Freedman | on behalf of Creditor Cardinal Health tfreemen@csglaw.com |
| Thomas T Janover | on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com |
| Tori Lynn Remington | on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| Turner Falk | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William J. Burnett | on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| Zachary I Shapiro | on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

TOTAL: 142