# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** <br> Akorn Holding Company LLC | **Chapter:** 7 |
| **EIN:** 85–2979190 | **Case No.:** 23–10253–KBO |
| | Claim No.* (if known): 10 <br> Amount (if known): $9,233.13 |

### NOTICE OF TRANSFER OF CLAIM

To HEMLOCK ASSOCIATES INC Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 07/23/2024, a Transfer of Claim was filed with this Court purporting to transfer to Argo Partners, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court <br> District of Delaware <br> 824 Market Street <br> Wilmington, DE 19801 | Argo Partners <br> 12 West 37th Street, Ste 900 <br> New York, NY 10018 |

Dated: 07/26/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-10253-KBO
Akorn Holding Company LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 7
Date Rcvd: Jul 24, 2024      Form ID: trclaim      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 17791688 | + HEMLOCK ASSOCIATES INC, 638 LARKFIELD ROAD, EAST NORTHPORT, NY 11731-4922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Adam Hiller
     on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com

Adam Hiller
     on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com

Adam G. Landis
     on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com
     brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alexander R. Steiger
     on behalf of Interested Party Consortium steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alyssa M. Radovanovich
     on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com

Alyssa M. Radovanovich
     on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com

Amish R. Doshi
    on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Amy D. Brown
    on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner
    on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
    on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn
    on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming
    on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
    on behalf of Interested Party Term Lender Group agains@gibsondunn.com MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park
    on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
    on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
    on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com, mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
    on behalf of Interested Party Capstone Parent LLC lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
    on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
    on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
    on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
    on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
    on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
    on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
    on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

Evan T. Miller
on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr
on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II
on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner
on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio
on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen
on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh
on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN
on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle
on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia
on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan
on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett
on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jared W Kochenash
on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash
on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash
on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell
on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Medical-Surgical Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Medical-Surgical Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey M. Carbino
    on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Creditor DiFazio Power & Electric LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

John T. Carroll, III
    on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Jordana Linder Renert
    on behalf of Interested Party PAI Holdings LLC jrenert@lowenstein.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Karen C. Bifferato
    on behalf of Creditor Stira Pharmaceuticals LLC kbifferato@connollygallagher.com

Karen M. Grivner
    on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com kwebster@clarkhill.com

Kate R. Buck
    on behalf of Creditor HYG Financial Service Inc. kbuck@mccarter.com

Kenneth S. Leonetti
    on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com

Kevin G. Collins
    on behalf of Interested Party Argo Partners II LLC kevin.collins@btlaw.com, klytle@btlaw.com

Kimberly A. Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kristin Radwanick
    on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov

L. Katherine Good
    on behalf of Interested Party Capstone Parent LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laura Davis Jones
    on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

District/off: 0311-1  User: admin  Page 5 of 7
Date Rcvd: Jul 24, 2024  Form ID: trclaim  Total Noticed: 1

| | |
|---|---|
| | on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | |
| | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |
| Maria Kotsiras | |
| | on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | |
| | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | |
| | on behalf of Creditor Managed Health Care Associates Inc. mark@saccullolegal.com |
| Mark T Hurford | |
| | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Martin A. Mooney | |
| | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com |
| Matthew Williams | |
| | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Michael Morris | |
| | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael David DeBaecke | |
| | on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | |
| | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | |
| | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Cedar Brook 5 Corporate Center L.P. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Leadiant Biosciences Inc. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | |
| | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com |
| Michelle G. Novick | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |

Case 23-10253-KBO    Doc 903    Filed 07/26/24    Page 7 of 8

| District/off: 0311-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: trclaim | Total Noticed: 1 |

Morton R. Branzburg
    on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com jtaylor@klehr.com

Natasha M. Songonuga
    on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com ERosen@VTrusteellc.com

Nicolas Jenner
    on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper
    on behalf of Defendant McKesson Medical-Surgical Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant Cardinal Health Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Corporation paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    paige.topper@saul.com, cassandra.joyner@saul.com

Patrick A. Jackson
    on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com

Peter J Keane
    on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena
    on behalf of Creditor Galenicum Health S.L.U. Rafael.Zahralddin@lewisbrisbois.com,
    rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq
    on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com,
    kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Dehney
    on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com
    robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Roberto Jose Ristorucci
    on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com

Samuel Robert Grego
    on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com

Scott Alan Zuber
    on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com

Scott J Greenberg
    on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com

Scott L. Fleischer
    on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com

Scott L. Fleischer
    on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com

Seth A. Niederman
    on behalf of Interested Party Bionpharma sniederman@foxrothschild.com
    msteen@foxrothschild.com;r59257@notify.bestcase.com

Shai Schmidt
    on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com mao@glennagre.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon E. Fraser

| District/off: 0311-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: trclaim | Total Noticed: 1 |

    on behalf of Trustee George L. Miller sfraser@cozen.com  sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Sophie Rogers Churchill
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Steven C. Reingold
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com

Steven L. Caponi
    on behalf of Interested Party Syneos Health steven.caponi@klgates.com  alyssa.domorod@klgates.com

Susan E. Kaufman
    on behalf of Interested Party Sullivan Contractors  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Interior Specialty Construction  Inc. skaufman@skaufmanlaw.com

Tamara K. Mann
    on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Terri Jane Freedman
    on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Thomas T Janover
    on behalf of Creditor PineBridge Investments  LLC tjanover@kramerlevin.com

Tori Lynn Remington
    on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William F. Taylor, Jr
    on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William J. Burnett
    on behalf of Creditor Gerresheimer Glass  LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Zachary I Shapiro
    on behalf of Interested Party Consortium shapiro@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 142