# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Akorn Holding Company LLC

**EIN:** 85−2979190

**Chapter:** 7

**Case No.:** 23−10253−KBO

Claim No.* (if known): 40  
Amount (if known): $

## NOTICE OF TRANSFER OF CLAIM

To CWIH Casters Wheel Industrial Claimant/Transferor:

YOU ARE HEREBY NOTIFIED that on 7/24/2024, a Transfer of Claim was filed with this Court purporting to transfer to Fair Harbor Capital, LLC, Transferee, a claim previously filed by you.

Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court  
United States Bankruptcy Court  
District of Delaware  
824 Market Street  
Wilmington, DE 19801

Transferee

Fair Harbor Capital LLC  
PO Box 237037  
New York, NY 10023

Dated: 7/27/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-10253-KBO
Akorn Holding Company LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 7
Date Rcvd: Jul 25, 2024     Form ID: trclaim     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17789790 | + | CWIH CASTERS WHEELS INDUSTRIAL, 8 ENGINEERS LANE, FARMINGDALE, NY 11735-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Hiller | on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com |
| Adam Hiller | on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com |
| Adam G. Landis | on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com |
| Alexander R. Steiger | on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Alyssa M. Radovanovich | on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com |
| Alyssa M. Radovanovich | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com |

District/off: 0311-1                              User: admin                                   Page 2 of 7
Date Rcvd: Jul 25, 2024                           Form ID: trclaim                              Total Noticed: 1

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Amy D. Brown
    on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner
    on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
    on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn
    on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming
    on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
    andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
    on behalf of Interested Party Term Lender Group agains@gibsondunn.com
    MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park
    on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com
    austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
    on behalf of Interested Party DW Healthcare Partners  Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
    on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
    on behalf of Creditor Package Development Company  Inc. casantaniello@pbnlaw.com,
    mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
    on behalf of Interested Party Capstone Parent  LLC
    lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
    on behalf of Interested Party Prestige Consumer Healthcare  Inc. cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
    curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Kuehne + Nagel  Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
    on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
    bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
    on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
    on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
    on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
    on behalf of Creditor Chicago Infill Properties  LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
    on behalf of Interested Party PAI Holdings  LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller

    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller

    on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

Evan T. Miller

    on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr

    on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II

    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner

    on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller

    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio

    on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor

    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen

    on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh

    on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN

    on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle

    on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia

    on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan

    on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett

    on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

    on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

    on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jared W Kochenash

    on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash

    on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell

    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

District/off: 0311-1      User: admin      Page 4 of 7
Date Rcvd: Jul 25, 2024      Form ID: trclaim      Total Noticed: 1

| | |
|---|---|
| Jason Custer Powell | on behalf of Defendant McKesson Medical-Surgical Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Medical-Surgical Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey M. Carbino | on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor DiFazio Power & Electric LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| John T. Carroll, III | on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Jordana Linder Renert | on behalf of Interested Party PAI Holdings LLC jrenert@lowenstein.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Karen C. Bifferato | on behalf of Creditor Stira Pharmaceuticals LLC kbifferato@connollygallagher.com |
| Karen M. Grivner | on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com kwebster@clarkhill.com |
| Kate R. Buck | on behalf of Creditor HYG Financial Service Inc. kbuck@mccarter.com |
| Kenneth S. Leonetti | on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com |
| Kevin G. Collins | on behalf of Interested Party Argo Partners II LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kristin Radwanick | on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov |
| L. Katherine Good | on behalf of Interested Party Capstone Parent LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laura Davis Jones | on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com |
| Laura Davis Jones | |

Case 23-10253-KBO    Doc 904    Filed 07/27/24    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 7 |
| Date Rcvd: Jul 25, 2024 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | |
| | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |
| Maria Kotsiras | |
| | on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | |
| | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | |
| | on behalf of Creditor Managed Health Care Associates Inc. mark@saccullolegal.com |
| Mark T Hurford | |
| | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Martin A. Mooney | |
| | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com |
| Matthew Williams | |
| | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Michael Morris | |
| | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael David DeBaecke | |
| | on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | |
| | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | |
| | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Cedar Brook 5 Corporate Center L.P. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Leadiant Biosciences Inc. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | |
| | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com |
| Michelle G. Novick | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |

District/off: 0311-1 | User: admin | Page 6 of 7
Date Rcvd: Jul 25, 2024 | Form ID: trclaim | Total Noticed: 1

Morton R. Branzburg
    on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com jtaylor@klehr.com

Natasha M. Songonuga
    on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com ERosen@VTrusteellc.com

Nicolas Jenner
    on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper
    on behalf of Defendant McKesson Medical-Surgical Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant Cardinal Health Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Corporation paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com

Patrick A. Jackson
    on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com

Peter J Keane
    on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena
    on behalf of Creditor Galenicum Health S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq
    on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Dehney
    on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Roberto Jose Ristorucci
    on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com

Samuel Robert Grego
    on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com

Scott Alan Zuber
    on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com

Scott J Greenberg
    on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com

Scott L. Fleischer
    on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com

Scott L. Fleischer
    on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com

Seth A. Niederman
    on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com

Shai Schmidt
    on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com mao@glennagre.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon E. Fraser

District/off: 0311-1     User: admin     Page 7 of 7
Date Rcvd: Jul 25, 2024     Form ID: trclaim     Total Noticed: 1

on behalf of Trustee George L. Miller sfraser@cozen.com sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Steven C. Reingold
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com

Steven L. Caponi
on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com

Susan E. Kaufman
on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com

Tamara K. Mann
on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Terri Jane Freedman
on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Thomas T Janover
on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com

Tori Lynn Remington
on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

William F. Taylor, Jr
on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William J. Burnett
on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Zachary I Shapiro
on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 142