## **Exhibit A**

Certificate of Revival

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF REVIVAL OF "AKORN HOLDING COMPANY LLC", FILED IN THIS OFFICE ON THE TWENTY-FIFTH DAY OF JULY, A.D. 2024, AT 11:24 O`CLOCK A.M.




3578381  8100  
SR# 20243233209  

Authentication: 204017730  
Date: 07-25-24  

You may verify this certificate online at corp.delaware.gov/authver.shtml

## CERTIFICATE OF REVIVAL

## OF

## AKORN HOLDING COMPANY LLC

This Certificate of Revival is being executed as of July 24, 2024 for the purpose of causing the revival of Akorn Holding Company LLC (the "Company") pursuant to Section 18-1109 of the Delaware Limited Liability Company Act, 6 Del. C. §§ 18-101 et seq.

The undersigned hereby certifies as follows:

1.  The name of the Company at the time its Certificate of Formation was forfeited, and the name under which the Company is to be revived, is Akorn Holding Company LLC.

2.  The Company's Certificate of Formation was originally filed in the Office of the Secretary of State of the State of Delaware on September 2, 2020.

3.  The registered office of the Company in the State of Delaware is located at 1201 North Market Street, P.O. Box 1347, 18th Floor, P.O. Box 1347, Wilmington, New Castle County, Delaware (19901). The name of the Company's registered agent for service of process at such address is Delaware Corporation Organizers, Inc.

4.  This Certificate of Revival is being filed by one or more persons authorized to execute and file this certificate in order to revive the Company.

IN WITNESS WHEREOF, the undersigned, authorized person, has executed this Certificate of Revival as of the day and year first above written.

By: /s/ Lloyd A. Sprung
Name: Lloyd A. Sprung
Authorized Person

Lloyd A. Sprung

18092431.1

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:24 AM 07/25/2024
FILED 11:24 AM 07/25/2024
SR 20243233209 - File Number 3578381