**CERTIFICATE OF SERVICE**

I, Daniel B. Butz, do hereby certify that on July 31, 2024, I caused copies of the *Debtors' Reply in Further Support of Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and by email upon the parties listed in **Exhibit A**.

*/s/ Daniel B. Butz*
Daniel B. Butz (No. 4227)

**Exhibit A**

John T. Carroll, III
Simon E. Fraser
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Counsel to George L. Miller, Chapter 7 Trustee
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle
Cozen O'Connor
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
Counsel to George L. Miller, Chapter 7 Trustee
daviddoyle@cozen.com

George L. Miller
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110
gmiller@mctllp.com

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov;

Joseph M. Mulvihill, Esq.
Matthew Barry Lunn, Esq.
Jared W Kochenash, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Counsel to the Debtors
jmulvihill@ycst.com;
mlunn@ycst.com;
jkochenash@ycst.com;

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
Counsel to the Term Lender Group
ljones@pszjlaw.com;
pkeane@pszjlaw.com;

Scott J. Greenberg, Esq.
Steven A. Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Counsel to the Term Lender Group
sgreenberg@gibsondunn.com;
sdomanowski@gibsondunn.com;
mjwilliams@gibsondunn.com;
clwilson@gibsondunn.com;
agains@gibsondunn.com;
Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
Counsel to McKesson Corporation
jgarfinkle@buchalter.com;

Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801
Counsel to Prestige Consumer Healthcare, Inc.
cmwinter@duanemorris.com;
jccarignan@duanemorris.com;

Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue

8th Floor
Wilmington, DE 19899-1150
Counsel to Westmount Realty Capital, LLC
MDeBaecke@ashbygeddes.com;

Eric D. Kaplan, Esq.
Kaplan & Gournis, PC
180 N. LaSalle Street
Suite 2108
Chicago, IL 60601
Counsel to Westmount Realty Capital, LLC
ekaplan@kpglaw.com;

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
Counsel to AmerisourceBergen Drug Corporation
myurkewicz@klehr.com;

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
Counsel to AmerisourceBergen Drug Corporation
mbranzburg@klehr.com;

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
Counsel to SGS North America Inc.
nsongonuga@gibbonslaw.com;

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
Counsel to SGS North America Inc.
btheisen@gibbonslaw.com;

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
Counsel to Iron Mountain Information Management, LLC
jmp@bostonbusinesslaw.com;

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
Counsel to MidCap Funding IV Trust
landis@lrclaw.com;
mcguire@lrclaw.com;
jenner@lrclaw.com;

Charles A. Dale, Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110
Counsel to MidCap Funding IV Trust
cdale@proskauer.com;

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
Counsel to MidCap Funding IV Trust
vindelicato@proskauer.com;
mvolin@proskauer.com;

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street
Suite 2600
Chicago, IL 60601
Counsel to MidCap Funding IV Trust

kstevens@vedderprice.com;

Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
Counsel to Thermo Fisher Scientific Entities
bmanne@tuckerlaw.com;
mthomas@tuckerlaw.com;

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210
#227
Wilmington, Delaware 19801
Counsel to Thermo Fisher Scientific Entities
ahiller@adamhillerlaw.com;

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Counsel to Cardinal Health
szuber@csglaw.com;
tfreedman@csglaw.com;

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
Counsel to Cardinal Health
ahiller@adamhillerlaw.com;

Cheryl A. Santaniello, Esq.
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
Counsel to Package Development
Company, Inc.
casantaniello@pbnlaw.com;

Assistant Attorney General

S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Counsel to State of Wisconsin,
Department of Health Services
murphysm@doj.state.wi.us;

Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE 19899
Counsel to Bionpharma
sniederman@foxrothschild.com;

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103 19103
Counsel to Bionpharma
mmenkowitz@foxrothschild.com;

Andrew Warner
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
andrew.warner@usdoj.gov;

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
Counsel to Interior Specialty Construction, Inc.
and Sullivan Contractors LLC
sfleischer@barclaydamon.com;

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
Counsel to Henderson Constructors, Inc.

jtobia@tobialaw.com;

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801-1160
Counsel to Prestige Brands SPE Lender, LLC
cmwinter@duanemorris.com;

Laura L. McCloud
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207
agbankdelaware@ag.tn.gov;

Andrew J. Gershon, Assistant Attorney General
New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
Andrew.Gershon@ag.ny.gov;
William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street
Suite 400
Wilmington, DE 19801
Counsel to Gerresheimer Glass, LLC
william.burnett@flastergreenberg.com;

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street
Suite 2900
San Francisco
California 94105-3493
Counsel to Oracle America, Inc.
schristianson@buchalter.com;

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042

Counsel to Oracle America, Inc.
amish@doshilegal.com;

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Counsel to Ethypharm S.A.S.
scott.bowling@bakerbotts.com;

Kevin Chiu, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201-2980
Counsel to Ethypharm S.A.S.
kevin.chiu@bakerbotts.com;

