# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Akorn Holding Company LLC | **Chapter:** 7 |
| **EIN:** 85−2979190 | **Case No.:** 23−10253−KBO |
| | Claim No.* (if known): 99<br>Amount (if known): $10,159.26 |

### NOTICE OF TRANSFER OF CLAIM

To Amity Vacuum Inc Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 07/24/2024, a Transfer of Claim was filed with this Court purporting to transfer to Fair Harbor Capital LLC, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 |

Dated: 07/31/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-10253-KBO
Akorn Holding Company LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 7
Date Rcvd: Jul 29, 2024     Form ID: trclaim     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17787840 | + | AMITY VACUUM INC, 272 BROADWAY, AMITYVILLE, NY 11701-2710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

**Name**      **Email Address**

Adam Hiller
    on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com

Adam Hiller
    on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com

Adam G. Landis
    on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alexander R. Steiger
    on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alyssa M. Radovanovich
    on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com

Alyssa M. Radovanovich
    on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com

Amish R. Doshi
    on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Amy D. Brown
    on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner
    on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
    on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn
    on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming
    on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
    on behalf of Interested Party Term Lender Group agains@gibsondunn.com MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park
    on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne
    on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
    on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
    on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com, mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
    on behalf of Interested Party Capstone Parent LLC lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
    on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller
    on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
    on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
    on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
    on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
    on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
    on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
    on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
    on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

Evan T. Miller
    on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr
    on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II
    on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner
    on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
    gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio
    on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
    on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen
    on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh
    on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN
    on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia
    on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan
    on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett
    on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
    on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
    on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
    on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jared W Kochenash
    on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash
    on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash
    on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell
    on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

Case 23-10253-KBO    Doc 911    Filed 07/31/24    Page 5 of 8

| District/off: 0311-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: trclaim | Total Noticed: 1 |

Jason Custer Powell
    on behalf of Defendant McKesson Medical-Surgical  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Custer Powell
    on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Medical-Surgical  Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Garfinkle
    on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

Jeffrey M. Carbino
    on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Creditor DiFazio Power & Electric  LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey M. Carbino
    on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

John T. Carroll, III
    on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com

Jordana Linder Renert
    on behalf of Interested Party PAI Holdings  LLC jrenert@lowenstein.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Joseph M Mulvihill
    on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com bankfilings@ycst.com

Karen C. Bifferato
    on behalf of Creditor Stira Pharmaceuticals  LLC kbifferato@connollygallagher.com

Karen M. Grivner
    on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com kwebster@clarkhill.com

Kate R. Buck
    on behalf of Creditor HYG Financial Service  Inc. kbuck@mccarter.com

Kenneth S. Leonetti
    on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com

Kevin G. Collins
    on behalf of Interested Party Argo Partners II  LLC kevin.collins@btlaw.com, klytle@btlaw.com

Kimberly A. Walsh
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kristin Radwanick
    on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov

L. Katherine Good
    on behalf of Interested Party Capstone Parent  LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Laura Davis Jones
    on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones

Case 23-10253-KBO    Doc 911    Filed 07/31/24    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 7 |
| Date Rcvd: Jul 29, 2024 | Form ID: trclaim | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | |
| | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |
| Maria Kotsiras | |
| | on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | |
| | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | |
| | on behalf of Creditor Managed Health Care Associates Inc. mark@saccullolegal.com |
| Mark T Hurford | |
| | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Martin A. Mooney | |
| | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com |
| Matthew Williams | |
| | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com alyssa.domorod@klgates.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com bankfilings@ycst.com |
| Michael Morris | |
| | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael David DeBaecke | |
| | on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | |
| | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | |
| | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Cedar Brook 5 Corporate Center L.P. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Leadiant Biosciences Inc. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | |
| | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com |
| Michelle G. Novick | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |

| | |
|---|---|
| Morton R. Branzburg | on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com jtaylor@klehr.com |
| Morton R. Branzburg | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com |
| Morton R. Branzburg | on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com jtaylor@klehr.com |
| Natasha M. Songonuga | on behalf of Interested Party SGS North America Inc. Nsongonuga@VTrusteellc.com ERosen@VTrusteellc.com |
| Nicolas Jenner | on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Medical-Surgical Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant Cardinal Health Inc. paige.topper@saul.com, cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Defendant McKesson Corporation paige.topper@saul.com cassandra.joyner@saul.com |
| Paige Noelle Topper | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com |
| Patrick A. Jackson | on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com |
| Peter J Keane | on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com |
| Rafael Xavier Zahralddin-Aravena | on behalf of Creditor Galenicum Health S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com. |
| Ricardo Palacio, Esq | on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com |
| Richard L. Schepacarter | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert J. Dehney | on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Roberto Jose Ristorucci | on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com |
| Samuel Robert Grego | on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com |
| Scott Alan Zuber | on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com |
| Scott J Greenberg | on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com |
| Scott L. Fleischer | on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com |
| Scott L. Fleischer | on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com |
| Seth A. Niederman | on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com |
| Shai Schmidt | on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com mao@glennagre.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon E. Fraser | |

District/off: 0311-1     User: admin     Page 7 of 7
Date Rcvd: Jul 29, 2024     Form ID: trclaim     Total Noticed: 1

on behalf of Trustee George L. Miller sfraser@cozen.com sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Sophie Rogers Churchill
on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Steven C. Reingold
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com

Steven L. Caponi
on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com

Susan E. Kaufman
on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com

Tamara K. Mann
on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Terri Jane Freedman
on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Thomas T Janover
on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com

Tori Lynn Remington
on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

William F. Taylor, Jr
on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com

William J. Burnett
on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Zachary I Shapiro
on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 142