# Exhibit A
## Via First Class Mail

Office of the United States Trustee
Richard Schepacarter, Esquire
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Wilmington, DE 19801

George L. Miller, Trustee
Miller Coffey Tate LLP
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
**Counsel to the Term Lender Group**

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Joseph M. Mulvihill, Esq.
Jared W. Kochenash, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
**Counsel to the Debtors**

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
**Counsel to McKesson Corporation**

Scott J. Greenberg, Esq.
Steven A. Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
**Counsel to the Term Lender Group**

Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19899-1150
**Counsel to Westmount Realty Capital, LLC**

Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801
**Counsel to Prestige Consumer Healthcare, Inc.**

Eric D. Kaplan, Esq.
Kaplan & Gournis, PC
180 N. LaSalle Street
Suite 2108
Chicago, IL 60601
**Counsel to Westmount Realty Capital, LLC**

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
**Counsel to AmerisourceBergen Drug Corporation**

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
**Counsel to AmerisourceBergen Drug Corporation**

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
**Counsel to SGS North America Inc.**

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
**Counsel to SGS North America Inc.**

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
**Counsel to Iron Mountain Information Management, LLC**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
**Counsel to MidCap Funding IV Trust**

Charles A. Dale, Esq.
Proskauer Rose LLP
One International Place
Boston, MA  02110
**Counsel to MidCap Funding IV Trust**

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
**Counsel to MidCap Funding IV Trust**

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street
Suite 2600
Chicago, IL  60601
**Counsel to MidCap Funding IV Trust**

Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
**Counsel to Thermo Fisher Scientific Entities**

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Thermo Fisher Scientific Entities**

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
**Counsel to Cardinal Health**

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Cardinal Health**

Cheryl A. Santaniello, Esq.
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
**Counsel to Package Development
Company, Inc.**

Assistant Attorney General
S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
**Counsel to State of Wisconsin,
Department of Health Services**

Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE  19899
**Counsel to Bionpharma**

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA  19103 19103
**Counsel to Bionpharma**

Andrew Warner
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
**Counsel to Interior Specialty Construction, Inc.
and Sullivan Contractors LLC**

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
**Counsel to Henderson Constructors, Inc.**

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801-1160
**Counsel to Prestige Brands SPE Lender, LLC**

Wilmington Savings Fund Society, FSB
Attn:  Geoffrey J. Lewis
500 Delaware Avenue
Wilmington, DE  19801

Wilmington Savings Fund Society, FSB
c/o Nathan J. Moore, Esq.
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

John Nusbaum
Capital Management
510 Madison Avenue
17th Floor
New York, NY  10022

Lovisa Gustafsson, Vice President,
Controlling Health Care Costs
The Commonwealth Fund
1 East 75th Street
New York, NY 10021

Oliver Blum
Ernst & Young Limited
Maagpl. 1,
Zurich 8005
**Counsel to Akorn International SARL**

Christian Roos
Pestalozzi
Feldeggstrasse 4
8008 Zurich
Switzerland
**Counsel to Akorn AG**

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Marc S. Lichtman
Attorney at Law
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, Illinois  60602
**Counsel to IL Landlord**

Drug Enforcement Administration
Attn: Office of Diversion Control
8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Assistant Attorney General
New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street
Suite 400
Wilmington, DE 19801
**Counsel to Gerresheimer Glass, LLC**

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street
Suite 2900
San Francisco, California 94105-3493
**Counsel to Oracle America, Inc.**

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042
**Counsel to Oracle America, Inc.**

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue,
Suite 1014
Wilmington, DE 19801
**Counsel to Philadelphia Indemnity Insurance Company**

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
**Counsel to Ethypharm S.A.S.**

Kevin Chiu, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201-2980 **Counsel
to Ethypharm S.A.S.**

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Kate Roggio Buck, Esquire
McCarter & English LLP
405 North King Street,
8th Floor
Wilmington, DE 19801
**Counsel to HYG Financial Service, Inc.**

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
**Counsel to WSFS Institutional Services as TL Agent**

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road,
Suite 200
Warrington, PA 18976
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esq.
Jones Walker LLP
Suite 800
190 E Capitol St
Jackson, MS 39201
**Counsel to OptiSource LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
**Counsel to OptiSource LLC**

