# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 7 |
| Akorn Holding Company LLC | |
| **EIN:** 85−2979190 | **Case No.:** 23−10253−KBO |
| | Claim No.* (if known): 252 |
| | Amount (if known): $8,491.50 |

### NOTICE OF TRANSFER OF CLAIM

To NCH Corporation aka Chem−Aqua Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 07/31/2024, a Transfer of Claim was filed with this Court purporting to transfer to Fair Harbor Capital, LLC, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| | |
|---|---|
| Clerk of Court | Transferee |
| United States Bankruptcy Court | Fair harbor Capital LLC |
| District of Delaware | PO Box 237037 |
| 824 Market Street | New York, NY 10023 |
| Wilmington, DE 19801 | |

Dated: 08/02/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.

United States Bankruptcy Court
District of Delaware

In re:                                                                                                     Case No. 23-10253-KBO
Akorn Holding Company LLC                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1                          User: admin                                   Page 1 of 7
Date Rcvd: Jul 31, 2024                       Form ID: trclaim                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 17789165 | + | Chem-Aqua, Inc., John Larsson, 2727 Chemsearch Blvd., Irving, TX 75062-6454 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2024                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

**Name**                **Email Address**

Adam Hiller
    on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com

Adam Hiller
    on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com

Adam G. Landis
    on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alexander R. Steiger
    on behalf of Interested Party Consortium steiger@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alyssa M. Radovanovich
    on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com

Alyssa M. Radovanovich
    on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com

Amish R. Doshi
 on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Amy D. Brown
 on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner
 on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon
 on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn
 on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming
 on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
 andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains
 on behalf of Interested Party Term Lender Group agains@gibsondunn.com
 MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park
 on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com
 austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne
 on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence
 on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen
 on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello
 on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com,
 mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis
 on behalf of Interested Party Capstone Parent LLC
 lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter
 on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller
 on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
 curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller
 on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
 curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder
 on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro
 on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
 bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin
 on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele
 on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews
 on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan
 on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo
 on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller
on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. evan.miller@saul.com, robyn.warren@saul.com

Evan T. Miller
on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com

Evan T. Miller
on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com

Fernando Menendez, Jr
on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II
on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner
on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller
gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio
on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor
on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen
on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh
on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN
on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle
on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia
on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan
on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett
on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett
on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jared W Kochenash
on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash
on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash
on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com

Jason Custer Powell
on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com dtroiano@delawarefirm.com

| | |
|---|---|
| Jason Custer Powell | on behalf of Defendant McKesson Medical-Surgical Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Medical-Surgical Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey M. Carbino | on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor DiFazio Power & Electric LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| John T. Carroll, III | on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Jordana Linder Renert | on behalf of Interested Party PAI Holdings LLC jrenert@lowenstein.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com bankfilings@ycst.com |
| Karen C. Bifferato | on behalf of Creditor Stira Pharmaceuticals LLC kbifferato@connollygallagher.com |
| Karen M. Grivner | on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com kwebster@clarkhill.com |
| Kate R. Buck | on behalf of Creditor HYG Financial Service Inc. kbuck@mccarter.com |
| Kenneth S. Leonetti | on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com |
| Kevin G. Collins | on behalf of Interested Party Argo Partners II LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kristin Radwanick | on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov |
| L. Katherine Good | on behalf of Interested Party Capstone Parent LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laura Davis Jones | on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com |
| Laura Davis Jones | |

| | |
|---|---|
| | on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com |
| Laura L. McCloud | |
| | on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov |
| Margaret Fleming England | |
| | on behalf of Creditor E.L. Pruitt Co. mengland@gsbblaw.com |
| Maria Kotsiras | |
| | on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Maribeth Thomas | |
| | on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com  fusco@chipmanbrown.com;dero@chipmanbrown.com |
| Mark T Hurford | |
| | on behalf of Creditor Managed Health Care Associates Inc. mark@saccullolegal.com |
| Mark T Hurford | |
| | on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com |
| Martin A. Mooney | |
| | on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| Matthew Williams | |
| | on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Syneos Health matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew B. Goeller | |
| | on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com  alyssa.domorod@klgates.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Matthew Barry Lunn | |
| | on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com  bankfilings@ycst.com |
| Michael Morris | |
| | on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us  radkeke@doj.state.wi.us |
| Michael David DeBaecke | |
| | on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael David DeBaecke | |
| | on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com |
| Michael G. Busenkell | |
| | on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Cedar Brook 5 Corporate Center L.P. mbusenkell@gsbblaw.com |
| Michael G. Busenkell | |
| | on behalf of Creditor Leadiant Biosciences Inc. mbusenkell@gsbblaw.com |
| Michael G. Menkowitz | |
| | on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com |
| Michael W. Yurkewicz | |
| | on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com |
| Michelle G. Novick | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. michelle.novick@saul.com |

Morton R. Branzburg
    on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg
    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com jtaylor@klehr.com

Natasha M. Songonuga
    on behalf of Interested Party SGS North America Inc. NSongonuga@archerlaw.com ERosen@VTrusteellc.com

Nicolas Jenner
    on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper
    on behalf of Defendant McKesson Medical-Surgical Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant Cardinal Health Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Defendant McKesson Corporation paige.topper@saul.com cassandra.joyner@saul.com

Paige Noelle Topper
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. paige.topper@saul.com, cassandra.joyner@saul.com

Patrick A. Jackson
    on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com cathy.greer@faegredrinker.com

Peter J Keane
    on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena
    on behalf of Creditor Galenicum Health S.L.U. Rafael.Zahralddin@lewisbrisbois.com, rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq
    on behalf of Creditor Qualanex LLC rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Dehney
    on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Roberto Jose Ristorucci
    on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com

Samuel Robert Grego
    on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com sgrego@dmclaw.com

Scott Alan Zuber
    on behalf of Creditor Cardinal Health szuber@csglaw.com ecf@csglaw.com

Scott J Greenberg
    on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com

Scott L. Fleischer
    on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com

Scott L. Fleischer
    on behalf of Creditor Interior Specialty Construction Inc. sfleischer@barclaydamon.com

Seth A. Niederman
    on behalf of Interested Party Bionpharma sniederman@foxrothschild.com msteen@foxrothschild.com;r59257@notify.bestcase.com

Shai Schmidt
    on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com mao@glennagre.com

Shawn M. Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Simon E. Fraser

District/off: 0311-1 | User: admin | Page 7 of 7
Date Rcvd: Jul 31, 2024 | Form ID: trclaim | Total Noticed: 1

on behalf of Trustee George L. Miller sfraser@cozen.com  sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com

Sophie Rogers Churchill
    on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Steven C. Reingold
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com

Steven L. Caponi
    on behalf of Interested Party Syneos Health steven.caponi@klgates.com  alyssa.domorod@klgates.com

Susan E. Kaufman
    on behalf of Interested Party Sullivan Contractors  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
    on behalf of Interested Party Interior Specialty Construction  Inc. skaufman@skaufmanlaw.com

Tamara K. Mann
    on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Terri Jane Freedman
    on behalf of Creditor Cardinal Health tfreemen@csglaw.com

Thomas T Janover
    on behalf of Creditor PineBridge Investments  LLC tjanover@kramerlevin.com

Tori Lynn Remington
    on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com

Turner Falk
    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William F. Taylor, Jr
    on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com

William J. Burnett
    on behalf of Creditor Gerresheimer Glass  LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

Zachary I Shapiro
    on behalf of Interested Party Consortium shapiro@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 142