# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 4, 2024, the undersigned counsel, through co-counsel, caused copies of the *First Request for the Production of Documents from Debtors Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC to George L. Miller, Chapter 7 Trustee* to be served via email on the counsel listed below:

**COZEN O'CONNOR**
John T. Carroll, III (No. 3818)
Simon E. Fraser (No. 3715)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Email: jcarroll@cozen.com
        sfraser@cozen.com

David R. Doyle (IL ARDC 6303215)
123 N. Wacker Drive
Suite 18000
Chicago, IL 60606
Telephone: (312) 474-1648
Email: daviddoyle@cozen.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.

| | |
|---|---|
| Dated: August 5, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Robert J. Dehney, Sr. (No. 3578)<br>Daniel B. Butz (No. 4227)<br>Austin T. Park (No. 7247)<br>1201 Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@morrisnichols.com<br>         dbutz@morrisnichols.com<br>         apark@morrisnichols.com<br><br>- and -<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn (admitted *pro hac vice*)<br>Shai Schmidt (admitted *pro hac vice*)<br>Richard C. Ramirez (admitted *pro hac vice*)<br>Malak S. Doss (admitted *pro hac vice*)<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>         sschmidt@glennagre.com<br>         rramirez@glennagre.com<br>         mdoss@glennagre.com<br><br>*Proposed Counsel to the Debtors* |