**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 6, 2024, I caused a true and correct copy of *Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, For an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(A)(4) of The Bankruptcy Code and Granting Related Relief* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail:

COZEN O'CONNOR
John T. Carroll, III, Esq.
Simon E. Fraser, Esq.
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle, Esq.
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
daviddoyle@cozen.com

Date: August 6, 2024

                                              */s/ Margaret F. England*
                                              Margaret F. England (DE Bar 4248)