# EXHIBIT "1"

# REVISED PROPOSED ORDER AND EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No.  23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related Doc. No. 849, 865, 916 |

**ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE,**
**FOR AN ORDER AUTHORIZING FIRST DISTRIBUTION OF FUNDS TO HOLDERS**
**OF ALLOWED PRIORITY CLAIMS UNDER SECTION 507(a)(4) OF THE**
**BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

This matter coming before the Court on the *Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* (the "Motion")[2]; adequate and sufficient notice of the Motion to the Notice Parties having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and the Court being informed all filed objections to the Motion have been resolved and are withdrawn, and good and sufficient cause appearing,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

**IT IS HEREBY ORDERED:**

1.      The Motion is granted as provided herein.

2.      Pursuant to section 105(a) of the Bankruptcy Code, the Trustee is authorized but not directed to pay the Allowed Priority Distribution Amount to the holders of Allowed Section 507(a)(4) Claims as listed on <u>Exhibit A</u> to this Order which amounts shall not exceed the statutory maximum amount of $15,150.

3.      All claims on Exhibit A to this Order, to the extent not paid in full, shall be deemed reduced by the Allowed Priority Distribution Amount paid by the Trustee.

4.      To the extent any of the Allowed Section 507(a)(4) Claims appearing on Exhibit A hereto were filed against the Estates of Akorn Holding Company LLC or Akorn Intermediate Company LLC, such claims are reclassified to correctly be filed solely against the Estate of Akorn Operating Company LLC and the Trustee is authorized to make payment of the Allowed Priority Distribution Amount from the Estate of Akorn Operating Company LLC.

5.      The Trustee's right to object on any and all grounds to the balance of the claims asserted by holders of Allowed Section 507(a)(4) Claims is expressly reserved.

6.      The Court retains jurisdiction to interpret and enforce the Order.

LEGAL\72018545\2 6010823/00574256

EXHIBIT "A"

Proposed First Interim Distribution to Holders

of Allowed Priority Claims Under Section 507(a)(4)

