# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 8, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.[3]

**UNCONTESTED CONTESTED MATTERS GOING FORWARD:**

1. Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief (the "Distribution Motion")
[Filed 7/3/2024; Doc. No. 849]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended agenda items appear in bold text.

[3] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

| | | |
|---|---|---|
| **Related Documents:** | (a) | Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief **[Filed 8/7/2024; Docket No. 918]** |
| Objection Deadline: | | July 17, 2024 at 4:00 p.m. ET |
| Responses Received: | (b) | Argo Partners II, LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief (the "Argo Objection") [Filed 7/17/2024; Docket No. 865] |
| | (c) | [Late Filed] Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief (the "E.L. Pruitt Limited Objection") [Filed 8/6/2024; Docket No. 916] |
| Status: | | The Argo Objection. The Trustee and Argo Partners II, LLC ("Argo") have reached a resolution of the Argo Objection and the Argo Objection is withdrawn. The Trustee and Argo will separately file a Stipulation setting forth procedures to address Argo's claim against the estate. |
| | | **The E.L. Pruitt Limited Objection.** The Trustee and E.L. Pruitt Co. have reached a resolution of the E.L. Pruitt Limited Objection and the E.L. Pruitt Limited Objection is withdrawn. The Trustee and E.L. Pruitt Co. will separately file a Stipulation setting forth procedures to address E.L. Pruitt Co.'s claim against the estate. |
| | | **The Trustee requests entry of the revised proposed form of Order filed with the Certification of Counsel [Doc. No. 918] granting the Disbursement Motion.** |

| | |
|---|---|
| Dated:  August 7, 2024<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:  */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>Simon E. Fraser (DE. No. 5335)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2000 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |