# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE REGARDING AMENDED NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 8, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME)

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on August 7, 2024 the *Amended Notice of Agenda of Matters Scheduled for Hearing on August 8, 2024 at 9:30 a.m.* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: August 7, 2024  
       Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*  
John T. Carroll, III (DE No. 4060)  
1201 N. Market Street  
Suite 1001  
Wilmington, DE 19801  
(302) 295-2028 Phone  
(302) 295-2013 Fax No.  
jcarroll@cozen.com

*Counsel to George L. Miller,*  
*Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.