EXHIBIT "A"

Proposed First Interim Distribution to Holders

of Allowed Priority Claims Under Section 507(a)(4)

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Alexandris, Antonios | Alexandris, Antonios<br>58 Felice Crescent<br>Hicksville NY 11801 | Akorn Operating Company LLC | 243.1 | 507(a)(4) | $ 10,153.84 | $ 10,153.84 |
| Andrada, Danielle Louise Rimorin | Andrada, Danielle Louise Rimorin<br>845 South Sienna Drive<br>Round Lake IL 60073 | Akorn Holding Company LLC | 267.1 | 507(a)(4) | $ 29,266.06 | $ 15,150.00 |
| Ansari, Manzur | Ansari, Manzur<br>15 Birch Road<br>Kings Park NY 11754-3215 | Akorn Operating Company LLC | 435.1 | 507(a)(4) | $ 27,282.92 | $ 15,150.00 |
| Ashkinadze, Yury | Ashkinadze, Yury<br>4100 Galt Ocean Drive<br>Apt 1601<br>Fort Lauderdale FL 33308 | Akorn Holding Company LLC | 121.1 | 507(a)(4) | $ 60,390.80 | $ 15,150.00 |
| Bermundez, Jeffery | Bermundez, Jeffery<br>100 Meucci Ave.<br>Copiague NY 11726 | Akorn Intermediate Company LLC | 94.1 | 507(a)(4) | $ 48,000.00 | $ 15,150.00 |
| Berry, Susan L. | Berry, Susan L.<br>4722 Larch Ave.<br>Glenview IL 60025 | Akorn Operating Company LLC | 161.1 | 507(a)(4) | $ 23,169.93 | $ 15,150.00 |
| Bonanno, Thomas | Bonanno, Thomas<br>11 Sandalwood Ave.<br>Valley Stream NY 11581 | Akorn Intermediate Company LLC | 154.1 | 507(a)(4) | $ 11,577.66 | $ 11,577.66 |
| Carlucci, Toni | Carlucci, Toni<br>330 Andrew Ave.<br>East Meadow NY 11554 | Akorn Operating Company LLC | 342.1 | 507(a)(4) | $ 21,240.00 | $ 15,150.00 |
| Chin, Weldon | Chin, Weldon<br>Amy D. Brown, Esq.<br>1201 N Orange Street<br>Suite 300<br>Wilmington DE 19801 | Akorn Operating Company LLC | 455.1 | 507(a)(4) | $ 108,267.25 | $ 15,150.00 |
| Chingre, Sandip | Chingre, Sandip<br>475 Mockingbird Ct.<br>Lindenhurst IL 60046 | Akorn Holding Company LLC | 351.2 | 507(a)(4) | $ 77,958.00 | $ 15,150.00 |
| Cicero, Alan J | Cicero, Alan J<br>740, 20th Avenue<br>Kenosha WI 53140-6210 | Akorn Holding Company LLC | 364.1 | 507(a)(4) | $ 25,830.56 | $ 15,150.00 |
| Corkill, Joanna | Corkill, Joanna<br>33468 N. Valley View Dr.<br>Round Lake IL 60073 | Akorn Operating Company LLC | 215.1 | 507(a)(4) | $ 46,454.23 | $ 15,150.00 |
| Cruz, Christina | Cruz, Christina<br>326 Beach 102nd Street<br>Rockaway Park NY 11694 | Akorn Intermediate Company LLC | 113.1 | 507(a)(4) | $ 5,913.60 | $ 5,913.60 |
| De Los Santos, Dhariana | De Los Santos, Dhariana<br>59 Cedar Road<br>Amityville NY 11701 | Akorn Intermediate Company LLC | 147.1 | 507(a)(4) | $ 51,653.76 | $ 15,150.00 |
| Diaz, Monserrate | Diaz, Monserrate<br>12 S Village Dr.<br>Bellport NY 11713 | Akorn Operating Company LLC | 373.1 | 507(a)(4) | $ 21,538.51 | $ 15,150.00 |
