IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR AUGUST 12, 2024 AT 1:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONTINUED MATTERS (CONTESTED):**

1. Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
   [Filed 6/21/2024; Doc. No. 832]

   Related Documents:  None

   Objection Deadline:  July 8, 2024.  One day extension granted to Trustee to July 9, 2024.

   Responses Received:  (a) Chapter 7 Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11 Filed by George L. Miller, Trustee
   [Filed 7/9/2024; Doc. No. 858]

   (b) Debtors' Reply in Further Support of Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
   [Filed 7/31/2024; Doc. No. 909]

   Status:  The parties have agreed to adjourn this matter to allow time for the parties to exchange discovery.  The parties are in communication with Chambers concerning a new hearing date.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

2. Trustee's Motion for Entry of Order (I) Approving Settlement Agreement with Thea Pharma Inc. and (II) Granting Related Relief
[Filed 7/22/2024; Doc. No. 869]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 8/8/2024; Doc. No. 922] |
| | (b) | Entered Order [Filed 8/8/2024; Doc. No. 923] |
| Objection Deadline: | | August 5, 2024 at 4:00 p.m. |
| Responses Received: | | None |
| Status: | | Order has been entered by the Court. This matter is concluded. |

Dated: August 8, 2024
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*