IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case Nos. 23-10253 (KBO), *et seq.*<br>(jointly administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL OF CO-COUNSEL

PLEASE TAKE NOTICE that Delaware counsel for E.L. Pruitt Co. hereby substitutes its appearance in this case as follows:

| Withdrawing Counsel:<br><br>Margaret F. England (DE No. 4248)<br>Amy Brown (DE No. 4077)<br>GELLERT SEITZ BUSENKELL<br>  & BROWN, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>Phone: (302) 425-5800<br>mengland@gsbblaw.com | Appearing Counsel:<br><br>Adam Hiller (DE No. 4105)<br>HILLER LAW, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO) ("Akorn Holding"); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO) ("Akorn Intermediate"); and Akorn Operating Company LLC (6184), Case No. 23- 10255 ("Akorn Operating" and collectively, "Debtors"). Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

This party's lead counsel remains the same.

Dated: August 7, 2024  
Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Ave., Ste 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
*ahiller@adamhillerlaw.com*

-and-

Jeana Reinbold
Sgro, Hanrahan, Durr, Rabin &
 Reinbold, LLP
1119 S. 6th Street
Springfield, IL 62703
(217) 789-1200 telephone
*jeana@casevista.com*

*Attorneys for E.L. Pruitt Co.*