IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date**:<br>September 9, 2024, at 12:30 p.m. (ET)<br><br>**Re: D.I. 832, 858, 909** |

**NOTICE OF RESCHEDULED HEARING ON DEBTORS' MOTION FOR ENTRY OF
AN ORDER AUTHORIZING AND APPROVING THE CONVERSION
OF THESE CHAPTER 7 CASES TO CASES UNDER CHAPTER 11**

**PLEASE TAKE NOTICE** that the hearing previously scheduled for August 12, 2024 at 1:30 p.m. (ET) on the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 832) has been rescheduled and will now take place on **September 9, 2024 at 12:30 p.m. (ET)** before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.

Dated: August 19, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Austin T. Park*
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Austin T. Park (No. 7247)
1201 Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      apark@morrisnichols.com

- and -

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
Richard C. Ramirez (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      sschmidt@glennagre.com
      rramirez@glennagre.com
      mdoss@glennagre.com

*Proposed Counsel to the Debtors*