IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 926** |

## CERTIFICATE OF SERVICE

I, Austin T. Park, do hereby certify that on August 19, 2024, copies of the *Notice of Rescheduled Hearing on Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 926) were caused to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, and by electronic mail upon the parties listed in **Exhibit A**.

>  */s/ Austin T. Park*
>  Austin T. Park (No. 7247)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.