EXHIBIT "A"

Proposed Second Interim Distribution to Holders

of Allowed Priority Claims Under Section 507(a)(4)

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Abraham, Lisha | Abraham, Lisha<br>1639 Carla Ln<br>East Meadow NY 11554-1639 | Akorn Operating Company LLC | 167.3 | 507(a)(4) | $ 46,843.68 | $ 15,150.00 |
| Abraham, Luxuly | Abraham, Luxuly<br>22 Chaffee Ave.<br>Albertson NY 11507 | Akorn Operating Company LLC | 204.1 | 507(a)(4) | $ 47,983.84 | $ 15,150.00 |
| Akasapu, Prem Sagar | Akasapu, Prem Sagar<br>24 Berryland St.<br>Chesterfield NJ 08515 | Akorn Holding Company LLC | 331.1 | 507(a)(4) | $ 190,000.00 | $ 15,150.00 |
| Alcerro, Gloria | Alcerro, Gloria<br>31 Rutledge Street<br>Brentwood NY 11717 | Akorn Operating Company LLC | 156.1 | 507(a)(4) | $ 34,020.56 | $ 15,150.00 |
| Almonte, Andreina Marmol | Almonte, Andreina Marmol<br>195 46th St.<br>Lindenhurst NY 11757 | Akorn Intermediate Company, LLC | 175.1 | 507(a)(4) | $ 99,424.00 | $ 15,150.00 |
| Amanuel, Aster | Amanuel, Aster<br>345 Old Courthouse Rd.<br>New Hyde Park NY 11040 | Akorn Operating Company LLC | 148.1 | 507(a)(4) | $ 52,412.78 | $ 15,150.00 |
| Arja, Sarojini Spandana | Arja, Sarojini Spandana<br>8130 Walcot Lane<br>Unit B<br>Cincinati OH 45249 | Akorn Operating Company LLC | 446.1 | 507(a)(4) | $ 21,957.00 | $ 15,150.00 |
| Bhatti, Uzma | Bhatti, Uzma<br>195 Elm Street<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 168.1 | 507(a)(4) | $ 74,080.67 | $ 15,150.00 |
| Blake, Allison | Blake, Allison<br>777 E. Stella Ln<br>Apt. 152<br>Phoenix AZ 85014 | Akorn Holding Company LLC | 359.1 | 507(a)(4) | $ 16,887.43 | $ 3,540.45 |
| Blatt, Samuel | Blatt, Samuel<br>893 Shambliss Ln<br>Buffalo Grove IL 60089 | Akorn Holding Company LLC | 214.1 | 507(a)(4) | $ 19,226.15 | $ 4,050.01 |
| Bondili, Gayatri | Bondili, Gayatri<br>1151, 4th St. SW 822<br>Washington DC 20024-2367 | Akorn Operating Company LLC | 247.1 | 507(a)(4) | $ 22,208.08 | $ 15,150.00 |
| Britiz, Tammy | Britiz, Tammy<br>144 N. Wall St.<br>Macon IL 62544 | Akorn Operating Company LLC | 208.1 | 507(a)(4) | $ 38,735.24 | $ 15,150.00 |
| Cappadona, George | Cappadona, George<br>72 Dovecote Lane<br>Commack NY 11725 | Akorn Operating Company LLC | 355.2 | 507(a)(4) | $ 35,200.00 | $ 15,150.00 |
| Carey, Matthew | Carey, Matthew<br>121 Raleigh Lane<br>West Islip NY 11795 | Akorn Operating Company LLC | 234.2 | 507(a)(4) | $ 26,153.84 | $ 15,150.00 |
| Casa, Michael | Casa, Michael<br>140 Remington Ave.<br>Selden NY 11784 | Akorn Operating Company LLC | 107.1 | 507(a)(4) | $ 53,993.78 | $ 15,150.00 |
| Cassese, Dominique | Cassese, Dominique<br>13 Joyce Avenue<br>Massapequa NY 11758 | Akorn Operating Company LLC | 217.2 | 507(a)(4) | $ 69,649.86 | $ 15,150.00 |
| Cattanach, Todd | Cattanach, Todd<br>325 Beachview Street<br>Copiague NY 11726-3312 | Akorn Operating Company LLC | 218.1 | 507(a)(4) | $ 35,388.15 | $ 15,150.00 |
