# United States Bankruptcy Court

## For the District of Delaware

<u>In re Akorn Holding Company Llc , Case No. 23-10253</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>CRG Financial LLC</u><br>Name of Transferee | <u>Egeen International Corporation</u><br>938 Rich Place<br>Mountain View, CA 94040<br>NAME & ADDRESS of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>CRG Financial LLC<br>84 Herbert Ave. Building B - Suite 202<br>Closter, NJ 07624 | Court Claim# (if known):   5<br><br>Amount of Claim:<br>Scheduled:        $8,657.86- Akorn Holding Company LLC<br>Proofs of Claim:  $9,306.52- Akorn Holding Company LLC<br>Date Claim Filed:  03/21/2023 |
| Phone:  (201) 266-6988<br>Last Four Digits of Acct#:_____ | Phone:<br>Last Four Digits of Acct#:_____ |
| Name and Address where Transferee payments should be sent (if different from above);<br>SAME AS ABOVE | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Lauren Lamendola</u>     Date: <u>08/22/2024</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court

For the District of Delaware

In re Akorn Holding Company Llc , Case No. 23-10253

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2024.

| | |
|---|---|
| CRG Financial LLC | Egeen International Corporation |
| Name of Alleged Transferee | Name of Transferor |
| 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624 | 938 Rich Place , , Mountain View , CA 94040 |
| Address of Alleged Transferee | Address of Transferor |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**

**NOTICE OF TRANSFER AND WAIVER**

Egeen International Corporation ("Seller"), sells, transfers and assigns unto CRG Financial LLC, with an address at 84 Herbert Ave. Building B - Suite 202, Closter, NJ 07624, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Assignment between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement), including any amounts owed as a cure with respect to a contract assumption, against Akorn Operating Company Llc or any of its co-debtor subsidiaries or affiliates (the "Debtor"), in the aggregate amount of not less than $9,306.52, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, for the District of Delaware, jointly administered as Case No. 23-10253.

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of 07/31/2024.

By: /s/ Rauno Oja
     Signature

   Rauno Oja
   Print Name/Title
   Egeen International Corporation

IN WITNESS WHEREOF, Purchaser has signed below as of Wednesday, August 21, 2024.

By: /s/ Robert Axenrod
CRG Financial LLC