| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | | |
|---|---|---|---|---|---|---|
| 368 | 000227 | 008221 | XN50P AM | 0000411259 | 2 | |

# Earnings Statement 

**AKORN**

*AKORN OPERATING COMPANY LLC*
*5605 CENTERPOINT COURT*
*GURNEE, IL 60031*

Period Beginning:    09/25/2022
Period Ending:       10/08/2022
Pay Date:            10/14/2022

Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal:    1
   NY:         1

**FIORELLA MENDOZA**
**73 HEMLOCK DR**
**MASTIC BEACH NY 11951**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| INC RNTPLAN | | | 2,437.50 | 2,437.50 |
| Regular | | | | 62,307.72 |
| Annbn | | | | 1,354.69 |
| **Gross Pay** | | | **$2,437.50** | 66,099.91 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -536.25 | 5,662.20 |
| | Social Security Tax | -151.12 | 4,031.69 |
| | Medicare Tax | -35.35 | 942.90 |
| | NY State Income Tax | -285.19 | 3,181.62 |
| | NY Paid Family Leave Ins | -12.46 | 337.77 |
| | NY SDI Tax | | 25.20 |
| | **Other** | | |
| | Medical 125 | | 1,153.32 |
| | VilSION CARE | | 10.29 |
| | 401K Loan1 | | 1,815.87 |
| | 401K$ | | 4,172.32 |
| | **Net Pay** | **$1,417.13** | |
| | Checking 1 | -1,417.13 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Mta Tax | 8.29 | |
| Grp Term Life | | 90.96 |
| 401K Eligible W | | 63,662.41 |
| 401K Match | | 1,426.16 |
| 401K Total | | 5,598.48 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 800-932-5676

BASIS OF PAY: SALARY

Your federal taxable wages this period are $2,437.50

© 2000 ADP, Inc.

---

**AKORN**

AKORN OPERATING COMPANY LLC
5605 CENTERPOINT COURT
GURNEE, IL 60031

**Advice number:**    00000411259
Pay date:             10/14/2022

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **FIORELLA MENDOZA** | xxxxxx6297 | xxxx xxxx | $1,417.13 |



**NON-NEGOTIABLE**