# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Akorn Holding Company LLC

**EIN:** 85−2979190

**Chapter:** 7

**Case No.:** 23−10253−KBO

Claim No.* (if known): 5
Amount (if known): $9,306.52

### NOTICE OF TRANSFER OF CLAIM

To Egeen International Corporation Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 08/22/2024, a Transfer of Claim was filed with this Court purporting to transfer to CRG Financial LLC, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Transferee

CRG Financial LLC
84 Herbert Ave. Building B−Suite 202
Closter, NJ 07624

Dated: 08/24/2024

*Una O'Boyle*

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.*

United States Bankruptcy Court
District of Delaware

In re:  Case No. 23-10253-KBO
Akorn Holding Company LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 7
Date Rcvd: Aug 22, 2024     Form ID: trclaim     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19303055 | + | EGeen International Corporation, 938 Rich Place, Mountain View, CA 94040-2477 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name**     **Email Address**

Adam Hiller
    on behalf of Creditor Thermo Fisher Scientific ahiller@adamhillerlaw.com

Adam Hiller
    on behalf of Creditor E.L. Pruitt Co. ahiller@adamhillerlaw.com

Adam Hiller
    on behalf of Creditor Cardinal Health ahiller@adamhillerlaw.com

Adam G. Landis
    on behalf of Interested Party MidCap Funding IV Trust landis@lrclaw.com
    brown@lrclaw.com;Ramirez@lrclaw.com;hitchens@lrclaw.com;Bianco@lrclaw.com;dellose@lrclaw.com;huynh@lrclaw.com

Alexander R. Steiger
    on behalf of Interested Party Consortium steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Alyssa M. Radovanovich

District/off: 0311-1 User: admin Page 2 of 7
Date Rcvd: Aug 22, 2024 Form ID: trclaim Total Noticed: 1

on behalf of Defendant MWI Veterinary Supply Co. aradovanovich@klehr.com

Alyssa M. Radovanovich

on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation aradovanovich@klehr.com

Amish R. Doshi

on behalf of Creditor Oracle America Inc. amish@doshilegal.com

Amy D. Brown

on behalf of Creditor Weldon Chin abrown@gsbblaw.com

Andrew Warner

on behalf of Creditor The United States of America andrew.warner@usdoj.gov

Andrew J Gershon

on behalf of Creditor New York State Department of Envionmental Conservation andrew.gershon@ag.ny.gov

Andrew K Glenn

on behalf of Debtor Akorn Holding Company LLC aglenn@glennagre.com mco@glennagre.com

Andrew R. Remming

on behalf of Interested Party Ethypharm S.A.S. aremming@mnat.com
andrew-remming-0904@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

AnnElyse S. Gains

on behalf of Interested Party Term Lender Group againS@gibsondunn.com
MJWilliams@gibsondunn.com;CCarlisle@gibsondunn.com;CTrafford@gibsondunn.com;EDAmico@gibsondunn.com;mlou@gibsondunn.com;jjmyers@gibsondunn.com;jdunworth@gibsondunn.com

Austin Park

on behalf of Debtor Akorn Holding Company LLC apark@morrisnichols.com
austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com

Beverly Weiss Manne

on behalf of Creditor Thermo Fisher Scientific bmanne@tuckerlaw.com bewmanne@gmail.com

Brett Lawrence

on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP brettlawrence@paulhastings.com

Brett S. Theisen

on behalf of Interested Party SGS North America Inc. btheisen@gibbonslaw.com

Cheryl Ann Santaniello

on behalf of Creditor Package Development Company Inc. casantaniello@pbnlaw.com,
mpdermatis@pbnlaw.com;JMOConnor@pbnlaw.com;pnbalala@pbnlaw.com;kdcurtin@pbnlaw.com;desklar@pbnlaw.com

Christopher M. Samis

on behalf of Interested Party Capstone Parent LLC
lhuber@potteranderson.com;bankruptcy@potteranderson.com;tmistretta@potteranderson.com

Christopher Martin Winter

on behalf of Interested Party Prestige Consumer Healthcare Inc. cmwinter@duanemorris.com

Curtis S. Miller

on behalf of Interested Party Ethypharm S.A.S. csmefiling@mnat.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Curtis S. Miller

on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. cmiller@morrisnichols.com
curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

David M. Klauder

on behalf of Interested Party Kuehne + Nagel Inc. dklauder@bk-legal.com, DE17@ecfcbis.com

Dennis A. Meloro

on behalf of Interested Party Sofgen Pharmaceuticals LLC melorod@gtlaw.com
bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Drew McGehrin

on behalf of Creditor Chubb Companies dsmcgehrin@duanemorris.com

Emily K Steele

on behalf of Interested Party Syneos Health emily.steele@klgates.com

Emily Rae Mathews

on behalf of Interested Party Consortium mathews@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Eric D Kaplan

