IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |

**NOTICE OF SERVICE REGARDING RESPONSE AND OBJECTIONS OF TRUSTEE, GEORGE L. MILLER TO FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS FROM DEBTORS AKORN HOLDING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC, AND AKORN OPERATING COMPANY LLC TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE**

**PLEASE TAKE NOTICE** that, on August 23, 2024, the undersigned counsel to George L. Miller, as chapter 7 trustee (the "Trustee") caused a copy of the *Response and Objections of Trustee, George L. Miller to First Request for the Production of Documents from Debtors Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC to George L. Miller, Chapter 7 Trustee* to be served via email on the counsel identified below:

| | |
|---|---|
| Robert J. Dehney, Sr., Esq. <br> Daniel B. Butz, Esq. <br> Austin T. Park, Esq. <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 Market Street, 16th Floor <br> Wilmington, DE 19801 <br> rdehney@morrisnichols.com <br> dbutz@morrisnichols.com <br> apark@morrisnichols.com <br><br> ***Counsel to the Conversion Movants*** | Andrew K. Glenn, Esq. <br> Shai Schmidt, Esq. <br> Richard C. Ramirez, Esq. <br> Malak S. Doss, Esq. <br> Glenn Agre Bergman & Fuentes LLP <br> 1185 Avenue of the Americas, 22nd Floor <br> New York, NY 10036 <br> aglenn@glennagre.com <br> sschmidt@glennagre.com <br> rramirez@glennagre.com <br> mdoss@glennagre.com <br><br> ***Counsel to the Conversion Movants*** |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

LEGAL\72279119\3 6010823/00574256

Dated: August 23, 2024 COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle (IL ARDC 6303215)
(Admitted in IL/Not admitted in DE)
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 474-1648
Facsimile: (312) 382-8910
daviddoyle@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*