IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATES**

The undersigned as counsel for George L. Miller, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certifies as follows:

1. The above-captioned Debtors' Estates were assigned certain omnibus hearing dates to be held before the Honorable Karen B. Owens, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801 (the "Bankruptcy Court").

2. Attached hereto is a proposed Order (the "Omnibus Hearing Order") that states with specificity the date and time of the omnibus hearing dates presently scheduled subject to Court approval.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

LEGAL\72384812\1 6010823/00574256

3. Hearing participants should consult the Honorable Karen B. Owens' Chamber Procedures located on the Bankruptcy Court's website.

https://www.deb.uscourts.gov/content/judge-karen-b-owens

4. The Trustee respectfully requests that the proposed Omnibus Hearing Order be entered at the earliest convenience of the Court.

Dated:  August 26, 2024                                                                  COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*