IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al.,*<br><br>      Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates are scheduled in the above-captioned cases before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware, 19801.

| DATE | TIME |
|---|---|
| | |
| October 15, 2024 | 10:30 a.m. (ET) |
| November 20, 2024 | 9:30 a.m. (ET) |
| December 18, 2024 | 9:30 a.m. (ET) |

**Dated: August 27th, 2024**
**Wilmington, Delaware**

              **KAREN B. OWENS**
              **UNITED STATES BANKRUPTCY JUDGE**

LEGAL\72384812\1 6010823/00574256