## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 832, 858, 909** |

### NOTICE OF DEPOSITION OF GEORGE L. MILLER

TO:   George L. Miller, C/O: Cozen O'Connor, 1201 N. Market Street, Suite 1001, Wilmington, Delaware, Attn: John T. Carroll, III.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable in these bankruptcy cases pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors") seek oral deposition testimony from George L. Miller in connection with the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 832). The deposition will take place on **September 5, 2024 at 10:00 a.m. (ET)**, or at some other time mutually agreed upon by the parties via Zoom. The deposition will be recorded by stenographic means. In addition, the Debtors reserve the right to record the testimony by audio or video means.

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.

Dated:  August 29, 2024
        Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT &**
**TUNNELL LLP**

*/s/ Daniel B. Butz*

Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Clint M. Carlisle (No. 7313)
1201 Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  rdehney@morrisnichols.com
       dbutz@morrisnichols.com
       ccarlisle@morrisnichols.com

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn
Shai Schmidt
Richard C. Ramirez
Malak S. Doss
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      sschmidt@glennagre.com
      rramirez@glennagre.com
      mdoss@glennagre.com

*Proposed Counsel to the Debtors*