IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 832, 858, 909** |

## NOTICE OF DEPOSITION OF WILLIAM A. HOMONY

TO:   William A. Homony, C/O: Cozen O'Connor, 1201 N. Market Street, Suite 1001, Wilmington, Delaware, Attn: John T. Carroll, III.

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable in these bankruptcy cases pursuant to Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure, Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors") seek oral deposition testimony from William A. Homony in connection with the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* (D.I. 832).  The deposition will take place on **September 4, 2024 at 10:00 a.m. (ET)**, or at some other time mutually agreed upon by the parties via Zoom.  The deposition will be recorded by stenographic means.  In addition, the Debtors reserve the right to record the testimony by audio or video means.

---

[1]   The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint, Gurnee, IL 60031.

|  |  |
|---|---|
| Dated: August 29, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Daniel B. Butz*<br>Robert J. Dehney (No. 3578)<br>Daniel B. Butz (No. 4227)<br>Clint M. Carlisle (No. 7313)<br>1201 Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email:  rdehney@morrisnichols.com<br>            dbutz@morrisnichols.com<br>            ccarlisle@morrisnichols.com<br><br>-and-<br><br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>Andrew K. Glenn<br>Shai Schmidt<br>Richard C. Ramirez<br>Malak S. Doss<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>            sschmidt@glennagre.com<br>            rramirez@glennagre.com<br>            mdoss@glennagre.com<br><br>*Proposed Counsel to the Debtors* |