**Exhibit A**

**Proposed Order**

72492132\2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Re D.I. 849, 865** |

**ORDER APPROVING STIPULATION RESOLVING ARGO PARTNERS II, LLC'S OBJECTION TO MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING FIRST DISTRIBUTION OF FUNDS TO HOLDERS OF ALLOWED PRIORITY CLAIMS UNDER SECTION 507(a)(4) OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

Upon the Certification of *Counsel Regarding Stipulation Resolving Argo Partners II, LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* (the "Certification of Counsel"),[2] the Court having reviewed the Certification of Counsel and the Stipulation, and determined that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as Exhibit "1," is approved.

2. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Certification of Counsel.

72492132\2

3. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

72492132\2