# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re D.I. 832, 858, 909** |

## NOTICE OF DEPOSITION OF LLOYD SPRUNG

To: Lloyd Sprung
c/o Glenn Agre Bergman & Fuentes LLP
Attn: Andrew K. Glenn, Esq.
1185 Avenue of the Americas
22nd Floor
New York, NY 10036

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Fed. R. Civ. P. made applicable in the above-captioned bankruptcy cases pursuant to Rules 7026, 7030, and 9014 of the Fed. R. Bankr. P., George L. Miller, as chapter 7 trustee (the "Trustee") of the estates (the "Estates") of the above-captioned debtors (collectively, the "Debtors"), by and through his undersigned counsel, will take the deposition testimony upon oral examination of Lloyd Sprung in connection with the *Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11* [D.I. 832] (the "Conversion Motion"). The deposition will begin at 10:00 a.m. (ET) on Friday, September 6, 2024 or at some other time mutually agreed upon by the parties and continuing thereafter, from day-to-day, until it is concluded.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

The deposition will be taken under oath before a notary public or other person authorized by law to administer oaths. The deposition will be conducted by remote video conference, and may be videotaped and will be recorded by stenographic means via a court reporter.  In addition, the Trustee reserves the right to record the testimony of Lloyd Sprung by audio or video means.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will administer the oath to the witness remotely;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    (a) Their consent to this manner of deposition; and

    (b) Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of the testimony based on this manner of remote deposition taking.

Dated:  August 31, 2024

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle (IL ARDC 6303215)
(Admitted in IL/Not admitted in DE)
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  (312) 474-1648
Facsimile: (312) 382-8910
daviddoyle@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

3