# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re D.I. 832, 858, 909** |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO MOTION TO CONVERT BANKRUPTCY CASES TO CHAPTER 11

The Court having considered the *Chapter 7 Trustee's Motion for Leave to File Sur-Reply in Further Opposition to Motion to Convert Bankruptcy Cases to Chapter 11* (the "Motion"); and the Court having determined that there exists just cause for the relief granted therein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The Sur-Reply attached to the Motion as Exhibit A is deemed filed as of the date thereof.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.