RECEIVED
2024 SEP -3  AM 11: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tuesday, August 27, 2024

Change of address for Clain # 23-10253KBO Doc 928

I am David Greeley and as part of the Akron Operating Company Bankruptcy I was awarded $15,150 USD. The address the check was sent to on August 9th is incorrect.

The correct address is:

*David Greeley*

*6091 W. Piute Ave*

*Glendale Arizona, 85308*

Can you please reissue a check.

David Greeley

M: (973) 668-2147

Email: dgreeley04@outlook.com