EXHIBIT "1"

Proposed Order and Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No.  23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. 928 |

**ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING TRUSTEE'S SECOND DISTRIBUTION OF FUNDS TO ADDITIONAL HOLDERS OF ALLOWED PRIORITY CLAIMS UNDER SECTION 507(a)(4) OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

This matter coming before the Court on the *Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Second Distribution of Funds to Additional Holders of Allowed Priority Claims under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* (the "Motion")[2]; adequate and sufficient notice of the Motion to the Notice Parties having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as provided herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

2. Pursuant to section 105(a) of the Bankruptcy Code, the Trustee is authorized but not directed to pay the Allowed Priority Distribution Amount to the holders of Allowed Section 507(a)(4) Claims as listed on <u>Exhibit A</u> to this Order which amounts shall not exceed the statutory maximum amount of $15,150.

3. All claims on Exhibit A to this Order, to the extent not paid in full, shall be deemed reduced by the Allowed Priority Distribution Amount paid by the Trustee.

4. To the extent any of the Allowed Section 507(a)(4) Claims appearing on Exhibit A hereto were filed against the Estates of Akorn Holding Company LLC or Akorn Intermediate Company LLC, such claims are reclassified to correctly be filed solely against the Estate of Akorn Operating Company LLC and the Trustee is authorized to make payment of the Allowed Priority Distribution Amount from the Estate of Akorn Operating Company LLC.

5. The Trustee's right to object on any and all grounds to the balance of the claims asserted by holders of Allowed Section 507(a)(4) Claims is expressly reserved.

6. The Court retains jurisdiction to interpret and enforce the Order.

EXHIBIT "A"

Second Interim Distribution to Holders of Allowed Priority Claims
Under Section 507(a)(4)

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Abraham, Lisha | Abraham, Lisha<br>1639 Carla Ln<br>East Meadow NY 11554-1639 | Akorn Operating Company LLC | 167.3 | 507(a)(4) | $ 46,843.68 | $ 15,150.00 |
| Abraham, Luxuly | Abraham, Luxuly<br>22 Chaffee Ave.<br>Albertson NY 11507 | Akorn Operating Company LLC | 204.1 | 507(a)(4) | $ 47,983.84 | $ 15,150.00 |
| Akasapu, Prem Sagar | Akasapu, Prem Sagar<br>24 Berryland St.<br>Chesterfield NJ 08515 | Akorn Holding Company LLC | 331.1 | 507(a)(4) | $ 190,000.00 | $ 15,150.00 |
| Alcerro, Gloria | Alcerro, Gloria<br>31 Rutledge Street<br>Brentwood NY 11717 | Akorn Operating Company LLC | 156.1 | 507(a)(4) | $ 34,020.56 | $ 15,150.00 |
