# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2024 AT 12:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

## CONTESTED MATTERS GOING FORWARD:

1. Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
   [Filed 6/21/2024; Docket No. 832]

   Related Documents:    None

   Objection Deadline:   July 8, 2024 at 4:00 p.m. (ET). One day extension granted to Trustee to July 9, 2024.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|   |   |   |
|---|---|---|
| Responses Received: | (a) | Chapter 7 Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11 Filed by George L. Miller, Trustee<br>[Filed 7/9/2024; Docket No. 858] |
|   | (b) | Debtors' Reply in Further Support of Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11<br>[Filed 7/31/2024; Docket No. 909] |
|   | (c) | Chapter 7 Trustee's Motion for Leave to File Sur-Reply in Further Opposition to Motion to Convert Bankruptcy Cases to Chapter 11<br>[Filed 9/4/2024; Docket No. 948] |
| Status: |   | This matter is going forward. |

## UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

2. Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Second Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief
[Filed 8/19/2024; Docket No. 928]

|   |   |   |
|---|---|---|
| Related Documents: | (a) | Certification of Counsel<br>[Filed 9/5/2024; Docket No. 951] |
|   | (b) | Proposed Order together with Revised Exhibit A filed with Certification of Counsel<br>[Filed 9/5/2024; Docket No. 951] |
| Objection Deadline: |   | September 2, 2024 at 4:00 p.m. (ET) |
| Responses Received: |   | None |
| Status: |   | This matter is uncontested.  Trustee requests entry of the Proposed Order. |

LEGAL\72600453\1 6010823/00574256
09/05/2024

Dated: September 5, 2024　　　　　　　　　COZEN O'CONNOR
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　By: */s/ John T. Carroll, III*
　　　　　　　　　　　　　　　　　　　　　　John T. Carroll, III (DE No. 4060)
　　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　Suite 1001
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 295-2000 Phone
　　　　　　　　　　　　　　　　　　　　　　(302) 295-2013 Fax No.
　　　　　　　　　　　　　　　　　　　　　　jcarroll@cozen.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to George L. Miller,*
　　　　　　　　　　　　　　　　　　　　　　*Chapter 7 Trustee*

3