IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br>Re Doc. No. 956 |
| In re:<br><br>AKORN INTERMEDIATE COMPANY LLC<br><br>                Debtor. | Case No. 23-10254 (KBO) |
| In re:<br><br>AKORN OPERATING COMPANY LLC<br><br>                Debtor. | Case No. 23-10255 (KBO) |

## ORDER REGARDING STIPULATION AND AGREED PROTECTIVE ORDER

Upon consideration of the Stipulation and Agreed Protective Order attached hereto as Exhibit "1" (the "Stipulation"), by and among movants, Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Movants") and George L. Miller, in his capacity as chapter 7 trustee of the estates (the "Estates") of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (the "Chapter 7 Trustee" and, collectively with the Movants, the "Parties," and each, a "Party"), regarding the production of certain confidential information documents or things in connection with the contested *Motion for Entry of an Order Authorizing and Approving the Conversion of these Chapter 7 Cases to Cases under Chapter 11* [D.I. 832] (the "Contested Matter"); and all Parties in interest thereto so stipulating; for good cause appearing, it is hereby

ORDERED that the Stipulation attached hereto as Exhibit 1 is APPROVED.

**Dated: September 6th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

LEGAL\72618080\1 6010823/00574256