## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 9, 2024 AT 12:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

---

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

---

**CONTESTED MATTERS GOING FORWARD:**

1.  Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
    [Filed 6/21/2024; Docket No. 832]

    Related Documents:        None

    Objection Deadline:        July 8, 2024 at 4:00 p.m. (ET).  One day extension granted to Trustee to July 9, 2024.

    Responses Received:    (a)    Chapter 7 Trustee's Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases Under Chapter 11 Filed by George L. Miller, Trustee
    [Filed 7/9/2024; Docket No. 858]

    (b)    Debtors' Reply in Further Support of Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11
    [Filed 7/31/2024; Docket No. 909]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended Agenda items appear in **bold** text.

(c) Chapter 7 Trustee's Motion for Leave to File Sur-Reply in Further Opposition to Motion to Convert Bankruptcy Cases to Chapter 11
[Filed 9/4/2024; Docket No. 948]

**(d) Order Granting Chapter 7 Trustee's Motion for Leave to File Sur-Reply in Further Opposition to Motion to Convert Bankruptcy Cases to Chapter 11**
**[Filed 9/5/2024; Docket No. 953]**

**(e) Sur-Reply in Support of Chapter 7 Trustee's Objection to Debtors' Motion for Entry of an Order Authorizing and Approving the Conversion of These Chapter 7 Cases to Cases under Chapter 11**
**[Filed 9/5/2024; Docket No. 955]**

**<u>Status:</u>**                **The parties have reached a settlement in principle subject to documenting the terms of the settlement. This matter is cancelled and adjourned to a date to be determined.**

LEGAL\72600453\3 6010823/00574256
09/07/2024

## UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL:

2.   Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Second Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief [Filed 8/19/2024; Docket No. 928]

<table>
<tr><td>Related Documents:</td><td>(a)</td><td>Certification of Counsel<br>[Filed 9/5/2024; Docket No. 951]</td></tr>
<tr><td></td><td>(b)</td><td>**Entered Order**<br>**[Filed 9/5/2024; Docket No. 954]**</td></tr>
<tr><td>Objection Deadline:</td><td></td><td>September 2, 2024 at 4:00 p.m. (ET)</td></tr>
<tr><td>Responses Received:</td><td></td><td>None</td></tr>
<tr><td>**Status:**</td><td></td><td>**This matter is concluded.   Order has been entered by the Court.**</td></tr>
</table>

Dated:  September 7, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller,*
      *Chapter 7 Trustee*