IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING SECOND
AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FOR SEPTEMBER 9, 2024 AT 12:30 P.M. (PREVAILING EASTERN TIME), BEFORE
THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6<u>TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801</u>**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on September 7, 2024 the *Second Amended Notice of Agenda of Matters Scheduled for Hearing on September 9, 2024 at 12:30 p.m.* (the "<u>Notice</u>") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify that on September 7, 2024 I caused a copy of the Notice to be served via email transmission on the parties identified on the service list attached hereto as Exhibit "A".

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| Dated: September 7, 2024<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:   */s/ John T. Carroll, III*<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

2

# EXHIBIT "A"

| Akorn Holding Company LLC<br>Case No. 23-10253 (KBO)<br><br>Email Service List:  Second Amended Notice of Agenda 9/9/2024 at 12:30 p.m. | Email Address |
|---|---|
| Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>**Counsel to the Debtors** | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>**Counsel to the Term Lender Group** | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>**Counsel to the Term Lender Group** | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>**Counsel to McKesson Corporation** | jgarfinkle@buchalter.com; |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street | cmwinter@duanemorris.com;<br>jccarignan@duanemorris.com; |

| | | |
|---|---|---|
| Suite 501<br>Wilmington, DE 19801<br>**Counsel to Prestige Consumer Healthcare, Inc.** | | |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>**Counsel to Westmount Realty Capital, LLC** | | MDeBaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>**Counsel to Westmount Realty Capital, LLC** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>**Counsel to AmerisourceBergen Drug Corporation** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>**Counsel to AmerisourceBergen Drug Corporation** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>**Counsel to SGS North America Inc.** | | nsongonuga@gibbonslaw.com; |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>**Counsel to SGS North America Inc.** | | btheisen@gibbonslaw.com; |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor | | jmp@bostonbusinesslaw.com; |

2

| | | |
|---|---|---|
| Boston, MA 02110<br>**Counsel to Iron Mountain Information Management, LLC** | | |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>**Counsel to MidCap Funding IV Trust** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>**Counsel to MidCap Funding IV Trust** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>**Counsel to MidCap Funding IV Trust** | | vindelicato@proskauer.com;<br>mvolin@proskauer.com; |
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL  60601<br>**Counsel to MidCap Funding IV Trust** | | kstevens@vedderprice.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>**Counsel to Thermo Fisher Scientific Entities** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210<br>#227<br>Wilmington, Delaware 19801<br>**Counsel to Thermo Fisher Scientific Entities** | | ahiller@adamhillerlaw.com; |
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068 | | szuber@csglaw.com;<br>tfreedman@csglaw.com; |

| | | |
|---|---|---|
| ***Counsel to Cardinal Health*** | | |
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Cardinal Health*** | | ahiller@adamhillerlaw.com; |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | casantaniello@pbnlaw.com; |
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE  19899<br>***Counsel to Bionpharma*** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA  19103 19103<br>***Counsel to Bionpharma*** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |
| Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*** | | sfleischer@barclaydamon.com; |

| | |
|---|---|
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>**Counsel to Henderson Constructors, Inc.** | jtobia@tobialaw.com; |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>**Counsel to Prestige Brands SPE Lender, LLC** | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>**Counsel to Gerresheimer Glass, LLC** | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco<br>California 94105-3493<br>**Counsel to Oracle America, Inc.** | schristianson@buchalter.com; |
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>**Counsel to Oracle America, Inc.** | amish@doshilegal.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor | csmefiling@mnat.com; |

| | | |
|---|---|---|
| P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>**Counsel to Ethypharm S.A.S.** | | |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>**Counsel to Ethypharm S.A.S.** | | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>**Counsel to Ethypharm S.A.S.** | | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>**Counsel to Akorn International SARL** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>**Counsel to Akorn AG** | | christian.roos@pestalozzilaw.com; |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>**Counsel to HYG Financial Service, Inc.** | | KBuck@mccarter.com; |
| Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>**Counsel to Philadelphia Indemnity Insurance Co.** | | gloomis@mdmc-law.com; |

