

Parthrajsinh Jadeja<br>
5431 N East River Road, Apt 508,<br>
Chicago, IL 60656<br>
(201) 879-4833<br>
parthrajsinh.jadeja21@gmail.com

2024 OCT -1  AM 8: 51

Una O'Boyle, Clerk of Court
824 N Market St
3rd Floor
Wilmington, DE 19801
(302) 252-2900

**Subject: NOTICE OF CHANGE OF ADDRESS**

Dear Una,

I am writing to formally request an update of my address for the following claims:

- Case 23-10254-KBO; Claim 88
- Case 23-10253-KBO; Claim 203
- Case 23-10255-KBO; Claim 206

My new address is:

5431 N East River Road, Apt 508
Chicago, IL 60656-1074

I would greatly appreciate your assistance in updating this information.

Sincerely,

Parthrajsinh Jadeja

Parthrajsinh Jadeja
5431 N East River Rd.
Apt. 508
Chicago, IL 60656

Attn: Una O'Boyle,
Clerk of Court

824 N Market Street,
3rd Floor,
Wilmington, DE 19801.

1980183024 C012