**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2024 AT 10:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**THERE ARE NO MATTERS NOTICED FOR HEARING.
THE HEARING IS CANCELLED.**

Dated: October 8, 2024
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1