IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Date:** November 13, 2024 at 4:00 p.m. ET<br>**Hearing Date:** November 20, 2024 at 9:30 a.m. ET |

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT OF CONVERSION MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 Trustee for the estates of the above-captioned Debtors (the "Trustee"), has filed the *Trustee's Motion for Entry of Order (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be made in writing and filed on or before **November 13, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE on **November 20, 2024 at 9:30 a.m. (ET).** Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at the hearing.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Motion without further notice or a hearing.

Dated:  October 17, 2024             COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle (IL ARDC 6303215)
(Admitted in IL/Not admitted in DE)
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone:  (312) 474-1648
Facsimile: (312) 382-8910
daviddoyle@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*