# EXHIBIT B

**Timekeeper Summary**

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from January 1, 2024 through September 30, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680 | 279.0 | $189,720.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715 | 157.5 | $112,612.50 |
| Steven C. Reingold | 1993 | Partner (2017)[2] | Litigation | $760 | 26.5 | $20,140.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $450 | 92.6 | $41,670.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $225 | 1.8 | $405.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430 | 91.4 | $39,302.00 |
| Sabrina Espinal | 2022 | Associate (2022) | Bankruptcy | $360 | 58.0 | $20,880.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450 | 10.7 | $4,815.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 16.0 | $4,560.00 |
| Stacey A. Dignan | N/A | Paraprofessional | Library | $285 | 2.5 | $712.50 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205 | 1.7 | $348.50 |
| Jennifer R. Fitzgerald | N/A | Paraprofessional | Transactional | $330 | 0.2 | $66.00 |
| **TOTAL** | | | | | **737.9** | **$435,231.50** |

**Blended Hourly Rate: $589.82**

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 18, 2024 |
| Interim or Final: | Interim |

---

[1] Mr. Miller joined Saul Ewing in September 2023.  Mr. Miller was previously a Director at Bayard, P.A. since 2019.
[2] Mr. Reingold joined Saul Ewing as a Partner in 2017.  Mr. Reingold was previously a Partner at his prior firm.