# EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

Expense Summary

For the Period from January 1, 2024 Through September 30, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Legal Research | Westlaw | $2,488.59 |
| Legal Research | Lexis Legal Research | $742.50 |
| Filing Fees | n/a | $1,413.00 |
| Copies | n/a | $144.00 |
| Meals | n/a | $66.42 |
| Outside Reproduction | n/a | $921.89 |
| **Total** | | **$5,776.40** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 18, 2024 |
| Interim or Final: | Interim |



www.saul.com

| | |
|---|---|
| George L. Miller, Chapter 7 Trustee for | Invoice Number 4374807 |
| George L Miller | Invoice Date 10/15/24 |
| 8 Penn Center, Suite 950 | Client Number 389590 |
| 1628 John F. Kennedy Boulevard | Matter Number 00002 |
| Philadelphia, PA 19103 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Copies | 144.00 |
| Filing Fees | 1,413.00 |
| Lexis Legal Research | 742.50 |
| Meals | 66.42 |
| Outside Reproduction | 921.89 |
| Westlaw Legal Research | 2,488.59 |
| CURRENT EXPENSES | 5,776.40 |
| TOTAL AMOUNT OF THIS INVOICE | 5,776.40 |