**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on October 18, 2024, I caused a true and correct copy of the *Second Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through September 30, 2024* (the "Application") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on October 18, 2024, I caused a copy of the **Application** to be served on the parties identified on the service list attached hereto as Exhibit "A", in the manner indicated therein.

I further certify that on October 18, 2024, I caused a copy of the **Notice of the Application** to be served on the parties identified on the service list attached hereto as Exhibit "B", in the manner indicated therein.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19801
(302) 421-6800

53186714.5 10/18/2024