# **EXHIBIT A**

**Via Email**

Richard Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
richard.schepacarter@usdoj.gov