**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br><u>Objection Deadline</u>: 11/1/2024 at 4:00 p.m. (ET)<br><u>Hearing Date</u>: 11/20/2024 at 9:30 a.m. (ET)<br><br><u>Related D.I.</u>: 973 |

**NOTICE OF HEARING ON MOTION TO LIMIT SERVICE OF NOTICE**
**REGARDING SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, AS**
**SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
<u>**THE PERIOD FROM JANUARY 1, 2024 THROUGH SEPTEMBER 30, 2024**</u>

**PLEASE TAKE NOTICE** that on October 18, 2024, George L. Miller, the chapter 7 trustee (the "<u>Trustee</u>") for the estate of the above-captioned Debtors, filed the *Motion to Limit Service of Notice Regarding Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through September 30, 2024* (the "<u>Motion</u>") with the Court, in connection with the *Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through September 30, 2024* [D.I. 973] filed contemporaneously therewith.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 on or before **November 1, 2024 at 4:00 p.m. (ET)** and served upon the undersigned special counsel for Trustee. Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **November 20, 2024 at 9:30 a.m. (ET)** before the Honorable Karen B. Owens, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

---

[1]        The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 18, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to Chapter 7 Trustee*

53222559.3 389590/00001