# EXHIBIT A

# Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 973, \_\_\_\_\_** |

**ORDER APPROVING MOTION TO LIMIT SERVICE OF NOTICE REGARDING SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, AS SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH SEPTEMBER 30, 2024**

Upon consideration of the Motion to Limit Service (the "**Motion**")[1] having been filed regarding the *Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through September 30, 2024* (the "**Saul Second Interim Fee Application**"), and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion is GRANTED.

2. Service of the Notice of the Saul Second Interim Fee Application shall be made via U.S. First Class Mail to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and addresses appearing in Schedule F of the Schedules of Assets and Liabilities prepared by the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

53222559.3 389590/00001

2

Debtors; and (f) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

      3.      A complete copy of the Saul Second Interim Fee Application shall be made via electronic mail upon: (a) the Trustee and (b) the Office of the United States Trustee.