# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br>Debtors.<br>------------------------------------------------------<br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN HOLDING COMPANY LLC,<br><br>Defendants. | Chapter 7<br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Related Doc. No. _____<br><br><br>Adversary Proceeding No.: 23-50117-KBO<br><br><br>Related Doc. No. _____ |

**ORDER AUTHORIZING PARTIES TO FILE SCHEDULE 1 TO THE SETTLEMENT AGREEMENT UNDER SEAL**

The Court, having reviewed the Parties' *Joint Motion for an Order Authorizing the Parties to File Under Seal Schedule 1 to the Settlement Agreement* (the "Joint Motion")[2] and good cause appearing therefore,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings provided in the Joint Motion.

IT IS HEREBY ORDERED that the Parties are hereby authorized to file Schedule 1 to the Settlement Agreement under seal.