IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<sup>1</sup><br>       Debtors.<br>------------------------------------------------------<br>LISHA ABRAHAM, SUSAN BERRY and BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br> v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC and AKORN HOLDING COMPANY LLC<br>       Defendants. | Chapter 7<br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Related Doc. Nos. 975, 976, 977<br><br><br><br><br>Adversary Proceeding No.: 23-50117-KBO<br><br>Related Adv. Doc. Nos. 26, 27, 28 |

## <span style="color:red">REDACTED DOCUMENT FILED UNDER SEAL</span>
## SCHEDULE 1 TO SETTLEMENT AGREEMENT
## CLASS MEMBERS

Dated:  October 21, 2024

                                     COZEN O'CONNOR

                         By:   /s/ *John T. Carroll, III*
                                 John T. Carroll III (DE 4060)
                                 Simon E. Fraser (DE 5335)
                                 1201 North Market Street, Ste 1001
                                 Wilmington, DE 19801
                                 Telephone: (302) 295-2000
                                 Facsimile: (302) 295-2013
                                 jcarroll@cozen.com
                                 sfraser@cozen.com

                                 *Counsel for George L. Miller,*
                                 *Chapter 7 Trustee*

---

<sup>1</sup> The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.