| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

[Table data redacted]

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

[Data rows redacted]

[Page contains a redacted table with columns: Order, Last Name, First Name, Address, City, State, Zip, WARN Damages, Allowed Priority WARN Claims, Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses, Allowed Non-Priority WARN Claims, Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses. All data entries are redacted.]

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|