| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | | |
| ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | █ | ██ | ██ | | | | |
| ██ | ██ | ████ | ██ | ██ | █ | ██ | ██ | ██ | ██ | ▬ | ▬ |
| ██ | █ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ███ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ███ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | ██ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | ██ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ███ | █ | █ | ██ | ██ | ██ | ██ | ▬ | ▬ |
| ██ | ██ | ██ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | ██ | ██ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | ██ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | █ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | █ | ██ | ██ | ██ | █ | ██ | ██ | ██ | ██ | ▬ | ▬ |
| ██ | ██ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |
| ██ | ██ | █ | ██ | ██ | █ | ██ | ██ | ██ | ██ | | |

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | ▮ | ▮ | ▮ | 866.99 |