| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

14

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

17

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

18