| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Order | Last Name | First Name | Address | City | State | Zip | WARN Damages | Allowed Priority WARN Claims | Allowed Priority WARN Claims Pre-Tax Net of Fees & Expenses | Allowed Non-Priority WARN Claims | Allowed Non-Priority WARN Claims Pre-Tax Net of Fees & Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | | | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | | | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | | | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | | | ■ | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | 18,454,949.76 | 13,305,190.32 | 8,800,126.88 | 5,149,759.44 | 3,383,172.96 |

| | |
|---|---:|
| Allowed WARN Priority Claim | 13,305,190.32 |
| Class Rep Service Payments | 30,000.00 |
| Class Counsel's Fees (1/3) | 4,425,063.44 |
| Class Counsel's Expenses | 50,000.00 |
| Allowed Priority WARN ( Net of Fees & Expenses | 8,800,126.88 |
| | |
| Allowed Non-Priority WARN Claims | 5,149,759.44 |
| Class Counsel's Fees (1/3) | 1,716,586.48 |
| Class Counsel's Expenses | 50,000.00 |
| Allowed Non-Prior of Fees & Expenses | 3,383,172.96 |