# EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

## Expense Summary

## For the Period from January 1, 2024 Through September 30, 2024

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Legal Research | Westlaw | $2,468.78 |
| Legal Research | Lexis Legal Research | $742.50 |
| Filing Fees | Delaware Bankruptcy Court, Delaware District Court and Delaware Secretary of State, | $1,413.00 |
| Postage | U.S. Postal Service- Regular Mail- | $19.81 |
| Transcript | Reliable Copy Service- DE | $144.00 |
| Meals | Marathon Grill-See attached chart | $66.42 |
| Outside Reproduction | Reliable Copy Service- DE- | $921.89 |
| **Total** | | **$5,776.40** |

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 09/26/24 | Marathon Grill | (2) Evan T. Miller, Paige N. Topper | Lunch for litigation meeting | $66.42 |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 28, 2024 |
| Interim or Final: | Interim |



www.saul.com

| | | |
|---|---|---|
| George L. Miller, Chapter 7 Trustee for | Invoice Number | 4374807 |
| George L Miller | Invoice Date | 10/15/24 |
| 8 Penn Center, Suite 950 | Client Number | 389590 |
| 1628 John F. Kennedy Boulevard | Matter Number | 00002 |
| Philadelphia, PA 19103 | | |

Re:     Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/29/24 | Lexis Legal Research | 49.50 |
| 02/27/24 | Vendor: PNC Bank; Invoice#: 02052024; Secretary of State fee to pull corporate filing / Novick - S. Digan | 13.00 |
| 03/01/24 | Lexis Legal Research | 198.00 |
| 03/01/24 | Lexis Legal Research | 198.00 |
| 03/01/24 | Lexis Legal Research | 247.50 |
| 03/01/24 | Lexis Legal Research | 49.50 |
| 03/19/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL115557; Date: 3/5/2024 - 3/4/24 - Copying, postage and mailing of Motion to Limit Notice for Saul Ewing's First Interim Fee Application and Notice of Hearing | 134.41 |
| 05/01/24 | Westlaw Legal Research | 414.00 |
| 04/01/24 | Westlaw Research | 276.00 |
| 05/30/24 | Vendor: PNC Bank; Invoice#: 050624; Courts/USBC fee filing fee / D. Frawley | 1,050.00 |
| 05/30/24 | Vendor: PNC Bank; Invoice#: 050624; Courts/USDC filing / D. Frawley | 100.00 |
| 05/30/24 | Vendor: PNC Bank; Invoice#: 050624; Courts/USDC filing fee / D. Frawley | 100.00 |
| 05/30/24 | Vendor: PNC Bank; Invoice#: 050624; Courts/USDC filing fee / D. Frawley | 100.00 |
| 05/01/24 | Postage: 7 Flats regular mail | 19.81 |
| 05/14/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL116391; Date: 4/18/2024 - 4/17/24 - Copying, postage and mailing of complaint, summons and certificate of service (Amerisource) | 38.24 |
| 05/14/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL116389; Date: 4/18/2024 - 4/17/24 - Copying, postage and mailing of complaint, summons and certificate of service (Cardinal Health) | 24.14 |
| 05/14/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL116390; Date: 4/18/2024 - 4/17/24 - Copying, postage and mailing of complaint, summons and certificate of service (McKesson) | 40.53 |
| 05/30/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL115837; Date: 3/19/2024 - 3/18/24 - Copying, postage and mailing of Saul Ewing's First Interim Fee Application and Notice of Hearing | 69.22 |
| 06/28/24 | Westlaw Research | 44.00 |
| 07/01/24 | Westlaw Legal Research | 138.00 |
| 06/28/24 | Westlaw Research | 1,043.28 |
| 06/28/24 | Westlaw Research | 149.04 |

| | | | |
|---|---|---|---|
| 389590 | George L. Miller, Chapter 7 Trustee for | Invoice | 4374807 |
| 00002 | Expenses | | Page: 2 |
| 10/15/24 | | | |

| Date | Description | Amount |
|---|---|---:|
| 06/28/24 | Westlaw Research | 149.04 |
| 06/25/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL117258; Date: 6/6/2024 - June 5, 2024 Hearing Transcript | 144.00 |
| 09/26/24 | Vendor: PNC Bank; Invoice#: 09042024HF; Marathon Grill purchase for E. Miller Akorn litigation lunch / H. Fecker | 66.42 |
| 08/27/24 | Vendor: PNC Bank; Invoice#: 08082024A; Date: 8/8/2024 - DE Court PNC Statement 7/5/24 to 8/5/24 | 50.00 |
| 09/16/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL118518; Date: 8/23/2024 - 8/22/24 - Copying, postage and mailing of Cardinal Health 9019 Motion | 615.35 |
| 09/27/24 | Westlaw Research | 255.42 |
| | CURRENT EXPENSES | 5,776.40 |
| | TOTAL AMOUNT OF THIS INVOICE | 5,776.40 |