IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 973, 981** |

**CERTIFICATION OF NO OBJECTION TO AMENDED SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH SEPTEMBER 30, 2024**

The undersigned special counsel to George L. Miller, chapter 7 trustee (the "**Chapter 7 Trustee**") of the estates of the above-captioned debtors, hereby certifies that:

1. On October 18, 2024, the *Second Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through September 30, 2024* [D.I. 973] (as amended by D.I. 981, the "**Fee Application**") was filed with the Court.

2. On October 28, 2024, the *Amended Fee Application* [D.I. 981][2] was filed with the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] As noted in the amended Fee Application at D.I. 981, the total amount of compensation and expenses sought were not changed as between D.I. 973 and 981. The amendments were limited to (i) correcting the "Total compensation approved [and paid] by interim order to date" figure (D.I. 981, p. 1-2); (ii) correcting the Attorney Compensation on the Summary of Billing by Timekeeper section (D.I. 981, p. 4); (iii) updating the Blended Hourly Rate figures in the "Billing Disclosures" exhibit (D.I. 981, Exh. A); and (iv) revising the Application's expense detail to include additional information (D.I. 981, p. 10, Exh. D).

53312145.2 11/04/2024

3. Pursuant to the Notice, objections, if any, to the Fee Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on November 1, 2024 (the "**Objection Deadline**").

4. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5. A hearing on the Fee Application is scheduled for November 20, 2024 at 9:30 a.m.

6. Attached hereto as **Exhibit "A"** is an *Order Approving Amended Second Interim Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through September 30, 2024* (the "**Proposed Order**").

WHEREFORE, undersigned counsel respectfully requests that the Court enter the Proposed Order at the earliest convenience of the Court.

Dated: November 4, 2024

        **SAUL EWING LLP**

        */s/ Evan T. Miller*
        Evan T. Miller (DE Bar No. 5364)
        1201 N. Market Street, Suite 2300
        P.O. Box 1266
        Wilmington, DE 19899
        Telephone: (302) 421-6800
        evan.miller@saul.com

        *Special Counsel to the Chapter 7 Trustee*