-4-

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 973, 974, 983** |

**ORDER APPROVING MOTION TO LIMIT SERVICE OF NOTICE REGARDING SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, AS SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH SEPTEMBER 30, 2024**

Upon consideration of the Motion to Limit Service (the "**Motion**")[2] having been filed regarding the *Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through September 30, 2024* (the "**Saul Second Interim Fee Application**"), and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion is GRANTED.

2. Service of the Notice of the Saul Second Interim Fee Application shall be made via U.S. First Class Mail to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and addresses appearing in

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

-5-

Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors; and (f) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

3. A complete copy of the Saul Second Interim Fee Application shall be made via electronic mail upon: (a) the Trustee and (b) the Office of the United States Trustee.

**Dated: November 13th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**