## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2024, I served the foregoing *Leadiant Biosciences Inc.'s Objection to Trustee's Motion for Entry of an Order: (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bank. P. 9019; and (II) Granting Related Relief* on all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities, and additionally served via electronic mail upon the following parties.

Dated: November 13, 2024                              */s/ Michael Busenkell*
                                                                Michael Busenkell (DE 3933)

**Via Electronic Mail**

| | |
|---|---|
| COZEN O'CONNOR<br>John T. Carroll III, Esq.<br>Simon E. Fraser, Esq.<br>1201 North Market Street, Ste 1001<br>Wilmington, DE 19801<br>jcarroll@cozen.com<br>sfraser@cozen.com | COZEN O'CONNOR<br>David R. Doyle, Esq.<br>123 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606<br>daviddoyle@cozen.com |