**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Akorn Holding Company, LLC *et al.*, | : | Case Number 23-10253 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors.[1] | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, the United States Trustee's Limited Objection and Reservation of Rights Trustee's Motion for Entry of Order (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief [D.I. 972] was caused to be served *via* email and/or CM/ECF upon the parties listed below and other parties as may be subscribed to this Court's CM/ECF system.

John T. Carroll, III
Simon E. Fraser
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle
Cozen O'Connor
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
daviddoyle@cozen.com

Evan T. Miller
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
evan.miller@saul.com

Robert J. Dehney
Daniel B. Butz
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
Wilmington, DE 19801
dbutz@mnat.com
rdehney@morrisnichols.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is 5605 CenterPoint Court, Gurnee, IL 60031.

| | |
|---|---|
| Malak S. Doss<br>Andrew K Glenn<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, NY 10036<br>mdoss@glennagre.com<br>aglenn@glennagre.com | Matthew B. Lunn<br>Jared W Kochenash<br>Joseph M Mulvihill<br>Young Conaway<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>jkochenash@ycst.com<br>mlunn@ycst.com<br>jmulvihill@ycst.com<br><br>*/s/Richard L. Schepacarter*<br>Richard L. Schepacarter<br>Trial Attorney |