IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related Doc. No.** 976, 978 |
| LISHA ABRAHAM, SUSAN BERRY AND BENJAMIN SUMMERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AKORN OPERATING COMPANY LLC, AKORN INTERMEDIATE COMPANY LLC, and AKORN HOLDING COMPANY LLC,<br><br>Defendants. | Adv. Pro. No. 23-50117 (KBO)<br><br>**Related Doc. No.** 27, 29 |

## CERTIFICATE OF NO OBJECTION REGARDING JOINT MOTION FOR AN ORDER AUTHORIZING THE PARTIES TO FILE UNDER SEAL SCHEDULE 1 TO THE SETTLEMENT AGREEMENT

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of the above-captioned Debtors (the "Debtors") hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Joint Motion for an Order Authorizing the Parties to File Under Seal Schedule 1 to the Settlement Agreement* [Filed 10/20/2024; D.I. 976; Adv. D.I. 27] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

1

Pursuant to the Notice of Motion, objections to same were to be filed and served no later than November 13, 2024 at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated:  November 18, 2024

COZEN O'CONNOR

By:   /s/ John T. Carroll, III
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller*
*Chapter 7 Trustee*

LEGAL\74152463\1 6010823/00574256