IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 20, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONCLUDED MATTERS:**

1. Amended Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2024 through September 30, 2024
   [Filed 10/28/2024; Docket No. 981]

   Related Documents:   (a)   Certificate of No Objection
   [Filed 11/4/2024; Docket No. 984]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|   |   |   |   |
|---|---|---|---|
|   |   | (b) | Entered Order<br>[Filed 11/5/2024; Docket No. 985] |

<table>
<tr><td>Objection Deadline:</td><td>November 1, 2024 at 4:00 p.m. ET</td></tr>
<tr><td>Responses Received:</td><td>None</td></tr>
<tr><td>Status:</td><td>This matter is concluded.  Order has been entered by the Court.</td></tr>
</table>

2. Motion to Limit Notice of Service of Notice Regarding Second Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From January 1, 2024 Through September 30, 2024
[Filed 10/18/2024; Docket No. 974]

|   |   |   |   |
|---|---|---|---|
| Related Documents: | (a) | Certificate of No Objection<br>[Filed 11/4/2024; Docket No. 983] |
|   | (b) | Entered Order<br>[Filed 11/13/2024; Docket No. 986] |

<table>
<tr><td>Objection Deadline:</td><td>November 1, 2024 at 4:00 p.m. ET</td></tr>
<tr><td>Responses Received:</td><td>None</td></tr>
<tr><td>Status:</td><td>This matter is concluded.  Order has been entered by the Court.</td></tr>
</table>

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

3. Joint Motion of Chapter 7 Trustee and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Warn Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief (Adversary No. 23-50117)
[Filed 10/20/2024; Docket No. 975, 26] (the "Joint Motion")

   Related Documents:
   (a) [SEALED] Exhibit(s) Schedule 1 filed with Joint Motion
   [Filed 10/20/2024; Docket No. 977, 28]

   (b) [REDACTED] Schedule 1 filed with Joint Motion
   [Filed 10/21/2024; Docket No. 978, 29]

   (c) Certification of No Objection
   [Filed 11/18/2024; Docket No. 989; 31]

   (d) Proposed Preliminary Order
   [Filed 10/20/2024; Docket No. 975, 26]

   Objection Deadline:    November 13, 2024 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    Certificate of No Objection filed.   Trustee requests entry of proposed Preliminary Order.

4. Joint Motion for an Order Authorizing the Parties to File Under Seal Schedule 1 to the Settlement Agreement (Adversary No. 23-50117)
[Filed 10/20/2024; Docket No. 976, 27]

   Related Documents:
   (a) Certification of No Objection
   [Filed 11/18/2024; Docket No. 990; 32]

   (b) Proposed Order
   [Filed 10/20/2024; Docket No. 976, 27]

   Objection Deadline:    November 13, 2024 at 4:00 p.m. (ET)

   Responses Received:    None

   Status:    Certificate of No Objection filed.   Trustee requests entry of proposed Order.

**CONTESTED MATTERS GOING FORWARD:**

5. Trustee's Motion for Entry of Order (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief
   [Filed 10/17/2024; Docket No. 972]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Proposed Order [Filed 10/17/2024; Docket No. 972] |
   | Objection Deadline: | | November 13, 2024 at 4:00 p.m. (ET).  Extension granted to the United States Trustee to November 14, 2024 |
   | Responses Received: | (b) | Leadiant Biosciences, Inc.'s Objection to Trustee's Motion for Entry of an Order: (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bank. P. 9019; and (II) Granting Related Relief [Filed 11/13/2024; Docket No. 987] |
   | | (c) | The United States Trustee's Limited Objection and Reservation of Rights to the Trustee's Motion for Entry of Order (I) Approving Settlement of Conversion Motion Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief [Filed 11/14/2024; Docket No. 988] |
   | Status: | | This matter is going forward. |

Dated: November 18, 2024
       Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2000 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*