**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>                 Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline:**<br>December 6, 2024 at 4:00 p.m. (ET)<br>**Hearing Date:**<br>December 18, 2024 at 9:30 a.m. (ET) |

**NOTICE OF SUPPLEMENTAL APPLICATION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER (I) AUTHORIZING THE EXPANDED SCOPE OF EMPLOYMENT AND RETENTION OF SAUL EWING LLP AS SPECIAL COUNSEL TO CHAPTER 7 TRUSTEE, EFFECTIVE AS OF NOVEMBER 12, 2024 AND (II) GRANTING RELATED RELIEF**

      **PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "**Trustee**") for the estates of the above-captioned debtors (the "**Debtors**"), has filed the *Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Application must be made in writing and filed on or before **December 6, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **December 18, 2024 at 9:30 a.m. (ET)** before The Honorable Karen B. Owens, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

      **PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

requested in the Application without further notice or a hearing.

| | |
|---|---|
| Dated: November 22, 2024<br>Wilmington, DE | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6864<br>Facsimile: (302) 421-6813<br>Email: evan.miller@saul.com<br><br>*Counsel to the Chapter 7 Trustee, George L. Miller* |