EXHIBIT "A"

Proposed First Distribution to Holders of
General Unsecured Claims

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 70.1 | Akorn Operating Company LLC | Arizona Health Care Cost Containment System c/o Arizona Attorney General's Office 2005 N. Central Ave. Phoenix AZ 85004 | $ 386,183.11 | $ 74,137.25 | 19.20% |
| 3.1 | Akorn Holding Company LLC | Arkansas Department of Human Services 700 Main Street Little Rock AR 72201 | $ 191,009.05 | $ 36,668.84 | 19.20% |
| 95.1 | Akorn Holding Company LLC | BDO USA, LLP Attn: Jared Schierbaum 4250 Lancaster Pike Suite 120 Wilmington DE 19805 | $ 119,741.00 | $ 22,987.20 | 19.20% |
| 11.1 | Akorn Intermediate Company LLC | Brenntag Specialties - Remit PO Box 780510 Philadelphia PA 19178-0510 | $ 111,450.00 | $ 21,395.54 | 19.20% |
| 414.1 | Akorn Operating Company LLC | CRG Financial LLC (As Assigned of Empire Freight Logistics) 84 Herbert Avenue, Building B Suite 202 Closter NJ 07624 | $ 417,063.14 | $ 80,065.42 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 442.1 | Akorn Operating Company LLC | CRG Financial LLC (As Assignee of Cuckos Pharmac.) 84 Herbert Avenue, Building B Suite 202 Closter NJ 07012 | $ 105,000.00 | $ 20,157.31 | 19.20% |
| 452.1 | Akorn Operating Company LLC | Defense Health Agency 16401 E. Centretech Parkway Aurora CO 80011 | $ 178,368.97 | $ 34,242.27 | 19.20% |
| 1.1 | Akorn Intermediate Company LLC | Kinclaven LLC Charles M. Tatelbaum c/o Tripp Scott 110 S.E. 6th Street Suite 1500 Fort Lauderdale FL 33301 | $ 327,965.94 | $ 62,961.05 | 19.20% |
| 13.1 | Akorn Holding Company LLC | Hain Capital Investors Master Fund, LTD 301 Route 17 North 7th Floor Rutherford NJ 07070 | $ 134,100.00 | $ 25,743.76 | 19.20% |
| 59.1 | Akorn Operating Company LLC | Hain Capital Investors Master Fund, LTD 301 Route 17 North 7th Floor Rutherford NJ 07070 | $ 113,029.59 | $ 21,698.78 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 7.1 | Akorn Operating Company LLC | Hain Capital Investors Master Fund, LTD 301 Route 17 North 7th Floor Rutherford NJ 07070 | $ 212,153.13 | $ 40,727.96 | 19.20% |
| 227.1 | Akorn Operating Company LLC | Halocarbon Life Sciences LLC 6525 The Corners Parkway Suite 200 Peachtree Corners GA 30092 | $ 515,886.00 | $ 99,036.87 | 19.20% |
| 61.1 | Akorn Operating Company LLC | Indiana Family & Social Service Admin c/o Eric Wilcher 150 W. Market St. Ste. 300 Indianapolis IN 46204 | $ 318,696.19 | $ 61,181.49 | 19.20% |
| 315.1 | Akorn Operating Company LLC | Iron Mountain Information Management LLC One Federal Street 7th Floor Boston MA 02110 | $ 254,272.70 | $ 48,813.83 | 19.20% |
| 74.1 | Akorn Operating Company LLC | Kuehne + Nagel, Inc. c/o Carlos Lopez 950 - 900 Howe Street 9th Floor Vancouver BC V6Z 2M4 | $ 195,258.31 | $ 37,484.59 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 185.1 | Akorn Operating Company LLC | M. Jacob & Sons, dba MJS Packaging<br>Attn: David Lubin<br>35601 Veronica Street<br>Livonia MI 48501 | $ 535,898.53 | $ 102,878.77 | 19.20% |
| 461.1 | Akorn Operating Company LLC | NC Dept of Health and Human Services<br>NC Department of Justice<br>Attn: Katherine McCraw<br>PO Box 629<br>Raleigh NC 27602-0629 | $ 743,994.24 | $ 142,827.80 | 19.20% |
| 253.1 | Akorn Operating Company LLC | New York State Department of Health<br>Attn: Martin A. Mooney,<br>Assistant Attorney General<br>2438 Corning Tower<br>Empire State Plaza<br>Albany NY 12237 | $ 587,124.65 | $ 112,712.87 | 19.20% |
