# EXHIBIT "B"

EXHIBIT "B"

AKORN HOLDING COMPANY, LLC, ET AL.

SUMMARY OF OUT OF POCKET EXPENSES

FROM OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024

| Type | | Total |
|---|---|---|
| Fax | $ | 36.00 |
| Federal Express | | 103.41 |
| Mileage | | 40.20 |
| Pacer | | 1,238.90 |
| Parking | | 6.00 |
| Photocopies | | 1,934.40 |
| Postage | | 1,633.00 |
| Tax Filing Fees | | 2,231.30 |
| **Total** | **$** | **7,223.21** |

## Expense Report

Page     1

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Faxes | | | |
| Fax tax return to IRS CIO | Administrative | $36.00 | 10/31/2023 |
| Total: Akorn - Case Admin | | $36.00 | |
| Total: Faxes | | $36.00 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Federal Express** | | | |
| Federal Express to Microage | Administrative | $30.93 | 12/21/2023 |
| Federal Express regarding claims supporting records | Administrative | $51.70 | 1/22/2024 |
| Federal Express to Microage | Administrative | $20.78 | 1/26/2024 |

Total: Akorn - Case Admin              $103.41

Total: Federal Express              $103.41

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Mileage 2024** | | | |
| Mileage to/from meeting with Counsel | Matthew Tomlin | $40.20 | 3/11/2024 |
| Total: Akorn - Case Admin | | $40.20 | |
| Total: Mileage 2024 | | $40.20 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Pacer | | | |
| October Pacer Chargers | Administrative | $46.20 | 10/31/2023 |
| November Pacer Charges | Administrative | $43.40 | 11/30/2023 |
| December Pacer Charges | Administrative | $61.20 | 12/31/2023 |
| January Pacer Charges | Administrative | $110.00 | 1/31/2024 |
| January Pacer Charges | Administrative | $45.70 | 1/31/2024 |
| February Pacer Chargers | Administrative | $41.40 | 2/29/2024 |
| March Pacer Charges | Administrative | $4.60 | 3/29/2024 |
| April Pacer Charges | Administrative | $93.40 | 4/30/2024 |
| May Pacer charges | Administrative | $101.30 | 5/31/2024 |
| June Pacer Charges | Administrative | $100.80 | 6/30/2024 |
| July Pacer Charges | Administrative | $172.00 | 7/31/2024 |
| August Pacer Charges | Administrative | $360.40 | 8/31/2024 |
| September Pacer Charges | Administrative | $58.50 | 9/30/2024 |

Total: Akorn - Case Admin
          $1,238.90

Total: Pacer
          $1,238.90

| Description | Employee | Expense | Date |
|---|---|---|---|
| <u>Activity: Parking</u> | | | |
| Parking for meeting with Counsel | Matthew Tomlin | $6.00 | 3/11/2024 |

Total: Akorn - Case Admin       $6.00

Total: Parking       $6.00

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Photocopies** | | | |
| Photocopies | Administrative | $518.20 | 10/31/2023 |
| Photocopies | Administrative | $183.10 | 11/30/2023 |
| Photocopies | Administrative | $214.80 | 12/31/2023 |
| Photocopies | Administrative | $307.00 | 1/31/2024 |
| Photocopies | Administrative | $94.50 | 2/29/2024 |
| Photocopies | Administrative | $4.40 | 3/31/2024 |
| Photocopies | Administrative | $49.40 | 4/30/2024 |
| Photocopies | Administrative | $258.90 | 5/31/2024 |
| Photocopies | Administrative | $187.70 | 6/30/2024 |
| Photocopies | Administrative | $66.90 | 7/31/2024 |
| Photocopies | Administrative | $49.50 | 9/30/2024 |

