# EXHIBIT "B"

| | |
|---|---:|
| George L. Miller, Chapter 7 Trustee | November 26, 2024 |
| File Number: 00574256 | Page 947 |
| Invoice No.: 25298448 | |

| **Disbursements** | **Value** |
|---|---:|
| Vendor: David Doyle Invoice#: 6911451909111409AX Date: 9/11/2024   -  Dave Doyle - 574256 - Filing Fees and Related 09/03/2024, David Doyle Court filing DELAWARE CORP & TAX  DOVER            DE | $ 10.00 |
| Vendor: David Doyle Invoice#: 6911451909111409AX Date: 9/11/2024   -  Dave Doyle - 574256 - Filing Fees and Related 09/03/2024, David Doyle Court filing DELAWARE CORP & TAX  DOVER            DE | 10.00 |
| Vendor: Parcels, Inc. Invoice#: 1043382 Date: 9/27/2023   - - Service; Doc. No. 634 Motion Extending Time to Assume or Reject Certain Executory Contracts and Unexpired Leases of Personal Property | 76.62 |
| Vendor: Parcels, Inc. Invoice#: 1048874 Date: 10/31/2023   - - Parcels production center services - Serve 1 document to 134 parties via first class mail "678" | 1,087.86 |
| Vendor: Parcels, Inc. Invoice#: 1053400 Date: 11/27/2023   - - Bankruptcy service of 1 document on 133 parties via first class mail "Case No. 23-10253; DI 688-1" | 153.43 |
| Vendor: Parcels, Inc. Invoice#: 1045050 Date: 10/6/2023   - - Bankruptcy Service of 1 document on 133 parties via first class mail. " Case No. 23-10253; DI 637" | 166.73 |
| Vendor: Parcels, Inc. Invoice#: 1045922 Date: 10/12/2023   - - Parcels Production Center Services - Serve one document to 134 parties via first class mail. | 709.88 |
| Vendor: Parcels, Inc. Invoice#: 1051406 Date: 11/14/2023   - - Parcels Production Center Services - Bankruptcy service of 1 document to 133 parites via first class mail "D.I. 685" | 691.26 |
| Vendor: Parcels, Inc. Invoice#: 1044472 Date: 10/4/2023   - - Service; Doc. No. 633 Stipulation Extending Deadline to Assume or Reject Lease to Gurnee Facility | 484.96 |
| Vendor: Parcels, Inc. Invoice#: 1047875 Date: 10/25/2023   - - Parcels production center services - Bankruptcy service of 1 document on 5 parties via Fed Ex "DI 673" | 141.99 |
| Vendor: Parcels, Inc. Invoice#: 1047874 Date: 10/25/2023   - - Parcels production center services - Serve 2 documents from email attachment via Fed Ex | 153.99 |
| Vendor: Parcels, Inc. Invoice#: 1059132 Date: 12/29/2023   - - Service (Doc. No. 712) Supplemental Motion for Entry of an Order Further Extending Time to Assume or Reject Certain Executory Contracts | 576.98 |
| Vendor: Parcels, Inc. Invoice#: 1066080 Date: 2/12/2024   - - Service (Doc. No. 743) Motion Authorizing Transfer of Certain Contract Rights of the Estates to Ophtapharm AG | 552.64 |
| Vendor: Parcels, Inc. Invoice#: 1067931 Date: 2/23/2024   - - Service (Doc. No. 745) Motion Authorizing Assumption and Assignment of Certain Executory Contracts to Ophtapharm AG, (II) Approving Assignment Conditions, | 1,137.72 |
| Vendor: Parcels, Inc. Invoice#: 1108551 Date: 10/25/2024   - - Bankruptcy | 2,686.26 |

| George L. Miller, Chapter 7 Trustee | November 26, 2024 |
|---|---|
| File Number: 00574256 | Page 948 |
| Invoice No.: 25298448 | |

