IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING
AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FOR DECEMBER 9, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE
THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on December 6, 2024 the *Amended Notice of Agenda of Matters Scheduled for Hearing on December 9, 2024 at 10:00 a.m. (ET)* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

I further certify that on December 6, 2024 I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

|  |  |
|---|---|
| Dated:  December 6, 2024<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:  */s/ John T. Carroll, III*<br>John T. Carroll, III (DE Bar No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

# EXHIBIT "A"

**Via Electronic Mail**

Jason C. Powell, Esquire
The Powell Firm, LLC
1813 N. Franklin Street
Wilmington, DE 19802
jpowell@delawarefirm.com

Jeffrey K. Garfinkle, Esquire
Steven H. Winick, Esquire
Buchalter, a Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
jgarfinkle@buchalter.com
swinick@buchalter.com

***Counsel to Defendants**
**McKesson Corporation,**
**McKesson Specialty Care Distribution LLC,**
**and McKesson Medical-Surgical, Inc.***