**Srinath Biyyala**
1030 Enfield Farm Ln
Brunswick, Maryland, 21716
330-998-8626
biyyalasrinath@gmail.com

RECEIVED
2024 DEC -6  AM 8: 58
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Date: 12/02/2024**

**Clerk of the Court**
United States Bankruptcy Court (USBC)
824 N Market Street
Wilmington, DE 19801

**Change of Address - Case #23-10255-KBO, Claim #519 and Case #23-10253, Claim #451**

Dear Clerk of the Court,

I am writing to formally inform the court of a change in my address. I was previously residing at 25 Fallwood Parkway, Farmingdale, NY, 11735 but as of 11/06/2024, I have moved to a new address. Can you please update your records accordingly.

**New Address:**
1030 Enfield Farm Ln
Brunswick, MD, 21716

Please ensure that all future correspondence, including notices, motions, or any related documents for case [Case #23-10255-KBO & #23-10253], are sent to my new address listed above.

If any additional information or documentation is required to process this change, please let me know.

Thank you for your attention to this matter.

Sincerely,
Srinath Biyyala

Signature: *[signature]*

Case #23-10255-KBO, Claim #519.1

Case #23-10253, Claim #519.1, Claim #451