# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related Doc. No.** 1001 |

## CERTIFICATE OF NO OBJECTION REGARDING THIRD INTERIM APPLICATION OF MILLER COFFEY TATE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH SEPTEMBER 30, 2024

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 2024* [Filed 11/27/2024; Docket No. 1001] (the "Application").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than December 11, 2024 at 4:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

It is hereby respectfully requested that the proposed Order as originally filed with the Application be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: December 16, 2024<br>　　　　Wilmington, Delaware | COZEN O'CONNOR<br><br>By:　*/s/ John T. Carroll, III*<br>　　　John T. Carroll, III (DE No. 4060)<br>　　　1201 N. Market Street<br>　　　Suite 1001<br>　　　Wilmington, DE  19801<br>　　　(302) 295-2028 Phone<br>　　　(302) 295-2013 Fax No.<br>　　　jcarroll@cozen.com<br><br>　　　*Counsel to George L. Miller,*<br>　　　*Chapter 7 Trustee* |