IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

> This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

# **CONCLUDED MATTERS:**

1. Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief
[Filed 11/22/2024; Docket No. 996]

    Related Documents:    (a)    Certificate of No Objection
    [Filed 12/12/2024; Docket No. 1008]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

|     |     |     |     |
| --- | --- | --- | --- |
|     |     | (b) | Entered Order<br>[Filed 12/13/2024; Docket No. 1011] |

<table>
<tr><td>Objection Deadline:</td><td>December 6, 2024 at 4:00 p.m. ET</td></tr>
<tr><td>Responses Received:</td><td>None</td></tr>
<tr><td>Status:</td><td>This matter is concluded. Order has been entered by the Court.</td></tr>
</table>

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

2. Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief
[Filed 11/26/2024; Docket No. 999]

    Related Documents:  (a) Certificate of No Objection
                            [Filed 12/16/2024; Docket No. 1015]

                        (b) Proposed Order
                            [Filed 11/26/2024; Docket No. 999]

    Objection Deadline:     December 11, 2024 at 4:00 p.m. ET

    Responses Received:     None

    Status:                 This matter is uncontested. Certificate of No Objection has been filed. Trustee requests entry of the Proposed Order.

3. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims
[Filed 11/26/2024; Docket No. 1000]

    Related Documents:  (a) Certificate of No Objection
                            [Filed 12/16/2024; Docket No. 1016]

                        (b) Proposed Order
                            [Filed 11/26/2024; Docket No. 1000]

    Objection Deadline:     December 11, 2024 at 4:00 p.m. ET

    Responses Received:     None

    Status:                 This matter is uncontested. Certificate of No Objection has been filed. Trustee requests entry of the Proposed Order.

4.     Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 2024
[Filed 11/27/2024; Docket No. 1001]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 12/16/2024; Docket No. 1017] |
| | (b) | Proposed Order [Filed 11/27/2024; Docket No. 1001] |
| Objection Deadline: | | December 11, 2024 at 4:00 p.m. ET |
| Responses Received: | | None |
| Status: | | This matter is uncontested. Certificate of No Objection has been filed. Movant requests entry of the Proposed Order. |

5.     Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024
[Filed 11/27/2024; Docket No. 1002]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 12/16/2024; Docket No. 1018] |
| | (b) | Proposed Order [Filed 11/27/2024; Docket No. 1002] |
| Objection Deadline: | | December 11, 2024 at 4:00 p.m. ET |
| Responses Received: | | None |
| Status: | | This matter is uncontested. Certificate of No Objection has been filed. Movant requests entry of the Proposed Order. |

6. Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024
[Filed 12/4/2024; Docket No. 1003]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection [Filed 12/16/2024; Docket No. 1019] |
| | (b) | Proposed Order [Filed 12/16/2024; Docket No. 1003] |
| Objection Deadline: | | December 11, 2024 at 4:00 p.m. ET |
| Responses Received: | | None |
| Status: | | This matter is uncontested. Certificate of No Objection has been filed. Movant requests entry of the Proposed Order. |

Dated: December 16, 2024
Wilmington, Delaware

COZEN O'CONNOR

By: /s/ John T. Carroll, III
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

LEGAL\74620618\1 6010823/00574256