EXHIBIT "A"

Proposed Third Interim Distribution to Holders
of Allowed Priority Claims Under Section 507(a)(4)

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Third Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|---|
| Abou-Rjeili, Jacques | * | Jacques Abou-Rjeili<br>15 Kingsland Rd.<br>Sleepy Hollow NY, 10591 | Akorn Operating Company LLC | 527.1 | 507(a)(4) | $ 39,011.57 | $ 13,269.24 |
| Adames, Casilda | * | Casilda Adames<br>253 48th Street<br>Lindenhurst, NY 11757 | Akorn Operating Company LLC | 491.1 | 507(a)(4) | $ 16,000.00 | $ 10,489.44 |
| Adames, Manuel Antonio | * | Manuel Adames<br>804 Catskill Avenue<br>Lindenhurst, NY 17757 | Akorn Intermediate Company, LLC | 256.1 | 507(a)(4) | $ 16,000.00 | $ 11,250.72 |
| Adames, Ynes | * | Ynes Adames<br>792 Wellwood Avenue<br>Lindenhurst, NY 11757 | Akorn Operating Company LLC | 490.1 | 507(a)(4) | $ 16,000.00 | $ 10,589.28 |
| Aele, Manohar | * | Manohar Aele<br>10 Larkspur Lane<br>Monroe Township, NJ 08831 | Akorn Holding Company LLC | 463.2 | 507(a)(4) | $ 40,000.00 | $ 15,150.00 |
| Ahamed, Ishrat | | Ishrat Ahamed<br>25 Queens Lane<br>New Hyde Park, NY 11040 | Akorn Operating Company LLC | 240.1 | 507(a)(4) | $ 33,475.70 | $ 15,150.00 |
| Alam, Maleka Parvin | | Maleka Alam<br>82-14 235th Street<br>Queens, NY 11427 | Akorn Operating Company LLC | 245.1 | 507(a)(4) | $ 66,013.54 | $ 15,150.00 |
| Allen, Michael | | Michael Lee Allen<br>2258 W Oaklawn Dr<br>Decatur, IL 62526 | Akorn Operating Company LLC | 203.1 | 507(a)(4) | $ 24,722.00 | $ 15,150.00 |
| Ansbach, Theresa | * | Theresa Ansbach<br>548 Bellmore Street<br>West Islip, NY 11795 | Akorn Operating Company LLC | 535.1 | 507(a)(4) | $ 37,767.18 | $ 15,150.00 |
| Arango, Judith | * | Judith Arango<br>522 Oak Street<br>Copiague, NY 11726 | Akorn Operating Company LLC | 566.1 | 507(a)(4) | $ 15,150.00 | $ 15,150.00 |
| Arevalo, Paola Viviana | * | Paola Viviana Arevalo<br>13 Sweetbriar Road<br>Somerset, NJ 08873 | Akorn Holding Company LLC | 469.1 | 507(a)(4) | $ 61,000.00 | $ 15,150.00 |
| Argueta, Reina | * | Reina Argueta<br>1723 Central Blvd<br>Bay Shore, NY 11706 | Akorn Intermediate Company, LLC | 277.1 | 507(a)(4) | $ 54,720.00 | $ 15,150.00 |
| Aristides, Bonilla | * | Aristides Bonilla<br>47 Broadway Ave<br>Mastic, NY 11950 | Akorn Operating Company LLC | 582.1 | 507(a)(4) | $ 15,000.00 | $ 13,278.72 |
| Armando Hernandez, Jose | * | Jose Hernandez<br>26 Jefferson Ave<br>Amityville, NY 11701 | Akorn Operating Company LLC | 522.1 | 507(a)(4) | $ 16,500.00 | $ 13,284.96 |
| Baez, Josefa | * | Josefa Baez<br>171 Lafayette St<br>Copiague, NY 11726 | Akorn Operating Company LLC | 488.1 | 507(a)(4) | $ 16,000.00 | $ 10,589.28 |
| Bahadur, Ramdularie | | Ramdularie Bahadur<br>392 Birchwood Road<br>Medford, NY 11763 | Akorn Operating Company LLC | 152.3 | 507(a)(4) | $ 40,481.22 | $ 13,123.80 |
