IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 18, 2024 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONCLUDED MATTERS:**

1. Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief
[Filed 11/22/2024; Docket No. 996]

    Related Documents:   (a) Certificate of No Objection
    [Filed 12/12/2024; Docket No. 1008]

    (b) Entered Order
    [Filed 12/13/2024; Docket No. 1011]

    Objection Deadline:   December 6, 2024 at 4:00 p.m. ET

    Responses Received:   None

    Status:   This matter is concluded. Order has been entered by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended Agenda items appear in **bold** text.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

2. Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief
[Filed 11/26/2024; Docket No. 999]

   Related Documents: (a) Certificate of No Objection
   [Filed 12/16/2024; Docket No. 1015]

   (b) Proposed Order
   [Filed 11/26/2024; Docket No. 999]

   Objection Deadline: December 11, 2024 at 4:00 p.m. ET

   Responses Received: None

   **Status:** **This matter is concluded. Order has been entered by the Court.**

3. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims
[Filed 11/26/2024; Docket No. 1000]

   Related Documents: (a) Certificate of No Objection
   [Filed 12/16/2024; Docket No. 1016]

   (b) Proposed Order
   [Filed 11/26/2024; Docket No. 1000]

   Objection Deadline: December 11, 2024 at 4:00 p.m. ET

   Responses Received: None

   **Status:** **This matter is concluded. Order has been entered by the Court.**

4.  Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 2024
    [Filed 11/27/2024; Docket No. 1001]

    Related Documents:      (a)  Certificate of No Objection
                                 [Filed 12/16/2024; Docket No. 1017]

                            (b)  Proposed Order
                                 [Filed 11/27/2024; Docket No. 1001]

    Objection Deadline:     December 11, 2024 at 4:00 p.m. ET

    Responses Received:     None

    **Status:**             **This matter is concluded. Order has been entered by the Court.**

5.  Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024
    [Filed 11/27/2024; Docket No. 1002]

    Related Documents:      (a)  Certificate of No Objection
                                 [Filed 12/16/2024; Docket No. 1018]

                            (b)  Proposed Order
                                 [Filed 11/27/2024; Docket No. 1002]

    Objection Deadline:     December 11, 2024 at 4:00 p.m. ET

    Responses Received:     None

    **Status:**             **This matter is concluded. Order has been entered by the Court.**

6.  Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024
    [Filed 12/4/2024; Docket No. 1003]

    | | | |
    |---|---|---|
    | <u>Related Documents</u>: | (a) | Certificate of No Objection<br>[Filed 12/16/2024; Docket No. 1019] |
    | | (b) | Proposed Order<br>[Filed 12/16/2024; Docket No. 1003] |
    | <u>Objection Deadline</u>: | | December 11, 2024 at 4:00 p.m. ET |
    | <u>Responses Received</u>: | | None |
    | **<u>Status</u>:** | | **This matter is concluded.  Order has been entered by the Court..** |

Dated: December 16, 2024                                    COZEN O'CONNOR
       Wilmington, Delaware

                                                By:   */s/ John T. Carroll, III*
                                                      John T. Carroll, III (DE No. 4060)
                                                      1201 N. Market Street
                                                      Suite 1001
                                                      Wilmington, DE  19801
                                                      (302) 295-2000 Phone
                                                      (302) 295-2013 Fax No.
                                                      jcarroll@cozen.com

                                                      *Counsel to George L. Miller,*
                                                      *Chapter 7 Trustee*