Delaware Bankruptcy Court

824 N. Market Street

Third Floor

Wilmington, DE 19801

**Case No.** 23-10253 (KBO)

**Case Name:** AKORN HOLDING COMPANY LLC, et al – Chapter 7

**Old Address:**

Michael Allen

2258 W Oaklawn Dr

Decatur, IL 62526

**New Address:**

Michael Allen

30 Kirkwood Dr

Clinton, IL 61727

To whom it may concern,

I am needing to submit a change of address. If there is anything else needed, please email me at michael.allen12.15.2007@gmail.com or text/call (217) 820-4720.

Thank you,

Michael Allen