IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.,* [1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 17, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONCLUDED MATTERS:**

1. Fairness Hearing regarding Joint Motion of Chapter 7 Trustee and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Warn Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief (Adversary No. 23-50117)
[Filed 10/20/2024; Docket No. 975, Adv. Docket No. 26] (the "Joint Motion")

   Related Documents:   (a)   [SEALED] Exhibit(s) Schedule 1 filed with Joint Motion
   [Filed 10/20/2024; Docket No. 977, Adv. Docket No. 28]

   (b)   [REDACTED] Schedule 1 filed with Joint Motion
   [Filed 10/21/2024; Docket No. 978, Adv. Docket No. 29]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

(c) Order (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief
[Filed 11/19/2024; Docket No. 993, Adv. Docket No. 35]

(d) Affidavit of Service Regarding Mailing of Notice to Class of (1) Proposed Settlement of Class Action Concerning WARN Act Claims; (II) Certification of a Class for Settlement Purposes Only; (III) Appointment of Class Counsel and Class Representatives; (IV) Date of Court Hearing for Final Approval of Proposed WARN Act Settlement; (V) Right to Object to the Settlement and to Appear at Court Hearing, and (VI) Right of Class Members to Opt-Out of the Class Action
[Filed 12/3/2024; Adv. Docket No. 36]

(e) Declaration of Class Counsel Concerning Class Members who have Opted Out of Class or Objected to the Settlement
[Filed 1/6/2025; Adv. Docket No. 37]

(f) Certification of Counsel in Support of Final Order
[Filed 1/9/2025; Docket No. 1029, Adv. Docket No. 38]

(g) Entered Final Order Approving WARN Settlement
[Filed 1/13/2025; Docket No. 1030, Adv. Docket No. 39]

Objection Deadline: December 31, 2024 at 4:00 p.m. (ET)

Responses Received: None

Status: This matter is concluded. Final Order has been entered by the Court.

<table>
<tr><td>Dated: January 15, 2025<br>Wilmington, Delaware</td><td>COZEN O'CONNOR<br><br>By:  /s/ John T. Carroll, III<br>John T. Carroll, III (DE No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2000 Phone<br>(302) 295-2013 Fax No.<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,<br>Chapter 7 Trustee*</td></tr>
</table>

LEGAL\75126210\1 6010823/00574256