IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | (*jointly administered*) |
| | : | |
| AKORN HOLDING COMPANY, LLC, *et al.*, | : | Case No. 23-10253 (KBO) |
| | : | |
| Debtors.[1] | : | **Hearing Date:  February 7, 2025 at 10:00 a.m. ET** |
| | : | **Objection Deadline:   January 29, 2025  at 4:00 p.m. ET** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on January 15, 2025, George L. Miller, Chapter 7 Trustee for the estate of the above-captioned debtor, by and through the undersigned counsel, filed his *Application for an Order Authorization the Retention and Employment of Ciardi Ciardi & Astin as Special Counsel, Nunc Pro Tunc to December 16, 2024* (the "Application").

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Application (a) shall be in writing; (b) shall state with particularity the reasons for the objection or response; and (c) shall be filed with the Bankruptcy Court (824 N. Market Street, 3rd Floor, Wilmington, Delaware) and served upon undersigned counsel on or before **January 29, 2025 at 4:00 P.M. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if one or more responses to the Application is/are filed, a hearing on the Motion may be heard before the Honorable Karen B. Owens, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3,

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Wilmington, Delaware 19801, on **February 7, 2025 at 10:00 A.M. (Eastern Time).**

    PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with thisNotice, the court may grant the relief requested in the Motion without further notice or hearing.

Dated: January 15, 2025
Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 484-437-2676
Email: jmclaughlin@ciardilaw.com


-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com

*Proposed Counsel to Chapter 7 Trustee*