# **PROPOSED FORM OF ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | (*jointly administered*) |
| | : | |
| AKORN HOLDING COMPANY, LLC, *et al.*, | : | Case No. 23-10253 (KBO) |
| | : | |
| | : | **Re: D.I. _____** |
| Debtors.¹ | : | |

**ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF CIARDI CIARDI & ASTIN AS SPECIAL COUNSEL TO**
**THE CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO DECEMBER 16, 2024**

AND NOW, upon consideration of the application of George L. Miller, the chapter 7 trustee (the "Chapter 7 Trustee"), pursuant to Bankruptcy Code sections 327(a) and 328(a) and Federal Rules of Bankruptcy Procedure 2014(a) and 2016 for authority to employ and retain Ciardi Ciardi & Astin ("CC&A") as special counsel, *nunc pro tunc* to December 16, 2024 (the "Application"), and upon the declaration of Albert A. Ciardi III (the "Declaration"), a partner of CC&A, which is attached to the Application; and the Court being satisfied based on the representations made in the Application and the Declaration that said attorneys hold no interest adverse to the Debtor's estates with respect to the matters upon which they are to be engaged and are "disinterested persons" as that term is defined in the Bankruptcy Code, and that the employment of CC&A is necessary and would be in the best interests of the estate; and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the

---

¹ The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

>ORDERED that the Application is approved, and it is further

>ORDERED that the retention of CC&A as special counsel to the Chapter 7 Trustee in connection with the Debtors' chapter 7 cases is hereby authorized, *nunc pro tunc* to December 16, 2024.