IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline**: 1/31/2025 at 4:00 PM ET<br>**Hearing Date**: 2/7/2025 at 10:00 AM ET |

**NOTICE OF MOTION FOR APPROVAL OF PROCEDURES REGARDING
SETTLEMENTS OF AVOIDANCE CLAIMS PURSUANT
TO BANKRUPTCY RULE 9019(b)**

**PLEASE TAKE NOTICE** that George L. Miller, the Chapter 7 trustee (the "Trustee") of the bankruptcy estates of the above-captioned debtors, has filed the *Motion for Approval of Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Procedures Motion must be made in writing and filed on or before **January 31, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **February 7, 2025 at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, at the United States

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Procedures Motion without further notice or a hearing.

| | |
|---|---|
| Dated: January 24, 2025<br>Wilmington, DE | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6864<br>Facsimile: (302) 421-6813<br>Email: evan.miller@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC et al.* |