# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Related D.I.: 678** |

## NOTICE OF SAUL EWING LLP'S
## RATE INCREASE

**PLEASE TAKE NOTICE** that on October 30, 2023, George L. Miller, the duly appointed chapter 7 trustee (the "**Trustee**") for the estates of the above captioned Debtors filed an application [D.I. 678] (the "**Application**") to employ and retain Saul Ewing LLP ("**Saul Ewing**") as special counsel to the Trustee in the Chapter 7 Cases. On November 20, 2023, the Court entered an order [D.I. 692] granting the Application and authorizing the Trustee to employ and retain Saul Ewing as special counsel to the Trustee.

**PLEASE TAKE FURTHER NOTICE** that as described in the Application, Saul Ewing's hourly rates are reviewed and revised from time to time and are subject to periodic adjustment. In the ordinary course of Saul Ewing's business and in keeping with Saul Ewing's established billing practices and procedures, Saul Ewing's standard billing rates were adjusted firm-wide and took effect on January 1, 2025 for the lawyers and paraprofessionals in the Bankruptcy & Restructuring Department who may work on matters related to these Chapter 7 cases as follows:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| PROFESSIONAL | PREVIOUS HOURLY RATE | HOURLY RATE AS OF JANUARY 1, 2025 |
|---|---|---|
| Evan T. Miller, Partner | $680.00 | $735.00 |
| Michelle G. Novick, Partner | $715.00 | $770.00 |
| Steven Reingold, Partner | $760.00 | $820.00 |
| Carmen Contreras-Martinez, Partner | $590.00 | $635.00 |
| Paige N. Topper, Associate | $450.00 | $505.00 |
| Turner N. Falk, Associate | $430.00 | $485.00 |
| Ryan Coy, Associate | $385.00 | $440.00 |
| Robyn E. Warren, Paraprofessional | $285.00 | $310.00 |
| Sean F. Kenny, Paraprofessional | $205.00 | $220.00 |

Dated: February 3, 2025
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market St, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to the Chapter 7 Trustee*