**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | (*jointly administered*) |
| | : | |
| AKORN HOLDING COMPANY, LLC, *et al.*, | : | Case No. 23-10253 (KBO) |
| | : | |
| Debtors.[1] | : | **D.I. 1033** |
| | : | |

**CERTIFICATE OF NO OBJECTION**

On January 15, 2025, Ciardi Ciardi & Astin, proposed special counsel to the Chapter 7 Trustee, George L. Miller, filed its *Application to Employ Ciardi Ciardi & Astin as Special Counsel to Chapter 7 Trustee* [D.I. 1033] (the "Application"). Objections and responses to the Application were to be filed and served no later than January 29, 2025. The undersigned hereby certifies that, as of the date hereof, there has been no answer, objection, or other responsive pleading to the Application. The undersigned further certifies that upon review of the Court's docket in this case, no other answer, objection or other responsive pleading to the Application appears thereon. Accordingly, the Trustee respectfully requests that the Court enter the Order granting the Application.

Dated: February 3, 2025
       Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 484-437-2676
Email: jmclaughlin@ciardilaw.com

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Proposed Special Counsel*
*for Chapter 7 Trustee*