# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Akorn Holding Company LLC, *et al.* | Case No. 23-10253 (KBO) |
| Debtors.¹ | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Package Development Company, Inc. ("Package Development") hereby appears through their substituted counsel, Pashman Stein Walder Hayden, P.C. ("Pashman"). Package Development seeks to substitute Pashman for their original counsel, Porzio, Bromberg & Newman, P.C. ("Porzio"), in the above-captioned chapter 7 bankruptcy cases (the "Chapter 7 Cases"). Porzio will no longer represent Package Development in the Chapter 7 Cases in any capacity, and all such representations will be undertaken by Pashman.

Dated: February 3, 2025
Wilmington, Delaware

| **PORZIO, BROMBERG & NEWMAN, P.C.** | **PASHMAN STEIN WALDER HAYDEN, P.C.** |
|---|---|
| */s/ Cheryl A. Santaniello* | */s/ Alexis R. Gambale* |
| Cheryl A. Santaniello, Esq. (No. 5062) | Alexis R. Gambale (No. 7150) |
| 300 Delaware Avenue, Suite 1220 | 824 North Market Street, Suite 800 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone: (302) 526-1235 | Telephone: (302) 295-0145 |
| Email: casantaniello@pbnlaw.com | Email: agambale@pashmanstein.com |
| | *Counsel to Package Development Company, Inc.* |

---

¹ The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

## **CERTIFICATE OF SERVICE**

I, Alexis R. Gambale, hereby certify that on February 3, 2025, I caused a copy of the foregoing *Notice of Substitution of Counsel* to be served on all parties who are scheduled to receive notice through the Court's ECF system.

**PASHMAN STEIN WALDER HAYDEN, P.C**.

*/s/ Alexis R. Gambale*
Alexis R. Gambale (No. 7150)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 295-0145
Email: agambale@pashmanstein.com

*Counsel to Package Development Company, Inc.*