**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | <u>**Related D.I.:**</u> **1034** |

**CERTIFICATION OF NO OBJECTION TO MOTION FOR APPROVAL OF**
**PROCEDURES REGARDING SETTLEMENTS OF**
<u>**AVOIDANCE CLAIMS PURSUANT TO BANKRUPTCY RULE 9019(b)**</u>

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**")

for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1.       On January 24, 2025, the *Motion for Approval of Procedures Regarding*

*Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)*   [D.I. 1034] (the

"**Motion**") was filed with the Court.

2.       Pursuant to the notice of the Motion, objections, if any, to the Motion were required

to have been filed with the Court and served on the undersigned so as to be received on or before

January 31, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.       The Objection Deadline has passed and no formal objections or responses were

served upon the undersigned counsel or entered on the Court's docket.

4.       Accordingly, the Motion may be granted.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated:  February 3, 2025
        Wilmington, Delaware

SAUL EWING LLP

 */s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

*Special Counsel to George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC et al.*