IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 7, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONCLUDED MATTERS:**

1. Application of the Chapter 7 Trustee for an Order Authorizing the Employment and Retention of Ciardi Ciardi & Astin as Special Counsel to the Chapter 7 Trustee, Nunc Pro Tunc to December 16, 2024 filed by George L. Miller, Trustee
[Filed 1/15/2025; Docket No. 1033]

    Related Documents: (a) Certificate of No Objection
    [Filed 2/3/2025; Docket No. 1036]

    (b) Entered Order
    [Filed 2/4/2025; Docket No. 1039]

    Objection Deadline: January 29, 2025 at 4:00 p.m. ET

    Responses Received: None

    Status: This matter is concluded. Order has been entered by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2. Motion for Approval of Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b) filed by George L. Miller, Trustee
[Filed 1/24/2025; Docket No. 1034]

<u>Related Documents</u>:   (a)   Certificate of No Objection
[Filed 2/3/2025; Docket No. 1038]

(b)   Entered Order
[Filed 2/4/2025; Docket No. 1040]

<u>Objection Deadline:</u>   January 31, 2025 at 4:00 p.m. ET

<u>Responses Received:</u>   None

<u>Status:</u>   This matter is concluded. Order has been entered by the Court.

Dated: February 5, 2025
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*