IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case Nos. 23-10253 (KBO), *et seq.*<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the following undersigned counsel for Cardinal Health[2] hereby withdraw their notice of appearance in this case [Docket Entry No. 64], and request that service of all notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and requests that counsel be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case on behalf of Cardinal Health.

| | |
|---|---|
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>(973) 325-1500 (Main)<br>(973) 530-2046 (S. Zuber Direct)<br>(973) 530-2152 (T. Freedman Direct)<br>szuber@csglaw.com<br>tfreedman@csglaw.com | Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Avenue Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677<br>ahiller@adamhillerlaw.com |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] "Cardinal Health" means the following affiliated operating companies of Cardinal Health, Inc., an Ohio corporation ("Cardinal Health Parent"): A+ Secure Packaging, LLC; Cardinal Health 3, LLC; Cardinal Health 108, LLC; Cardinal Health 110, LLC; Cardinal Health 112, LLC; Cardinal Health P.R. 120, Inc.;  and The Harvard Drug Group, L.L.C. The affiliated operating companies of Cardinal Health Parent who are parties to this Agreement may be amended from time to time by notice from Cardinal Health Parent.

4896-3480-6809.v1

To the extent that the undersigned counsel appears on behalf of other clients in these cases, nothing in this notice shall affect that appearance or CM/ECF electronic notification service on behalf of such clients.

| | |
|---|---|
| Dated: February 12, 2025<br>Wilmington, DE | /s/ Adam Hiller<br>Adam Hiller (DE No. 4105)<br>**HILLER LAW LLC**<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com<br><br> -and –<br><br>Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>**CHIESA SHAHINIAN & GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>(973) 325-1500 (Main)<br>(973) 530-2046 (S. Zuber Direct)<br>(973) 530-2152 (T. Freedman Direct)<br>szuber@csglaw.com<br>tfreedman@csglaw.com<br><br>*Attorneys for Cardinal Health* |