# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on February 13, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's First Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on February 13, 2025, I caused a copy of the Motion to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on February 13, 2025, I caused a copy of the Motion to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

/s/ Evan T. Miller
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

## **Exhibit A- Via Electronic Mail**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice 844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov;

Eurofins Lancaster Laboratories Inc
c/o Scott Landis, Esquire
Barley Snyder
126 East King Street,
Lancaster, PA
slandis@barley.com

Uline
c/o Patrick Milne Sr., Esquire
12100 Uline Pl
Pleasant Prairie, WI, 53158-3663
PMilne@uline.com

State of Utah UT-MCOU OBRA
c/o Tony R. Patterson, Esquire
Assistant Attorney General
350 North State Street, Suite 230
Salt Lake City, UT 84114
tonypatterson@utah.gov

Bodine Electric
c/o Craig W. Runyon, Esquire
Samuels, Miller, Schroeder, Jackson & Sly, LLP
225 N. Water St., Suite 301
Decatur, IL 62523
runyon@samuelsmiller.com

H.R. Stewart Inc.
c/o Tim Hughes
LaVelle Law
Email: thughes@lavellelaw.com

Qualifyze GmbH
c/o Rosa De Antonio
In-house Legal Counsel - Data Privacy Specialist
St. Antoni M. Claret, 167
08025 Barcelona
Spain
Email: rosa.de.antonio@qualifyze.com

Indoff Inc.
Erin M. Edelman
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800,
St. Louis, Missouri 63105-1847
Email: eedelman@atllp.com

Skan US Inc.
c/o Thomas Wolff, Esq.
Ward and Smith, P.A.
751 Corporate Center Drive, Suite 300 (27607)
Post Office Box 33009 | Raleigh, NC 27636 3009
tcw@wardandsmith.com

Marcor Development Corp
341 Michele Pl
Carlstadt, NJ 07072
james.puntoni@azelis.com

Fastenal Company
c/o John Milek
380 Crooked Ln #1
King of Prussia, PA 19406
E-mail: jmilek@fastenal.com

PMT Forklift Corp
2000 West Park Drive, Suite 300
Westborough MA 01581
jholden@lbbspecialties.com

**Exhibit B- Via First Class Mail**

State of Utah UT-MCOU OBRA
LB 413133
Utah State Treasurer
P.O. Box 35146
Seattle, WA 98124-5146

Eurofins Lancaster Laboratories Inc
2425 New Holland Pike
Lancaster, PA 17601

Medical Packaging Inc.
8 Kings Court
Flemington, NJ 08822

Uline
12355 Uline Way
Kenosha, WI 53144

Uline
PO BOX 88741
Attn: A/R
Chicago, IL 60680-1741

Bodine Electric
P.O. BOX 976
Decatur, IL 62525

Source One Packaging
20 Commerce Dr., Unit A
Hauppauge, NY 11788-3910

Jones & Sullivan Enterprises Inc.
2955 N. Dinneen Street
Decatur, IL 62526

BAF Refrigeration
80 Knickerbocker Ave, Ste 5
Bohemia, NY 11716

Fluted Partition
Robert Niedermeier
General Manager
850 Union Ave, Bridgeport, CT 06607

H.R. Stewart Inc.
52 W Crystal St.
Cary, IL 60013

Qualifyze GmbH
Taunusanlage 8
60329 Frankfurt am Main, Germany

Indoff Inc.
11816 Lackland Road
St. Louis, MO 63146-4206

Skan US Inc.
7409 ACC Blvd
Suite 200
Raleigh, NC 27617

Marcor Development Corp
341 Michele Pl
Carlstadt, NJ 07072

Fastenal Company
c/o John Milek
380 Crooked Ln #1
King of Prussia, PA 19406

PMT Forklift Corp
2000 West Park Drive, Suite 300
Westborough MA 01581