**EXHIBIT A**

| Schedule of Settlements Name | Gross Amount Demanded | Settlement Amount | Adversary Number | Asserted Defenses/ Settlement Summary |
|---|---|---|---|---|
| Eurofins Lancaster Laboratories Inc | $155,216.70 | $25,000.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Medical Packaging Inc. | $138,759.00 | $63,500.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Uline | $68,026.99 | $30,000.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Bodine Electric | $200,028.65 | $75,000.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Source One Packaging | $40,487.93 | $34,414.74 | | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| State of Utah UT-MCOU OBRA | $11,576.93 | $9,840.39 | | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Jones & Sullivan Enterprises Inc. | $12,500.00 | $10,625.00 | | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| BAF Refrigeration | $72,950.45 | $1,650.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| SKAN US Inc. | $89,996.46 | $50,000.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Indoff Inc. | $14,986.46 | $11,239.45 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Qualifyze GmbH | $15,553.84 | $2,069.20 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Fluted Partition | $10,230.00 | $8,695.50 | | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| H.R. Stewart, Inc. | $10,370.69 | $8,041.59 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Marcor Development Corp. | $163,398.00 | $114,378.60 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Fastenal Company | $13,790.89 | $3,750.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| PMT Forklift Corp | $11,691.98 | $6,000.00 | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |