**EXHIBIT A**

**LIST OF ADVERSARY PROCEEDINGS**

1. Miller v. Bain *et al*. --- Adv. Proc. No. 25-50367
2. Miller v. Beth Zelnick-Kaufman – Adv. Proc. No. 25-50380
3. Miller v. Christopher Young -- Adv. Proc. No. 25-50381
4. Miller v. Erilsandy Dorado-Boladeres -- Adv. Proc. No. 25-50382
5. Miller v. John Sweeney – Adv. Proc. No. 25-50383
6. Miller v. William Ostrowski – Adv. Proc. No. 25-50384