**EXHIBIT B**

**PROPOSED ORDER**

Case 23-10253-KBO    Doc 1336-2    Filed 02/26/25    Page 1 of 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>                  Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Akorn Holding Company, LLC., *et al.*,<br><br>                  Plaintiff,<br>      v.<br><br>Defendants Listed on Exhibit A hereto,<br><br>                  Defendants. | Adv. Pro. D.I. Nos. Listed on Exhibit A hereto |

## ORDER DIRECTING THE WITHDRAWAL OF THE INITIAL COMPLAINT AND SEALING ADDRESSES ON DOCKET

Upon the *Motion for an Order Directing the Withdrawal of the Initial Complaint and Sealing Addresses on Docket* (the "Motion")[2] filed by the Plaintiff, and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 (Sleet, C.J.); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.
[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion on an *ex parte* basis has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, as set forth herein.

2. The Clerk of Court is directed to (i) seal and redact the addresses of each of the defendants on the dockets of each of the Adversary proceedings; and (ii) withdraw each initial filed complaint commencing the adversary proceedings.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. The Plaintiff is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## **EXHIBIT A**

## **LIST OF ADVERSARY PROCEEDINGS**

1. Miller v. Bain *et al*. --- Adv. Proc. No. 25-50367
2. Miller v. Beth Zelnick-Kaufman – Adv. Proc. No. 25-50380
3. Miller v. Christopher Young -- Adv. Proc. No. 25-50381
4. Miller v. Erilsandy Dorado-Boladeres -- Adv. Proc. No. 25-50382
5. Miller v. John Sweeney – Adv. Proc. No. 25-50383
6. Miller v. William Ostrowski – Adv. Proc. No. 25-50384