# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>　　　　　　Debtors.³ | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of Akorn Holding Company, LLC., *et al.*,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Defendants Listed on Exhibit A to Motion,<br><br>　　　　　　Defendants. | Adv. Pro. Nos. Listed on Exhibit A to Motion |

## CERTIFICATE OF SERVICE

I, John D. McLaughlin, hereby certify that on February 26, 2025, I caused a copy of the following documents to be served via electronic service to those parties receiving ECF service and via hand delivery upon the Clerk of Court, United States Bankruptcy Court for the District of Delaware at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801:

Ex Parte Motion of Plaintiff, George L. Miller. Chapter 7 Trustee for An Order Directing The Withdrawal Of The Initial Complaint and Sealing Addresses On Docket

　　　　　　　　　　　　　　　　　　*/s/ John D. McLaughlin*
　　　　　　　　　　　　　　　　　　John D. McLaughlin (4321)

---

³ The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.