IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Carmen Contreras-Martinez to represent George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* in this action and any adversary actions filed in this case.

Dated: February 28, 2025
Wilmington, Delaware

>*/s/ Evan T. Miller*
>Evan T. Miller (DE Bar No. 5364)
>SAUL EWING LLP
>1201 N. Market Street, Suite 2300
>Wilmington, DE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

>*/s/ Carmen Contreras-Martinez*
>Carmen Contreras-Martinez [Fla. Bar No. 93475]
>SAUL EWING LLP
>701 Brickell Ave, 17th Floor
>Miami, FL 33131
>carmen.contreras-martinez@saul.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.