**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline:  March 25, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date:  April 11, 2025 at 10:00 a.m. (ET)** |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER  PURSUANT TO
11 U.S.C. §§ 105(a), 326, 330 AND 331 ALLOWING TRUSTEE'S INTERIM
COMPENSATION**

**PLEASE TAKE NOTICE** that George L. Miller, the Trustee in the above captioned matter (the "Trustee") filed a *Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Motion may be obtained from the undersigned counsel, if not attached to this Notice.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **March 25, 2025 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").  If no objections are timely filed in accordance with the above procedures, the Trustee may file a Certificate of No Objection with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **April 11, 2025 at 10:00 a.m. (Eastern Time)** before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated:   March 4, 2025
Wilmington, DE

COZEN O'CONNOR

By:    /s/ *John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2028 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*