# EXHIBIT "A"

# SUMMARY OF CHAPTER 7 TRUSTEE RECEIPTS AND DISBURSEMENTS

**Akorn Operating Company LLC**
**Bankruptcy No. 23-10255 (KBO)**
**Summary of Chapter 7 Trustee Receipts and Disbursements**
**As of February 28, 2025**

| Asset Recoveries (Receipts) | | Amount |
|---|---|---:|
| Asset Sales | $ | 310,567,928 |
| Accounts Receivable | $ | 9,515,872 |
| Cash Turnover | $ | 6,985,704 |
| Thea Escrow Settlement | $ | 6,750,000 |
| Interest Earned | $ | 5,459,433 |
| Refunds | $ | 3,122,465 |
| Inventory and Raw Material Sale | $ | 2,600,000 |
| Transition Services Agreement Fees | $ | 1,704,977 |
| Preference Collections | $ | 662,399 |
| Equipment Sale - Cranbury, NJ | $ | 400,000 |
| Equipment Sale | $ | 13,500 |
| | | |
| **Total Asset Recoveries (Receipts)** | **$** | **347,782,279** |

**Chapter 7 Trustee Disbursements to Parties in Interest**

Holders of Allowed Secured Claims:

| | | |
|---|---|---:|
| Secured Lender Claims | $ | 204,101,608 |
| Prestige Claim Lender Payoff | $ | 4,511,653 |
| | $ | 208,613,261 |

Chapter 7 Administrative Claims and Costs:
Chapter 7 Professional Fees:

| | | |
|---|---|---:|
| Auctioneer Fees and Expenses | $ | 11,740,830 |
| Other Professional Fees and Expenses | $ | 6,233,887 |
| Holders of Allowed Administrative Claims | $ | 813,321 |
| Debtors' Professional Fees | $ | 495,000 |
| | $ | 19,283,039 |

Administrative Costs (Ordinary Course)

| | | |
|---|---|---:|
| Drug Disposal Costs | $ | 3,959,563 |
| IT & Security Expense | $ | 3,762,367 |
| Independent Contractors | $ | 3,617,312 |
| Rent Expense | $ | 1,696,973 |
| Contract Assumption Cure Costs | $ | 1,531,309 |
| Data Retention and Storage | $ | 786,537 |
| Utilities | $ | 772,222 |
| Insurance Premiums | $ | 764,610 |
| Real Estate Taxes | $ | 540,636 |
| Bond Fees | $ | 366,843 |
| FDA Drug Recall Destruction and Noticing Costs | $ | 254,417 |
| Lab & Testing Services | $ | 95,019 |
| License Fees & Renewals | $ | 80,482 |
| Bank Fees | $ | 75,264 |
| State Taxes | $ | 49,253 |
| Equipment Repairs and Maintenance | $ | 40,802 |
| Real Estate Settlement Costs | $ | 750 |
| Wire Fee | $ | 75 |
| | $ | 18,394,433 |

Holders of Allowed Priority Claims:

| | | |
|---|---|---:|
| WARN Act Settlement Payment (Priority Portion) | $ | 8,790,119 |
| Priority Claim Distributions | $ | 5,049,878 |
| | $ | 13,839,997 |

Holders of Allowed General Unsecured Claims:

| | | |
|---|---|---:|
| General Unsecured Claim Distributions | $ | 6,883,772 |

| | | |
|---|---|---:|
| **Total Chapter 7 Trustee Disbursements to Parties in Interest** | **$** | **267,014,502** |
| | | |
| **Cash Balance, February 28, 2025** | **$** | **80,767,777** |