# EXHIBIT "B"

# CHAPTER 7 TRUSTEE STATUTORY COMMISSION CALCULATION UNDER BANKRUPTCY CODE SECTION 326

Exhibit B

**Akorn Operating Company LLC**
**Bankruptcy No. 23-10255 (KBO)**
**Chapter 7 Trustee Statutory Commission Calculation Under Bankruptcy Code Section 326**

Total Chapter 7 Trustee Disbursements to Parties in Interest     $     267,014,502

|     | Range      |            | Statutory Commission |
| --- | ---        | ---        | ---        |
| 25% | -          | $ 5,000    | $ 1,250    |
| 10% | $ 5,000    | $ 50,000   | $ 4,500    |
| 5%  | $ 50,000   | $ 1,000,000 | $ 47,500   |
| 3%  | $ 1,000,000 | Excess    | $ 7,980,435 |
|     |            |            |            |
| **Total Statutory Commission** | | | **$ 8,033,685** |