## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## AMENDED NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enter their appearance in the above-captioned cases ("Cases") as counsel to Argo Partners II, LLC ("Argo Partners") and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), that any and all notices given or required to be given in the Cases, and all papers served or required to be served in these Cases, be served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent (if any) as set forth below:

> Mark R. Owens
> Amy E. Tryon
> BARNES & THORNBURG LLP
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE 19801
> Telephone: (302) 300-3434
> Facsimile: (302) 300-3456
> Email: mark.owens@btlaw.com
> Email: amy.tryon@btlaw.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and case numbers are: Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved on behalf of Argo Partners without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these Cases.

| | |
|---|---|
| Dated:  March 7, 2025 | BARNES & THORNBURG LLP |
| | |
| | */s/  Amy E. Tryon* |
| | Mark R. Owens (DE No.4364) |
| | Amy E. Tryon (DE No. 6945) |
| | 222 Delaware Avenue, Suite 1200 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 300-3434 |
| | Facsimile: (302) 300-3456 |
| | Email: mark.owens@btlaw.com |
| | Email: amy.tryon@btlaw.com |
| | |
| | Gregory G. Plotko |
| | 390 Madison Avenue, 12th Floor |
| | New York, NY 10017 |
| | Tel: (646) 746-2406 |
| | gplotko@btlaw.com |
| | |
| | *Counsel to Argo Partners II, LLC* |