IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

**PLEASE TAKE NOTICE** that Kevin G. Collins of Barnes & Thornburg LLP hereby withdraws his appearance as counsel to Argo Partners II, LLC ("Argo Partners") in the above-captioned chapter 7 cases (the "Cases").

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that he be removed from all service lists in the Cases, including the Court's CM/ECF electronic notification list.

**PLEASE TAKE FURTHER NOTICE** that the representation of Argo Partners by all of the other attorneys of record of Barnes & Thornburg LLP in the Cases is unaffected by this notice.

Dated: March 7, 2025
Wilmington, Delaware

BARNES & THORNBURG LLP

/s/ Kevin G. Collins
Kevin G. Collins (DE No. 5149)
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
kevin.collins@btlaw.com

*Counsel to Argo Partners II, LLC*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and case numbers are: Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.