## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 7, 2025, I caused a copy of the foregoing to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

John T. Carroll, III
Simon E. Fraser
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

Joseph M. Mulvihill
Matthew Barry Lunn
Jared W Kochenash
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
jmulvihill@ycst.com
mlunn@ycst.com
jkochenash@ycst.com

Counsel to the Debtors

Dated:  March 7, 2025         /s/  *Kevin G. Collins*
                 Kevin G. Collins (DE No. 5149)