IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Re D.I. 849, 916** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING LIMITED OBJECTION AND JOINDER OF E.L. PRUITT CO. TO ARGO PARTNERS, II LLC'S OBJECTION TO MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER AUTHORIZING FIRST DISTRIBUTION OF FUNDS TO HOLDERS OF ALLOWED PRIORITY CLAIMS UNDER SECTION 507(a)(4) OF THE BANKRUPTCY CODE AND GRANTING RELATED RELIEF**

I, Simon E. Fraser, counsel to George L. Miller, the chapter 7 trustee for the estates of the above-captioned debtors (the "Trustee"), certify as follows:

1. On or about July 3, 2024, the Trustee filed a *Motion for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* [D.I. 849] (the "Motion").

2. On or about August 6, 2024, E.L. Pruitt Co. ("Pruitt") filed an objection to the Motion [D.I. 916] (the "Objection").

3. Prior to the hearing date on the Motion, Pruitt together with the Trustee (the "Parties") engaged in arm's-length discussions, and agreed to resolve the Objection on the terms and conditions set forth in a certain *Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee,*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

*for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* (the "<u>Stipulation</u>").

4. The Trustee's counsel then informed the Court that Pruitt's Objection had been resolved, and that the Parties would submit a stipulation setting out the resolution. The Court subsequently entered an order granting the Motion.

5. A form of order approving the Stipulation (the "<u>Proposed Order</u>") is attached to this Certification as Exhibit "<u>A</u>," and a copy of the Stipulation itself is attached as Exhibit "<u>1</u>" to the Proposed Order.

6. Counsel for the Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: March 10, 2025                    COZEN O'CONNOR

/s/ *Simon E. Fraser*
Simon E. Fraser (No. 5335)
1201 N. Market St., Ste. 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
E-mail:  sfraser@cozen.com

*Counsel to the Trustee*