**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ryan F. Coy to represent George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* in this action and any adversary actions filed in this case.

Dated: March 27, 2025

/s/ Evan T. Miller
Evan T. Miller (DE Bar No. 5364)
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6864
evan.miller@saul.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Ryan F. Coy
Ryan F. Coy [Cal. Bar No. 324939]
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
ryan.coy@saul.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 27th, 2025
Wilmington, Delaware**

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

55328052.1 3/27/25