IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br> (Jointly Administered) <br><br> Related Doc. No. __1340__, 1357 |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 326, 330 AND 331 ALLOWING TRUSTEE'S <u>INTERIM COMPENSATION</u>**

Upon consideration of the *Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation* (the "<u>Motion</u>")[2] and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Motion was adequate under the circumstances; and (c) after notice and hearing

    **IT IS ORDERED:**

    1.    The Motion is **GRANTED**; and

    2.    George L. Miller is hereby awarded and allowed interim compensation in the amount of $8,033,685 (the "<u>Trustee's Allowed Interim Compensation Amount</u>") for rendering necessary and beneficial services to the Estates as Chapter 7 Trustee in the Chapter 7 Cases; and

    3.    The Trustee is authorized to make payment of the Trustee's Allowed Interim Compensation Amount; and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Unless expressly defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

75888914\4 6010823/00574256
03/04/2025

4. All payments of the Trustee's Allowed Interim Compensation Amount are subject to disgorgement by the Trustee in the event of a shortfall in available funds to pay other allowed Chapter 7 administrative expenses in the Chapter 7 Cases.

**Dated: March 28th, 2025**
**Wilmington, Delaware**

*[signature: Ka B. O—]*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**