# EXHIBIT A

**Summary of Blended Rate**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 3 | $682 | $719.48 |
| Junior Partners | 1 | $570 | $635.00 |
| Counsel | 0 | $576 | n/a |
| Senior Associates | 4 | $428 | $442.76 |
| Junior Associates | 0 | $343 | n/a |
| Paralegal | 0 | $298 | n/a |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 | $283 | $230.99 |
| **Aggregated:** | | **$553** | **$612.44** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 1, 2025 |
| Interim or Final: | Interim |

1