# EXHIBIT B

**Timekeeper Summary**

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from OCTOBER 1, 2024 THROUGH FEBRUARY 28, 2025

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023) | Bankruptcy | $680 | 112.8 | $76,704.00 |
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $735 | 61.2 | $44,982.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715 | 53.2 | $38,038.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770 | 6.2 | $4,774.00 |
| Steven C. Reingold | 1993 | Partner (2017) | Litigation | $760 | 28.4 | $21,584.00 |
| Steven C. Reingold | 1993 | Partner (2017)[2] | Litigation | $820 | 14.2 | $11,644.00 |
| Carmen Contreras-Martinez | 1996 | Partner (2022) | Litigation | $635 | 14.5 | $9,207.50 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $450 | 17.4 | $7,830.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $505 | 4.5 | $2,272.50 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430 | 45.0 | $19,350.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $485 | 3.6 | $1,746.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450 | 17.2 | $7,740.00 |
| Ryan Coy | 2019 | Associate (2024) | Litigation | $440 | 38.3 | $16,852.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 1.8 | $513.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $210 | 0.5 | $105.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $225 | 0.3 | $67.50 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205 | 12.0 | $2,460.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220 | 4.1 | $902.00 |
| eDiscovery Project Manager – EDPM | N/A | Litigation Support | Litigation Support | $360 | 0.3 | $108.00 |
| eDiscovery Specialist - EDS | N/A | Litigation Support | Litigation Support | $285 | 0.5 | $142.50 |
| **TOTAL** | | | | | **436.0** | **$267,022.00[3]** |

**Blended Hourly Rate: $612.44**

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 1, 2025 |
| Interim or Final: | Interim |

---

[1] Mr. Miller joined Saul Ewing in September 2023.  Mr. Miller was previously a Director at his prior firm since 2019.

[2] Mr. Reingold joined Saul Ewing as a Partner in 2017.  Mr. Reingold was previously a Partner at his prior firm.

[3]     Saul Ewing voluntarily reduced compensation in the amount of $4,356.10 from the Fee/Employment Applications (Saul Ewing) project category. The total compensation requested for that category is now $12,507.90. The total compensation requested for this Fee Application is now $262,665.90.