# EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

**Expense Summary**

**For the Period from October 1, 2024 Through February 28, 2025**

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Legal Research | Westlaw | $3,501.80 |
| Legal Research | PACER | $32.10 |
| Courier Service | Reliable Copy Service- DE | $7.50 |
| Transcript | Reliable Copy Service- DE | $344.00 |
| Outside Reproduction | Reliable Copy Service- DE | $155.47 |
| Courier Service | Federal Express | $45.92 |
| **Total** | | **$4,086.79** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 1, 2025 |
| Interim or Final: | Interim |

1



www.saul.com

| | |
|---|---|
| Akorn AR Matters – George L. Miller, Chapter 7 Trustee | Invoice Number 4413910 |
| George L Miller | Invoice Date 03/31/25 |
| 8 Penn Center, Suite 950 | Client Number 389590 |
| 1628 John F. Kennedy Boulevard | Matter Number 00002 |
| Philadelphia, PA 19103 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/18/24 | Vendor: PNC Bank; Invoice#: 0904204RWEDITJG; Date: 09/06/2024 - PACER Charges for 3rd Quarter charges / R. Weston - PACER 3rd Quarter charges / R. Weston | 20.60 |
| 10/18/24 | Westlaw Research | 447.12 |
| 10/08/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL119086; Date: 9/23/2024 - Hourly Transcript- original | 344.00 |
| 10/18/24 | Westlaw Research | 596.16 |
| 10/25/24 | Westlaw Research | 298.08 |
| 10/25/24 | Westlaw Research | 149.04 |
| 10/28/24 | Westlaw Research | 1,043.28 |
| 10/30/24 | Westlaw Research | 447.12 |
| 10/29/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL119632; Date: 10/22/2024 - Mailout services, Envelope services, postage re Saul's 1st interim fee application and motion to limit notice of fee application. | 155.47 |
| 12/20/24 | Vendor: PNC Bank; Invoice#: 12042024PNC; Date: 11/6/2024 - PACER invoice 6568621-Q32024 / R. Weston | 11.50 |
| 11/21/24 | Vendor: Reliable Copy Service - DE; Invoice#: WL120047; Date: 11/7/2024 - Hand delivery to chambers of notice of completion of briefing binder for McKesson re motion to compel. | 7.50 |
| 12/11/24 | Vendor: Federal Express; Invoice#: 870581863; Date: 12/9/2024 - Federal Express on 12/03/2024 To: Steven Reingold From: Angel Ocasio | 45.92 |
| 02/17/25 | Westlaw Research | 521.00 |

CURRENT EXPENSES    4,086.79

TOTAL AMOUNT OF THIS INVOICE    4,086.79

REMAINING TRUST BALANCE    0.00