# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on April 1, 2025, I caused a true and correct copy of the *Third Interim Fee Application of Saul Ewing LLP, Counsel to the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 Through February 28, 2025* (the "Application") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on April 1, 2025, I caused a copy of the **Application** to be served on the parties identified on the service list attached hereto as Exhibit "A", in the manner indicated therein.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

1

# EXHIBIT A

Via Email

Richard Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
richard.schepacarter@usdoj.gov