# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>**Re: D.I. 1348** |

## CERTIFICATE OF NO OBJECTION

On March 14, 2025, Ciardi Ciardi & Astin, special counsel to the Chapter 7 Trustee, George L. Miller, filed the *Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, et al., to Approve Settlement Agreement with Ernst & Young, LLP* [D.I. 1348] (the "Motion"). Objections and responses to the Application were to be filed and served no later than March 28, 2025. The undersigned hereby certifies that, as of the date hereof, there has been no answer, objection, or other responsive pleading to the Motion. The undersigned further certifies that upon review of the Court's docket in this case, no other answer, objection or other responsive pleading to the Motion appears thereon. Accordingly, the Trustee respectfully requests that the Court enter the Order granting the Motion.

Dated: April 7, 2025
       Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
Telephone: 484-437-2676

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Special Counsel*
*for Chapter 7 Trustee*