**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | <u>Related D.I.</u>: 1368 |

**CERTIFICATION OF NO OBJECTION TO THIRD INTERIM FEE APPLICATION
OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER,
CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
<u>OCTOBER 1, 2024 THROUGH FEBRUARY 28, 2025</u>**

The undersigned special counsel to George L. Miller, chapter 7 trustee (the "**Chapter 7 Trustee**") of the estates of the above-captioned debtors, hereby certifies that:

1. On April 1, 2025, the *Third Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 Through February 28, 2025* [D.I. 1368] (the "**Fee Application**") was filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Fee Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on April 15, 2025 (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. A hearing on the Fee Application is scheduled for May 16, 2025 at 10:00 a.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

5.      Attached hereto as **Exhibit "A"** is an *Order Approving Third Interim Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 Through February 28, 2025* (the "**Proposed Order**").

WHEREFORE, undersigned counsel respectfully requests that the Court enter the Proposed Order at the earliest convenience of the Court.

Dated:  April 17, 2025

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
Telephone:  (302) 421-6800
evan.miller@saul.com

*Special Counsel to the Chapter 7 Trustee*