**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br><u>Related D.I.</u>: 1368 & 1375 |

**ORDER APPROVING THIRD INTERIM APPLICATION OF SAUL EWING LLP, AS SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2024 THROUGH FEBRUARY 28, 2025**

Upon consideration of the Third Interim Application for Compensation and Reimbursement of Expenses (the "**Fee Application**") of Saul Ewing LLP ("**Saul Ewing**") for the period of October 1, 2024 Through February 28, 2025 (the "**Application Period**"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Fee Application is GRANTED;

2. Saul Ewing is allowed compensation in the amount of $262,665.90 and reimbursement of expenses in the amount of $4,086.79 for the Application Period for a total award of $266,752.69 (the "**Fees and Expenses**"), which amount shall constitute an allowed Chapter 7

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

administrative expense in the above-captioned Chapter 7 cases.  The Trustee is authorized and shall distribute said Fees and Expenses to Saul Ewing.

3. The interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.

Dated: April 17th, 2025  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE