# **Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[4] | Adversary Number | Asserted Defenses/ Settlement Summary[5] |
|---|---|---|---|---|
| Abaco Steel Products, Inc. | $22,811.25 | $6,000.00 | 25-50227 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Premier Healthcare Alliance | $177,563.81 | $50,000.00 | 25-50348 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Comar LLC | $197,228.89 | $20,000.00 | 25-50246 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Benchmark Products LLC | $335,245.02 | $58,210.55 | 25-50235 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| McCrone Associates, Inc. | $15,100.00 | $11,325.00 | 25-50293 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Propharma Group, LLC | $160,052.25 | $21,376.00 | 25-50169 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Pavemaster Asphalt & Sealing, Inc. | $10,688.70 | $3,750.00 | 25-50308 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Disc Graphics Inc. D/B/A Oliver Inc. | $143,426.29 | $ 27,000.00 | 25-50337 | Settlement amount is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Intertek | $17,165.14 | $10,000.00 | 25-50280 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Keyspan d/b/a National Grid | $57,042.38 | $1,000.00 | 25-50344 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| ABS Pump Repair, Inc. | $10,224.72 | $6,500.00 | 25-50286 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| PSEG Long Island | $131,033.24 | $1,000.00 | 25-50325 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[4] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.

[5] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.