**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on May 7, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Third Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on May 7, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on May 7, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

## **Exhibit A- Via Electronic Mail**

Jon Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
 Jon.Lipshie@usdoj.gov

Abaco Steel Products, Inc.
c/o Ken Podd
40 Aero Road, Suite 4
Bohemia, NY 11716
ken@abacosteel.com

Premier Healthcare Alliance
c/o Lauri Bini, Esquire
13034 Ballantyne Corporate Pl
Charlotte, NC 28277
Lauri_Bini@PremierInc.com

Comar LLC
c/o Chris Perkins, Esquire
Eckert Seamans Cherin & Mellott, LLC
919 E Main St., Suite 1300
Richmond, VA 23219
cperkins@eckertseamans.com

Benchmark Products LLC
c/o Sean Williams, Esquire
Levenfeld Pearlstein, LLC
120 S Riverside Plaza Suite 1800, Chicago, IL 60606
swilliams@lplegal.com; hisrael@lplegal.com

McCrone Associates, Inc.

c/o James B. Sowka, Esquire
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
JSowka@seyfarth.com

Propharma Group, LLC
c/o Andrew Shaw
Colin Miller
8717 West 110th Street, Suite 300
Overland Park, KS 66210
Andrew.shaw@propharmagroup.com
Colin.Miller@propharmagroup.com

Pavemaster Asphalt & Sealing, Inc.
c/o Christopher Raimondi, Esquire
Raimondi Law, P.C.
552 Broadway
Massapequa, NY 11758
Christopher A. Raimondi

Disc Graphics Inc. D/B/A Oliver Inc.
c/o Kristin Krueger, Esquire
Koley Jessen P.C., L.L.O.
1125 S 103rd St # 800
Omaha, NE 68124
Phone: 402.343.3878
Kristin.Krueger@koleyjessen.com

Intertek
c/o Todd Andrews, Esquire
545 E Algonquin Rd., Suite F
Arlington Heights, IL 60005-4376
todd.andrews@intertek.com

Keyspan d/b/a National Grid
PSEG Long Island, LLC
c/o Russell R. Johnson III, Esquire
Law Firm of Russell R. Johnson
14890 Washington St.
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com

ABS Pump Repair, Inc.
c/o Michael Fishel, Esquire
King & Spalding LLP
1100 Louisiana St. Suite 4100
Houston, TX 77002
mfishel@kslaw.com

## **Exhibit B- Via First Class Mail**

Abaco Steel Products, Inc.
40 Aero Road, Suite 4
Bohemia, NY 11716

Premier Healthcare Alliance
13034 Ballantyne Corporate Place
Charlotte, NC 28277

SST Corporation
55 Lane Road, Suite 450
Fairfield, NJ 07004

Intertek
545 E Algonquin Rd., Suite F
Arlington Heights, IL 60005-4376

Intertek
PO BOX 416482
Boston, MA 02241-6482

Comar LLC
220 Laurel Rd Ste 201
Voorhees, NJ 08043-2396

Comar LLC
PO BOX 12486
Newark, NJ 07101-3586

Benchmark Products LLC
1008 Momentum Place
Chicago, IL 60689-5310

McCrone Associates, Inc.
850 Pasquinelli Drive
Westmont, IL 60559-5539

Propharma Group, LLC
800 Hillsgrove Ave, Suite 201
Western Springs, IL 60558

Pavemaster Asphalt & Sealing, Inc.
516 Pine Air Drive
Bay Shore, NY 11706

Disc Graphics Inc. D/B/A Oliver Inc.
10 Gilpin Ave
Hauppauge, NY 11788

Keyspan d/b/a National Grid
40 Sylvan Rd
Waltham, MA 02451

Keyspan d/b/a National Grid
PO BOX 371382
Pittsburgh, PA 15250-7382

PSEG Long Island, LLC
Corporate Creations Network Inc.
600 Mamaroneck Ave #400
Harrison, NY 10528

ABS Pump Repair, Inc.
89 Allen Blvd
Farmingdale, NY 11735