# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1. Pre-Trial Scheduling Conference in Adversary Proceedings

    Status:    Pre-Trial Scheduling Conferences identified on Schedule 1 are being adjourned to July 18, 2025 at 10:00 a.m. ET

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

2. Third Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through February 28, 2025
   [Filed 4/1/2025; Docket No. 1368]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 4/17/2025; Docket No. 1375] |
   | | (b) | Entered Order [Filed 4/172025; Docket No. 1378] |
   | Objection Deadline: | | April 15, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

3. Motion to Limit Service of Notice Regarding Third Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through February 28, 2025
   [Filed 4/1/2025; Docket No. 1369]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection [Filed 4/17/2025; Docket No. 1376] |
   | | (b) | Entered Order [Filed 4/17/2025; Docket No. 1377] |
   | Objection Deadline: | | April 15, 2025 at 4:00 pm. ET |
   | Responses Received: | | None |
   | Status: | | This matter is concluded.  Order has been entered by the Court. |

**CONTESTED MATTERS GOING FORWARD:**

4. Status Conference Regarding Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief
   [Filed 10/3/2024; Adv. Docket No. 50]
   Adv. Proc. No. 24-50042:  Trustee Miller v. McKesson Corporation et al

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Declaration of Steven C. Reingold in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief<br>[Filed 10/3/2024; Adv. Docket No. 51] |
   | | (b) | Plaintiff's Notice of Service Regarding Service of Plaintiff's First Discovery Requests Directed to Defendants<br>[Filed 7/11/2024; Adv. Docket No. 39] |
   | | (c) | Plaintiff's Request for Oral Argument on Plaintiff's Motion to Compel<br>[Filed 10/30/2024; Adv. Docket No. 57] |
   | | (d) | Notice of Completion of Briefing on Plaintiff's Motion to Compel<br>[Filed 11/6/2024; Adv. Docket No. 58] |
   | Objection Deadline: | | October 17, 2024 at 4:00 p.m. ET |
   | Responses Received: | (e) | Memorandum of Law in Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 52] |
   | | (f) | Declaration of Steven Winick in Support of McKesson's Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 53] |
   | | (g) | Declaration of Michael Gottschall in Support of McKesson's Opposition to Plaintiff's Motion to Compel<br>[Filed 10/17/2024; Adv. Docket No. 54] |
   | | (h) | Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief<br>[Filed 10/24/2024; Adv. Docket No. 55] |

|  |  |
|---|---|
| (i) | Declaration of Steven C. Reingold in Support of Reply in Support of Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief [Filed 10/24/2024; Adv. Docket No. 56] |

<u>Status:</u>　　　　This matter is going forward as a status hearing.

Dated: May 14, 2025
　　　Wilmington, Delaware

COZEN O'CONNOR

By:　*/s/ John T. Carroll, III*
　　　John T. Carroll, III (DE Bar No. 4060)
　　　1201 N. Market Street
　　　Suite 1001
　　　Wilmington, DE 19801
　　　(302) 295-2028 Phone
　　　jcarroll@cozen.com

　　　*Counsel to George L. Miller,*
　　　*Chapter 7 Trustee*

4

# SCHEDULE 1

| CASE NAME | ADVERSARY PROCEEDING NO. | CONTINUED PRE-TRIAL CONFERENCE DATE |
|---|---|---|
| George L. Miller, Chapter 7 Trustee v. Abbott, etc. | 25-50334 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Ascension Health Alliance | 25-50182 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. AT&T | 25-50183 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Commonwealth Edison Company | 25-50184 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Jackson Lewis | 25-50176 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Kerry Ingredients, etc. | 25-50336 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. M3 Advisory, etc. | 25-50194 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Malik & Popeil, PC | 25-50177 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Motion Industries, Inc. | 25-50185 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Pestalozzi Attorneys, etc. | 25-50179 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Sams Club | 25-50186 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Sills Cummis & Gross , P.C, | 25-50180 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. SPECGX | 25-50187 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Tate & Lyle Solutions | 25-50335 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Willis Towers. etc. | 25-50191 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Wilkie Farr, etc. | 25-50181 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. WM Corporate Services | 25-50189 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Walmart, Inc. | 25-50360 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. CVS | 25-50361 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Kevin Bain, et al. | 25-50367 | July 18, 2025 at 10:00 a.m. ET |

| CASE NAME | ADVERSARY PROCEEDING NO. | CONTINUED PRE-TRIAL CONFERENCE DATE |
|---|---|---|
| George L. Miller, Chapter 7 Trustee v. Beth Zelnick-Kaufman | 25-50380 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Christopher C. Young | 25-50381 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. Erislandy Dorado-Boladere | 25-50382 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. John Sweeney | 25-58383 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. William Ostrowski | 25-58384 | July 18, 2025 at 10:00 a.m. ET |
| George L. Miller, Chapter 7 Trustee v. The Hilsinger Company | 25-58385 | July 18, 2025 at 10:00 a.m. ET |

LEGAL\77520588\1 6010823/00574256
05/14/2025