IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>AKORN HOLDING COMPANY, LLC, et al.,<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that Mark I. Duedall and Siena Berrios Gaddy of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., enter this appearance as counsel for Randstad US, LLC. Pursuant to Bankruptcy Rule 2002, counsel request to be added to the mailing list in this proceeding and that all notices given or required to be given and all papers served or required to be served in this proceeding be given to and served upon the following:

>Mark I. Duedall
>Siena Berrios Gaddy
>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
>Monarch Plaza, Suite 1500
>3414 Peachtree Road, N.E.
>Atlanta, GA 30326
>mduedall@bakerdonelson.com
>sgaddy@bakerdonelson.com

Please take further notice that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this proceeding, whether formal or informal, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise.

4914-9092-1283

This 14th day of May, 2025

        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, P.C.**

        */s/ Mark I. Duedall*
        Mark I. Duedall
        Delaware Bar No. 3346
        Siena Berrios Gaddy
        Georgia Bar No. 567709
        3414 Peachtree Road, N.E.
        Monarch Plaza, Suite 1500
        Atlanta, Georgia  30326
        Telephone:    (404) 443-6774
        Facsimile:    (404) 221-6501
        Email:    mduedall@bakerdonelson.com
                    sgaddy@bakerdonelson.com

        *Counsel to Randstad US, LLC*

4914-9092-1283

-3-

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, a true and correct copy of foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was electronically filed with the Clerk of Court using the Court's CM/ECF system which will automatically send an email notification of such filing to all parties in this proceeding consenting to service through the Court's CM/ECF system.

This 14th day of May, 2025

                                                **BAKER, DONELSON, BEARMAN,**
                                                **CALDWELL & BERKOWITZ, P.C.**

                                                */s/ Mark I. Duedall*
                                                Mark I. Duedall
                                                Delaware Bar No. 3346
                                                3414 Peachtree Road, N.E.
                                                Monarch Plaza, Suite 1500
                                                Atlanta, Georgia  30326
                                                Telephone:    (404) 443-6774
                                                Facsimile:     (404) 221-6501
                                                Email:           mduedall@bakerdonelson.com

                                                *Counsel to Randstad US, LLC*