## CERTIFICATE OF SERVICE

    I, Michael G. Busenkell, hereby certify that, on this 29th day of May, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

| | |
|---|---|
| Dated: May 29, 2025<br>Wilmington, Delaware | */s/ Michael G. Busenkell*<br>Michael G. Busenkell (No. 3933)<br>GELLERT SEITZ BUSENKELL & BROWN, LLC |