# EXHIBIT "B"

EXHIBIT "B"

AKORN HOLDING COMPANY, LLC, ET AL.

SUMMARY OF OUT OF POCKET EXPENSES

FROM OCTOBER 1, 2024 THROUGH MARCH 31, 2025

| Type | Total |
|---|---:|
| Fax | $ 57.00 |
| Mileage | 83.75 |
| Pacer | 698.82 |
| Parking | 19.00 |
| Photocopies | 2,726.80 |
| Postage | 933.47 |
| **Total** | **$ 4,518.84** |

# Expense Report

Page     1

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Faxes** | | | |
| Fax taxes to CIO | Administrative | $45.00 | 10/31/2024 |
| Fax - Form 940 and 941 - CIO | Administrative | $12.00 | 1/31/2025 |
| Total: Akorn - Case Admin | | $57.00 | |
| Total: Faxes | | $57.00 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Mileage 2024** | | | |
| Mileage - to/from DE for hearing on Conversion Motion | William Homony | $43.55 | 11/20/2024 |
| Mileage - to/from DE for hearing on Conversion Motion | Matthew Tomlin | $40.20 | 11/20/2024 |
| Total: Akorn - Case Admin | | $83.75 | |
| Total: Mileage 2024 | | $83.75 | |

| Description | Employee | Expense | Date |
|---|---|---|---|

Activity: Pacer

| Description | Employee | Expense | Date |
|---|---|---|---|
| October Pacer Charges | Administrative | $439.40 | 10/31/2024 |
| November Pacer Charges | Administrative | $5.92 | 11/30/2024 |
| December Pacer Charges | Administrative | $52.60 | 12/31/2024 |
| January Pacer charges | Administrative | $72.60 | 1/31/2025 |
| February Pacer charges | Administrative | $91.70 | 2/28/2025 |
| March Pacer charges | Administrative | $36.60 | 3/31/2025 |

Total: Akorn - Case Admin    $698.82

Total: Pacer    $698.82

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Parking** | | | |
| Parking - Settlement hearing on Conversion Motion | William Homony | $7.00 | 11/20/2024 |
| Parking for hearing on Conversion Motion | Matthew Tomlin | $12.00 | 11/20/2024 |
| Total: Akorn - Case Admin | | $19.00 | |
| Total: Parking | | $19.00 | |

| Description | Employee | Expense | Date |
|---|---|---:|---|
| **Activity: Photocopies** | | | |
| Photocopies | Administrative | $1,857.00 | 10/31/2024 |
| Photocopies | Administrative | $265.10 | 11/30/2024 |
| Photocopies | Administrative | $291.30 | 12/31/2024 |
| Photocopies | Administrative | $127.00 | 1/31/2025 |
| Photocopies | Administrative | $67.70 | 2/28/2025 |
| Photocopies | Administrative | $118.70 | 3/31/2025 |

Total: Akorn - Case Admin          $2,726.80

Total:  Photocopies          $2,726.80

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $1.38 | 10/7/2024 |
| Postage | Administrative | $361.90 | 10/11/2024 |
| Postage | Administrative | $1.38 | 10/16/2024 |
| Postage | Administrative | $2.07 | 10/16/2024 |
| Postage | Administrative | $0.69 | 10/17/2024 |
| Postage | Administrative | $0.69 | 10/18/2024 |
| Postage | Administrative | $161.07 | 10/23/2024 |
| Postage | Administrative | $0.69 | 10/24/2024 |
| Postage | Administrative | $2.07 | 10/25/2024 |
| Postage | Administrative | $0.69 | 11/4/2024 |
| Postage | Administrative | $2.07 | 11/13/2024 |
| Postage | Administrative | $0.69 | 11/25/2024 |
| Postage | Administrative | $1.38 | 12/3/2024 |
| Postage | Administrative | $11.04 | 12/6/2024 |
| Postage | Administrative | $3.30 | 12/6/2024 |
| Postage | Administrative | $2.07 | 12/16/2024 |
| Postage | Administrative | $1.38 | 12/19/2024 |
| Postage | Administrative | $0.97 | 12/19/2024 |
| Postage | Administrative | $3.73 | 12/26/2024 |
| Postage | Administrative | $10.33 | 1/24/2025 |
| Postage | Administrative | $109.12 | 1/27/2025 |
| Postage | Administrative | $15.87 | 1/30/2025 |
| Postage | Administrative | $229.08 | 1/31/2025 |
| Postage | Administrative | $0.69 | 2/7/2025 |
| Postage | Administrative | $0.69 | 2/7/2025 |
| Postage | Administrative | $0.69 | 2/7/2025 |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Postage | Administrative | $0.69 | 2/17/2025 |
| Postage | Administrative | $1.25 | 2/25/2025 |
| Postage | Administrative | $2.76 | 3/11/2025 |
| Postage | Administrative | $0.69 | 3/12/2025 |
| Postage | Administrative | $0.69 | 3/12/2025 |
| Postage | Administrative | $0.97 | 3/17/2025 |
| Postage | Administrative | $0.69 | 3/25/2025 |

Total: Akorn - Case Admin  $933.47

Total:  Postage  $933.47

Grand Total  $4,518.84