# <u>Exhibit 2</u>

## List of Mediators

1.   David Banker, Womble Bond Dickinson

2.   Connor Bifferato, The Bifferato Firm

3.   Leslie Berkoff, Moritt Hock & Hamroff LLP