## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on June 18, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Fourth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on June 18, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on June 18, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# **Exhibit A- Via Electronic Mail**

Jon Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
 Jon.Lipshie@usdoj.gov

Curia Global, Inc.
c/o Michael D. Leifman, Esq.
Vedder Price
222 North LaSalle Street
Chicago, Illinois 60601
mleifman@vedderprice.com

Diligent Corporation
c/o Jason Teele, Esq.
Sills Cummis & Gross P.C.
101 Park Avenue
28th Floor
New York, New York 10178
steele@sillscummis.com

Denovo
c/o Andrew H. Roberts, Esq.
Sloan & Roberts, PLLC
5151 Belt Line Rd., Ste. 1050
Dallas, TX 75254
andrew@sloanandroberts.com

Asembia LLC
c/o Patrick J. Kondorossy, Esq.
Assistant General Counsel
1200 Park Ave, Suite 300
Florham Park, NJ 07932
Patrick.Kondorossy@asembia.com

2

Veronica Development Associates LLC
c/o Melissa Pena, Esq, Stuart Kossar, Esq.
Norris McLaughlin, P.A.
400 Crossing Blvd 8th Floor,
Bridgewater, NJ 08807
mapena@norris-law.com; slkossar@norris-law.com


Boston Analytical
c/o James McGrail, Esq.
Law Office of Attorney James McGrail
51 Fremont Street
Needham, MA 02494.
jim@mcgraillaw.com

## **Exhibit B- Via First Class Mail**

Curia Global, Inc.
29224 Network Place
Chicago, IL 60673-1292

Diligent Corporation
1111 19th Street NW
9th Floor
Washington, DC 20036

Denovo
6400 Lookout Road
Suite 101
Boulder, CO 80301

Asembia LLC
Finance Department
200 Park Ave, Suite 300
Florham Park, NJ 07932

Central Illinois Scale Co.
P.O. Box 3158
Decatur, IL 62524

Central Illinois Scale Co.
Ryan Fox
Vice President of Operations
Central Illinois Scale Company
402 S L St.
Tilton, IL 61833

Veronica Development Associates LLC
400 North Bridge Street
Bridgeport, NJ 08807

Boston Analytical
14 Manor Parkway
Salem, NH 03079