# Exhibit A

***Amended* Schedule of Settlements Subject to Notice of Settlement Provisions**

*Amended[1]* **Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[2] | Adversary Number | Asserted Defenses/ Settlement Summary[3] |
|---|---|---|---|---|
| Curia Global, Inc. | $32,247.50 | $20,000.00 | 25- 50125 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Diligent Corporation | $25,000.00 | $14,000.00 | 25-50083 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Renovo | $54,350.00 | $15,000.00 | 25-50131 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Asembia LLC | $28,950.07 | $14,475.04 | 25-50092 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Central Illinois Scale Co. | $47,422.02 | $4,835.25 | 25-50094 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Veronica Development Associates LLC | $246,993.16 | $40,000.00 | 25-50238 | Settlement amount is at least 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Boston Analytical | $16,900.00 | $13,500.00 | 25-50304 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| ***Holland Applied Technologies, Inc.*** | ***$116,484.54*** | ***$25,000.00*** | ***25-50135*** | ***Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).*** |

---

[1]  Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.

[2]  Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.

[3]  Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.