# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on June 20, 2025, I caused a true and correct copy of the *Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Fourth Notice of Settlement* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on June 20, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on June 20, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

 */s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

# Exhibit A- Via Electronic Mail

Jon Lipshie, Esquire
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207, Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Curia Global, Inc.
c/o Michael D. Leifman, Esquire
Vedder Price
222 North LaSalle Street
Chicago, IL 60601
mleifman@vedderprice.com

Diligent Corporation
c/o Jason Teele, Esquire
Sills Cummis & Gross P.C.
101 Park Avenue, 28th Floor
New York, NY 10178
steele@sillscummis.com

Denovo
c/o Andrew H. Roberts, Esquire
Sloan & Roberts, PLLC
5151 Belt Line Rd., Ste. 1050
Dallas, TX 75254
andrew@sloanandroberts.com

Asembia LLC
c/o Patrick J. Kondorossy, Esquire
Assistant General Counsel
1200 Park Ave, Suite 300
Florham Park, NJ 07932
Patrick.Kondorossy@asembia.com

Veronica Development Associates LLC
c/o Melissa Pena, Esquire
Stuart Kossar, Esquire
Norris McLaughlin, P.A.
400 Crossing Blvd 8th Floor,
Bridgewater, NJ 08807
mapena@norris-law.com
slkossar@norris-law.com

Boston Analytical
c/o James McGrail, Esquire
Law Office of Attorney James McGrail
51 Fremont Street
Needham, MA 02494.
jim@mcgraillaw.com

Holland Applied Technologies Inc.
John C. Gentile, Esquire
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
JGentile@beneschlaw.com

# **Exhibit B- Via First Class Mail**

Curia Global, Inc.
29224 Network Place
Chicago, IL 60673-1292

Diligent Corporation
1111 19th Street NW
9th Floor
Washington, DC 20036

Denovo
6400 Lookout Road
Suite 101
Boulder, CO 80301

Asembia LLC
Finance Department
200 Park Ave, Suite 300
Florham Park, NJ 07932

Central Illinois Scale Co.
P.O. Box 3158
Decatur, IL 62524

Central Illinois Scale Co.
Ryan Fox
Vice President of Operations
Central Illinois Scale Company
402 S L Street
Tilton, IL 61833

Veronica Development Associates LLC
400 North Bridge Street
Bridgeport, NJ 08807

Boston Analytical
14 Manor Parkway
Salem, NH 03079