**EXHIBIT 2**

**Comparison Version of Revised Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** ~~_____~~ 1418, 1422 & _____ |

### ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS LISTED ON CHAPTER 7 TRUSTEE'S FOURTH NOTICE OF SETTLEMENT PURSUANT TO SETTLEMENT PROCEDURES ORDER

Upon consideration of the Chapter 7 Trustee's *Fourth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice");[2] and *Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Fourth Notice of Settlement* (the "Notice of Amended Exhibit A"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

1. The settlements of Avoidance Actions against the Defendants listed on the Notice of Amended Exhibit A, are APPROVED;

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

# Exhibit A

*Amended* **Schedule of Settlements Subject to Notice of Settlement Provisions**

*Amended*[1] **Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[2] | Adversary Number | Asserted Defenses/ Settlement Summary[3] |
|---|---|---|---|---|
| Curia Global, Inc. | $32,247.50 | $20,000.00 | 25-50125 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Diligent Corporation | $25,000.00 | $14,000.00 | 25-50083 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Denovo | $54,350.00 | $15,000.00 | 25-50131 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Asembia LLC | $28,950.07 | $14,475.04 | 25-50092 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Central Illinois Scale Co. | $47,422.02 | $4,835.25 | 25-50094 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Veronica Development Associates LLC | $246,993.16 | $40,000.00 | 25-50238 | Settlement amount is at least 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Boston Analytical | $16,900.00 | $13,500.00 | 25-50304 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| *Holland Applied Technologies, Inc.* | *$116,484.54* | *$25,000.00* | *25-50135* | *Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).* |

---

[1]  Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.

[2]  Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.

[3]  Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements.

| Summary report: Litera Compare for Word 11.11.0.158 Document comparison done on 6/26/2025 12:29:07 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://saul.cloudimanage.com/firmdms/55740411/2 - Akorn-4th Notice of Settlements-6-16-25.docx ||
| **Modified DMS:** iw://saul.cloudimanage.com/firmdms/55800023/1 - Akorn Gross Pref-revised prop order re 4th NOS.docx ||
| **Changes:** ||
| Add | 13 |
| Delete | 4 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 1 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 18 |