# EXHIBIT B

**Detailed Statement in Support of Contingency Fee**

| Name | Settlement Amount | Adversary Number | Fee Percentage | Fee Amount |
|---|---|---|---|---|
| Eurofins Lancaster Laboratories Inc | $25,000.00 | N/A | 30% | $7,500.00 |
| Medical Packaging Inc. | $63,500.00 | N/A | 30% | $19,050.00 |
| Uline | $30,000.00 | N/A | 30% | $9,000.00 |
| Bodine Electric | $75,000.00 | N/A | 30% | $22,500.00 |
| Source One Packaging | $34,414.74 | N/A | 30% | $10,324.42 |
| State of Utah UT-MCOU OBRA | $9,840.39 | N/A | 30% | $2,952.12 |
| Jones & Sullivan Enterprises Inc. | $10,625.00 | N/A | 30% | $3,187.50 |
| BAF Refrigeration | $1,650.00 | N/A | 30% | $495.00 |
| SKAN US Inc. | $50,000.00 | N/A | 30% | $15,000.00 |
| Indoff Inc. | $11,239.45 | N/A | 30% | $3,371.84 |
| Qualifyze GmbH | $2,069.20 | N/A | 30% | $620.76 |
| Fluted Partition | $8,695.50 | N/A | 30% | $2,608.65 |
| H.R. Stewart, Inc. | $8,041.59 | N/A | 30% | $2,520.48 |
| Marcor Development Corp. | $114,378.60 | N/A | 30% | $34,313.58 |
| Fastenal Company | $3,750.00 | N/A | 30% | $1,125.00 |
| PMT Forklift Corp | $6,000.00 | N/A | 30% | $1,800.00 |
| Abbey Color | $100,000.00 | N/A | 30% | $30,000.00 |
| Interchem Corporation | $55,000.00 | 25-50342 | 35% | $19,250.00 |
| McMaster-Carr Supply Company | $12,500.00 | 25-50356 | 35% | $4,375.00 |
| Reed-Lane Inc | $1,250.00 | 25-50347 | 35% | $437.50 |
| Quantic Group Ltd. | $35,000.00 | 25-50350 | 35% | $12,250.00 |
| Microbiologics | $6,945.00 | 25-50357 | 35% | $2,430.75 |
| Fedegari Technologies | $10,000.00 | 25-50340 | 35% | $3,500.00 |
| Olympic Web Design | $14,300.54 | 25-50267 | 35% | $5,005.19 |
| Lesman Instruments | $23,266.31 | 25-50270 | 35% | $8,143.21 |

1

| | | | | |
|---|---|---|---|---|
| Poynter Sheet Metal, Inc. | $18,500.00 | 25-50346 | 35% | $6,475.00 |
| Atlantic Scale Co. | $4,000.00 | 25-50234 | 35% | $1,400.00 |
| American International Chemical Inc. | $18,810.50 | 25-50354 | 35% | $6,583.68 |
| Abaco Steel Products, Inc. | $6,000.00 | 25-50227 | 35% | $2,100.00 |
| Premier Healthcare Alliance | $50,000.00 | 25-50348 | 35% | $17,500.00 |
| Comar LLC | $20,000.00 | 25-50246 | 35% | $7,000.00 |
| Benchmark Products LLC | $58,210.55 | 25-50235 | 35% | $20,373.69 |
| McCrone Associates, Inc. | $11,325.00 | 25-50293 | 35% | $3,963.75 |
| Propharma Group, LLC | $21,376.00 | 25-50169 | 35% | $7,481.60 |
| Pavemaster Asphalt & Sealing, Inc. | $3,750.00 | 25-50308 | 35% | $1,312.50 |
| Disc Graphics Inc. D/B/A Oliver Inc. | $27,000.00 | 25-50337 | 35% | $9,450.00 |
| Intertek | $10,000.00 | 25-50280 | 35% | $3,500.00 |
| Keyspan d/b/a National Grid | $1,000.00 | 25-50344 | 35% | $350.00 |
| ABS Pump Repair, Inc. | $6,500.00 | 25-50286 | 35% | $2,275.00 |
| PSEG Long Island | $1,000.00 | 25-50325 | 35% | $350.00 |
| Curia Global, Inc. | $20,000.00 | 25- 50125 | 35% | $7,000.00 |
| Diligent Corporation | $14,000.00 | 25-50083 | 35% | $4,900.00 |
| Denovo | $15,000.00 | 25-50131 | 35% | $5,250.00 |
| Asembia LLC | $14,475.04 | 25-50092 | 35% | $5,066.26 |
| Central Illinois Scale Co. | $4,835.25 | 25-50094 | 35% | $1,692.34 |

| | | | | |
|---|---|---|---|---|
| Veronica Development Associates LLC | $40,000.00 | 25-50238 | 35% | $14,000.00 |
| Boston Analytical | $13,500.00 | 25-50304 | 35% | $4,725.00 |
| Holland Applied Technologies, Inc. | $25,000.00 | 25-50135 | 35% | $8,750.00 |
| West Pharma Services | $165,000.00 | 25-50241 | 35% | $57,750.00 |
| SST Corporation | $30,000.00 | 25-50352 | 35% | $10,500.00 |

**Total:**          $1,311,748.66                                              $431,509.82

**Total Collections:**
Fees                $431,509.82
Costs               $102,035.24
**Total due to Saul**:   $533,545.06