# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**Expense Summary**

**For the Period from November 12, 2024 through June 30, 2025**

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Filing Fees | PACER | $91,700.00 |
| Legal Research | Westlaw | $5,743.09 |
| Outside Reproduction | Reliable Copy Service- DE | $4,135.23 |
| Courier Service | Federal Express | $134.92 |
| Legal Research | NJ Business Services | $318.00 |
| Legal Research | Texas Secretary of State | $4.00 |
| **Total** | | **$102,035.24** |



www.saul.com

| | | |
|---|---|---|
| Akorn Operating Company LLC- Avoidance A | Invoice Number | 4435136 |
| George Miller | Invoice Date | 06/26/25 |
| 8 Penn Center, Suite 950 | Client Number | 393059 |
| 1628 John F. Kennedy Boulevard | Matter Number | 00002 |
| Philadelphia, PA 19103 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 02/27/25 | Vendor: US Bank Credit Card; Invoice#: AR01272025.JL.2419EDIT; Date: 2/24/2025 - US Bank; J. Loftus;1/24 - NJ Business Services - For Evan Miller/Michelle Novick | 318.00 |
| 02/27/25 | Vendor: US Bank Credit Card; Invoice#: AR01272025.JL.2419EDIT; Date: 2/24/2025 - US Bank; J. Loftus;1/27 - Texas Secretary of State - For Evan Miller/Michelle Novick | 4.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaint | 700.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for 46 complaints | 16,100.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for Complaints. | 5,600.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for Complaints. | 8,050.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 14,000.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 9,800.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 9,100.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 7,700.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 6,300.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing Fee for complaints | 2,450.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing Fee for complaints | 6,650.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 2,450.00 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing Fee for complaints | 350.00 |

| | | | |
|---|---|---|---|
| 393059 | Akorn Operating Company LLC- Avoidance A | Invoice | 4435136 |
| 00002 | Expenses | | Page: 2 |
| 06/26/25 | | | |

| Date | Description | Amount | |
|---|---|---:|---:|
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing Fee for complaints | 1,050.00 | |
| | Total Filing Fees | | 90,622.00 |
| 01/29/25 | Vendor: Federal Express; Invoice#: 875148527; Date: 1/27/2025 - Federal Express on 01/21/2025 To:  From: Steven Reingold | 41.56 | |
| 01/29/25 | Vendor: Federal Express; Invoice#: 875148527; Date: 1/27/2025 - Federal Express on 01/21/2025 To:  From: Steven Reingold | 41.56 | |
| 02/05/25 | Vendor: Federal Express; Invoice#: 875817462; Date: 2/3/2025 - Federal Express on 01/28/2025 To: CORPORATION SERVICE COMPANY From: Emily Robbins | 51.80 | |
| | Total Federal Express | | 134.92 |
| 03/26/25 | Vendor: PNC Bank; Invoice#: 030425DF; Date: 3/11/2025 - Filing fee for complaints | 1,400.00 | |
| | Total Court Costs | | 1,400.00 |
| 02/17/25 | Vendor: Reliable Copy Service - DE; Invoice#: WL121626; Date: 1/27/2025 - Mailout services, envelope services, postage of Motion to Approve Settlement Procedures. | 841.10 | |
| 02/25/25 | Vendor: Reliable Copy Service - DE; Invoice#: WL121784; Date: 2/5/2025 - Mailout services, envelope services, postage re 1st Notice of Settlements. | 155.47 | |
| 03/14/25 | Vendor: Reliable Copy Service - DE; Invoice#: WL122049; Date: 2/18/2025 - Mailout services, postage, envelope services re Notice of Settlements. | 60.85 | |
| 04/15/25 | Vendor: Reliable Copy Service - DE; Invoice#: WL122661; Date: 3/20/2025 - Mailout services, envelope services, postage re 2nd Notice of Settlements. | 51.30 | |
| 05/19/25 | Vendor: Reliable Copy Service; Invoice#: WL123712; Date: 5/9/2025 - Mailout services, envelope services, postage regarding preference procedures motion. | 2,485.32 | |
| 05/20/25 | Vendor: Reliable Copy Service; Invoice#: WL123670; Date: 5/8/2025 - Mailout services, envelope services, postage re 3rd Notice of Settlements. | 32.22 | |
| | Total Outside Reproduction | | 3,626.26 |
| 06/13/25 | Vendor: Reliable Copy Service; Invoice#: WL123999; Date: 5/28/2025 - Mailout services (Bankruptcy) | 508.97 | |
| | Total Professional Services | | 508.97 |
| 12/20/24 | Westlaw Research | 298.08 | |
| 01/08/25 | Westlaw Research | 149.04 | |
| 02/28/25 | Westlaw Research | 330.98 | |
| 03/06/25 | Westlaw Research | 398.52 | |
| 04/18/25 | Westlaw charge 3/31/25 $608 | 608.00 | |
| 04/29/25 | West law charge $912.00 4/21/25 | 912.00 | |
| 04/29/25 | West law charge $152.00 4/22/25 | 152.00 | |
| 05/27/25 | Westlaw Research | 164.16 | |
| 05/27/25 | Westlaw Research | 164.16 | |
| 05/27/25 | Westlaw Research | 1,922.94 | |
| 05/28/25 | Westlaw invoice 5/7/25 393059.00001 | 304.00 | |
| 05/27/25 | Westlaw Research | 164.16 | |

| | | | | |
|---|---|---|---|---|
| 393059 | Akorn Operating Company LLC- Avoidance A | | Invoice | 4435136 |
| 00002 | Expenses | | | Page: 3 |
| 06/26/25 | | | | |

| | | | |
|---|---|---|---|
| 05/27/25 | Westlaw Research | | 164.16 |
| 05/27/25 | Westlaw Research | | 10.89 |
| | | Total Westlaw Legal Research | 5,743.09 |

                          CURRENT EXPENSES    102,035.24

                TOTAL AMOUNT OF THIS INVOICE    102,035.24

                    REMAINING TRUST BALANCE    0.00