# EXHIBIT D

**Certification of Evan T. Miller**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATION OF EVAN T. MILLER IN SUPPORT OF THE FOURTH INTERIM (CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM <u>NOVEMBER 12, 2024 THROUGH JUNE 30, 2025</u>**

I, Evan T. Miller, declare under the penalty of perjury that:

1. I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as special counsel to George L. Miller, chapter 7 trustee (the "**Chapter 7 Trustee**") for the estates of the above-captioned debtors.

2. I am familiar with the work performed by Saul Ewing on behalf of the Chapter 7 Trustee.

3. I have read the foregoing Fourth Interim (Contingent) Fee Application Of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 through June 30, 2025 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4.I hereby certify that the Fourth Interim Fee Application complies with the applicable provisions of the Supplemental Retention Order, Bankruptcy Code, the Bankruptcy Rules and Del. Bankr. L.R. 2016-2.

Dated: July 3, 2025

*/s/ Evan T. Miller*
EVAN T. MILLER