**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, special counsel to George L. Miller, the duly appointed chapter 7 trustee (the "**Trustee**") for the estates of the above-captioned debtors (collectively, the "**Debtors**"), hereby certify that on July 3, 2025, the *Motion to Limit Service of Notice Regarding Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 through June 30, 2025* (the "Motion") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF").

Notice of filing the Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned chapter 7 cases.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
(302) 421-6800
evan.miller@saul.com