# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE REGARDING
## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
## JULY 10, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on July 8, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 at 11:00 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: July 8, 2025  
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*  
John T. Carroll, III (DE No. 4060)  
1201 N. Market Street  
Suite 1001  
Wilmington, DE  19801  
(302) 295-2028 Phone  
(302) 295-2013 Fax No.  
jcarroll@cozen.com

*Counsel to George L. Miller,  
Chapter 7 Trustee*