# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Akorn Holding Company LLC, et al. | ) Case Number: 23-10253 |
| | ) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Pride Chemical (Alcohol) - Remit</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

Pride Chemical (Alcohol) – Remit
211 Randolph Avenue
Avenel, NJ 07001

Phone:  <u>732-499-0125</u>
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>TRC MASTER FUND LLC</u>
<u>as Assignee of Pride Chemical (Alcohol) - Remit</u>
Name of Transferor

Court Claim # (if known): <u>314-1</u>
Amount of Claim: <u>USD$18,351.14</u>
Date Claim Filed: <u>6/21/2023</u>

Phone: <u>516-255-1801</u>

Name and Current Address of Transferor:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                   Date: <u>July 10th, 2025</u>

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
        District of Delaware
        Attention: Clerk

AND TO: Akorn Operating Company LLC, et al.
        Case Number: 23-10255 (the "Debtor")
        (Jointly administered under Akorn Holding Company LLC, et al. Case Number: 23-10253)

Claim # 314-1

**TRC MASTER FUND LLC (as assignee of Pride Chemical (Alcohol) – Remit)**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pride Chemical (Alcohol) – Remit
211 Randolph Avenue
Avenel, NJ 07001

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$18,351.14** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 26 DAY OF June, 2025.

ASSIGNOR: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

ASSIGNEE: Pride Chemical (Alcohol) – Remit

_____
(Signature)

~~Terrel Ross~~ PHILIP BOSCO
(Print Name)

~~Managing Member~~ Vice President Finance
(Title)

| | | | |
|---|---|---|---|
| Creditor: (17810368) TRC MAster Fund LLC Attn Terrel Ross PO BOX 663 Woodmere, NY 11598 History | History Claimant | **Claim No: 314** Original Filed Date: 06/21/2023 Original Entered Date: 06/21/2023 | Status: Filed by: CR Entered by: EPOC Filer Modified: |

Amount claimed: $18351.14

*History:*

Details  314-1  06/21/2023  Claim #314 filed by TRC MASTER FUND LLC, Amount claimed: $18351.14 (EPOC Filer)

  98  07/25/2023  Transfer/Assignment of Claim. Fee Amount $26 Transfer Agreement 3001 (e) 2 Transferor: PRIDE CHEMICAL (ALCOHOL) - REMIT (Claim No. 314) To TRC MAster Fund LLC. Filed by TR Capital Management LLC. (Ross, Terrel)

*Description:*

Remarks: (314-1) Account Number (last 4 digits):8016