# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | (*jointly administered*) |
| AKORN HOLDING COMPANY, LLC, *et al.*, | : | Case No. 23-10253 (KBO) |
| Debtors.[1] | : | |

I certify that on June 23, 2025, I caused to be served a copy/copies of the Motion of George L Miller, Chapter 7 Trustee of Team Systems International, LLC to Approve Settlement Agreement with McGuireWoods LLP electronically via ECF on those parties registered and via first class United States mail (postage prepaid) to the persons listed on the attached sheet.

Dated: July 11, 2025

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Michael H. Moody Law, P.A.
c/o Michael Moody, Esq.
1881-A Northwood Center Blvd
Tallahassee, FL 32303

Kasen & Kasen, P.C.
c/o Jenny R. Kasen, Esq.
Society Hill Office Park
1874 E. Marlton Pike, Suite 3
Cherry Hill, NJ 08003

ROBINSON & COLE LLP
Curtis J. Crowther
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801

J. Zachary Balasko
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

LAW OFFICE OF CABOT CHRISTIANSON, P.C.
Cabot Christianson, Esq.
911 West 8th Ave., Suite 201
Anchorage, AK 99501

HIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr.
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

David E. Wilks
WILKS LAW LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805

David E. Wilks
WILKS LAW LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805

1
**SERVICE LIST**
Margaret Fleming England, Esq.
Ronald S. Gellert, Esq.
Bradley P. Lehman, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N Orange Street, Suite 300
Wilmington, DE 19801

David W. Carickhoff, Esq.
Bryan J. Hall, Esq.
Alan Michael Root, Esq.
Chipman Brown Cicero & Cole, LLP
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

Adam D. Cole, Esq.
Chipman Brown Cicero & Cole, LLP
501 Fifth Avenue,15th Floor
New York, NY 10017

Linda J. Casey
Office of United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Richard L. Schepacarter
Office of the United States Trustee
 U. S. Department of Justice
844 King Street, Suite 2207 Lockbox #35
Wilmington, DE 19801