**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 7 |
| | : | (*jointly administered*) |
| | : | |
| AKORN HOLDING COMPANY, LLC, *et al.*, | : | Case No. 23-10253 (KBO) |
| | : | |
| | : | |
| Debtors.[1] | : | |

### CERTIFICATE OF NO OBJECTION

On June 23, 2025, George L. Miller, Chapter 7 Trustee, filed his Motion of George L Miller, Chapter 7 Trustee of Team Systems International, LLC to Approve Settlement Agreement with McGuireWoods LLP (the "Motion") [D.I. 633].   Responses to the Motion were to be filed and served no later than July 9, 2025.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion has been received. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Dated: July 11, 2025
     Wilmington, Delaware

CIARDI CIARDI & ASTIN

*/s/ John D. Mclaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, Delaware 19801
(302) 658-1100 telephone
(302)658-1300 facsimile
jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
(*Admitted pro hac vice*)
Walter W. Gouldsbury III, Esquire
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel for Chapter 7 Trustee*

2