**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.² | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Hearing Date: August 15, 2025 at 10:00 a.m. ET<br>Obj. Deadline: July 28, 2025 at 4:00 p.m. ET |

**FIRST INTERIM APPLICATION OF CIARDI CIARDI & ASTIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM DECEMBER 16, 2024 THROUGH MAY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Ciardi Ciardi & Astin |
| Authorized to Provide Professional Services to: | George L. Miller, Chapter 7 Trustee |
| Date of Retention: | Order Entered February 4, 2025 *nunc pro tunc* to December 16, 2024 |
| Period for which compensation and reimbursement is sought: | December 16, 2024 through May 31, 2025 |
| Total amount of compensation sought as actual, reasonable and necessary: | $124,946.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $13,293.84 |

This is an: X interim __ final application

This is Ciardi Ciardi & Astin's first interim fee application filed in this jointly administered chapter 7 case.

---

² The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

## Summary of Ciardi Ciardi & Astin's Fee Applications

| Filing Date/Docket No. | Period | Fees Requested | Expenses Requested | Order Date/ Docket No. | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| 7/14/25 [TBD] | 12/16/24 – 5/31/25 | $124,946.50 | $13,293.84 | TBD | TBD | TBD |

**Timekeeper Summary**

| Name | Title | Background | Rate | Hours | Total |
|---|---|---|---|---|---|
| John D. McLaughlin, Jr. | Partner | Member of PA and DE bar. Area of concentration: Bankruptcy. Member of PA Bar since 1985. Member of DE bar since 2001. | $675.00 | 6.7 | $4,522.50 |
| Walter W. Gouldsbury III | Of Counsel | Joined firm in 2018. Member of the NY bar since 2004. Member of the CA bar since 2005. Member of the PA bar since 2014. Member of NJ bar since 2014. Area of Concentration: Bankruptcy and Litigation | $575.00 | 8.4 | $4,830.00 |
| Albert A. Ciardi III | Partner | Member of PA and NJ bar since 1991. Member of FL bar since 1992. Areas of Expertise: Bankruptcy, Commercial Transactions and Litigation. | $675.00 | 102.00 | $68,850.00 |
| Jennifer Cranston McEntee | Partner | Member of PA bar, NJ bar, and NY bar. Area of Concentration: Bankruptcy and Litigation | $535.00 | 79.9 | $42,746.50 |
| Daniel S. Siedman | Associate | Member of PA and NJ bar. Area of Concentration: Litigation | $475.00 | 8.1 | $3,847.50 |
| Sonali Dashi | Associate | | $300.00 | .5 | $150.00 |

**Blended Rate:     $539.17**

**Project Category Summary 28.7**

| Project Category | Task Code | Hours | Amount |
|---|---|---|---|
| Litigation | LIT | 204.30 | $122,474.00 |
| Retention/Fee App | FA | 4.3 | $2,472.50 |
|  |  |  |  |
| **Total** | | **208.60** | **$124.946.50** |

**Expense Category Summary**

| Expense Category | Amount |
|---|---|
| Courier (Parcels) | $3,032.28 |
| Postage | $106.76 |
| Filing Fees | $10,150.00 |
| Copying | $4.80 |
| **Total** | **$13,293.84** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Hearing Date: August 15, 2025 at 10:00 a.m. ET<br><br>Obj. Deadline: July 28, 2025 at 4:00 p.m. ET |

**FIRST INTERIM APPLICATION OF CIARDI CIARDI & ASTIN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD FROM DECEMBER 16, 2024 THROUGH MAY 31, 2025**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Ciardi Ciardi & Astin ("CC&A") hereby requests (the "Application") interim approval of compensation for its fees for professional legal services rendered as special counsel to George L. Miller, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned jointly administered debtors (collectively, the "Debtors"), in the amount of $124,946.50, together with reimbursement for actual and necessary expenses incurred in the amount of $13,293.84, for the period beginning December 16, 2024 through and including May 31, 2025 (the "Application Period"). In support of this Application, CC&A represents as follows:

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**Background**

1.  On February 23, 2023 (the "Petition Date"), the Debtors commenced their cases by filing a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code").

