**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Hearing Date: August 15, 2025 at 10:00 a.m. ET<br>Obj. Deadline:  July 28, 2025 at 4:00 p.m. ET |

**<u>NOTICE OF APPLICATION</u>**

PLEASE TAKE NOTICE that on July 14, 2025, Ciardi Ciardi & Astin, special counsel to George L. Miller, the chapter 7 trustee for the estate of the above-captioned debtor, filed its **First Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period from December 16, 2024 through May 31, 2025** (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by, the undersigned counsel on or before **<u>July 28, 2025 at 4:00 p.m. (Eastern Time)</u>**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Application may be held before the Honorable Karen B. Owens in the Bankruptcy Court, 824

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801, on **August 15, 2025 at**

**10:00 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection to the Application is timely filed

in accordance with the above procedures, the Bankruptcy Court may enter an Order granting the

relief sought in the Application without further notice or hearing.

Dated: July 14, 2025
Wilmington, Delaware

**CIARDI, CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801
Telephone:  484-437-2676
Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Special Counsel to  Chapter 7 Trustee*