# EXHIBIT A

**Professional Fees**

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2025 | AC | review of docket and settlement agreement re voidable transfer claims | 1.00 | $675.00 |
| 01/06/2025 | JM | Review of Demand Letters and Summary of Attorney and Conflict Preference cases received from John Carroll. | 3.60 | $1,926.00 |
| 01/06/2025 | JM | Review of Arent Fox and YCST responses to Trustee Demand Letters. | 0.20 | $107.00 |
| 01/06/2025 | JM | Drafting Preference Litigation-Settlement Chart using template provided by AC3. | 1.30 | $695.50 |
| 01/08/2025 | JM | Drafting Arent Fox Pref. Complaint for AC3 review. | 3.80 | $2,033.00 |
| 01/11/2025 | AC | review and revise draft complaint | 1.50 | $1,012.50 |
| 01/13/2025 | JM | Incorporating AC3 comments into draft Complaint. | 0.30 | $160.50 |
| 01/15/2025 | JDM | Review and approve for filing retention application of CCA | 0.10 | $67.50 |
| 01/15/2025 | WG | Finalization of retention package and attention to filing. | 0.70 | $402.50 |
| 01/19/2025 | AC | review of backup on preference demands, counsel demand issues, | 3.00 | $2,025.00 |
| 01/20/2025 | JM | Revising AKORN for Pref. Complaint and meeting with AC3 and SF re: chart maintenance | 1.30 | $695.50 |

| | | | | |
|---|---|---|---|---|
| | | and roll out of Complaints. | | |
| 01/20/2025 | JM | Drafting Miller v. Young Conaway Adv. Complaint | 1.50 | $802.50 |
| 01/20/2025 | JM | Drafting Miller v. Abbott Laboratoires Adv. Complaint. | 1.50 | $802.50 |
| 01/20/2025 | JM | Drafting Miller v. Ascension Health Alliance Adv. Complaint. | 1.50 | $802.50 |
| 01/20/2025 | JM | Drafting Miller v. AT&T Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Miller v. Jackson Lewis PC Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Miller v. Malik & Popiel PC Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Miller v. Pachulski Stang Adversary Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Miller v. Sills Cummis Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Pestalozzi Attorneys at Law Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | JM | Drafting Miller v. Willkie Farr Adv. Complaint. | 1.50 | $802.50 |
| 01/21/2025 | AC | reseach on updates to OC defense and trustee diligence | 2.50 | $1,687.50 |
| 01/22/2025 | JM | Drafting Miller v. Young Conaway Adv. Complaint. | 1.50 | $802.50 |
| 01/25/2025 | AC | update preference analysis on attorneys and accountants | 3.00 | $2,025.00 |
| 01/27/2025 | JM | Reviewing M3 Advisory Partners file from G. Miller and drafting demand letter for AC3 review. | 1.00 | $535.00 |

| 01/27/2025 | JM | Drafting Miller v. Commonwealth Edison Company Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
|---|---|---|---|---|
| 01/27/2025 | JM | Drafting Miller v. E&Y Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/27/2025 | JM | Drafting Miller v. Motion Industries Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/27/2025 | JM | Drafting Miller v. Sam's Club Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/27/2025 | JM | Drafting Miller v. SPECGX Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/27/2025 | JM | Drafting Miller v. Waste Management Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/27/2025 | JM | Drafting Miller v. Willis Towers Watson Adv. Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/28/2025 | JM | Updating AKORN Preference Chart with E&Y attorney contact information. | 0.10 | $53.50 |
