IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al*<br><br>　　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING**
**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**JULY 18, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on July 16, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on July 18, 2025 at 10:00 a.m. ET* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated: July 16, 2025
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　COZEN O'CONNOR

By:　*/s/ John T. Carroll, III*
　　　John T. Carroll, III (DE No. 4060)
　　　1201 N. Market Street
　　　Suite 1001
　　　Wilmington, DE  19801
　　　(302) 295-2028 Phone
　　　(302) 295-2013 Fax No.
　　　jcarroll@cozen.com

　　　*Counsel to George L. Miller,*
　　　*Chapter 7 Trustee*