# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** 1432 |

**CERTIFICATION OF NO OBJECTION REGARDING FOURTH INTERIM (CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO THE GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 12, 2024 THROUGH JUNE 30, 2025**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1. On July 3, 2025, the *Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 Through June 30, 2025* [D.I. 1432] (the "**Fee Application**") was filed with the Court.

2. Pursuant to the notice of the Fee Application, objections, if any, to the Fee Application were required to have been filed with the Court and served on the undersigned so as to be received on or before July 17, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. A hearing on the Fee Application is scheduled for August 15, 2025 at 10:00 a.m.

5. Accordingly, the Fee Application may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Fee Application and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 18, 2025  **SAUL EWING LLP**
       Wilmington, Delaware

                                           */s/ Evan T. Miller*
                                           Evan T. Miller (No. 5364)
                                           1201 N. Market Street, Suite 2300
                                           Wilmington, DE 19801
                                           Tel.: (302) 421-6800
                                           Facsimile: (302) 421-6813
                                           E-mail: evan.miller@saul.com

                                           *Special Counsel to George L. Miller, in his capacity as Chapter 7 Trustee*