# EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I.: 1432, _____** |

### ORDER APPROVING MOTION TO LIMIT SERVICE OF NOTICE REGARDING FOURTH INTERIM (CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO THE GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 12, 2024 THROUGH JUNE 30, 2025

Upon consideration of the Motion to Limit Service (the "**Motion**")[2] having been filed regarding the *Fourth Interim (Contingent) Fee Application of Saul Ewing LLP ("Saul Ewing"), Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 through June 30, 2025* (the "**Saul Fourth Interim Fee Application**"), and the Court having reviewed same;

IT IS ORDERED THAT:

1.    The Motion is GRANTED.

2.    Service of the Notice of the Saul Fourth Interim Fee Application shall be made via U.S. First Class Mail to:  (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and addresses appearing in

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors; and (f) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

3.     A complete copy of the Saul Fourth Interim Fee Application shall be made via electronic mail upon: (a) the Trustee and (b) the Office of the United States Trustee.