IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Hearing Date:** August 15, 2025 at 10:00 a.m. (ET)<br>**Objection Date:** August 8, 2025 at 4:00 p.m. (ET) |

### NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S SECOND DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 Trustee for the estates of the above-captioned Debtors (the "Trustee"), has filed the *Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, for approval of the Motion must be made in writing and filed on or before **August 8, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon undersigned counsel for the Trustee so as to be actually received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held before the Honorable Karen B.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Owens, United States Bankruptcy Judge, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE on **August 15, 2025 at 10:00 a.m. (Eastern Time).** Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at the hearing.

**PLEASE TAKE FURTHER NOTICE** if no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter an Order granting the relief requested in the Motion without further notice or a hearing.

Dated: July 24, 2025
Wilmington, DE

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (DE No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*