# EXHIBIT "A"

# PROPOSED SECOND INTERIM DISTRIBUTION TO HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS

LEGAL\79105828\1 6010823/00574256

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 406.1 | AOC | Abraham, Lisha et al on behalf of themselves and al<br>PO BOX 3103<br>Mobile, AL 36652-3103 | $ 8,378,176.36 | $ 1,608,609.86 | 19.20% |
| 254.1 | AOC | Advanced Instruments - Remit<br>Two Technology Way<br>Norwood, MA 02284-5116 | $ 11,654.62 | $ 2,237.69 | 19.20% |
| 26.1 | AOC | AMEC Electric<br>125 Liberty Street<br>Metuchen, NJ 08840 | $ 16,599.38 | $ 3,187.08 | 19.20% |
| 378.1 | AOC | Animal Health International, Inc.<br>1031 Mendota Heights Rd<br>St. Paul, MN 55120−1031 | $ 13,855.62 | $ 2,660.28 | 19.20% |
| 330.1 | AHC | Argo Partners (transferred from EUROAPI US Inc.)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 580,000.00 | $ 111,360.00 | 19.20% |
| 9.1 | AHC | Argo Partners (transferred from Illini Supply, Inc.)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 19,070.53 | $ 3,661.54 | 19.20% |
| 85.1 | AOC | Argo Partners (transferred from ProPharma Group Holdings, LLC)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 363,120.72 | $ 69,719.18 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 15.1 | AHC | Argo Partners (transferred from Qualifyze GMBH)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 22,686.51 | $ 4,355.81 | 19.20% |
| 375.2 | AHC | Argo Partners as Assignee of FS Installation<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 15,700.00 | $ 3,014.40 | 19.20% |
| 378.1 | AHC | Argo Partners as Assignee of IPD Analytics LLC<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | $ 63,536.55 | $ 12,199.02 | 19.20% |
| 349.1 | AOC | ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave NW<br>Washington, DC 20001 | $ 20,367.24 | $ 3,910.51 | 19.20% |
| 31.1 | AHC | ASI TECHNOLOGIES<br>5848 N 95th CT<br>Milwaukee, WI 53225 | $ 84,341.01 | $ 16,193.47 | 19.20% |
| 55.1 | AOC | Aspect Consulting, Inc.<br>JoEllen Zaspel, CEO<br>20109 Valley Forge Road<br>King of Prussia, PA 19406 | $ 43,432.50 | $ 8,339.04 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 339.1 | AOC | Astro Pak Corporation<br>Peggy Ogden<br>270 Baker Street East<br>Suite 100<br>Cota Mesa, CA 92626 | $ 77,827.00 | $ 14,942.78 | 19.20% |
| 176.1 | AHC | Atlantic Scale Company, Inc<br>136 Washington Ave<br>Nutley, NJ 07110 | $ 15,000.00 | $ 2,880.00 | 19.20% |
| 79.1 | AOC | BAF Refrigeration, Inc.<br>80 Knickerbocker Ave<br>Suite 5<br>Bohemia, NY 11716 | $ 70,962.26 | $ 13,624.75 | 19.20% |
| 12.1 | AOC | Bausch + Stroebel Machine Co., Inc.<br>10 Thompson Road<br>Branford, CT 06405 | $ 39,348.54 | $ 7,554.92 | 19.20% |
| 96.1 | AHC | BDO USA, LLP<br>Attn: Jared Schierbaum<br>4250 Lancaster Pike<br>Suite 120<br>Wilmington, DE 19805 | $ 10,300.00 | $ 1,977.60 | 19.20% |
| 18.1 | AOC | Beckman Coulter, Inc.<br>250 S. Kraemer Blvd. A1.SE.02<br>Brea, CA 92821-250 | $ 49,043.36 | $ 9,416.33 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 63.1 | AOC | BlackLine Systems, Inc.<br>21300 Victory Blvd., 12th Floor<br>Woodland Hills, CA 91367 | $ 50,688.00 | $ 9,732.10 | 19.20% |
