## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25-50271 (KBO) |
| v. | |
| TEVA API INC., | |
| Defendant. | |

### <u>CERTIFICATE OF SERVICE</u>

I, Evan T. Miller, hereby certify that on July 25, 2025, I caused a true and correct copy of the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Between the Trustee and Teva API Inc.* (the "<u>Motion</u>") to be filed with the Court through CM/ECF. Notification of the filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned cases. I further certify that on July 25, 2025, I caused a copy of the Motion to be served via electronic mail on the parties identified on the service list attached hereto as <u>Exhibit A</u> and via U.S. First Class Mail on the parties identified on the service list attached hereto as <u>Exhibit B</u>.

**SAUL EWING LLP**
<u>*/s/ Evan T. Miller*</u>
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

# Exhibit A

| Akorn Holding Company LLC<br>Case No. 23-10253 (KBO) | Email Address |
|---|---|
| Jon Lipshie<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Jon.Lipshie@usdoj.gov |
| John T. Carroll, III<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>***Counsel to Chapter 7 Trustee*** | jcarroll@cozen.com |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** | jmulvihill@ycst.com<br>mlunn@ycst.com<br>jkochenash@ycst.com |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | ljones@pszjlaw.com<br>pkeane@pszjlaw.com |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** | sgreenberg@gibsondunn.com<br>sdomanowski@gibsondunn.com<br>mjwilliams@gibsondunn.com<br>clwilson@gibsondunn.com<br>agains@gibsondunn.com |

| | |
|---|---|
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | jgarfinkle@buchalter.com |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street, Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com |
| Michael D. DeBaecke, Esq. Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>***Counsel to Westmount Realty Capital, LLC*** | MDeBaecke@ashbygeddes.com |
| Eric D. Kaplan, Esq. Kaplan & Gournis, PC<br>180 N. LaSalle Street, Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | ekaplan@kpglaw.com |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>***Counsel to AmerisourceBergen Drug Corporation*** | myurkewicz@klehr.com |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | mbranzburg@klehr.com |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE 19801<br>***Counsel to SGS North America Inc.*** | nsongonuga@gibbonslaw.com |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | btheisen@gibbonslaw.com |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor | jmp@bostonbusinesslaw.com |

| | |
|---|---|
| Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | |

| | |
|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | landis@lrclaw.com<br>mcguire@lrclaw.com<br>jenner@lrclaw.com |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>***Counsel to MidCap Funding IV Trust*** | cdale@proskauer.com |
| Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | vindelicato@proskauer.com<br>mvolin@proskauer.com |
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL  60601<br>***Counsel to MidCap Funding IV Trust*** | kstevens@vedderprice.com |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | bmanne@tuckerlaw.com<br>mthomas@tuckerlaw.com |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** | ahiller@adamhillerlaw.com |

| | |
|---|---|
| Scott A. Zuber, Esq.<br>Terri Jane Freedman, Esq.<br>Chiesa Shahinian & Giantomasi PC<br>105 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>**Counsel to Cardinal Health** | szuber@csglaw.com<br>tfreedman@csglaw.com |

| | |
|---|---|
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>**Counsel to Cardinal Health** | ahiller@adamhillerlaw.com |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>**Counsel to Package Development Company, Inc.** | casantaniello@pbnlaw.com |
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>**Counsel to State of Wisconsin, Department of Health Services** | murphysm@doj.state.wi.us |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE  19899<br>**Counsel to Bionpharma** | sniederman@foxrothschild.com |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA  19103 19103<br>**Counsel to Bionpharma** | mmenkowitz@foxrothschild.com |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | andrew.warner@usdoj.gov |

| | |
|---|---|
| Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc.***<br>***and Sullivan Contractors LLC*** | sfleischer@barclaydamon.com |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | jtobia@tobialaw.com |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy<br>Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco<br>California 94105-3493<br>***Counsel to Oracle America, Inc.*** | schristianson@buchalter.com; |

| | |
|---|---|
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>**Counsel to Oracle America, Inc.** | amish@doshilegal.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>**Counsel to Ethypharm S.A.S.** | csmefiling@mnat.com; |

| | |
|---|---|
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>**Counsel to Ethypharm S.A.S.** | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>**Counsel to Ethypharm S.A.S.** | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY  10022 | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>**Counsel to Akorn International SARL** | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>**Counsel to Akorn AG** | christian.roos@pestalozzilaw.com; |

