**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Paige N. Topper, hereby certify that on July 30, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Fifth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on July 30, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on July 30, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Paige N. Topper*
Paige N. Topper (No. 6470)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: paige.topper@saul.com

# **Exhibit A- Via Electronic Mail**

Jon Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Rite Hite Arbon Equipment
c/o Luke S. Behnke, Esq.
Associate General Counsel
Rite-Hite Holding Corporation
195 S. Rite-Hite Way
Milwaukee, WI 53204
LBehnke@ritehite.com

Balco Industries, Inc.
c/o Michael McAuliffe
The Law Office of Michael G. Mc Auliffe
68 South Service Road, Suite 100
Melville, New York 11747
michael@mgmlawoffice.com

Arjay Company d/b/a Vertiv
c/o Jeffrey Hendricks, Esq.
Bricker Graydon
312 Walnut Street
Suite 1800
Cincinnati, OH 45202
jhendricks@brickergraydon.com

Alcus Fuel Oil & Sons, Inc.
c/o Jim Alcus, Matthew Alcus
238 Broadway
Amityville, NY 11701
jalcus@aol.com
malcus9@gmail.com

Axon, LLC
c/o Louis F. Solimine, Esq.
Thompson Hine LLP
Suite 2000, 312 Walnut Street
Cincinnati, Ohio 45202
Louis.Solimine@ThompsonHine.com

Xellia Pharma
c/o Jon Edel, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Jon.Edel@klgates.com

TSO General Corp.
c/o Daire J Pyle, Esq.
Stern & Eisenberg
200 Biddle Ave., Suite 107
Newark, Delaware 19702
dpyle@sterneisenberg.com

Camfil - DP Filters
c/o Mark Bunting
Vice President of Finance, Camfil USA Inc.
500 S Main St
Crystal Lake, IL 60014
Mark.Bunting@camfil.com

Power Supply of Illinois, Inc.
c/o Michael Fishel, Esq.
King & Spalding
1100 Louisiana Street Suite 4100
Houston, TX  77002
MFishel@KSLAW.com

ColorCon, Inc
c/o Heather Donnelly
Finance Director – NALAN
275 Ruth Rd
Lower Salford Township, PA 19438
hdonnelly@colorcon.com

Aramark Uniform Services (Midwest) LLC
c/o Sheila R. Schwager Esq. and Devin Bray Esq.
Hawley Troxell
877 W Main St #200
Boise, Idaho, 83702
sschwager@hawleytroxell.com
dbray@hawleytroxell.com

Kirby Risk Corporation
c/o R. Stephen McNeill & Andrew C. Ehrmann
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rmcneill@potteranderson.com
aehrmann@potteranderson.com

IMA North America, Inc.
c/o Shannah Colbert Esq. and Paul Carey Esq.
Mirick, O'Connell, DeMallie & Lougee
scolbert@miricklaw.com
pcarey@miricklaw.com

Nipro Pharmapackaging Americas Corp.
c/o David L. Bruck, Esq.
Greenbaum, Rowe, Smith & Davis
Delivery: 99 Wood Avenue
South Iselin, NJ 08830
DBRUCK@greenbaumlaw.com

Nipro Pharmapackaging Americas
c/o Stephanie Slater Ward
Fox Rothschild LLP
919 North Market Street, Suite 300

Wilmington, DE 19899-2323
sslater@foxrothschild.com

Cedar Brook 5 Corporate Center LP
c/o Gregory Kopacz
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
gkopacz@sillscummis.com

Welch (Heritage)
c/o John Humphrey, Esq.
Taft Stettinius & Hollister LLP
1 Indiana Sq Ste 3500
Indianapolis, IN 46204-2023
JHumphrey@taftlaw.com

American International Relocation SOL d/b/a AIRES
c/o Sarah C. Ellis, Esq.
Steptoe & Johnson PLLC
Chase Tower
707 Virginia Street East, 17th Floor
Charleston, West Virginia  25301
sarah.ellis@steptoe-johnson.com

Gerresheimer Glass
c/o William Burnett, Esq.
Flaster Greenberg PC
1717 Arch St. Suite 3300
Philadelphia, PA 19103
william.burnett@flastergreenberg.com

IMCD Group
Alexander J. Andrews, Esq.
Thompson Hine LLP
300 Madison Avenue, 27th Floor
New York, New York 10017-6232
Alexander.Andrews@ThompsonHine.com

