# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Re: D.I. 1441 |

## CERTIFICATE OF NO OBJECTION

On July 14, 2025, Ciardi Ciardi & Astin, Special Counsel to George L. Miller, Chapter 7 Trustee, filed its **First Interim Application for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period from December 16, 2024 through May 31, 2025** (the "Application") [D.I. 1441].

Responses to the Application were to be filed and served no later than July 28, 2025.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application has been received. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|  |  |
|---|---|
| Dated:  July 29, 2025<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ John D. Mclaughlin, Jr.*<br>John D. McLaughlin, Jr. (No. 4123)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302)658-1300 facsimile<br>jmclaughlin@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi, III, Esquire<br>(*Admitted pro hac vice*)<br>Walter W. Gouldsbury III, Esquire<br>Philadelphia, PA 19103<br>(215) 557-3550 telephone<br>(215) 557-3551 facsimile<br>aciardi@ciardilaw.com<br>wgouldsbury@ciardilaw.com<br><br>*Special Counsel for Chapter 7 Trustee* |