# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>**Re: D.I. 1441** |

**ORDER AUTHORIZING PAYMENT AND APPROVING
FIRST INTERIM APPLICATION OF CIARDI CIARDI & ASTIN FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD FROM DECEMBER 16, 2024 THROUGH MAY 31, 2025**

Ciardi Ciardi & Astin ("CC&A"), counsel to George L. Miller, the chapter 7 trustee (the "Trustee") in the above-captioned jointly administered case, having filed its first interim application for allowance of compensation and reimbursement of expenses (the "Application");[2] and parties-in-interest having received adequate notice; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

ORDERED that the Application is granted, and CC&A is allowed compensation on an interim basis in the amount of $124,946.50 for services rendered and $13,293.84 as reimbursement for actual and necessary expenses incurred during the Application Period;

ORDERED that the Trustee is hereby authorized to immediately pay CC&A the amount of $138,240.34 from the assets of the Debtors' estate; and it is further

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.
[2] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

ORDERED that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the chapter 7 trustee's final report.

Dated: August 6th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE