**EXHIBIT 1**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 1452 & ____ |

## ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS LISTED ON CHAPTER 7 TRUSTEE'S FIFTH NOTICE OF SETTLEMENT PURSUANT TO SETTLEMENT PROCEDURES ORDER

Upon consideration of the Chapter 7 Trustee's *Fifth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order* (the "Notice");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED;

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

2

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

Case 23-10253-KBO    Doc 1456-1    Filed 08/07/25    Page 4 of 7

## Schedule of Settlements Subject to Notice of Settlement Provisions

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Alcus Fuel Oil & Sons, Inc. | $19,749.40 | $1,518.83[3] | 25-50353 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| American International Relocation SOL d/b/a AIRES | $25,761.27 | $8,000.00 | 25-50089 | Settlement amount is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Aramark Uniform Services (Midwest) LLC | $64,050.00 | $14,175.00 | 25-50326 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Arjay Company d/b/a Vertiv | $69,752.72 | $38,500.00 | 25-50260 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Axon, LLC | $16,392.43 | $10,000.00 | 25-50298 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Balco Industries, Inc. | $12,825.00 | $10,901.25 | 25-50301 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Bana Electrical Testing Corp. | $54,461.00 | $10,000.00 | 25-50105 | Settlement amount is approximately 30% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3] Amount is based solely upon the value of waived claim multiplied by current distribution rates for unsecured claims (19.2%). *See Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims* [D.I. 1448] ("Distribution Motion").

| | | | | |
|---|---|---|---|---|
| Camfil - DP Filters | $33,747.54 | $12,700.00 | 25-50093 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Cedar Brook 5 Corporate Center LP | $305,411.21 | $15,000.00 | 25-50236 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| ColorCon, Inc. | $31,640.00 | $21,687.03 | 25-50245 | Settlement is at approximately 65% of the preference liability. |
| Commonwealth Edison Company | $40,677.79 | $2,000.00 | 25-50184 | Settlement amount equates to at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Gerresheimer Glass | $286,679.01 | $55,000.00[4] | 25-50155 | Settlement amount equates to at least 55% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| IMA North America, Inc. | $44,585.32 | $12,000.00 | 25-50252 | Settlement amount is at least 55% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kirby Risk Corporation | $33,317.10 | $1,500.00 | 25-50264 | Settlement amount is at least 83% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Malik & Popiel, P.C. | $17,600.00 | $7,000.00 | 25-50177 | Settlement amount is approximately 41% of the preference liability. |
| Mettler-Toledo Rainin, LLC | $22,908.68 | $5,000.00 | 25-50171 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Nipro Pharmapackaging Americas Corp. | $178,034.42 | $85,000.00 | 25-50107 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[4] Amount is based solely upon the value of claim reduction amount multiplied by current distribution rates for unsecured claims (19.2%). *See* Distribution Motion.

| | | | | |
|---|---|---|---|---|
| Optima Machinery Corp. | $59,575.12 | $23,000.00 | 25-50142 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Power Supply of Illinois, Inc. | $15,662.27 | $4,000.00 | 25-50310 | Settlement amount is at 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Rite Hite Arbon Equipment | $11,504.83 | $6,000.00 | 25-50312 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SolarWinds | $38,211.48 | $30,569.00 | 25-50205 | Settlement amount is approximately 80% of the preference liability. |
| TSO General Corp. | $10,133.68 | $2,000.00 | 25-50321 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| UL Verification Services Inc. | $23,706.06 | $17,500.00 | 25-50216 | Settlement amount is approximately 75% of the preference liability. |
| Welch (Heritage) | $48,645.91 | $16,000.00 | 25-50133 | Settlement amount is at least 47% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| W.W. Grainger | $72,190.36 | $16,500.00 | 25-50333 | Settlement amount is at least 59% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Xellia Pharmaceuticals | $42,000.00 | $30,000.00 | 25-50225 | Settlement amount is at least 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |