5

## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that, on this 8th day of August, 2025, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties who have requested notice in this case via the Court's CM/ECF system.

Dated:  August 8, 2025             */s/ Michael G. Busenkell*
Wilmington, Delaware            Michael G. Busenkell (No. 3933)
                                        GELLERT SEITZ BUSENKELL & BROWN, LLC