EXHIBIT "A"

ARGO ADDITIONAL ALLOWED GENERAL UNSECURED CLAIMS

| Creditor | POC | Amount | Entity |
|---|---|---|---|
| AUTOMATIC COMMUNICATIONS ALARM | 340 | 5,474.77 | AHC |
| EQUINE NETWORK | 467 | 5,177.50 | AOC |
| FOX GLASS COMPANY EAST | 39 | 4,171.20 | AHC |
| HEMLOCK ASSOCIATES INC | 10 | 9,233.13 | AHC |
| JB ESKERS | 247 | 3,125.00 | AHC |
| SAFETY CONSULTING GROUP INC | 33 | 3,950.00 | AOC |