## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I caused a copy of the foregoing to be served on all parties that are registered to receive notice via the Court's CM/ECF notification system, and on counsel listed below by email:

John T. Carroll, III
Simon E. Fraser
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

David R. Doyle
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
daviddoyle@cozen.com

*Counsel to Chapter 7 Trustee*

Dated:  August 8, 2025                                         /s/  Amy E. Tryon
                                                                                Amy E. Tryon (DE No. 6945)