# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 15, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

## CONCLUDED MATTERS:

1. Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 Through June 30, 2025
   [Filed 7/3/2025; Docket No. 1432]

   | | | |
   |---|---|---|
   | Related Documents: | (a) | Certificate of No Objection<br>[Filed 7/18/2025; Docket No. 1444] |
   | | (b) | Entered Order<br>[Filed 7/22/2025; Docket No. 1446] |
   | Objection Deadline: | | July 17, 2025 at 4:00 p.m. ET |
   | Responses Received: | | None |
   | Status: | | This matter is concluded. Order has been entered by the Court. |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.     Motion to Limit Service of Notice Regarding Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 Through June 30, 2025
[Filed 7/3/2025; Docket No. 1433]

     Related Documents:    (a)   Certificate of No Objection
[Filed 7/18/2025; Docket No. 1445]

                                             (b)   Entered Order
[Filed 7/22/2025; Docket No. 1447]

     Objection Deadline:         July 17, 2025 at 4:00 p.m. ET

     Responses Received:       None

     Status:                          This matter is concluded. Order has been entered by the Court.

3.     First Interim Application of Ciardi Ciardi & Astin for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the period from December 16, 2024 Through May 31, 2025
[Filed 7/14/2025; Docket No. 1441]

     Related Documents:    (a)   Certificate of No Objection
[Filed 8/4/2025; Docket No. 1453]

                                             (b)   Entered Order
[Filed 8/6/2025; Docket No. 1455]

     Objection Deadline:         July 28, 2025 at 4:00 p.m. ET

     Responses Received:       None

     Status:                          This matter is concluded. Order has been entered by the Court.

4.     Motion for Entry of an Order Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Between the Trustee and Teva API Inc. (Adversary No. 25-50271)
[Filed 7/25/2025; Docket No. 1451; Adv. Docket No. 3]

| | | |
|---|---|---|
| <u>Related Documents</u>: | (a) | Certificate of No Objection [Filed 8/11/2025; Docket No. 1459; Adv. Docket No. 4] |
| | (b) | Entered Order [Filed 8/13/2025; Docket No. 1462; Adv. Docket No. 5] |
| <u>Objection Deadline</u>: | | August 8, 2025 at 4:00 p.m. ET |
| <u>Responses Received</u>: | | None |
| <u>Status</u>: | | This matter is concluded. Order has been entered by the Court. |

5.     Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Between the Trustee and Mikart, LLC (Adversary No. 25-50101)
[Filed 7/25/2025; Docket No. 1450; Adv. Docket No. 9]

| | | |
|---|---|---|
| <u>Related Documents</u>: | (a) | Certificate of No Objection [Filed 8/11/2025; Docket No. 1460; Adv. Docket No. 10] |
| | (b) | Entered Order [Filed 8/13/2025; Docket No. 1463; Adv. Docket No. 11] |
| <u>Objection Deadline</u>: | | August 8, 2025 at 4:00 p.m. ET |
| <u>Responses Received</u>: | | None |
| <u>Status</u>: | | This matter is concluded. Order has been entered by the Court. |

**CONTINUED MATTERS:**

6. Scheduling Conference in Adversary Proceedings

    Status: Scheduling Conferences in Adversary Proceedings identified on Schedule 1 are being adjourned to September 19, 2025 at 10:00 a.m. ET.

7. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims
   [Filed 7/24/2025; Docket No. 1448]

    Related Documents: None

    Objection Deadline: August 8, 2025 at 4:00 p.m. ET

    Responses Received:
    (a) Response to Trustee's Motion for an Order Authorizing Second Distribution to Holders of General Unsecured Claims Filed by State of Oregon
    [Filed 8/6/2025; Docket No. 1454]

    (b) Objection of Leadiant Biosciences, Inc. to Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims
    [Filed 8/8/2025; Docket No. 1457]

    (c) Argo Partners II, LLC's Limited Objection to Motion Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims
    [Filed 8/8/2025; Docket No. 1458]

    Status: This matter is being adjourned to September 19, 2025 at 10:00 a.m. ET. The Trustee anticipates submitting a revised Proposed form of Order under Certification of Counsel prior to the hearing.

Dated: August 13, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

2

## SCHEDULE 1

| **Adversary Actions with Scheduling Conference Being Adjourned.** | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Alliance Medical Products, Inc. | 25-51025 | Adjourned to September 19, 2025 at 10:00 a.m. ET. |
| 2. | Capital Wholesale Drug Company | 25-51026 | Adjourned to September 19, 2025 at 10:00 a.m. ET. |
| 3. | Healthy Vision Property LLC et al | 25-51027 | Adjourned to September 19, 2025 at 10:00 a.m. ET. |
| 4. | Real Value Products Corp. | 25-51028 | Adjourned to September 19, 2025 at 10:00 a.m. ET. |
| 5. | Retina Associates, Southwest, P.C. et al | 25-51029 | Adjourned to September 19, 2025 at 10:00 a.m. ET. |