## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING**
**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**AUGUST 15, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE**
**HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on August 13, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on August 15, 2025 at 10:00 a.m. (ET)* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF). Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Dated:  August 13, 2025
        Wilmington, Delaware

COZEN O'CONNOR

By:    _/s/ John T. Carroll, III_
       John T. Carroll, III (DE Bar No. 4060)
       1201 N. Market Street
       Suite 1001
       Wilmington, DE  19801
       (302) 295-2028 Phone
       (302) 295-2013 Fax No.
       jcarroll@cozen.com

       _Counsel to George L. Miller,_
       _Chapter 7 Trustee_