IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re D.I. 849, 916, 1347** |

### CERTIFICATION OF COUNSEL REGARDING STIPULATION BETWEEN TRUSTEE AND E.L. PRUITT CO. RESOLVING DISPOSITION OF PRUITT SET-ASIDE FUNDS AND LIEN CLAIM

I, John T. Carroll, III, counsel to George L. Miller, the chapter 7 trustee for the estates of the above-captioned debtors (the "Trustee"), certify as follows:

1. On or about July 3, 2024, the Trustee filed a *Motion for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief* [D.I. 849] (the "Motion").

2. On or about August 6, 2024, E.L. Pruitt Co. ("Pruitt" and, together with the Trustee, the "Parties") filed an objection to the Motion [D.I. 916] (the "Objection").

3. The Parties resolved the Objection by entering into a certain stipulation (the "Set-Aside Stipulation"), pursuant to which, among other things, the Trustee agreed to set aside certain funds for potential use in making distribution(s) on account of the Lien Claim (as defined in the Set-Aside Stipulation, the "Pruitt Set-Aside Funds"), and the Parties agreed to a mechanism pursuant to which the asserted secured status of the Lien Claim would be resolved,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

either by settlement or adjudication. On March 10, 2025, the Bankruptcy Court entered an order approving the Set-Aside Stipulation [D.I. 1347].

4. Following the Bankruptcy Court's approval of the Set-Aside Stipulation, the Parties engaged in arm's-length negotiations and agreed to resolve the asserted secured status of the Lien Claim pursuant to certain terms and conditions, which the Parties have set out in a certain *Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim* (the "Stipulation").[2]

5. A form of order approving the Stipulation (the "Proposed Order") is attached to this Certification as Exhibit "A," and a copy of the Stipulation itself, as executed by the Parties, is attached as Exhibit "1" to the Proposed Order. Counsel for the Trustee has circulated the Proposed Order to counsel for Pruitt, and counsel for Pruitt agrees to the entry of the Proposed Order.

6. Counsel for the Trustee respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: August 21, 2025                  COZEN O'CONNOR

/s/ *John T. Carroll, III*
John T. Carroll, III (No. 4060)
Simon E. Fraser (No. 5335)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: jcarroll@cozen.com
E-mail: sfraser@cozen.com

*Counsel to the Trustee, George L. Miller*

---

[2] Capitalized terms not otherwise defined in this Certification shall have the meanings provided in the Stipulation.