IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re D.I. 849, 916, 1347, 1465** |

**ORDER APPROVING STIPULATION BETWEEN TRUSTEE AND E.L. PRUITT CO. RESOLVING DISPOSITION OF PRUITT SET-ASIDE FUNDS AND LIEN CLAIM**

Upon the *Certification of Counsel Regarding Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim* (the "Certification of Counsel"),[2] the Court having reviewed the Certification of Counsel and the Stipulation, and determined that just cause exists for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation, a copy of which is attached hereto as Exhibit "1," is approved.

2. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order and the Stipulation including payment of the Pruitt Distribution.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms used but not defined in this Order shall have the meanings given in the Stipulation.

LEGAL\79501010\4 6010823/00574256

3. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from its implementation.

|  |  |
|---|---|
| Dated: August 22nd, 2025<br>Wilmington, Delaware | KAREN B. OWENS<br>CHIEF JUDGE |

2

LEGAL\79501010\4 6010823/00574256