# Exhibit A

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| AEP Energy Inc. | $242,979.06 | $1,000.00 | 25-50228 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4), and an asserted exemption to recovery pursuant to section 546(e). |
| AFLAC Premium Holding | $21,767.96 | $5,000.00 | 25-50276 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Alcami Corporation | $42,790.69 | $14,000.00 | 25-50229 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Amphenol Thermometrics Inc. | $11,146.15 | $1,500.00 | 25-50294 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Apexus LLC | $149,782.58 | $85,000.00 | 25-50100 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ashland Specialty Ingredients GP | $130,015.40 | $40,000.00 | 25-50102 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Dahl Compliance | $67,006.25 | $26,500.00 | 25-50126 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Evisort Inc. | $19,375.00 | $8,500.00 | 25-50275 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| Eye Med Vision Care – Fidelity | $21,767.96 | $5,000.00 | 25-50276 | Settlement amount is at least 63% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| Freyr, Inc. | $39,300.00 | $28,627.00 | 25-50154 | Settlement amount is at 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Gentinge USA Sales LLC | $10,036.00 | $6,000.00 | 25-50277 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| IMCD Group | $68,253.46 | $500.00 | 25-50144 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Lentz Milling Company LLC | $18,819.00 | $12,500.00 | 25-50288 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Oxford Global Resources LLC | $14,560.00 | $7,956.00 | 25-50303 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Stantec Consulting Services, Inc | $32,335.00 | $14,000.00 | 25-50209 | Settlement amount is at least 67% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. | $363,243.63 | $65,000.00 | 25-50332 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1]   Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]   Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

2

| Sotera Health Companies | | | | |
|---|---|---|---|---|
| Steriline North America Inc | $48,791.87 | $15,000.00 | 25-50119 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Steris Isomedix Services, Inc. and Steris Corp. | $52,007.17 | $1,000.00 | 25-50329 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |