**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on September 5, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Sixth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on September 5, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on September 5, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# **Exhibit A- Via Electronic Mail**

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

AEP Energy Inc.
c/o Law Firm of Russell R. Johnson III, PLC
Attn: Russell R. Johnson III, Esq.
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
russell@russelljohnsonlawfirm.com

AFLAC Premium Holding
c/o Whiteford, Taylor & Preston LLC
Attn: Marc J. Phillips, Esq.
600 North King Street, Suite 300
Wilmington, DE 19801
mphillips@whitefordlaw.com

AFLAC Premium Holding
c/o Haynsworth Sinkler Boyd, PA
Attn: Stanley H. McGuffin, Esq.
PO Box 11889
Columbia, SC 29211-1889
smcguffin@hsblawfirm.com

Alcami Corporation
c/o Blake Allen, Esq.
Associate Director, Legal Affairs
blake.allen@alcami.com
bneve@smithlaw.com

Amphenol Corporation
Attn: Greg Cheyne
358 Hall Ave
Wallingford, CT 06492
gcheyne@amphenol.com

Apexus LLC
c/o Heather Maher, Esq. and Kathy Beasle, Esq.
Legal Counsel, Risk Management
290 E John Carpenter Fwy
Irving, TX 75062
heather.maher@vizientinc.com
kathy.beasley@vizientinc.com

Ashland Specialty Ingredients GP
c/o Kalie P. Bagent, Esq.
Vorys
50 S. Main Street, Suite 1200
Akron, Ohio 44308
kpbagent@vorys.com

Dahl Compliance
c/o Shook, Hardy & Bacon L.L.P.
Attn: Anne C. Krache, Esq.
One Federal Street, Suite 2620
Boston, MA 02110
akrache@shb.com

Evisort Inc.
c/o Perkins Coie
Attn: Zachary Stump, Esquire
2525 E. Camelback Road Suite 500
Phoenix, AZ 85016-4227
zstump@perkinscoie.com

Eye Med Vision Care
c/o Natalie A. Mason
nmason@eyemed.com

Freyr, Inc.
c/o Jeffrey M. Carbino, Esq.
Pierson Ferdinand
112 French Street
Wilmington, DE 19801
jeffrey.carbino@pierferd.com

Gentinge USA Sales LLC
c/o Anne C. Krache, Esq.
Shook, Hardy & Bacon L.L.P.
One Federal Street Suite 2620
Boston, MA 02110
akrache@shb.com

IMCD Group
c/o Thompson Hine LLP
Attn: Alexander J. Andrews, Esq.
300 Madison Avenue, 27th Floor
New York, NY 10017
Alexander.Andrews@ThompsonHine.com

Lentz Milling Company LLC
c/o Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
1105 N. Market St., 15th Floor
Wilmington DE 19801
rplacey@mmwr.com

Oxford Global Resources LLC
c/o Megan Lucey, Esq.
Corporate Counsel for Oxford Global Resources
900 Cummings Center Suite 326T
Beverly, MA 01915
megan_lucey@oxfordcorp.com

Stantec Consulting Services, Inc
c/o Elliott Greenleaf
Attn: Deirdre M. Richards, Esq.
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
dmr@elliottgreenleaf.com

Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc.
Sotera Health Companies
c/o Bernstein Burkley
Attn: Gus Kallergis, Esq.
1360 East Ninth Street, Suite 1250
Cleveland, OH 44114
gkallergis@bernsteinlaw.com

Steriline North America Inc
c/o Hall Booth Smith, P.C.
Attn: Nicholas J. Garcia, Esq.
1301 1st Avenue, Suite 100
Columbus, GA 31901
NGarcia@hallboothsmith.com

Steris Isomedix Services, Inc. and Steris Corp.
c/o Alexander J. Andrews, Esq.
Thompson Hine LLP
300 Madison Avenue, 27th Floor
New York, New York 10017-6232
Alexander.Andrews@ThompsonHine.com

## Exhibit B- Via First Class Mail

AEP Energy Inc.
1 Riverside Plaza
Columbus, OH 43215

AEP Energy Inc.
PO Box 6329
Carol Stream, IL 60197-6329

AEP Energy Inc.
CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

AFLAC Premium Holding
P.O. Box 50013
Newark, NJ 07101

Alcami Corporation
4260 Forest Park Avenue
Suite 201
St Louis, MO 63108

Alcami Corporation
c/o CSC-Lawyers Incorporating Service Company
221 Bolivar St
Jefferson City, MO 65101

Amphenol Thermometrics Inc.
28690 Network Place
Chicago, IL 60673-1286

Amphenol Thermometrics Inc.
c/o CT Corporation System
357 East Center Street, Ste. 2 J,
Manchester, CT 06040-4471

Apexus LLC
290 E. John Carpenter Fwy
Irving, TX 75062-2730

Apexus LLC
P.O. BOX 842167
Dallas, TX 75284-2167

Ashland Specialty Ingredients GP
8145 Blazer Dr.
Wilmington, DE 19808

Ashland Specialty Ingredients GP
PO BOX 773412
Chicago, IL 60677-3412

Ashland Specialty Ingredients GP
c/o CT Corporation
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Dahl Compliance
4809 W 148th St.
Leawood, KS 66224

Evisort Inc.
548 Market St
PMB 20722
San Francisco, CA 94101-5401

Evisort Inc.
c/o CT Corporation System
330 N Brand Blvd
Glendale, CA 91203

Eye Med Vision Care
P.O. Box 632530
Cincinnati, OH 45263-2530

Freyr, Inc.
150 College Road West
Suite 102
Princeton, NJ 08540

Freyr, Inc.
c/o Srinivasa Sadhu
150 College Road West Suite 102
Princeton, NJ 08540

Gentinge USA Sales LLC
1 Geoffrey Way
Wayne, NJ 07470

Gentinge USA Sales LLC
P.O. Box 775436
Chicago, IL 60677-5436

IMCD Group
2 Equity Way
Westlake, OH 44145

Lentz Milling Company LLC
2045 N 11th Street
P.O. Box 13159
Reading PA 19612-3159

-and-

Lentz Milling Company LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Oxford Global Resources LLC
900 Cummings Center, #326T
Beverly, MA 01915

Oxford Global Resources LLC
PO BOX 3256
Boston, MA 02241-3256

Stantec Consulting Services, Inc
13980 Collections Center Drive
Chicago, IL 60693

8

Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies
1765 S. 19Th Ave
Bozeman, MT 59718-5430

Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies
P.O. BOX 772678
Belleville, MI 48277-2678

Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies
734182 Network Place
Chicago, IL 60673-1734

Steriline North America Inc
872 62nd St. Cir East, #105
Bradenton, FL 34208

Steris Corp.
c/o CT Corporation System 4400
Easton Commons Way #125
Columbus, OH 43219

Steris Corp.
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Steris Isomedix Services Inc.
c/o CT Corporation System 4400
Easton Commons Way #125
Columbus, OH 43219

Steris Isomedix Services Inc.
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

Steris Isomedix Services, Inc. and Steris Corp.
c/o CT Corporation System
208 S. LaSalle St, Suite 814
Chicago, IL 60604