# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Related D.I.**: 1040, 1468 |

## NOTICE OF FILING OF AMENDED EXHIBIT A TO
## CHAPTER 7 TRUSTEE'S SIXTH NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that on September 5, 2025, George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* ("Trustee"), by and through his undersigned counsel, filed the *Sixth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order* [D.I. 1468] (the "Notice");

PLEASE TAKE FURTHER NOTICE that attached hereto is an amended version of the **Exhibit A** attached to the Notice.

Dated: September 9, 2025  
Wilmington, Delaware

**SAUL EWING LLP**

 /s/ Evan T. Miller  
Evan T. Miller (No. 5364)  
1201 North Main Street, Suite 2300  
Wilmington, DE 19801  
Tel.: (302) 421-6800  
Facsimile: (302) 421-6813  
E-mail: evan.miller@saul.com

*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC et al.*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.