## <u>EXHIBIT 1</u>

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** 1468, 1469 & ____ |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS**
**LISTED ON CHAPTER 7 TRUSTEE'S SIXTH NOTICE OF SETTLEMENT**
**PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Upon consideration of the Chapter 7 Trustee's *Sixth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice");[2] and *Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Sixth Notice of Settlement* (the "Notice of Amended Exhibit A"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

1.      The settlements of Avoidance Actions against the Defendants listed on the Notice of Amended Exhibit A, are APPROVED;

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

## Exhibit A

### *Amended* Schedule of Settlements Subject to Notice of Settlement Provisions

| Amended[1] Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[2]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[3]** |
| AEP Energy Inc. | $242,979.06 | $1,000.00 | 25-50228 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4), and an asserted exemption to recovery pursuant to section 546(e). |
| AFLAC Premium Holding | ***$79,106.20*** | ***$1,500.00*** | ***25-50096*** | ***Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).*** |
| Alcami Corporation | $42,790.69 | $14,000.00 | 25-50229 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Amphenol Thermometrics Inc. | $11,146.15 | $1,500.00 | 25-50294 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Apexus LLC | $149,782.58 | $85,000.00 | 25-50100 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ashland Specialty Ingredients GP | $130,015.40 | $40,000.00 | 25-50102 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Dahl Compliance | $67,006.25 | $26,500.00 | 25-50126 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1]    Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.

[2]    Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| Evisort Inc. | $19,375.00 | $8,500.00 | 25-50275 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Eye Med Vision Care – Fidelity | $21,767.96 | $5,000.00 | 25-50276 | Settlement amount is at least 63% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| *Freyr, Inc.* | *$39,300.00* | *$28,627.00* | *25-50154* | ***Settlement amount is at 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).*** |
| Gentinge USA Sales LLC | $10,036.00 | $6,000.00 | 25-50277 | Settlement amount is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| IMCD Group | $68,253.46 | $500.00 | 25-50144 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Lentz Milling Company LLC | $18,819.00 | $12,500.00 | 25-50288 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Oxford Global Resources LLC | $14,560.00 | $7,956.00 | 25-50303 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Stantec Consulting Services, Inc | $32,335.00 | $14,000.00 | 25-50209 | Settlement amount is at least 67% of the estimated net preference liability after accounting for a defense under 547(c)(2). |
| Sterigenics U.S. LLC, Nelson Laboratories | $363,243.63 | $65,000.00 | 25-50332 | Settlement amount is at least 80% of the estimated net preference liability after |

---

[3]    Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | | | | accounting for defenses under 547(c)(2) and (c)(4). |
| Steriline North America Inc | $48,791.87 | $15,000.00 | 25-50119 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Steris Isomedix Services, Inc. and Steris Corp. | $52,007.17 | $1,000.00 | 25-50329 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |