IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 19, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONTINUED MATTERS:**

1. Scheduling Conference in Adversary Proceedings

   Status: Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to October 17, 2025 at 10:00 a.m. ET.

2. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims
   [Filed 7/24/2025; Docket No. 1448]

   Related Documents: None

   Objection Deadline: August 8, 2025 at 4:00 p.m. ET

   Responses Received: (a) Response to Trustee's Motion for an Order Authorizing Second Distribution to Holders of General Unsecured Claims Filed by State of Oregon ("Oregon")
   [Filed 8/6/2025; Docket No. 1454]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

    (b)    Objection of Leadiant Biosciences, Inc. to Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims ("<u>Leadiant</u>")
[Filed 8/8/2025; Docket No. 1457]

    (c)    Argo Partners II, LLC's Limited Objection to Motion Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims ("<u>Argo</u>")
[Filed 8/8/2025; Docket No. 1458]

<u>Status</u>: This matter is being adjourned to October 17, 2025 at 10:00 a.m. ET. Trustee has resolved the Leadiant Objection. Trustee anticipates submitting a revised proposed form of Order under Certification of Counsel prior to the hearing.

Dated: September 17, 2025
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

2

## SCHEDULE 1

| Adversary Actions going forward with Scheduling Conference: | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| NONE | | |

| Adversary Actions with Scheduling Conference Not Required: | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| 1. Alliance Medical Products, Inc. | 25-51025 | Dismissed/Closed |
| 2. Capital Wholesale Drug Company | 25-51026 | Dismissed/Closed |
| 3. Healthy Vision Property LLC et al | 25-51027 | Clerk's Entry of Default entered |
| 4. Real Value Products Corp. | 25-51028 | Clerk's Entry of Default entered |
| 5. Retina Associates, Southwest, P.C. et al | 25-51029 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |
| 6. The Hilsinger Company | 25-50385 | A settlement in principle has been reached. The Trustee will be proceeding to file a 9019 Motion for approval. |
| 7. CVS Pharmacy, Inc. et al | 25-50361 | The parties will be submitting a proposed Scheduling Order under Certification of Counsel. |

| Adversary Actions Scheduling Conference Adjourned. | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| 1. Beth Zelnick-Kaufman | 25-50380 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 2. Christopher C. Young | 25-50381 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 3. Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 4. John Sweeney | 25-50383 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 5. Kevin Bain, et al. | 25-50367 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 6. Walmart, Inc. | 25-50360 | Adjourned to 10/17/2025 at 10:00 a.m. ET |
| 7. William Ostrowski | 25-50384 | Adjourned to 10/17/2025 at 10:00 a.m. ET |