# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Re: D.I. 1473 |

## NOTICE OF WITHDRAWAL OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE TO THE ESTATES OF AKORN HOLDING COMPANY, LLC, *ET AL.*, TO APPROVE SETTLEMENT AGREEMENT WITH ABBOTT LABORATORIES, INC. AND ABBOTT LABORATORIES CIE

**PLEASE TAKE NOTICE** that George L. Miller, Chapter 7 Trustee for the estate of the above-captioned debtors, by and through undersigned counsel, hereby withdraws the **Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC,** *et al.,* **to Approve Settlement Agreement With Abbott Laboratories, Inc. and Abbott Laboratories CIE filed at D.I. 1473.**

| | |
|---|---|
| Dated: September 19, 2025<br>Wilmington, Delaware | **CIARDI, CIARDI & ASTIN**<br><br>*/s/ John D. McLaughlin, Jr.*<br>John D. McLaughlin, Jr. (No. 4123)<br>Ciardi Ciardi & Astin<br>1204 N. King Street<br>Wilmington, DE 19801<br><br>Telephone: 484-437-2676<br>Email: jmclaughlin@ciardilaw.com<br><br>-and- |

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
(Admitted *pro hac vice*)
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel for Chapter 7 Trustee*