**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br><br>**Hrg. Date: October 17, 2025 at 10:00 a.m. ET**<br>**Obj. Ddl.: October 10, 2025 at 4:00 p.m. ET** |

**NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE TO
THE ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL. TO APPROVE
SETTLEMENT AGREEMENT WITH ABBOTT LABORATORIES, INC. AND
ABBOTT LABORATORIES CIE**

PLEASE TAKE NOTICE that on September 19, 2025, the **Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC,** *et al.,* **to Approve Settlement Agreement  With Abbott Laboratories, Inc. and Abbott Laboratories CIE** (the "Motion") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for George L. Miller, Chapter 7 Trustee, on or before **October 10, 2025 at 4:00 P.M. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before the Chief Judge Karen B. Owens in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, on **October 17, 2025 at 10:00 A.M. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: September 19, 2025
        Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*
John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin
1204 N. King Street
Wilmington, DE  19801
Telephone:  484-437-2676
Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

*Counsel to George L. Miller,*

*Chapter 7 Trustee*