# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>SIEGFRIED USA, INC.,<br><br>    Defendant. | Adv. Proc. No. 25-50204 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>APTAR PHARMA,<br><br>    Defendant. | Adv. Proc. No. 25-50244 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>LEADIANT BIOSCIENCES, INC.,<br><br>    Defendant. | Adv. Proc. No. 25-50160 (KBO) |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

## **CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on September 26, 2025, I caused a true and correct copy of the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlements Between the Trustee and Siegfried USA Inc., Between the Trustee and Aptar Pharma, and Between the Trustee and Leadiant Biosciences, Inc.* (the "Motion") to be filed with the Court through CM/ECF. Notification of the filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned cases.

I further certify that on September 26, 2025, I caused a copy of the Motion to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit A and via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit B.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

# Exhibit A

Jon Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

John T. Carroll, III
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
***Counsel to Chapter 7 Trustee***

Joseph M. Mulvihill, Esq.
Matthew Barry Lunn, Esq.
Jared W Kochenash, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street Wilmington, DE 19801
jmulvihill@ycst.com
mlunn@ycst.com
jkochenash@ycst.com
***Counsel to the Debtors***

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com
pkeane@pszjlaw.com
***Counsel to the Term Lender Group***

Scott J. Greenberg, Esq.
Steven A. Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
sgreenberg@gibsondunn.com
sdomanowski@gibsondunn.com
mjwilliams@gibsondunn.com
clwilson@gibsondunn.com
agains@gibsondunn.com
***Counsel to the Term Lender Group***

Jeffrey K. Garfinkle, Esq.
Buchalter
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
jgarfinkle@buchalter.com
***Counsel to McKesson Corporation***

Jason Custer Powell
The Powell Firm
1201 N. Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com
***Counsel to McKesson Corporation***

Steven H Winick, Esq.
Buchalter
425 Market St, Suite 2900
San Francisco, CA 94105
swinick@buchalter.com
***Counsel to McKesson Corporation***

Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
cmwinter@duanemorris.com
jccarignan@duanemorris.com
*Counsel to Prestige Consumer Healthcare, Inc.*

Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
MDeBaecke@ashbygeddes.com
*Counsel to Westmount Realty Capital, LLC*

Gregory A. Taylor
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
gtaylor@ashbygeddes.com

Eric D. Kaplan, Esq.
Kaplan & Gournis, PC
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601
ekaplan@kpglaw.com
*Counsel to Westmount Realty Capital, LLC*

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
myurkewicz@klehr.com
*Counsel to AmerisourceBergen Drug Corporation*

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
mbranzburg@klehr.com
*Counsel to AmerisourceBergen Drug Corporation*

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
nsongonuga@gibbonslaw.com
*Counsel to SGS North America Inc.*

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
btheisen@gibbonslaw.com
*Counsel to SGS North America Inc.*

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
jmp@bostonbusinesslaw.com
*Counsel to Iron Mountain Information Management, LLC*

Adam G. Landis, Esq. Matthew B. McGuire,
Esq. Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
landis@lrclaw.com
mcguire@lrclaw.com
jenner@lrclaw.com
*Counsel to MidCap Funding IV Trust*

Charles A. Dale, Esq.
Proskauer Rose LLP One International Place
Boston, MA 02110
cdale@proskauer.com

*Counsel to MidCap Funding IV Trust*

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
vindelicato@proskauer.com

mvolin@proskauer.com
*Counsel to MidCap Funding IV Trust*

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street Suite 2600
Chicago, IL 60601
kstevens@vedderprice.com
*Counsel to MidCap Funding IV Trust*

Beverly Weiss Manne, Esquire Maribeth
Thomas, Esquire Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
*Counsel to Thermo Fisher Scientific Entities*

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
ahiller@adamhillerlaw.com
*Counsel to Thermo Fisher Scientific Entities*

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
szuber@csglaw.com
tfreedman@csglaw.com
*Counsel to Cardinal Health*

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
ahiller@adamhillerlaw.com
*Counsel to Cardinal Health*

Cheryl A. Santaniello, Esq.

