## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**Hearing Date:**     **November 14, 2025 at 10:00 a.m. ET**

**Objection Date:**     **October 21, 2025 at 4:00 p.m. ET**

### NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF JNR ADJUSTMENT COMPANY, INC. AS ACCOUNTS RECEIVABLE COLLECTION AGENCY

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee for the estates of the above-captioned Debtors (the "Trustee"), has filed a Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency (the "Motion").

If you wish to object or otherwise respond to the Motion, you must file your response on or before **October 21, 2025 at 4:00 p.m. ET** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, DE 19801. At the same time, you must also serve a copy of your response upon the Trustee's counsel:

> John T. Carroll, III, Esq.
> Cozen O'Connor
> 1201 N. Market Street
> Suite 1001
> Wilmington, DE 19801-1147
> Telephone (302) 295-2028
> Facsimile (302) 295-2013
> jcarroll@cozen.com

A hearing on the Motion is scheduled before the Honorable Karen B. Owens, Chief, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware on **November 14, 2025 at 10:00 a.m.  ET.**

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

**IF YOU DO NOT PROPERLY FILE AND SERVE A RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE TRUSTEE WILL FILE A CERTIFICATION OF NO OBJECTION AND THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 29, 2025
      Wilmington, Delaware          COZEN O'CONNOR

By:    /s/ *John T. Carroll, III*
       John T. Carroll, III (DE No. 4060)
       1201 North Market Street
       Suite 1001
       Wilmington, DE  19801
       Telephone:  (302) 295-2028
       Facsimile:  (302) 295-2013
       jcarroll@cozen.com

       *Counsel for George L. Miller*
       *Chapter 7 Trustee*

LEGAL\80389483\1 6010823/00574256