**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on September 29, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Seventh Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on September 29, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on September 29, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

AT&T
Karen A. Cavagnaro
One AT&T Way
Bedminster, NJ 07921
Km1426@att.com

EMD Millipore
c/o Katie Spewak Esq.,
c/o Fred Bartelsmeyer, Esq.
Bryan Cave Leighton Paisner LLP
One Metropolitan Square, 211 N Broadway # 3600
St. Louis, MO 63102
katie.spewak@bclplaw.com
fred.bartelsmeyer@bclplaw.com

Freyr, Inc.
c/o Jeffrey M. Carbino, Esq.
Pierson Ferdinand
112 French Street
Wilmington, DE 19801
jeffrey.carbino@pierferd.com

Kerry Ingredients & Flavours
Michael Busenkell, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Managed Health Care Associates, Inc.
c/o Lynn Rowe Larsen, Esq.
Taft Law
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
llarsen@taftlaw.com

Matheson Tri-Gas, Inc.
c/o Andrew G. Edson, Esq.
Clark Hill
901 Main Street, Suite 6000
Dallas, Texas, 75202
aedson@clarkhill.com

Performance Validation, Inc.
c/o Kay Dee Baird, Esq.
Krieg DeVault LLP
1 Indiana Sq # 2800
Indianapolis, IN 46204
kbaird@kdlegal.com

Provident Life and Accident Ins Co
c/o Barry Brendan, Esq.
Marcus Clegg
16 Middle Strtee, 5th Floor
Portland, ME 04101
btb@marcusclegg.com

PSE&G Co.
c/o Russell S. Johnson, Esq.
Law Firm of Russell R. Johnson III, PLC
14890 Washington St.
First Floor
Haymarket, VA 20169
russell@russelljohnsonlawfirm.com

Reliance Standard Life Insurance Co.
c/o Mark McCreary, Esq.
Fox Rothschild
2001 Market Street
Suite 1700
Philadelphia, PA 19103
mmccreary@foxrothschild.com

Robert Half Management Resources
c/o L. Ted Mawla, Esq.
Assistant General Counsel,
Employment & Litigation
Robert Half, Legal Department
2884 Sand Hill Road
Menlo Park, CA 94025
ted.mawla@roberthalf.com

SafetyCall International, LLC
c/o Anthony P. Cali, Esq.
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
anthony.cali@stinson.com

Syntegon Technology Services Inc.
c/o Frank W. DiCastri, Esq.
1000 N Water St, Suite 1700
Milwaukee, WI 53202
FDicastri@reinhartlaw.com

The Training Center Group LLC
c/o Berger McDermott LLP
Attn: Zachary J. Schnapp, Esq.
1105 N. Market Street, Suite 1100
Wilmington, DE 19801
zschnapp@bergermcdermott.com

WestRock
c/o Bailey Glasser LLP
Attn: Jonathan Gold, Esq.
1055 Thomas Jefferson Street NW, Suite 540
Washington, D.C. 20007
jgold@baileyglasser.com

Zatkoff Seals & Packaging
c/o Zachary Revoldt, Esq.
Butzel Long
150 West Jefferson, Suite 100
Detroit, MI 48226
revoldtz@butzel.com

-and-

Zatkoff Seals & Packaging
c/o Max Newman, Esq.
Butzel Long
201 W. Big Beaver, Suite 1200
Troy, MI 48084
newman@butzel.com

# Exhibit B- Via First Class Mail

EMD Millipore
25760 Network Place
Chicago, IL 60673

-and-

EMD Millipore
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

Freyr, Inc.
150 College Road West
Suite 102
Princeton, NJ 08540

-and-

Freyr, Inc.
c/o Srinivasa Sadhu
150 College Road West Suite 102
Princeton, NJ 08540

Performance Validation, Inc.
6325 Digital Way. Suite 100
Indianapolis, IN 46278

-and-

Performance Validation, Inc.
PO Box 7096, Dept 254
Indianapolis, IN 46207

-and-

Performance Validation, Inc.
c/o Phillip A. Burns
6325 Digital Way, Suite 100
Indianapolis, IN, 46278

Provident Life and Accident Ins Co
Individual Business Operations
P.O. Box 740592
Atlanta, GA 30374-0592

-and-

Provident Life and Accident Ins Co
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

PSE&G Co.
150 How Ln
New Brunswick, NJ 08901

-and-

PSE&G Co.
PO BOX 14444
New Brunswick, NJ 08906-4444

-and-

PSE&G Co.
Attn:Michael K. Hyun
80 Park Plaza
Newark, NJ 07102-4194

Managed Health Care Associates, Inc.
P.O. Box 931830
Atlanta, GA 31193-1830

-and-

Managed Health Care Associates, Inc.
400 Interpace Parkway Bldg C, Suite 200
Parsippany, NJ 07054

Matheson Tri-Gas, Inc.
815 McHenry St.
Burlington, WI 53105

-and-

Matheson Tri-Gas, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Reliance Standard Life Insurance Co.
PO BOX 3124
Southeastern, PA 19398-3124

-and-

Reliance Standard Life Insurance Co.
1700 Market St., Ste 1200
Philadelphia, PA 19103-3938

Robert Half Management Resources
12400 Collections Center Dr.
Chicago, IL 60693

-and-

Robert Half Management Resources
c/o Vagdevi Pochareddy
2325 Parklawn Dr, Ste G
Waukesha, WI 53186

SafetyCall International, LLC
3600 American Blvd W
Bloomington, MN 55431

-and-

SafetyCall International, LLCc/o Leo Sioris
3600 American Boulevard W
Suite 725
Bloomington, MN 55431

Syntegon Technology Services Inc.
2440 Sumner Boulevard
Raleigh, NC 27616

-and-

Syntegon Technology Services Inc.
c/o Legal Department
5224 Snapfinger Woods Drive
Decatur, GA 30035

The Training Center Group LLC
113 Monmouth Rd, Suite 1
Wrightstown, NJ 08562

-and-

The Training Center Group LLC
113 Monmouth Rd, Suite 2
Wrightstown, NJ 08562

-and-

The Training Center Group LLC
c/o John Moscatiello
3 Ivy Lane, PO Box 966
Wrightstown, NJ 08562

WestRock
1000 Abernathy Rd
Atlanta, GA 30328-5606

WestRock
PO BOX 409813
Atlanta, GA 30384-9813

Zatkoff Seals & Packaging
23230 Industrial Park Drive
Farmington Hills, MI 48335

-and-

Zatkoff Seals & Packaging
PO Box 486
Farmington, MI 48332-0486

-and-

Zatkoff Seals & Packaging
c/o The Corporation Company
40600 Ann Arbor Rd E, Ste 201
Plymouth, MI 48170-4675