# EXHIBIT 1

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | Re: D.I. 1480, & ___ |

## ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS LISTED ON CHAPTER 7 TRUSTEE'S SEVENTH NOTICE OF SETTLEMENT PURSUANT TO SETTLEMENT PROCEDURES ORDER

Upon consideration of the Chapter 7 Trustee's *Seventh Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order* (the "Notice");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

1. The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
| AT&T | $87,111.45 | $10,000.00 | 25-50183 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| EMD Millipore | $165,537.87 | $40,000.00 | 25-50137 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Freyr, Inc. | $39,300.00 | $28,627.00 | 25-50154 | Settlement amount is at 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kerry Ingredients & Flavours | $124,973.00 | $8,500.00 | 25-50336 | Settlement is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Managed Health Care Associates, Inc. | $36,353.18 | $17,500.00 | 25-50168 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Matheson Tri-Gas, Inc. | $19,179.25 | $10,000.00 | 25-50290 | Settlement amount is at least 66% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Performance Validation | $13,127.00 | $5,717.00 | 25-50309 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Provident Life and Accident Ins Co | $18,294.18 | $13,500.00 | 25-50315 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| PSE & G Co. | $159,354.60 | $1,000.00 | 25-50325 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Reliance Standard Life Insurance Co. | $260,829.29 | $7,500.00 | 25-50190 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Robert Half Management Resources | $38,878.50 | $3,500.00 | 25-50197 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SafetyCall International, LLC | $14,165.50 | $10,000.00 | 25-50316 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Syntegon Technology Services Inc. | $61,684.23 | $25,000.00 | 25-50211 | Settlement amount is at least 53% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| The Training Center Group LLC | $78,390.00 | $30,000.00 | 25-50213 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| WestRock | $76,765.26 | $6,000.00 | 25-50351 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Zatkoff Seals & Packaging | $15,514.00 | $10,000.00 | 25-50322 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1]  Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]  Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.