# Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

| \ | \ | \ | \ | \ |
|---|---|---|---|---|
| **Schedule of Settlements Subject to Notice of Settlement Provisions** | | | | |
| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
| AT&T | $87,111.45 | $10,000.00 | 25-50183 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| EMD Millipore | $165,537.87 | $40,000.00 | 25-50137 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Freyr, Inc. | $39,300.00 | $28,627.00 | 25-50154 | Settlement amount is at 73% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kerry Ingredients & Flavours | $124,973.00 | $8,500.00 | 25-50336 | Settlement is at least 56% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Managed Health Care Associates, Inc. | $36,353.18 | $17,500.00 | 25-50168 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Matheson Tri-Gas, Inc. | $19,179.25 | $10,000.00 | 25-50290 | Settlement amount is at least 66% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Performance Validation | $13,127.00 | $5,717.00 | 25-50309 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Provident Life and Accident Ins Co | $18,294.18 | $13,500.00 | 25-50315 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| PSE & G Co. | $159,354.60 | $1,000.00 | 25-50325 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Reliance Standard Life Insurance Co. | $260,829.29 | $7,500.00 | 25-50190 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Robert Half Management Resources | $38,878.50 | $3,500.00 | 25-50197 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SafetyCall International, LLC | $14,165.50 | $10,000.00 | 25-50316 | Settlement amount is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Syntegon Technology Services Inc. | $61,684.23 | $25,000.00 | 25-50211 | Settlement amount is at least 53% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| The Training Center Group LLC | $78,390.00 | $30,000.00 | 25-50213 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| WestRock | $76,765.26 | $6,000.00 | 25-50351 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Zatkoff Seals & Packaging | $15,514.00 | $10,000.00 | 25-50322 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.