## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Objection Deadline**: 10/23/2025 at 4:00 PM (E.T.) <br> **Hearing Date**: 11/14/2025 at 10:00 AM (E.T.) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br><br> v. | |
| H. E. BUTT GROCERY COMPANY, | Adv. Proc. No. 25-50448 (KBO) |
| WAKEFERN FOOD CORP. *dba* WAKEFERN GENERAL MERCHANDISE, | Adv. Proc. No. 25-50899 (KBO |
| JAMS WHOLESALE DISTRIBUTION SERVICES, LLC, | Adv. Proc. No. 25-50449 (KBO) |
| CITYMEDRX, LLC, | Adv. Proc. No. 25-50519 (KBO) |
| THRIFTY DRUG STORES, INC. *dba* THRIFTY WHITE WAREHOUSE and THRIFTY WHITE PHARMACY, | Adv. Proc. No. 25-50898 (KBO) |
| PEYTON'S SOUTHEASTERN, INC., | Adv. Proc. No. 25-50284 (KBO) |
| TRILOGY EYE MEDICAL GROUP, INC. *dba* RETINA INSTITUTE OF CALIFORNIA and ACUITY EYE GROUP, | Adv. Proc. No. 25-50901 (KBO) |

---

[1]   The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| RETINA ASSOCIATES, SOUTHWEST, P.C. *dba* RETINA ASSOCIATES; and DR. CAMERON G. JAVID, | Adv. Proc. No. 25-51029 (KBO) |
|          Defendants. | |

**NOTICE OF OMNIBUS MOTION
OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER APPROVING THE
SETTLEMENTS AND COMPROMISES OF ADVERSARY PROCEEDINGS AGAINST
H.E. BUTT GROCERY COMPANY; WAKEFERN FOOD CORP.; JAMS WHOLESALE
DISTRIBUTION SERVICES, LLC; CITYMEDRX, LLC; THRIFTY DRUG STORES,
INC.; PEYTON'S-SOUTHEASTERN, INC.; TRILOGY EYE MEDICAL GROUP, INC.;
<u>AND RETINA ASSOCIATES, SOUTHWEST, P.C.</u>**

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "<u>Trustee</u>") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlements and Compromises of Adversary Proceedings Against H.E. Butt Grocery Company; Wakefern Food Corp.; JAMS Wholesale Distribution Services, LLC; CityMedRx, LLC; Thrifty Drug Stores, Inc.; Peyton's-Southeastern, Inc.; Trilogy Eye Medical Group, Inc.; and Retina Associates, Southwest, P.C.* (the "<u>Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>"), by **October 23, 2025 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge**,** at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **November 14, 2025 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: October 9, 2025
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Carmen Contreras-Martinez
(admitted *pro hac vice*)
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4500
carmen.contreras-martinez@saul.com

and

Ryan F. Coy (admitted *pro hac vice*)
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 255-6168
ryan.coy@saul.com

*Special Counsel to the Chapter 7 Trustee*

56028324.2
389590-00014