# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>Re: D.I. 1475 |

## CERTIFICATE OF NO OBJECTION

On September 19, 2025, George L. Miller, Chapter 7 Trustee, filed **Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, *et al.*, to Approve Settlement Agreement With Abbott Laboratories, Inc. and Abbott Laboratories CIE** (the "Motion") [D.I. 1475]. Responses to the Motion were to be filed and served no later than October 10, 2025.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion has been received. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

|  |  |
|---|---|
| Dated: October 14, 2025<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ John D. Mclaughlin, Jr.*<br>John D. McLaughlin, Jr. (No. 4123)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302)658-1300 facsimile<br>jmclaughlin@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi, III, Esquire<br>(*Admitted pro hac vice*)<br>Walter W. Gouldsbury III, Esquire<br>Philadelphia, PA 19103<br>(215) 557-3550 telephone<br>(215) 557-3551 facsimile<br>aciardi@ciardilaw.com<br>wgouldsbury@ciardilaw.com<br><br>*Special Counsel for Chapter 7 Trustee* |