IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br>**Re: D.I. 1475** |

### ORDER APPROVING MOTION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND ABBOTT LABORATORIES, INC. AND ABBOTT LABORATORIES CIE

Upon the motion (the "Motion")[2] of George L. Miller, Chapter 7 Trustee (the "Trustee") to the estates of Akorn Holding Company, LLC., et al. (collectively, the "Debtors") to approve the settlement agreement (the "Settlement Agreement") by and between the Parties; and the Court having reviewed the Motion; it appearing to the Court that the Settlement Agreement is in the best interest of the Debtors' estates; the Court finding that notice of the Motion given by the Trustee is appropriate under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the approval of the Settlement Agreement; IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement with Abbott Laboratories, Inc. and Abbott

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Immediately Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No, 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

1

Laboratories Cie attached to the Motion as **Exhibit A** is APPROVED.

3. The Trustee is authorized to take all necessary steps to implement the terms of the Settlement Agreement.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement Agreement and/or implementation of this Order.

Dated: October 15th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE