EXHIBIT "2"

REDLINE REVISED PROPOSED ORDER TOGETHER
WITH REVISED EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No.  23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. ——1448, 1454, 1457, 1458 |

### ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S SECOND DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS

This matter coming before the Court on the *Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims* [D.I. 1448] (the "Motion");[2] adequate and sufficient notice of the Motion to the Notice Parties having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and the Court being informed all filed objections to the Motion have been resolved and are withdrawn, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED:**

1.      The Motion is granted as provided herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

2.      Pursuant to sections 704(a)(1) and 105(a) of the Bankruptcy Code, the Trustee is authorized but not directed to pay the Proposed Distribution Amounts to the holders of the Allowed General Unsecured Claims as set forth on the revised Exhibit A attached to this Order (the "Revised Exhibit A").

3.      If any of the Allowed General Unsecured Claims were filed against the Estates of Akorn Holding Company LLC or Akorn Intermediate Company LLC, such claims are reclassified to correctly be filed solely against the Estate of Akorn Operating Company LLC, and the Trustee is authorized to make payment of the applicable Proposed Distribution Amounts from the Estate of Akorn Operating Company LLC.

4.      The Trustee's rights to object on any applicable grounds to any other claims that the parties listed on the Revised Exhibit A may assert against the Estates, and/or to any additional claim amounts that those parties may assert beyond the claim amounts listed in the column titled "Allowed General Unsecured Claim Amount," are expressly reserved.

5.      The Court retains jurisdiction to interpret and enforce the Order.

LEGAL\80857218\1 6010823/00574256LEGAL\80857218\2 6010823/00574256

EXHIBIT "A"

