**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. |  |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 17, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1.     Scheduling Conference in Adversary Proceedings

   Status:     Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to November 14, 2025 at 10:00 a.m. ET.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

2. Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc.
[Filed 9/4/2025; Docket No. 1467]
[Adv. No. 24-50042; Docket No. 75]

| | | |
|---|---|---|
| Related Documents: | (a) | Certificate of No Objection<br>[Filed 9/19/2025; Docket No. 1476]<br>[Adv. No. 24-50042; Docket No. 76] |
| | (b) | Entered Order<br>[Filed 9/22/2025; Docket No. 1477]<br>[Adv. No. 24-50042; Docket No. 77] |
| Objection Deadline: | | September 18, 2025 at 4:00 p.m. ET |
| Responses Received: | | None |
| Status: | | This matter is concluded.   Order has been entered by the Court. |

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:**

3. Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with Abbott Laboratories, Inc. and Abbott Laboratories CIE
Adversary No. 25-50334
[Filed 9/19/2025; Docket No. 1475]

| | | |
|---|---|---|
| Related Documents: | (a) | Proposed Order<br>[Filed 9/19/2025; Docket No. 1475] |
| | (b) | Certificate of No Objection<br>[Filed 10/14/2025; Docket No. 1486] |
| Objection Deadline: | | October 10, 2025 at 4:00 p.m. ET |
| Responses Received: | | None |
| **Status:** | | **This matter is concluded.   Order has been entered by the Court.** |

LEGAL\80825419\2 6010823/00574256
10/16/2025

4.    Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlements Between the Trustee and Siegfried USA Inc., Between the Trustee and Aptar Pharma, and Between the Trustee and Leadiant Biosciences, Inc. filed by George L. Miller, Trustee
[Filed 9/26/2025; Docket No. 1478]
[Adv. No. 25-50204; Docket No. 15]
[Adv. No. 25-50244; Docket No. 13]
[Adv. No. 25-50160; Docket No. 22]

Related Documents:    (a)    Proposed Order
[Filed 9/26/2025; Docket No. 1478]

(b)    Certificate of No Objection
[Filed 10/13/2025; Docket No. 1485]
[Adv. No. 25-50204; Docket No. 16]
[Adv. No. 25-50244; Docket No. 13]
[Adv. No. 25-50160; Docket No. 23]

Objection Deadline:    October 10, 2025 at 4:00 p.m. ET

Responses Received:    None

**Status:**    **This matter is concluded.    Order has been entered by the Court.**

1

LEGAL\80825419\2 6010823/00574256
10/16/2025

**CONTESTED MATTERS GOING FORWARD:**

5.    Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims
[Filed 7/24/2025; Docket No. 1448]

|  |  |  |
|---|---|---|
| Related Documents: | | None |
| Objection Deadline: | | August 8, 2025 at 4:00 p.m. ET |
| Responses Received: | (a) | Response to Trustee's Motion for an Order Authorizing Second Distribution to Holders of General Unsecured Claims Filed by State of Oregon ("Oregon") [Filed 8/6/2025; Docket No. 1454] |
| | (b) | Objection of Leadiant Biosciences, Inc. to Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims ("Leadiant") [Filed 8/8/2025; Docket No. 1457] |
| | (c) | Argo Partners II, LLC's Limited Objection to Motion Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims ("Argo") [Filed 8/8/2025; Docket No. 1458] |
| | **(d)** | **Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims** **[Filed 10/16/2025; Docket No. 1490]** |
| **Status:** | | **This matter is concluded.   Order has been entered by the Court.** |

Dated:  October 16, 2025
          Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
          John T. Carroll, III (DE Bar No. 4060)
          1201 N. Market Street, Suite 1001
          Wilmington, DE  19801
          (302) 295-2028 Phone
          jcarroll@cozen.com

          *Counsel to George L. Miller,*
          *Chapter 7 Trustee*

LEGAL\80825419\2 6010823/00574256
10/16/2025

## SCHEDULE 1

| **Adversary Actions going forward with Scheduling Conference:** | | |
| --- | --- | --- |
| **Defendant** | **Adv. No.** | **Status** |
| NONE | | |

| | **Adversary Actions Scheduling Conference Adjourned.** | | |
| --- | --- | --- | --- |
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Beth Zelnick-Kaufman | 25-50380 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 2. | Christopher C. Young | 25-50381 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 3. | Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 4. | John Sweeney | 25-50383 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 5. | Kevin Bain, et al. | 25-50367 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 6. | Walmart, Inc. | 25-50360 | Adjourned to 11/14/2025 at 10:00 a.m. ET |
| 7. | William Ostrowski | 25-50384 | Adjourned to 11/14/2025 at 10:00 a.m. ET |

LEGAL\80825419\2 6010823/00574256
10/16/2025