# **Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Airmatic Compressor Systems Inc. | $16,238.97 | $14,000.00 | 25-50289 | Settlement is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Aramark Cleanroom Services, LLC | $444,224.11 | $2,500.00 | 25-50326 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Biopharm Recruiting Partners | $10,000.00 | $3,750.00 | 25-50302 | Settlement is at least 37% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| CasterDepot, Inc. | $10,944.79 | $2,947.55 | 25-50305 | Settlement is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| CT Logistics, Inc. | $ 17,116.66 | $10,000.00 | 25-50307 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ecolab, Inc. | $13,787.81 | $7,000.00 | 25-50272 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Intralinks, Inc. | $203,720.81 | $52,500.00 | 25-50151 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Matrix Absence Management, Inc. | $31,797.43 | $9,950.00 | 25-50170 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(4). |

---

[1]     Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| North Shore Gas | $19,092.11 | $8,042.92 | 25-50300 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Pride Chemical Solution of N.J., Inc. | $328,895.94 | $16,500.00 | 25-50268 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Standard & Poors Ratings Services LLC | $83,000.00 | $5,000.00 | 25-50203 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Stira Pharmaceuticals, LLC | $200,000.00 | $10,000.00 | 25-50207 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Tergus Pharma, LLC | $34,196.54 | $24,000.00 | 25-50208 | Settlement amount is at least 77% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| WM Corporate Services, Inc. | $130,063.41 | $44,000.00 | 25-50189 | Settlement amount is at least 57% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.