# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) <br> (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on October 22, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Eighth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on October 22, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on October 22, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Airmatic Compressor Systems Inc.
c/o Stacy Makarewicz
HR / AR  Manager
Airmatic Compressor Systems, Inc.
700 Washington Avenue
Carlstadt, NJ 07072
HR@airmaticcompressor.com

Aramark Cleanroom Services, LLC
c/o Steven D. Adler, Esq.
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, DE 19801
sadler@bayardlaw.com

Biopharm Recruiting Partners
c/o Mindy Mistro – Managing Partner
BioPharm Recruiting Partners
mindy@biopharmrecruitingpartners.com

    -and-

Biopharm Recruiting Partners
c/o Shannon Kalb
CRG Financial LLC
84 Herbert Avenue
Building B- Suite 202
Closter, NJ 07624
skalb@CRGfinancial.com

CasterDepot, Inc.
c/o William L. Thompson, Esq.
Varnum
480 Pierce Street
Suite 300
Birmingham, MI 48009
wlthompson@varnumlaw.com

CT Logistics, Inc.
c/o Steven B. Potter, Esq.
Dinn, Hochman & Potter, LLC
6105 Parkland Boulevard, Suite 100
Cleveland, Ohio 44124
spotter@dhplaw.com

Ecolab, Inc.
c/o Samuel M. Draver, Esq.
Kohner, Mann & Kailas, S.C.
4650 N. Port Washington Rd.
Washington Bldg., 2nd Floor
Milwaukee, WI   53212-1059
sdraver@kmksc.com

Intralinks, Inc.
c/o Peter L. Baltera, Esq.
Corporate Legal – Counsel, Litigation
SS&C Technologies, Inc.
151 West 42nd Street, 6th Floor
New York, NY 10036
peter.baltera@sscinc.com

North Shore Gas
c/o Tom Bartell, Esq.
Stupar & Bartell, S.C.
33 West Wisconsin Avenue, Suite 1800
Milwaukee, WI 53203
tbartell@ssblawsc.com

Matrix Absence Management, Inc.
c/o Mark G. McCreary, Esq.
Fox Rothschild LLP
2001 Market Street
Suite 1700
Philadelphia, PA 19103
mmccreary@foxrothschild.com

Pride Chemical Solution of N.J., Inc.
c/o Michael Amato, Esq.
Ruskin Moscous Faltischek, P.C.
425 RXR Plaza East Tower, 15th Floor
Uniondale, NY 11556
mamato@rmfpc.com

Standard & Poors Ratings Services LLC
c/o David N. Crapo, Esq.
Gibbons P.C
One Gateway Center
Newark, New Jersey 07102
dcrapo@gibbonslaw.com

Stira Pharmaceuticals, LLC
c/o Sam Della Fera, Jr., Esq
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, NJ 07068
sdellafera@csglaw.com

Tergus Pharma, LLC
c/o Brett M. Neve, Esq.
Smith Anderson
150 Fayetteville Street, Suite 2300
Raleigh, North Carolina 27601
bneve@smithlaw.com

WM Corporate Services, Inc.
c/o Andrew G. Edson, Esq.
Clark Hill PLC
901 Main Street
Suite 6000
Dallas, Texas 75202
aedson@clarkhill.com

-and-

WM Corporate Services, Inc.
c/o Karen M. Grivner, Esq.
Clark Hill PLC
824 Market Street
Suite 710
Wilmington, DE 19801
kgrivner@clarkhill.com

# Exhibit B- Via First Class Mail

Airmatic Compressor Systems Inc.
700 Washington Ave
Carlstadt, NJ 07072

Aramark Cleanroom Services, LLC
25259 Network Place
AUCA Chicago Lockbox
Chicago, IL 60673-1252

-and-

Aramark Cleanroom Services, LLC
c/o  C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

Biopharm Recruiting Partners
459 Belvedere PL
Coupeville, WA 98239

CasterDepot, Inc.
Dept 9014
PO Box 30516
Lansing, MI 48909-8016

-and-

CasterDepot, Inc.
c/o Jason Popma
4652 Division St
Wayland, MI 49348

CT Logistics, Inc.
12487 Plaza Drive
Parma, OH 44130

-and-

CT Logistics, Inc.
c/o DHP Landerbrook, Inc.
6105 Parkland Boulevard, Suite 100
Cleveland OH 44124

Ecolab, Inc.
26252 Network Place
Chicago, IL 60673-1262

-and-

Ecolab, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Intralinks, Inc.
622 3rd Ave, FL 10
New York, NY 10017-6708

-and-

Intralinks, Inc.
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Matrix Absence Management, Inc.
2421 W Peoria Ave, Ste 200
Phoenix, AZ 63195-3217

-and-

Matrix Absence Management, Inc.
PO BOX 953217
St. Louis, MO 63195-3217

-and-

Matrix Absence Management, Inc.
C T Corporation System
5661 Telegraph Rd Ste 4B
Saint Louis, MO 63129-4275

North Shore Gas
P.O. Box 6050
Carol Stream, WI 60197-6050

-and-

North Shore Gas
c/o Corporate Creations Network Inc.
1320 Tower Road
Schaumburg, IL 60173

Pride Chemical Solution of N.J., Inc.
211 Randolph Ave
Avenel, NJ 07001

-and-

Pride Chemical Solution of N.J., Inc.
PO BOX 36207
Newark, NJ 07188-6207

-and-

Pride Chemical Solution of N.J., Inc.
C/O Carella Byrne
5 Becker Farm Road
Roseland, NJ 07068

Standard & Poors Ratings Services LLC
2542 Collection Center Dr.
Chicago, IL 60393

-and-

Standard & Poors Ratings Services LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Stira Pharmaceuticals, LLC
161 Dwight Place
Fairfield, NJ 07004

-and-

Stira Pharmaceuticals, LLC
c/o Sandhya Kantamaneni
161 Dwight Place
Fairfield, NJ 07004

Tergus Pharma, LLC
4018 Stirrup Creek Drive
Durham, NC 27703

-and-

Tergus Pharma, LLC
4018 Stirrup Creek Dr.
Durham, NC 27703