## CERTIFICATION

John T. Carroll, III, hereby certify as follows:

1) I am a Shareholder with the applicant firm, Cozen O'Connor.

2) I have personally performed many of the legal services rendered by Cozen O'Connor, as counsel to the Trustee, and am thoroughly familiar with the other work performed on behalf of the Trustee by the lawyers in the firm.

3) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

Dated: October 23, 2025

*/s/ John T. Carroll, III*
John T. Carroll, III, Esquire