John Nusbaum
Michael Hunschofsky
Daniel Vazquez
Capital Management
510 Madison Avenue
17th Floor
New York, NY 10022
john.nusbaum@400capital.com;
mhunschofsky@400capital.com;
Dan.Vazquez@400capital.com;

Oliver Blum
Ernst & Young Limited
Maagpl. 1,
Zurich 8005
Counsel to Akorn International SARL
oliver.blum@ch.ey.com;

Christian Roos
Pestalozzi
Feldeggstrasse 4
8008 Zurich
Switzerland
Counsel to Akorn AG
christian.roos@pestalozzilaw.com;

Kate Roggio Buck, Esquire
McCarter & English LLP

405 North King Street,
8th Floor
Wilmington, DE 19801
Counsel to HYG Financial Service, Inc.
KBuck@mccarter.com;

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue
Suite 1014
Wilmington, DE 19801
Counsel to Philadelphia Indemnity Insurance Co.
gloomis@mdmc-law.com;

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Counsel to WSFS Institutional Services as TL Agent
andrew.goldman@wilmerhale.com;
nathan.moore@wilmerhale.com;

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
Counsel to Douglas Pharmaceuticals America Limited
hcohen@foxrothschild.com;

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road,
Suite 200
Warrington, PA 18976
Counsel to Douglas Pharmaceuticals America Limited
dseguine@foxrothschild.com;

Jeffrey Barber, Esq.

Jones Walker LLP
Suite 800
190 E Capitol St
Jackson, MS 39201
Counsel to OptiSource LLC
jbarber@joneswalker.com;

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
Counsel to OptiSource LLC
mbusenkell@gsbblaw.com;

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801
Counsel to CV II Gurnee LLC
kgrivner@clarkhill.com


Kevin H. Morse, Esq.
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
Counsel to CV II Gurnee LLC
kmorse@clarkhill.com

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
Counsel to Leadiant Biosciences, Inc.
mbusenkell@gsbblaw.com;

Fernando J. Menendez, Jr., Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
Counsel to Leadiant Biosciences, Inc.

fmenendez@sequorlaw.com;

Matthew G. Summers, Esquire
Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, Delaware 19801-3034
Counsel to M. Jacob & Sons, d/b/a MJS Packaging
summersm@ballardspahr.com;
vesperm@ballardspahr.com;

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy.
Suite 500
Southfield, Michigan 48075
Counsel to M. Jacob & Sons, d/b/a MJS Packaging
howard@jacobweingarten.com;
debra@jacobweingarten.com;

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave
Suite 300
Raleigh, NC 27609
Counsel to Sentiss AG
a.lee.hogewoodiii@klgates.com;
zechariah.etheridge@klgates.com;

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
Counsel to Sentiss AG
steven.caponi@klgates.com;
matthew.goeller@klgates.com;

Alfredo R. Pérez
Weil, Gotshal & Manges LLP

Theodore S. Heckel
700 Louisiana Street
Suite 1700
Houston, TX 77002-2784
Counsel to Laboratoires Théa SAS and Thea Pharma Inc.
alfredo.perez@weil.com;
theodore.heckel@weil.com;

Margaret F. England, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
Counsel to E.L. Pruitt Co.
mengland@gsbblaw.com;

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Counsel to the Consortium
hugh.murtagh@lw.com;
alexandra.zablocki@lw.com

Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Counsel to the Consortium
shapiro@rlf.com;
mathews@rlf.com;
steiger@rlf.com;

Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
Counsel to Hikma Pharmaceuticals USA Inc.
tori.remington@troutman.com;

Deborah Kovsky-Apap, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
Counsel to Hikma Pharmaceuticals USA Inc.
deborah.kovsky@troutman.com;

John R. Gardner, Esq.
Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, NC 27609
Counsel to Syneos Health
john.gardner@klgates.com;
emily.steele@klgates.com;

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
Counsel to Syneos Health
steven.caponi@klgates.com;
matthew.goeller@klgates.com;

L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Counsel to Capstone Parent, LLC
kgood@potteranderson.com;
csamis@potteranderson.com;
mkotsiras@potteranderson.com;

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Counsel to Capstone Parent, LLC
patricia.walsh@kirkland.com;
ryan.bennett@kirkland.com;

Roy Michael Roman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Counsel to Capstone Parent, LLC
roymichael.roman@kirkland.com;

Martin A. Mooney, Esquire
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
Albany, NY 12224-0341
Martin.mooney@ag.ny.gov;

Kimberly A. Walsh
Assistant Attorney General
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
sherri.simpson@oag.texas.gov;

Andrew K. Glenn, Shai Schmidt,
Richard C. Ramirez, Malak S. Doss
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Proposed Counsel to the Debtors
aglenn@glennagre.com;
sschmidt@glennagre.com;
rramirez@glennagre.com;
mdoss@glennagre.com;