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esq.
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
**Counsel to CV II Gurnee LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
**Counsel to Leadiant Biosciences, Inc.**

Fernando J. Menendez, Jr.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
**Counsel to Leadiant Biosciences, Inc.**

Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, Delaware 19801-3034
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy.
Suite 500
Southfield, Michigan 48075
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave
Suite 300
Raleigh, NC 27609
**Counsel to Sentiss AG**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
**Counsel to Sentiss AG**

Alfredo R. Pérez
Weil, Gotshal & Manges LLP
Theodore S. Heckel
700 Louisiana Street
Suite 1700
Houston, TX 77002-2784
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Margaret F. England, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
**Counsel to E.L. Pruitt Co.**

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
**Counsel to the Consortium**

Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
**Counsel to the Consortium**

Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
**Counsel to Hikma Pharmaceuticals USA Inc.**

Deborah Kovsky-Apap
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
**Counsel to Hikma Pharmaceuticals USA Inc.**

John R. Gardner, Esq.
Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, NC 27609
**Counsel to Syneos Health**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE  19801
**Counsel to Syneos Health**

L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
**Counsel to Capstone Parent, LLC**

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
**Counsel to Capstone Parent, LLC**

Roy Michael Roman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**Counsel to Capstone Parent, LLC**

Martin A. Mooney, Esquire
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
Albany, NY  12224-0341

Kimberly A. Walsh
Assistant Attorney General
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel to Texas Comptroller**

Kristin Radwanick, Esq.
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road
Suite 300
Cincinnati, Ohio 45236
**Counsel to Ohio Department of Medicaid**

Richard C. Ramirez, Malak S. Doss
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue
Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent
500 Delaware Avenue
Wilmington, DE  19801

Akorn Ag Hettlingen
Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442
Switzerland

Aptar Pharma
Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa
Ralf Pfirmann
Viale Milano 86
Lodi 26900
ItalyF

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General
Release Of Information Office (50ci)
810 Vermont Avenue, Nw
Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
Po Box 45 027
Auckland 651
New Zealand

E L Pruitt Company
Po Box 3306
Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank C/O Ernst & Young Us LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm
Roseline Joannesse
194 Bureaux De La Colline, Batiment D,
12eme Etage
Saint-Cloud Cedex 92213
France

Euroapi Usa
100 Somerset Corporate Blvd
2nd Floor Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn A/R
537 Crystal Ave
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC
David Bacon
6525 The Corners Parkway
Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Ave
Atlanta, GA 30318

MJS Packaging
35601 Veronica St
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd.
Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue
4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

SST Corporation
55 Lane Road
Suite 450
Fairfield, NJ 07004

The Ritedose Corporation
Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc
Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC
vs. Akorn Operating Company, LLC
c/o Robert Mahoney
Norris McLaughlin, P.A.
400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

West Pharma Services
530 Herman O West Drive
Exton, PA 19341

WSC-GSP B/L Office Park Owner VII, LLC
Marc S. Lichtman
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, IL 60602

Zhejiang Hisun Pharma China
Attn:  Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC - R&D Only
92 Argilla Road
Andover, MA 01810

John Sweeney
[Address on File]

Erislandy Dorado-Boladeres
[Address on File]

Chris Young
[Address on File]

Bill Ostrowski
[Address on File]

Beth Zelnick-Kaufman
[Address on File]

Office of the United States Attorney
for the District of Delaware
Hercules Building
U.S. Attorney's Office
1313 N Market Street
PO Box 2046
Wilmington, DE 19801

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Bettina Dunn, Paralegal Specialist (3RC60)
US EPA Region 3
Office of Regional Counsel
Four Penn Center
Philadelphia, PA 19103-2852

U.S. Department of Justice
Office of the Inspector General
Office of the General Counsel
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Delaware Division of Revenue
Bankruptcy Service
Attn:  Bankruptcy Administrator
Carvel State Building
820 N. French Street
8th Floor
Wilmington, DE  19801

Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE 19904

U.S. Food and Drug Administration (FDA)
Attn:  Jill Furman, J.D. Director
Center for Drug Evaluation & Research
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

The U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
Office of General Counsel
#2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
290 Broadway
New York, NY 10007-1866

Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Environmental Protection Agency
Center for Public Health and Environmental Assessment
Mail Code: B305-01
Research Triangle Park, NC 27711