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Alexandris, Antonios | Alexandris, Antonios<br>58 Felice Crescent<br>Hicksville NY 11801 | Akorn Operating Company LLC | 243.1 | 507(a)(4) | $ 10,153.84 | $ 10,153.84 |
| Andrada, Danielle Louise Rimorin | Andrada, Danielle Louise Rimorin<br>845 South Sienna Drive<br>Round Lake IL 60073 | Akorn Holding Company LLC | 267.1 | 507(a)(4) | $ 29,266.06 | $ 15,150.00 |
| Ansari, Manzur | Ansari, Manzur<br>15 Birch Road<br>Kings Park NY 11754-3215 | Akorn Operating Company LLC | 435.1 | 507(a)(4) | $ 27,282.92 | $ 15,150.00 |
| Ashkinadze, Yury | Ashkinadze, Yury<br>4100 Galt Ocean Drive<br>Apt 1601<br>Fort Lauderdale FL 33308 | Akorn Holding Company LLC | 121.1 | 507(a)(4) | $ 60,390.80 | $ 15,150.00 |
| Bermundez, Jeffery | Bermundez, Jeffery<br>100 Meucci Ave.<br>Copiague NY 11726 | Akorn Intermediate Company LLC | 94.1 | 507(a)(4) | $ 48,000.00 | $ 15,150.00 |
| Berry, Susan L. | Berry, Susan L.<br>4722 Larch Ave.<br>Glenview IL 60025 | Akorn Operating Company LLC | 161.1 | 507(a)(4) | $ 23,169.93 | $ 15,150.00 |
| Bonanno, Thomas | Bonanno, Thomas<br>11 Sandalwood Ave.<br>Valley Stream NY 11581 | Akorn Intermediate Company LLC | 154.1 | 507(a)(4) | $ 11,577.66 | $ 11,577.66 |
| Carlucci, Toni | Carlucci, Toni<br>330 Andrew Ave.<br>East Meadow NY 11554 | Akorn Operating Company LLC | 342.1 | 507(a)(4) | $ 21,240.00 | $ 15,150.00 |
| Chin, Weldon | Chin, Weldon<br>Amy D. Brown, Esq.<br>1201 N Orange Street<br>Suite 300<br>Wilmington DE 19801 | Akorn Operating Company LLC | 455.1 | 507(a)(4) | $ 108,267.25 | $ 15,150.00 |
| Chingre, Sandip | Chingre, Sandip<br>475 Mockingbird Ct.<br>Lindenhurst IL 60046 | Akorn Holding Company LLC | 351.2 | 507(a)(4) | $ 77,958.00 | $ 15,150.00 |
| Cicero, Alan J | Cicero, Alan J<br>740, 20th Avenue<br>Kenosha WI 53140-6210 | Akorn Holding Company LLC | 364.1 | 507(a)(4) | $ 25,830.56 | $ 15,150.00 |
| Corkill, Joanna | Corkill, Joanna<br>33468 N. Valley View Dr.<br>Round Lake IL 60073 | Akorn Operating Company LLC | 215.1 | 507(a)(4) | $ 46,454.23 | $ 15,150.00 |
| Cruz, Christina | Cruz, Christina<br>326 Beach 102nd Street<br>Rockaway Park NY 11694 | Akorn Intermediate Company LLC | 113.1 | 507(a)(4) | $ 5,913.60 | $ 5,913.60 |
| De Los Santos, Dhariana | De Los Santos, Dhariana<br>59 Cedar Road<br>Amityville NY 11701 | Akorn Intermediate Company LLC | 147.1 | 507(a)(4) | $ 51,653.76 | $ 15,150.00 |
| Diaz, Monserrate | Diaz, Monserrate<br>12 S Village Dr.<br>Bellport NY 11713 | Akorn Operating Company LLC | 373.1 | 507(a)(4) | $ 21,538.51 | $ 15,150.00 |
| Diiorio, Patrick | Diiorio, Patrick<br>524 Shawnee Drive<br>Toms River NJ 08753 | Akorn Operating Company LLC | 106.1 | 507(a)(4) | $ 120,863.13 | $ 15,150.00 |
| Dilone, Esperanza | Dilone, Esperanza<br>Address on File | Akorn Intermediate Company LLC | 178.1 | 507(a)(4) | $ 68,886.40 | $ 15,150.00 |
| Dilone, Luz | Dilone, Luz<br>141 Trouville Rd<br>Copiague NY 11726 | Akorn Intermediate Company LLC | 204.1 | 507(a)(4) | $ 37,224.00 | $ 15,150.00 |
| Drisgula, Brian | Drisgula, Brian<br>59 Oaklawn Ave<br>Farmingville NY 11738 | Akorn Operating Company LLC | 120.2 | 507(a)(4) | $ 154,628.81 | $ 15,150.00 |