| Diiorio, Patrick | Diiorio, Patrick<br>524 Shawnee Drive<br>Toms River NJ 08753 | Akorn Operating Company LLC | 106.1 | 507(a)(4) | $ 120,863.13 | $ 15,150.00 |
| Dilone, Esperanza | Dilone, Esperanza<br>Address on File | Akorn Intermediate Company LLC | 178.1 | 507(a)(4) | $ 68,886.40 | $ 15,150.00 |
| Dilone, Luz | Dilone, Luz<br>141 Trouville Rd<br>Copiague NY 11726 | Akorn Intermediate Company LLC | 204.1 | 507(a)(4) | $ 37,224.00 | $ 15,150.00 |
| Drisgula, Brian | Drisgula, Brian<br>59 Oaklawn Ave<br>Farmingville NY 11738 | Akorn Operating Company LLC | 120.2 | 507(a)(4) | $ 154,628.81 | $ 15,150.00 |
| Duffy, Kathleen | Duffy, Kathleen<br>840 N. Broome Ave.<br>Lindenhurst NY 11757 | Akorn Holding Company LLC | 315.1 | 507(a)(4) | $ 13,710.65 | $ 13,710.65 |
| Duran Ballard, Alaysia | Duran Ballard, Alaysia<br>172 Bedell Street<br>Freeport NY 11520 | Akorn Operating Company LLC | 250.1 | 507(a)(4) | $ 10,848.00 | $ 10,848.00 |
| Dyer, Awayne | Dyer, Awayne<br>434 Prescott Road<br>Union NJ 07083 | Akorn Holding Company LLC | 56.1 | 507(a)(4) | $ 29,568.00 | $ 15,150.00 |
| Eltourroug, Zakaria | Eltourroug, Zakaria<br>315 N. Central Ave., Apt. 11A<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 241.1 | 507(a)(4) | $ 56,159.42 | $ 15,150.00 |
| Emile, Gena | Emile, Gena<br>97-33 90 St<br>Ozone NY 11416 | Akorn Intermediate Company LLC | 115.1 | 507(a)(4) | $ 11,160.00 | $ 11,160.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Furlow, Anna | Furlow, Anna<br>Address on file | Akorn Operating Company LLC | 392.1 | 507(a)(4) | $ 13,449.00 | $ 13,449.00 |
| Garcia-Jones, Bridget | Garcia-Jones, Bridget<br>836 Udall Road<br>West Islip NY 11795 | Akorn Operating Company LLC | 226.1 | 507(a)(4) | $ 10,400.00 | $ 10,400.00 |
| Gauci, Frank | Gauci, Frank<br>19 Orchid Lane<br>New Hyde Park NY 11040 | Akorn Intermediate Company LLC | 151.1 | 507(a)(4) | $ 40,521.60 | $ 15,150.00 |
| Gavin, Stacy M | Gavin, Stacy M<br>P.O. Box 724<br>Kenosha WI 53141 | Akorn Holding Company LLC | 335.1 | 507(a)(4) | $ 144,700.00 | $ 15,150.00 |
| Gomez, Rosa E. | Gomez, Rosa E.<br>1636 Coburn Drive<br>Ann Arbor MI 48108 | Akorn Operating Company LLC | 389.1 | 507(a)(4) | $ 37,911.94 | $ 15,150.00 |
| Grueter, Jennifer Lynn | Grueter, Jennifer Lynn<br>8301, 27th Ave.<br>Kenosha WA 53143 | Akorn Operating Company LLC | 125.2 | 507(a)(4) | $ 134,750.06 | $ 15,150.00 |
| Guillen, Rosa Elvira | Guillen, Rosa Elvira<br>718 S Wellwood Ave<br>Lindenhurst NY 11757 | Akorn Intermediate Company LLC | 245.2 | 507(a)(4) | $ 9,240.00 | $ 9,240.00 |