| Chegireddy, Balakota Reddy | Chegireddy, Balakota Reddy<br>400 Dutch Neck Rd.<br>East Windsor NJ 08520-400 | Akorn Holding Company LLC | 358.1 | 507(a)(4) | $ 17,000.00 | $ 15,150.00 |
| Cherukuru, Muralikrishna | Cherukuru, Muralikrishna<br>605 W. International Road<br>Monroe NJ 08831-605 | Akorn Holding Company LLC | 325.1 | 507(a)(4) | $ 24,750.00 | $ 15,150.00 |
| Chowdhury, Emad | Chowdhury, Emad<br>306 West 20th Street<br>Deer Park NY 11729 | Akorn Operating Company LLC | 239.1 | 507(a)(4) | $ 79,208.44 | $ 15,150.00 |
| Clark, Adam | Clark, Adam<br>1509 Arlington Chase<br>Sherman IL 62684 | Akorn Holding Company LLC | 36.1 | 507(a)(4) | $ 74.41 | $ 74.41 |
| Clark, Vallerie | Clark, Vallerie<br>25 Weeks Street<br>Patchogue NY 11772 | Akorn Intermediate Company, LLC | 215.1 | 507(a)(4) | $ 30,000.00 | $ 14,240.10 |
| Conroy, Kate | Conroy, Kate<br>346 Williams Way No.<br>Calverton NY 11933 | Akorn Operating Company LLC | 152.1 | 507(a)(4) | $ 20,166.81 | $ 15,150.00 |
| Cooke, Colleen | Cooke, Colleen<br>11 Douglas Street<br>Port Jefferson Station NY 11776 | Akorn Operating Company LLC | 100.1 | 507(a)(4) | $ 265,660.24 | $ 15,150.00 |
| Dai, Le-An | Dai, Le-An<br>25 Glen Rd.<br>Westbury NY 11590-25 | Akorn Operating Company LLC | 244.1 | 507(a)(4) | $ 5,000.00 | $ 5,000.00 |
| Datt, Pramila | Datt, Pramila<br>1723 Napa Drive<br>Gurnee IL 60031-5137 | Akorn Operating Company LLC | 193.1 | 507(a)(4) | $ 27,238.00 | $ 15,150.00 |
| Delfino, Erin M. | Delfino, Erin M.<br>313 Medea Way<br>Central Islip NY 11722 | Akorn Operating Company LLC | 119.1 | 507(a)(4) | $ 41,244.00 | $ 15,150.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| DeStefano, Frank Gerard | DeStefano, Frank Gerard<br>36 Beach Avenue<br>Port Jefferson Station, NY 11776 | Akorn Operating Company LLC | 433.3 | 507(a)(4) | $ 31,902.83 | $ 15,150.00 |
| Devore, Donnette | Devore, Donnette<br>505 S. Oak St.<br>Maroa IL 61756 | Akorn Operating Company LLC | 225.1 | 507(a)(4) | $ 93,275.00 | $ 15,150.00 |
| DiCarmine, Matthew | DiCarmine, Matthew<br>40 Neiman Ave.<br>Lynbrook NY 11563 | Akorn Holding Company LLC | 170.4 | 507(a)(4) | $ 23,867.23 | $ 11,538.46 |
| Dimarzio, John | Dimarzio, John<br>7 Birch Court<br>Monroe NJ 08831 | Akorn Holding Company LLC | 70.1 | 507(a)(4) | $ 13,449.00 | $ 13,449.00 |
| Eseed, Najeeb Nabil | Eseed, Najeeb Nabil<br>9238 Oak Park<br>Morton Grove IL 60053 | Akorn Operating Company LLC | 221.1 | 507(a)(4) | $ 45,208.00 | $ 15,150.00 |
| Frizalone, Joseph Angelo | Frizalone, Joseph Angelo<br>314 Holbrook Road<br>Ronkonkoma NY 11779 | Akorn Operating Company LLC | 173.1 | 507(a)(4) | $ 27,000.00 | $ 15,150.00 |
| Gasper Jr, Robert A. | Gasper Jr, Robert A.<br>157 Prospect Avenue<br>Avenel NJ 07001 | Akorn Holding Company LLC | 274.1 | 507(a)(4) | $ 81,868.80 | $ 15,150.00 |
| Glaeser, Lauren | Glaeser, Lauren<br>40W011 Deer Run Drive<br>St Charles IL 60175 | Akorn Operating Company LLC | 457.1 | 507(a)(4) | $ 17,476.22 | $ 15,150.00 |