District/off: 0311-1                           User: admin                                 Page 3 of 7
Date Rcvd: Aug 22, 2024                        Form ID: trclaim                            Total Noticed: 1

on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC ekaplan@kpglaw.com

Eric J. Monzo

on behalf of Interested Party PAI Holdings LLC emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com

Evan T. Miller

on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Trustee George L. Miller evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com

Evan T. Miller

on behalf of Other Prof. Saul Ewing LLP evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com

Fernando Menendez, Jr

on behalf of Creditor Leadiant Biosciences Inc. fmenendez@sequorlaw.com

Gaston P Loomis, II

on behalf of Creditor Philadelphia Indemnity Insurance Company gloomis@mdmc-law.com scarney@mdmc-law.com

Geoffrey G. Grivner

on behalf of Creditor Teva Pharmaceuticals USA Inc. geoffrey.grivner@bipc.com, sherry.fornwalt@bipc.com;donna.curcio@bipc.com;mark.pfeiffer@bipc.com;eservice@bipc.com;joseph.roadarmel@bipc.com

George L. Miller

gmiller@mctllp.com lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

GianClaudio Finizio

on behalf of Interested Party Veronica Development Associates LLC gfinizio@bayardlaw.com, bankserve@bayardlaw.com;rhudson@bayardlaw.com;ccampbell@bayardlaw.com;ccampbell@bayardlaw.com

Gregory A. Taylor

on behalf of Interested Party DW Healthcare Partners Animal Health Acquisition Inc., DW Healthcare Partners V, LP and DW Healthcare Affiliates V, LP gtaylor@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Howard A. Cohen

on behalf of Creditor DOUGLAS PHARMACEUTICALS AMERICA LIMITED hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Hugh K. Murtagh

on behalf of Interested Party Consortium hugh.murtagh@lw.com

JAMES M SULLIVAN

on behalf of Interested Party Slayback Pharma LLC jmsullivan@seyfarth.com NYCDocket@seyfarth.com

Jacqueline Doyle

on behalf of Creditor Iron Mountain Information Management LLC jmp@bostonbusinesslaw.com

James Tobia

on behalf of Creditor Henderson Constructors Inc. tobijam@comcast.net;bankserve@tobialaw.com

James Connolly Carignan

on behalf of Interested Party Prestige Consumer Healthcare Inc. jccarignan@duanemorris.com

James E. Huggett

on behalf of Plaintiff Lisha Abraham jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

on behalf of Plaintiff Benjamin Summers jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

on behalf of Creditor Oracle America Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

James E. Huggett

on behalf of Plaintiff Susan Berry jhuggett@margolisedelstein.com tyeager@margolisedelstein.com;csmith@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com;SmithCR50524@notify.bestcase.com

Jared W Kochenash

on behalf of Debtor Akorn Operating Company LLC bankfilings@ycst.com

Jared W Kochenash

on behalf of Debtor Akorn Holding Company LLC bankfilings@ycst.com

Jared W Kochenash

| | |
|---|---|
| | on behalf of Debtor Akorn Intermediate Company LLC bankfilings@ycst.com |
| Jason Custer Powell | on behalf of Interested Party MCKESSON CORPORATION jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Medical-Surgical  Inc. jpowell@delawarefirm.com, dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Corporation jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jason Custer Powell | on behalf of Defendant McKesson Specialty Care Distribution LLC jpowell@delawarefirm.com  dtroiano@delawarefirm.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Medical-Surgical  Inc. jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Defendant McKesson Specialty Care Distribution LLC jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey Garfinkle | on behalf of Interested Party MCKESSON CORPORATION jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com |
| Jeffrey M. Carbino | on behalf of Creditor Hartcorn Plumbing & Heating Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor DiFazio Power & Electric  LLC jcarbino@leechtishman.com, jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| Jeffrey M. Carbino | on behalf of Creditor Pyramid Air Conditioning Inc. jcarbino@leechtishman.com jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com |
| John T. Carroll, III | on behalf of Trustee George L. Miller jcarroll@cozen.com jdeeney@cozen.com;pgiordano@cozen.com;sshidner@cozen.com;john-carroll-2735@ecf.pacerpro.com |
| Jordana Linder Renert | on behalf of Interested Party PAI Holdings  LLC jrenert@lowenstein.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Intermediate Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Holding Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Joseph M Mulvihill | on behalf of Debtor Akorn Operating Company LLC jmulvihill@ycst.com  bankfilings@ycst.com |
| Karen C. Bifferato | on behalf of Creditor Stira Pharmaceuticals  LLC kbifferato@connollygallagher.com |
| Karen M. Grivner | on behalf of Creditor CV II Gurnee LLC kgrivner@clarkhill.com  kwebster@clarkhill.com |
| Kate R. Buck | on behalf of Creditor HYG Financial Service  Inc. kbuck@mccarter.com |
| Kenneth S. Leonetti | on behalf of Interested Party Loomis Sayles Senior Floating Rate & Fixed Income Fund kleonetti@foleyhoag.com bctnotices@foleyhoag.com |
| Kevin G. Collins | on behalf of Interested Party Argo Partners II  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kimberly A. Walsh | on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Kristin Radwanick | on behalf of Creditor Ohio Department of Medicaid kristin.radwanick@ohioago.gov |
| L. Katherine Good | on behalf of Interested Party Capstone Parent  LLC kgood@potteranderson.com, lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |

District/off: 0311-1 User: admin Page 5 of 7
Date Rcvd: Aug 22, 2024 Form ID: trclaim Total Noticed: 1

Laura Davis Jones
    on behalf of Interested Party Term Lender Group ljones@pszjlaw.com efile1@pszjlaw.com

Laura Davis Jones
    on behalf of Other Prof. Credit Suisse Asset Management LLC ljones@pszjlaw.com, efile1@pszjlaw.com

Laura L. McCloud
    on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Maria Kotsiras
    on behalf of Interested Party Capstone Parent LLC mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Maribeth Thomas
    on behalf of Creditor Thermo Fisher Scientific mthomas@tuckerlaw.com

Mark L. Desgrosseilliers
    on behalf of Creditor CRG Financial LLC desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com

Mark T Hurford
    on behalf of Creditor Managed Health Care Associates Inc. mark@saccullolegal.com

Mark T Hurford
    on behalf of Creditor IWK Packaging Systems mark@saccullolegal.com

Martin A. Mooney
    on behalf of Creditor New York State Department of Health Martin.Mooney@ag.ny.gov kcollins@schillerknapp.com

Matthew Williams
    on behalf of Interested Party Term Lender Group mjwilliams@gibsondunn.com mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumeister@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com

Matthew B. Goeller
    on behalf of Interested Party Syneos Health matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew B. Goeller
    on behalf of Interested Party Sentiss AG matthew.goeller@klgates.com alyssa.domorod@klgates.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Intermediate Company LLC mlunn@ycst.com bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Holding Company LLC mlunn@ycst.com bankfilings@ycst.com

Matthew Barry Lunn
    on behalf of Debtor Akorn Operating Company LLC mlunn@ycst.com bankfilings@ycst.com

Michael Morris
    on behalf of Interested Party State of Wisconsin-Dept. of Health Services morrismd@doj.state.wi.us radkeke@doj.state.wi.us

Michael David DeBaecke
    on behalf of Creditor Chicago Infill Properties LP by and through Westmount Realty Capital, LLC mdebaecke@ashbygeddes.com, kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
    on behalf of Creditor Ashland Specialty Ingredients G.P. mdebaecke@ashbygeddes.com kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael G. Busenkell
    on behalf of Creditor OptiSource LLC mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Cedar Brook 5 Corporate Center L.P. mbusenkell@gsbblaw.com

Michael G. Busenkell
    on behalf of Creditor Leadiant Biosciences Inc. mbusenkell@gsbblaw.com

Michael G. Menkowitz
    on behalf of Interested Party Bionpharma mmenkowitz@foxrothschild.com brian-oneill-fox-5537@ecf.pacerpro.com;rsolomon@foxrothschild.com

Michael W. Yurkewicz
    on behalf of Defendant Cencora Inc. f/k/a AmerisourceBergen Drug Corporation myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Interested Party AmerisourceBergen Drug Corporation myurkewicz@klehr.com

Michael W. Yurkewicz
    on behalf of Defendant MWI Veterinary Supply Co. myurkewicz@klehr.com

Michelle G. Novick
    on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.