| Almonte, Andreina Marmol | Almonte, Andreina Marmol<br>195 46th St.<br>Lindenhurst NY 11757 | Akorn Intermediate Company, LLC | 175.1 | 507(a)(4) | $ 99,424.00 | $ 15,150.00 |
| Amanuel, Aster | Amanuel, Aster<br>345 Old Courthouse Rd.<br>New Hyde Park NY 11040 | Akorn Operating Company LLC | 148.1 | 507(a)(4) | $ 52,412.78 | $ 15,150.00 |
| Arja, Sarojini Spandana | Arja, Sarojini Spandana<br>8130 Walcot Lane<br>Unit B<br>Cincinati OH 45249 | Akorn Operating Company LLC | 446.1 | 507(a)(4) | $ 21,957.00 | $ 15,150.00 |
| Bhatti, Uzma | Bhatti, Uzma<br>195 Elm Street<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 168.1 | 507(a)(4) | $ 74,080.67 | $ 15,150.00 |
| Blake, Allison | Blake, Allison<br>777 E. Stella Ln<br>Apt. 152<br>Phoenix AZ 85014 | Akorn Holding Company LLC | 359.1 | 507(a)(4) | $ 16,887.43 | $ 3,540.45 |
| Blatt, Samuel | Blatt, Samuel<br>893 Shambliss Ln<br>Buffalo Grove IL 60089 | Akorn Holding Company LLC | 214.1 | 507(a)(4) | $ 19,226.15 | $ 4,050.01 |
| Bondili, Gayatri | Bondili, Gayatri<br>1151, 4th St. SW 822<br>Washington DC 20024-2367 | Akorn Operating Company LLC | 247.1 | 507(a)(4) | $ 22,208.08 | $ 15,150.00 |
| Britiz, Tammy | Britiz, Tammy<br>144 N. Wall St.<br>Macon IL 62544 | Akorn Operating Company LLC | 208.1 | 507(a)(4) | $ 38,735.24 | $ 15,150.00 |
| Cappadona, George | Cappadona, George<br>72 Dovecote Lane<br>Commack NY 11725 | Akorn Operating Company LLC | 355.2 | 507(a)(4) | $ 35,200.00 | $ 15,150.00 |
| Carey, Matthew | Carey, Matthew<br>121 Raleigh Lane<br>West Islip NY 11795 | Akorn Operating Company LLC | 234.2 | 507(a)(4) | $ 26,153.84 | $ 15,150.00 |
| Casa, Michael | Casa, Michael<br>140 Remington Ave.<br>Selden NY 11784 | Akorn Operating Company LLC | 107.1 | 507(a)(4) | $ 53,993.78 | $ 15,150.00 |
| Cassese, Dominique | Cassese, Dominique<br>13 Joyce Avenue<br>Massapequa NY 11758 | Akorn Operating Company LLC | 217.2 | 507(a)(4) | $ 69,649.86 | $ 15,150.00 |
| Cattanach, Todd | Cattanach, Todd<br>325 Beachview Street<br>Copiague NY 11726-3312 | Akorn Operating Company LLC | 218.1 | 507(a)(4) | $ 35,388.15 | $ 15,150.00 |
| Chegireddy, Balakota Reddy | Chegireddy, Balakota Reddy<br>400 Dutch Neck Rd.<br>East Windsor NJ 08520-400 | Akorn Holding Company LLC | 358.1 | 507(a)(4) | $ 17,000.00 | $ 15,150.00 |
| Cherukuru, Muralikrishna | Cherukuru, Muralikrishna<br>605 W. International Road<br>Monroe NJ 08831-605 | Akorn Holding Company LLC | 325.1 | 507(a)(4) | $ 24,750.00 | $ 15,150.00 |
| Chowdhury, Emad | Chowdhury, Emad<br>306 West 20th Street<br>Deer Park NY 11729 | Akorn Operating Company LLC | 239.1 | 507(a)(4) | $ 79,208.44 | $ 15,150.00 |
| Clark, Adam | Clark, Adam<br>1509 Arlington Chase<br>Sherman IL 62684 | Akorn Holding Company LLC | 36.1 | 507(a)(4) | $ 74.41 | $ 74.41 |