6

LEGAL\72649939\1

| | | |
|---|---|---|
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>**Counsel to WSFS Institutional Services as TL Agent** | | andrew.goldman@wilmerhale.com;<br>nathan.moore@wilmerhale.com; |
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>**Counsel to Douglas Pharmaceuticals America Limited** | | hcohen@foxrothschild.com; |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>**Counsel to Douglas Pharmaceuticals America Limited** | | dseguine@foxrothschild.com; |
| Jeffrey Barber, Esq.<br>Jones Walker LLP<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>**Counsel to OptiSource LLC** | | jbarber@joneswalker.com; |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>**Counsel to OptiSource LLC** | | mbusenkell@gsbblaw.com; |
| Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>**Counsel to CV II Gurnee LLC** | | kgrivner@clarkhill.com |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601 | | kmorse@clarkhill.com |

7

| | |
|---|---|
| **Counsel to CV II Gurnee LLC** | |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>**Counsel to Leadiant Biosciences, Inc.** | mbusenkell@gsbblaw.com; |
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>**Counsel to Leadiant Biosciences, Inc.** | fmenendez@sequorlaw.com; |
| Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>**Counsel to M. Jacob & Sons, d/b/a MJS Packaging** | summersm@ballardspahr.com;<br>vesperm@ballardspahr.com; |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>**Counsel to M. Jacob & Sons, d/b/a MJS Packaging** | howard@jacobweingarten.com;<br>debra@jacobweingarten.com; |
| A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>**Counsel to Sentiss AG** | a.lee.hogewoodiii@klgates.com;<br>zechariah.etheridge@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>**Counsel to Sentiss AG** | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel | alfredo.perez@weil.com;<br>theodore.heckel@weil.com; |

| | |
|---|---|
| 700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.** | |
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.** | cmiller@morrisnichols.com;<br>srchurchill@morrisnichols.com; |
| Margaret F. England, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>**Counsel to E.L. Pruitt Co.** | mengland@gsbblaw.com; |
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>**Counsel to the Consortium** | hugh.murtagh@lw.com;<br>alexandra.zablocki@lw.com |
| Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>**Counsel to the Consortium** | shapiro@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>**Counsel to Hikma Pharmaceuticals USA Inc.** | tori.remington@troutman.com; |
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>**Counsel to Hikma Pharmaceuticals USA Inc.** | deborah.kovsky@troutman.com; |

9

| | | |
|---|---|---|
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609<br>**_Counsel to Syneos Health_** | | john.gardner@klgates.com;<br>emily.steele@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE  19801<br>**_Counsel to Syneos Health_** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>**_Counsel to Capstone Parent, LLC_** | | kgood@potteranderson.com;<br>csamis@potteranderson.com;<br>mkotsiras@potteranderson.com; |
| Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>**_Counsel to Capstone Parent, LLC_** | | patricia.walsh@kirkland.com;<br>ryan.bennett@kirkland.com; |
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>**_Counsel to Capstone Parent, LLC_** | | roymichael.roman@kirkland.com; |
| Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY  12224-0341 | | Martin.mooney@ag.ny.gov; |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | sherri.simpson@oag.texas.gov; |

LEGAL\72649939\1

| | | |
|---|---|---|
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to the Conversion Movants*** | | rdehney@morrisnichols.com;<br>dbutz@morrisnichols.com; |
| Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>***Counsel to the Conversion Movants*** | | aglenn@glennagre.com;<br>sschmidt@glennagre.com;<br>rramirez@glennagre.com;<br>mdoss@glennagre.com; |
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | | bankruptcyteam@cbp.dhs.gov; |
| Kevin G. Collins<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Argo Partners II, LLC*** | | kevin.collins@btlaw.com; |
| Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>***Counsel to Argo Partners II, LLC*** | | gplotko@btlaw.com; |

11