| 267.1 | Akorn Operating Company LLC | Oklahoma Health Care Authority<br>4345 N Lincoln Blvd.<br>Oklahoma City OK 73105 | $ 256,693.94 | $ 49,278.65 | 19.20% |
| 68.1 | Akorn Operating Company LLC | Optel Group USA, Inc.<br>55 Madison Avenue<br>Suite 400<br>Morristown NJ 07960 | $ 187,552.50 | $ 36,005.27 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 298.1 | Akorn Operating Company LLC | OptiSource, LLC<br>Jones Walker LLP<br>190 E. Capitol St.<br>Suite 800<br>Jackson MS 39201 | $ 336,814.93 | $ 64,659.82 | 19.20% |
| 376.1 | Akorn Operating Company LLC | Patterson Veterinary Supply, Inc,<br>1031 Mendota Heights Rd<br>St Paul MN 55120 | $ 610,168.58 | $ 117,136.71 | 19.20% |
| 170.1 | Akorn Operating Company LLC | SCADAware, Inc.<br>Attn: Rick Caldwell<br>2023 Eagle Road<br>Normal IL 61761 | $ 278,766.02 | $ 53,515.92 | 19.20% |
| 229.1 | Akorn Operating Company LLC | Sparks Exhibits & Enviornments Corp<br>3724 Solutions Center<br>Chicago IL 60677-3007 | $ 172,699.30 | $ 33,153.83 | 19.20% |
| 398.1 | Akorn Holding Company LLC | State of Kansas, Dept. of Health and Environment<br>Benjamin L. Tompkins<br>Kennyhertz Perry, LLC<br>2000 Shawnee Mission Parkway<br>Suite 210<br>Mission Woods KS 66205 | $ 160,436.94 | $ 30,799.78 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 205.1 | Akorn Holding Company LLC | State of Wisconsin, Department of Health Services<br>S. Michael Murphy<br>P.O. Box 7857<br>Madison WI 53703 | $ 204,000.00 | $ 39,162.77 | 19.20% |
| 362.1 | Akorn Operating Company LLC | Sullivan Contractors LLC<br>c/o Barclay Damon LLP<br>Attn: Scott L. Fleischer, Esq.<br>1270 Avenue of the Americas, Suite 501<br>New York NY 10020 | $ 124,891.04 | $ 23,975.88 | 19.20% |
| 34.1 | Akorn Holding Company LLC | TEK - REMIT<br>PO Box 1656<br>Zachary LA 70791 | $ 104,942.36 | $ 20,146.24 | 19.20% |
| 49.1 | Akorn Operating Company LLC | The Ritedose Corporation<br>Attn: Nelson Mullins Riley & Scarborough LLP<br>c/o Graham S. Mitchell<br>P.O. Box 11070<br>Columbia SC 29211 | $ 343,099.86 | $ 65,866.37 | 19.20% |
| 412.1 | Akorn Operating Company LLC | Thea Pharma Inc.<br>Weil, Gotshal & Manges LLP<br>c/o Alfredo Perez<br>700 Louisana Street, Suite 1700<br>Houston TX 77002 | $ 1,341,059.00 | $ 257,448.92 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Exhibit A - Proposed Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 260.1 | Akorn Operating Company LLC | TRC Master Fund LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere NY 11598 | $ 273,546.58 | $ 52,513.92 | 19.20% |
| 465.1 | Akorn Operating Company LLC | U.S. Dep't of Health and Human Services, CMS, MDBG<br>US Department of Justice<br>Attn: Andrew Warner<br>PO Box 875, Ben Franklin Station<br>Washington DC 20044 | $ 2,409,049.39 | $ 462,475.67 | 19.20% |
| 331.1 | Akorn Operating Company LLC | UCB, Inc.<br>1950 Lake Park Drive<br>Smyrna GA 30080 | $ 116,115.00 | $ 22,291.10 | 19.20% |
| 172.1 | Akorn Operating Company LLC | Vimta Labs, Ltd.<br>Chugh LLP<br>295 Pierson Ave., Suite 201<br>Edison NJ 08837 | $ 337,094.00 | $ 64,713.40 | 19.20% |
| 52.1 | Akorn Operating Company LLC | Zhejiang HiSun Pharmaceutical Co. Ltd.<br>Attn: Brown & Joseph, LLC<br>c/o Peter Geldes<br>P.O. Box 249<br>Itasca IL 60143 | $ 360,000.00 | $ 69,110.76 | 19.20% |
| | | | $ 13,064,123.99 | $ 2,507,976.59 | 19.20% |