Total: Akorn - Case Admin
$1,934.40

Total:  Photocopies
$1,934.40

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $69.73 | 10/5/2023 |
| Postage | Administrative | $1.83 | 10/10/2023 |
| Postage | Administrative | $281.93 | 10/16/2023 |
| Postage | Administrative | $12.21 | 10/17/2023 |
| Postage | Administrative | $8.19 | 10/18/2023 |
| Postage | Administrative | $1.89 | 10/19/2023 |
| Postage | Administrative | $6.30 | 10/26/2023 |
| Postage | Administrative | $5.04 | 10/30/2023 |
| Postage | Administrative | $0.63 | 10/31/2023 |
| Postage | Administrative | $0.63 | 11/9/2023 |
| Postage | Administrative | $14.10 | 11/10/2023 |
| Postage | Administrative | $0.63 | 11/13/2023 |
| Postage | Administrative | $3.78 | 11/14/2023 |
| Postage | Administrative | $0.63 | 11/15/2023 |
| Postage | Administrative | $1.26 | 12/4/2023 |
| Postage | Administrative | $0.63 | 12/6/2023 |
| Postage | Administrative | $5.73 | 12/11/2023 |
| Postage | Administrative | $1.89 | 12/13/2023 |
| Postage | Administrative | $1.59 | 12/14/2023 |
| Postage | Administrative | $4.41 | 12/20/2023 |
| Postage | Administrative | $0.63 | 12/21/2023 |
| Postage | Administrative | $0.63 | 12/22/2023 |
| Postage | Administrative | $3.78 | 1/10/2024 |
| Postage | Administrative | $3.15 | 1/11/2024 |
| Postage | Administrative | $38.40 | 1/22/2024 |
| Postage | Administrative | $391.68 | 1/23/2024 |

| Description | Employee | Expense | Date |
| --- | --- | --- | --- |
| Postage | Administrative | $514.80 | 1/24/2024 |
| Postage | Administrative | $0.64 | 1/26/2024 |
| Postage | Administrative | $0.64 | 1/29/2024 |
| Postage | Administrative | $0.88 | 2/7/2024 |
| Postage | Administrative | $6.40 | 2/13/2024 |
| Postage | Administrative | $90.88 | 2/14/2024 |
| Postage | Administrative | $1.76 | 2/20/2024 |
| Postage | Administrative | $4.48 | 2/22/2024 |
| Postage | Administrative | $25.20 | 3/12/2024 |
| Postage | Administrative | $9.60 | 3/13/2024 |
| Postage | Administrative | $1.92 | 3/26/2024 |
| Postage | Administrative | $1.92 | 4/8/2024 |
| Postage | Administrative | $3.84 | 4/15/2024 |
| Postage | Administrative | $0.64 | 4/19/2024 |
| Postage | Administrative | $6.64 | 4/22/2024 |
| Postage | Administrative | $3.20 | 5/2/2024 |
| Postage | Administrative | $0.88 | 5/7/2024 |
| Postage | Administrative | $6.40 | 5/24/2024 |
| Postage | Administrative | $4.48 | 6/6/2024 |
| Postage | Administrative | $3.84 | 6/14/2024 |
| Postage | Administrative | $0.64 | 6/20/2024 |
| Postage | Administrative | $9.60 | 6/26/2024 |
| Postage | Administrative | $19.55 | 7/3/2024 |
| Postage | Administrative | $5.52 | 7/15/2024 |
| Postage | Administrative | $0.69 | 7/18/2024 |
| Postage | Administrative | $0.69 | 7/31/2024 |
| Postage | Administrative | $1.38 | 8/6/2024 |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Postage | Administrative | $4.14 | 8/9/2024 |
| Postage | Administrative | $0.97 | 8/20/2024 |
| Postage | Administrative | $2.76 | 8/21/2024 |
| Postage | Administrative | $1.38 | 8/26/2024 |
| Postage | Administrative | $0.69 | 8/29/2024 |
| Postage | Administrative | $4.14 | 9/5/2024 |
| Postage | Administrative | $3.32 | 9/11/2024 |
| Postage | Administrative | $27.19 | 9/16/2024 |

Total: Akorn - Case Admin          $1,633.00

Total:  Postage          $1,633.00

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Tax Filing Fees** | | | |
| State Tax Return filing authorizations for Nebraska, New York, North Carolina, Pennsylvania, Tennessee, Texas, Utah, Virginia and Wisconsin | Vincent L. Capitolo | $467.46 | 10/12/2023 |
| Connecticut tax filing authorization | Anthony F. Archer | $55.12 | 4/15/2024 |
| State tax return filing authorizations (31 states) | Vincent L. Capitolo | $1,708.72 | 9/26/2024 |

Total: Akorn - Case Admin        $2,231.30

Total: Tax Filing Fees        $2,231.30

Grand Total        $7,223.21