| **Disbursements** | **Value** |
|---|---:|
| Service of 3 documents on 144 parties via first class mail "DI 26, 27, 29" | |
| Vendor: Parcels, Inc. Invoice#: 1101317 Date: 9/12/2024  -  - Bankruptcy Service of 1 document to 142 parties via first class mail.  "D.I. 948" | 534.73 |
| Vendor: Parcels, Inc. Invoice#: 1098566 Date: 8/23/2024  -  - Parcels production center services - Bankruptcy service of 1 document on 243 parties via first class mail. "DI 928" | 959.65 |
| Vendor: Parcels, Inc. Invoice#: 1093677 Date: 7/23/2024  -  - Bankruptcy Service; 9019 Motion Thea Pharma Inc. D.I. 869 | 689.40 |
| Vendor: Parcels, Inc. Invoice#: 1091618 Date: 7/10/2024  -  - Bankruptcy Service; Trustee's Objection to Conversion Motion [D.I 858] | 1,131.14 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 102941; Date: 8/31/2024 from Miller Coffey 8/22/24 | 14.00 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 102941; Date: 8/31/2024 To Miller Coffey 8/26/24 | 33.70 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 103198; Date: 9/30/2024 To Kelly & Partners 9/6/24 | 9.00 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 103198; Date: 9/30/2024 To Reliable Copy 9/6/24 | 9.00 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 100259; Date: 10/31/2023 From Miller Coffey 10/30/23 | 17.00 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 100797; Date: 12/31/2023 From Reynolds Family Law 12/8/23 | 66.00 |
| Vendor: Timecycle Couriers, Inc.; Invoice#: 101597; Date: 3/31/2024 To Miller Coffey 3/12/24 | 14.00 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q42023; Date: 1/4/2024 | 13.50 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 3729745-Q12024; Date: 4/4/2024 | 3.00 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 6760670-Q22024; Date: 7/8/2024 | 0.40 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q22024; Date: 7/8/2024 | 37.90 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q32024; Date: 10/7/2024 | 275.20 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 3729745-Q32024; Date: 10/7/2024 | 53.30 |
| Lexis Research 8/19/2024 Christina Sanfelippo | 50.00 |
| Westlaw Research 08/06/2024 David Doyle | 150.00 |

| George L. Miller, Chapter 7 Trustee | November 26, 2024 |
| --- | ---: |
| File Number: 00574256 | Page 949 |
| Invoice No.: 25298448 | |

| **Disbursements** | **Value** |
| --- | ---: |
| Westlaw Research 08/05/2024 David Doyle | 1,200.00 |
| Westlaw Research 08/06/2024 David Doyle | 553.00 |
| Westlaw Research 06/21/2024 David Doyle | 79.00 |
| Westlaw Research 06/17/2024 David Doyle | 316.00 |
| Westlaw Research 07/29/2024 Christina Sanfelippo | 790.00 |
| Westlaw Research 07/04/2024 David Doyle | 1,200.00 |
| Westlaw Research 07/21/2024 David Doyle | 300.00 |
| Westlaw Research 07/08/2024 | 158.00 |
| Westlaw Research 07/03/2024 Simon Fraser | 79.00 |
| Westlaw Research 07/08/2024 David Doyle | 316.00 |
| Westlaw Research 06/28/2024 Jenna Schaffer | 50.00 |
| Westlaw Research 07/21/2024 David Doyle | 395.00 |
| Westlaw Research 07/05/2024 David Doyle | 395.00 |
| Westlaw Research 06/27/2024 Janice Agresti | 158.00 |
| Westlaw Research 06/28/2024 Jenna Schaffer | 158.00 |
| Westlaw Research 07/07/2024 David Doyle | 158.00 |
| Westlaw Research 07/06/2024 David Doyle | 79.00 |
| Westlaw Research 07/08/2024 | 50.00 |
| Westlaw Research 07/02/2024 David Doyle | 50.00 |
| Westlaw Research 07/02/2024 David Doyle | 869.00 |

George L. Miller, Chapter 7 Trustee  
File Number: 00574256  
Invoice No.: 25298448

November 26, 2024  
Page 950

| Disbursements | | Value |
|---|---|---:|
| Westlaw Research 08/30/2024 David Doyle | | 79.00 |
| Westlaw Research 09/18/2024 David Doyle | | 316.00 |
| Westlaw Research 09/05/2024 Christina Sanfelippo | | 237.00 |
| **Total Disbursements:** | **$** | **20,686.24** |

| Disbursements | | Value |
|---|---|---:|
| Courier Service | $ | 162.70 |
| Filing Fees | | 20.00 |
| Lexis Research | | 50.00 |
| Pacer Fees | | 383.30 |
| Service Fees | | 11,858.62 |
| Special Copy Costs | | 76.62 |
| Westlaw Research | | 8,135.00 |
| **Total Disbursements:** | **$** | **20,686.24** |