| Beltran Aleman, Carlos Ernesto | * | Carlos Ernesto Beltran Aleman<br>107 Wartburg Ave Apt 49<br>Copiague, NY 11726 | Akorn Operating Company LLC | 569.1 | 507(a)(4) | $ 46,924.27 | $ 13,646.88 |
| Biyyala, Srinath | * | Srinath Biyyala<br>25 Fallwood PKWY<br>Farmingdale, NY 11735 | Akorn Operating Company LLC | 519.1 | 507(a)(4) | $ 28,935.12 | $ 14,467.56 |
| Bolton, Michael | * | Michael Bolton<br>73 St. Peters Drive<br>Brentwood, NY 11717 | Akorn Intermediate Company, LLC | 330.1 | 507(a)(4) | $ 9,200.00 | $ 9,200.00 |
| Bonilla, Judith | * | Judith Bonilla<br>84 Saxon Avenue<br>Bay Shore, NY 11706 | Akorn Operating Company LLC | 542.1 | 507(a)(4) | $ 16,000.00 | $ 11,593.92 |
| Buckley, Maria J | * | Maria J Buckley<br>11 Terry Street<br>Sayville, NY 11782 | Akorn Operating Company LLC | 536.1 | 507(a)(4) | $ 12,672.00 | $ 12,672.00 |
| Burmeister, Kenneth | * | Kenneth Burmeister<br>141 6th Ave<br>West Babylon, NY 11704 | Akorn Intermediate Company, LLC | 302.1 | 507(a)(4) | $ 15,000.00 | $ 15,000.00 |
| Burrus, Eric | * | Eric Burrus<br>145 Landing Road<br>Glen Cove, NY 11542 | Akorn Operating Company LLC | 572.1 | 507(a)(4) | $ 17,265.00 | $ 14,183.52 |
| Chowdhury, Nadia | | Nadia I Chowdhury<br>1080 Gannon Drive<br>Hoffman Estates, IL 60169 | Akorn Operating Company LLC | 164.1 | 507(a)(4) | $ 48,684.00 | $ 15,150.00 |
| Claros, Dennis | * | Dennis Claros<br>160 Donahue Ave<br>Inwood, NY 11096 | Akorn Operating Company LLC | 564.1 | 507(a)(4) | $ 15,840.00 | $ 15,150.00 |
| Cleveland, Javonta | | Javonta Cleveland<br>617 Cassata Drive<br>Copiague, NY 11726 | Akorn Operating Company LLC | 532.1 | 507(a)(4) | $ 11,146.67 | $ 4,560.00 |
| Coicou, Jean Eddy | * | Jean Coicou<br>138-14 Caney Lane<br>Rosedale, NY 11422 | Akorn Intermediate Company, LLC | 309.1 | 507(a)(4) | $ 18,000.00 | $ 15,150.00 |
| Collado, Santa | * | Santa Collado<br>48 Palm Street<br>Lindenhurst, NY 11757 | Akorn Intermediate Company, LLC | 252.1 | 507(a)(4) | $ 28,660.00 | $ 15,150.00 |
| Collado, Yoselin | * | Yoselin Collado<br>430 42nd St<br>Copiague, NY 11726 | Akorn Holding Company LLC | 413.2 | 507(a)(4) | $ 21,324.00 | $ 11,088.48 |
| Cruz, Madelyn | * | Madelyn Ramona Cruz<br>24 Oak Road<br>Amityville, NY 11701 | Akorn Operating Company LLC | 487.1 | 507(a)(4) | $ 16,000.00 | $ 10,589.28 |
| Cruz, Nury | * | Nury Cruz<br>95 27 St<br>Copiague, NY 11726 | Akorn Operating Company LLC | 504.1 | 507(a)(4) | $ 91,895.40 | $ 15,150.00 |
| Das, Apu | | Apu Das<br>131 Plainfield Ave<br>Floral Park, NY 11001 | Akorn Operating Company LLC | 159.1 | 507(a)(4) | $ 19,284.10 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Third Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|---|
| Diaz, Maria | * | Maria Diaz 315 3rd Street Lindenhurst, NY 11757 | Akorn Operating Company LLC | 513.1 | 507(a)(4) | $ 16,500.00 | $ 11,937.12 |