2.  The Trustee was subsequently appointed, and his appointment remains in effect.

3.  On February 4, 2025, the Court entered the *Order Approving Application to Employ and Retain Ciardi Ciardi and Astin as Special Counsel to the Chapter 7 Trustee, Nunc Pro Tunc to December 16, 2024* [D.I. 1039].

**Jurisdiction and Venue**

4.  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief requested herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

**Relief Requested**

5.  CC&A submits this Application pursuant to sections 330 and 331 of the Bankruptcy Code.  All services for which compensation is requested were performed for, or on behalf of, the Trustee.

6.  This Application is the first interim application filed by CC&A in this case.  In connection with the professional services described below, by this Application, CC&A seeks compensation accrued during the Application Period in the amount of $124,946.50 and expense reimbursement in the amount of $13,293.84.  Attached hereto as **Exhibit A** is a detailed statement of services provided and expenses incurred during the Application Period supporting $124,946.50 in compensation and $13,293.84 in reimbursement.

**Summary of Services**

7. Given the nature and value of the services provided by CC&A to the Trustee as described herein, the interim amounts sought under this Application are fair and reasonable pursuant to section 330 of the Bankruptcy Code.

8. CC&A received no payment and no promises for payment from any source for services rendered in connection with this case other than in accordance with the Bankruptcy Code. There is no agreement or understanding between CC&A and any other person (other than members of CC&A) for the sharing of compensation to be received for the services rendered in this case.

9. In general, pursuant to the Retention Order, the services that CC&A rendered as special counsel to the Trustee included prosecuting certain preferential transfer actions as directed by the Trustee.

10. The legal services rendered by CC&A during the Application Period have been provided with as little duplication of effort as possible and are detailed in Exhibit A (i) chronologically, (ii) by professional, and (iii) by project category.

**Amounts Requested**

11. For the Application Period, CC&A submits that the reasonable value of the professional services, as detailed in Exhibit A, rendered on behalf of the estate during the period covered by this Application is $124,946.50, and therefore requests that the Court approve such amount on an interim basis and permit the Trustee to pay such funds.

12. Also, for the Application Period, CC&A requests interim reimbursement of 100% of the actual expense it has incurred on behalf of the estate during the period covered by this Application in the sum of $13,293.84, the details of which are submitted herewith in Exhibit A.

13. Pursuant to Local Rule 2016-2, CC&A represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

(a) Copying, printing and scanning charges are $0.10 per page for which charge is reasonable and customary in the legal industry representing costs of copy materials, acquisition, maintenance, storage and operation of copy machines and printers, together with a margin for recovery of lost expenditures. In addition, CC&A often utilizes outside copier services for high volume projects, and this Application may seek the recovery of those costs.

(b) Incoming facsimiles are not billed. Out-going facsimiles are billed at the rate of $0.25 per page. The cost represents operator time, the maintenance of several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of lost expenditures. Toll telephone charges are not billed. In addition, CC&A utilizes the services of a carrier for high volume, multiple-destination fax transactions, and this Application may seek the recovery of those costs.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested for compensation are fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services in non-bankruptcy cases.

15. CC&A has reviewed the requirements of Local Rule 2016-2, and this Application and the exhibit(s) attached hereto comply with Local Rule 2016-2.

16. A copy of this Application has been sent to the Office of the United States Trustee and the Trustee, and notice of this Application has been sent to all parties requesting notice pursuant to Bankruptcy Rule 2002. CC&A requests that no further notice be required.

WHEREFORE, CC&A respectfully requests interim approval of CC&A's fees in the amount of $124,946.50 and expenses in the amount of $13,293.84 for the Application Period.

Dated: July 14, 2025  
Wilmington, Delaware

**CIARDI, CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin

1204 N. King Street
Wilmington, DE  19801
Telephone:  484-437-2676
Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Special Counsel to  Chapter 7 Trustee*