| 01/28/2025 | JM | Updating AKORN Preference chart with Willkie Farr attorney contact information. | 0.10 | $53.50 |
| 01/28/2025 | JM | Reviewing correspondence from G. Miller re: preparation of binder of AKORN draft preference complaints. | 0.10 | $53.50 |
| 01/28/2025 | JM | Preparing Dropbox for client of completed AKORN | 1.00 | $535.00 |

| | | | | |
|---|---|---|---|---|
| | | preference complaints and demand letters. | | |
| 01/28/2025 | JM | Drafting Miller v. M3 Adversary Complaint and Exhibit A. | 1.50 | $802.50 |
| 01/28/2025 | JM | Reviewing Return of Retainer Demand letters for Sills, Arent Fox and M3. | 0.30 | $160.50 |
| 01/28/2025 | JM | Reviewing Arent Fox settlement offer and updating case chart. | 0.20 | $107.00 |
| 01/28/2025 | AC | review of and revise complaints and preference chart | 2.50 | $1,687.50 |
| 01/28/2025 | AC | review of records related to E&Y prefernce demand | 2.00 | $1,350.00 |
| 01/28/2025 | AC | review of Arent Fix demand and response and documents to preparre for discussion with counsel | 1.50 | $1,012.50 |
| 01/28/2025 | AC | call with counsel to AF re settlement discussions | 0.40 | $270.00 |
| 01/29/2025 | AC | call with E&Y, further review of E&Y backup, communications with Trustee re settlement offer | 1.70 | $1,147.50 |
| 01/31/2025 | AC | review backup received on immigration firm bills and demand letter | 1.50 | $1,012.50 |
| 02/01/2025 | AC | review of motion for settlement procedures | 1.40 | $945.00 |
| 02/03/2025 | JDM | Review and approve for filing CNO for CCA retention application. | 0.10 | $67.50 |

| 02/03/2025 | WG | Preparation of retention application package. | 2.30 | $1,322.50 |
| --- | --- | --- | --- | --- |
| 02/05/2025 | AC | conference with counsel to EY re settlement discussions | 0.50 | $337.50 |
| 02/05/2025 | WG | Preparation of CNO and agenda cancelling hearing | 1.30 | $747.50 |
| 02/06/2025 | JM | Reviewing and revising Tate & Lyle Complaint as well as Kelly Ingredients Complaint for AC3 review. | 1.00 | $535.00 |
| 02/06/2025 | JM | Updating AKORN Spreadsheet with 2 new cases received from Saul Ewing. | 0.30 | $160.50 |
| 02/06/2025 | JM | Drafting EY Settlement Agreement. | 0.80 | $428.00 |
| 02/06/2025 | AC | review of a/r statements and call with J reynold | 0.40 | $270.00 |
| 02/06/2025 | AC | call with E&Y re settlemtn | 0.50 | $337.50 |
| 02/07/2025 | JM | Drafting from AR Complaint for AKORN. Process CVS and Walmart matters internally and download files from MCT. | 5.00 | $2,675.00 |
| 02/09/2025 | AC | corr to YCST on billing records | 0.40 | $270.00 |
| 02/10/2025 | JM | Reviewing CVS and Walmart files and meeting with AC3. | 2.00 | $1,070.00 |
| 02/10/2025 | AC | review of CVS and Walmart contracts and invoices | 5.00 | $3,375.00 |
| 02/11/2025 | JM | Updating preference spreadsheet re: filing complaints, contact information and service. | 1.50 | $802.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/11/2025 | AC | additional research and review on CVS and Walmart contracts | 3.50 | $2,362.50 |
| 02/11/2025 | AC | review of preference actions and filing | 0.50 | $337.50 |
| 02/12/2025 | AC | review complaint on accounts and contracts | 5.00 | $3,375.00 |
| 02/14/2025 | AC | review of Wilke Farr account review and backup | 1.00 | $675.00 |
| 02/14/2025 | AC | review of ATT preference defense analysis | 1.00 | $675.00 |
| 02/17/2025 | JM | Drafting Miller v. CVS AR Complaint. | 3.00 | $1,605.00 |