| 318.1 | AOC | Brittney Turner, CPA, CGMA<br>F.A. Wilhelm Construction Co., Inc.<br>3914 Prospect Street<br>Indianapolis, Indiana 46203 | $ 72,370.00 | $ 13,895.04 | 19.20% |
| 84.1 | AOC | Caerus US 1, Inc.<br>PO BOX 415214<br>Boston, MA 02241−5214 | $ 13,782.00 | $ 2,646.14 | 19.20% |
| 351.1 | AOC | Celgene Corp., a sub. of Bristol Myers Squibb Co.<br>Lowenstein Sandler LLP<br>c/o Philip J. Gross, Esq.<br>One Lowenstein Drive<br>Roseland, NJ 07068 | $ 58,338.00 | $ 11,200.90 | 19.20% |
| 115.1 | AOC | Cintas Corporation<br>A. Eric Van Dalinda<br>Location No. 788<br>1605 Route 300<br>Newburgh, NY 12550 | $ 59,407.86 | $ 11,406.31 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 33.1 | AHC | CIRCULAR EDGE LLC<br>399 Campus Drive<br>Suite 102<br>Somerset, NJ 08873 | $ 156,160.00 | $ 29,982.72 | 19.20% |
| 184.1 | AOC | City of Decatur - Utilities Bill<br>Finance Department<br>PO BOX 2578<br>Decatur, IL 62525-2578 | $ 27,983.07 | $ 5,372.75 | 19.20% |
| 16.1 | AHC | Commonwealth Edison Company<br>1919 Swift Drive<br>Bankruptcy Department<br>Oakbrook, IL 60523 | $ 16,681.29 | $ 3,202.81 | 19.20% |
| 46.1 | AOC | Connor Company<br>PO BOX 5007<br>Peoria, IL 61601−5007 | $ 22,624.56 | $ 4,343.92 | 19.20% |
| 413.1 | AOC | CRG Financial LLC (As Assignee of Kirby Risk Corp.)<br>84 Herbert Ave<br>Building B-Suite 202<br>Closter, NJ 07624 | $ 46,745.55 | $ 8,975.15 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 80.2 | AOC | CRG Financial, LLC (As Assignee of 2nd Watch, Inc.)<br>84 Herbert Ave<br>Building B-Suite 202<br>Closter, NJ 07624 | $ 98,900.00 | $ 18,988.80 | 19.20% |
| 83.2 | AOC | CRG Financial, LLC (As Assignee of Biopharm Recruiting Parnters)<br>84 Herbert Ave<br>Building B-Suite 202<br>Closter, NJ 07624 | $ 11,000.00 | $ 2,112.00 | 19.20% |
| 52.2 | AOC | CRG Financial, LLC (As Assignee of Viticus Group)<br>84 Herbert Ave<br>Building B-Suite 202<br>Closter, NJ 07624 | $ 29,095.00 | $ 5,586.24 | 19.20% |
| 277.1 | AHC | Crown Equipment Corporation<br>Sebaly Shillito + Dyer LPA<br>c/o Robert Hanseman<br>40 N. Main St., Ste. 1900<br>Dayton, OH 45423 | $ 15,087.44 | $ 2,896.79 | 19.20% |
| 178.1 | AHC | DEAN PHARMA CONSULTING LLC<br>6906 Myric Ct<br>Wilmington, NC 28411-6906 | $ 36,025.00 | $ 6,916.80 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 76.1 | AOC | Department of Health Care Services<br>PO BOX 997413<br>M.S. 0010<br>Sacramento, CA 95889 | $ 2,135,857.81 | $ 410,084.70 | 19.20% |
| 136.1 | AOC | Dunker Electric Supply, Inc.<br>1744 N 22nd st<br>Decatur, IL 62526 | $ 10,533.59 | $ 2,022.45 | 19.20% |
| 23.1 | AHC | Enviroclean Janitorial Services, LLC<br>800B Hartle Street<br>Sayreville, NJ 08872 | $ 20,761.88 | $ 3,986.28 | 19.20% |
| 89.1 | AHC | Eurofins Lancaster Laboratories, Inc.<br>Brian A. Wiggins<br>2425 New Holland Pike<br>Lancaster, PA 17601 | $ 89,153.13 | $ 17,117.40 | 19.20% |
| 51.1 | AHC | Eye Consultants of Atlanta, PC<br>Attn: Scott Ferguson<br>3225 Cumberland Blvd SE<br>Ste 900<br>Atlanta, GA 30339 | $ 10,451.64 | $ 2,006.71 | 19.20% |
| 67.1 | AOC | Fair Harbor Capital (as Assignee of Cognex Corporation)<br>PO BOX 237037<br>New York, NY 10023 | $ 13,953.97 | $ 2,679.16 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 102.1 | AOC | Fair Harbor Capital LLC (as Assignee of Amity Vacuum, Inc.) PO BOX 237037 New York, NY 10023 | $ 10,159.26 | $ 1,950.58 | 19.20% |