| | |
|---|---|
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>**_Counsel to HYG Financial Service, Inc._** | KBuck@mccarter.com; |
| Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>**_Counsel to Philadelphia Indemnity Insurance Co._** | gloomis@mdmc-law.com; |
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br><br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>**_Counsel to WSFS Institutional Services as TL Agent_** | andrew.goldman@wilmerhale.com;<br>nathan.moore@wilmerhale.com; |
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>**_Counsel to Douglas Pharmaceuticals America Limited_** | hcohen@foxrothschild.com; |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>**_Counsel to Douglas Pharmaceuticals America Limited_** | dseguine@foxrothschild.com; |
| Jeffrey Barber, Esq.<br>Jones Walker LLP<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>**_Counsel to OptiSource LLC_** | jbarber@joneswalker.com; |

| | |
|---|---|
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>**Counsel to OptiSource LLC** | mbusenkell@gsbblaw.com; |
| Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>**Counsel to CV II Gurnee LLC** | kgrivner@clarkhill.com |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>**Counsel to CV II Gurnee LLC** | kmorse@clarkhill.com |
| | |

| | |
|---|---|
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>**Counsel to Leadiant Biosciences, Inc.** | mbusenkell@gsbblaw.com; |
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>**Counsel to Leadiant Biosciences, Inc.** | fmenendez@sequorlaw.com; |
| Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>**Counsel to M. Jacob & Sons, d/b/a MJS Packaging** | summersm@ballardspahr.com;<br>vesperm@ballardspahr.com; |

| | |
|---|---|
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | howard@jacobweingarten.com;<br>debra@jacobweingarten.com; |
| A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** | a.lee.hogewoodiii@klgates.com;<br>zechariah.etheridge@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street Suite 1700 | alfredo.perez@weil.com;<br>theodore.heckel@weil.com; |

| | |
|---|---|
| Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | |
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | cmiller@morrisnichols.com;<br>srchurchill@morrisnichols.com; |
| Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801<br>***Counsel to E.L. Pruitt Co.*** | ahiller@adamhillerlaw.com; |

| | |
|---|---|
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | hugh.murtagh@lw.com;<br>alexandra.zablocki@lw.com |
| Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** | shapiro@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | tori.remington@troutman.com; |
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | deborah.kovsky@troutman.com; |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Syneos Health*** | john.gardner@klgates.com;<br>emily.steele@klgates.com; |

| | |
|---|---|
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street, Suite 901<br>Wilmington, DE 19801<br>***Counsel to Syneos Health*** | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |

| | |
|---|---|
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | kgood@potteranderson.com;<br>csamis@potteranderson.com;<br>mkotsiras@potteranderson.com; |
| Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** | patricia.walsh@kirkland.com;<br>ryan.bennett@kirkland.com; |
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | roymichael.roman@kirkland.com; |
| Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY  12224-0341 | Martin.mooney@ag.ny.gov; |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | sherri.simpson@oag.texas.gov; |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street 16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to Conversion Movants*** | rdehney@morrisnichols.com;<br>dbutz@morrisnichols.com; |

| | |
|---|---|
| Andrew K. Glenn, Shai Schmidt, Richard C. Ramirez, Malak S. Doss Glenn Agre Bergman & Fuentes LLP 1185 Avenue of the Americas, 22nd Floor New York, New York 10036 **_Counsel to Conversion Movants_** | aglenn@glennagre.com; sschmidt@glennagre.com; rramirez@glennagre.com; mdoss@glennagre.com; |
| Kevin G. Collins Barnes & Thornburg LLP 222 Delaware Avenue Suite 1200 Wilmington, DE 19801 **_Counsel to Argo Partners II, LLC_** | kevin.collins@btlaw.com; |
| Gregory G. Plotko Barnes & Thornburg LLP 390 Madison Avenue 12th Floor New York, NY 10017 **_Counsel to Argo Partners II, LLC_** | gplotko@btlaw.com; |
| U.S. Customs and Border Protection Attn: REV-Bankruptcy 203Ja 8899 E. 56th Street Indianapolis, IN 46249 | bankruptcyteam@cbp.dhs.gov; |
| Alan Brody Greenberg Traurig, LLP 500 Campus Drive, Suite 400 Florham Park, NJ 07932 **_Counsel to SST Corporation_** | BrodyA@gtlaw.com |
| John Emmanuel Buchanan Ingersoll & Rooney PC 401 E. Jackson Street, Suite 2400 Tampa, FL 33602-5236 **_Counsel for Teva API Inc._** | John.emmanuel@bipc.com |

# EXHIBIT B

Jon Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801


Edmon L. Morton, Esq. Matthew B. Lunn,
Esq. Joseph M. Mulvihill, Esq. Jared W.
Kochenash, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
***Counsel to the Debtors***