Optima Machinery Corp.
c/o L. Katie Mason, Esq.
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202-4428
Katie.Mason@quarles.com

UL Verification Services Inc.
c/o Tara C. Pakrouh
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
tpakrouh@morrisjames.com

Bana Electrical Testing Corp.
c/o Kevin Mann, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE  19801
kmann@crosslaw.com

Mettler-Toledo Rainin, LLC
c/o Gus Kallergis, Esq.
Bernstein Burkley
1360 East Ninth Street, Suite 1250
Cleveland, OH 44114
gkallergis@bernsteinlaw.com

W.W. Grainger
c/o Aaron E. Davis, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
aarondavis@seyfarth.com

Malik & Popiel, P.C.
c/o Condon & Paxos, PLLC
Attn: Brian K. Condon
55 Old Turnpike Road, Suite 502
Nanuet, NY 10954
brian@condonpaxos.com

Commonwealth Edison Company
c/o Law Firm of Russell R. Johnson, III, PLC
Attn: Russell R. Johnson, III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

Solar Winds
Attn: Annie Gravelle, Senior Litigation Counsel
6850 TPC Drive, Suite 108
McKinney, Texas 75070
Annie.gravelle@solarwinds.com

## Exhibit B- Via First Class Mail

Rite Hite Arbon Equipment
c/o Arbon Equipment Corp
25464 Network PL
Chicago, IL 60603

Balco Industries, Inc.
99 Lafayette Drive
Syosset, NY 11791

Arjay Company d/b/a Vertiv
171 Rodeo Drive
Edgewood, NY 11717

Alcus Fuel Oil & Sons, Inc.
238 Broadway
Amityville, NY 11701

Axon, LLC
3080 Business Park Dr., Ste 103
Raleigh, NC 27610-3094

Axon, LLC
Po Box 73211
Cleveland, OH 44193-0002

Xellia Pharma
2150 East Lake Cook Rd.
Suite 1015
Buffalo Grove, IL 60089


TSO General Corp.
P.O. Box 662
Brentwood, NY 11717

Camfil - DP Filters
3302 Solutions Center
Chicago, IL 60677-3003

Power Supply of Illinois, Inc.
c/o Registered Agent, Scott E. Bertelsmeyer
2005 East Olive St.
Decatur, IL 62526

Power Supply of Illinois, Inc.
PO BOX 776816
Chicago, IL 60677-6816

ColorCon, Inc
275 Ruth Road
Harleysville, PA 19438

Aramark Uniform Services (Midwest) LLC
26792 Newark Place
Chicago, IL 60673-1782

Kirby Risk  Corporation
1815 Sagamore Pkwy
Lafayette, IN 47904

Kirby Risk  Corporation
27561 Network Place
Chicago, IL 60673-1275

IMA North America, Inc.

7 New Lancaster Rd.
Leominster, MA 01453

Nipro Pharmapackaging Americas Corp.
1200 North 10th St.
Millville, NJ 08332

Cedar Brook 5 Corporate Center LP
4A Cedar Brook Drive
Cranbury, NJ 08512

Welch (Heritage)
1020 Herman St
Elkhart, IN 46516-9028

Welch (Heritage)
PO BOX 856421
Minneapolis, MN 55485-6421

American International Relocation SOL d/b/a AIRES
6 Penn Center West, Suite 200
Pittsburgh, PA 15276

Gerresheimer Glass
537 Crystal Ave
Vineland, NJ 08360

IMCD Group
2 Equity Way
Westlake, OH 44145

Optima Machinery Corp.
1330 Contract Dr.
Green Bay, WI 54304

UL Verification Services Inc.
62045 Collections Center Dr.
Chicago, IL 60693-0620

Bana Electrical Testing Corp.
50 Gazza Blvd.
Farmingdale, NY 11735

Mettler-Toledo Rainin, LLC
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange St
Wilmington, DE 19801


W.W. Grainger
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Il 62703-4261

Malik & Popiel PC
7606 Transit Road, Suite 200
Buffalo, New York 14221

Commonwealth Edison Company
P.O. Box 6111
Carol Stream, IL 60197-6111

Solar Winds
c/o Green Development Management of Texas LLC
6850 TPC Drive, Suite 108
McKinney, Texas 75070