Porzio, Bromberg & Newman, P.C. 300
Delaware Avenue
Suite 1220
Wilmington, DE 19801
casantaniello@pbnlaw.com
*Counsel to Package Development Company, Inc.*

Assistant Attorney General
S. Michael Murphy
Wisconsin Department of Justice Post
Office Box 7857
Madison, Wisconsin 53707-7857
murphysm@doj.state.wi.us
*Counsel to State of Wisconsin, Department of Health Services*

Seth A. Niederman, Esq. Fox Rothschild LLP
919 N. Market Street Suite 300
Wilmington, DE 19899
sniederman@foxrothschild.com
*Counsel to Bionpharma*

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street 20th Floor
Philadelphia, PA 19103 19103
mmenkowitz@foxrothschild.com
*Counsel to Bionpharma*

Andrew Warner
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station Washington, DC 20044-0875
andrew.warner@usdoj.gov

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas Suite 501
New York, New York 10020
sfleischer@barclaydamon.com
*Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com
***Counsel to Henderson Constructors, Inc.***

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street Suite 501
Wilmington, DE 19801-1160
cmwinter@duanemorris.com
***Counsel to Prestige Brands SPE Lender, LLC***

Laura L. McCloud TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207
agbankdelaware@ag.tn.gov

Andrew J. Gershon,
Assistant Attorney General New York State
Department of Law Environmental
Protection Bureau
28 Liberty Street
New York, New York 10005
Andrew.Gershon@ag.ny.gov

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street
Suite 400
Wilmington, DE 19801
william.burnett@flastergreenberg.com
***Counsel to Gerresheimer Glass, LLC***

Shawn M. Christianson, Esq.
Buchalter
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
schristianson@buchalter.com
***Counsel to Oracle America, Inc.***

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue Suite 210E
Lake Success, NY 11042
amish@doshilegal.com
***Counsel to Oracle America, Inc.***

Curtis S. Miller, Esq.
Andrew R. Remming Eq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
csmefiling@mnat.com;
***Counsel to Ethypharm S.A.S.***

Scott R. Bowling, Esq.
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
scott.bowling@bakerbotts.com;
***Counsel to Ethypharm S.A.S.***

Kevin Chiu, Esq.
Baker Botts L.L.P.
2001 Ross Avenue Suite 900
Dallas, Texas 75201-2980
kevin.chiu@bakerbotts.com;
***Counsel to Ethypharm S.A.S.***

John Nusbaum
Michael Hunschofsky
Daniel Vazquez Capital Management
510 Madison Avenue 17th Floor
New York, NY 10022
john.nusbaum@400capital.com
mhunschofsky@400capital.com
Dan.Vazquez@400capital.com

Oliver Blum
Ernst & Young Limited Maagpl. 1,
Zurich 8005
oliver.blum@ch.ey.com
***Counsel to Akorn International SARL***

Christian Roos Pestalozzi Feldeggstrasse 4
8008 Zurich Switzerland
christian.roos@pestalozzilaw.com;
**Counsel to Akorn AG**

Kate Roggio Buck, Esq.
McCarter & English LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
KBuck@mccarter.com
**Counsel to HYG Financial Service, Inc.**

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
gloomis@mdmc-law.com
**Counsel to Philadelphia Indemnity Insurance Co.**

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
andrew.goldman@wilmerhale.com
nathan.moore@wilmerhale.com
**Counsel to WSFS Institutional Services as TL Agent**

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street Suite 300
Wilmington, DE 19899-2323
hcohen@foxrothschild.com
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road, Suite 200
Warrington, PA 18976
dseguine@foxrothschild.com
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esq.
Jones Walker LLP
190 E Capitol St., Suite 800
Jackson, MS 39201
jbarber@joneswalker.com
**Counsel to OptiSource LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com
**Counsel to OptiSource LLC**

Karen M. Grivner, Esq. Clark Hill PLC
824 N. Market Street Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esq. Clark Hill PLC
130 E. Randolph Street Suite 3900
Chicago, IL 60601
kmorse@clarkhill.com
**Counsel to CV II Gurnee LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
mbusenkell@gsbblaw.com
**Counsel to Leadiant Biosciences, Inc.**