REVISED PROPOSED SECOND  INTERIM DISTRIBUTION TO
HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS

Redline Revised Exhibit A
**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 406.1 | AOC | Abraham, Lisha et al on behalf of themselves and al<br>PO BOX 3103<br>Mobile, AL 36652-3103 | $ 8,378,176.36 | $ 1,608,609.86 | 19.20% |
| 254.1 | AOC | Advanced Instruments - Remit<br>Two Technology Way<br>Norwood, MA 02284-5116 | $ 11,654.62 | $ 2,237.69 | 19.20% |
| 26.1 | AOC | AMEC Electric<br>125 Liberty Street<br>Metuchen, NJ 08840 | $ 16,599.38 | $ 3,187.08 | 19.20% |
| ~~378.1~~ | ~~AOC~~ | ~~Animal Health International, Inc.~~<br>~~1031 Mendota Heights Rd~~<br>~~St. Paul, MN 55120-1031~~ | ~~$ 13,855.62~~ | ~~$ 2,660.28~~ | ~~19.20%~~ |
| 330.1 | AHC | Argo Partners (transferred from EUROAPI US Inc.)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 580,000.00 | $ 111,360.00 | 19.20% |
| 9.1 | AHC | Argo Partners (transferred from Illini Supply, Inc.)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 19,070.53 | $ 3,661.54 | 19.20% |
| 85.1 | AOC | Argo Partners (transferred from ProPharma Group Holdings, LLC)<br>12 West 37th Street, Ste. 900<br>New York, NY 10018 | $ 363,120.72 | $ 69,719.18 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 15.1 | AHC | Argo Partners (transferred from Qualifyze GMBH) 12 West 37th Street, Ste. 900 New York, NY 10018 | $ 22,686.51 | $ 4,355.81 | 19.20% |
| 375.2 | AHC | Argo Partners as Assignee of FS Installation 12 West 37th Street, Ste. 900 New York, NY 10018 | $ 15,700.00 | $ 3,014.40 | 19.20% |
| 378.1 | AHC | Argo Partners as Assignee of IPD Analytics LLC 12 West 37th Street, 9th Floor New York, NY 10018 | $ 63,536.55 | $ 12,199.02 | 19.20% |
| 349.1 | AOC | ARNOLD & PORTER KAYE SCHOLER LLP 601 Massachusetts Ave NW Washington, DC 20001 | $ 20,367.24 | $ 3,910.51 | 19.20% |
| 31.1 | AHC | ASI TECHNOLOGIES 5848 N 95th CT Milwaukee, WI 53225 | $ 84,341.01 | $ 16,193.47 | 19.20% |
| 55.1 | AOC | Aspect Consulting, Inc. JoEllen Zaspel, CEO 20109 Valley Forge Road King of Prussia, PA 19406 | $ 43,432.50 | $ 8,339.04 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 339.1 | AOC | Astro Pak Corporation<br>Peggy Ogden<br>270 Baker Street East<br>Suite 100<br>Cota Mesa, CA 92626 | $ 77,827.00 | $ 14,942.78 | 19.20% |
| 176.1 | AHC | Atlantic Scale Company, Inc<br>136 Washington Ave<br>Nutley, NJ 07110 | $ 15,000.00 | $ 2,880.00 | 19.20% |
| 79.1 | AOC | BAF Refrigeration, Inc.<br>80 Knickerbocker Ave<br>Suite 5<br>Bohemia, NY 11716 | $ 70,962.26 | $ 13,624.75 | 19.20% |
| 12.1 | AOC | Bausch + Stroebel Machine Co., Inc.<br>10 Thompson Road<br>Branford, CT 06405 | $ 39,348.54 | $ 7,554.92 | 19.20% |
| 96.1 | AHC | BDO USA, LLP<br>Attn: Jared Schierbaum<br>4250 Lancaster Pike<br>Suite 120<br>Wilmington, DE 19805 | $ 10,300.00 | $ 1,977.60 | 19.20% |
| 18.1 | AOC | Beckman Coulter, Inc.<br>250 S. Kraemer Blvd. A1.SE.02<br>Brea, CA 92821-250 | $ 49,043.36 | $ 9,416.33 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 63.1 | AOC | BlackLine Systems, Inc. 21300 Victory Blvd., 12th Floor Woodland Hills, CA 91367 | $ 50,688.00 | $ 9,732.10 | 19.20% |
| 318.1 | AOC | Brittney Turner, CPA, CGMA F.A. Wilhelm Construction Co., Inc. 3914 Prospect Street Indianapolis, Indiana 46203 | $ 72,370.00 | $ 13,895.04 | 19.20% |