| Duffy, Kathleen | Duffy, Kathleen<br>840 N. Broome Ave.<br>Lindenhurst NY 11757 | Akorn Holding Company LLC | 315.1 | 507(a)(4) | $ 13,710.65 | $ 13,710.65 |
| Duran Ballard, Alaysia | Duran Ballard, Alaysia<br>172 Bedell Street<br>Freeport NY 11520 | Akorn Operating Company LLC | 250.1 | 507(a)(4) | $ 10,848.00 | $ 10,848.00 |
| Dyer, Awayne | Dyer, Awayne<br>434 Prescott Road<br>Union NJ 07083 | Akorn Holding Company LLC | 56.1 | 507(a)(4) | $ 29,568.00 | $ 15,150.00 |
| Eltourroug, Zakaria | Eltourroug, Zakaria<br>315 N. Central Ave., Apt. 11A<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 241.1 | 507(a)(4) | $ 56,159.42 | $ 15,150.00 |
| Emile, Gena | Emile, Gena<br>97-33 90 St<br>Ozone NY 11416 | Akorn Intermediate Company LLC | 115.1 | 507(a)(4) | $ 11,160.00 | $ 11,160.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Furlow, Anna | Furlow, Anna<br>Address on file | Akorn Operating Company LLC | 392.1 | 507(a)(4) | $ 13,449.00 | $ 13,449.00 |
| Garcia-Jones, Bridget | Garcia-Jones, Bridget<br>836 Udall Road<br>West Islip NY 11795 | Akorn Operating Company LLC | 226.1 | 507(a)(4) | $ 10,400.00 | $ 10,400.00 |
| Gauci, Frank | Gauci, Frank<br>19 Orchid Lane<br>New Hyde Park NY 11040 | Akorn Intermediate Company LLC | 151.1 | 507(a)(4) | $ 40,521.60 | $ 15,150.00 |
| Gavin, Stacy M | Gavin, Stacy M<br>P.O. Box 724<br>Kenosha WI 53141 | Akorn Holding Company LLC | 335.1 | 507(a)(4) | $ 144,700.00 | $ 15,150.00 |
| Gomez, Rosa E. | Gomez, Rosa E.<br>1636 Coburn Drive<br>Ann Arbor MI 48108 | Akorn Operating Company LLC | 389.1 | 507(a)(4) | $ 37,911.94 | $ 15,150.00 |
| Grueter, Jennifer Lynn | Grueter, Jennifer Lynn<br>8301, 27th Ave.<br>Kenosha WA 53143 | Akorn Operating Company LLC | 125.2 | 507(a)(4) | $ 134,750.06 | $ 15,150.00 |
| Guillen, Rosa Elvira | Guillen, Rosa Elvira<br>718 S Wellwood Ave<br>Lindenhurst NY 11757 | Akorn Intermediate Company LLC | 245.2 | 507(a)(4) | $ 9,240.00 | $ 9,240.00 |
| Guzman, Juan | Guzman, Juan<br>138-31 101st Ave.<br>Jamaica NY 11435 | Akorn Intermediate Company LLC | 61.1 | 507(a)(4) | $ 61,548.00 | $ 15,150.00 |
| Handyside, Jason R. | Handyside, Jason R.<br>415 N Summit Ave<br>Decatur IL 62522 | Akorn Holding Company LLC | 319.1 | 507(a)(4) | $ 52,942.00 | $ 15,150.00 |
| Hansaria, Sonia | Hansaria, Sonia<br>550 Hawks Ridge Road<br>Brookfield WI 53045 | Akorn Operating Company LLC | 139.1 | 507(a)(4) | $ 5,526.36 | $ 5,526.36 |
| Hepp, Michael Kevin | Hepp, Michael Kevin<br>41081 N. Hook Circle<br>Antioch IL 60002 | Akorn Holding Company LLC | 327.1 | 507(a)(4) | $ 216,397.00 | $ 15,150.00 |
| Ho, Alexander J. | Ho, Alexander J.<br>1 Atlantic Ave.<br>Apt. 70<br>Farmingdale NY 11735-2772 | Akorn Operating Company LLC | 283.1 | 507(a)(4) | $ 61,122.98 | $ 15,150.00 |
| Hoque, Mohammad Emdadul | Hoque, Mohammad Emdadul<br>118 Louisiana Ave<br>Bay Shore NY 11706 | Akorn Intermediate Company LLC | 123.1 | 507(a)(4) | $ 30,831.20 | $ 15,150.00 |
| Hugel, Richard A. | Hugel, Richard A.<br>1808 Hazelwood Drive<br>Lindenhurst IL 60046-8824 | Akorn Holding Company LLC | 84.1 | 507(a)(4) | $ 8,015.19 | $ 8,015.19 |