| Guzman, Juan | Guzman, Juan<br>138-31 101st Ave.<br>Jamaica NY 11435 | Akorn Intermediate Company LLC | 61.1 | 507(a)(4) | $ 61,548.00 | $ 15,150.00 |
| Handysside, Jason R. | Handysside, Jason R.<br>415 N Summit Ave<br>Decatur IL 62522 | Akorn Holding Company LLC | 319.1 | 507(a)(4) | $ 52,942.00 | $ 15,150.00 |
| Hansaria, Sonia | Hansaria, Sonia<br>550 Hawks Ridge Road<br>Brookfield WI 53045 | Akorn Operating Company LLC | 139.1 | 507(a)(4) | $ 5,526.36 | $ 5,526.36 |
| Hepp, Michael Kevin | Hepp, Michael Kevin<br>41081 N. Hook Circle<br>Antioch IL 60002 | Akorn Holding Company LLC | 327.1 | 507(a)(4) | $ 216,397.00 | $ 15,150.00 |
| Ho, Alexander J. | Ho, Alexander J.<br>1 Atlantic Ave.<br>Apt. 70<br>Farmingdale NY 11735-2772 | Akorn Operating Company LLC | 283.1 | 507(a)(4) | $ 61,122.98 | $ 15,150.00 |
| Hoque, Mohammad Emdadul | Hoque, Mohammad Emdadul<br>118 Louisiana Ave<br>Bay Shore NY 11706 | Akorn Intermediate Company LLC | 123.1 | 507(a)(4) | $ 30,831.20 | $ 15,150.00 |
| Hugel, Richard A. | Hugel, Richard A.<br>1808 Hazelwood Drive<br>Lindenhurst IL 60046-8824 | Akorn Holding Company LLC | 84.1 | 507(a)(4) | $ 8,015.19 | $ 8,015.19 |
| Isaac, Wendy | Isaac, Wendy<br>232 York Avenue<br>Staten Island NY 10301 | Akorn Intermediate Company LLC | 241.1 | 507(a)(4) | $ 19,828.80 | $ 15,150.00 |
| Jagoda, Bartosz | Jagoda, Bartosz<br>6881 N Northwest Hwy, Apt 1A<br>Chicago IL 60631 | Akorn Holding Company LLC | 206.1 | 507(a)(4) | $ 15,839.09 | $ 2,203.29 |
| Jain, Rishabh | Jain, Rishabh<br>D-20, 3rd Floor<br>Vivek Vihar Phase 1<br>Dehli  110095 | Akorn Operating Company LLC | 259.1 | 507(a)(4) | $ 145,678.27 | $ 15,150.00 |
| JHA, TARISHI | JHA, TARISHI<br>Address on file | Akorn Operating Company LLC | 431.1 | 507(a)(4) | $ 162,706.00 | $ 15,150.00 |
| Johnson, Patrick | Johnson, Patrick<br>1003 Steel Blvd<br>Baldwin NY 11510 | Akorn Intermediate Company LLC | 135.1 | 507(a)(4) | $ 42,549.00 | $ 15,150.00 |
| Kapps, Nicolas Gregory | Kapps, Nicolas Gregory<br>16 Arden Ln<br>Farmingville NY 11738 | Akorn Operating Company LLC | 394.1 | 507(a)(4) | $ 1,600.00 | $ 1,600.00 |
| Katwaroo, Satdai | Katwaroo, Satdai<br>117-31 125st<br>S. Ozone Park NY 11420 | Akorn Intermediate Company LLC | 92.1 | 507(a)(4) | $ 26,334.00 | $ 15,150.00 |
| Keller, Stanley D | Keller, Stanley D<br>2344 W Melrose St<br>Chicago IL 60618 | Akorn Holding Company LLC | 126.1 | 507(a)(4) | $ 699,882.84 | $ 15,150.00 |
| Kenig-Bujnarowski, Bogumila | Kenig-Bujnarowski, Bogumila<br>2653 W Autumn Dr<br>Round Lake IL 60073 | Akorn Holding Company LLC | 271.1 | 507(a)(4) | $ 31,924.35 | $ 15,150.00 |