| Gollapalli, Romarao | Gollapalli, Romarao<br>310 Chesterfield Lane<br>Vernon Hills IL 60061 | Akorn Operating Company LLC | 220.1 | 507(a)(4) | $ 144,951.65 | $ 15,150.00 |
| Greeley, David | Greeley, David<br>114 N. Ocean Breeze #3<br>Lake Worth FL 33460 | Akorn Holding Company LLC | 195.1 | 507(a)(4) | $ 341,250.00 | $ 15,150.00 |
| Gudel, Jonathan | Gudel, Jonathan<br>165 Copiague Place<br>Copiague NY 11726 | Akorn Operating Company LLC | 356.3 | 507(a)(4) | $ 31,792.15 | $ 15,150.00 |
| Handyside, Lindsay D. | Handyside, Lindsay D.<br>415 N Summit Ave<br>Decatur IL 62522 | Akorn Holding Company LLC | 316.1 | 507(a)(4) | $ 82,017.92 | $ 15,150.00 |
| Hupp, Lisa | Hupp, Lisa<br>225 Piney St.<br>Islip Terrace NY 11752-225 | Akorn Operating Company LLC | 133.1 | 507(a)(4) | $ 41,696.00 | $ 15,150.00 |
| Islam, Mohammad Shahidul | Islam, Mohammad Shahidul<br>90-12 188th St.<br>Hollis NY 11423 | Akorn Operating Company LLC | 401.1 | 507(a)(4) | $ 40,000.00 | $ 15,150.00 |
| Kabir, Mohammed Nurul | Kabir, Mohammed Nurul<br>46 Mark Drive<br>Hawthorn Woods IL 60047 | Akorn Operating Company LLC | 191.1 | 507(a)(4) | $ 132,870.00 | $ 15,150.00 |
| Kadulla, Chenchu Ramarao | Kadulla, Chenchu Ramarao<br>68 Village Green<br>Apt. J<br>Budd Lake NJ 07828 | Akorn Holding Company LLC | 332.1 | 507(a)(4) | $ 23,300.00 | $ 15,150.00 |
| Kanyadhara, Aajy Kumar | Kanyadhara, AajyKumar<br>91 E. 3rd. St.<br>Deer Park NY 11729 | Akorn Operating Company LLC | 155.1 | 507(a)(4) | $ 69,958.25 | $ 15,150.00 |
| Kazmi, Safia | Kazmi, Safia<br>1249 Bellmore Avenue<br>North Bellmore NY 11710-5509 | Akorn Operating Company LLC | 190.2 | 507(a)(4) | $ 72,822.28 | $ 15,150.00 |
| Kochensparger, Andrea | Kochensparger, Andrea<br>4283 Haughn Road<br>Grove City OH 43123 | Akorn Holding Company LLC | 318.1 | 507(a)(4) | $ 237,500.00 | $ 15,150.00 |
| Kokane, Rohit | Kokane, Rohit<br>971 NW Fresco Way<br>Apt 201<br>Jensen Beach FL 34957-3542 | Akorn Operating Company LLC | 420.1 | 507(a)(4) | $ 29,406.67 | $ 15,150.00 |
| Ksiazak, Jennifer | Ksiazak, Jennifer<br>29 Clover Place<br>Franklin Park NJ 08823 | Akorn Holding Company LLC | 47.1 | 507(a)(4) | $ 56,615.81 | $ 15,150.00 |
| Leone, Vincent | Leone, Vincent<br>2498 Norwood Ave.<br>North Bellmore NY 11710 | Akorn Operating Company LLC | 429.1 | 507(a)(4) | $ 20,255.39 | $ 15,150.00 |
| Lockwood, Jolene | Lockwood, Jolene<br>2128 Clearmont Ave.<br>Decatur IL 62526 | Akorn Operating Company LLC | 202.1 | 507(a)(4) | $ 82,350.00 | $ 15,150.00 |
| Lopez, Marissa | Lopez, Marissa<br>8 Harkin Lane<br>Hicksville NY 11801 | Akorn Operating Company LLC | 108.1 | 507(a)(4) | $ 70,012.02 | $ 15,150.00 |
| Louis-Jean, Guerlins | Louis-Jean, Guerlins<br>221 North Grove Street<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 87.1 | 507(a)(4) | $ 17,846.16 | $ 15,150.00 |
| McClellan, Cory Jacob | McClellan, Cory Jacob<br>12952 Taft Rd.<br>Clinton IL 61727 | Akorn Holding Company LLC | 347.1 | 507(a)(4) | $ 40,873.86 | $ 15,150.00 |