Case 23-10253-KBO   Doc 937   Filed 08/24/24   Page 7 of 8

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 7 |
| Date Rcvd: Aug 22, 2024 | Form ID: trclaim | Total Noticed: 1 |

    michelle.novick@saul.com

Morton R. Branzburg

    on behalf of Defendant MWI Veterinary Supply Co. mbranzburg@klehr.com  jtaylor@klehr.com

Morton R. Branzburg

    on behalf of Defendant Cencora  Inc. f/k/a AmerisourceBergen Drug Corporation mbranzburg@klehr.com, jtaylor@klehr.com

Morton R. Branzburg

    on behalf of Interested Party AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Natasha M. Songonuga

    on behalf of Interested Party SGS North America Inc. NSongonuga@archerlaw.com
    ERosen@VTrusteellc.com;ahuber@archerlaw.com

Nicolas Jenner

    on behalf of Interested Party MidCap Funding IV Trust jenner@lrclaw.com
    ramirez@lrclaw.com;huynh@lrclaw.com;hitchens@lrclaw.com;ford@lrclaw.com

Paige Noelle Topper

    on behalf of Defendant McKesson Medical-Surgical  Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper

    on behalf of Defendant McKesson Specialty Care Distribution LLC paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper

    on behalf of Defendant Cardinal Health  Inc. paige.topper@saul.com, cassandra.joyner@saul.com

Paige Noelle Topper

    on behalf of Defendant McKesson Corporation paige.topper@saul.com  cassandra.joyner@saul.com

Paige Noelle Topper

    on behalf of Plaintiff George Miller  Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.
    paige.topper@saul.com, cassandra.joyner@saul.com

Patrick A. Jackson

    on behalf of Interested Party Aurobindo Pharma USA Inc. Patrick.jackson@faegredrinker.com  cathy.greer@faegredrinker.com

Peter J Keane

    on behalf of Interested Party Term Lender Group pkeane@pszjlaw.com

Rafael Xavier Zahralddin-Aravena

    on behalf of Creditor Galenicum Health  S.L.U. Rafael.Zahralddin@lewisbrisbois.com,
    rafael-zahralddin-4117@ecf.pacerpro.com.

Ricardo Palacio, Esq

    on behalf of Creditor Qualanex  LLC rpalacio@ashbygeddes.com,
    kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

Richard L. Schepacarter

    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Robert J. Dehney

    on behalf of Debtor Akorn Holding Company LLC rdehney@morrisnichols.com
    robert-dehney-4464@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Roberto Jose Ristorucci

    on behalf of Creditor Contrarian Funds LLC roberto.ristorucci@cliffordchance.com

Samuel Robert Grego

    on behalf of Creditor Evoqua Water Technologies LLC sgrego@dmclaw.com  sgrego@dmclaw.com

Scott Alan Zuber

    on behalf of Creditor Cardinal Health szuber@csglaw.com  ecf@csglaw.com

Scott J Greenberg

    on behalf of Interested Party Term Lender Group sgreenberg@gibsondunn.com

Scott L. Fleischer

    on behalf of Creditor Sullivan Contractors LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott L. Fleischer

    on behalf of Creditor Interior Specialty Construction  Inc. sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Seth A. Niederman

    on behalf of Interested Party Bionpharma sniederman@foxrothschild.com
    msteen@foxrothschild.com;r59257@notify.bestcase.com

Shai Schmidt

    on behalf of Debtor Akorn Holding Company LLC sschmidt@glennagre.com  mao@glennagre.com

Shawn M. Christianson

District/off: 0311-1 | User: admin | Page 7 of 7
Date Rcvd: Aug 22, 2024 | Form ID: trclaim | Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon E. Fraser | |
| | on behalf of Trustee George L. Miller sfraser@cozen.com sshidner@cozen.com;simon-fraser-1269@ecf.pacerpro.com |
| Sophie Rogers Churchill | |
| | on behalf of Interested Party Laboratoires Thea SAS and Thea Pharma Inc. srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Steven C. Reingold | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. steven.reingold@saul.com, michele.urann@saul.com |
| Steven L. Caponi | |
| | on behalf of Interested Party Syneos Health steven.caponi@klgates.com alyssa.domorod@klgates.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Sullivan Contractors LLC skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Interior Specialty Construction Inc. skaufman@skaufmanlaw.com |
| Tamara K. Mann | |
| | on behalf of Interested Party Ethypharm S.A.S. tmann@mnat.com tamara-mann-9707@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Terri Jane Freedman | |
| | on behalf of Creditor Cardinal Health tfreemen@csglaw.com |
| Thomas T Janover | |
| | on behalf of Creditor PineBridge Investments LLC tjanover@kramerlevin.com |
| Tori Lynn Remington | |
| | on behalf of Interested Party Hikma Pharmaceuticals USA Inc. tori.remington@troutman.com wlbank@troutman.com;Monica.Molitor@troutman.com |
| Turner Falk | |
| | on behalf of Plaintiff George Miller Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al. turner.falk@saul.com, tnfalk@recap.email |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F. Taylor, Jr | |
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William J. Burnett | |
| | on behalf of Creditor Gerresheimer Glass LLC william.burnett@flastergreenberg.com, william.burnett@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com |
| Zachary I Shapiro | |
| | on behalf of Interested Party Consortium shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

TOTAL: 142