| Clark, Vallerie | Clark, Vallerie<br>25 Weeks Street<br>Patchogue NY 11772 | Akorn Intermediate Company, LLC | 215.1 | 507(a)(4) | $ 30,000.00 | $ 14,240.10 |
| Conroy, Kate | Conroy, Kate<br>346 Williams Way No.<br>Calverton NY 11933 | Akorn Operating Company LLC | 152.1 | 507(a)(4) | $ 20,166.81 | $ 15,150.00 |
| Cooke, Colleen | Cooke, Colleen<br>11 Douglas Street<br>Port Jefferson Station NY 11776 | Akorn Operating Company LLC | 100.1 | 507(a)(4) | $ 265,660.24 | $ 15,150.00 |
| Dai, Le-An | Dai, Le-An<br>25 Glen Rd.<br>Westbury NY 11590-25 | Akorn Operating Company LLC | 244.1 | 507(a)(4) | $ 5,000.00 | $ 5,000.00 |
| Datt, Pramila | Datt, Pramila<br>1723 Napa Drive<br>Gurnee IL 60031-5137 | Akorn Operating Company LLC | 193.1 | 507(a)(4) | $ 27,238.00 | $ 15,150.00 |
| Delfino, Erin M. | Delfino, Erin M.<br>313 Medea Way<br>Central Islip NY 11722 | Akorn Operating Company LLC | 119.1 | 507(a)(4) | $ 41,244.00 | $ 15,150.00 |
| DeStefano, Frank Gerard | DeStefano, Frank Gerard<br>36 Beach Avenue<br>Port Jefferson Station, NY 11776 | Akorn Operating Company LLC | 433.3 | 507(a)(4) | $ 31,902.83 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Devore, Donnette | Devore, Donnette 505 S. Oak St. Maroa IL 61756 | Akorn Operating Company LLC | 225.1 | 507(a)(4) | $ 93,275.00 | $ 15,150.00 |
| DiCarmine, Matthew | DiCarmine, Matthew 40 Neiman Ave. Lynbrook NY 11563 | Akorn Holding Company LLC | 170.4 | 507(a)(4) | $ 23,867.23 | $ 11,538.46 |
| Dimarzio, John | Dimarzio, John 7 Birch Court Monroe NJ 08831 | Akorn Holding Company LLC | 70.1 | 507(a)(4) | $ 13,449.00 | $ 13,449.00 |
| Eseed, Najeeb Nabil | Eseed, Najeeb Nabil 9238 Oak Park Morton Grove IL 60053 | Akorn Operating Company LLC | 221.1 | 507(a)(4) | $ 45,208.00 | $ 15,150.00 |
| Frizalone, Joseph Angelo | Frizalone, Joseph Angelo 314 Holbrook Road Ronkonkoma NY 11779 | Akorn Operating Company LLC | 173.1 | 507(a)(4) | $ 27,000.00 | $ 15,150.00 |
| Gasper Jr, Robert A. | Gasper Jr, Robert A. 157 Prospect Avenue Avenel NJ 07001 | Akorn Holding Company LLC | 274.1 | 507(a)(4) | $ 81,868.80 | $ 15,150.00 |
| Glaeser, Lauren | Glaeser, Lauren 40W011 Deer Run Drive St Charles IL 60175 | Akorn Operating Company LLC | 457.1 | 507(a)(4) | $ 17,476.22 | $ 15,150.00 |
| Gollapalli, Romarao | Gollapalli, Romarao 310 Chesterfield Lane Vernon Hills IL 60061 | Akorn Operating Company LLC | 220.1 | 507(a)(4) | $ 144,951.65 | $ 15,150.00 |
| Greeley, David | Greeley, David 114 N. Ocean Breeze #3 Lake Worth FL 33460 | Akorn Holding Company LLC | 195.1 | 507(a)(4) | $ 341,250.00 | $ 15,150.00 |
| Gudel, Jonathan | Gudel, Jonathan 165 Copiague Place Copiague NY 11726 | Akorn Operating Company LLC | 356.3 | 507(a)(4) | $ 31,792.15 | $ 15,150.00 |
| Handyside, Lindsay D. | Handyside, Lindsay D. 415 N Summit Ave Decatur IL 62522 | Akorn Holding Company LLC | 316.1 | 507(a)(4) | $ 82,017.92 | $ 15,150.00 |