| Diaz, Santiago | * | Santiago Diaz 227 Sunflower Lane Islandia, NY 11749 | Akorn Operating Company LLC | 568.1 | 507(a)(4) | $ 65,225.60 | $ 15,150.00 |
| Dou, Zihong | * | Zhong Dou 8 Briardale Ct Plainsboro, NJ 08536 | Akorn Holding Company LLC | 474.1 | 507(a)(4) | $ 12,360.00 | $ 12,360.00 |
| Ebby, Sherine | | Sherine Ebby 6 Rustic Court Plainview, NY 11803 | Akorn Holding Company LLC | 368.1 | 507(a)(4) | $ 5,062.50 | $ 5,062.50 |
| Espinal Rodriguez, Carolina | * | Carolina Espinal Rodriguez 339 43rd Street Copiague, NY 11726 | Akorn Operating Company LLC | 514.1 | 507(a)(4) | $ 27,496.27 | $ 15,150.00 |
| Espinal, Gerardo | * | Gerardo Espinal 80 South Main Street Apt 2 Freeport, NY 11520 | Akorn Intermediate Company, LLC | 317.1 | 507(a)(4) | $ 29,865.00 | $ 13,703.04 |
| Espinal, Roman | | Ramon Espinal 270 Vespucci Ave Copiague, NY 11726 | Akorn Intermediate Company, LLC | 110.2 | 507(a)(4) | $ 44,080.00 | $ 15,150.00 |
| Estevez, Maria | * | Maria Estevez 187 Waldo Street Copiague, NY 11726 | Akorn Operating Company LLC | 505.1 | 507(a)(4) | $ 42,575.80 | $ 11,937.12 |
| Fernandez, Odalis | * | Odalis Fernandez Rodriguez 43 Maple Drive Lindenhurst, NY 11757 | Akorn Operating Company LLC | 539.1 | 507(a)(4) | $ 15,000.00 | $ 15,000.00 |
| Figliuolo, Michael | | Michael Figliuolo 22 Arpage Drive West Shirley, NY 11967 | Akorn Operating Company LLC | 576.1 | 507(a)(4) | $ 15,150.00 | $ 15,150.00 |
| Flores, Ines | * | Ines Flores 3337 Great Neck Rd Amityville, NY 11701 | Akorn Intermediate Company, LLC | 280.1 | 507(a)(4) | $ 26,755.00 | $ 11,593.92 |
| Flores, Jose | * | Jose Flores 30 N Longbeach Ave Apt 1W Freeport, NY 11520 | Akorn Operating Company LLC | 553.1 | 507(a)(4) | $ 16,000.00 | $ 12,604.80 |
| Fuentes, Nora | * | Nora Torres Fuentes 216 Florida Ave Copiague, NY 11726 | Akorn Holding Company LLC | 442.2 | 507(a)(4) | $ 25,000.00 | $ 12,954.24 |
| Garcia Moreno, Maria | * | Maria Garcia Moreno 113 Periwinkle Road Levittown, NY 11756 | Akorn Intermediate Company, LLC | 325.1 | 507(a)(4) | $ 16,000.00 | $ 15,150.00 |
| Garcia, Luz | * | Luz Garcia 71 Scudder Ave Copiague, NY 11726 | Akorn Operating Company LLC | 529.1 | 507(a)(4) | $ 47,857.28 | $ 11,731.20 |
| Garcia, Martin | * | Martin Garcia 942 N. Wellwood Ave Lindenhurst, NY 11757 | Akorn Holding Company LLC | 433.1 | 507(a)(4) | $ 34,443.20 | $ 13,515.84 |
| Garrison, Tracy | | Tracy Ann Garrison 1585 Cove Drive Prospect Heights, IL 60070 | Akorn Holding Company LLC | 209.1 | 507(a)(4) | $ 16,145.00 | $ 15,150.00 |
| Gil De La Rosa, Rafael | * | Rafael Gil De La Rosa 546 Oak St. Copiague, NY 11726 | Akorn Intermediate Company, LLC | 350.1 | 507(a)(4) | $ 11,200.00 | $ 11,200.00 |
| Graham, Aundrya | | Aundrya E Graham 1113 Illinois Circle Decatur, IL 62526 | Akorn Operating Company LLC | 216.1 | 507(a)(4) | $ 5,500.00 | $ 5,500.00 |
| Granados, Abel | * | Abel Granados 17 Polly Drive Brentwood, NY 11717 | Akorn Operating Company LLC | 577.1 | 507(a)(4) | $ 14,000.00 | $ 10,926.24 |