| 02/17/2025 | AC | review draft a/r complaint on CVS, review POC and revise | 1.50 | $1,012.50 |
| 02/18/2025 | AC | review and revise CVS complaint | 2.50 | $1,687.50 |
| 02/18/2025 | AC | review and revise Walmart complaint | 2.00 | $1,350.00 |
| 02/18/2025 | AC | finalize complaints v Abbott, Tate and Lyle and Kerry Ingredients | 1.50 | $1,012.50 |
| 02/18/2025 | AC | draft settlement letter on E&Y | 0.50 | $337.50 |
| 02/18/2025 | AC | draft settlement letter on Arent Fox | 0.50 | $337.50 |
| 02/19/2025 | AC | draft form fraudulent transfer complaint under 548 and 544, review of Ill statutes and research | 4.50 | $3,037.50 |
| 02/19/2025 | AC | review backup information and file on insider transfer cases | 3.00 | $2,025.00 |
| 02/19/2025 | AC | corr with E&Y on resolution | 0.50 | $337.50 |
| 02/19/2025 | AC | review of YCST invoices and backup and prepare recommendation to Trustee | 1.00 | $675.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/19/2025 | AC | revise a/r complaints for filing (Walmart and CVS) | 2.00 | $1,350.00 |
| 02/20/2025 | DS | Review and Revise Avoidance Complaints | 5.00 | $2,375.00 |
| 02/20/2025 | JDM | Memo from LD Jones and memo to AAC III, re - potential release of claim in cash collateral order | 0.10 | $67.50 |
| 02/20/2025 | AC | draft of RSU complaint | 4.50 | $3,037.50 |
| 02/20/2025 | JM | research on fraudulent transfer and employee claims for RSU and comp complaints | 5.00 | $2,675.00 |
| 02/20/2025 | JM | revsiions to compensation complaints | 3.00 | $1,605.00 |
| 02/20/2025 | AC | review of insider charts as exhibits for complaints on RSU and comp | 0.50 | $337.50 |
| 02/20/2025 | AC | call with Trustee re complaints | 0.40 | $270.00 |
| 02/20/2025 | AC | review comments of W Homony to complaints | 0.50 | $337.50 |
| 02/21/2025 | DS | Revise and Finalize Complaints for RSU Bonuses and Comp | 2.50 | $1,187.50 |
| 02/21/2025 | JDM | Call from John T, Carroll re - confidential address in certain complaints | 0.10 | $67.50 |
| 02/21/2025 | JDM | Memo to L. D. Jones re - potential dismissal of complaint | 0.10 | $67.50 |
| 02/21/2025 | JDM | Review docket and D.I. 94, Sealing Order | 0.20 | $135.00 |
| 02/21/2025 | JDM | Call to D. Seidman and S. Frizlen re - addressing | 0.20 | $135.00 |

| | | | | |
|---|---|---|---|---:|
| | | amendment of complaints | | |
| 02/22/2025 | JDM | Memo to D. Seidman and W. Gouldsbury re - prep of sealing motion. | 0.10 | $67.50 |
| 02/24/2025 | JDM | Review and edit draft sealing motion. | 0.20 | $135.00 |
| 02/25/2025 | DS | Review of Mtn to Seal and draft correspondence to Walter w/ Revisions | 0.20 | $95.00 |
| 02/25/2025 | DS | Review of Mtn to Seal | 0.20 | $95.00 |
| 02/25/2025 | JDM | Review and approve final sealing motion and PFO; memo to team re - effectuating service. | 0.20 | $135.00 |
| 02/25/2025 | WG | Preparation of ex parte motion to redact | 3.60 | $2,070.00 |
| 02/25/2025 | AC | call with W Homony re comp claim resolutions | 0.40 | $270.00 |
| 02/25/2025 | AC | review of confidential sealing motion | 0.50 | $337.50 |
| 02/25/2025 | AC | review of POCs of officers for analysis of resolutions | 1.00 | $675.00 |
| 02/26/2025 | WG | Finalization of ex parte motion to redact and attention to filing. | 0.50 | $287.50 |
| 02/27/2025 | AC | review and revise comp and RSU complaints | 3.50 | $2,362.50 |