| 48.1 | AOC | Fair Harbor Capital LLC (as Assignee of Tri Weld Industries, Inc.) PO BOX 237037 New York, NY 10023 | $ 19,167.69 | $ 3,680.20 | 19.20% |
| 369.1 | AOC | Fair Harbor Capital, LLC as Assignee of Datwyler Pharma Packaging Belgium NV PO BOX 237037 New York, NY 10023 | $ 32,990.51 | $ 6,334.18 | 19.20% |
| 336.1 | AOC | Fair Harbor Capital, LLC as Assignee of NAVC PO BOX 237037 New York, NY 10023 | $ 15,000.00 | $ 2,880.00 | 19.20% |
| 123.1 | AOC | Gateway Analytical LLC Irene Hudson, Fabrice Robine 250 North Route 303 Congers, NY 10920 | $ 14,680.00 | $ 2,818.56 | 19.20% |
| 27.2 | AOC | GENERICHEM - REMIT 5 Taft Rd Totowa, NJ 07511-0457 | $ 147,000.00 | $ 28,224.00 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 77.1 | AOC | Hain Capital Investors Master Fund, LTD (transferred from Medical Packaging Inc., LLC) 301 Route 17 North, 7th Floor Rutherford, NJ 07070 | $ 55,125.00 | $ 10,584.00 | 19.20% |
| 16.2 | AOC | HYG Financial Services, Inc. C/O Wells Fargo Vendor Financial Services, LLC Attn.: Kimberly Park 800 Walnut Street Des Moines, IA 50309 | $ 74,991.16 | $ 14,398.30 | 19.20% |
| 21.1 | AHC | Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794-9035 | $ 1,875.20 | $ 360.04 | 19.20% |
| 404.1 | AOC | inVentiv Health Consulting, Inc. John R. Gardner 301 Hillsborough St Suite 1200 Raleigh, NC 27603 | $ 174,035.04 | $ 33,414.73 | 19.20% |
| 3.1 | AIC | Jackson Lewis P.C. 1133 Westchester Ave Ste. S125 West Harrison, NY 10604 | $ 10,673.50 | $ 2,049.31 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 344.1 | AOC | JAF Global Logistics<br>1319 N. Broad Street<br>Hillside, NJ 07205-0000 | $ 5,454.69 | $ 1,047.30 | 19.20% |
| 30.1 | AHC | Jones & Sullivan Enterprises, Inc.<br>2955 N. Dineen Street<br>Decatur, IL 62524 | $ 50,000.00 | $ 9,600.00 | 19.20% |
| 214.1 | AOC | Kamps, Inc.<br>665 Seward Avenue Northwest<br>Suite 301<br>Grand Rapids, MI 49504−665 | $ 36,185.55 | $ 6,947.63 | 19.20% |
| 409.1 | AOC | Kerry, Inc.<br>3400 Millington Road<br>Beloit, WI 53511 | $ 15,046.48 | $ 2,888.92 | 19.20% |
| 313.1 | AOC | Keyspan Gas East Corporation DBA National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | $ 29,750.40 | $ 5,712.08 | 19.20% |
| 108.1 | AHC | LYNN CONSULTING<br>2905 Saint Helen Circle<br>Silver Spring, MD 20906 | $ 21,500.00 | $ 4,128.00 | 19.20% |
| 317.1 | AOC | Michigan Department of Health and Human Services<br>Adam M. Roose, AAG<br>PO Box 30754<br>Lansing, MI 48909 | $ 1,088,201.14 | $ 208,934.62 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 294.1 | AHC | Mikart, Inc.<br>Miguel I. Arteche<br>1750 Chattahoochee Avenue<br>Atlanta, GA 30318 | $ 65,000.00 | $ 12,480.00 | 19.20% |
| 329.1 | AHC | Mississippi Division of Medicaid<br>550 High Street, Suite 1000<br>Jackson, MS 39201 | $ 171,982.93 | $ 33,020.72 | 19.20% |
| 272.1 | AHC | MJH LIFE SCIENCES<br>2 Clarke Dr<br>Suite 100<br>Cranbury, NJ 08512 | $ 25,500.00 | $ 4,896.00 | 19.20% |
| 118.1 | AOC | Motion Industries<br>1605 Alton Road<br>Irondale, AL 35210 | $ 11,417.40 | $ 2,192.14 | 19.20% |
| 64.1 | AHC | New York Power Authority<br>123 Main Street<br>9th Floor<br>White Plains, NY 10601 | $ 76,581.58 | $ 14,703.66 | 19.20% |