Laura Davis Jones, Esq. Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP 919 N.
Market Street, 17th Floor
Wilmington, DE 19899-8705
***Counsel to the Term Lender Group***


Scott J. Greenberg, Esq. Steven A.
Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
***Counsel to the Term Lender Group***

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
***Counsel to McKesson Corporation***

Christopher M. Winter, Esq. James C.
Carignan, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
***Counsel to Prestige Consumer Healthcare,
Inc.***

Michael D. DeBaecke, Esq. Ashby &
Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
***Counsel to Westmount Realty Capital, LLC***

Eric D. Kaplan, Esq. Kaplan & Gournis, PC
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601
***Counsel to Westmount Realty Capital, LLC***

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
**Counsel to AmerisourceBergen Drug
Corporation**

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
**Counsel to AmerisourceBergen Drug
Corporation**

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
**Counsel to SGS North America Inc.**

Brett S. Theisen, Esq. Gibbons P.C.
One Pennsylvania Plaza 37th Floor
New York, New York 10119-3701
**Counsel to SGS North America Inc.**

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street 9th Floor
Boston, MA 02110
**Counsel to Iron Mountain Information
Management, LLC**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
**Counsel to MidCap Funding IV Trust**

Charles A. Dale, Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110
**Counsel to MidCap Funding IV Trust**

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street New York, NY
10036-8299
**Counsel to MidCap Funding IV Trust**

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street Suite 2600
Chicago, IL 60601
**Counsel to MidCap Funding IV Trust**

Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
**Counsel to Thermo Fisher Scientific
Entities**

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Thermo Fisher Scientific
Entities**

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
**Counsel to Cardinal Health**

Adam Hiller, Esquire Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
**Counsel to Cardinal Health**

Cheryl A. Santaniello, Esq.
Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
**Counsel to Package Development**
**Company, Inc.**

Assistant Attorney General
S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
**Counsel to State of Wisconsin, Department**
**of Health Services**

Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE 19899
**Counsel to Bionpharma**

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street 20th Floor
Philadelphia, PA 19103 19103
**Counsel to Bionpharma**

Andrew Warner
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas, Suite 501
New York, New York 10020
**Counsel to Interior Specialty Construction,**
**Inc. and Sullivan Contractors LLC**

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
**Counsel to Henderson Constructors, Inc.**

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street Suite 501
Wilmington, DE 19801-1160
**Counsel to Prestige Brands SPE Lender,**
**LLC**

Wilmington Savings Fund Society, FSB
Attn: Geoffrey J. Lewis
500 Delaware Avenue
Wilmington, DE 19801

Wilmington Savings Fund Society, FSB
c/o Nathan J. Moore, Esq.
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

John Nusbaum Capital Management 510
Madison Avenue 17th Floor
New York, NY 10022

Lovisa Gustafsson, Vice President,
Controlling Health Care Costs
The Commonwealth Fund 1 East 75th Street
New York, NY 10021

Oliver Blum
Ernst & Young Limited Maagpl. 1,
Zurich 8005
**Counsel to Akorn International SARL**

Christian Roos Pestalozzi Feldeggstrasse 4
8008 Zurich Switzerland
**Counsel to Akorn AG**

TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Marc S. Lichtman
Attorney at Law
Lichtman Eisen Partners, Ltd. 134 North
LaSalle Street Suite 750
Chicago, Illinois 60602
**Counsel to IL Landlord**

Drug Enforcement Administration
Attn: Office of Diversion Control
8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Assistant Attorney
General
New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street, Suite 400
Wilmington, DE 19801
**Counsel to Gerresheimer Glass, LLC**

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, California 94105-3493
**Counsel to Oracle America, Inc.**

Amish R. Doshi, Esq. Doshi Legal Group,
P.C. 1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
**Counsel to Oracle America, Inc.**

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter,
LLP 300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
**Counsel to Philadelphia Indemnity
Insurance Company**

Curtis S. Miller, Esquire
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19899-1347
**Counsel to Ethypharm S.A.S.**

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
**Counsel to Ethypharm S.A.S.**

Kevin Chiu, Esquire Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
**Counsel to Ethypharm S.A.S.**

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

McCarter & English LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
**Counsel to HYG Financial Service, Inc.**

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
**Counsel to WSFS Institutional Services as
TL Agent**

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street Suite 300
Wilmington, DE 19899-2323
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road, Suite 200
Warrington, PA 18976
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esq.
Jones Walker LLP
190 E Capitol St , Suite 800
Jackson, MS 39201
**Counsel to OptiSource LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
**Counsel to OptiSource LLC**