Fernando J. Menendez, Jr., Esq.
Sequor Law
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
fmenendez@sequorlaw.com
***Counsel to Leadiant Biosciences, Inc.***

Matthew G. Summers, Esq.
Margaret A. Vesper, Esq.
Ballard Spahr LLP
919 N. Market Street 11th Floor
Wilmington, Delaware 19801-3034
summersm@ballardspahr.com
vesperm@ballardspahr.com
***Counsel to M. Jacob & Sons, d/b/a MJS Packaging***

Howard S. Sher, Esq.
Debra Beth Pevos, Esq.
Jacob & Weingarten, P.C.
25800 Northwestern Hwy., Suite 500
Southfield, Michigan 48075
howard@jacobweingarten.com
debra@jacobweingarten.com
***Counsel to M. Jacob & Sons, d/b/a MJS Packaging***

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave, Suite 300
Raleigh, NC 27609
a.lee.hogewoodiii@klgates.com
zechariah.etheridge@klgates.com
***Counsel to Sentiss AG***

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street Suite 901
Wilmington, DE 19801
steven.caponi@klgates.com
matthew.goeller@klgates.com
***Counsel to Sentiss AG***

Alfredo R. Pérez Esq.
Theodore S. Heckel Esq.
Weil, Gotshal & Manges LLP
700 Louisiana Street Suite 1700
Houston, TX 77002-2784
alfredo.perez@weil.com
theodore.heckel@weil.com
***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.***

Curtis S. Miller, Esq.
Sophie Rogers Churchill, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
cmiller@morrisnichols.com
srchurchill@morrisnichols.com
***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.***

Adam Hiller, Esq.
Hiller Law, LLC
300 Delaware Ave., Ste 210, #227
Wilmington, DE 19801
ahiller@adamhillerlaw.com
***Counsel to E.L. Pruitt Co.***

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
hugh.murtagh@lw.com
alexandra.zablocki@lw.com
***Counsel to the Consortium***

Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
shapiro@rlf.com
mathews@rlf.com
steiger@rlf.com
***Counsel to the Consortium***

Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
tori.remington@troutman.com
***Counsel to Hikma Pharmaceuticals USA Inc.***

Deborah Kovsky-Apap, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
deborah.kovsky@troutman.com
***Counsel to Hikma Pharmaceuticals USA Inc.***

John R. Gardner, Esq.
Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave. Suite 300
Raleigh, NC 27609
john.gardner@klgates.com
emily.steele@klgates.com;
***Counsel to Syneos Health***

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
steven.caponi@klgates.com
matthew.goeller@klgates.com
***Counsel to Syneos Health***

L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
kgood@potteranderson.com
csamis@potteranderson.com
mkotsiras@potteranderson.com
***Counsel to Capstone Parent, LLC***

Ryan Blaine Bennett, Esq.
Patricia Walsh Loureiro Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
patricia.walsh@kirkland.com
ryan.bennett@kirkland.com
***Counsel to Capstone Parent, LLC***

Roy Michael Roman Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
roymichael.roman@kirkland.com
***Counsel to Capstone Parent, LLC***

Martin A. Mooney, Esq.
Assistant Attorney General Office of the New York State Attorney General
Civil Recoveries Bureau Bankruptcy Litigation Unit
The Capital
Albany, NY 12224-0341
Martin.mooney@ag.ny.gov

Kimberly A. Walsh Esq.
Assistant Attorney General
Sherri K. Simpson
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
sherri.simpson@oag.texas.gov

Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street 16th Floor
Wilmington, Delaware 19899-1347
rdehney@morrisnichols.com
dbutz@morrisnichols.com
*Counsel to Conversion Movants*