| 84.1 | AOC | Caerus US 1, Inc. PO BOX 415214 Boston, MA 02241−5214 | $ 13,782.00 | $ 2,646.14 | 19.20% |
| 351.1 | AOC | Celgene Corp., a sub. of Bristol Myers Squibb Co. Lowenstein Sandler LLP c/o Philip J. Gross, Esq. One Lowenstein Drive Roseland, NJ 07068 | $ 58,338.00 | $ 11,200.90 | 19.20% |
| 115.1 | AOC | Cintas Corporation A. Eric Van Dalinda Location No. 788 1605 Route 300 Newburgh, NY 12550 | $ 59,407.86 | $ 11,406.31 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 33.1 | AHC | CIRCULAR EDGE LLC<br>399 Campus Drive<br>Suite 102<br>Somerset, NJ 08873 | $ 156,160.00 | $ 29,982.72 | 19.20% |
| 184.1 | AOC | City of Decatur - Utilities Bill<br>Finance Department<br>PO BOX 2578<br>Decatur, IL 62525-2578 | $ 27,983.07 | $ 5,372.75 | 19.20% |
| 16.1 | AHC | Commonwealth Edison Company<br>1919 Swift Drive<br>Bankruptcy Department<br>Oakbrook, IL 60523 | $ 16,681.29 | $ 3,202.81 | 19.20% |
| 46.1 | AOC | Connor Company<br>PO BOX 5007<br>Peoria, IL 61601−5007 | $ 22,624.56 | $ 4,343.92 | 19.20% |
| 413.1 | AOC | CRG Financial LLC (As Assignee of Kirby Risk Corp.)<br>84 Herbert Ave<br>Building B-Suite 202<br>Closter, NJ 07624 | $ 46,745.55 | $ 8,975.15 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| ~~80.2~~ 460.1 | AOC | CRG Financial, LLC (As Assignee of 2nd Watch, Inc.) 84 Herbert Ave Building B-Suite 202 Closter, NJ 07624 | $ 98,900.00 | $ 18,988.80 | 19.20% |
| 83.2 | AOC | CRG Financial, LLC (As Assignee of Biopharm Recruiting Parnters) 84 Herbert Ave Building B-Suite 202 Closter, NJ 07624 | $ 11,000.00 | $ 2,112.00 | 19.20% |
| 52.2 | AOC | CRG Financial, LLC (As Assignee of Viticus Group) 84 Herbert Ave Building B-Suite 202 Closter, NJ 07624 | $ 29,095.00 | $ 5,586.24 | 19.20% |
| 277.1 | AHC | Crown Equipment Corporation Sebaly Shillito + Dyer LPA c/o Robert Hanseman 40 N. Main St., Ste. 1900 Dayton, OH 45423 | $ 15,087.44 | $ 2,896.79 | 19.20% |
| 178.1 | AHC | DEAN PHARMA CONSULTING LLC 6906 Myric Ct Wilmington, NC 28411-6906 | $ 36,025.00 | $ 6,916.80 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 76.1 | AOC | Department of Health Care Services<br>PO BOX 997413<br>M.S. 0010<br>Sacramento, CA 95889 | $ 2,135,857.81 | $ 410,084.70 | 19.20% |
| 136.1 | AOC | Dunker Electric Supply, Inc.<br>1744 N 22nd st<br>Decatur, IL 62526 | $ 10,533.59 | $ 2,022.45 | 19.20% |
| 23.1 | AHC | Enviroclean Janitorial Services, LLC<br>800B Hartle Street<br>Sayreville, NJ 08872 | $ 20,761.88 | $ 3,986.28 | 19.20% |
| 89.1 | AHC | Eurofins Lancaster Laboratories, Inc.<br>Brian A. Wiggins<br>2425 New Holland Pike<br>Lancaster, PA 17601 | $ 89,153.13 | $ 17,117.40 | 19.20% |
| ~~51.1~~ | ~~AHC~~ | ~~Eye Consultants of Atlanta, PC~~<br>~~Attn: Scott Ferguson~~<br>~~3225 Cumberland Blvd SE~~<br>~~Ste 900~~<br>~~Atlanta, GA 30339~~ | ~~$ 10,451.64~~ | ~~$ 2,006.71~~ | ~~19.20%~~ |
| 67.1 | AOC | Fair Harbor Capital (as Assignee of Cognex Corporation)<br>PO BOX 237037<br>New York, NY 10023 | $ 13,953.97 | $ 2,679.16 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 102.1 | AOC | Fair Harbor Capital LLC (as Assignee of Amity Vacuum, Inc.) PO BOX 237037 New York, NY 10023 | $ 10,159.26 | $ 1,950.58 | 19.20% |