| Isaac, Wendy | Isaac, Wendy<br>232 York Avenue<br>Staten Island NY 10301 | Akorn Intermediate Company LLC | 241.1 | 507(a)(4) | $ 19,828.80 | $ 15,150.00 |
| Jagoda, Bartosz | Jagoda, Bartosz<br>6881 N Northwest Hwy, Apt 1A<br>Chicago IL 60631 | Akorn Holding Company LLC | 206.1 | 507(a)(4) | $ 15,839.09 | $ 2,203.29 |
| Jain, Rishabh | Jain, Rishabh<br>D-20, 3rd Floor<br>Vivek Vihar Phase 1<br>Dehli  110095 | Akorn Operating Company LLC | 259.1 | 507(a)(4) | $ 145,678.27 | $ 15,150.00 |
| JHA, TARISHI | JHA, TARISHI<br>Address on file | Akorn Operating Company LLC | 431.1 | 507(a)(4) | $ 162,706.00 | $ 15,150.00 |
| Johnson, Patrick | Johnson, Patrick<br>1003 Steel Blvd<br>Baldwin NY 11510 | Akorn Intermediate Company LLC | 135.1 | 507(a)(4) | $ 42,549.00 | $ 15,150.00 |
| Kapps, Nicolas Gregory | Kapps, Nicolas Gregory<br>16 Arden Ln<br>Farmingville NY 11738 | Akorn Operating Company LLC | 394.1 | 507(a)(4) | $ 1,600.00 | $ 1,600.00 |
| Katwaroo, Satdai | Katwaroo, Satdai<br>117-31 125st<br>S. Ozone Park NY 11420 | Akorn Intermediate Company LLC | 92.1 | 507(a)(4) | $ 26,334.00 | $ 15,150.00 |
| Keller, Stanley D | Keller, Stanley D<br>2344 W Melrose St<br>Chicago IL 60618 | Akorn Holding Company LLC | 126.1 | 507(a)(4) | $ 699,882.84 | $ 15,150.00 |
| Kenig-Bujnarowski, Bogumila | Kenig-Bujnarowski, Bogumila<br>2653 W Autumn Dr<br>Round Lake IL 60073 | Akorn Holding Company LLC | 271.1 | 507(a)(4) | $ 31,924.35 | $ 15,150.00 |
| Khirdekar, Ravindra | Khirdekar, Ravindra<br>259 Fairhavan Mall, L1B2<br>Jericho NY 11753 | Akorn Holding Company LLC | 53.1 | 507(a)(4) | $ 8,100.00 | $ 8,100.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Kinder, Barbara | Kinder, Barbara<br>4 Oak Park Ct.<br>Deer Park NY 11729 | Akorn Intermediate Company LLC | 56.1 | 507(a)(4) | $ 118,656.36 | $ 15,150.00 |
| Klem, June Searle | Klem, June Searle<br>101 Schoolhouse Lane<br>East Brunswick NJ 08816 | Akorn Holding Company LLC | 60.1 | 507(a)(4) | $ 5,075.20 | $ 5,075.20 |
| Kote, Mahesh D. | Kote, Mahesh D.<br>176 Bay View Ln.<br>Grayslake IL 60030 | Akorn Operating Company LLC | 264.1 | 507(a)(4) | $ 131,412.02 | $ 15,150.00 |
| Kowalski, Steven | Kowalski, Steven<br>1216 Quassey Ave.<br>Lake Bluff IL 60044 | Akorn Holding Company LLC | 128.1 | 507(a)(4) | $ 58,397.37 | $ 15,150.00 |
| Kufner, Gregory S. | Kufner, Gregory S.<br>521 N. Emerson Ln.<br>Haniesville IL 60030 | Akorn Operating Company LLC | 10.1 | 507(a)(4) | $ 109,775.00 | $ 15,150.00 |
| LaRocco, Michael | LaRocco, Michael<br>1132 Lake Dr. E<br>Robbinsville NJ 08691 | Akorn Operating Company LLC | 80.1 | 507(a)(4) | $ 29,158.36 | $ 15,150.00 |
| Lebron, Samuel | Lebron, Samuel<br>6439, 65 Lane 2<br>Middle Village NY 11379-2 | Akorn Operating Company LLC | 137.1 | 507(a)(4) | $ 40,000.00 | $ 15,150.00 |
| Lent, Mary Ellen | Lent, Mary Ellen<br>140 Cedar Court<br>Copiague NY 11726-4704 | Akorn Intermediate Company LLC | 45.1 | 507(a)(4) | $ 67,347.54 | $ 15,150.00 |
| Liang, Yueling | Liang, Yueling<br>260 Fairfield Dr. E<br>Holbrook NY 11741 | Akorn Operating Company LLC | 366.1 | 507(a)(4) | $ 151,424.19 | $ 15,150.00 |