| Khirdekar, Ravindra | Khirdekar, Ravindra<br>259 Fairhavan Mall, L1B2<br>Jericho NY 11753 | Akorn Holding Company LLC | 53.1 | 507(a)(4) | $ 8,100.00 | $ 8,100.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Kinder, Barbara | Kinder, Barbara<br>4 Oak Park Ct.<br>Deer Park NY 11729 | Akorn Intermediate Company LLC | 56.1 | 507(a)(4) | $ 118,656.36 | $ 15,150.00 |
| Klem, June Searle | Klem, June Searle<br>101 Schoolhouse Lane<br>East Brunswick NJ 08816 | Akorn Holding Company LLC | 60.1 | 507(a)(4) | $ 5,075.20 | $ 5,075.20 |
| Kote, Mahesh D. | Kote, Mahesh D.<br>176 Bay View Ln.<br>Grayslake IL 60030 | Akorn Operating Company LLC | 264.1 | 507(a)(4) | $ 131,412.02 | $ 15,150.00 |
| Kowalski, Steven | Kowalski, Steven<br>1216 Quassey Ave.<br>Lake Bluff IL 60044 | Akorn Holding Company LLC | 128.1 | 507(a)(4) | $ 58,397.37 | $ 15,150.00 |
| Kufner, Gregory S. | Kufner, Gregory S.<br>521 N. Emerson Ln.<br>Haniesville IL 60030 | Akorn Operating Company LLC | 10.1 | 507(a)(4) | $ 109,775.00 | $ 15,150.00 |
| LaRocco, Michael | LaRocco, Michael<br>1132 Lake Dr. E<br>Robbinsville NJ 08691 | Akorn Operating Company LLC | 80.1 | 507(a)(4) | $ 29,158.36 | $ 15,150.00 |
| Lebron, Samuel | Lebron, Samuel<br>6439, 65 Lane 2<br>Middle Village NY 11379-2 | Akorn Operating Company LLC | 137.1 | 507(a)(4) | $ 40,000.00 | $ 15,150.00 |
| Lent, Mary Ellen | Lent, Mary Ellen<br>140 Cedar Court<br>Copiague NY 11726-4704 | Akorn Intermediate Company LLC | 45.1 | 507(a)(4) | $ 67,347.54 | $ 15,150.00 |
| Liang, Yueling | Liang, Yueling<br>260 Fairfield Dr. E<br>Holbrook NY 11741 | Akorn Operating Company LLC | 366.1 | 507(a)(4) | $ 151,424.19 | $ 15,150.00 |
| Lipsey, Michael | Lipsey, Michael<br>1713 S Vine Ave<br>Park Ridge IL 60068 | Akorn Holding Company LLC | 173.1 | 507(a)(4) | $ 221,154.00 | $ 15,150.00 |
| Loder, Christopher | Loder, Christopher<br>144 McKinley Ave.<br>Lake Villa IL 60046-144 | Akorn Operating Company LLC | 121.2 | 507(a)(4) | $ 25,949.00 | $ 15,150.00 |
| Lui, Lung | Lui, Lung<br>39 Elderberry Rd.<br>Syosset NY 11791 | Akorn Operating Company LLC | 182.1 | 507(a)(4) | $ 84,492.75 | $ 15,150.00 |
| Ma, Lifu | Ma, Lifu<br>18 Fletcher Place<br>Melville NY 11747-1405 | Akorn Operating Company LLC | 275.1 | 507(a)(4) | $ 47,107.74 | $ 15,150.00 |
| Malino, Pietro E | Malino, Pietro E<br>145-118 225th St<br>Springfield Gardens NY 11413 | Akorn Intermediate Company LLC | 190.1 | 507(a)(4) | $ 32,400.00 | $ 15,150.00 |
| Mercaldo, Iryna | Mercaldo, Iryna<br>1785 Franklin Ave<br>East Meadow  NY 11554-1785 | Akorn Holding Company LLC | 362.1 | 507(a)(4) | $ 11,536.00 | $ 11,536.00 |