| McClure, Robin Talon | McClure, Robin Talon<br>2139 N. Arapahoe Trl.<br>Round Lake Heights IL 60073-8611 | Akorn Holding Company LLC | 396.1 | 507(a)(4) | $ 15,644.00 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| McKenzie, Alisa | McKenzie, Alisa<br>365 N. Columbus Ave<br>Freeport NY 11520 | Akorn Operating Company LLC | 163.1 | 507(a)(4) | $ 35,116.80 | $ 15,150.00 |
| Medina, Zundry M Padra | Medina, Zundry M Padra<br>18000 Ayrshire Boulevard<br>Land O Lakes FL 34638-7972 | Akorn Holding Company LLC | 129.1 | 507(a)(4) | $ 327,789.28 | $ 15,150.00 |
| Min, Jassy | Min, Jassy<br>3 Maple Dr.<br>Port Washington NY 11050 | Akorn Operating Company LLC | 310.1 | 507(a)(4) | $ 41,019.89 | $ 15,150.00 |
| Misanes, Cristopher | Misanes, Cristopher<br>180 Thames Street<br>PT Jefferson Station, NY 11776 | Akorn Operating Company LLC | 424.1 | 507(a)(4) | $ 53,738.97 | $ 15,150.00 |
| Miskovic, Milan | Miskovic, Milan<br>5834 W. Montrose Ave., Apt. 2N<br>Chicago IL 60634 | Akorn Operating Company LLC | 213.1 | 507(a)(4) | $ 30,227.57 | $ 15,150.00 |
| Mollah, Monjur | Mollah, Monjur<br>642 Clinton Way West<br>Augusta GA 30907 | Akorn Operating Company LLC | 438.1 | 507(a)(4) | $ 36,575.00 | $ 15,150.00 |
| Montellano, Laura Olivia | Montellano, Laura Olivia<br>614 West Street<br>LibertyVille IL 60048 | Akorn Operating Company LLC | 99.2 | 507(a)(4) | $ 230,540.00 | $ 15,150.00 |
| Montero, Digna | MONTERO, Digna<br>1238 Fairbanks Ave.<br>Bayshore NY 11706 | Akorn Intermediate Company, LLC | 177.1 | 507(a)(4) | $ 85,321.06 | $ 15,150.00 |
| Morelli, Thomas | Morelli, Thomas<br>39 Hillside Road<br>Farmingville NY 11738 | Akorn Operating Company LLC | 101.1 | 507(a)(4) | $ 301,480.08 | $ 15,150.00 |
| Moreno, Silvia | MORENO, Silvia<br>310 Hawkins Blvd.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 176.1 | 507(a)(4) | $ 98,841.60 | $ 15,150.00 |
| ORTIZ ANDRADE, Mabel | ORTIZ ANDRADE, Mabel<br>257 Vespuci Ave.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 171.1 | 507(a)(4) | $ 77,126.04 | $ 15,150.00 |
| ORTIZ, Eugenia | ORTIZ, Eugenia<br>383 Oak St.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 174.1 | 507(a)(4) | $ 76,044.80 | $ 15,150.00 |
| Ortiz, Junior Jose | Ortiz, Junior Jose<br>1142 Ferngate Drive<br>Franklin Square NY 11010 | Akorn Operating Company LLC | 238.1 | 507(a)(4) | $ 13,350.00 | $ 13,350.00 |
| Pantaleon, Daniel | Pantaleon, Daniel<br>95 27th St.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 244.1 | 507(a)(4) | $ 50,549.00 | $ 15,150.00 |
| Parikh, Leena | Parikh, Leena<br>8221, 232nd Street<br>Queens Village NY 11427-2104 | Akorn Operating Company LLC | 304.3 | 507(a)(4) | $ 24,615.44 | $ 12,307.72 |
| Parsowith, Michael | Parsowith, Michael<br>555 Brookwood Pt. Place<br>Apt.215<br>Simpsonville SC 29681 | Akorn Operating Company LLC | 158.4 | 507(a)(4) | $ 145,384.00 | $ 15,150.00 |
| Patel, Bansriben | Patel, Bansriben<br>259 Marcus Ave.<br>New Hyde Park NY 11040 | Akorn Operating Company LLC | 270.1 | 507(a)(4) | $ 83,000.00 | $ 15,150.00 |