| Hupp, Lisa | Hupp, Lisa 225 Piney St. Islip Terrace NY 11752-225 | Akorn Operating Company LLC | 133.1 | 507(a)(4) | $ 41,696.00 | $ 15,150.00 |
| Islam, Mohammad Shahidul | Islam, Mohammad Shahidul 90-12 188th St. Hollis NY 11423 | Akorn Operating Company LLC | 401.1 | 507(a)(4) | $ 40,000.00 | $ 15,150.00 |
| Kabir, Mohammed Nurul | Kabir, Mohammed Nurul 46 Mark Drive Hawthorn Woods IL 60047 | Akorn Operating Company LLC | 191.1 | 507(a)(4) | $ 132,870.00 | $ 15,150.00 |
| Kadulla, Chenchu Ramarao | Kadulla, Chenchu Ramarao 68 Village Green Apt. J Budd Lake NJ 07828 | Akorn Holding Company LLC | 332.1 | 507(a)(4) | $ 23,300.00 | $ 15,150.00 |
| Kanyadhara, Aajy Kumar | Kanyadhara, AajyKumar 91 E. 3rd. St. Deer Park NY 11729 | Akorn Operating Company LLC | 155.1 | 507(a)(4) | $ 69,958.25 | $ 15,150.00 |
| Kazmi, Safia | Kazmi, Safia 1249 Bellmore Avenue North Bellmore NY 11710-5509 | Akorn Operating Company LLC | 190.2 | 507(a)(4) | $ 72,822.28 | $ 15,150.00 |
| Kochensparger, Andrea | Kochensparger, Andrea 4283 Haughn Road Grove City OH 43123 | Akorn Holding Company LLC | 318.1 | 507(a)(4) | $ 237,500.00 | $ 15,150.00 |
| Kokane, Rohit | Kokane, Rohit 971 NW Fresco Way Apt 201 Jensen Beach FL 34957-3542 | Akorn Operating Company LLC | 420.1 | 507(a)(4) | $ 29,406.67 | $ 15,150.00 |
| Ksiazak, Jennifer | Ksiazak, Jennifer 29 Clover Place Franklin Park NJ 08823 | Akorn Holding Company LLC | 47.1 | 507(a)(4) | $ 56,615.81 | $ 15,150.00 |
| Leone, Vincent | Leone, Vincent 2498 Norwood Ave. North Bellmore NY 11710 | Akorn Operating Company LLC | 429.1 | 507(a)(4) | $ 20,255.39 | $ 15,150.00 |
| Lockwood, Jolene | Lockwood, Jolene 2128 Clearmont Ave. Decatur IL 62526 | Akorn Operating Company LLC | 202.1 | 507(a)(4) | $ 82,350.00 | $ 15,150.00 |
| Lopez, Marissa | Lopez, Marissa 8 Harkin Lane Hicksville NY 11801 | Akorn Operating Company LLC | 108.1 | 507(a)(4) | $ 70,012.02 | $ 15,150.00 |
| Louis-Jean, Guerlins | Louis-Jean, Guerlins 221 North Grove Street Valley Stream NY 11580 | Akorn Operating Company LLC | 87.1 | 507(a)(4) | $ 17,846.16 | $ 15,150.00 |
| McClellan, Cory Jacob | McClellan, Cory Jacob 12952 Taft Rd. Clinton IL 61727 | Akorn Holding Company LLC | 347.1 | 507(a)(4) | $ 40,873.86 | $ 15,150.00 |
| McClure, Robin Talon | McClure, Robin Talon 2139 N. Arapahoe Trl. Round Lake Heights IL 60073-8611 | Akorn Holding Company LLC | 396.1 | 507(a)(4) | $ 15,644.00 | $ 15,150.00 |
| McKenzie, Alisa | McKenzie, Alisa 365 N. Columbus Ave Freeport NY 11520 | Akorn Operating Company LLC | 163.1 | 507(a)(4) | $ 35,116.80 | $ 15,150.00 |
| Medina, Zundry M Padra | Medina, Zundry M Padra 18000 Ayrshire Boulevard Land O Lakes FL 34638-7972 | Akorn Holding Company LLC | 129.1 | 507(a)(4) | $ 327,789.28 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Min, Jassy | Min, Jassy<br>3 Maple Dr.<br>Port Washington NY 11050 | Akorn Operating Company LLC | 310.1 | 507(a)(4) | $ 41,019.89 | $ 15,150.00 |