| Guimmy, Jean-Joseph | * | Guimmy Jean-Joseph 136 Wicks Lane Malverne, NY 11565 | Akorn Operating Company LLC | 557.1 | 507(a)(4) | $ 6,538.46 | $ 6,538.46 |
| Herbers, Richard | * | Richard Herbers 3839 North Wayne Avenue Apt G Chicago, IL 60613 | Akorn Operating Company LLC | 475.1 | 507(a)(4) | $ 24,615.44 | $ 15,150.00 |
| Hernandez, Alba | * | Alba Trinidad Hernandez 192 Dixon Ave Amityville, NY 11701 | Akorn Operating Company LLC | 499.1 | 507(a)(4) | $ 16,000.00 | $ 10,283.52 |
| Hernandez, Angie | | Angie Hernandez 185 Dante Avenue Copiague, NY 11726 | Akorn Intermediate Company, LLC | 158.1 | 507(a)(4) | $ 19,360.00 | $ 13,728.00 |
| Hertzel, Matthew | | Matthew Hertzel 465 Stillwater Lane Elgin, SC 29045 | Akorn Operating Company LLC | 345.2 | 507(a)(4) | $ 41,720.00 | $ 15,150.00 |
| Hoyos, Martha | * | Martha Hoyos 100 Shore Road Lindenhurst, NY 11757 | Akorn Operating Company LLC | 517.1 | 507(a)(4) | $ 16,000.00 | $ 11,406.72 |
| Huezo Cortez, Juan | * | Juan Huezo Cortez 1009 Harding Street Uniondale, NY 11553 | Akorn Operating Company LLC | 558.1 | 507(a)(4) | $ 27,654.79 | $ 14,751.36 |
| Jackson, Lloyd | * | Lloyd Jackson 25 Clearview Avenue Selden, NY 11784 | Akorn Operating Company LLC | 520.1 | 507(a)(4) | $ 35,572.95 | $ 15,150.00 |
| Jadeja, Parthrajsinh | | Parthrajsinh Vikramsinh Jadeja 1130 South Michigan Ave Apt1514 Chicago, IL 60605 | Akorn Operating Company LLC | 206.2 | 507(a)(4) | $ 101,020.46 | $ 15,150.00 |
| Kabir, Mohammad Nasimul | * | Mohammad Nasimul Kabir 37 Eagle Ln Levittown, NY 11756 | Akorn Holding Company LLC | 472.1 | 507(a)(4) | $ 17,000.00 | $ 15,150.00 |
| Kader, Manjurul MD | | MD Manjurul Kader 595 West Weaver Road Apt 5 Forsyth, IL 62535 | Akorn Operating Company LLC | 186.1 | 507(a)(4) | $ 53,815.38 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Third Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|---|
| Kirchoff, Kenneth | * | Kenneth Kirchoff<br>12 Peri Avenue<br>Holbrook, NY 11741 | Akorn Operating Company LLC | 439.2 | 507(a)(4) | $ 58,778.40 | $ 15,150.00 |
| Lemus, Saul | * | Saul Lemus<br>375 30th Street<br>Lindenhurst, NY 11757 | Akorn Holding Company LLC | 419.1 | 507(a)(4) | $ 67,200.00 | $ 15,150.00 |
| Leticia Vargas, Carmen | * | Carmen Vargas<br>55 Abbington Ct<br>Copiague, NY 11726 | Akorn Operating Company LLC | 550.1 | 507(a)(4) | $ 21,000.00 | $ 13,472.16 |
| Li, Liyue | | Liyue Li<br>114 Old Commack Road<br>Kings Park, NY 11754 | Akorn Operating Company LLC | 426.1 | 507(a)(4) | $ 60,000.00 | $ 15,150.00 |
| Liu, Xiaoping | * | Xiaoping Liu<br>4 Cambridge Drive<br>West Copiague, NY 11726 | Akorn Operating Company LLC | 580.1 | 507(a)(4) | $ 50,000.00 | $ 15,150.00 |
| Lockwood, Gregory | | Gregory R. Lockwood<br>2128 W Clearmont Ave<br>Decatur, IL 62526 | Akorn Operating Company LLC | 201.1 | 507(a)(4) | $ 34,500.00 | $ 15,150.00 |