| 02/28/2025 | JM | Reviewing Willkie Farr invoices and backup for defense to preference complaint; meeting with AC3 re: same. | 2.00 | $1,070.00 |
| 02/28/2025 | JDM | Call from chambers re - how to reflect withdrawals on main case docket | 0.10 | $67.50 |

| 03/03/2025 | JM | Meeting with AC3 re: settlements/status. | 0.50 | $267.50 |
| --- | --- | --- | --- | --- |
| 03/10/2025 | AC | call with Trustee re Hilsinger | 0.40 | $270.00 |
| 03/10/2025 | AC | review corr from counsel to Hilsinger re setoffs | 0.40 | $270.00 |
| 03/11/2025 | AC | corr with counsel to Kerry re Answer deadline | 0.40 | $270.00 |
| 03/12/2025 | JDM | Call from Marcos Ramos, RL&F, re - status of summonses (multiple defendants). | 0.10 | $67.50 |
| 03/13/2025 | JDM | Call from and call to Jesse Noah, Esq., Potter Anderson, re - status of summons in Walmart suit | 0.10 | $67.50 |
| 03/13/2025 | JDM | Review and approve extension stipulation for AT&T suit | 0.10 | $67.50 |
| 03/13/2025 | JDM | Review Walmart docket and complaint (.1); Confer with S. Frizlen re - prep and service of summonses (.3) | 0.40 | $270.00 |
| 03/13/2025 | JDM | Review and approve E&Y 9019 Motion for Filing | 0.10 | $67.50 |
| 03/17/2025 | JDM | Memo to S. Frizlen & W. Gouldbury re - serving copy of complaints with summonses (.1); Call to S. Frizlen re - service procedures and filing of returns of service (.1). | 2.10 | $1,417.50 |
| 03/17/2025 | JM | Review and respond to email from E. Miller re: Second Notice of Settlements/Arent Fox. | 0.30 | $160.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/2025 | JM | Reviewing proposed Sweeney Settlement terms. | 0.20 | $107.00 |
| 03/17/2025 | JM | Reviewing preference spreadsheet re: update from S. Frizlen/service of amended complaints. | 0.20 | $107.00 |
| 04/01/2025 | AC | call with counsel to D&O on answer dates | 0.40 | $270.00 |
| 04/02/2025 | AC | corr with counsel to CVS re Answer | 0.40 | $270.00 |
| 04/07/2025 | AC | review of documents from Com Ed and WFG | 0.50 | $337.50 |
| 04/08/2025 | AC | call with L Jones re PSZJ complaint and release | 0.50 | $337.50 |
| 04/11/2025 | AC | review documents provided by PSZJ on pref complaint | 0.80 | $540.00 |
| 04/11/2025 | JM | Reviewing Kerry Ingredients Answer to Complaint. | 0.50 | $267.50 |
| 04/11/2025 | JM | Updating Preference Spreadsheet to include recent dismissals and settlements. | 0.40 | $214.00 |
| 04/15/2025 | JDM | Rerply to opposing counsel re - extension of time to answer for Walmart and Sam's; Review/approve draft stipulations | 0.20 | $135.00 |
| 04/15/2025 | JDM | Review memo from opposing counsel for Hilsinger re - 30 day extension to answer; email exchange with AAC re - same. | 0.20 | $135.00 |
| 04/16/2025 | JDM | Confer with S Frizlen re - processing of returns | 0.20 | $135.00 |

| | | | | |
|---|---|---|---|---|
| | | of service of summonses . | | |
| 04/18/2025 | AC | review discovery requests and set up process | 1.00 | $675.00 |
| 04/18/2025 | JDM | Respond to counsel (Mr, Garner) for M3 Partners LP | 0.10 | $67.50 |
| 04/21/2025 | AC | call with J Teele re Sills Cummis | 0.40 | $270.00 |
| 04/21/2025 | AC | review defenese of PSZJ and prior orders | 1.00 | $675.00 |
| 04/21/2025 | JDM | Memo to AAC re - Willkie Farr defense letter | 0.10 | $67.50 |
| 04/22/2025 | JDM | Respond to counsel for Jackson Lewis re - 20 day extension to answer; Memo to WWG re - prep of stipulation for same | 0.20 | $135.00 |