| 286.1 | AOC | New York State Dept of Environmental Conservation<br>625 Broadway<br>Albany, NY 12207 | $ 53,675.83 | $ 10,305.76 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 281.1 | AHC | Office of the Attorney General<br>Attn: J. Engels<br>109 State Capitol<br>Cheyenne, WY 82002-109 | $ 11,319.39 | $ 2,173.32 | 19.20% |
| 312.1 | AOC | Office of the Attorney General<br>Attn: J. Engels<br>109 State Capitol<br>Cheyenne, WY 82002-109 | $ 11,219.38 | $ 2,154.12 | 19.20% |
| 466.2 | AOC | Oregon Health Authority<br>Oregon Dept. of Justice<br>ATTN: Justin D. Leonard<br>1162 Court Street NE<br>Salem, OR 97301 | $ 1,077,505.70 | $ 206,881.09 | 19.20% |
| 169.1 | AOC | Pharma Packaging Solutions<br>116 Agnes Road<br>Knoxville, TN 37919 | $ 24,546.00 | $ 4,712.83 | 19.20% |
| 57.1 | AOC | Pharmacy Select LLP<br>1550 Columbus St.<br>Sun Prairie, WI 53590 | $ 18,543.43 | $ 3,560.34 | 19.20% |
| 192.1 | AHC | PHARMAREGS INC<br>1751 State Route 17A<br>Suite 3<br>Florida, NY 10921 | $ 15,268.50 | $ 2,931.55 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 181.1 | AOC | Positudes, Inc. dba The Alliance Pharmacy<br>44 Bond Street<br>Westbury, NY 11590 | $ 23,475.00 | $ 4,507.20 | 19.20% |
| 319.1 | AOC | Poynter Sheet Metal Inc.<br>Brittney Turner, CPA, CGMA<br>F.A. Wilhelm Construction Co., Inc.<br>3914 Prospect Street<br>Indianapolis, Indiana 46203 | $ 60,478.00 | $ 11,611.78 | 19.20% |
| 419.1 | AOC | PPD Development, L.L.C.<br>Beverly Weiss Manne, Esq.<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | $ 1,759.50 | $ 337.82 | 19.20% |
| 53.1 | AOC | Proels Engineering, Inc.<br>John McCullough<br>20 S. Maple Street<br>Suite 200 | $ 11,185.00 | $ 2,147.52 | 19.20% |
| 71.1 | AOC | PSEG Long Island<br>PO BOX 9039<br>Hicksville, NY 11802−9039 | $ 61,472.02 | $ 11,802.63 | 19.20% |
| 7.1 | AIC | PURISYS LLC - REMIT<br>PO BOX 6325<br>Brattleboro, VT 05302−6325 | $ 10,775.00 | $ 2,068.80 | 19.20% |
| 182.1 | AHC | Reed-Lane, Inc.<br>359 Newark Pompton Turnpike<br>Wayne, NJ 07470 | $ 63,021.67 | $ 12,100.16 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 211.1 | AOC | Reliable Blacktop & Paving, Inc.<br>300 Rabro Drive<br>Suite 114<br>Hauppauge, NY 11788 | $ 35,514.97 | $ 6,818.87 | 19.20% |
| 19.2 | AOC | Reports Now, Inc.<br>Christopher J. Forrest<br>Miller & Steiert, P.C.<br>1901 W. Littleton Blvd.<br>Littleton, CO 80120 | $ 15,702.12 | $ 3,014.81 | 19.20% |
| 75.1 | AOC | Robert Half<br>Robert Half Recovery Dept.<br>PO BOX 5024<br>San Ramon, CA 94563 | $ 33,019.50 | $ 6,339.74 | 19.20% |
| 307.1 | AOC | Siemens Industry, Inc.<br>Attn: Stephanie Mitchell<br>4800 North Point Parkway<br>Alpharetta, GA 30022 | $ 92,649.00 | $ 17,788.61 | 19.20% |
| 309.1 | AHC | Sprinkmann Insulation, Inc.<br>1028 S.W. Washington Street<br>Peoria, IL 61602 | $ 71,582.46 | $ 13,743.83 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 453.1 | AOC | State of NH, Dept. of Health and Human Services<br>AAG Zachary Towle<br>33 Capitol Street<br>Concord, NH 03301 | $ 63,755.63 | $ 12,241.08 | 19.20% |
| 187.2 | AOC | Stonhard<br>PO BOX 931947<br>Cleveland, OH 44193 | $ 57,430.00 | $ 11,026.56 | 19.20% |
| 408.1 | AOC | Syntegon Technology Services, LLC<br>5224 Snapfinger Woods Drive<br>Decatur, GA 30035 | $ 65,128.47 | $ 12,504.67 | 19.20% |