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street Suite 710
Wilmington, DE 19801
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esq.
Clark Hill PLC
130 E. Randolph Street Suite 3900
Chicago, IL 60601
**Counsel to CV II Gurnee LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
**Counsel to Leadiant Biosciences, Inc.**

Sequor Law
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
**Counsel to Leadiant Biosciences, Inc.**

Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street 11th Floor
Wilmington, Delaware 19801-3034
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy., Suite 500
Southfield, Michigan 48075
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave, Suite 300
Raleigh, NC 27609
**Counsel to Sentiss AG**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
**Counsel to Sentiss AG**

Alfredo R. Pérez
Weil, Gotshal & Manges LLP
Theodore S. Heckel
700 Louisiana Street, Suite 1700
Houston, TX 77002-2784
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Adam Hiller, Esq. Hiller Law, LLC
300 Delaware Ave., Ste 210, #227
Wilmington, DE 19801
**Counsel to E.L. Pruitt Co.**

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
**Counsel to the Consortium**

Zachary I. Shapiro, Esq. Emily R. Mathews,
Esq. Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
 **Counsel to the Consortium**

Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
**Counsel to Hikma Pharmaceuticals USA Inc.**

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
**Counsel to Hikma Pharmaceuticals USA Inc.**

John R. Gardner, Esq. Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, NC 27609
**Counsel to Syneos Health**

Steven L. Caponi, Esq. Matthew B. Goeller,
Esq. K&L Gates LLP
600 N. King Street Suite 901
Wilmington, DE 19801
**Counsel to Syneos Health**

 L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
**Counsel to Capstone Parent, LLC**

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
**Counsel to Capstone Parent, LLC**

Roy Michael Roman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**Counsel to Capstone Parent, LLC**

Martin A. Mooney, Esquire
Assistant Attorney General
Office of the New York State Attorney
General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
**Albany, NY 12224-0341**

Kimberly A. Walsh Assistant Attorney
General
Sherri K. Simpson, Paralegal Attorney
General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel to Texas Comptroller**

Kristin Radwanick, Esq.
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road, Suite 300
Cincinnati, Ohio 45236
**Counsel to Ohio Department of Medicaid**

Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnel LLP 1201
North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
***Proposed Counsel to Conversion Movants***

Richard C. Ramirez,
Malak S. Doss
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
***Proposed Counsel to Conversion Movants***

Kevin G. Collins
Barnes & Thornburg LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
***Counsel to Argo Partners II, LLC***

Gregory G. Plotko
Barnes & Thornburg LLP
390 Madison Avenue, 12th Floor
New York, NY 10017
***Counsel to Argo Partners II, LLC***

U.S. Customs and Border Protection
Attn: REV-Bankruptcy 203Ja
8899 E. 56th Street
Indianapolis, IN 46249

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue, Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent
500 Delaware Avenue
Wilmington, DE 19801

Akorn Ag Hettlingen
Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442 Switzerland

Aptar Pharma
Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa Ralf Pfirmann Viale Milano
86
Lodi 26900 ItalyF

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General
Release Of Information Office (50ci)
810 Vermont Avenue,
NW Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
Po Box 45 027
Auckland 651 New Zealand

E L Pruitt Company
Po Box 3306
Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank
C/O Ernst & Young US LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm Roseline Joannesse
194 Bureaux De La Colline, Batiment D,
12eme Etage
Saint-Cloud Cedex 92213
France

Euroapi Usa
100 Somerset Corporate Blvd
2nd Floor Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn A/R
537 Crystal Ave
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC
David Bacon
6525 The Corners Parkway
Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Ave
Atlanta, GA 30318

MJS Packaging
35601 Veronica St
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd. Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue, 4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

SST Corporation
55 Lane Road, Suite 450
Fairfield, NJ 07004

The Ritedose Corporation
Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC vs.
Akorn Operating Company, LLC
c/o Robert Mahoney Norris McLaughlin,
P.A. 400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

West Pharma Services
530 Herman O West Drive
Exton, PA 19341

WSC-GSP B/L Office Park Owner VII,
LLC
Marc S. Lichtman

Lichtman Eisen Partners, Ltd.
134 North LaSalle Street Suite 750
Chicago, IL 60602

Zhejiang Hisun Pharma China
Attn: Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC - R&D Only 92 Argilla
Road
Andover, MA 01810

John Sweeney [Address on File]

Erislandy Dorado-Boladeres [Address on File]

 Chris Young [Address on File]


Bill Ostrowski [Address on File]


Beth Zelnick-Kaufman [Address on File]