Gregory A. Taylor
500 Delaware Avenue 8th Floor
Wilmington, DE 19801
gtaylor@ashbygeddes.com
-and-
REINHART BOERNER VAN DEUREN s.c.
Frank W. DiCastri (WI Bar No. 1030386)
Sara C. McNamara (WI Bar No. 1098394)
1000 North Water St, Suite 1700
Milwaukee, WI 53202
fdicastri@reinhartlaw.com
smcnamara@reinhartlaw.com
*Counsel to Siegfried USA Inc.*

Aptar Group
250 North Route 303
Congers, New York 10920
Attn: Irene Hudson
VP – Legal, NA and Global Regulatory
irene.hudson@aptar.com

Sidley Austin LLP
One South Dearborn, Chicago, Illinois 60603
Attn: Ryan Fink and Daniela Rakowski , Esq.
ryan.fink@sidley.com
drakowski@sidley.com
*Counsel to Aptar Pharma*

Andrew K. Glenn, Esq.
Shai Schmidt, Esq.
Richard C. Ramirez, Esq.
Malak S. Doss, Esq.
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
sschmidt@glennagre.com
rramirez@glennagre.com
mdoss@glennagre.com
*Counsel to Conversion Movants*

Kevin G. Collins, Esq.
Barnes & Thornburg LLP
222 Delaware Avenue , Suite 1200
Wilmington, DE 19801
kevin.collins@btlaw.com
*Counsel to Argo Partners II, LLC*

Gregory G. Plotko, Esq.
Barnes & Thornburg LLP
390 Madison Avenue, 12th Floor
New York, NY 10017
gplotko@btlaw.com
*Counsel to Argo Partners II, LLC*

U.S. Customs and Border Protection
Attn: REV-Bankruptcy 203Ja
8899 E. 56th Street Indianapolis, IN 46249
bankruptcyteam@cbp.dhs.gov

Kristin Radwanick, Esq.
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road, Suite 300
Cincinnati, Ohio 45236
kristin.radwanick@ohioago.gov
***Counsel to Ohio Department of Medicaid***

# EXHIBIT B

John Nusbaum Capital Management
510 Madison Avenue 17th Floor
New York, NY 10022

Lovisa Gustafsson, Vice President, Controlling Health Care Costs
The Commonwealth Fund 1 East 75th Street
New York, NY 10021

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Marc S. Lichtman
Attorney at Law
Lichtman Eisen Partners, Ltd. 134 North LaSalle Street Suite 750
Chicago, Illinois 60602
*Counsel to IL Landlord*

Drug Enforcement Administration
Attn: Office of Diversion Control
8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Esq.
Assistant Attorney General
New York State Department of Law Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

Kimberly A. Walsh
Assistant Attorney General
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*Counsel to Texas Comptroller*

U.S. Customs and Border Protection
Attn: REV-Bankruptcy 203Ja
8899 E. 56th Street
Indianapolis, IN 46249

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue, Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent
500 Delaware Avenue
Wilmington, DE 19801

Akorn Ag Hettlingen
Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442 Switzerland


Aptar Pharma
Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa
Ralf Pfirmann Viale Milano 86
Lodi 26900 Italy

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services Center for Medicaid and Chip Services Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director 7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General
Release Of Information Office (50ci)
810 Vermont Avenue,
NW Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
Po Box 45 027
Auckland 651 New Zealand

E L Pruitt Company
Po Box 3306

Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank
C/O Ernst & Young US LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm Roseline Joannesse
194 Bureaux De La Colline, Batiment D, 12eme Etage
Saint-Cloud Cedex 92213 France

Euroapi Usa
100 Somerset Corporate Blvd
2nd Floor Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn A/R
537 Crystal Ave
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC
David Bacon
6525 The Corners Parkway
Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Ave
Atlanta, GA 30318

MJS Packaging
35601 Veronica St
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd. Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue, 4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

The Ritedose Corporation
Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC
c/o Robert Mahoney Norris McLaughlin, P.A.
400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

Zhejiang Hisun Pharma China
Attn: Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC - R&D Only
92 Argilla Road
Andover, MA 01810

John Sweeney [Address on File]

Erislandy Dorado-Boladeres [Address on File]

Chris Young [Address on File]

Bill Ostrowski [Address on File]