| 48.1 | AOC | Fair Harbor Capital LLC (as Assignee of Tri Weld Industries, Inc.) PO BOX 237037 New York, NY 10023 | $ 19,167.69 | $ 3,680.20 | 19.20% |
| 369.1 | AOC | Fair Harbor Capital, LLC as Assignee of Datwyler Pharma Packaging Belgium NV PO BOX 237037 New York, NY 10023 | $ 32,990.51 | $ 6,334.18 | 19.20% |
| 336.1 | AOC | Fair Harbor Capital, LLC as Assignee of NAVC PO BOX 237037 New York, NY 10023 | $ 15,000.00 | $ 2,880.00 | 19.20% |
| 123.1 | AOC | Gateway Analytical LLC Irene Hudson, Fabrice Robine 250 North Route 303 Congers, NY 10920 | $ 14,680.00 | $ 2,818.56 | 19.20% |
| 27.2 | AOC | GENERICHEM - REMIT 5 Taft Rd Totowa, NJ 07511-0457 | $ 147,000.00 | $ 28,224.00 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 77.1 | AOC | Hain Capital Investors Master Fund, LTD (transferred from Medical Packaging Inc., LLC) 301 Route 17 North, 7th Floor Rutherford, NJ 07070 | $ 55,125.00 | $ 10,584.00 | 19.20% |
| 16.2 | AOC | HYG Financial Services, Inc. C/O Wells Fargo Vendor Financial Services, LLC Attn.: Kimberly Park 800 Walnut Street Des Moines, IA 50309 | $ 74,991.16 | $ 14,398.30 | 19.20% |
| 21.1 | AHC | Illinois Department of Revenue Bankruptcy Unit PO Box 19035 Springfield, IL 62794-9035 | $ 1,875.20 | $ 360.04 | 19.20% |
| 404.1 | AOC | inVentiv Health Consulting, Inc. John R. Gardner 301 Hillsborough St Suite 1200 Raleigh, NC 27603 | $ 174,035.04 | $ 33,414.73 | 19.20% |
| 3.1 | AIC | Jackson Lewis P.C. 1133 Westchester Ave Ste. S125 West Harrison, NY 10604 | $ 10,673.50 | $ 2,049.31 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 344.1 | AOC | JAF Global Logistics<br>1319 N. Broad Street<br>Hillside, NJ 07205-0000 | $ 5,454.69 | $ 1,047.30 | 19.20% |
| 30.1 | AHC | Jones & Sullivan Enterprises, Inc.<br>2955 N. Dineen Street<br>Decatur, IL 62524 | $ 50,000.00 | $ 9,600.00 | 19.20% |
| 214.1 | AOC | Kamps, Inc.<br>665 Seward Avenue Northwest<br>Suite 301<br>Grand Rapids, MI 49504−665 | $ 36,185.55 | $ 6,947.63 | 19.20% |
| 409.1 | AOC | Kerry, Inc.<br>3400 Millington Road<br>Beloit, WI 53511 | $ 15,046.48 | $ 2,888.92 | 19.20% |
| 313.1 | AOC | Keyspan Gas East Corporation DBA National Grid<br>300 Erie Boulevard West<br>Syracuse, NY 13202 | $ 29,750.40 | $ 5,712.08 | 19.20% |
| ~~108.1~~ | ~~AHC~~ | ~~LYNN CONSULTING~~<br>~~2905 Saint Helen Circle~~<br>~~Silver Spring, MD 20906~~ | ~~$ 21,500.00~~ | ~~$ 4,128.00~~ | ~~19.20%~~ |
| 317.1 | AOC | Michigan Department of Health and Human Services<br>Adam M. Roose, AAG<br>PO Box 30754<br>Lansing, MI 48909 | $ 1,088,201.14 | $ 208,934.62 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 294.1 | AHC | Mikart, Inc.<br>Miguel I. Arteche<br>1750 Chattahoochee Avenue<br>Atlanta, GA 30318 | $ 65,000.00 | $ 12,480.00 | 19.20% |
| 329.1 | AHC | Mississippi Division of Medicaid<br>550 High Street, Suite 1000<br>Jackson, MS 39201 | $ 171,982.93 | $ 33,020.72 | 19.20% |
| 272.1 | AHC | MJH LIFE SCIENCES<br>2 Clarke Dr<br>Suite 100<br>Cranbury, NJ 08512 | $ 25,500.00 | $ 4,896.00 | 19.20% |
| 118.1 | AOC | Motion Industries<br>1605 Alton Road<br>Irondale, AL 35210 | $ 11,417.40 | $ 2,192.14 | 19.20% |
| 64.1 | AHC | New York Power Authority<br>123 Main Street<br>9th Floor<br>White Plains, NY 10601 | $ 76,581.58 | $ 14,703.66 | 19.20% |