| Lipsey, Michael | Lipsey, Michael<br>1713 S Vine Ave<br>Park Ridge IL 60068 | Akorn Holding Company LLC | 173.1 | 507(a)(4) | $ 221,154.00 | $ 15,150.00 |
| Loder, Christopher | Loder, Christopher<br>144 McKinley Ave.<br>Lake Villa IL 60046-144 | Akorn Operating Company LLC | 121.2 | 507(a)(4) | $ 25,949.00 | $ 15,150.00 |
| Lui, Lung | Lui, Lung<br>39 Elderberry Rd.<br>Syosset NY 11791 | Akorn Operating Company LLC | 182.1 | 507(a)(4) | $ 84,492.75 | $ 15,150.00 |
| Ma, Lifu | Ma, Lifu<br>18 Fletcher Place<br>Melville NY 11747-1405 | Akorn Operating Company LLC | 275.1 | 507(a)(4) | $ 47,107.74 | $ 15,150.00 |
| Malino, Pietro E | Malino, Pietro E<br>145-118 225th St<br>Springfield Gardens NY 11413 | Akorn Intermediate Company LLC | 190.1 | 507(a)(4) | $ 32,400.00 | $ 15,150.00 |
| Mercaldo, Iryna | Mercaldo, Iryna<br>1785 Franklin Ave<br>East Meadow  NY 11554-1785 | Akorn Holding Company LLC | 362.1 | 507(a)(4) | $ 11,536.00 | $ 11,536.00 |
| Metting, Kenneth E. | Metting, Kenneth E.<br>2603 Burch Pt.<br>High Point NC 27265 | Akorn Holding Company LLC | 37.1 | 507(a)(4) | $ 13,900.00 | $ 13,900.00 |
| Miranda, Eric | Miranda, Eric<br>125 Brookvale Ave<br>West Babylon NY 11704 | Akorn Operating Company LLC | 343.1 | 507(a)(4) | $ 35,955.00 | $ 15,150.00 |
| Mogilinski, Michael | Mogilinski, Michael<br>506 S. 6th Ave.<br>Saint Charles IL 60174 | Akorn Holding Company LLC | 323.1 | 507(a)(4) | $ 217,459.00 | $ 15,150.00 |
| Munagala, Suresh Rao | Munagala, Suresh Rao<br>800 Megan Ct.<br>Westmont IL 60559 | Akorn Operating Company LLC | 11.1 | 507(a)(4) | $ 74,984.13 | $ 15,150.00 |
| Nery, Mariafe | Nery, Mariafe<br>21 Riverside Avenue<br>Massapequa NY 11758-5728 | Akorn Operating Company LLC | 162.1 | 507(a)(4) | $ 23,544.00 | $ 15,150.00 |
| Pagillo, Josette | Pagillo, Josette<br>240 Carol Drive<br>Massapequa Park NY 11762 | Akorn Holding Company LLC | 264.1 | 507(a)(4) | $ 27,398.00 | $ 15,150.00 |
| Pan, Wen | Pan, Wen<br>37 Sandalwood Drive<br>Edison NJ 08820 | Akorn Holding Company LLC | 44.1 | 507(a)(4) | $ 12,155.51 | $ 12,155.51 |
| Paras, Ken | Paras, Ken<br>802 Adderly Lane<br>Gurnee IL 60031 | Akorn Holding Company LLC | 127.1 | 507(a)(4) | $ 293,489.72 | $ 15,150.00 |
| Patel, Chaitali | Patel, Chaitali<br>352 S. 7th St.<br>Lindenhurst NY 11757 | Akorn Intermediate Company LLC | 91.1 | 507(a)(4) | $ 24,615.44 | $ 15,150.00 |
| Patel, Paragkumar | Patel, Paragkumar<br>26 Haven Lane<br>Levittown NY 11756-26 | Akorn Holding Company LLC | 162.1 | 507(a)(4) | $ 60,770.06 | $ 15,150.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Perez, Ramon Rosario | Perez, Ramon Rosario<br>81 Mckinley Avenue<br>1st Floor<br>Brooklyn NY 11208 | Akorn Operating Company LLC | 290.1 | 507(a)(4) | $ 35,152.00 | $ 15,150.00 |
| Perez, Rey Del Valle | Perez, Rey Del Valle<br>2636 Johnson Road<br>Kenosha WI 53143 | Akorn Holding Company LLC | 40.1 | 507(a)(4) | $ 48,708.00 | $ 15,150.00 |
| Peterkin, Jymecia | Peterkin, Jymecia<br>Address on file | Akorn Operating Company LLC | 390.1 | 507(a)(4) | $ 1,600.00 | $ 1,600.00 |