| Metting, Kenneth E. | Metting, Kenneth E.<br>2603 Burch Pt.<br>High Point NC 27265 | Akorn Holding Company LLC | 37.1 | 507(a)(4) | $ 13,900.00 | $ 13,900.00 |
| Miranda, Eric | Miranda, Eric<br>125 Brookvale Ave<br>West Babylon NY 11704 | Akorn Operating Company LLC | 343.1 | 507(a)(4) | $ 35,955.00 | $ 15,150.00 |
| Mogilinski, Michael | Mogilinski, Michael<br>506 S. 6th Ave.<br>Saint Charles IL 60174 | Akorn Holding Company LLC | 323.1 | 507(a)(4) | $ 217,459.00 | $ 15,150.00 |
| Munagala, Suresh Rao | Munagala, Suresh Rao<br>800 Megan Ct.<br>Westmont IL 60559 | Akorn Operating Company LLC | 11.1 | 507(a)(4) | $ 74,984.13 | $ 15,150.00 |
| Nery, Mariafe | Nery, Mariafe<br>21 Riverside Avenue<br>Massapequa NY 11758-5728 | Akorn Operating Company LLC | 162.1 | 507(a)(4) | $ 23,544.00 | $ 15,150.00 |
| Pagillo, Josette | Pagillo, Josette<br>240 Carol Drive<br>Massapequa Park NY 11762 | Akorn Holding Company LLC | 264.1 | 507(a)(4) | $ 27,398.00 | $ 15,150.00 |
| Pan, Wen | Pan, Wen<br>37 Sandalwood Drive<br>Edison NJ 08820 | Akorn Holding Company LLC | 44.1 | 507(a)(4) | $ 12,155.51 | $ 12,155.51 |
| Paras, Ken | Paras, Ken<br>802 Adderly Lane<br>Gurnee IL 60031 | Akorn Holding Company LLC | 127.1 | 507(a)(4) | $ 293,489.72 | $ 15,150.00 |
| Patel, Chaitali | Patel, Chaitali<br>352 S. 7th St.<br>Lindenhurst NY 11757 | Akorn Intermediate Company LLC | 91.1 | 507(a)(4) | $ 24,615.44 | $ 15,150.00 |
| Patel, Paragkumar | Patel, Paragkumar<br>26 Haven Lane<br>Levittown NY 11756-26 | Akorn Holding Company LLC | 162.1 | 507(a)(4) | $ 60,770.06 | $ 15,150.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed First Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Perez, Ramon Rosario | Perez, Ramon Rosario<br>81 Mckinley Avenue<br>1st Floor<br>Brooklyn NY 11208 | Akorn Operating Company LLC | 290.1 | 507(a)(4) | $ 35,152.00 | $ 15,150.00 |
| Perez, Rey Del Valle | Perez, Rey Del Valle<br>2636 Johnson Road<br>Kenosha WI 53143 | Akorn Holding Company LLC | 40.1 | 507(a)(4) | $ 48,708.00 | $ 15,150.00 |
| Peterkin, Jymecia | Peterkin, Jymecia<br>Address on file | Akorn Operating Company LLC | 390.1 | 507(a)(4) | $ 1,600.00 | $ 1,600.00 |
| Pimentel, Rocio | Pimentel, Rocio<br>72 Veronica Ave<br>Somerset NJ 08873 | Akorn Holding Company LLC | 210.1 | 507(a)(4) | $ 18,176.00 | $ 15,150.00 |
| Prescod, Andrea | Prescod, Andrea<br>66 Spencer Pl.<br>Hempstead NY 11550 | Akorn Operating Company LLC | 145.2 | 507(a)(4) | $ 74,750.00 | $ 15,150.00 |
| Ray, Mark R | Ray, Mark R<br>1248 E 1280 N<br>American Fork UT 84003 | Akorn Holding Company LLC | 76.1 | 507(a)(4) | $ 380,988.00 | $ 15,150.00 |