| Patel, Paragkumar | Patel, Paragkumar<br>26 Haven Lane<br>Levittown NY 11756-26 | Akorn Operating Company LLC | 157.1 | 507(a)(4) | $ 3,798.13 | $ 3,798.13 |
| Patel, Trushaben | Patel, Trushaben<br>33 Lucille Drive<br>Centereach NY 11720 | Akorn Operating Company LLC | 265.1 | 507(a)(4) | $ 12,613.14 | $ 12,613.14 |
| Paz, Daney Caicedo | PAZ, Daney Caicedo<br>130 N. 17th St.<br>Wyandanch NY 11798 | Akorn Intermediate Company, LLC | 180.1 | 507(a)(4) | $ 70,595.02 | $ 15,150.00 |
| Pragallapati, Lakshamana Rao | Pragallapati, Lakshamana Rao<br>1245 Ballantrae Place<br>Apt. E<br>Mundelein IL 60060-3278 | Akorn Operating Company LLC | 282.1 | 507(a)(4) | $ 32,418.00 | $ 15,150.00 |
| Puchacz, Angelique M. | Purchacz, Angelique M.<br>34988 N. Leonard Avenue<br>Ingleside IL 60041 | Akorn Operating Company LLC | 251.1 | 507(a)(4) | $ 201,904.28 | $ 15,150.00 |
| Rahangdale, Rishi Kumar | Rahangdale, Rishi Kumar<br>32208 Towngreen Dr<br>Elmsford NY 10523 | Akorn Holding Company LLC | 270.1 | 507(a)(4) | $ 145,000.20 | $ 15,150.00 |
| Ramos, Sofia | Ramos, Sofia<br>11 Lloyd Drive<br>Brentwood NY 11717 | Akorn Operating Company LLC | 360.1 | 507(a)(4) | $ 169,974.05 | $ 15,150.00 |
| Ravella, Venkata | Ravella, Venkata<br>301 Hidden Acres Lane<br>Morrestown NJ 08057 | Akorn Holding Company LLC | 328.1 | 507(a)(4) | $ 35,000.00 | $ 15,150.00 |
| Riascos-Brehm, Penelope | Riascos-Brehm, Penelope<br>58 Osborne Ave.<br>Mount Sinai NY 11766 | Akorn Operating Company LLC | 341.3 | 507(a)(4) | $ 27,692.32 | $ 13,846.16 |
| Ronan, Colleen | Ronan, Colleen<br>23 Shamrock Ln.<br>Centereach NY 11720-23 | Akorn Operating Company LLC | 189.1 | 507(a)(4) | $ 68,423.00 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Rosales, Susana | Rosales, Susana<br>25 McKeon Ave.<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 153.1 | 507(a)(4) | $ 45,754.00 | $ 15,150.00 |
| Saif, Maha | Saif, Maha<br>11 Lark Drive<br>Centerreach, NY 11720-1506 | Akorn Operating Company LLC | 391.1 | 507(a)(4) | $ 38,994.24 | $ 15,150.00 |
| Schwerdlin, Ethel Drate | Schwerdlin, Ethel Drate<br>1016 Cumberland Lane<br>Buffalo Grove IL 60089 | Akorn Operating Company LLC | 257.2 | 507(a)(4) | $ 23,400.00 | $ 15,150.00 |
| Seibert, Matthew Douglas | Seibert, Matthew Douglas<br>227 W. Rockland Rd.<br>Libertyville IL 60048-227 | Akorn Operating Company LLC | 3.1 | 507(a)(4) | $ 257,260.85 | $ 15,150.00 |
| Simmons, Bernadette | Simmons, Bernadette<br>72 Veronica Ave<br>Somerset NJ 08873 | Akorn Holding Company LLC | 118.1 | 507(a)(4) | $ 17,475.00 | $ 15,150.00 |
| Simms, Joan | Simms, Joan<br>298 Westchester Ave<br>West Babylon NY 11704 | Akorn Operating Company LLC | 112.1 | 507(a)(4) | $ 85,146.00 | $ 15,150.00 |
| Singh, Sushmeet K | Singh, Sushmeet K<br>17 Spruce Hollow Road<br>Dunellen NJ 08812-17 | Akorn Holding Company LLC | 75.1 | 507(a)(4) | $ 142,706.62 | $ 15,150.00 |
| Soto, Carlos E. | Soto, Carlos E.<br>4801 S. Wadsworth Blvd.<br>Apt. 6-303<br>Littleton CO 80123-4801 | Akorn Holding Company LLC | 361.1 | 507(a)(4) | $ 17,631.77 | $ 4,050.01 |