| Misanes, Cristopher | Misanes, Cristopher<br>180 Thames Street<br>PT Jefferson Station, NY 11776 | Akorn Operating Company LLC | 424.1 | 507(a)(4) | $ 53,738.97 | $ 15,150.00 |
| Miskovic, Milan | Miskovic, Milan<br>5834 W. Montrose Ave., Apt. 2N<br>Chicago IL 60634 | Akorn Operating Company LLC | 213.1 | 507(a)(4) | $ 30,227.57 | $ 15,150.00 |
| Mollah, Monjur | Mollah, Monjur<br>642 Clinton Way West<br>Augusta GA 30907 | Akorn Operating Company LLC | 438.1 | 507(a)(4) | $ 36,575.00 | $ 15,150.00 |
| Montellano, Laura Olivia | Montellano, Laura Olivia<br>614 West Street<br>LibertyVille IL 60048 | Akorn Operating Company LLC | 99.2 | 507(a)(4) | $ 230,540.00 | $ 15,150.00 |
| Montero, Digna | MONTERO, Digna<br>1238 Fairbanks Ave.<br>Bayshore NY 11706 | Akorn Intermediate Company, LLC | 177.1 | 507(a)(4) | $ 85,321.06 | $ 15,150.00 |
| Morelli, Thomas | Morelli, Thomas<br>39 Hillside Road<br>Farmingville NY 11738 | Akorn Operating Company LLC | 101.1 | 507(a)(4) | $ 301,480.08 | $ 15,150.00 |
| Moreno, Silvia | MORENO, Silvia<br>310 Hawkins Blvd.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 176.1 | 507(a)(4) | $ 98,841.60 | $ 15,150.00 |
| ORTIZ ANDRADE, Mabel | ORTIZ ANDRADE, Mabel<br>257 Vespuci Ave.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 171.1 | 507(a)(4) | $ 77,126.04 | $ 15,150.00 |
| ORTIZ, Eugenia | ORTIZ, Eugenia<br>383 Oak St.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 174.1 | 507(a)(4) | $ 76,044.80 | $ 15,150.00 |
| Ortiz, Junior Jose | Ortiz, Junior Jose<br>1142 Ferngate Drive<br>Franklin Square NY 11010 | Akorn Operating Company LLC | 238.1 | 507(a)(4) | $ 13,350.00 | $ 13,350.00 |
| Pantaleon, Daniel | Pantaleon, Daniel<br>95 27th St.<br>Copiague NY 11726 | Akorn Intermediate Company, LLC | 244.1 | 507(a)(4) | $ 50,549.00 | $ 15,150.00 |
| Parikh, Leena | Parikh, Leena<br>8221, 232nd Street<br>Queens Village NY 11427-2104 | Akorn Operating Company LLC | 304.3 | 507(a)(4) | $ 24,615.44 | $ 12,307.72 |
| Parsowith, Michael | Parsowith, Michael<br>555 Brookwood Pt. Place<br>Apt.215<br>Simpsonville SC 29681 | Akorn Operating Company LLC | 158.4 | 507(a)(4) | $ 145,384.00 | $ 15,150.00 |
| Patel, Bansriben | Patel, Bansriben<br>259 Marcus Ave.<br>New Hyde Park NY 11040 | Akorn Operating Company LLC | 270.1 | 507(a)(4) | $ 83,000.00 | $ 15,150.00 |
| Patel, Trushaben | Patel, Trushaben<br>33 Lucille Drive<br>Centereach NY 11720 | Akorn Operating Company LLC | 265.1 | 507(a)(4) | $ 12,613.14 | $ 12,613.14 |
| Paz, Daney Caicedo | PAZ, Daney Caicedo<br>130 N. 17th St.<br>Wyandanch NY 11798 | Akorn Intermediate Company, LLC | 180.1 | 507(a)(4) | $ 70,595.02 | $ 15,150.00 |