| Lopez, Maria | * | Maria Altagracia Lopez<br>84 Abbington Court<br>Copiague, NY 11726 | Akorn Operating Company LLC | 500.1 | 507(a)(4) | $ 16,000.00 | $ 10,632.96 |
| Lourdes, Maria Fernandez | * | Lourdes Maria Fernandez 1065<br>Udall Road<br>Bay Shore, NY 11706 | Akorn Intermediate Company, LLC | 307.1 | 507(a)(4) | $ 15,000.00 | $ 15,000.00 |
| Maggio, Paul | * | Paul Maggio<br>850 Little East Neck Road A9<br>West Babylon, NY 11704 | Akorn Intermediate Company, LLC | 306.1 | 507(a)(4) | $ 55,875.00 | $ 15,150.00 |
| Mahfuz, Akhtar Khan | * | Mahfuz Akhtar Khan<br>18407 89th Avenue<br>Hollis, NY 11423 | Akorn Holding Company LLC | 473.1 | 507(a)(4) | $ 22,698.00 | $ 15,150.00 |
| Mahida, Heena | * | Heena Mahida<br>498 Brookside Lane<br>Hillsborough, NJ 08844 | Akorn Holding Company LLC | 471.1 | 507(a)(4) | $ 24,000.00 | $ 15,150.00 |
| Marshall, Collington | * | Collington Marshall<br>42 Nathalie Ave<br>Amityville, NY 11701 | Akorn Intermediate Company, LLC | 254.1 | 507(a)(4) | $ 68,200.00 | $ 15,150.00 |
| Martinez, Maria | * | Maria Martinez<br>215 45th St<br>Lindenhurst, NY 11757 | Akorn Intermediate Company, LLC | 308.1 | 507(a)(4) | $ 16,608.00 | $ 12,954.24 |
| Medina-Cortes, Ovidio | * | Ovidio Medina-Cortes<br>8060 230th Street<br>Queens Village, NY 11427 | Akorn Operating Company LLC | 526.1 | 507(a)(4) | $ 61,782.10 | $ 15,150.00 |
| Melendez, Rigoberto | * | Rigoberto Melendez<br>879 Fulton Street<br>Valley Stream, NY 11580 | Akorn Operating Company LLC | 567.1 | 507(a)(4) | $ 31,133.76 | $ 15,150.00 |
| Mendoza, Fiorella | * | Fiorella Mendoza<br>73 Hemlock Dr<br>Mastic Beach, NY 11951 | Akorn Operating Company LLC | 554.1 | 507(a)(4) | $ 16,000.00 | $ 15,150.00 |
| Miranda, Phoebe Grace | | Phoebe Grace Miranda<br>27 Julia Circle<br>Setauket-East Setauke NY 11733 | Akorn Operating Company LLC | 403.2 | 507(a)(4) | $ 15,150.00 | $ 15,150.00 |
| Morgan, Michael | | Michael Morgan<br>42 Nathalie Ave<br>Amityville, NY 11701 | Akorn Intermediate Company, LLC | 145.2 | 507(a)(4) | $ 69,440.00 | $ 15,150.00 |
| Moses, Leola | * | Leola Moses<br>3547 Great Neck Road<br>Apt 118E<br>Amityville, NY 11701 | Akorn Operating Company LLC | 515.1 | 507(a)(4) | $ 50,043.94 | $ 11,893.44 |
| Mulbah, Esther N. | * | Esther Mulbah<br>PO BOX 209<br>Amityville, NY 11701 | Akorn Intermediate Company, LLC | 247.1 | 507(a)(4) | $ 19,800.00 | $ 11,893.44 |
| Murtaza, Hyder | * | Hyder Murtaza<br>44 Totten Ave<br>Deer Park, NY 11729 | Akorn Operating Company LLC | 496.2 | 507(a)(4) | $ 39,657.76 | $ 15,150.00 |
| Mustafa, Sana | * | Sana Mustafa<br>1 Nome Drive<br>Woodbury, NY 11797 | Akorn Operating Company LLC | 478.1 | 507(a)(4) | $ 29,134.93 | $ 10,000.00 |
| Negron, Wilfredo | * | Wildredo Negron<br>27 Bergen St<br>Brentwood, NY 11717 | Akorn Operating Company LLC | 584.1 | 507(a)(4) | $ 22,084.00 | $ 13,216.32 |