| 04/22/2025 | JDM | Review memo re - extension of time to answer to 5/16 for Malek & Popich | 0.10 | $67.50 |
| 04/23/2025 | AC | review Sills Cummis backup and file | 1.00 | $675.00 |
| 04/23/2025 | JM | Reviewing Defendants' analysis/defenses in Adv. Pro. Nos. 25-50381, 25-50382 and 25-50384 and reviewing the same with AC3. | 2.00 | $1,070.00 |
| 04/23/2025 | JM | Reviewing Bain et al. defense analysis in Adv. Pro. No. 25-50367. | 2.00 | $1,070.00 |
| 04/23/2025 | AC | review of defense analysis for all three director and officer cases | 3.50 | $2,362.50 |
| 04/23/2025 | AC | review Wilkie Farr Answer | 1.00 | $675.00 |
| 04/23/2025 | AC | review WM corp services answer | 1.00 | $675.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/2025 | JM | Reviewing Sweeney/Kaufman defense analysis in Adv. Pro. 25-50380 and 25-50383. | 2.00 | $1,070.00 |
| 04/24/2025 | AC | review defense analysis in Malik and ComEd and exchange offers | 1.50 | $1,012.50 |
| 04/28/2025 | JDM | Review/approve notice of vol;untary dismissal (Pachulski) | 0.10 | $67.50 |
| 04/30/2025 | JDM | Review memo from Hilsinger counsel re - defenses and forward to AAC for consideration. | 0.10 | $67.50 |
| 04/29/2025 | JM | Drafting Interrogatories and Requests for Production | 5.00 | $2,675.00 |
| 05/01/2025 | JM | Drafting substitution of counsel in Ametek Adv. Pro. | 0.50 | $267.50 |
| 05/01/2025 | JM | Filing and serving substitution of counsel in Ametek Adv. Pro. | 0.40 | $214.00 |
| 05/01/2025 | JDM | Review and approve notice of substitution of counsel. | 0.10 | $67.50 |
| 05/01/2025 | JM | Revised discovery | 4.90 | $2,621.50 |
| 05/02/2025 | AC | revise draft discovery | 1.00 | $675.00 |
| 05/02/2025 | AC | review of procedures motion | 1.00 | $675.00 |
| 05/03/2025 | AC | review defenses asserted by HILCO to a/r complaint | 1.00 | $675.00 |
| 05/03/2025 | AC | review of Walmart file regarding issues raised by counsel, communicate with trustee | 0.80 | $540.00 |
| 05/05/2025 | AC | call with trustee re Walmart | 0.40 | $250.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/2025 | AC | corr with counsel to Walmart re a/r case | 0.40 | $250.00 |
| 05/05/2025 | AC | revie wof Winter Prod claim and prepare to substitute in | 0.40 | $250.00 |
| 05/06/2025 | JM | Reviewing and approving Winter Bros. Adv. Substitution of Counsel | 0.20 | $107.00 |
| 05/06/2025 | JM | Reviewing and revising application to extend time to file schedules. | 0.50 | $267.50 |
| 05/06/2025 | JM | Reviewing WM Corporate Services Answer with Affirmative Defenses in Adv. Pro. 25-50189. | 1.70 | $909.50 |
| 05/06/2025 | SD | notice of substitution - winter bros | .2 | $60.00 |
| 05/06/2025 | SD | email to Evan Miller for Notice of Sub | 0.20 | $60.00 |
| 05/06/2025 | JDM | [Winter Bros. Hauling] review return of service (.1); review and approve substitution of counsel; for filing (.1) | 0.20 | $135.00 |
| 05/07/2025 | JDM | [Walmart/Sam's] Call from Andrew Moshos re - further extension of time to file answer (.1); Memo to AAC re - Same (.1) | 0.20 | $135.00 |
| 05/07/2025 | JDM | [Willkie Farr] Memo to AAC re - pretrial conference status/meet and confer preparation. | 0.10 | $67.50 |
| 05/08/2025 | JDM | [Willkie Farr] Call from AAC re - pretrial conference | 0.10 | $67.50 |
| 05/08/2025 | JDM | Memo to Kari Coniglio re - meet | 0.10 | $67.50 |

| | | | | |
|---|---|---|---|---|
| | | and confer with AAC | | |
| 05/12/2025 | AC | call with Trustee re discovery | 0.40 | $250.00 |