| 73.1 | AIC | TAYLOR MADE LANDSCAPING<br>1792 N RT 121<br>Decatur, IL 62526 | $ 16,273.11 | $ 3,124.44 | 19.20% |
| 1.1 | AOC | Terumo Medical Corporation<br>265 Davidson Avenue<br>Suite 320<br>Somerset, NJ 08873 | $ 55,455.00 | $ 10,647.36 | 19.20% |
| 44.1 | AOC | The Spear Group, LLC<br>192 Technology Parkway<br>Suite 500<br>Peachtree Corners, GA 30092 | $ 61,157.00 | $ 11,742.14 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 237.1 | AOC | Tony Prince Co<br>c/o Vogler & Associates LLC<br>11756 Borman Dr., Ste. 200<br>St. Louis, MO 63146 | $ 18,691.00 | $ 3,588.67 | 19.20% |
| 54.1 | AOC | TPM Laboratories, Inc.<br>1165 Marlkress Road<br>Unit D<br>Cherry Hill, NJ 08003 | $ 120,608.11 | $ 23,156.76 | 19.20% |
| 15.1 | AOC | Tracelink, Inc.<br>200 Quannapowitt Parkway<br>Wakefield, MA 01880 | $ 368,605.62 | $ 70,772.28 | 19.20% |
| 333.1 | AOC | TRC Master Fund LLC (transferred from Netchem, Inc)<br>Attn: Terrel Ross<br>PO BOX 633<br>Woodmere, NY 11598 | $ 22,950.00 | $ 4,406.40 | 19.20% |
| 223.2 | AOC | TRC Master Fund LLC (transferred from SST Corporation)<br>Attn: Terrel Ross<br>PO BOX 633<br>Woodmere, NY 11598 | $ 545,635.44 | $ 104,762.00 | 19.20% |
| 397.1 | AHC | Treasurer, State of NJ, DHS,DMAHS, Drug Rebate Pro<br>P.O. BOX 712<br>Trenton, NJ 08625 | $ 1,080,082.07 | $ 207,375.76 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 11.1 | AHC | TUNNELL CONSULTING INC<br>314 S Henderson Road<br>Suite G-379<br>King of Prussia, PA 19406 | $ 73,115.81 | $ 14,038.24 | 19.20% |
| 464.1 | AOC | U.S. Dept. of Veterans Affairs<br>U.S. Dept of Justice<br>ATTN: Andrew Warner<br>PO BOX 875<br>Ben Franklin Station<br>Washington, DC 20044 | $ 37,456.79 | $ 7,191.70 | 19.20% |
| 59.1 | AHC | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | $ 16,295.56 | $ 3,128.75 | 19.20% |
| 8.1 | AOC | Univar Solutions - Remit<br>62190 Collections Center Dr<br>Chicago, IL 60693-0621 | $ 26,998.99 | $ 5,183.81 | 19.20% |
| 92.1 | AOC | UpToDate<br>PO Box 412094<br>Boston, MA 02241 | $ 10,209.66 | $ 1,960.25 | 19.20% |
| 35.2 | AOC | Veronica Development Associates<br>Ventura, Miesowitz & Keouh P.C.<br>783 Springfield Avenue<br>Summit, NJ 07901 | $ 1,000,000.00 | $ 192,000.00 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 311.1 | AHC | WALGREENS BOOTS ALLIANCE DEV GMBH<br>345 Park Ave<br>New York, NY 10154 | $ 677,547.82 | $ 130,089.18 | 19.20% |
| 410.1 | AOC | WestRock Southern Container, LLC<br>1825 Eye Street, NW, Suite 900<br>Washington, DC 20006 | $ 142,817.50 | $ 27,420.96 | 19.20% |
| 138.1 | AOC | Winter Bros. Hauling of Long Island, LLC<br>120 Nancy Street<br>West Babylon, NY 11704 | $ 22,807.61 | $ 4,379.06 | 19.20% |
| 305.1 | AHC | WM Corporate Service, Inc<br>c/o Jacquolyn Mikks<br>800 Capitol Street<br>Ste. 3000<br>Houston, TX 77002 | $ 12,737.02 | $ 2,445.51 | 19.20% |
| 86.1 | AOC | Wolters Kluwer Health, Inc.<br>16705 Collection Center Dr<br>Chicago, IL 60693 | $ 41,034.00 | $ 7,878.53 | 19.20% |
| 432.1 | AOC | Zinc Health Services LLC<br>Geoffrey S. Goodman, Foley & Lardner LLP<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654 | $ 82,837.51 | $ 15,904.80 | 19.20% |
| | | | $ 21,355,281.71 | $ 4,100,214.09 | 19.20% |