| 286.1 | AOC | New York State Dept of Environmental Conservation<br>625 Broadway<br>Albany, NY 12207 | $ 53,675.83 | $ 10,305.76 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 281.1 | AHC | Office of the Attorney General Attn: J. Engels 109 State Capitol Cheyenne, WY 82002-109 | $ 11,319.39 | $ 2,173.32 | 19.20% |
| 312.1 | AOC | Office of the Attorney General Attn: J. Engels 109 State Capitol Cheyenne, WY 82002-109 | $ 11,219.38 | $ 2,154.12 | 19.20% |
| 466.2 466.3 | AOC | Oregon Health Authority Oregon Dept. of Justice ATTN: Justin D. Leonard 1162 Court Street NE Salem, OR 97301 | $ 1,077,505.70 $ 249,238.95 | $ 206,881.09 $ 47,853.88 | 19.20% |
| 169.1 | AOC | Pharma Packaging Solutions 116 Agnes Road Knoxville, TN 37919 | $ 24,546.00 | $ 4,712.83 | 19.20% |
| 57.1 | AOC | Pharmacy Select LLP 1550 Columbus St. Sun Prairie, WI 53590 | $ 18,543.43 | $ 3,560.34 | 19.20% |
| 192.1 | AHC | PHARMAREGS INC 1751 State Route 17A Suite 3 Florida, NY 10921 | $ 15,268.50 | $ 2,931.55 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 181.1 | AOC | Positudes, Inc. dba The Alliance Pharmacy<br>44 Bond Street<br>Westbury, NY 11590 | $ 23,475.00 | $ 4,507.20 | 19.20% |
| 319.1 | AOC | Poynter Sheet Metal Inc.<br>Brittney Turner, CPA, CGMA<br>F.A. Wilhelm Construction Co., Inc.<br>3914 Prospect Street<br>Indianapolis, Indiana 46203 | $ 60,478.00 | $ 11,611.78 | 19.20% |
| 419.1 | AOC | PPD Development, L.L.C.<br>Beverly Weiss Manne, Esq.<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222 | $ 1,759.50 | $ 337.82 | 19.20% |
| 53.1 | AOC | Precis Engineering, Inc.<br>John McCullough<br>20 S. Maple Street<br>Suite 200<br>Ambler, PA 19002 | $ 11,185.00 | $ 2,147.52 | 19.20% |
| 71.1 | AOC | PSEG Long Island<br>PO BOX 9039<br>Hicksville, NY 11802−9039 | $ 61,472.02 | $ 11,802.63 | 19.20% |
| 7.1 | AIC | PURISYS LLC - REMIT<br>PO BOX 6325<br>Brattleboro, VT 05302−6325 | $ 10,775.00 | $ 2,068.80 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 182.1 | AHC | Reed-Lane, Inc.<br>359 Newark Pompton Turnpike<br>Wayne, NJ 07470 | $ 63,021.67 | $ 12,100.16 | 19.20% |
| 211.1 | AOC | Reliable Blacktop & Paving, Inc.<br>300 Rabro Drive<br>Suite 114<br>Hauppauge, NY 11788 | $ 35,514.97 | $ 6,818.87 | 19.20% |
| 19.2 | AOC | Reports Now, Inc.<br>Christopher J. Forrest<br>Miller & Steiert, P.C.<br>1901 W. Littleton Blvd.<br>Littleton, CO 80120 | $ 15,702.12 | $ 3,014.81 | 19.20% |
| 75.1 | AOC | Robert Half<br>Robert Half Recovery Dept.<br>PO BOX 5024<br>San Ramon, CA 94563 | $ 33,019.50 | $ 6,339.74 | 19.20% |
| 307.1 | AOC | Siemens Industry, Inc.<br>Attn: Stephanie Mitchell<br>4800 North Point Parkway<br>Alpharetta, GA 30022 | $ 92,649.00 | $ 17,788.61 | 19.20% |
| 309.1 | AHC | Sprinkmann Insulation, Inc.<br>1028 S.W. Washington Street<br>Peoria, IL 61602 | $ 71,582.46 | $ 13,743.83 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 453.1 | AOC | State of NH, Dept. of Health and Human Services<br>AAG Zachary Towle<br>33 Capitol Street<br>Concord, NH 03301 | $ 63,755.63 | $ 12,241.08 | 19.20% |
| 187.2 | AOC | Stonhard<br>PO BOX 931947<br>Cleveland, OH 44193 | $ 57,430.00 | $ 11,026.56 | 19.20% |
| 408.1 | AOC | Syntegon Technology Services, LLC<br>5224 Snapfinger Woods Drive<br>Decatur, GA 30035 | $ 65,128.47 | $ 12,504.67 | 19.20% |