| Pimentel, Rocio | Pimentel, Rocio<br>72 Veronica Ave<br>Somerset NJ 08873 | Akorn Holding Company LLC | 210.1 | 507(a)(4) | $ 18,176.00 | $ 15,150.00 |
| Prescod, Andrea | Prescod, Andrea<br>66 Spencer Pl.<br>Hempstead NY 11550 | Akorn Operating Company LLC | 145.2 | 507(a)(4) | $ 74,750.00 | $ 15,150.00 |
| Ray, Mark R | Ray, Mark R<br>1248 E 1280 N<br>American Fork UT 84003 | Akorn Holding Company LLC | 76.1 | 507(a)(4) | $ 380,988.00 | $ 15,150.00 |
| Renner, Mark | Renner, Mark<br>Address on File | Akorn Intermediate Company LLC | 54.2 | 507(a)(4) | $ 103,168.00 | $ 15,150.00 |
| Rizvi, Arifa | Rizvi, Arifa<br>335 Woodbury Rd.<br>Woodbury NY 11797 | Akorn Operating Company LLC | 258.1 | 507(a)(4) | $ 85,000.00 | $ 15,150.00 |
| Robel, Kevin | Robel, Kevin<br>2346 Keegan Hollow Ln.<br>Spring TX 77386 | Akorn Operating Company LLC | 287.1 | 507(a)(4) | $ 34,275.24 | $ 15,150.00 |
| Santana, Jaime | Santana, Jaime<br>W6490 Old J. Rd.<br>Westfield WI 53964 | Akorn Operating Company LLC | 126.3 | 507(a)(4) | $ 327,345.08 | $ 15,150.00 |
| Seeley, Sherri | Seeley, Sherri<br>27 Perry Drive<br>Ewing NJ 08628 | Akorn Holding Company LLC | 54.1 | 507(a)(4) | $ 10,195.20 | $ 10,195.20 |
| Sharma, Doodnauth | Sharma, Doodnauth<br>8 Lester Avenue<br>Freeport NY 11520 | Akorn Intermediate Company LLC | 134.1 | 507(a)(4) | $ 65,688.00 | $ 15,150.00 |
| SINGH, Ravindra | SINGH, Ravindra<br>9426, 214th Place<br>Queens Village NY 11428 | Akorn Operating Company LLC | 296.1 | 507(a)(4) | $ 21,120.00 | $ 15,150.00 |
| Solano, Carmita | Solano, Carmita<br>1787 Newbridge Road<br>N. Bellmore  NY 11710 | Akorn Intermediate Company LLC | 182.1 | 507(a)(4) | $ 10,732.80 | $ 10,732.80 |
| Toby, Natacha | Toby, Natacha<br>1465 Genevaloop Apt 2H<br>Brooklyn NY 11239 | Akorn Intermediate Company LLC | 117.1 | 507(a)(4) | $ 38,255.47 | $ 15,150.00 |
| Toner, Deborah | Toner, Deborah<br>62 Cherokee Ave.<br>West Islip NY 11795 | Akorn Intermediate Company LLC | 34.1 | 507(a)(4) | $ 26,146.16 | $ 15,150.00 |
| Torres, Paul D. | Torres, Paul D.<br>460 South Commons Ct.<br>Deerfield IL 60015-4320 | Akorn Operating Company LLC | 192.1 | 507(a)(4) | $ 32,442.00 | $ 13,115.07 |
| Tournier, James P | Tournier, James P<br>489 N. Country Ridge Ct.<br>Lake Zurich IL 60047-2824 | Akorn Holding Company LLC | 269.1 | 507(a)(4) | $ 161,250.00 | $ 15,150.00 |
| Tsahalis, Kyriakos | Tsahalis, Kyriakos<br>Kyriakos Tsahalis<br>31 Vreeland Place<br>Allendale NJ 07401 | Akorn Operating Company LLC | 249.1 | 507(a)(4) | $ 609,340.05 | $ 15,150.00 |
| Wang, Xiaoling | Wang, Xiaoling<br>320 Pioxi Street<br>Copaigue NY 11726 | Akorn Operating Company LLC | 273.1 | 507(a)(4) | $ 73,543.00 | $ 15,150.00 |
| Winiarski, Daniel | Winiarski, Daniel<br>2911 North Halsted<br>Unit 3<br>Chicago IL 60657 | Akorn Holding Company LLC | 149.2 | 507(a)(4) | $ 159,322.42 | $ 15,150.00 |
| Yarkony, Janice | Yarkony, Janice<br>809 Kingsley Drive<br>Arlington Heights IL 60004-1317 | Akorn Holding Company LLC | 239.1 | 507(a)(4) | $ 74,133.16 | $ 15,150.00 |
| **Total** | | | | | **$ 7,363,030.18** | **$ 1,306,157.37** |