| Renner, Mark | Renner, Mark<br>Address on File | Akorn Intermediate Company LLC | 54.2 | 507(a)(4) | $ 103,168.00 | $ 15,150.00 |
| Rizvi, Arifa | Rizvi, Arifa<br>335 Woodbury Rd.<br>Woodbury NY 11797 | Akorn Operating Company LLC | 258.1 | 507(a)(4) | $ 85,000.00 | $ 15,150.00 |
| Robel, Kevin | Robel, Kevin<br>2346 Keegan Hollow Ln.<br>Spring TX 77386 | Akorn Operating Company LLC | 287.1 | 507(a)(4) | $ 34,275.24 | $ 15,150.00 |
| Santana, Jaime | Santana, Jaime<br>W6490 Old J. Rd.<br>Westfield WI 53964 | Akorn Operating Company LLC | 126.3 | 507(a)(4) | $ 327,345.08 | $ 15,150.00 |
| Seeley, Sherri | Seeley, Sherri<br>27 Perry Drive<br>Ewing NJ 08628 | Akorn Holding Company LLC | 54.1 | 507(a)(4) | $ 10,195.20 | $ 10,195.20 |
| Sharma, Doodnauth | Sharma, Doodnauth<br>8 Lester Avenue<br>Freeport NY 11520 | Akorn Intermediate Company LLC | 134.1 | 507(a)(4) | $ 65,688.00 | $ 15,150.00 |
| SINGH, Ravindra | SINGH, Ravindra<br>9426, 214th Place<br>Queens Village NY 11428 | Akorn Operating Company LLC | 296.1 | 507(a)(4) | $ 21,120.00 | $ 15,150.00 |
| Solano, Carmita | Solano, Carmita<br>1787 Newbridge Road<br>N. Bellmore  NY 11710 | Akorn Intermediate Company LLC | 182.1 | 507(a)(4) | $ 10,732.80 | $ 10,732.80 |
| Toby, Natacha | Toby, Natacha<br>1465 Genevaloop Apt 2H<br>Brooklyn NY 11239 | Akorn Intermediate Company LLC | 117.1 | 507(a)(4) | $ 38,255.47 | $ 15,150.00 |
| Toner, Deborah | Toner, Deborah<br>62 Cherokee Ave.<br>West Islip NY 11795 | Akorn Intermediate Company LLC | 34.1 | 507(a)(4) | $ 26,146.16 | $ 15,150.00 |
| Torres, Paul D. | Torres, Paul D.<br>460 South Commons Ct.<br>Deerfield IL 60015-4320 | Akorn Operating Company LLC | 192.1 | 507(a)(4) | $ 32,442.00 | $ 13,115.07 |
| Tournier, James P | Tournier, James P<br>489 N. Country Ridge Ct.<br>Lake Zurich IL 60047-2824 | Akorn Holding Company LLC | 269.1 | 507(a)(4) | $ 161,250.00 | $ 15,150.00 |
| Tsahalis, Kyriakos | Tsahalis, Kyriakos<br>Kyriakos Tsahalis<br>31 Vreeland Place<br>Allendale NJ 07401 | Akorn Operating Company LLC | 249.1 | 507(a)(4) | $ 609,340.05 | $ 15,150.00 |
| Wang, Xiaoling | Wang, Xiaoling<br>320 Pioxi Street<br>Copaigue NY 11726 | Akorn Operating Company LLC | 273.1 | 507(a)(4) | $ 73,543.00 | $ 15,150.00 |
| Winiarski, Daniel | Winiarski, Daniel<br>2911 North Halsted<br>Unit 3<br>Chicago IL 60657 | Akorn Holding Company LLC | 149.2 | 507(a)(4) | $ 159,322.42 | $ 15,150.00 |
| Yarkony, Janice | Yarkony, Janice<br>809 Kingsley Drive<br>Arlington Heights IL 60004-1317 | Akorn Holding Company LLC | 239.1 | 507(a)(4) | $ 74,133.16 | $ 15,150.00 |
| **Total** | | | | | **$ 7,363,030.18** | **$ 1,306,157.37** |