| Stein, Susan K. | Stein, Susan K.<br>39635 N. Warren Ln<br>Beach Park IL 60083-3051 | Akorn Operating Company LLC | 231.2 | 507(a)(4) | $ 32,538.70 | $ 15,150.00 |
| Stuber, Donna | Stuber, Donna<br>144 Ketridge St.<br>West Babylon NY 11704 | Akorn Operating Company LLC | 116.1 | 507(a)(4) | $ 58,021.00 | $ 15,150.00 |
| Szmytka, Joanna | Szmytka, Joanna<br>310 Westwood Ct.<br>Vernon Hills IL 60061 | Akorn Operating Company LLC | 266.1 | 507(a)(4) | $ 4,298.19 | $ 4,298.19 |
| Tatini, Radhakrishna | Tatini, Radhakrishna<br>1 Gardenia Court<br>Dayton NJ 08810 | Akorn Holding Company LLC | 81.1 | 507(a)(4) | $ 173,360.00 | $ 15,150.00 |
| Tavaras, Ramon | Tavaras, Roman Antonio<br>228 41st Street<br>Capiague, NY 11726 | Akorn Holding Company LLC | 412.2 | 507(a)(4) | $ 8,612.00 | $ 8,612.00 |
| Tavares, Daris | TAVERAS, Daris<br>220 Verrazano Ave.<br>Copiague NY 11172 | Akorn Intermediate Company, LLC | 183.1 | 507(a)(4) | $ 81,827.02 | $ 15,150.00 |
| Tekverk, Paul | Tekverk, Paul<br>65 Mobrey Ln.<br>Smithtown NY 11787 | Akorn Operating Company LLC | 261.1 | 507(a)(4) | $ 60,288.47 | $ 15,150.00 |
| Thomas, Benny | Thomas, Benny<br>7935 Maple Street<br>Morton Grove IL 60053-1652 | Akorn Operating Company LLC | 222.1 | 507(a)(4) | $ 53,281.04 | $ 15,150.00 |
| Thomas, Joseph | Thomas, Joseph<br>316 Westmoreland Dr.<br>Vernon Hills IL 60061 | Akorn Operating Company LLC | 209.2 | 507(a)(4) | $ 17,921.20 | $ 15,150.00 |
| Van Dyke, Brian | Van Dyke, Brian<br>195 Covington Drive<br>Barrington IL 60010 | Akorn Operating Company LLC | 299.1 | 507(a)(4) | $ 94,890.64 | $ 15,150.00 |
| Vicente, Carmen Luisa Rivera | Vicente, Carmen Luisa Rivera<br>2440 West Main Street<br>Decatur IL 62522 | Akorn Operating Company LLC | 301.1 | 507(a)(4) | $ 198,308.00 | $ 15,150.00 |
| Victor, Anderson | Victor, Anderson<br>409 Clifford Street<br>North Bellmore, NY 11710 | Akorn Intermediate Company, LLC | 179.1 | 507(a)(4) | $ 53,770.00 | $ 15,150.00 |
| Waghela, Hemrajsinh | Hemrajsinh Waghela<br>290 Half Hollow Road<br>Dix Hills NY 11746 | Akorn Operating Company LLC | 174.1 | 507(a)(4) | $ 22,409.40 | $ 15,150.00 |
| Wang, Amelia | Wang, Amelia<br>142 S. Howell Ave.<br>Centereach NY 11720 | Akorn Operating Company LLC | 268.1 | 507(a)(4) | $ 20,640.06 | $ 15,150.00 |
| Wang, Gang | Wang, Gang<br>143 Old Country Rd.<br>Deer Park NY 11729 | Akorn Operating Company LLC | 334.1 | 507(a)(4) | $ 88,920.23 | $ 15,150.00 |
| Wang, Wei | Wang, Wei<br>1 Bkay Place<br>Wheatley Heights NY 11798 | Akorn Operating Company LLC | 295.1 | 507(a)(4) | $ 51,000.00 | $ 15,150.00 |
| Wicker, Natalie | Wicker, Natalie<br>11970 South Allerton Circle<br>Parker CO 80138 | Akorn Holding Company LLC | 356.1 | 507(a)(4) | $ 37,648.20 | $ 13,866.66 |
| Zhang, Su She | Zhang, Su She<br>320 Pioxi Street<br>Copiague NY 11726 | Akorn Operating Company LLC | 274.1 | 507(a)(4) | $ 10,008.55 | $ 10,008.55 |
| **Total** | | | | | **$ 7,453,965.05** | **$ 1,512,142.99** |