| Pragallapati, Lakshamana Rao | Pragallapati, Lakshamana Rao<br>1245 Ballantrae Place<br>Apt. E<br>Mundelein IL 60060-3278 | Akorn Operating Company LLC | 282.1 | 507(a)(4) | $ 32,418.00 | $ 15,150.00 |
| Puchacz, Angelique M. | Purchacz, Angelique M.<br>34988 N. Leonard Avenue<br>Ingleside IL 60041 | Akorn Operating Company LLC | 251.1 | 507(a)(4) | $ 201,904.28 | $ 15,150.00 |
| Rahangdale, Rishi Kumar | Rahangdale, Rishi Kumar<br>32208 Towngreen Dr<br>Elmsford NY 10523 | Akorn Holding Company LLC | 270.1 | 507(a)(4) | $ 145,000.20 | $ 15,150.00 |
| Ramos, Sofia | Ramos, Sofia<br>11 Lloyd Drive<br>Brentwood NY 11717 | Akorn Operating Company LLC | 360.1 | 507(a)(4) | $ 169,974.05 | $ 15,150.00 |
| Ravella, Venkata | Ravella, Venkata<br>301 Hidden Acres Lane<br>Morrestown NJ 08057 | Akorn Holding Company LLC | 328.1 | 507(a)(4) | $ 35,000.00 | $ 15,150.00 |
| Riascos-Brehm, Penelope | Riascos-Brehm, Penelope<br>58 Osborne Ave.<br>Mount Sinai NY 11766 | Akorn Operating Company LLC | 341.3 | 507(a)(4) | $ 27,692.32 | $ 13,846.16 |
| Ronan, Colleen | Ronan, Colleen<br>23 Shamrock Ln.<br>Centereach NY 11720-23 | Akorn Operating Company LLC | 189.1 | 507(a)(4) | $ 68,423.00 | $ 15,150.00 |
| Rosales, Susana | Rosales, Susana<br>25 McKeon Ave.<br>Valley Stream NY 11580 | Akorn Operating Company LLC | 153.1 | 507(a)(4) | $ 45,754.00 | $ 15,150.00 |
| Saif, Maha | Saif, Maha<br>11 Lark Drive<br>Centereach, NY 11720-1506 | Akorn Operating Company LLC | 391.1 | 507(a)(4) | $ 38,994.24 | $ 15,150.00 |
| Schwerdlin, Ethel Drate | Schwerdlin, Ethel Drate<br>1016 Cumberland Lane<br>Buffalo Grove IL 60089 | Akorn Operating Company LLC | 257.2 | 507(a)(4) | $ 23,400.00 | $ 15,150.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed Second Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|
| Seibert, Matthew Douglas | Seibert, Matthew Douglas<br>227 W. Rockland Rd.<br>Libertyville IL 60048-227 | Akorn Operating Company LLC | 3.1 | 507(a)(4) | $ 257,260.85 | $ 15,150.00 |
| Simmons, Bernadette | Simmons, Bernadette<br>72 Veronica Ave<br>Somerset NJ 08873 | Akorn Holding Company LLC | 118.1 | 507(a)(4) | $ 17,475.00 | $ 15,150.00 |
| Simms, Joan | Simms, Joan<br>298 Westchester Ave<br>West Babylon NY 11704 | Akorn Operating Company LLC | 112.1 | 507(a)(4) | $ 85,146.00 | $ 15,150.00 |
| Singh, Sushmeet K | Singh, Sushmeet K<br>17 Spruce Hollow Road<br>Dunellen NJ 08812-17 | Akorn Holding Company LLC | 75.1 | 507(a)(4) | $ 142,706.62 | $ 15,150.00 |
| Soto, Carlos E. | Soto, Carlos E.<br>4801 S. Wadsworth Blvd.<br>Apt. 6-303<br>Littleton CO 80123-4801 | Akorn Holding Company LLC | 361.1 | 507(a)(4) | $ 17,631.77 | $ 4,050.01 |
| Stein, Susan K. | Stein, Susan K.<br>39635 N. Warren Ln<br>Beach Park IL 60083-3051 | Akorn Operating Company LLC | 231.2 | 507(a)(4) | $ 32,538.70 | $ 15,150.00 |