| Nithi, Thiruchelvi | | Thiruchelvi Nithi<br>128 Bedell Pl<br>Melville, NY 11747 | Akorn Intermediate Company, LLC | 218.1 | 507(a)(4) | $ 15,000.00 | $ 15,000.00 |
| Ofenloch, Jessica | * | Jessica Ofenloch<br>24 Cambon Place<br>Nesconset, NY 11767 | Akorn Operating Company LLC | 544.1 | 507(a)(4) | $ 38,795.70 | $ 13,663.26 |
| Olivo, Rosa | * | Rosa Olivo<br>7 Simmons Street<br>Copiague, NY 11726 | Akorn Operating Company LLC | 502.2 | 507(a)(4) | $ 35,960.38 | $ 11,762.40 |
| Palacios Rivera, Yanira | * | Yanira Palacios Rivera<br>165 Waldo Street<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 328.1 | 507(a)(4) | $ 26,000.00 | $ 9,927.84 |
| Palacios, Zoveibia | * | Zoveibia Palacios<br>76 Lincoln Ave<br>Deer Park, NY 11729 | Akorn Operating Company LLC | 563.1 | 507(a)(4) | $ 20,857.08 | $ 10,283.52 |
| Pantaleon, Hilcias | | Hilcias Pantaleon<br>95 27 St<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 187.1 | 507(a)(4) | $ 64,350.00 | $ 15,150.00 |
| Panthier, Emilius | * | Emilius Panthier<br>90 Mason Street<br>Hempstead, NY 11550 | Akorn Operating Company LLC | 531.1 | 507(a)(4) | $ 49,365.87 | $ 15,150.00 |
| Parissi, Julio Joel | * | Julio Parissi<br>273 Walt Whitman Road 258<br>Hunting Station, NY 11746 | Akorn Intermediate Company, LLC | 291.1 | 507(a)(4) | $ 28,560.00 | $ 15,150.00 |

Akorn Holding Company LLC, et al.
Bankruptcy Case No. 23-10253
Exhibit A - Proposed Third Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)

| Claimant | | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|---|
| Pascacio, Enelda | | Enelda Pascacio<br>270 Vespucci Ave<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 152.2 | 507(a)(4) | $ 28,180.00 | $ 11,568.96 |
| Pascacio, Jacqueline | | Jacqueline Pascacio<br>270 Vespucci Ave<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 124.2 | 507(a)(4) | $ 20,809.00 | $ 11,593.92 |
| Pasqueralle, Deanna | | Deanna Pasqueralle<br>24 Meander Lane<br>Levittown, NY 11756 | Akorn Intermediate Company, LLC | 214.1 | 507(a)(4) | $ 12,539.29 | $ 12,539.29 |
| Pichardo, Luis | * | Luis Beltran Rodriguez Pichardo<br>526 Victoria Ave<br>Copiague, NY 11726 | Akorn Operating Company LLC | 501.1 | 507(a)(4) | $ 16,000.00 | $ 9,927.84 |
| Plasencia, Elisa | * | Elisa Hernandez Plasencia<br>216 Beachview St<br>Copiague, NY 11726 | Akorn Operating Company LLC | 495.1 | 507(a)(4) | $ 16,000.00 | $ 10,907.52 |
| Puca, Martha | * | Martha Puca<br>9 Madison Street<br>Massapequa, NY 11758 | Akorn Intermediate Company, LLC | 290.1 | 507(a)(4) | $ 8,000.00 | $ 8,000.00 |
| Pusey, Brendan | | Brendan Pusey<br>501 Foch Boulevard<br>Mineola, NY 11501 | Akorn Intermediate Company, LLC | 173.2 | 507(a)(4) | $ 34,716.66 | $ 15,150.00 |
| Ramjan, Mohamed | * | Mohamed Ramjan<br>206-16 86th Road<br>Queens, NY 11427 | Akorn Intermediate Company, LLC | 333.1 | 507(a)(4) | $ 2,160.00 | $ 2,160.00 |