| 05/13/2025 | SD JM | Finalize all discovery | 5.00 | $2,675.00 [$1.175 |
| 05/13/2025 | AC | call with opposing counsel re discovery | 0.40 | $250.00 |
| 05/13/2025 | AC | review of backup from WM and the Board members | 1.00 | $625.00 |
| 05/15/2025 | AC | review of corr from K Coniglio re Hilsinger | 0.50 | $312.50 |
| 5/16/2025 | WG | Preparation of Fee Application | 5.40 | $3,105.00 |
| 05/16/2025 | AC | review of WF documents | 0.50 | $312.50 |
| 05/19/2025 | AC | review and revise discovery | 0.50 | $312.50 |
| 05/20/2025 | JDM | [Individual Defendants] Review and approve extension of time to answer stipulations. | 0.10 | $67.50 |
| 05/21/2025 | AC | corr with A Moshos re meeting with clients re chart | 0.40 | $250.00 |
| 05/21/2025 | AC | corr with K Coniglio re meetingwith clients and Trustee re chart | 0.40 | $250.00 |
| 05/21/2025 | AC | call with J Reynolds re a/r charts for Walmart and HILCO | 0.50 | $312.50 |
| 05/29/2025 | SD | draft discovery COS | 0.10 | $30.00 |
| 05/30/2025 | AC | conf with Trustee acct re Wilkie Farr, WM and Hilsinger | 1.00 | $625.00 |
| 05/30/2025 | AC | call with Trustee re status of collections | 0.50 | $312.50 |
| | | | **Total: 207.2** | **$124,946.50** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| | Copying | $195.60 |
| 01/16/2025 | Parcels, Inc. Invoice #1121490 - Bankruptcy Court e-filing (employment application). | $105.00 |
| 02/04/2025 | Parcels, Inc. Invoice 1124499 - Bankruptcy Court e-filing and Order upload. | $55.00 |
| 02/12/2025 | Filing Fee - 15 Adversary Complaints | $5,250.00 |
| 02/18/2025 | Filing Fee - 3 Adversary Complaints | $1,050.00 |
| 02/18/2025 | Parcels, Inc. Invoice 1127212 - Bankruptcy Court e-filings; 15 Adversary Complaints. | $515.00 |
| 02/19/2025 | Filing Fee - 2 Adversary Complaints | $700.00 |
| 02/20/2025 | Parcels, Inc. Invoice 1127657 - Bankruptcy Court e-filings; Adversary Complaints and service of same. | $168.01 |
| 02/21/2025 | Filing Fee - 7 Adversary Complaints | $2,450.00 |
| 02/21/2025 | Parcels, Inc. Invoice 1127778 - Bankruptcy Court e-filings; Adversary Complaints and service of same (Walmart and CVS). | $204.12 |
| 02/24/2025 | Parcels, Inc. Invoice 1128356 - Bankruptcy Court e-filing; Amended Complaint with Exhibit (Bain, et al.) | $30.00 |
| 02/25/2025 | Parcels, Inc. Invoice 1128501 - Bankruptcy Court Adversary Complaints (5). | $275.00 |
| 02/27/2025 | Parcels, Inc. Invoice 1128996 - Bankruptcy Court e-filing; copying and hand delivery to Judge; Motion to Seal, etc. | $581.30 |
| 02/27/2025 | Parcels, Inc. Invoice 1128998 - Bankruptcy Court e-filings and service of same; (6) Complaints | $409.22 |
| 02/27/2025 | Parcels, Inc. Invoice 1129000 - Bankruptcy Court e-filing Adversary Complaint; service of same (7) parties. | $264.28 |
| 03/05/2025 | Postage | $27.72 |
| 03/17/2025 | Parcels, Inc. #1132156; Bankruptcy Court e-filing. | $49.75 |
| 03/31/2025 | Postage | $12.60 |
| 03/31/2025 | Postage | $48.96 |
| 03/31/2025 | Postage | $16.17 |
| 04/10/2025 | Parcels, Inc. Invoice #1136127 - Bankruptcy Court e-filing; Order upload; CNO filed. | $55.00 |
| 05/05/2025 | Parcels, Inc. Invoice No. 1140240 Bankruptcy Court e-filing re: Notice of Dismissal. | $45.00 |
| 05/06/2025 | Postage | $2.31 |
| 05/19/2025 | Parcels, Inc. Invoice No. 1142554 Bankruptcy Court e-filings (Adversary Proceedings x26) re: continued pretrial conferences. | $780.00 |