| 73.1 | AIC | TAYLOR MADE LANDSCAPING<br>1792 N RT 121<br>Decatur, IL 62526 | $ 16,273.11 | $ 3,124.44 | 19.20% |
| 1.1 | AOC | Terumo Medical Corporation<br>265 Davidson Avenue<br>Suite 320<br>Somerset, NJ 08873 | $ 55,455.00 | $ 10,647.36 | 19.20% |
| 44.1 | AOC | The Spear Group, LLC<br>192 Technology Parkway<br>Suite 500<br>Peachtree Corners, GA 30092 | $ 61,157.00 | $ 11,742.14 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 237.1 | AOC | Tony Prince Co c/o Vogler & Associates LLC 11756 Borman Dr., Ste. 200 St. Louis, MO 63146 | $ 18,691.00 | $ 3,588.67 | 19.20% |
| 54.1 | AOC | TPM Laboratories, Inc. 1165 Marlkress Road Unit D Cherry Hill, NJ 08003 | $ 120,608.11 | $ 23,156.76 | 19.20% |
| 15.1 | AOC | Tracelink, Inc. 200 Quannapowitt Parkway Wakefield, MA 01880 | $ 368,605.62 | $ 70,772.28 | 19.20% |
| 333.1 | AOC | TRC Master Fund LLC (transferred from Netchem, Inc) Attn: Terrel Ross PO BOX 633 Woodmere, NY 11598 | $ 22,950.00 | $ 4,406.40 | 19.20% |
| 223.2 | AOC | TRC Master Fund LLC (transferred from SST Corporation) Attn: Terrel Ross PO BOX 633 Woodmere, NY 11598 | $ 545,635.44 | $ 104,762.00 | 19.20% |
| 397.1 | AHC | Treasurer, State of NJ, DHS,DMAHS, Drug Rebate Pro P.O. BOX 712 Trenton, NJ 08625 | $ 1,080,082.07 | $ 207,375.76 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 11.1 | AHC | TUNNELL CONSULTING INC<br>314 S Henderson Road<br>Suite G-379<br>King of Prussia, PA 19406 | $ 73,115.81 | $ 14,038.24 | 19.20% |
| 464.1 | AOC | U.S. Dept. of Veterans Affairs<br>U.S. Dept of Justice<br>ATTN: Andrew Warner<br>PO BOX 875<br>Ben Franklin Station<br>Washington, DC 20044 | ~~$ 37,456.79~~<br>$ 37,345.31 | ~~$ 7,191.70~~<br>$ 7,170.30 | 19.20% |
| 59.1 | AHC | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | $ 16,295.56 | $ 3,128.75 | 19.20% |
| 8.1 | AOC | Univar Solutions - Remit<br>62190 Collections Center Dr<br>Chicago, IL 60693-0621 | $ 26,998.99 | $ 5,183.81 | 19.20% |
| 92.1 | AOC | UpToDate<br>PO Box 412094<br>Boston, MA 02241 | $ 10,209.66 | $ 1,960.25 | 19.20% |
| 35.2 | AOC | Veronica Development Associates<br>Ventura, Miesowitz & Keouh P.C.<br>783 Springfield Avenue<br>Summit, NJ 07901 | $ 1,000,000.00 | $ 192,000.00 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 2nd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 311.1 | AHC | WALGREENS BOOTS ALLIANCE DEV GMBH<br>345 Park Ave<br>New York, NY 10154 | $ 677,547.82 | $ 130,089.18 | 19.20% |
| 410.1 | AOC | WestRock Southern Container, LLC<br>1825 Eye Street, NW, Suite 900<br>Washington, DC 20006 | $ 142,817.50 | $ 27,420.96 | 19.20% |
| 138.1 | AOC | Winter Bros. Hauling of Long Island, LLC<br>120 Nancy Street<br>West Babylon, NY 11704 | $ 22,807.61 | $ 4,379.06 | 19.20% |
| 305.1 | AHC | WM Corporate Service, Inc<br>c/o Jacquolyn Mikks<br>800 Capitol Street<br>Ste. 3000<br>Houston, TX 77002 | $ 12,737.02 | $ 2,445.51 | 19.20% |
| 86.1 | AOC | Wolters Kluwer Health, Inc.<br>16705 Collection Center Dr<br>Chicago, IL 60693 | $ 41,034.00 | $ 7,878.53 | 19.20% |
| 432.1 | AOC | Zinc Health Services LLC<br>Geoffrey S. Goodman, Foley & Lardner LLP<br>321 N. Clark Street, Suite 3000<br>Chicago, IL 60654 | $ 82,837.51 | $ 15,904.80 | 19.20% |
| | | | $ ~~21,355,281.71~~ | $ ~~4,100,215.09~~ | 19.20% |
| | | | $ 20,469,776.83 | $ 3,930,197.17 | |