| Stuber, Donna | Stuber, Donna<br>144 Ketridge St.<br>West Babylon NY 11704 | Akorn Operating Company LLC | 116.1 | 507(a)(4) | $ 58,021.00 | $ 15,150.00 |
| Szmytka, Joanna | Szmytka, Joanna<br>310 Westwood Ct.<br>Vernon Hills IL 60061 | Akorn Operating Company LLC | 266.1 | 507(a)(4) | $ 4,298.19 | $ 4,298.19 |
| Tatini, Radhakrishna | Tatini, Radhakrishna<br>1 Gardenia Court<br>Dayton NJ 08810 | Akorn Holding Company LLC | 81.1 | 507(a)(4) | $ 173,360.00 | $ 15,150.00 |
| Tavaras, Ramon | Tavaras, Roman Antonio<br>228 41st Street<br>Capiague, NY 11726 | Akorn Holding Company LLC | 412.2 | 507(a)(4) | $ 8,612.00 | $ 8,612.00 |
| Tavares, Daris | TAVERAS, Daris<br>220 Verrazano Ave.<br>Copiague NY 11172 | Akorn Intermediate Company, LLC | 183.1 | 507(a)(4) | $ 81,827.02 | $ 15,150.00 |
| Tekverk, Paul | Tekverk, Paul<br>65 Mobrey Ln.<br>Smithtown NY 11787 | Akorn Operating Company LLC | 261.1 | 507(a)(4) | $ 60,288.47 | $ 15,150.00 |
| Thomas, Benny | Thomas, Benny<br>7935 Maple Street<br>Morton Grove IL 60053-1652 | Akorn Operating Company LLC | 222.1 | 507(a)(4) | $ 53,281.04 | $ 15,150.00 |
| Thomas, Joseph | Thomas, Joseph<br>316 Westmoreland Dr.<br>Vernon Hills IL 60061 | Akorn Operating Company LLC | 209.2 | 507(a)(4) | $ 17,921.20 | $ 15,150.00 |
| Van Dyke, Brian | Van Dyke, Brian<br>195 Covington Drive<br>Barrington IL 60010 | Akorn Operating Company LLC | 299.1 | 507(a)(4) | $ 94,890.64 | $ 15,150.00 |
| Vicente, Carmen Luisa Rivera | Vicente, Carmen Luisa Rivera<br>2440 West Main Street<br>Decatur IL 62522 | Akorn Operating Company LLC | 301.1 | 507(a)(4) | $ 198,308.00 | $ 15,150.00 |
| Victor, Anderson | Victor, Anderson<br>409 Clifford Street<br>North Bellmore, NY 11710 | Akorn Intermediate Company, LLC | 179.1 | 507(a)(4) | $ 53,770.00 | $ 15,150.00 |
| Waghela, Hemrajsinh | Hemrajsinh Waghela<br>290 Half Hollow Road<br>Dix Hills NY 11746 | Akorn Operating Company LLC | 174.1 | 507(a)(4) | $ 22,409.40 | $ 15,150.00 |
| Wang, Amelia | Wang, Amelia<br>142 S. Howell Ave.<br>Centereach NY 11720 | Akorn Operating Company LLC | 268.1 | 507(a)(4) | $ 20,640.06 | $ 15,150.00 |
| Wang, Gang | Wang, Gang<br>143 Old Country Rd.<br>Deer Park NY 11729 | Akorn Operating Company LLC | 334.1 | 507(a)(4) | $ 88,920.23 | $ 15,150.00 |
| Wang, Wei | Wang, Wei<br>1 Bkay Place<br>Wheatley Heights NY 11798 | Akorn Operating Company LLC | 295.1 | 507(a)(4) | $ 51,000.00 | $ 15,150.00 |
| Wicker, Natalie | Wicker, Natalie<br>11970 South Allerton Circle<br>Parker CO 80138 | Akorn Holding Company LLC | 356.1 | 507(a)(4) | $ 37,648.20 | $ 13,866.66 |
| Zhang, Su She | Zhang, Su She<br>320 Pioxi Street<br>Copaigue NY 11726 | Akorn Operating Company LLC | 274.1 | 507(a)(4) | $ 10,008.55 | $ 10,008.55 |
| **Total** | | | | | **$ 7,450,166.92** | **$ 1,508,344.86** |