| Rampersaud, Mahendra | | Mahendra Rampersaud<br>90-31 212th St<br>Queens Village, NY 11428 | Akorn Operating Company LLC | 396.1 | 507(a)(4) | $ 19,427.85 | $ 15,150.00 |
| Rekha, Dan A | * | Rekha A Dan<br>4 Bailey Ct<br>Manalapan, NJ 07726 | Akorn Holding Company LLC | 466.1 | 507(a)(4) | $ 16,769.00 | $ 15,150.00 |
| Reyes Medina, Alixardo | * | Alixardo Reyes Medina<br>1140 Taylor Avenue<br>Bronx, NY 10472 | Akorn Operating Company LLC | 534.1 | 507(a)(4) | $ 86,615.38 | $ 15,150.00 |
| Rivera, Anthony | * | Anthony Rivera<br>387 28th Street<br>Copiague, NY 11726 | Akorn Operating Company LLC | 546.1 | 507(a)(4) | $ 25,000.00 | $ 12,211.68 |
| Rivera, Ricardo E | * | Ricardo Rivera<br>15 Wisconsin Ave<br>Bayshore, NY 11706 | Akorn Intermediate Company, LLC | 339.1 | 507(a)(4) | $ 32,288.00 | $ 15,150.00 |
| Rodriguez De Estevez, Miguelina | * | Miguelina M Rodriguez De Estevez<br>942 Wellwood Ave Lindenhurst, NY 11757 | Akorn Holding Company LLC | 432.1 | 507(a)(4) | $ 24,860.80 | $ 11,406.72 |
| Rodriguez, Angela | * | Angela Rodriguez<br>339 43rd Street<br>Copiague, NY 11726 | Akorn Operating Company LLC | 528.1 | 507(a)(4) | $ 36,813.02 | $ 11,568.96 |
| Rodriguez, Eddys | * | Eddys Rodriguez<br>1015 Marconi Blvd<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 242.2 | 507(a)(4) | $ 47,520.00 | $ 15,150.00 |
| Rodriguez, Hilda | * | Hilda Rodriguez<br>13 Juniper Place<br>Amityville, NY 11701 | Akorn Operating Company LLC | 489.2 | 507(a)(4) | $ 16,000.00 | $ 10,589.28 |
| Rodriguez, Maria | * | Maria Rodriguez<br>PO Box 917<br>Lindenhurst, NY 11757 | Akorn Holding Company LLC | 428.2 | 507(a)(4) | $ 25,000.00 | $ 11,088.48 |
| Romero, Mayra | * | Mayra Romero<br>485 Marconi Blvd<br>Copiague, NY 11726 | Akorn Operating Company LLC | 493.1 | 507(a)(4) | $ 16,000.00 | $ 10,695.36 |
| Sanchez, Maria | * | Maria Sanchez<br>35 Kilburn Ave<br>Huntington Station, NY 11746 | Akorn Intermediate Company, LLC | 326.1 | 507(a)(4) | $ 16,809.60 | $ 10,926.24 |
| Sanchez, Richard | * | Richard Sanchez<br>7 Birch Road<br>East Islip, NY 11730 | Akorn Operating Company LLC | 555.1 | 507(a)(4) | $ 65,000.00 | $ 15,150.00 |
| Santana, Hugo | * | Hugo Santana<br>66 Westend Ave<br>Valley Stream, NY 11580 | Akorn Intermediate Company, LLC | 284.1 | 507(a)(4) | $ 86,000.00 | $ 15,150.00 |
| Sharma, Madhu | | Madhu Kiran Sharma<br>33592 Cherokee Court<br>Wildwood, IL 60030 | Akorn Operating Company LLC | 194.2 | 507(a)(4) | $ 28,103.55 | $ 15,150.00 |
| Simms, Mark | * | Mark Simms<br>298 Westchester Avenue<br>West Babylon, NY 11704 | Akorn Operating Company LLC | 548.1 | 507(a)(4) | $ 34,072.56 | $ 15,150.00 |
| Sunkavalli, Venu | * | Venu Sunkavalli<br>76 Oakwood Blvd<br>Union Township, NJ 08827 | Akorn Holding Company LLC | 464.1 | 507(a)(4) | $ 22,615.00 | $ 15,150.00 |
| Syed, Ahmed | * | Ahmed Syed<br>816 Galleria Drive<br>Williamstown, NJ 08094 | Akorn Holding Company LLC | 475.1 | 507(a)(4) | $ 35,000.00 | $ 15,150.00 |
| Tavares, Dahiana | * | Dahiana Tavares<br>322 43rd Street<br>Lindenhurst, NY 11757 | Akorn Operating Company LLC | 503.1 | 507(a)(4) | $ 44,915.27 | $ 11,256.96 |
| Tejada, Fiordaliza A | | Fiordaliza Tejada<br>100 Meucci Ave<br>Copiague, NY 11726 | Akorn Intermediate Company, LLC | 189.1 | 507(a)(4) | $ 12,600.00 | $ 12,600.00 |
| Umbria, Janet | * | Janet Umbria<br>24 Franklin Avenue<br>Brentwood, NY 11717 | Akorn Operating Company LLC | 516.1 | 507(a)(4) | $ 16,500.00 | $ 12,617.28 |
| Urquhart Jr, Kenneth | * | Kenneth Urquhart<br>45 Scott Avenue<br>Deer Park, NY 11729 | Akorn Intermediate Company, LLC | 344.1 | 507(a)(4) | $ 26,000.00 | $ 13,216.32 |
| Valladares, Gonzalo | * | Gonzalo Valladares<br>28 Bay Shore Rd<br>West Islip, NY 11795 | Akorn Intermediate Company, LLC | 315.1 | 507(a)(4) | $ 11,200.00 | $ 11,200.00 |

**Akorn Holding Company LLC, et al.**
**Bankruptcy Case No. 23-10253**
**Exhibit A - Proposed Third Interim Distribution to Holders of Allowed Priority Claims Under Section 507(a)(4)**

| Claimant | | Claimant Name and Address | Debtor Entity | Claim No. | Priority Code Section | Filed Claim Amount | Allowed Priority Claim & Distribution Amount |
|---|---|---|---|---|---|---|---|
| Varughese, Bindu | | Bindu Mariamma Varughese 349 Prescott Lane Gurnee, IL 60031 | Akorn Operating Company LLC | 195.1 | 507(a)(4) | $ 26,396.28 | $ 15,150.00 |
| Ventura, Reina | * | Reina Ventura 8 Arlington Avenue Wyandanch, NY 11798 | Akorn Operating Company LLC | 525.1 | 507(a)(4) | $ 17,881.30 | $ 11,799.84 |
| Watto, Sibghat Ullah | | Sibghat Ullah Watto 82 Ruland Road North Selden, NY 11784 | Akorn Operating Company LLC | 436.2 | 507(a)(4) | $ 33,186.45 | $ 15,150.00 |
| Webster, Christopher | * | Christopher Webster 6 Anthony Ct Copiague, NY 11726 | Akorn Operating Company LLC | 574.1 | 507(a)(4) | $ 19,952.95 | $ 15,150.00 |
| Williams, Sabrina | * | Sabrina Williams 32 South Park Place Amityville, NY 11701 | Akorn Operating Company LLC | 571.1 | 507(a)(4) | $ 13,331.60 | $ 10,589.28 |
| Yuan, Haodan | | Haodan Yuan 172 Cold Spring Road Syosset, NY 11791 | Akorn Operating Company LLC | 393.2 | 507(a)(4) | $ 55,000.00 | $ 15,150.00 |
| Zambrano, Laura | * | Laura Zambrano 605 Kenmore Ave Copiague, NY 11726 | Akorn Operating Company LLC | 521.1 | 507(a)(4) | $ 16,000.00 | $ 11,893.44 |
| Zhang, Li | | Li Zhang 51 Alexander Drive Syosset, NY 11791 | Akorn Operating Company LLC | 289.2 | 507(a)(4) | $ 92,180.77 | $ 15,150.00 |
| | | | | | **Totals** | **$ 4,070,604.15** | **$ 1,753,818.11** |

\* - Tardily Filed Claims.  Allowed priority claims under Bankruptcy Code Section 507(a)(4) tardily filed before the Trustee's final distribution are required to receive a distribution.  The unsecured portion of such allowed claims will be subordinated to other timely filed allowed unsecured claims in accordance with Bankruptcy Code Section 726(a)(3).