# EXHIBIT "A"



October 22, 2025

Akorn Holding Company LLC
.

      Re:     Akorn Holding Company LLC et al, Chapter 7 Debtor
            Our File No.:          00574256

| | | |
|---|---|---|
| Fees for Professional Services: | $ | 231,542.00 |
| Expenses Incurred: | | 10,081.53 |
| **Total Amount of Invoice No.: 25413834** | **$** | **241,623.53** |

**Total amount due upon receipt of invoice**

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                                    Page 2
Invoice No.: 25413834

6010823        George L. Miller, Chapter 7 Trustee
00574256       Akorn Holding Company LLC et al, Chapter 7 Debtor

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/25/24 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 34.00 |
| 12/05/24 | JLD | Prepare draft Notice of Agenda for Matters Scheduled for Hearing on December 9, 2024 at 10:00 a.m. ET; Oral Argument regarding Plaintiff's Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief; Adversary No. 24-50042, McKesson | BKA400 | 0.80 | 272.00 |
| 12/05/24 | JLD | Prepare and assemble document for filing; e-file and serve Notice of Agenda for Matters Scheduled for Hearing on December 9, 2024 at 10:00 a.m. ET | BKA400 | 0.10 | 34.00 |
| 12/05/24 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for Hearing for 12/9/2024 | BKA400 | 0.10 | 96.00 |
| 12/06/24 | JLD | Prepare draft Amended Notice of Agenda for Matters Scheduled for Hearing on 12/9/2024 | BKA400 | 0.10 | 34.00 |
| 12/06/24 | JLD | Prepare and assemble document for filing; e-file and serve Amended Notice of Agenda for Matters Scheduled for Hearing on 12/9/2024 | BKA400 | 0.10 | 34.00 |
| 12/06/24 | JTC | Review and approve filing of final version of Amended Notice of Agenda of Matters not going forward scheduled for 12/9/2024 | BKA400 | 0.10 | 96.00 |
| 12/11/24 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 34.00 |
| 12/11/24 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with hyperlinked Chapter 7 Professional Fee Application Index together with a copy of the underlying Fee Applications which are noticed for hearing on December 18, 2024 | BKA400 | 0.10 | 96.00 |
| 12/16/24 | JLD | Prepare draft Amended Notice of Agenda for Matters Scheduled for Hearing on December 18, 2024 | BKA400 | 0.10 | 34.00 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                    Page 3
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/16/24 | JLD | Prepare draft Hyperlinked Notice of Agenda for Matters Scheduled for Hearing on December 18, 2024 at 9:30 a.m. | BKA400 | 1.20 | 408.00 |
| 12/16/24 | JTC | Review and authorize filing Amended Notice of Agenda of Matters not going forward for 12/18/2024 | BKA400 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review and authorize filing of Notice of Agenda of Matters Scheduled for Hearing for 12/18/2024 | BKA400 | 0.10 | 96.00 |
| 12/18/24 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.30 | 102.00 |
| 01/06/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 01/14/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on January 16, 2025 at 2:00 p.m. ET | BKA400 | 0.30 | 109.50 |
| 01/14/25 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on January 16, 2025 at 2:00 p.m. ET | BKA400 | 0.10 | 36.50 |
| 01/14/25 | JTC | Draft Common Interest Agreement for use with Holdco to enable access to emails and sharing of information pursuant to revised Settlement Agreement | BKA400 | 1.20 | 1,230.00 |
| 01/14/25 | JTC | Review and authorize filing revised version of Notice of Agenda for 1/16 hrg. | BKA400 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Chambers re: request proceed with filing agenda cancelling 1/16 hrg. | BKA400 | 0.10 | 102.50 |
| 01/15/25 | JLD | Prepare draft Notice of Agenda for Matters Scheduled for Hearing on January 17, 2025 at 10:00 a.m. | BKA400 | 0.50 | 182.50 |
| 01/15/25 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on January 17, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 01/15/25 | JTC | Review and authorize filing of Notice of Agenda of Matters not going forward for 1/17/2025 | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                    Page 4
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/15/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirms has provided Chambers with as-filed copy of the Notice of Agenda cancelling the 1/17/2025 hearing. | BKA400 | 0.10 | 102.50 |
| 01/27/25 | JLD | Prepare updates to 2002 Service List to include filed Notice of Change of Address | BKA400 | 0.10 | 36.50 |
| 02/05/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as-filed Notice of Agenda cancelling the 2/7/2025 at 10:00 am. hearing (Doc. No 1041). | BKA400 | 0.10 | 36.50 |
| 02/05/25 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on February 7, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 02/05/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on February 7, 2025 at 10:00 a.m. | BKA400 | 0.40 | 146.00 |
| 02/05/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on February 7, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 02/05/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters not going forward for 2/7/2025 | BKA400 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Jill Deeney of Cozen re: confirm Notice of Agenda cancelling the 2/7/2025 has now been filed | BKA400 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email Chambers re: confirm may cancel 2/7 hrg. | BKA400 | 0.10 | 102.50 |
| 02/05/25 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to confirm with Chambers that matters which were listed for hearing on Friday, 2/7/2025 are now concluded; accordingly, there is no need for the hearing and get request permission to cancel | BKA400 | 0.10 | 102.50 |
| 02/11/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 02/18/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 5
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/18/25 | JLD | Draft email to Paige Topper Trustee's special counsel forwarding email with Chambers and also a copy of the attached Notice of Agenda cancelling the 2/20/2025 hearing [Doc. No. 1291] and adjourning same to 4/11/2025 at 10:00 a.m. ET. Bring to counsel's attention 4/11/2025 at 10:00 a.m. ET hearing date is Judge Owens' omnibus hearing date limited to one hour.   If the McKesson oral argument is going forward on 4/11 and requires the original 3 hour time block need to contact chambers for another hearing date. | BKA400 | 0.10 | 36.50 |
| 02/18/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as-filed copy of the Notice of Agenda cancelling the 2/20/2025 hearing [Doc. No. 1291] and adjourning same to 4/11/2025 at 10:00 a.m. ET. | BKA400 | 0.10 | 36.50 |
| 02/18/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing February 20, 2025 at 9:30 a.m. | BKA400 | 0.10 | 36.50 |
| 02/18/25 | JLD | Prepare and assemble document for filing; e-file and serve Notice of Agenda for Matters Scheduled for Hearing on February 20, 2025 at 9:30 a.m. | BKA400 | 0.10 | 36.50 |
| 02/18/25 | JLD | Prepare draft Notice of Agenda for Matters Scheduled for Hearing on February 20, 2025 at 9:30 a.m. | BKA400 | 0.30 | 109.50 |
| 02/18/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirms advised Paige Topper via copy of the Notice of Agenda cancelling the 2/20/2025 hearing [Doc. No. 1291] and adjourning same to 4/11/2025 | BKA400 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review and authorize filing final version of Notice of Agenda for 2/20 | BKA400 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review email from Chambers re: Miller v. McKesson; confirm have the Court's permission to cancel the February 20th hearing. | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                    Page 6
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/18/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm also provided Chambers with as-filed copy of the Notice of Agenda cancelling the 2/20/2025 hearing | BKA400 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties as filed copy of Notice of Agenda Cancelling the Matters Scheduled for Hearing on 2/20/2025 and adjourning same to 4/11/2025 at 10:00 a.m. (Miller v. McKesson) | BKA400 | 0.10 | 102.50 |
| 02/28/25 | JLD | Prepare updates to 2002 Service List | BKA400 | 0.20 | 73.00 |
| 03/10/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 03/25/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.20 | 73.00 |
| 04/07/25 | JTC | Review email from Evan Miller re: 4/11 hearing; inquire whether can contact Chambers and update McKesson's counsel | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                   Page 7
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/07/25 | JTC | Draft detailed email to Evan Miller re: 4/11 hearing; advise the matters which were listed for hearing on 4/11/2025 at 10:00 a.m. by JTC firm in the main case 23-10253 are concluded and orders have been entered; accordingly no hearing time is required for these matters; confirm tracking the three additional matters listed for hearing on 4/11 filed by Ciardi Ciardi & Astin and also Saul Ewing; advise assuming the CNO is filed regarding the 9019 Motion Ernst & Young, LLP and the Order is entered prior to the hearing, am fine with E. Miller representation to the court the parties desire to conduct a status hearing regarding Adversary 24-50042-KBO Miller v. McKesson Corporation et al together with the pretrial conference regarding Adversary 25-50284-KBO Miller v. Peyton's-Southeastern, Inc. both of which to be held via Zoom; request copy JTC on the email to chambers so know how to file the Notice of Agenda for 4/11/2025; also, given have numerous pending adversary actions now, would appreciate it if the Saul Ewing team (and also the Ciardi team) would continue to keep Jill Deeney of Cozen and JTC informed as to what have listed for hearing and the status of same so are prepared with the Notice of Agenda filing. | BKA400 | 0.20 | 205.00 |
| 04/07/25 | JTC | Review email from Evan Miller re: 4/11 hearing; advise on Peyton's, have been surprised to see the Defendant failed to meet the answer deadline of last Friday, despite having retained counsel and which counsel had subsequently reached out a few weeks ago (not for an extension, but for the underlying invoice documents); will see if a late pleading surfaces tonight; otherwise, will need to advise the Court re state of play and likely adjourn the scheduling conference since they failed to respond to their draft scheduling order as well; may be headed for default in that case; otherwise, will plan to reach out at least as to the McKesson matter tomorrow | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 8

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/25 | JLD | Continue draft preparation of Notice of Agenda for Matters Scheduled for Hearing on April 11, 2025 at 10:00 a.m. | BKA400 | 0.20 | 73.00 |
| 04/09/25 | JLD | Prepare and assemble document for filing; and serve Notice of Agenda for Matters Scheduled for Hearing on April 11, 2025 at 10:00 a.m. | BKA400 | 0.20 | 73.00 |
| 04/09/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on April 11, 2025 at 10:00 a.m. | BKA400 | 1.20 | 438.00 |
| 04/09/25 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of hyperlinked copy of the Notice of Agenda for Matters Scheduled for Hearing on 4/11/2025 | BKA400 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with an as-filed hyperlinked copy of the Notice of Agenda for Matters Scheduled for Hearing on 4/11/2025 | BKA400 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for Hearing scheduled for 4/11/2025 | BKA400 | 0.10 | 102.50 |
| 05/07/25 | JTC | Telephone conference with Andrew Glenn, Evan Miller, Matt Tomlin re: mandatory status conference per Holdco settlement; review A/R status; discuss AB settlement and other large A/R | BKA400 | 0.40 | 410.00 |
| 05/13/25 | JLD | Draft second email to Walter Gouldsbury; Albert A. Ciardi III and Jack McLaughlin of Ciardi Ciardi Trustee's Special counsel; advise the adversary actions which were originally noticed for pre-trial hearing on 5/16 need to be filed with the Notice of Agenda.   Please forward a listing of the adversary actions an also advise of the adjourned date | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC

October 22, 2025

File Number: 00574256

Page 9

Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/13/25 | JLD | Draft email to John McLaughlin and Al Ciardi Trustee's Special Counsel; in anticipation of filing the Notice of Agenda for Matters Scheduled for 5/16/2025 at 10:00 a.m. which is due for filing tomorrow, 5/14, request confirmation of any adversary actions noticed for hearing on 5/16 to be included in the Notice of Agenda. | BKA400 | 0.10 | 36.50 |
| 05/13/25 | JLD | Draft email to Evan Miller and Paige Topper of Saul Ewing Trustee's Special Counsel; in anticipation of filing the Notice of Agenda for Matters Scheduled for 5/16/2025 at 10:00 a.m. which is due for filing tomorrow, 5/14, request confirmation of any adversary actions noticed for hearing on 5/16 to be included in the Notice of Agenda. | BKA400 | 0.10 | 36.50 |
| 05/14/25 | JLD | Prepare and assemble document for filing; e-file and serve Notice of Agenda for Matters Scheduled for Hearing on May 16, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 05/14/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as-filed hyperlinked copy of the Notice of Agenda for 5/16/2025 at 10:00 a.m. ET. (Doc. No. 1390). | BKA400 | 0.10 | 36.50 |
| 05/14/25 | JLD | Review and acknowledge email fo Marquietta Lopez and Claire Brady of Judge Owens Chambers providing permission to conduct the hearing via Zoom | BKA400 | 0.10 | 36.50 |
| 05/14/25 | JLD | Prepare updates to pleading index and critical dates calendar; adjournments of all pretrial dates | BKA400 | 0.20 | 73.00 |
| 05/14/25 | JLD | Prepare revisions to draft Notice of Agenda for Matters Scheduled for Hearing on May 16, 2025 at 10:00 a.m. together with Schedule 1-A thereto | BKA400 | 0.20 | 73.00 |
| 05/14/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on May 16, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 10

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/14/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on May 16, 2025 at 10:00 a.m. | BKA400 | 0.40 | 146.00 |
| 05/14/25 | JTC | Review and approve filing final version of Notice of Agenda of matters scheduled for 5/16 | BKA400 | 0.10 | 102.50 |
| 05/15/25 | JLD | Draft email to Trustee Miller regarding adjourned hearing tomorrow, Friday, 5/16 at 10:00 a.m. which is an adjourned status conference regarding McKesson Corporation; request confirmation as to registration for remote participation | BKA400 | 0.10 | 36.50 |
| 05/15/25 | JLD | Prepare updates to 2002 Service List | BKA400 | 0.10 | 36.50 |
| 06/17/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on June 20, 2025 at 10:00 a.m. | BKA400 | 1.00 | 365.00 |
| 06/17/25 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on June 20, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 06/17/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as-filed hyperlinked copy of the Notice of Agenda for 6/20/2025 at 10:00 a.m. ET.  [D.I. 1415].  Advise Agenda items 1 through 5 are uncontested and the remaining agenda matter, agenda no. 6, will be CNO'd tomorrow 6/18. | BKA400 | 0.10 | 36.50 |
| 06/17/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for 6/20/2025 at 10:00 AM | BKA400 | 0.10 | 102.50 |
| 06/17/25 | JTC | Telephone conference with Jill Deeney re: request notify Chambers on hearing for 6/20/2025 that Agenda items 1 through 5 are uncontested and the remaining agenda matter, agenda no. 6, will be CNO'd tomorrow 6/18. | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 11
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/18/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers advising the final remaining 6/20 agenda item, namely, Agenda No. 6, has now been CNO'd and the proposed Order has been uploaded.   Attached is an as filed copy of Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 [D.I. 1419].   Request confirmation can file Amended Notice of Agenda cancelling the June 20, 2025 hearing. | BKA400 | 0.20 | 73.00 |
| 06/18/25 | JLD | Review and acknowledge email from Marquietta Lopez Judge Owens Chambers providing approval to file Amended Notice of Agenda cancelling 6/20/2025 hearing | BKA400 | 0.10 | 36.50 |
| 06/18/25 | JLD | Prepare draft Amended Notice of Agenda cancelling the June 20, 2025 hearing | BKA400 | 0.20 | 73.00 |
| 06/18/25 | JLD | Prepare and assemble document for filing; e-file Amended Notice of Agenda cancelling the June 20, 2025 hearing; email as filed copy to  Marquietta Lopez of Judge Owens Chambers | BKA400 | 0.10 | 36.50 |
| 06/18/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 06/18/25 | JTC | Review and authorize filing of Notice of Agenda cancelling hrg. for 6/20 | BKA400 | 0.20 | 205.00 |
| 06/18/25 | JTC | Telephone conference with Jill Deeney of Cozen re: confirm advised Chambers the final remaining agenda item, namely, Agenda No. 6, has now been CNO'd and get permission to cancel hearing | BKA400 | 0.10 | 102.50 |
| 06/18/25 | JTC | Review email from Jill Deeney of Cozen re: confirmation received from Chambers that Order has been entered and may file an amended Agenda cancelling the 6/20 hrg. | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 12
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/18/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm provided Chambers with as-filed copy of the Amended Notice of Agenda cancelling the 6/20/2025 hearing. | BKA400 | 0.10 | 102.50 |
| 07/04/25 | JTC | Review email from Ryan Coy of Saul re: 7/10 hrg. date; advise is working on the A/R set of adversary proceedings in the Akorn case, and wanted to provide an update for the notice of agenda that is supposed to be filed 7/8; currently, there are about 11 of these adversary proceedings that are on calendar for a pretrial scheduling conference for 7/10/25; advise most of these are not going forward: 5 of the proceedings (H.E. Butt, Genetco, Dixon-Shane, Blupax, and Trilogy Eye) have defaults entered against the defendants, plan to adjourn; and 2 of the proceedings (CityMedRx and JAMS Wholesale), have tentative settlements, plan to adjourn; advise there are four proceedings (Walgreens, Thrifty Drug, Wakefern, and Medline) that have sent scheduling orders to the opposing counsel; Wakefern's counsel approved the scheduling order, so will do a consensual order for that one, and will likely get approval from 2-3 of the remaining 3 by Monday; these would be the extent of matters to be included for the agenda. | BKA400 | 0.10 | 102.50 |
| 07/07/25 | JLD | Review and respond to email from Ryan Coy, Trustee's Special counsel regarding matters to be included in Notice of Agenda for 7/10/2025; request schedule of adversary actions to be included | BKA400 | 0.10 | 36.50 |
| 07/07/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 7/10 hrg.; instruct to request Ryan Coy of Saul identify the adversary actions in a schedule so can file it with the Notice of Agenda. | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 13

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/07/25 | JTC | Review email from Jill Deeney of Cozen re: 7/10 hrg.; confirm advised Chambers that the hearing which is scheduled for Thursday, July 10, 2025 for scheduling conferences in connection with numerous adversary actions which were filed by the Trustee, George L. Miller, special counsel Saul Ewing; hope to be in a position to file the Notice of Agenda within the next hour. | BKA400 | 0.10 | 102.50 |
| 07/07/25 | JTC | Review detailed email from Ryan Coy re: 7/10 hrg.; provide requested information for upcoming Agenda; status of A/R matter | BKA400 | 0.20 | 205.00 |
| 07/08/25 | JLD | Draft email to Ryan Coy, Trustee's special counsel regarding questions related to adversary actions to be included in 7/10 notice of agenda including matter going forward Medline Industries, Inc. Adv. No. 25-50900 | BKA400 | 0.10 | 36.50 |
| 07/08/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing 7/10/2025 at 11:00 a.m.; advise understand the hearing is fo scheduling conferences in connection with numerous adversary actions which were filed by the Trustee, George L. Miller, special counsel Saul Ewing; waiting for revised schedule to attach to Notice of Agenda | BKA400 | 0.10 | 36.50 |
| 07/08/25 | JLD | Draft email to Ryan Coy and Evan Miller, Trustee's special counsel regarding adversary action schedule provided to include in 7/10 Notice of Agenda; according to Judge Owens hearing calendar there are in excess of 200 pretrial scheduling conference listed for hearing; schedule provided only includes 11; request clarification | BKA400 | 0.20 | 73.00 |
| 07/08/25 | JLD | Continue draft preparation of hyperlinked Notice of Agenda for Matters Scheduled for Hearing on July 10, 2025 regarding scheduling conferences in account receivable adversary actions and avoidance adversary actions (approximately 210 adversary actions). | BKA400 | 1.50 | 547.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 14
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/08/25 | JLD | Prepare initial draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on July 10, 2025 regarding scheduling conferneces in account receivable adversary actions | BKA400 | 0.50 | 182.50 |
| 07/08/25 | JTC | Review email from Sean Kenney re: confirm receipt of as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025; confirm sent an as-filed copy over to counsel to Defendant, Medline Industries, Inc | BKA400 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Jill Deeney of Cozen re: 7/10 hrg.; confirms requested Saul advise how would like to handle filing agenda in all the adversary actions | BKA400 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Ryan Coy of Saul re: Notice of Agenda issues | BKA400 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review and authorize filing of Notice of Agenda of Matters Scheduled for Hearing scheduled for 7/10/2025 | BKA400 | 0.10 | 102.50 |
| 07/09/25 | JLD | Prepare draft hyperlinked Amended Notice of Agenda for Matters Scheduled for Hearing on July 10, 2025 | BKA400 | 0.20 | 73.00 |
| 07/09/25 | JTC | Review and authorize filing final version of Amended Agenda for hrg. scheduled for 7/10 | BKA400 | 0.20 | 205.00 |
| 07/09/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: 7/10 hrg. (Medline); confirm also provided Ryan Coy and Aida McLaughlin with as-filed copy of the Amended Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 which includes a copy of the Notice of Service of Plaintiff's Proposed Scheduling Order and also a copy of the underlying Complaint; also confirm that has transmitted a copy of the Amended Agenda to Chambers; request forward a copy to counsel to Medline Industries, Inc. | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                      October 22, 2025
File Number: 00574256                                                                    Page 15
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/10/25 | JLD | Prepare and assemble document for filing; e-file Amended hyperlinked Notice of Agenda for Matters Scheduled for Hearing on July 10, 2025 regarding scheduling conferences in account receivable adversary actions and avoidance adversary actions (approximately 210 adversary actions). | BKA400 | 0.10 | 36.50 |
| 07/10/25 | JLD | Prepare draft Amended hyperlinked Notice of Agenda for Matters Scheduled for Hearing on July 10, 2025 regarding scheduling conferences in account receivable adversary actions and avoidance adversary actions (approximately 210 adversary actions). | BKA400 | 0.10 | 36.50 |
| 07/15/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on July 18, 2025 at 10:00 a.m. | BKA400 | 1.20 | 438.00 |
| 07/15/25 | JLD | Draft email to Walter Gouldsbury, Albert A. Ciardi III and Jack McLaughlin of Ciardi firm, Trustee's Special Counsel; in anticipation of filing Notice of Agenda for Matters Scheduled for 7/18/2025 at 10:00 a.m. request list of the adversary actions (Adversary No. and Defendant) which were listed for hearing on 7/18 or adjourned from 5/16 to 7/18. | BKA400 | 0.10 | 36.50 |
| 07/15/25 | JLD | Draft email to Evan Miller and Sean Kenny of Saul Ewing, Trustee's special counsel, in connection with 7/18 Notice of Agenda; request confirmation of any matters listed for hearing on 7/18 aside from 9019 filed re Adversary No. 24-50043 which has been concluded | BKA400 | 0.10 | 36.50 |
| 07/16/25 | JLD | Draft email (3rd) to Walter Gouldsbury, Albert A. Ciardi III and Jack McLaughlin of Ciardi firm, Trustee's Special Counsel attaching draft Notice of Agenda and Schedule 1 thereto which separates adversary actions in the appropriate status column based listing provided; request confirmation status column is accurate | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 16
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/16/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on 7/18; currently waiting confirmation from Trustee's special counsel, Ciardi, Ciardi & Astin status of the adversary actions which we have been informed will be received shortly | BKA400 | 0.10 | 36.50 |
| 07/16/25 | JLD | Continue draft preparation of Notice of Agenda for Matters Scheduled for Hearing on 7/18; prepare Exhibit 1 in status format based on listing of adversary actions provided by Ciard firm related to pretrial conferences for preference actions | BKA400 | 0.40 | 146.00 |
| 07/16/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as-filed Notice of Agenda cancelling the 7/18 hearing [D.I. 1443].   The Notice of Agenda was separately filed as "Rescheduled" for the applicable adversary actions being adjourned to 9/19/2025 at 10:00 a.m | BKA400 | 0.10 | 36.50 |
| 07/16/25 | JLD | Draft email (2nd) to Walter Gouldsbury, Albert A. Ciardi III and Jack McLaughlin of Ciardi firm, Trustee's Special Counsel requesting listing of adversary actions listed for hearing on 7/18/2025 | BKA400 | 0.10 | 36.50 |
| 07/16/25 | JLD | Prepare Amended Notice of Agenda for Matters Scheduled for Hearing on July 18, 2025 at 10:00 a.m. | BKA400 | 0.20 | 73.00 |
| 07/16/25 | JLD | Prepare and assemble document for filing; e-file in lead case and multiple adversary actions Amended Notice of Agenda for Matters Scheduled for Hearing on July 18, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 07/16/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters not going forward for 7/18/2025 | BKA400 | 0.20 | 205.00 |
| 08/04/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.20 | 73.00 |
| 08/12/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on August 15, 2025 | BKA400 | 0.80 | 292.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 17

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/13/25 | JLD | In connection with preparation of Notice of Agenda for matters scheduled for hearing on 8/15 at 10:00 a.m. review Judge Owens hearing calendar to ensure all matters are included; adversary pre-trials being handled by Saul Ewing require attention | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Continue draft preparatoin of hyperlinked Notice of Agenda for Matters Scheduled for Hearing on August 15, 2025 | BKA400 | 0.50 | 182.50 |
| 08/13/25 | JLD | Draft email to Trustee's special counsel Carmen Contreras-Martinez, Evan Miller, Ryan Coy and Paige Topper of Saul Ewing; provide listing of adversary actions appearing on Judge Owens hearing calendar; request confirmation if pretrial conferences are going forward on 8/15 at 10:00 a.m. | BKA400 | 0.20 | 73.00 |
| 08/13/25 | JLD | Draft email to M. Busenkell, counsel to Leadiant objecting party to GUS Distribution Motion, attaching as-filed hyperlinked copy of the Notice of Agenda cancelling the 8/15/2025 at 10:00 a.m. hearing [D.I. 1464]. | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers; advise two Orders were just entered which were included in the 8/15 Notice of Agenda. Will proceed to modify the Notice of Agenda to include entered Orders and will proceed to file the Notice of Agenda | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Draft second email to Marquietta Lopez and Claire Brady of Judge Owens Chambers advising all 8/15 agenda matters are either concluded by entry of an order, or, are being adjourned to 9/19; accordingly there are no matters going forward on 8/15 and with the court's permission the hearing can be cancelled | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Prepare and assemble document for filing; e-file and serve Amended Notice of Agenda for Matters Scheduled for Hearing on August 15, 2025 | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC                                            October 22, 2025
File Number: 00574256                                                          Page 18
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/13/25 | JLD | Draft second email to Trustee's special counsel Carmen Contreras-Martinez, Evan Miller, Ryan Coy and Paige Topper of Saul Ewing; we have reviewed the case dockets for the 5 pretrials listed for hearing on 8/15; no answers have been filed to date; accordingly, we are including the pretrials in the 8/15 notice of agenda as being adjourned to September 19, 2025 at 10:00 a.m. ET | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Draft email to Argo Partners,objecting party to GUS Distribution Motion, attaching as-filed hyperlinked copy of the Notice of Agenda cancelling the 8/15/2025 at 10:00 a.m. hearing [D.I. 1464]. | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JLD | Draft Amended Notice of Agenda for Matters Scheduled for Hearing on August 15, 2025; include entered Orders and modify status of pretrial conferences | BKA400 | 0.10 | 36.50 |
| 08/13/25 | JTC | Draft email to Jill Deeney re: 8/15 Notice of Agenda; email from Duane Morris wherein advise J. Carrigan no longer with Duane Morris LLP; if need additional assistance, request contact main number at 302 657 4900; inquire if is a service party | BKA400 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters not going forward for 8/15/2025 | BKA400 | 0.10 | 102.50 |
| 08/14/25 | JLD | Draft email to Trustee Miller, J. Carroll of Cozen and W. Homony of Miller Coffey Tate providing Judge Owens Chapter 7 hearing dates through the balance of 2025 | BKA400 | 0.10 | 36.50 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                        Page 19
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/14/25 | JLD | Review and respond to email of Trustee Miller regarding hearing adjournment from 8/15 to 9/11; advise the Notice of Agenda for  contested 8/15 hearing date was required to be filed on 8/3; the hearing was adjourned to allow time to resolve the objections to the second GUS distribution motion; objections will either be resolved and submitted under COC not requiring a hearing date, withdrawn or further adjourned; No matters will go forward requiring the Trustee's attendance on 9/19. | BKA400 | 0.10 | 36.50 |
| 08/21/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 36.50 |
| 09/05/25 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.20 | 73.00 |
| 09/16/25 | JLD | Begin draft preparation of hyperlinked Notice of Agenda for Matters Scheduled for Hearing on 9/19/2025 | BKA400 | 0.50 | 182.50 |
| 09/16/25 | JLD | Meeting with J. Carroll of Cozen to review draft Notice of Agenda for Matters Scheduled for Hearing on 9/19/2025; discuss treatment of matters | BKA400 | 0.10 | 36.50 |
| 09/17/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on September 19, 2025 | BKA400 | 0.10 | 36.50 |
| 09/17/25 | JLD | Continue draft preparation and finalization of hyperlinked Notice of Agenda for Matters Scheduled for Hearing on September 17, 2025 | BKA400 | 0.20 | 73.00 |
| 09/17/25 | JLD | Prepare and assemble document for filing; e-file hyperlinked Notice of Agenda for Matters Scheduled for Hearing on September 19, 2025 | BKA400 | 0.10 | 36.50 |
| 09/17/25 | JTC | Review and approve filing final version of Notice of Agenda of Matters not going forward for 9/19; the following hearing has been cancelled | BKA400 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 20
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/17/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 9/19/25 hrg.; instruct to advise Chambers there are no matters going forward on Friday, 9/19/2025; the agenda matters are either concluded, or, are being adjourned to 10/17/2025; accordingly there are no matters going forward on 9/19/2025; get Chambers' permission the hearing can be cancelled | BKA400 | 0.10 | 102.50 |
| 09/17/25 | JTC | Review email from Chambers re: permission to cancel the 9/19 hrg. | BKA400 | 0.10 | 102.50 |
| 09/17/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed copy of the Notice of Agenda [D.I. 1472] cancelling the 9/19/2025 hearing. | BKA400 | 0.10 | 102.50 |
| 09/25/25 | JLD | Review and respond to email from Schuyler Carroll advising hearing on Trustee's Second Motion for Distribution to GUC was further adjourned to October 17, 2025 at 10:00 a.m. ET. | BKA400 | 0.10 | 36.50 |
| 09/25/25 | JLD | Prepare update to critical date calendar | BKA400 | 0.10 | 36.50 |
| | | **Total Case Administration** | | **28.00** | **14,669.00** |
| | | | | | |
| 11/26/24 | JTC | Telephone conversation with Trustee Miller re: request by equity holders for additional joinder agreements to be signed by the Trustee; Trustee points out that under the settlement agreement with Holdco that the Trustee's consent is not required; accordingly the Trustee has no problem with them proceeding but he does not need to be a party to same | BKA401 | 0.10 | 96.00 |
| 11/29/24 | JTC | Review email from Anh Dang re: Deloitte Audit Confirmation Request (Ref ID: 3502101) for equity holdings | BKA401 | 0.20 | 192.00 |
| 11/30/24 | JTC | Review email from TTE Miller re: Deloitte Audit Confirmation Request (Ref ID: 3502101); advise do not maintain records of securities | BKA401 | 0.10 | 96.00 |
| 12/03/24 | JTC | Review email from Anh Dang re: Deloitte Audit Confirmation Request (Ref ID: 3502101); request help locate the correct contact to confirm the positions in the (attached) requests as of 10.31.2024 | BKA401 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 21

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/05/24 | LPL | Responding to Doyle CTA questions re bankruptcy trustees | BKA401 | 0.30 | 274.50 |
| 12/06/24 | JTC | Draft email to Anh Dang re: Deloitte Audit Confirmation Request (Ref ID: 3502101); advise the Chapter 7 Trustee is unfortunately not in a position to confirm equity positions; the Amended and Restated Limited Liability Company Agreement of Akorn Holding Company LLC, dated as of October 1, 2020 (the "LLCA"), has a Schedule of Members identifying the members and number of Common Units held at that time; the LLCA is subject to confidentiality restrictions precluding the Trustee's disclosure; however, her client as a member should have a copy of same; may be left with no alternative but to rely upon the client producing the LLCA and an affidavit concerning the absence of any subsequent transfers of holdings by them; advise another possible option might be for her to approach Computershare Inc. /Computershare Trust Company N.A. who acted as the sole transfer agent and registrar for Akorn Holding Company LLC | BKA401 | 0.20 | 192.00 |
| 12/06/24 | JTC | Review email from TTE Miller's office re: Deloitte Audit Confirmation Request; advise Anh Dang that there is no contact to assist with requests | BKA401 | 0.10 | 96.00 |
| 12/10/24 | LPL | Telephone conversation w/Doyle re subsidiary and large operating company CTA exemption. | BKA401 | 0.20 | 183.00 |
| 12/18/24 | JTC | Review detailed email from Malak Doss with multiple attachments re: Whitefort & BTIG; summary and additional issues to be addressed | BKA401 | 0.20 | 192.00 |

Akorn Holding Company LLC                                              October 22, 2025
File Number: 00574256                                                          Page 22
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/18/24 | JTC | Review email from Stacy Tecklin of Glen/Agre re: Whitefort & BTIG; advise will be amending the LLC Agreement to provide that Transferors and Transferors submit a transfer notice to the company (in a form she will provide) with a copy to their firm to satisfy the transfer requirement; only new members will be required to submit the joinder; no company or trustee signatures will be required; request advise if are OK signing the two backlogged transfers and confirm that the register will be updated to reflect all transfers. | BKA401 | 0.10 | 96.00 |
| 12/18/24 | JTC | Draft email to Stacy Tecklin and Malak Doss with attachment re: transfer agent; advise in follow-up to conversations, attach a copy of the agreement, effective 2/16/21, by and between Akorn Holding Company LLC and Computershare Trust Company, N.A. as transfer agent; advise had previously attempted to locate the account representative for Akorn and were provided with the contact information by former employees of Akorn (George Kalogrides); note that the agreement was executed by a Rachel Fisher, Senior Contract Specialist at Computershare | BKA401 | 0.30 | 288.00 |
| 01/10/25 | JTC | Draft email to Jill Deeney of Cozen re: Iron Mountain Agreement; inquiry by Trustee; request search for info | BKA401 | 0.10 | 102.50 |
| 01/10/25 | JTC | Review email from TTE Miller with attachment re: Iron Mountain Agreement; status | BKA401 | 0.20 | 205.00 |
| 01/13/25 | JTC | Preliminary review of email from P. Giordano with multiple attachments re: communications concerning Iron Mountain re: needed to answer Trustee inquiry | BKA401 | 0.20 | 205.00 |
| 01/13/25 | JTC | Review email from Anh Dang of Deloitte & Touche LLP with attachment re: advise Eaton Vance Management has identified George Miller and John Carroll as the appropriate contact to respond to an audit confirmation request; request respond by 1/20/2025 | BKA401 | 0.20 | 205.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 23
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/14/25 | JTC | Review email from TTE Miller re: Deloitte Audit Confirmation Request; TTE requests forward to Holdco reps. for response; TTE does not have info | BKA401 | 0.10 | 102.50 |
| 01/15/25 | JTC | Draft email to Jill Deeney of Cozen re: Arthur J. Gallagher; TTE's receipt of $xx; instruct to search for communications concerning insurance refund; TTE needs amount per policy | BKA401 | 0.10 | 102.50 |
| 01/16/25 | JTC | Review email from Anh Dang of Deloitte & Touche re: Deloitte Audit Confirmation Request; request advise when can expect to receive the completed confirmation | BKA401 | 0.10 | 102.50 |
| 01/16/25 | JTC | Review email from TTE Miller re: Deloitte Audit Confirmation Request; advise have no equity records | BKA401 | 0.10 | 102.50 |
| 01/31/25 | JTC | Preliminary review of email from Louann Cromley (TTE's assistant) re: Iron Mountain; status of whether Court approval is needed for Settlement and Mutual Release Agreement | BKA401 | 0.10 | 102.50 |
| 02/11/25 | JTC | Preliminary review of email from TTE Miller re: Akorn Inc Settlement Instructions-StoneX; communications received from Joshua Ndegwa wherein request direct towards the most appropriate channel for equity settlement; inquire who is the transfer agent assigned to this credit | BKA401 | 0.10 | 102.50 |
| 02/13/25 | JTC | Review email from Joshua Ndegwa re: settlement instructions - StoneX equity transfer; status | BKA401 | 0.10 | 102.50 |
| 03/17/25 | JTC | Review voicemail from Alana of Cedar Capital; advise audit confirm had been sent from RSM to confirm their equity position in Akorn; request JTC advise if can review and advise if not the appropriate contact; advise provided with JTC contact info from Gibson Dunn | BKA401 | 0.10 | 102.50 |
| 03/17/25 | JTC | Draft email to Dave Doyle re: voicemail from Alana of Cedar Capital; request advise if same person that contacted D. Doyle | BKA401 | 0.10 | 102.50 |

Akorn Holding Company LLC            October 22, 2025
File Number: 00574256                     Page 24
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/13/25 | JTC | Review and respond to email from TTE Miller re: advise the R&D Tax Auditor just finished the audit; the Audit Report was just submitted to the Joint Committee on Taxation for review and approval | BKA401 | 0.20 | 205.00 |
| | | **Total Business Operations** | | **3.70** | **3,646.50** |
| 04/16/25 | JTC | Review email from TTE Miller re:  Illinois work comp settlement reserve recommendation  Kimberly Lee; communication received from Susan Turen of The Hartford; request JTC advise if should approve request | BKA402 | 0.30 | 307.50 |
| | | **Total Insurance** | | **0.30** | **307.50** |
| 12/05/24 | DD | Call with M. Tomlin regarding potential compliance with reporting obligations under Corporate Transparency Act (.3); review secondary sources pertaining to same (.3). | BKA405 | 0.60 | 387.00 |
| 12/05/24 | DD | Draft memo to Cozen CTA task force regarding trustee compliance (.2); review response to same (.1). | BKA405 | 0.30 | 193.50 |
| 12/05/24 | DD | Call with J. Carroll regarding Corporate Transparency Act (.4). | BKA405 | 0.40 | 258.00 |
| 12/09/24 | DD | Review and analysis of text of Corporate Transparency Act, related regulations and other authorities for purposes of memo to Trustee. | BKA405 | 2.10 | 1,354.50 |
| 12/10/24 | DD | Review Corporate Transparency Act statute and related regulations (.5). | BKA405 | 0.50 | 322.50 |
| 12/10/24 | DD | Call with L. Laubach regarding possible trustee exceptions to CTA and related issues (.3). | BKA405 | 0.30 | 193.50 |
| 12/10/24 | DD | Call with M. Tomlin regarding trustee obligations under Corporate Transparency Act (1). | BKA405 | 1.00 | 645.00 |
| | | **Total Tax Matters, Tax Returns And Securities Matters** | | **5.20** | **3,354.00** |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 25

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/24/25 | JTC | Review email from Paul Remy of Utah Department of Workforce Services; advise has previously attempted to request that an amended employee wages report be filed for quarter 3/2024 in this case;  however, to date no amended report has been filed; realize this company has ceased doing business, but for accuracy of accounting is requesting the most up to date information related to employee wages; request contact to discuss | BKA408 | 0.10 | 102.50 |
| 01/24/25 | JTC | Draft email to Paul Remy of Utah Department of Workforce Services; advise Debtor ceased operations which was back in February of 2023 when they filed for bankruptcy; accordingly, there would be no employee activity subject to being reported by the bankruptcy trustee for 3rd Q of following year of 2024 activity | BKA408 | 0.20 | 205.00 |
| 01/24/25 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) re: response sent to state of Utah | BKA408 | 0.10 | 102.50 |
| 05/12/25 | JTC | Review email from TTE Miller re: Illinois work comp settlement reserve recommendation  Kimberly Lee / Akorn Operating Company Y3V C 07446; advise the insurance company wants to pay approx. $xx because she was working lite duty; she was paid her full wage and was eligible for the WARN payments; Hartford wants TTE approval; advise Ms. Turen of The Hartford said it is OK for JTC to contact | BKA408 | 0.10 | 102.50 |
| | | **Total Employee Benefits/Pensions/Termination Issues** | | **0.50** | **512.50** |
| 11/27/24 | JTC | Review email from Bill Homony (TTE's accountant) re: advise will provide list once preference demands go out | BKA410 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Simon Fraser of Cozen re: confirm will into putting together a schedule of the claims that were satisfied by assumption/cure | BKA410 | 0.10 | 96.00 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                                      Page 26
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/03/24 | JTC | Review email from TTE Miller with attachment re: provide legal preference demand letter for review and comment; advise would like to start sending letters 12/4 and 12/5 | BKA410 | 0.20 | 192.00 |
| 12/03/24 | JTC | Draft revisions to Trustee proposed Preference Demand Letter re: counsel and conflict parties | BKA410 | 0.80 | 768.00 |
| 12/03/24 | JTC | Review email from Simon Fraser of Cozen with attachment re: provide comment to legal Preference Demand Letter; addition of due diligence review of affirmative defenses | BKA410 | 0.20 | 192.00 |
| 12/03/24 | JTC | Draft email to Simon Fraser of Cozen re: confirm receipt of comments to legal Preference Demand Letter; advise  JTC will have additional changes and incorporate | BKA410 | 0.10 | 96.00 |
| 12/03/24 | SEF | Reviewing draft of preference demand letter (.2) | BKA410 | 0.20 | 159.00 |
| 12/04/24 | JLD | Review and revise Trustee's demand letter regarding Chapter 5 claims; prepare redline and clean versions to return to Trustee Miller | BKA410 | 0.50 | 170.00 |
| 12/04/24 | JTC | Review email from Simon Fraser of Cozen with attachment re: revised demand letter for review and comment; added due diligence on affirmative defense language | BKA410 | 0.20 | 192.00 |
| 12/04/24 | JTC | Draft email to TTE Miller with attachments re: clean and redline versions of Trustee's Preference Letter for review and comment | BKA410 | 0.30 | 288.00 |
| 12/04/24 | JTC | Review email from Jill Deeney of Cozen re: Chapter 5 claims; coordination of preparation of JTC comments to TTE's draft | BKA410 | 0.10 | 96.00 |
| 12/04/24 | JTC | Telephone conference with Jill Deeney of Cozen re: Chapter 5 claims; instruct to advise Trustee that JTC will have additional comments to draft letter sent on 12/3 | BKA410 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review email from TTE Miller re: Chapter 5 claims; advise will begin processing the letters and send JTC a copy for files. | BKA410 | 0.10 | 96.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                   Page 27
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/24 | SEF | Revising draft of template preference demand letter (.4); preparing email to J. Carroll re same (.1) | BKA410 | 0.50 | 397.50 |
| 12/05/24 | JTC | Review email from TTE Miller re: comments to revised preference demand letter | BKA410 | 0.10 | 96.00 |
| 12/31/24 | JTC | Review and respond to email from TTE Miller re: preferences; status of anyone reaching out to JTC; JTC confirm the only contact as a result of TTE's preference demand letters was by Ernst & Young to whom we extended time to respond to your offer until January 15th | BKA410 | 0.10 | 96.00 |
| 01/02/25 | JTC | Review email from TTE Miller re: preferences; confirm has requested John Reynolds (TTE's accountant) send Al Ciardi a list of all the lawyer and conflict Chapter 5 Claims; also, sent him a copy of TTE demand letters for his records. | BKA410 | 0.10 | 102.50 |
| 01/06/25 | JTC | Review and respond to email from Joseph Mulvihill re: TTE's demand letter; confirm working on a response to the Trustee's demand letter in Akorn, and expect to provide something by the end of the week | BKA410 | 0.20 | 205.00 |
| 01/06/25 | JTC | Draft email to TTE Miller re: provide Young Conaway response to TTE's demand letter | BKA410 | 0.10 | 102.50 |
| 01/06/25 | JTC | Review and respond to email from Jackson Toof re: preference letter to ArentFox Schiff dated 12/6/24; advise request an extension to the Response Date from January 6, 2025 to Friday, January 24, 2025; JTC confirm TTE is amenable | BKA410 | 0.20 | 205.00 |
| 01/06/25 | JTC | Draft email to TTE Miller re: preference letter to ArentFox Schiff dated 12/6/24; request for an extension to the Response Date from January 6, 2025 to Friday, January 24, 2025; advise going to grant the requested extension to ArentFox until Friday, January 24, 2025 to respond to the demand | BKA410 | 0.10 | 102.50 |
| 01/06/25 | JTC | Review email from TTE Miller re: ArentFox request for extension to respond to preference letter; advise no further extension as SOL is running | BKA410 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 28

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/14/25 | JTC | Review email from Nava Sanders of EY re: Notice of Intended Litigation and Settlement Offer, In re: Akorn Holding Company, et al.; advise EY is reviewing its payment history with Akorn prior to the bankruptcy to see if think have an ordinary course of business defense; also believe have a subsequent new value defense, which are calculating; request grant an additional extension to respond to the trustee's settlement offer so can complete analysis | BKA410 | 0.10 | 102.50 |
| 01/14/25 | JTC | Draft email to Nava Sanders of EY re: Notice of Intended Litigation and Settlement Offer, In re: Akorn Holding Company, et al.; request advise how long of an extension is being requested | BKA410 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Bill Homony (TTE's accountant) re: request advise if made any progress on the contract assumption and assignment analysis; advise has parties responding to preference demands which believe may have no liability as a result of the asset sales. | BKA410 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Nava Sanders of EY re: Notice of Intended Litigation and Settlement Offer, In re: Akorn Holding Company, et al.; advise would appreciate extension to 1/23 | BKA410 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review email from Nava Sanders of E&Y re: request coordination of call to discuss settlement offer on avoidance claims | BKA410 | 0.10 | 102.50 |
| 01/24/25 | JTC | Review email from Jackson Toof of Arent Fox Schiff with attachment re: response to Notice of Intended Litigation and Settlement Offer | BKA410 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 29

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/24/25 | JTC | Draft email to Nava Sanders of E&Y re: advise the Trustee has retained special counsel other than Cozen to handle certain of the avoidance actions; with respect to avoidance actions regarding E&Y, special counsel for the Trustee is Albert A. Ciardi III and going forward should deal with him; JTC request that Mr. Ciardi reach out to schedule a call for Wednesday, January 29, to discuss the settlement offer. | BKA410 | 0.20 | 205.00 |
| 01/24/25 | JTC | Draft email to Al Ciardi re: advise of conversation with Dan Kazasco at Wilke Farr and Gallagher; Dan explained that the Trustee's initial offer letter used a general building address in Manhattan occupied by multiple tenants and the letter just made it to them; JTC referred to Al Ciardi since now acting as special counsel on avoidance matters | BKA410 | 0.20 | 205.00 |
| 01/24/25 | JTC | Telephone conference with Dan Kazasco, GC of Wilke Farr re: advises just received Trustee offer letter; request additional time | BKA410 | 0.10 | 102.50 |
| 01/28/25 | JTC | Review email from Nava Sanders of EY re: advise of availability for call on Trustee settlement | BKA410 | 0.10 | 102.50 |
| 01/28/25 | JTC | Review email from Albert Ciardi re: confirms contacted Nava Sanders of EY with availability for call | BKA410 | 0.10 | 102.50 |
| 01/30/25 | JTC | Review email from TTE Miller with attachment re: comments to American Eagle A/R settlement | BKA410 | 0.20 | 205.00 |
| 01/30/25 | JTC | Review email from Al Ciardi re: Chapter 5 litigation; advise all of their exhibits on payments identify the Payor | BKA410 | 0.10 | 102.50 |
| 01/30/25 | JTC | Draft email to Evan Miller, et al. re: Chapter 5 litigation; advise comments to caption; note that either in the body of the complaint or the attached exhibit identifying the voidable transfers we are still required to identify the name of the debtor entity who was the transferor/obligor; caption proper as Holdings; outline advantages and reasons for same | BKA410 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 30

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/30/25 | JTC | Review email from Evan Miller re: Chapter 5 litigation; request comments to pleading | BKA410 | 0.10 | 102.50 |
| 01/30/25 | JTC | Review email from TTE Miller re: Chapter 5 litigation;  comment on all the Complaints for Chapter 5 claims; inquire if the caption should read Akorn Holdings Inc. or Akorn Operating Inc.; advise all the payment came from Operating and have the NY lawyer agreement issue | BKA410 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Chapter 5 litigation; advise the caption should be Holdings, et al. as provided for in the joint administration order; the identity of the transferor is included in the complaints | BKA410 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review and respond to email from TTE Miller re: Chapter 5 litigation; advise is OK to file complaints with the Akorn Holdings caption; JTC confirms agree need to use Akorn Holdings Inc. et al caption; rationale for same | BKA410 | 0.20 | 205.00 |
| 02/04/25 | JTC | Review now entered Order Approving Procedures Regarding Settlements of Avoidance Claims | BKA410 | 0.10 | 102.50 |

Akorn Holding Company LLC                                            October 22, 2025
File Number: 00574256                                                        Page 31
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/10/25 | JTC | Review Notices of filing Adversary Complaints filed for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. Sections 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. Section 502  (case no. 25-50127 against Douglas Pharmaceuticals; 25-50126 against Dahl Compliance Consulting LLC; 25-50125 against Curia Global, Inc.; case no. 25-50124 against C-Squared Pharma Limited; 25-50123 against Windstream; 25-50122 against United Cooling & Refrigeration, Inc.; 25-50121 against Costco Wholesale; 25-50120 against The Hartford Insurance Group, Inc.; 25-50119 against Sterline North America Inc.; 25-50118 against Corden Pharama Spa; 25-50117 against Sigma Aldrich; 25-50116 against Chicago Infill Industrial Properties LP; 25-50115 against Platinum Press, Inc.; 25-50114 against Otis Elevator; 25-50113 against ChemPoint.com; case no. 25-50112 against NSF Health Sciences, LLC; 25-50111 against North American Corporation of Illinois; case no. 25-50110 against Chemo Iberica S.A.; 25-50109 against Chem-Aqua Inc.; case no. 25-50108 against Blue Mountain Quality Resources; 25-50107 against Nipro PharmaPacking Americas Corp.; case no. 25-50103 against Model N Inc.; case no. 25-50102 against Ashland Specialty Ingredients GP; 25-50095 against Flavine North America Inc.; 25-50101 against Mikart, LLC; case no. 25-50100 against Apexus LLC; case no. 25-50098 against Agilent Technologies; case no. 25-50099 against GDL International; case no. 25-50097 against Garda World Security Services; case no. 25-50096 against AFLAC Premium Holding; case no. 25-50094 against Central Illinois Scale Company; case no. 25-50093 against Camfil - DP Filters; case no. 25-50092 against Asembia LLC; case no. 25-50091 against Armstrong Relocation & Companies LLC; case no. 25-50090 against Applied Physics, Inc.; case no. 25- | BKA410 | 0.30 | 307.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 32
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| | | 50089 against American International Relocation SOL; case no. 25-50087 against Iron Mountain Incorporated; case no. 25-50086 against Evoqua Water Technologies LLC; case no. 25-50085 against Everlight Chemical Industrial; case no. 25-50084 against Elm Freight Handlers, Inc.; case no. 25-50083 against Diligent Corporation; case no. 25-50082 against Complete Cleaning Company Inc.; case no. 25-50081 against Coldchain Technology Services) | | | |
| 02/11/25 | JTC | Review Notice of filing Adversary Complaints filed for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. Sections 547, 548 & 550 and to Disallow Claims Pursuant to 11 U.S.C. Section 502  (case no. 25-50138 against Essential Ingredients, Inc.; 25-50137 against EMD Millipore; 25-50136 against EG Life Sciences LLC; 25-50135 against Holland Applied Technologies Inc.; 25-50134 against Domino Amjet; 25-50133 against Heritage Packaging LLC; 25-50132 against Direct Energy Business Marketing LLC; 25-50131 against Denovo; 25-50130 against Delta Dental of Illinois; 25-50129 against Colbert Packaging Corporation; 25-50128 against ClarusOne Sourcing services LLP) | BKA410 | 0.20 | 205.00 |
| 02/12/25 | JTC | Review and respond to email from Evan Miller re: preference actions; confirm will provide requested listing of the adversary actions that is handling | BKA410 | 0.10 | 102.50 |
| 02/12/25 | JTC | Draft email to Evan Miller re: preference actions; request advise if have a listing of the adversary actions that is handling setting forth defendant name, adv.pro. number and demand amount; if so, request provide a copy of same in a non-pdf format (e.g., excel or word). | BKA410 | 0.10 | 102.50 |
| 02/28/25 | JTC | Review email from Evan Miller with attachment re: provide requested preference list; advise includes both the Saul and Ciardi filings, but does not include Ciardi's D&O avoidance actions. | BKA410 | 0.20 | 205.00 |

Akorn Holding Company LLC                                                October 22, 2025
File Number: 00574256                                                              Page 33
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 03/17/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Second Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order Filed by George L. Miller | BKA410 | 0.10 | 102.50 |
| 03/25/25 | JTC | Review Certification of Counsel Regarding Settlements of Avoidance Claims | BKA410 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from Jill Deeney re: status of word from Evan Miller after his 4/7 communication; preparation of Notice of Agenda for 4/11 | BKA410 | 0.10 | 102.50 |
| 06/09/25 | JTC | Review email from Jill Deeney of Cozen re: property title docs.; confirm will assemble what we have for the real estate property closing. | BKA410 | 0.10 | 102.50 |
| 06/09/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: property title docs.; request provide the title reports and/or recorded mortgage docs. related to 10 Edison St and 26 Edison St, Amityville NY; has a preference defendant arguing inchoate lien rights and looking for evidence of the secured lenders priority position; JTC request advise who the Defendant is | BKA410 | 0.20 | 205.00 |
| 07/24/25 | SEF | Reviewing email and attachments from counsel for Henderson Constructors re its alleged secured status (.2); preparing email to attorneys at Saul Ewing re Henderson's attempt to use its alleged secured status as a defense to the Trustee's preference demand (.1) | BKA410 | 0.30 | 255.00 |
| 07/25/25 | SEF | Reviewing and responding to email from counsel at Saul Ewing re asserted secured status of Henderson Constructors | BKA410 | 0.10 | 85.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 34

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/28/25 | SEF | Reviewing pleadings and other information about Henderson Constructor's asserted mechanics liens, and about Hikma Pharmaceuticals' apportionment of its purchase price for its real estate purchase among the various subject parcels (.8); preparing email to Saul Ewing counsel Paige Toppper, Evan Miller, and Steven Reingold re fact that Henderson Constructors was effectively unsecured with respect to its asserted mechanics' liens due to the fact that the debtors' senior lender was undersecured with respect to the parcels at issue (.4) | BKA410 | 1.20 | 1,020.00 |
| 07/28/25 | SEF | Phone call with Paige Topper re Henderson Constructors' assertion that it's claims are fully secured | BKA410 | 0.30 | 255.00 |
| 09/02/25 | DD | Emails with J. Carroll, S. Fraser and E. Miller regarding administrative claim defense raised by Direct Energy. | BKA410 | 0.10 | 74.00 |
| 09/03/25 | DD | Review correspondence from S. Fraser and W. Homony regarding Direct Energy dispute (.2); review proof of claim filed by Direct Energy (.1); review previous correspondence and dealings with Direct Energy in Akorn case, including motion to make interim distribution on 503(b)(9) claim (.2); call with S. Fraser regarding same (.1). | BKA410 | 0.60 | 444.00 |
| 09/29/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Seventh Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA410 | 0.10 | 102.50 |
| | | **Total Preference/Fraudulent Transfer Claims Analysis and Related L** | | **11.30** | **10,384.50** |
| 01/23/25 | JTC | Review and respond to email from S. Fraser of Cozen re: draft stipulation with E.L. Pruitt memorializing agreement to set aside funds | BKA414 | 0.10 | 102.50 |
| | | **Total Relief From Stay Proceedings** | | **0.10** | **102.50** |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 35

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/26/24 | JTC | Review Notice of Service (Defendant's First Request for Admissions and First Request for Document Demands to Plaintiff) Filed by McKesson Corporation, McKesson Medical-Surgical, Inc., McKesson Specialty Care Distribution LLC (Adv. No. 24-50042) | BKA415 | 0.10 | 96.00 |
| 12/01/24 | JTC | Draft detailed email to George Miller and Evan Miller with attachments re: AmerisourceBergen ATB Reconciliation / McKesson Production; advise on strategy to implement the (attached) Order and Revised Settlement Agreement | BKA415 | 0.50 | 480.00 |
| 12/01/24 | JTC | Review and respond to email from TTE Miller re: McKesson production; advise of availability to participate in calls; JTC request advise preferred times and if want Bill Homony and Evan Miller (TTE's accountants) to participate | BKA415 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Evan Miller re: confirm receipt of JTC recommendation on AmerisourceBergen ATB Reconciliation / McKesson Production | BKA415 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from TTE Miller re: advise availability for call with Akorn Holdco on AmerisourceBergen ATB Reconciliation / McKesson Production | BKA415 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review and respond to email from Evan Miller re: advise availability for consultation call with Akorn Holdco on AmerisourceBergen ATB Reconciliation / McKesson Production | BKA415 | 0.10 | 96.00 |
| 12/03/24 | JTC | Review Certification of Counsel Regarding Second Amended Scheduling Order Filed by George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al (Miller v. AmerisourceBergen Drug Corp.) | BKA415 | 0.10 | 96.00 |

Akorn Holding Company LLC                                           October 22, 2025
File Number: 00574256                                                      Page 36
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/05/24 | JTC | Review email from Jill Deeney of Cozen re: McKesson adversary; confirm provided Chambers with as-filed hyperlinked copy of the Notice of Agenda of Matters Scheduled for Hearing on December 9, 2024 | BKA415 | 0.10 | 96.00 |
| 12/05/24 | JTC | Draft email to J. Powell, J. Garfinkle, S. Winick with attachment re: McKesson adversary; provide as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on December 9, 2024 | BKA415 | 0.10 | 96.00 |
| 12/05/24 | JTC | Telephone conference with Jill Deeney of Cozen with attachment re: McKesson adversary; instruct to confirm to Evan Miller and Paige Topper that the Notice of Agenda has been transmitted to Chambers | BKA415 | 0.10 | 96.00 |
| 12/06/24 | JTC | Review email from Evan Miller re: 12/9 hrg.; advise reached an agreement with McKesson to adjourn Monday's hearing in Akorn; has advised the Court and are seeking permission to cancel re same; will keep posted if hear back and are given permission to cancel the hearing | BKA415 | 0.10 | 96.00 |
| 12/06/24 | JTC | Telephone conversation with Jill Deeney of Cozen re: 12/9 hrg. on McKesson matter;instruct on how to handle agenda and send copy to Trustee and his special counsel | BKA415 | 0.10 | 96.00 |
| 12/06/24 | JTC | Review email from Jill Deeney of Cozen with attachment re: 12/9 hrg. on McKesson matter; confirms now also provided J. Powell, J. Garfinkle and S. Winick with as-filed copy of the Amended Notice of Agenda of Matters Scheduled for Hearing on December 9, 2024 | BKA415 | 0.10 | 96.00 |
| 12/06/24 | JTC | Review email from Jill Deeney of Cozen re: 12/9 hrg.; confirm per JTC instructions will file an Amended Agenda and indicate in the status that the parties have agreed to adjourn the hearing to a date to be determined by the court | BKA415 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 37

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/16/24 | JTC | Review Certification of Counsel Regarding Defendants' Motion to Dismiss Counts V and VI of the Complaint Filed by Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation. | BKA415 | 0.10 | 96.00 |
| 12/17/24 | JTC | Review now entered Order Granting Defendants Motion to Dismiss the Fifth and Sixth Counts of the Complaint (Miller / Amerisource) | BKA415 | 0.10 | 96.00 |
| 12/19/24 | JTC | Review Notice of Hearing Notice of Rescheduled Oral Argument Regarding Plaintiffs Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief (Miller / McKesson Corp.); scheduled for 1/16/25 | BKA415 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Nava Sanders of E&Y re: Notice of Intended Litigation and Settlement Offer, In re: Akorn Holding Company, et al.; confirm receipt of JTC info that the Trustee has agreed to keep the offer open until January 15, 2025 | BKA415 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Nava Sanders of E&Y re: Notice of Intended Litigation and Settlement Offer, In re: Akorn Holding Company, et al.; advise the Trustee has agreed to keep the offer open until January 15, 2025 | BKA415 | 0.20 | 192.00 |
| 12/20/24 | JTC | Review and respond to email from Evan Miller re: AmerisourceBergen ATB Reconciliation discovery requests; request contact to discuss | BKA415 | 0.10 | 96.00 |
| 12/30/24 | JTC | Review Third Amended Scheduling Order (Miller / AmerisourceBergen Drug) | BKA415 | 0.10 | 96.00 |
| 01/06/25 | JTC | Review Defendants' Answer and Affirmative Defenses to the Complaint for (I) Payment of Goods Sold and Delivered, (II) Breach of Contract, (III) Account Stated, (IV) Unjust Enrichment (in the Alternative), (V) Turnover of Accounts Receivable, and (VI) Disallowance of Claims (Miller v. AmerisourceBergen Drug) | BKA415 | 0.20 | 205.00 |
| 01/13/25 | JLD | Assist with draft preparation of proposed Common Interest Agreement with Holdco | BKA415 | 0.50 | 182.50 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                    Page 38
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/25 | JLD | Review and respond to email from Evan Miller, Trustee special counsel; the parties have agreed to adjourn the 1/16 oral argument in the McKesson adversary 24-50042 until February.  Instruct to contact chambers directly to request permission to cancel 1/16 hearing and request new date | BKA415 | 0.10 | 36.50 |
| 01/14/25 | JTC | Telephone conference with Jill Deeney of Cozen re: McKesson; request make sure to provide TTE Miller and accountants with filed copy of the Notice of Agenda Cancelling the Matters Scheduled for Hearing on 1/16/2025 | BKA415 | 0.10 | 102.50 |
| 01/14/25 | JTC | Draft email to J. Powell, J. Garfinkle, and S. Winick with attachment re: McKesson; provide with as-filed copy of the Notice of Agenda Cancelling the Matters Scheduled for Hearing on 1/16/2025 | BKA415 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Jill Deeney of Cozen re: McKesson; confirm advised Chambers that will proceed to file a Notice of Agenda of cancelling the hearing on 1/16/2025 | BKA415 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Evan Miller re: 1/16 hrg.; advise has agreed to adjourn the 1/16 oral argument in the McKesson adversary until February; request advise if need Thursday's hearing or if would rather they reached out to Chambers about cancellation and a new date | BKA415 | 0.10 | 102.50 |
| 01/18/25 | JTC | Review and respond to email from TTE Miller with attachments re: Holdco settlement procedures motion; answer Trustee inquiry on process as affecting adv. proceeding | BKA415 | 0.20 | 205.00 |
| 01/18/25 | JTC | Review email from Evan Miller re: settlement procedures motion; revised version removing Holdco reference, adding Ciardi; inquire on status of D&O issues | BKA415 | 0.20 | 205.00 |
| 01/24/25 | JTC | Review email from Jill Deeney of Cozen re: status of word from Evan Miller concerning adjourned hearing regarding McKesson oral argument to February 20, 2025 | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 39
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/24/25 | JTC | Review and respond to email from Evan Miller re: settlement procedures motion; status of review and approval; JTC confirm has no objection to filing; advise of comments | BKA415 | 0.30 | 307.50 |
| 01/27/25 | JLD | Pull from Court Docket and index Notice of Rescheduled Oral Argument Regarding Plaintiffs Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief (Miller v. McKesson Corporation (24-50042) | BKA415 | 0.10 | 36.50 |
| 01/27/25 | JLD | Draft email to Evan Miller, Trustee's special counsel requesting confirmation if the adjourned date for the McKesson oral argument was confirmed for February 20, 2025 at 9:30 am. | BKA415 | 0.10 | 36.50 |
| 01/27/25 | JTC | Review Status Report Regarding Adversary Proceeding against McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. | BKA415 | 0.10 | 102.50 |
| 01/27/25 | JTC | Review Status Report Regarding Adversary Proceeding against Cencora, Inc., f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. | BKA415 | 0.10 | 102.50 |
| 01/27/25 | JTC | Review email from Jill Deeney of Cozen re: confirmed if the adjourned date for the McKesson oral argument was confirmed for February 20, 2025 at 9:30 am | BKA415 | 0.10 | 102.50 |
| 01/27/25 | JTC | Review email from Paige Topper re: confirm the adjourned date for the McKesson oral argument is February 20, 2025 at 9:30 am | BKA415 | 0.10 | 102.50 |
| 01/29/25 | JTC | Review email from B. Homony (TTE's accountant) with attachment re: AR settlement agreement with Eagle Pharmacy LLC with edits proposed by Eagle/Knipper for review and comment | BKA415 | 0.10 | 102.50 |
| 01/30/25 | JTC | Review Certification of Counsel Regarding Amended Scheduling Order (Miller v. McKesson) | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 40

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/30/25 | JTC | Review email from TTE Miller re: Chapter 5 litigation; advise other than comment on caption, has no comments on Complaints; request file | BKA415 | 0.10 | 102.50 |
| 01/31/25 | JTC | Review Amended Scheduling Order (Miller v. McKesson; Adv. No. 24-50042) | BKA415 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review Certificate of No Objection Regarding Motion for Approval of Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b) | BKA415 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review email from Evan Miller re: Chapter 5 litigation; advise the current caption helps and streamlines with situations where the debtor-transferor and debtor-obligor may be different (i.e. where one is Holdings, one is Operating, etc.), which have seen in a few instances of back and forth with demand letter recipients. | BKA415 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from John Reynolds (TTE's accountant) re: D&O litigation; Malak inquiry; confirm was able to contact a former employee of Akorn, Patrick Diiorio; advise was the individual who assisted in preserving the Debtor email accounts; Patrick informed he would be available tomorrow for a call; provide contact information | BKA415 | 0.20 | 205.00 |
| 02/12/25 | JTC | Review email from Matt Tomlin (TTE's accountant) re: Eagle Pharmacy / Knipper; status of A/R settlement | BKA415 | 0.10 | 102.50 |
| 02/13/25 | JTC | Review email from Rishabh Jain re: advise needs the W2 form for the settlement amount received in 2024; request advise how to get access to it; has checked and it is not available on ADP | BKA415 | 0.10 | 102.50 |
| 02/13/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's First Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                               Page 41
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/14/25 | JTC | Review email from John Reynolds (TTE's accountant) re: advise the 2024 W2s were not prepared by ADP; they were prepared by the trustee; request Rishabh Jain provide an executed W9 confirming mailing address and SSN; advise would be happy to mail a new one. | BKA415 | 0.10 | 102.50 |
| 02/14/25 | JTC | Review email from Rishabh Jain with attachment re: provide filled and signed W9 form | BKA415 | 0.10 | 102.50 |
| 02/17/25 | JTC | Review email from Paige Topper re: advise the Trustee and McKesson have agreed to adjourn the oral argument on the Trustee's motion to compel discovery in the McKesson adv. proceeding to April 11, 2025, at 10:00 a.m. (ET); the oral argument was originally scheduled for February 20; request reflect the adjournment on the agenda; advise Saul will prepare and file a revised notice of oral argument. | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JLD | Review and acknowledge email from Paige Topper, Trustee's special counsel regarding McKesson oral argument hearing date 2/20; the Trustee and McKesson have agreed to adjourn the oral argument on the Trustee's motion to compel discovery in the above-referenced adversary proceeding to April 11, 2025, at 10:00 a.m. (ET). | BKA415 | 0.10 | 36.50 |
| 02/18/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachments re: D&O avoidance claims; provide 1) D&O Pre-petition transfers; and 2) D&O Proofs of Claim in advance of further discussions tomorrow regarding potential pursuit of avoidance actions against D&Os; advise this information was previously provided to Holdco in December to aid in their evaluation of D&O Litigation. | BKA415 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 42

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/18/25 | JTC | Review email from Bill Homony (TTE's accountant) re: insider claims; provide language from approved settlement agreement regarding D&O Litigation; advise believe this clearly would encompass any avoidance actions against the D&Os; thinks need Holdco to confirm that they are not pursuing any claims against the D&Os | BKA415 | 0.20 | 205.00 |
| 02/18/25 | JTC | Review email from Matt Tomlin (TTE's accountant) with attachment re: Eagle Pharmacy / Knipper; status of A/R settlement | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review email from Jill Deeney of Cozen re: Miller v. McKesson; confirm advised Chambers that the Trustee's Special Counsel, Saul Ewing, has advised the parties have agreed to adjourn the oral argument hearing currently scheduled for February 20, 2025 at 9:30 a.m. to April 11, 2025 at 10:00 a.m. pending continued settlement discussions; accordingly, there are no matters going forward on February 20, 2025 at 9:30 a.m. and with permission the hearing can be cancelled. | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JTC | Telephone conference with Jill Deeney of Cozen re: request confirm with Paige Topper that will include adjournment in Notice of Agenda (McKesson adv. proc.) | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review email from Bill Homony (TTE's accountant) re: insider claims; comments to inquiry from Andrew Glenn; advise provided them with all of that info so that they could pursue them | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review email from Joshua Ndegwa re: settlement instructions / StoneX; status | BKA415 | 0.10 | 102.50 |
| 02/18/25 | JTC | Review email from Christina Sanfelippo of Cozen with attachments re: Eagle Pharmacy / Knipper; updated draft of Settlement Agreement | BKA415 | 0.20 | 205.00 |
| 02/18/25 | JTC | Review email from Andrew Glenn re: insider claims; status of preparedness to sue the insiders for all avoidance actions | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 43
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/19/25 | JTC | Review Notice of Hearing Notice of Rescheduled Oral Argument Regarding Plaintiffs Motion for Entry of an Order (I) Compelling Defendants to Respond to Interrogatories and to Produce Documents, and (II) Granting Related Relief (Miller v. McKesson) | BKA415 | 0.10 | 102.50 |
| 02/19/25 | JTC | Review email from TTE Miller re: Insider claims; comments to inquiry from Holdco concerning avoidance actions against insiders | BKA415 | 0.10 | 102.50 |
| 02/19/25 | JTC | Draft detailed email to TTE Miller and Bill Homony (TTE's accountant) re: insider claims; advise need to be careful because D&O Litigation is not synonymous with avoidance actions; D&O actions are for breach of a fiduciary duty and avoidance actions may or may not also be such a breach of duty; certain avoidance actions for fraudulent conveyance may also constitute a breach of fiduciary duty; however not all such avoidance actions would involve transfers constituting a D&O action for breach of fiduciary duty (e.g., preference action); also, the standing under the settlement agreement which was provided to pursue D&O actions was derivative standing to that of the Debtor, as opposed to exclusive standing being given to Holdco | BKA415 | 0.30 | 307.50 |
| 02/19/25 | JTC | Review and respond to email from TTE Miller re: insider claims; comments to Holdco not doing the Chapter 5 claims for Insiders; JTC confirm to the extent Holdco not bringing and TTE has determined they have merit, then estate can bring. | BKA415 | 0.20 | 205.00 |
| 02/19/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: insider claims; advise the definition of D&O Litigation in the settlement agreement which would clearly include avoidance actions against those same insiders; have always pursued all causes of action against D&O's in the same complaint; doing it separately poses an unnecessary risk. | BKA415 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 44

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/19/25 | JTC | Draft email to Andrew Glenn with attachments re: Insider claims; request advise if Holdco bringing D&O actions which include avoidance actions against insiders | BKA415 | 0.20 | 205.00 |
| 02/19/25 | JTC | Review email from TTE Miller re: Insider claims; coordination of providing Al Ciardi the data for the complaint and the addresses; advise the complaint will be filed by the Trustee before the statute expires. | BKA415 | 0.10 | 102.50 |
| 02/19/25 | JTC | Review email from Andrew Glenn re: insider claims; coordination of call to discuss | BKA415 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: insider claims; comments to Holdco response | BKA415 | 0.10 | 102.50 |
| 02/20/25 | JTC | Draft email to TTE Miller re: insider claims; Holdco response on both D&O claims and avoidance actions; request TTE retain for files; request confirm that are having special counsel pursue the insider claims and JTC will notify Holdco's counsel of same. | BKA415 | 0.20 | 205.00 |
| 02/20/25 | JTC | Review email from Andrew Glenn re: insider claims; advise based on preliminary review and conversations with key players, have not identified any cognizable D&O claims to pursue at this time. | BKA415 | 0.10 | 102.50 |
| 02/21/25 | JTC | Review voicemail from Malak Doss re: request advise who is preparing complaints; Monday deadline | BKA415 | 0.10 | 102.50 |
| 02/21/25 | JTC | Review email from Malak Doss re: insider claims; confirm receipt of JTC info that TTE's team is handling | BKA415 | 0.10 | 102.50 |
| 02/21/25 | JTC | Telephone conference with Malak Doss re: insider claims; clarify that Trustee is prepared to pursue since Holdco not filing | BKA415 | 0.20 | 205.00 |
| 03/10/25 | SEF | Reviewing order entered by the court today approving Trustee's stipulation with E.L. Pruitt (.1); preparing email to counsel for E.L. Pruitt re entry of order (.1) | BKA415 | 0.20 | 170.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 45

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/19/25 | JTC | Review Certification of Counsel Regarding Fifth Amended Scheduling Order (Miller v. Cencora) | BKA415 | 0.10 | 102.50 |
| 03/21/25 | JTC | Review Fifth Amended Scheduling Order (Miller v. Cencora) | BKA415 | 0.10 | 102.50 |
| 03/25/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Second Notice of Settlement Pursuant to the Settlement Procedures Order | BKA415 | 0.10 | 102.50 |
| 03/31/25 | JTC | Review and respond to detailed email from Evan Miller re: Question re Thea Pharmaceuticals; JTC advise Trustee settled with Thea and JTC recollection is that mutual releases were exchanged, but am not sure of the breadth of the releases; will take a look at the scope of the releases and revert | BKA415 | 0.20 | 205.00 |
| 03/31/25 | JTC | Draft email to Jill Deeney of Cozen re: Evan Miller inquiry on Thea Pharmaceuticals; instruct to pull the settlement agreement and 9019 Order on Thea for JTC review | BKA415 | 0.10 | 102.50 |
| 03/31/25 | JTC | Review email from Evan Miller re: inquiry on Thea Pharmaceuticals info; will hold off on sharing any documents with McKesson regarding the Thea transaction until hear further from JTC; the business teams are talking again tomorrow. | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 46

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 04/04/25 | JTC | Review email from Evan Miller re: 4/11 scheduling conf., etc.; advise intends to ask the Court to convert the hearing on the McKesson Motion to Compel to a status conference and to air some of their concerns on the discovery process to this point; advise if the Court is amenable, is fine with that being held by Zoom (and that is McKesson's preference too); the scheduling conference (to the extent it goes forward, which is unlikely) with the Peyton's A/R matter is already expected to be via Zoom, per the judge's procedures; unless all have a need for an in-person hearing that day, was going to represent that the whole hearing could be converted to Zoom if the Court is okay with it; request advise if have any issues | BKA415 | 0.10 | 102.50 |
| 04/04/25 | JTC | Review email from Albert Ciardi re: 4/11 hearing; advise no objections to E&Y; will CNO it and I does not anticipate anything else | BKA415 | 0.10 | 102.50 |
| 04/04/25 | JTC | Draft email to Jill Deeney of Cozen re: 4/11 hearing; need discussion before respond to Evan Miller request | BKA415 | 0.10 | 102.50 |
| 04/04/25 | JTC | Review email from Evan Miller re: 4/11 hearing; advise once gets approval from JTC will send note to Chambers | BKA415 | 0.10 | 102.50 |
| 04/07/25 | JTC | Review Certificate of No Objection of Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al., to Approve Settlement Agreement with Ernst & Young, LLP | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 47
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/09/25 | JTC | Review email from Evan Miller re: McKesson Litigation; advised Chambers concerning Miller v. McKesson Corporation, which currently has a hearing on the Trustee's Motion to Compel scheduled for this Friday, April 11; having discussed with counsel to McKesson, the Trustee would like to treat the hearing on that matter as a status conference on the Motion to Compel and overall provide the Court with an update on the state of play in the case, primarily with respect to discovery issues; the parties are amenable to this being held via Zoom, in accordance with Her Honor's procedures, if the Court would permit | BKA415 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from Chambers re: McKesson litigation; confirm Zoom is fine | BKA415 | 0.10 | 102.50 |
| 04/09/25 | JTC | Draft email to Evan Miller re: McKesson Litigation; advise not going to attend the hearing on Friday since the only remaining open agenda items are McKesson and possibly Peyton's-Southeastern, Inc. which are proceedings which E. Miller is handling | BKA415 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from Evan Miller re: McKesson Litigation; confirm receipt of JTC info on hearing attendance | BKA415 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from TTE Miller re: 4/11 hrg.; request to be signed up as wants to listen on McKesson | BKA415 | 0.10 | 102.50 |
| 04/09/25 | JTC | Review email from Jill Deeney of Cozen re: confirm TTE Miller has been registered to attend 4/11 hrg via Zoom | BKA415 | 0.10 | 102.50 |
| 05/08/25 | JTC | Review Motion for an Order Establishing Streamlined Procedures Governing Adversary Proceedings; Hearing scheduled for 6/20/2025 at 10:00 AM; Objections due by 5/29/2025 | BKA415 | 0.20 | 205.00 |
| 05/09/25 | JLD | Pull from Court Docket and index Motion for an Order Establishing Streamlined Procedures Governing Adversary Proceedings; Track hearing date for Notice of Agenda 6/20/2025 | BKA415 | 0.10 | 36.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 48

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 05/13/25 | JLD | Pull from Court Docket and index Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and SST Corporation; Track hearing date for Notice of Agenda 6/20/2025 | BKA415 | 0.10 | 36.50 |
| 05/13/25 | JTC | Review email from Walter Gouldsbury re: 5/16 hearing; advise will send chart of adversary actions and Defendants | BKA415 | 0.10 | 102.50 |
| 05/13/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 5/16 hrg.; request advise Walter Gouldsbury, Albert Ciardi and Jack McLaughlin that the adversary actions which were originally noticed for pre-trial hearing on 5/16 need to be filed with the Notice of Agenda; advise typically attach a chart identifying the adversary action number and Defendant; request get a listing of the adversary actions an also advise of the adjourned date in the morning. | BKA415 | 0.10 | 102.50 |
| 05/13/25 | JTC | Review email from Walter Gouldsbury of Ciardi re: 5/16 hrg.; confirm all of their pretrials are adjourned | BKA415 | 0.10 | 102.50 |
| 05/13/25 | JTC | Review Evan Miller re: 5/16 hrg.; advise not aware of anything else Saul has for Friday other than the status conference; one additional note--last month's status conference was held via Zoom, so unless any of the Ciardi matters require in-person, can request that the entire hearing be remote; at least as to the McKesson matter, remote is the preference of counsel; can send a note to the judge confirming the McKesson matter can be held via Zoom; request advise if that works | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 49

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 05/13/25 | JTC | Review email from Jill Deeney of Cozen re: 5/16 hrg.; confirms advised John McLaughlin and Al Ciardi that in anticipation of filing the Notice of Agenda for Matters Scheduled for 5/16/2025 which is due for filing tomorrow, 5/14, need a list of the adversary actions (Adversary No. and Defendant) which were noticed for hearing on 5/16 to be included in the Notice of Agenda | BKA415 | 0.10 | 102.50 |
| 05/13/25 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct request Evan Miller and Paige Toper advise if have any adversary actions noticed for hearing on 5/16 to be included in the Notice of Agenda; Judge Owens' hearing calendar it appears the majority of the matters appear to be pre-trials filed by John McLaughlin of the Ciardi firm | BKA415 | 0.10 | 102.50 |
| 05/14/25 | JTC | Review email from Jill Deeney re: 5/16 hrg.; confirms advised Walter Gouldsbury, Albert Ciardi, and Jack McLaughlin that Judge Owens' Chambers has requested a notice of rescheduled pre-trial conference be filed in each adversary listed on Schedule 1 filed with the Notice of Agenda so the hearing adjournment appears on the Court's calendar for July 18th; have advised Chambers the adversary actions were being handled by the Ciardi firm and that would pass the court's directive on to them; also advise the last three adversary case numbers on their chart should be corrected from 25-58383 to 25-50383. | BKA415 | 0.10 | 102.50 |
| 05/14/25 | JTC | Review email from Walter Gouldsbury re: 5/16 hrg.; confirm will handle Notice of rescheduled pre-trial conference requested by Chambers | BKA415 | 0.10 | 102.50 |
| 05/20/25 | JTC | Review and respond to email from Evan Miller re: Amerisource Bergen A/R; JTC advise will follow up tomorrow and report back | BKA415 | 0.10 | 102.50 |
| 05/21/25 | JTC | Draft email to Jill Deeney of Cozen re: Iron Mountain; status of Motion to approve agreement; appears Trustee entered into directly | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 50
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/21/25 | JTC | Review and respond to email from Evan Miller re: Iron Mountain; JTC advise is reviewing; think this may have been one that the Trustee directly entered into with Iron Mountain; anticipate the answer will be in the affirmative regarding release, but do not dismiss the preference until JTC responds | BKA415 | 0.20 | 205.00 |
| 05/22/25 | JTC | Draft email to Evan Miller with multiple attachments re: Walgreens Boots Alliance Development GmbH | BKA415 | 0.10 | 102.50 |
| 05/29/25 | JTC | Review Limited Objection of Leadiant Biosciences, Inc. to Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code | BKA415 | 0.20 | 205.00 |
| 06/02/25 | JLD | Pull from Court Docket and index, track for Notice of Agenda, Limited Objection of Leadiant Biosciences, Inc. to Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code | BKA415 | 0.10 | 36.50 |
| 07/07/25 | JTC | Review email from Aida McLaughlin with attachment re: 7/10 hrg.; provide filed Certification of Counsel regarding the Walgreens Boots Alliance proceeding (25-50493). | BKA415 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 51

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/07/25 | JTC | Review email from Ryan Coy of Saul with attachments re: 7/10 hrg.; attach filed Certification of Counsel re: the Wakefern Food Corp. proceeding (25-50899), requesting entry of the proposed scheduling order; advise tomorrow morning, will be filing the (attached) Certification of Counsel re the Walgreens Boots Alliance proceeding (25-50493); will send a filed copy of the Walgreens COC for reference once its submitted; both COCs request entry of proposed order and that the pretrial scheduling hearing not be required; likely will need to have the 7/10 scheduling hearing in the Medline Industries, Inc. proceeding (25-50900); counsel did not agree and appears unlikely to cooperate | BKA415 | 0.10 | 102.50 |
| 07/07/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 7/10 hrg.; instruct to advise Ryan Coy of Saul as to Medline Industries, Inc. Adv. No. 25-50900 that have indicated is going forward with a scheduling conference on 7/10 as the parties were unable to agree on a proposed form of scheduling order; reviewed the docket and see an answer has not been filed for this adversary and currently there is an extension to file an answer or otherwise plead which runs through 7/10; advise typically, a scheduling conference would be held after an answer is filed; will file the Notice of Agenda indicating Medline Industries, Inc. Adv. No. 25-50900 as going forward on 7/10; find out whether the parties would rather see the scheduling conference adjourned and we can file an Amended Agenda and notify chambers as this is the only matter going forward. | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JLD | Review and acknowledge email from Evan Miller, Trustee's Special Counsel; balance of adversary actions listed for scheduling conference on 7/10 are mooted due to the terms of the Procedures Order that was entered on June 11; advise still need to list same in the Notice of Agenda | BKA415 | 0.10 | 36.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 52

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/08/25 | JTC | Review email from Jill Deeney of Cozen re: 7/10 hrg.; confirms advised Chambers that Saul Ewing has advised the 200 adversary actions which appear on Judge Owen's hearing calendar for a scheduling conference on 7/10/2025 are preference actions for which the scheduling conference was mooted by the entry of a Procedures Order | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Sean Kenny re: 7/10 hrg.; provide requested schedules for use in agenda in non-PDF format | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Evan Miller re: 7/10 hrg.; advise confirmed that the calendar refers to Saul preference matters with one exception - one is a Ciardi matter, Winters Bros Hauling (25-50242); have confirmed that all the matters on the calendar (including Winters) are subject to the procedures orders (i.e. their scheduling conferences are canceled) with listed exceptions | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Evan Miller re: 7/10 hrg.; advise Gardaworld has officially resolved as well | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Sean Kenney with attachments re: 7/10 hrg.; provide separate schedules for matters less than 75k, and for matters greater than 75k. | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Ryan Coy of Saul re: 7/10 hrg.; advise TTE Miller does not want any more extensions; intend to proceed with the scheduling conference, even though it is same day as answer deadline | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Evan Miller re: 7/10 hrg.; confirms J. Deeney has requested schedule info; will forward schedule/listing | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 53
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/08/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 7/10 hrg.; instruct to advise E. Miller that Chambers is going to want to see all matters which were listed for hearing on 7/10 included in the Notice of Agenda to get them off of the Judge's hearing 7/10 hearing calendar; advise to see if can forward a schedule similar to what was attached to the Orders [Defendant Name] and [Adversary Proceeding No.] would be helpful so can be attached to the Notice of Agenda. | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 7/10 hrg.; advises has Medline Industries, Inc. Adv. No. 25-50900 as going forward on the 7/10 Notice of Agenda; need some clarification related to the separate email sent regarding the balance of the adversary actions which appear on Judge Owen's hearing calendar for 7/10 which appear to be approximately 200 adversary actions; instruct to delay the filing of the Notice of Agenda to allow Saul to get info for necessary matters | BKA415 | 0.10 | 102.50 |
| 07/08/25 | JTC | Review email from Evan Miller with attachments re: 7/10 hrg.; advise the balance of the matters, other than the A/R actions that have been discussing, are the preference actions for which the scheduling conference was mooted due to the terms of the Procedures Order that was entered on June 11 in each, or for a smaller subset, are cases that are already closed; attach the procedures orders that list the affected matters in summary form; is cross-referencing with the calendar list and should be able to confirm shortly | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                             October 22, 2025
File Number: 00574256                                                          Page 54
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/09/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: 7/10 hrg. (Medline); confirm advised Chambers that Trustee's Special Counsel filed a Notice of Service of Plaintiff's Proposed Scheduling Order; as of this writing the Defendant has not filed a Proposed Scheduling Order; advise have filed the (attached) Amended Notice of Agenda of Matters Scheduled for Hearing on July 10, 2025 at 11:00 a.m. to include the Plaintiff's Proposed Scheduling Order and also a copy of the underlying Complaint. | BKA415 | 0.20 | 205.00 |
| 07/09/25 | JTC | Review email from Aida McLaughlin with attachment re: 7/10 hrg. date; provide filed Notice of Plaintiff's Proposed Scheduling Order in the Medline adversary | BKA415 | 0.10 | 102.50 |
| 07/09/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: 7/10 hrg. date; advise given the proposed Scheduling Order was docketed by way of Notice and not a COC, need to file an Amended Notice of Agenda to include the Notice and proposed Scheduling Order so Judge Owens has access to the proposed Scheduling Order prior to the scheduling conference | BKA415 | 0.10 | 102.50 |
| 07/09/25 | JTC | Review email from Ryan Coy re: 7/10 hrg.; advise there is a good chance that Defendant's counsel will submit their own proposed order, but they have not expressly stated whether they will or not; have asked if will be submitting their proposed changes, and R. Coy advised that will not be | BKA415 | 0.10 | 102.50 |
| 07/10/25 | JTC | Review email from Jill Deeney of Cozen re: 7/10 hrg; confirm advised Evan Miller that filed Agenda cancelling the hearing | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                                      Page 55
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/15/25 | JTC | Telephone conference with Jill Deeney of Cozen re: confirm requested Walter Gouldsbury, Al Ciardi and Jack McLaughlin in anticipation of filing the Notice of Agenda for Matters Scheduled for 7/18/2025 which is due for filing tomorrow morning; also get special counsel to provide a list of the adversary actions (Adversary No. and Defendant) which were listed for hearing on 7/18 or adjourned from 5/16 to 7/18; attach the chart of adversary actions previously provided which was incorporated into the 5/16 Notice of Agenda as being adjourned to 7/18. | BKA415 | 0.10 | 102.50 |
| 07/15/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: 7/18 hrg; confirm inquired with Evan Miller aside from the Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement between the Trustee, Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. (Adversary No. 24-50043) [Filed 6/13/2025; Docket No. 1411; Adv. Docket No. 63] which is concluded, is there any matters noticed for hearing on Friday 7/18/2025; advise it looks like the pretrial conferences on for 7/18 are being handled by the Ciardi firm and I am separately communicating with them. | BKA415 | 0.10 | 102.50 |
| 07/15/25 | JTC | Review email from Sean Kenny of Saul re: 7/18 hrg.; confirm that have nothing additional scheduled for the 7/18 hearing. | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Jill Deeney of Cozen re: 7/18 hrg.; confirm provided Chambers an as-filed Notice of Agenda cancelling the 7/18 hearing [D.I. 1443]; the Notice of Agenda was separately filed as "Rescheduled" for the applicable adversary actions being adjourned to 9/19/2025 | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Jill Deeney of Cozen re: 7/18 hrg.; confirm receipt of permission to cancel the 7/18 hrg. received | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 56
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/16/25 | JTC | Review email from Jill Deeney of Cozen re: 7/18 hrg.; confirm advised Chambers that Trustee's special counsel, Ciardi, Ciardi & Astin has confirmed there are no adversary actions going forward on 7/18 as the adversary actions are either concluded or being adjourned; accordingly, there are no matters at all going forward on 7/18 and with Chambers permission the hearing can be cancelled. | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Jill Deeney of Cozen re: 7/18 hrg.; confirm receipt of info that none of the Scheduling Conferences are going forward; will move all of the defendants currently in the [cases going forward status] to the [not going forward subject to the procedures order status] and will file the Notice of Agenda. | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Walter Gouldsbury re: 7/18 hrg.; advise none of the Scheduling Conferences are going forward; the cases listed as going forward on 7/18 (where discovery was served) should state not required per procedures order | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review and approve email to Walter Gouldsbury, Albert Ciardi, III, and Jack McLaughlin re: 7/18 hrg.; advise based on status chart received, request confirm certain info needed for Agenda | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 57

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/16/25 | JTC | Review email from Jill Deeney of Cozen re: 7/18 hrg.; confirm advised Chambers one (1) Motion which was noticed for hearing on 7/18/2025 is resolved as the order has been entered; namely Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement between the Trustee, Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. (Adversary No. 24-50043) [Filed 6/13/2025; Docket No. 1411; Adv. Docket No. 63]; the remaining matters noticed for hearing are scheduling conferences in connection with approximately 25 adversary actions which were filed by the Trustee, George L. Miller, special counsel Ciardi, Ciardi & Astin; are currently waiting confirmation from Ciardi, Ciardi & Astin as to the status of the adversary actions which have been informed will be received shortly; will immediately file the Notice of Agenda thereafter and provide Chambers with a copy. | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review and approve email to Walter Gouldsbury, Albert Ciardi, J. McLaughlin with attachments re: 7/18 hrg.; request advise the adversary actions which are handling which are scheduled for a pretrial scheduling conference on Friday, 7/18; advise the Notice of Agenda is due today at noon. | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Walter Gouldsbury with attachment re: 7/18 hrg.; request move Walmart to September date; deadline to answer is 8/22 | BKA415 | 0.10 | 102.50 |
| 07/16/25 | JTC | Review email from Walter Gouldsbury with attachment re: 7/18 hrg.; provide status of adversary actions; advise for those listed as 8/15/25 (August hearing date) should maybe continue all to the September hearing date as some have extended answer deadlines in early August and late August. | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                              October 22, 2025
File Number: 00574256                                                          Page 58
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/24/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: Miller v. Henderson Constructors, Inc.; confirm advised Paige Topper of JTC and SEF review of Henderson's alleged secured status back in the first few months of the case; confirm Henderson is effectively unsecured; whatever lien rights it held were subordinate to the lenders' and out of the money with respect to the collateral | BKA415 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review emails from Paige Topper re: Miller v. Henderson; coordination of call for 7/28 | BKA415 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review Notice of Motion to Approve Compromise under Rule 9019 Between Trustee and TEVA API Inc. | BKA415 | 0.10 | 102.50 |
| 07/29/25 | JTC | Review email from Jay Squance of Sparus re: settlement offer acceptance for The Spear Group, LLC; request direct payment to him and advise how payment will be made;b Trustee 2nd Distribution Motion | BKA415 | 0.10 | 102.50 |
| 07/31/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Fifth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA415 | 0.10 | 102.50 |
| 08/07/25 | JTC | Review Certification of Counsel Regarding Chapter 7 Trustees Fifth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less than $500,000 Pursuant to the Settlement Procedures Order | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from Andrew Glenn re: confirm receipt of JTC info that a resolution has been reached on the McKesson account receivable claim, which need to discuss; advise of availability for call; inquires as to amount of settlement | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 59

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/13/25 | JTC | Draft email to Andrew Glenn re: advise resolution has been reached on the McKesson account receivable claim, which need to discuss as Holdco's counsel; request advise availability for a call with JTC and special counsel, Evan Miller, for Friday 8/15 | BKA415 | 0.20 | 205.00 |
| 08/13/25 | JTC | Telephone conference with Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; instruct to provide Ryan Coy, Carmen Contrearas-Martinez, Evan Miller and Paige Topper with as-filed copy of the Notice of Agenda cancelling the 8/15/2025; the pretrials are identified as being adjourned to September 19, 2025 | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review now entered Order Approving Settlement Between the Trustee and Mikart, LLC | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; permission granted to cancel hrg. | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review and approve detailed email to Carmen Contreas-Martinez, Evan Miller, Ryan Coy and Paige Topper re: Pre Trial Conferences Scheduled for 8/15/2025; request advise as soon as possible if the pretrial conferences are going forward on 8/15; advise have to get the Notice of Agenda filed as soon as possible | BKA415 | 0.20 | 205.00 |
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; confirm advised Chambers an update to prior e-mail, all 8/15 agenda matters are either concluded by entry of an order, or, are being adjourned to 9/19; accordingly there are no matters going forward on 8/15 and with permission the hearing can be cancelled; will hold up filing the Notice of Agenda to see if permission is granted to file an agenda cancelling the 8/15 hearing. | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                                    Page 60
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/13/25 | JTC | Review email from Ryan Coy re: Pre Trial Conferences Scheduled for 8/15/2025; advise three of the proceedings they will be dismissing (Alliance Medical, Capital Wholesale, and Retina Associates) (two paid in full before litigation and Retina paid in full after lawsuit was filed); the other two proceedings (Healthy Vision and Real Value Products) failed to respond or answer the complaint, and thus, will be requesting entry of default shortly on those two matters. | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; confirm advised Chambers that see two Orders were just entered on this matter which were included in the 8/15 Notice of Agenda; are modifying the Notice of Agenda to include entered Orders and will proceed to file the Notice of Agenda and will forward a copy of same. | BKA415 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review and approve draft email to Carmen Contrearas-Martinez, Evan Miller, Ryan Coy and Paige Topper re: Pre Trial Conferences Scheduled for 8/15/2025; provide as update, have 7 agenda items on 8/15 all of which are concluded with the exception of their 5 pretrials; have reviewed the dockets for each adversary action and see they are recently filed A/R complaints not subject to the streamlined procedures; advise additionally, no answers have been filed to date; accordingly, are including the pretrials in the 8/15 notice of agenda as being adjourned to September 19, 2025; advise if this is incorrect request advise and will file an Amended Agenda. | BKA415 | 0.20 | 205.00 |
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; confirms provided TTE Miller, Bill Homony and John Reynolds (TTE's accountants) with as-filed copy of the Notice of Agenda cancelling the 8/15/2025 | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                     October 22, 2025
File Number: 00574256                                                Page 61
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/13/25 | JTC | Telephone conference with Evan Miller (vm) re: pre-trial hearings scheduled for 8/15; JTC needs status; going to adjourn | BKA415 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: JTC attorney notes which includes notes on the conversion motion which appears to be prior to settlement as well as discussions after settlement including accounts receivable (McKesson) and tax refund; will put a copy of the notes in the attorney notes file and also the conversion motion file; needed for call with Holdco on Friday | BKA415 | 0.30 | 307.50 |
| 08/14/25 | JTC | Draft email to Evan Miller re: request contact tomorrow before Holdco call | BKA415 | 0.10 | 102.50 |
| 08/15/25 | JTC | Telephone conference with Evan Miller, Trustee Special counsel re: coordination and review of presentation to A. Glenn on McKesson settlement | BKA415 | 0.30 | 307.50 |
| 08/15/25 | JTC | Telephone conference with Andrew Glenn and Even Miller re: review of McKesson settlement; history and rationale | BKA415 | 0.50 | 512.50 |
| 09/05/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Sixth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order Filed by George L. Miller | BKA415 | 0.10 | 102.50 |
| 09/09/25 | JTC | Review Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Fourth Notice of Settlement | BKA415 | 0.20 | 205.00 |
| 09/15/25 | JTC | Telephone conference with Jill Deeney of Cozen re: communication from Turner Falk; need for coordination of call with JTC | BKA415 | 0.10 | 102.50 |
| 09/15/25 | JTC | Review Notice of Certification of Counsel Regarding Settlements of Avoidance Claims | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                            October 22, 2025
File Number: 00574256                                                        Page 62
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 09/16/25 | JTC | Telephone conference with Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 9/19/2025; instruct to follow up with Ryan Coy, Carmen Contrearas-Martinez, Evan Miller and Paige Topper advise how want Defendant, Retina Associates, Southwest, P.C. et al, Adv. No. 25-51029, treated in the 9/19 Notice of Agenda; J. Deeney advises the pretrial scheduling conferences in the adversary actions listed were adjourned from 8/15 to 9/19; have checked the docket and can see no. 1 through 4 are either dismissed or defaulted and no. 5 (Retina Associates, Southwest, P.C. et al, Adv. No. 25-51029) remains open | BKA415 | 0.10 | 102.50 |
| 09/16/25 | JTC | Review email from Ryan Coy re: Pre Trial Conferences Scheduled for 9/19/2025; advise Retina Associates is settled and resolved, and the case will ultimately be dismissed (defendant paid amount demanded in full, but decided to include it as an add-on to upcoming motion to approve other A/R settlements); believe the matter can either go off calendar, or if it need be continued to a future date, request plan for 60-90 days and it will be dismissed by then | BKA415 | 0.10 | 102.50 |
| 09/16/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 9/19/25 hrg. date; confirm has requested Walter Gouldsbury, Al Ciardi and Jack McLaughlin advise how would like the pretrial scheduling conferences for the adversary actions listed identified in the Notice of Agenda for 9/19/2025; also, request review Defendant:  The Hilsinger Company, Adv. No. 25-50385; the docket indicates the adversary was closed on 9/4; however, do not see the Trustee's request to dismiss the adversary; not sure if the Clerk's office closed the adversary by mistake. | BKA415 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                October 22, 2025
File Number: 00574256                                                            Page 63
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/16/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Sixth Notice of Settlement Pursuant to Settlement Procedures Order | BKA415 | 0.10 | 102.50 |
| 09/16/25 | JTC | Review email from Al Ciardi re: 9/19 hrg. date advise Hilsinger is settled and are filing a 9019 and will not need a pretrial; on CVS Pharmacy they will be filing a proposed order and will not need a pretrial conference; all others have been given extensions on answer dates while negotiate and should move to next available date | BKA415 | 0.10 | 102.50 |
| 09/16/25 | JTC | Review email from Jill Deeney of Cozen re: 9/19 hrg. date; confirm for Retina Associates, Southwest, P.C. et al, Adv. No. 25-51029, can indicate "Pretrial conference is not required; settlement in principle has been reached; the Trustee will be proceeding to file a 9019 Motion for approval." | BKA415 | 0.10 | 102.50 |
| 09/16/25 | JTC | Review email from Jill Deeney of Cozen re: 9/19 hrg. date; confirm receipt of info from Al Ciardi and will adjust Agenda | BKA415 | 0.10 | 102.50 |
| 09/19/25 | JTC | Review as-filed Certificate of No Objection to Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. | BKA415 | 0.10 | 102.50 |
| 09/19/25 | JTC | Review email from Evan Miller re: Iron Mountain; status of review | BKA415 | 0.10 | 102.50 |
| 09/22/25 | JTC | Review now entered Order Approving Settlement Between George L. Miller, Chapter 7 Trustee, and McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc | BKA415 | 0.10 | 102.50 |
| | | **Total Adversary Proceedings And Related Litigation-Not Including P** | | **22.30** | **21,795.50** |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 64
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 11/24/24 | JTC | Draft email to A. Glenn, M. Doss and D. Butz re: advise OUST has now signed off on further revised language; will proceed to submit under COC. | BKA416 | 0.10 | 96.00 |
| 11/24/24 | JTC | Draft detailed email to B. Homony (TTE's accountant) re: conversion motion; advise the agreement was that the Holdco would have to come back to court in advance of filing non-insider objections to get approval to be reimbursed | BKA416 | 0.40 | 384.00 |
| 11/24/24 | JTC | Review email from Greg Plotko with attachment re: Argo's objection to Trustee's motion; provide list of Argo claim holdings | BKA416 | 0.20 | 192.00 |
| 11/24/24 | JTC | Review email from Bill Homony (TTE's accountant) re: conversion motion; confirm receipt of JTC clarification on agreement with Holdco | BKA416 | 0.10 | 96.00 |
| 11/24/24 | JTC | Draft email to TTE Miller re: advise OUST has now signed off on further revised language; also managed to get both Leadiant and Holdco to approve of the further revised language; accordingly, will proceed to submit the proposed approval Order with the revised Settlement Agreement as an Exhibit to the court via a Certification of Counsel. | BKA416 | 0.10 | 96.00 |
| 11/24/24 | JTC | Review email from B. Homony (TTE's accountant) re: conversion motion; inquire if there wasn't a portion of the agreement terms that was removed subject to coming back to the Court again if necessary at a later time | BKA416 | 0.10 | 96.00 |
| 11/24/24 | JTC | Review and respond to email from Rich Schepacarter of USTP re: conversion motion; advise no objection to JTC submission of COC with further revised language in Revised Settlement Agreement | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 65
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/25/24 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel Regarding Submission of Order Approving Trustee's Motion for Entry of an Order (I) Approving Settlement with the Debtor Movants Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief | BKA416 | 0.10 | 34.00 |
| 11/25/24 | JLD | Prepare draft  Trustee's Second Motion Authorizing Distribution of Funds to Holders of Priority Section 507(a)(4) Claims | BKA416 | 0.40 | 136.00 |
| 11/25/24 | JLD | Draft email to Robert Dehney attaching Revised Settlement Agreement in clean and redline formats approving Motion to Approve Conversion Motion Settlement; advise Revised Settlement Agreement has been signed off for filing; request permission to /s/ siganture on Revised Settlement Agreement | BKA416 | 0.10 | 34.00 |
| 11/25/24 | JLD | Prepare draft Certification of Counsel Regarding Submission of Order Approving Trustee's Motion for Entry of an Order (I) Approving Settlement with the Debtor Movants Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief | BKA416 | 0.80 | 272.00 |
| 11/25/24 | JLD | Prepare final revisions to Revised Settlement Agreement and Revised Order approving Motion to Approve Conversion Motion Settlement | BKA416 | 0.10 | 34.00 |
| 11/25/24 | JTC | Draft email to Andrew Glenn with attachments re: Proposed Distribution Schedules (First GUC Distribution) and (Third 507(a)(4) Priority Distribution) to be filed tomorrow; request advise if have any questions or issues | BKA416 | 0.30 | 288.00 |
| 11/25/24 | JTC | Review email from TTE Miller re: conversion motion; request advise if still need to consult if the Court enteres the Order before 11/26 | BKA416 | 0.10 | 96.00 |
| 11/25/24 | JTC | Review and respond to email from Simon Fraser re: status of preparation of GUC distribution motion ;confirm proceed with drafting of same and timing to file | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 66

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/25/24 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: 3d interim priority distribution; provide proposed exhibit to the Trustee's motion to make a 3rd interim priority claim distribution; note that many of these claims were filed after the bar date; believe under section 726 a priority claim can be filed in a chapter 7 case until the Trustee's final report is filed and receive a distribution; has identified such claims with an asterisk and corresponding footnote at the bottom of the schedule; the unsecured portion of said claims will be subordinated to timely filed unsecured claims. | BKA416 | 0.20 | 192.00 |
| 11/25/24 | JTC | Review and respond to email from TTE Miller re: conversion motion; confirm JTC still planning to file distribution motions | BKA416 | 0.20 | 192.00 |
| 11/25/24 | JTC | Draft email to Robert Dehney with attachments re: provide revised Settlement Agreement which has been signed off for filing; request confirm may affix electronic signature to the revised Settlement Agreement so can get filed today under Certification of Counsel. | BKA416 | 0.10 | 96.00 |
| 11/25/24 | JTC | Telephone conversation with Simon Fraser of Cozen re: provide instructions on preparation of GUC distribution motion to be filed tomorrow | BKA416 | 0.10 | 96.00 |
| 11/25/24 | JTC | Review and respond to email from Malak Doss re: conversion motion settlement; confirm is consistent; advise unless Andrew wants to take a look as well, believes are signed off; JTC confirms will proceed to file revised Order and revised Settlement Agreement under Certification of Counsel. | BKA416 | 0.10 | 96.00 |
| 11/25/24 | JTC | Review email from Andrew Glenn re: conversion motion settlement; request Malak Doss review and advise if consistent with agreement | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 67
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/25/24 | JTC | Telephone conversation with Bill Homony (TTE's accountant) re:  GUC distribution schedule and parameters utilized;exclusion of preference recipients and insiders; clarify remaining distribution motions to be filed and scope of same | BKA416 | 0.30 | 288.00 |
| 11/25/24 | JTC | Review  GUC Interim Distribution received from Bill Homony (TTE's accountant) re: needed for Trustee's motion to distribute to GUC | BKA416 | 0.30 | 288.00 |
| 11/25/24 | JTC | Review email from Robert Dehney re: conversion motion settlement; confirm may affix electronic signature with Andrew Glenn's sign off | BKA416 | 0.10 | 96.00 |
| 11/25/24 | JTC | Review and authorize filing of Certification of Counsel Certification of Counsel Regarding Submission of Order Approving Trustee's Motion for Entry of an Order (I) Approving Settlement with the Debtor Movants Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief | BKA416 | 0.30 | 288.00 |
| 11/25/24 | SEF | Preparing motion for authority to make interim distribution to general unsecured creditors | BKA416 | 2.30 | 1,828.50 |
| 11/26/24 | JLD | Prepare and assemble document for filing; e-file and serve Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 34.00 |
| 11/26/24 | JLD | Prepare and assemble document for filing; e-file and serve Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 34.00 |
| 11/26/24 | JLD | Prepare final revisions to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief together with Exhibit A thereto | BKA416 | 0.20 | 68.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 68
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/26/24 | JLD | Prepare final revisions to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims together with Exhibit A thereto | BKA416 | 0.20 | 68.00 |
| 11/26/24 | JTC | Review and mark-up Trustee's First Motion for Distribution to General Unsecured Creditors re: modify references in para. 12 to remaining reserves and estimate of final distribution percentage | BKA416 | 0.30 | 288.00 |
| 11/26/24 | JTC | Telephone conversation with Trustee Miller re: proceeding with filing of Trustee's Motion to make distribution to general unsecured creditors and third motion to distribute to priority creditors | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Telephone conversation with J. Deeney of Cozen re: instruct to make JTC's changes to Trustee's Third Motion to Distribute to Priority Creditors and proceed to file same | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review and mark-up initial draft of Trustee's Third Motion to Distribute to Priority Creditors (employees) re: modify averments concerning place of employment | BKA416 | 0.30 | 288.00 |
| 11/26/24 | JTC | Telephone conversation with Simon Fraser of Cozen re: Motion to Distribute to General Unsecured Creditors; elimination of charts and status of completion | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Telephone conversation with Trustee Miller re: authority to proceed with Motion to Distribute to General Unsecured Creditors and Third Trustee's Motion to Disburse to Priority Creditors; also filing of fee applications | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review and authorize filing of Motion to Authorize Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 288.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 69

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/26/24 | JTC | Draft email to Jill Deeney of Cozen re: request of Chambers to have eOrder uploaded for Trustee's Motion for Entry of an Order (I) Approving Settlement with the Debtor Movants Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review and authorize filing of Motion to Authorize Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.30 | 288.00 |
| 11/26/24 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: 3rd Interim Priority Distribution; provide final version of list to be used with motion | BKA416 | 0.30 | 288.00 |
| 11/26/24 | JTC | Review and respond to email from Chambers re: request have eOrder uploaded for Trustee's Motion for Entry of an Order (I) Approving Settlement with the Debtor Movants Pursuant to Fed. R. Bankr. P. 9019 and (II) Granting Related Relief | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review now entered Order Granting Trustee's Motion for Entry of an Order (I) Approving Settlement With the Debtor Movants and (II) Granting Related Relief | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review email from Malak Doss re: Whitefort & BTIG; advise in accordance with the settlement agreement, has authorized the requested trade; request update the Company's register to reflect that Whitefort is now the holder of 127,829 shares previously held by CIFC Funding 2012 II-R, Ltd. | BKA416 | 0.10 | 96.00 |
| 11/26/24 | JTC | Review email from Simon Fraser of Cozen with attachments re: draft GUC distribution motion for JTC review and comment | BKA416 | 0.40 | 384.00 |
| 11/26/24 | SEF | Reviewing and responding to email from J. Deeney re draft of motion for authority to make interim distribution to certain general unsecured creditors | BKA416 | 0.10 | 79.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 70
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/26/24 | SEF | Reviewing and revising draft of motion for authority to make distributions to on account of certain general unsecured claims (.5) | BKA416 | 0.50 | 397.50 |
| 11/27/24 | JTC | Review email from John Emmanuel, counsel to Teva API re: confirm receipt of JTC info; will circle back after holiday | BKA416 | 0.10 | 96.00 |
| 11/27/24 | JTC | Review email from Malak Doss with attachment re: Glenn Agre's invoice, written down to the cap of $320,000 | BKA416 | 0.20 | 192.00 |
| 11/27/24 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from John Emmanuel, counsel to Teva API; request advise if Teva API the recipient of a potential preference, or some other reason not included for distribution | BKA416 | 0.10 | 96.00 |
| 11/27/24 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm receipt of email from a GUC holder asking why they weren't included in interim distribution motion; confirm Walgreen's was also a recipient of a potential preference ($519,661.79) | BKA416 | 0.10 | 96.00 |
| 11/27/24 | JTC | Draft email to John Emmanuel re: advise am informed that it appears client Teva received preferential transfers totaling $1,957,153.80; accordingly, the Trustee is not currently in a position to make distribution in light of 502(d); request advise if want to discuss. | BKA416 | 0.20 | 192.00 |
| 11/27/24 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: Motion of George L. Miller, Chapter 7 Trustee For An Order Authorizing Trustees First Distribution To Holders Of General Unsecured Claims; advise Teva received preferential transfers totaling $1,957,153.80; JTC request advise if demands have gone out directly from the TTE on preferences | BKA416 | 0.20 | 192.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 71

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 11/27/24 | JTC | Review email from Simon Fraser of Cozen re: email from a GUC holder asking why they weren't included in interim distribution motion; inquire if Walgreen's was also a recipient of a potential preference | BKA416 | 0.10 | 96.00 |
| 11/27/24 | JTC | Review second email from Malak Doss with attachment re: invoice from LAS Advisors LLC for $15,000; note that $5,000 of this invoice was paid by Glenn Agre to LAS Advisors and needs to be reimbursed to Glenn Agre (in addition to invoiced amount sent earlier), and the remaining $10,000 to LAS Advisors. | BKA416 | 0.20 | 192.00 |
| 11/27/24 | JTC | Review email from Simon Fraser of Cozen re: confirm with Robert Minkoff that apparently Walgreens received preferential transfers totaling $519,661.79. | BKA416 | 0.10 | 96.00 |
| 11/27/24 | JTC | Review email from Malak Doss with attachments re: fully executed joinders for the trade; request confirm that the Company's register has been updated to reflect these trades, effective as of October 30 | BKA416 | 0.20 | 192.00 |
| 11/27/24 | JTC | Draft email to George Miller with attachment re: Glenn Agre firm's invoice | BKA416 | 0.10 | 96.00 |
| 11/27/24 | SEF | Reviewing email from certain alleged GUC holder re Trustee's interim GUC distribution motion (.1); preparing email to W. Homony re that party's claim (.1) | BKA416 | 0.20 | 159.00 |
| 11/27/24 | SEF | Preparing email to certain general unsecured claim holder who had previously inquired re the reason why they were not included in the Trustee's first motion for authority to make interim GUC distributions | BKA416 | 0.10 | 79.50 |
| 11/30/24 | JTC | Draft email to TTE Miller re: Glenn Agre invoice; review for reasonableness; should discuss again on Monday | BKA416 | 0.10 | 96.00 |
| 11/30/24 | JTC | Review email from TTE Miller re: Glenn Agre invoice; request advise how am to determine reasonableness; instruct to ask for detail time and expenses | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 72

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/01/24 | JTC | Review email from TTE Miller re: Teva API; advise think they have a preference; will be a second distribution to claims with no objection next year | BKA416 | 0.10 | 96.00 |
| 12/01/24 | JTC | Draft email to Bill Homony (TTE's accountant) re: conversion motion; request advise status of providing requested information to Akorn Holdco | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Austin Park of MNAT re: Morris Nichols invoice on conversion motion settlement | BKA416 | 0.20 | 192.00 |
| 12/02/24 | JTC | Review email from Jeff Kaplan with attachment re: CRG Financial LLC Holdings; attach excel workbook describing his firm's holdings in Akorn Holding Company LLC; request pass on to George Miller, the trustee | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Draft email to Jeff Kaplan re: CRG Financial LLC Holdings; confirm receipt of excel workbook describing his firm's holdings in Akorn Holding Company LLC; request advise what are requesting from the Trustee concerning this information | BKA416 | 0.20 | 192.00 |
| 12/02/24 | JTC | Telephone conference with J. Kaplan of CRG re: claims acquired; status of pending distribution motion; advise anticipate additional motions | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: advise presently working with counsel for Argo to wrap up our settlement of its asserted secured status for the Henderson Constructors claim that it acquired; advise in the course of discussions, Argo's counsel asked why none of the other GUCs that it has apparently acquired in the cases were included in recent GUC interim distribution motion; told him it was likely because the parties who originally filed the claims are subject to 502(d) | BKA416 | 0.20 | 192.00 |
| 12/02/24 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: attach list of claims for GP; advise haven't reviewed claims under $100k yet | BKA416 | 0.20 | 192.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 73
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/02/24 | JTC | Telephone conference with Simon Fraser of Cozen re: instruct to advise Greg Plotko on Henderson, the pre-petition interest piece looks OK, but post-petition interest is a bridge too far; Henderson is unsecured; with the pre-petition piece plus the face amount, that's a GUC of $2,207,938.61, plus the secured claim of $150K | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Greg Plotko re: Henderson; confirm will suspend the deadline while are in these settlement discussions; advise understands point on PPI, however, do not agree that Henderson is unsecured (hence the request for PPI); will speak with client about proposal and circle back; advise has sent over a list of other claims that Argo purchased; advise it would be helpful if could globally settle and allow the claims held by Argo | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Telephone conference with Simon Fraser of Cozen re: Henderson; advise when the Trustee's accountants went over the GUCs in connection with the pending distribution motion, a great many GUCs that might otherwise have been included in the motion had been filed by parties who received a potentially avoidable transfer pre-petition or who otherwise fell within 502(d); advise is likely impediment with most or all of the claims on the Argo list, as opposed to some substantive infirmity with the claims themselves. | BKA416 | 0.10 | 96.00 |
| 12/02/24 | JTC | Review email from Greg Plotko re: Henderson; request confirm which claims are subject to 502(d) | BKA416 | 0.10 | 96.00 |
| 12/02/24 | SEF | Reviewing email from counsel for Argo and attached schedule of claims that it holds in the cases (.2); preparing email to W. Homony re Argo's claims (.2) | BKA416 | 0.50 | 397.50 |
| 12/02/24 | SEF | Reviewing NY mechanics' lien statute and back-up material submitted by counsel for Argo in support of its interest calculations for its proposed agreed GUC (.4); preparing email to counsel for Argo re same (.2) | BKA416 | 0.60 | 477.00 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                      Page 74
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/03/24 | JTC | Preliminary review of email from Bill Homony (TTE's accountant) with attachment re: D&O Prepetition Transfers and Filed Proofs of Claim; provide extensive files and documents contained (via Dropbox link) in response to Debtor Holdco's request for information concerning pre-petition transfers to the Debtors' former directors and officers and their filed proofs of claim in the Debtors' bankruptcy cases; include Excel spreadsheet | BKA416 | 0.70 | 672.00 |
| 12/03/24 | JTC | Review email from TTE Miller re: scheduling call with Holdco | BKA416 | 0.10 | 96.00 |
| 12/04/24 | CMS | Researched case law on issue of whether 502(d) is applicable in the Third Circuit to disallow a 503(b)(9) claim pending preference repayment, and summarized findings for J. Carroll (1.9); discussions with J. Carroll regarding the same (0.1). | BKA416 | 2.00 | 1,160.00 |
| 12/04/24 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm receipt of inquiry received from Fred Glass wherein inquires why his claims weren't included in our pending interim GUC distribution motion; confirm TTE has not yet reviewed | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review detailed email from Chrissy Sanfelippo of Cozen with attachment re: Second Circuit case In re Ames Dep't Stores, Inc., 582 F.3d 422 (2d Cir. 2009) re: disallowance under 502(d) of administrative claims. | BKA416 | 0.20 | 192.00 |
| 12/04/24 | JTC | Preliminary review of email from Chrissy Sanfelippo of Cozen with multiple attachments re: research issue of whether 502(d) is applicable in the Third Circuit to disallow a 503(b)(9) claim pending preference repayment; impact on Trustee Motion to Disburse | BKA416 | 0.30 | 288.00 |
| 12/04/24 | JTC | Telephone conference with Chrissy Sanfelippo of Cozen re: research issue of whether 502(d) is applicable in the Third Circuit to disallow a 503(b)(9) claim pending preference repayment | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                           October 22, 2025
File Number: 00574256                                                      Page 75
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/04/24 | JTC | Review email from Chrissy Sanfelippo of Cozen re: research requested; advise have a question about the "pending preference repayment" aspect; will contact to discuss | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Draft email to Chrissy Sanfelippo of Cozen with attachment re: request research issue of whether 502(d) is applicable in the Third Circuit to disallow a 503(b)(9) claim pending preference repayment | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from Fred Glass; inquiry on why identified claims are not included in claims distribution motions; advise is a little bit different in that the claims are purportedly 503(b)(9) claims; if reason is because of preference exposure, may need to do some additional research on whether 502(d) is applicable to 503(b)(9) claims in the Third Circuit | BKA416 | 0.20 | 192.00 |
| 12/04/24 | JTC | Telephone conference with Fred Glass of Fair Harbor re: explain Trustee Motion does not disburse if potential 502(d) issue | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review email from Fred Glass with attachment re: the list of 503(b)(9) claims that Fair Harbor Capital, LLC holds in the Akorn Operating cases. | BKA416 | 0.20 | 192.00 |
| 12/04/24 | JTC | Draft email to Bill Homony (TTE's accountant) re: Douglas Pharmaceuticals; request check to see if know reason Douglas Pharmaceuticals is not on the initial GUC distribution list; advise seems like it could be one of two reasons: (1) not yet completed review or (2) possible 502(d) preference /payment issue | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 76

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/04/24 | JTC | Draft email to Howard Cohen (2nd) re: Douglas Pharmaceuticals; advise believe within the next two weeks the preference program will proceed in earnest and JTC will ask specifically about Douglas Pharmaceuticals; the Trustee sought permission to make early pre-TFR approval distributions only for those claims which did not have any potential issues like preference exposure; advise normally GUC claims need to wait quite some time until TFR approval to receive distribution in Chapter 7, but in this case the Trustee is trying to be accommodating to the extent possible by getting distributions out early | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review email from Sophie Rogers Churchill re: advise for purposes of the initial GUC claim distribution, provides Thea's bank information for initial distribution | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review email from Howard Cohen re: distribution motion and client, Douglas; request inquire with TTE and report back; advise if due to a possible avoidance claim, when does TTE anticipate moving forward with demand letters/complaints since technically 502(d) does not kick in unless and until judgment is entered | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review and respond to email from Howard Cohen re: distribution motion and client, Douglas; advise typically, client was left off because the creditor was the recipient of an avoidable transfer so distributions cannot be made until have compliance under 502(d); request advise if would like JTC to check with the Trustee and his accountants and report back | BKA416 | 0.20 | 192.00 |
| 12/04/24 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Magdalena Lardi concerning double payment issue in favor of Akorn; inquire as to filing dates of Akorn Inc. and Akorn Operating | BKA416 | 0.10 | 96.00 |
| 12/04/24 | JTC | Review email from Magdalena Lardi re: double payment issue in favor of Akorn; request advise if require additional info | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 77

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/04/24 | SEF | Reviewing email from certain GUC holder re reason for its exclusion from Trustee's pending interim GUC distribution motion | BKA416 | 0.10 | 79.50 |
| 12/04/24 | SEF | Preparing email to W. Homony regarding the reason why a certain inquiring GUC holder's claims were not included in the Trustee's pending interim GUC distribution motion (.1); reviewing email from W. Homony received in response (.1) | BKA416 | 0.20 | 159.00 |
| 12/04/24 | SEF | Preparing email to certain GUC holder in response to its inquiry about why its claims were not included in the Trustee's pending interim GUC distribution motion | BKA416 | 0.10 | 79.50 |
| 12/09/24 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to send requested insider claim analysis to A. Glen and Malak Doss via secured file transfer | BKA416 | 0.10 | 96.00 |
| 12/09/24 | JTC | Review insider backup claim analysis by Trustee regarding Akorn Holding Company LLC prior to sending to A. Glen via secure file transfer | BKA416 | 0.50 | 480.00 |
| 12/09/24 | JTC | Review and respond to email from Andrew Glenn re: inquire if can provide the table of billers, hours worked and rates for each; will resend LAS bill; Glenn Agre firm fronted $5,000 of the LAS fee. | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 78

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/09/24 | JTC | Draft email to Andrew Glenn re: advise sending the insider information momentarily; is a somewhat large volume of information so will be sent via a secure file transfer; with regard to fees, inquire if is possible for Glenn Agre firm and MNAT to send a breakdown of total fees setting forth a simple summary of time spent per biller and rate; for LAS Advisors LLC, the Trustee requests only a copy of their invoice. The Trustee needs something for his file to be able to respond if asked upon audit for the info he obtained to confirm figures before cutting checks; upon receipt, of the foregoing, TTE has indicated that he intends to promptly issue payment; in addition, the Trustee and his accountants have indicated that they can make themselves available to consult on 12/13,12/17 or 12/18; request advise if any of these dates work. | BKA416 | 0.20 | 192.00 |
| 12/09/24 | JTC | Review email from Andrew Glenn re: request advise when their bills will be paid and the insider information will be provided | BKA416 | 0.10 | 96.00 |
| 12/10/24 | JTC | Review email from Ryan Yeh with attachment re: transfer process for Akorn equity; following up to see if had any issues with the form of joinder agreement for the transfer of Akorn equity; advise is based on a document filed on the docket earlier this year. | BKA416 | 0.10 | 96.00 |
| 12/10/24 | JTC | Review and respond to email from Austin Park of MNAT re: Morris Nichols invoice on conversion motion; advise the Trustee for audit purposes needs a summary breakout setting forth the hours and rate per timekeeper totaling to the aggregate invoice amount; the Trustee indicated that will issue payment upon receipt of this summary | BKA416 | 0.20 | 192.00 |
| 12/10/24 | JTC | Review and respond to email from Austin Park re: Morris Nichols invoice on conversion motion; confirm receipt of JTC info; will review and circle back | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 79

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/10/24 | JTC | Review email from Greg Plotko re: coordination of call; advise Argo would like to combine the resolution of this Henderson claim with the allowance of all other claims | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Draft email to Paul Pascuzzi, counsel to BlackLine Systems re: advise analysis is correct; the Trustee is continuing to review claims and intends to file a series of similar distribution motions; part of the process includes a review for Chapter 5 avoidance exposure implicating section 502(d); do not know the particulars of client's claim or whether any issues exist regarding same; advise JTC passing along inquiry to the Trustee's accountants who are dealing with the claim's reconciliation, so that they can reach out for any needed info | BKA416 | 0.20 | 192.00 |
| 12/11/24 | JTC | Draft email to Malak Doss re: advise the disbursements by the Trustee must match what is provided for in the Settlement and approval Order; provide language | BKA416 | 0.20 | 192.00 |
| 12/11/24 | JTC | Review email from Paul Pascuzzi, counsel to BlackLine Systems with attachment; advise saw motion to allow the trustee to make a distribution to general unsecured claims; status of payment | BKA416 | 0.20 | 192.00 |
| 12/11/24 | JTC | Review email from Jill Deeney of Cozen with attachment re: entered Order approving the 9019 Motion [D.I. 998] which attaches the Revised Settlement Agreement; provide language regarding reimbursement of professional fees | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Draft email to Jill Deeney of Cozen re: request advise amounts the approval order on 9019 say Gen Agre and LA Advisor get; advise JTC may need to tell them that Lloyd Sprung will need to get paid and reimburse GlenAgre | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) with attachment re: Blackline claim; provide contact to respond to inquiry | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                     Page 80
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/11/24 | JTC | Review email from Malak Doss with attachments re: provide updated version of invoice with a timekeeper summary table included; request confirm that the Trustee will promptly pay this invoice and the LAS Advisors invoice; advise $5,000 of the LAS invoice was paid by Glenn Agre to LAS and needs to be reimbursed to Glenn Agre, and the remaining $10,000 to LAS; accordingly, the payments should be $325,000 to Glenn Agre (the $320,000 invoiced amount + $5,000 paid to LAS) and $10,000 to LAS. | BKA416 | 0.20 | 192.00 |
| 12/11/24 | JTC | Draft email to P. Giordano re: need for JTC to follow up with Paul Maggio re: voice mail concerning status of check | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Review email from Malak Doss re: confirm receipt of JTC advice on disbursements | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Draft email to P. Giordano re: voicemail received from Mark Ray (former employee); request pull Proof of Claim to enable response (Clam No. 76) | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Review email from Paul Pascuzzi, counsel to BlackLine Systems re: confirm receipt of JTC info | BKA416 | 0.10 | 96.00 |
| 12/11/24 | JTC | Draft email to Stuart Kossar, counsel to unsecured creditor, Veronica Development Associates LLC; advise the Trustee is planning to file a series of similar motions to disburse to GUC in advance of TFR; the Trustee intends to file the motions as he periodically completes his review of claims and any related avoidance actions; probably approximately every 60 days or so | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                               Page 81
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/11/24 | JTC | Review email from Stuart Kossar re: advise represents an unsecured creditor, Veronica Development Associates LLC (Claim No. 35); note the Chapter 7 Trustee has filed a motion to make an initial distribution to holders of general unsecured claims (dkt No. 1000); request advise if have an anticipated date for when distributions will be made the remaining unsecured creditors | BKA416 | 0.10 | 96.00 |
| 12/12/24 | JLD | Prepare and assemble document for filing; e-file Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 34.00 |
| 12/12/24 | JLD | Prepare draft Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 102.00 |
| 12/12/24 | JLD | Prepare draft Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.30 | 102.00 |
| 12/12/24 | JLD | Prepare and assemble document for filing; e-file Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 34.00 |
| 12/12/24 | JTC | Review email from Jill Deeney of Cozen re: confirm receipt of communication received from Martin Mooney, counsel to New York State Department of Health; need to provide TTE with info | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 82

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/12/24 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Martin Mooney, counsel to New York State Department of Health; advise need to provide TTE with info | BKA416 | 0.10 | 96.00 |
| 12/12/24 | JTC | Review email from Martin Mooney, counsel to New York State Department of Health; advise review of Motion for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims dated November 26, 2024 proposing payment to our client; upon the grant of the motion by the Court, payment should be sent to Martin A. Mooney, Esq., Assistant Attorney General, Bankruptcy Litigation Unit, Civil Recoveries Bureau, The Capitol, Albany, New York 12224-0341; request advise when may expect to receive payment on the NYSDOH claim. | BKA416 | 0.20 | 192.00 |
| 12/12/24 | JTC | Review email from Sophie Rogers Churchill re: Thea Pharma - GUC Claim Distribution; advise the objection deadline for the Trustee's Initial GUC Distribution Motion passed yesterday; request confirm receipt of Thea's wire instructions sent on 12/4, and also advise if are planning to file a CNO | BKA416 | 0.10 | 96.00 |
| 12/12/24 | JTC | Review email from Austin Park of MNAT with attachment re: Morris Nichols Invoice re Conversion Motion; provide revised invoice for Morris Nichols; advise a summary breakout setting forth the hours and rate per timekeeper totaling to the aggregate invoice amount has been included | BKA416 | 0.20 | 192.00 |
| 12/13/24 | JLD | Draft email to Trustee Miller attaching enhanced invoices for Glenn Agre Bergman & Fuentes LLP ($320,000) and Morris Nichols Arsht & Tunnell LLP ($160,000).  LAS Advisors LLC invoice will be sent separately upon receipt. Reimbursement of professional fees regarding to conversion motion settlement | BKA416 | 0.10 | 34.00 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                   Page 83
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/13/24 | JTC | Draft email to TTE Miller and accountants with attachments re: provide invoice for LAS Advisors LLC ($15,000); request issue the check and advise when have mailed the check to LAS Advisors LLC to the address provided | BKA416 | 0.10 | 96.00 |
| 12/13/24 | JTC | Review and approve email to TTE Miller and accountants with attachments re: Reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; provide enhanced invoices which JTC obtained from Glenn Agre Bergman & Fuentes LLP ($320,000) and Morris Nichols Arsht & Tunnell LLP ($160,000); will separately forward to TTE's attention the LAS Advisors LLC invoice upon receipt. | BKA416 | 0.20 | 192.00 |
| 12/13/24 | JTC | Review and respond to email from Lloyd Sprung with attachment re: provide requested invoice for LAS Advisors LLC | BKA416 | 0.10 | 96.00 |
| 12/13/24 | JTC | Draft email to Malak Doss with attachments re: request have revised invoice for LAS Advisors LLC sent as soon as possible to reflect the full amount due to LAS Advisors LLC in the amount of $15,000 to match what is provided for in the Settlement and approval Order; the invoice provided reflects the total amount due $10,000; also, request include LAS Advisors LLC EIN on the invoice | BKA416 | 0.10 | 96.00 |
| 12/15/24 | JTC | Review email from TTE Miller re: reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; advise waiting on the language in court on TTE review responsibilities; request send ASAP | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 84

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/15/24 | JTC | Draft email to TTE Miller re: Reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; advise will send transcript from 11/20 hrg.; however as previously explained, the approval of the settlement which included the payment of these fees was obtained and both the OUST and Judge opted not to review fees because the fee payment is part of a comprehensive unified settlement where the benefits to the estate exceeded the burden; in accordance with our last conversation, JTC has asked them for a breakout of time spent so TTE could bolster file that had done diligence in entering into the settlement. | BKA416 | 0.20 | 192.00 |
| 12/15/24 | JTC | Review email from Jill Deeney of Cozen with attachment re: Request for Hearing Transcript/USBC DE/Case No. 23-10253 (KBO)/11/20/2024 | BKA416 | 0.10 | 96.00 |
| 12/15/24 | JTC | Review email from Gene Matthews re: confirm receipt of Request for Hearing Transcript/USBC DE/Case No. 23-10253 (KBO)/11/20/2024 | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims; Upload Proposed Order | BKA416 | 0.10 | 34.00 |
| 12/16/24 | JLD | Prepare draft Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 102.00 |
| 12/16/24 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims; Upload Proposed Order | BKA416 | 0.10 | 34.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 85

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/16/24 | JLD | Prepare draft Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims | BKA416 | 0.30 | 102.00 |
| 12/16/24 | JTC | Telephone conference with Jill Deeney of Cozen re: authorize to file amended agenda cancelling 12/18 hrg. | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review and respond to email from TTE Miller re: request obtain Holdco W-9; JTC confirm have requested | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from Jill Deeney re: now has confirmed with Chambers that was able to get final Order uploaded | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Draft email to Lloyd Sprung, Malak Doss and Andrew Glenn re: request send W-9s for LAS Advisors and Glen Agre so checks can be issued; advise already have the W-9 for MNAT | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from Andrew Glenn re: requested Tracy Smith and Tim Lewis provide W-9 for LAS Advisors and Glen Agre | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review and respond to email from Lloyd Sprung with attachment re: provide LAS Advisors LLC form W-9; JTC confirm receipt for both LAS and Glen Agre | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from Timothy Lewis of Glenn Agre with attachment re: provide W9 | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Draft email to Andrew Glenn re: request advise availability for 12/17 or 12/18 to meet with Trustee | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 86

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/16/24 | JTC | Review email from TTE Miller re: Reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; advise has Morris Nichols Form W-9 but not the other two entities; request provide | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Draft email to TTE Miller with attachments re: provide the requested W-9s for Glen Agre and LAS. | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirms has provided Chambers with upload four of the five agenda items; namely, agenda items 2, 4, 5 and 6; the proposed Order for agenda item no. 3 contains an Exhibit and the E-Order upload portal returned errors as to size etc; will confirm as soon as is successful in uploading the Order and Exhibit regarding agenda item 3. | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review transcript from 11/20 hrg. in Akorn (Motion to Convert) received from Gene Matthews of Reliable re: need for response to Trustee on payment to Glen Agre / MNAT / LAS | BKA416 | 0.40 | 384.00 |
| 12/16/24 | JTC | Draft detailed email to TTE Miller with attachment re: transcript of the hearing on the settlement agreement; advise the relevant discussion starts on page 26; advise the court found that a review of fees for reasonableness is not necessary because she finds the settlement to be reasonable and OUST concurs; Judge Owens approved the fees under 363(b) and rejected the OUST argument; as mentioned, the LAS fee was a flat fee and accordingly believe that TTE has everything which is needed to make payment as provided in the court-approved Revised Settlement Agreement since have also provided the W-9s and fee summaries | BKA416 | 0.30 | 288.00 |
| 12/16/24 | JTC | Review email from TTE Miller re: request send transcript for 11/20 hrg. today or tomorrow; no break-out from LAS | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                October 22, 2025
File Number: 00574256                                            Page 87
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/16/24 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from TTE Miller re: Reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; confirm receipt of info from JTC | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirms provided Chambers with Amended Notice of Agenda cancelling the 12/18/2024 hearing. | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review now entered Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review now entered Order Granting Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 96.00 |
| 12/17/24 | JTC | Review email from TTE Miller re: Reimbursement of professional fees to Glenn Agre Bergman & Fuentes LLP and Morris Nicholas Arsht & Tunnell LLP; confirm has reviewed JTC recommendation and transcript and is comfortable with the concessions by the OUST on pages 29 and 30 with respect to the three invoices; other open issues | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                                 Page 88
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/17/24 | JTC | Review detailed email from Jeana Reinbold with multiple attachments re: Claim 385 of E.L. Pruitt; provide the current interest calculation of $85,523.07 and billed attorneys fees are at $4,860; is also attaching information on IL mechanics liens, and a breakdown of the work performed, which was all needed work requested by Akorn which also preserved and enhanced the value of the property; status of draft Stip.; | BKA416 | 0.20 | 192.00 |
| 12/18/24 | JTC | Draft email to Andrew Warner of DOJ re: VA claim; advise am informed that the exclusion of the VA from the initial interim distribution is solely on the basis that the review of claims asserted in the amount of less than $100k was not completed at the time the first general unsecured distribution motion was filed; the Trustee doesn't have an objection to the VA's claim and it will be included in the Trustee's next interim distribution motion. | BKA416 | 0.20 | 192.00 |
| 12/18/24 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: VA claim; advise the exclusion is solely on the basis that the review of claims asserted in the amount of less than $100k was not completed at the time the first general unsecured distribution motion was filed; the Trustee doesn't have an objection to the VA's claim and it will be included in the Trustee's next interim distribution motion. | BKA416 | 0.10 | 96.00 |
| 12/18/24 | JTC | Telephone conference with Andrew Warner of DOJ re: VA claim (No. 464); reason not included in initial distribution | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 89

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/18/24 | JTC | Draft email to Bill Homony (TTE's accountant) with attachment re: VA claim; advise of inquiry received from Andrew Warner of DOJ who JTC spoke with today and inquired if there is an express reason that the claim of the Department of Veterans Affairs was not included in TTE's distribution motion or is still in process of being reviewed; advise the remaining two claims filed by the DOJ were included in TTE's distribution motion which is what gave rise to inquiry | BKA416 | 0.20 | 192.00 |
| 12/18/24 | JTC | Review email from Andrew Warner of DOJ with attachment re: VA claim (No. 464); reason not included in distribution | BKA416 | 0.20 | 192.00 |
| 12/18/24 | JTC | Review email from Stacy Tecklin re: transfer agent; confirm receipt of agreement, effective 2/16/21, by and between Akorn Holding Company LLC and Computershare Trust Company, N.A. as transfer agent | BKA416 | 0.10 | 96.00 |
| 12/18/24 | JTC | Review email from Sophie Rogers Churchill of MNAT re: Thea Pharma - GUC Claim Distribution; status of wire transfer | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review and respond to email from Simon Fraser re: Argo claims; communications with Greg Plotko; JTC recommendation | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Joe Silber re: Thea Pharma - GUC Claim Distribution; provide different address for Thea Pharma Inc. (Waltham, MA) from motion service address | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Telephone conversation with  Jill Deeney of Cozen re: LAS Advisors LLC/Glenn Agre/Morris Nichols; instruct to advise that TTE's office informed settlement agreement checks were mailed on 12/19 | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Joseph Silber re: Thea Pharma - GUC Claim Distribution; advise will revert on their end with the correct physical address for client, Thea Pharma Inc., as the address included in Exhibit A of the Motion (Docket No. 1000) is no longer correct. | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 90

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/20/24 | JTC | Review email from Jill Deeney of Cozen with multiple attachments re: request TTE's office advise if the conversion motion professional checks were cut and mailed to LAS Advisors LLC / Glenn Agre Bergman & Fuentes LLP and Morris, Nichols, Arsht & Tunnell LLP; if they weren't mailed yet, advise can have them picked up and can mail them out; request advise so JTC can respond to the inquires receiving. | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Robert Dehney of MNATre: status of payment of his firm's fees per revised settlement agreement | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Telephone conversation with  Simon Fraser of Cozen  re: advise to send  Trustee's accountants the chart of claims that Argo sent previously; provide copy of the chart, with an additional column listing comments to each claim; advise the Trustee has not yet reviewed claims under $100k which is the large majority of the listed claims, this is the reason they weren't included in the Trustee's recent motion; other reasons include the point that was mentioned previously – that the party who filed the claim may be subject to 502(d); in a couple of instances, the claims may have already been satisfied via cure payments; request advise Plotko of these facts and get settlement of the Henderson claim finalized | BKA416 | 0.20 | 192.00 |
| 12/20/24 | JTC | Review email from Greg Plotko re: advise responded to last offer with counter-offer to resolve all claims globally (as thinks that would help bridge the gap); will check with Argo about leaving them out; confirm wants to combine as many claims as possible in this settlement so they can get paid faster; there is value to Argo to do that (and does not think it will cost the estate much to do that.) | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 91

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/24 | JTC | Review email from Simon Fraser of Cozen re: request of Greg Plotko re; advise will see what the Trustee's timing is regarding the under-$100Ks; advise there's isn't anything we can do re the 502(d)s at this time; inquire if Argo is not willing to finalize settlement without including these other claims also; thought had a deal, subject only to the PPI issue | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Greg Plotko re: coordination of call to discuss; advise is specifically asking the Trustee to make a special exception and review all of the Argo unsecured claims at this time and to provide a chance to settle them all on a global basis as a way to finalize both the Henderson claim and the rest; Argo has been a good partner for these "global resolutions" in the past - because they are willing to settle quickly; is hoping to convince the Trustee | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Malak Doss, Lloyd Sprung, and Andrew Glenn re: advise am informed that the checks were sent yesterday 12/19 by the Trustee. | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from TTE Miller re: Trustee's First Distribution to Holders of General Unsecured Claims; advise checks were mailed on 12/19/24 | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Sophie Rogers Churchill of MNATre:  Thea Pharma - GUC Claim Distribution; advise have made the inquiry to the Trustee on status of payment and will advise of his response; also by way of clarification, generally Trustees under DOJ guidelines are not permitted to make wire transfers absent a court order and accordingly  believe distributions will be via check | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Jill Deeney of Cozen re: request check with Louann Cromley (TTE's assistant) on whether checks have been issued and mailed; if not yet mailed, ask that enable pick up; also Thea | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 92

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/20/24 | JTC | Review and respond to email from Malak Doss re: request confirm whether the Trustee sent the wire payments; if not, request advise when they will be sent; advise following up with TTE | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to TTE Miller and accountants re: Trustee's First Distribution to Holders of General Unsecured Claims; request advise timing with issuing the distribution checks to the general unsecured claims included in the Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims [Doc. No. 1023] so can respond to the inquires being received, especially to local counsel to Thea Pharma, Inc. | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Louann Cromley (TTE's assistant) re: Trustee's First Distribution to Holders of General Unsecured Claims; confirm check was mailed to Thea Pharma Inc. at Waltham, MA address | BKA416 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Joe Silber re: Thea Pharma - GUC Claim Distribution; advise the address included in Exhibit A of the first GUC Distribution Motion [Docket No. 1000] represents the notice/service address as included in the filed Proof of Claim by Thea Pharma, Inc. [Claim No. 412]; advise the address which the Trustee must use for distribution checks would be the address included in the filed Proof of Claim; advise address that Proof of Claim No. 412 included for payments (Waltham, MA); have confirmed with the Trustee's office the GUC distribution checks were mailed on Thursday 12/19/2024 and the Thea Pharma Inc. GUC distribution check was mailed to the Waltham, MA address | BKA416 | 0.20 | 192.00 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 93

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/20/24 | SEF | Reviewing information about certain claims apparently purchased by Argo and preparing response and attached spreadsheet to send to counsel for Argo re status of Trustee's review of those claims, and potential inclusion of those claims in upcoming interim distribution motion (.7); reviewing and responding to email from counsel for Argo re same (.3) | BKA416 | 1.00 | 795.00 |
| 12/21/24 | JTC | Review email from TTE Miller re: advise 1st GUC distribution has been mailed. 2nd Priority Distribution  will be mailed Monday | BKA416 | 0.10 | 96.00 |
| 12/23/24 | JTC | Review email from Joseph Silber re: Thea Pharma - GUC claim distribution; advise to remove Susan Benton's name going forward for Thea address | BKA416 | 0.10 | 96.00 |
| 12/23/24 | JTC | Review email from Andrew Glenn, atty. for Akorn Holdco re: request advise when can discuss getting access to D&O-related emails | BKA416 | 0.10 | 96.00 |
| 12/23/24 | JTC | Review email from Bill Homony (TTE's accountant) re: request of Holdco for discussion concerning access to D&O related emails; advise could arrange direct access to the archived email platform; request provide a list of parties that they would like access to;  also need the names and email addresses of the individuals that want to gain access to the platform | BKA416 | 0.10 | 96.00 |
| 12/23/24 | JTC | Draft email to George Miller re: request from Holdco for discussion concerning access to D&O related emails; request advise the status of email data so can formulate best response to request. | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                            October 22, 2025
File Number: 00574256                                                        Page 94
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/23/24 | JTC | Draft email to Andrew Glenn re: advise the Trustee's consultants informed that they believe the Trustee could arrange direct access to the archived email platform; advise JTC has been asked to request a listing of the directors and officers for whom would like email access granted; also, will need the names and email addresses of the individuals representing Holdco who want to be granted access to the platform; request provide this requested information; also, believe that now that the Revised Settlement Agreement has been approved and third-party litigation is about to proceed that is probably advisable to enter into a common interest and/updated protective order to ensure privilege is maintained; request advise if agree | BKA416 | 0.20 | 192.00 |
| 12/23/24 | JTC | Review email from George Miller re: request from Holdco for discussion concerning access to D&O related emails; TTE advises will look into | BKA416 | 0.10 | 96.00 |
| 12/27/24 | JTC | Draft email to Simon Fraser of Cozen re: follow up received from Greg Plotko on Argo; advise believe the next motion is contemplated to be filed in January; instruct to go ahead and ask Bill Homony (TTE's accountant) his anticipated filing of same; request advise if have a listing of the claims Plotko is talking about resolving as would be helpful to be able to identify same for Bill if have not already supplied | BKA416 | 0.20 | 192.00 |
| 12/27/24 | JTC | Review email from Simon Fraser of Cozen re: follow up received from Greg Plotko on Argo; advise thought on this is to ask Bill Homony (TTE's accountant) what MCT's timing is on interim GUC distributions for claims under $100K | BKA416 | 0.10 | 96.00 |
| 12/27/24 | JTC | Review email from Simon Fraser of Cozen re: Argo; confirm has listing of claims referenced by Greg Plotko | BKA416 | 0.10 | 96.00 |

Akorn Holding Company LLC                                                  October 22, 2025
File Number: 00574256                                                              Page 95
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/24 | JTC | Review email from Simon Fraser of Cozen re: Argo; confirms has now advised Bill Homony (TTE's accountant) of negotiations with Argo's counsel about the claims in Argo's (attached) list; advise is being very persistent about trying to get TTE to agree to make interim distributions on those of them that are not potentially subject to 502(d), and at this point he's basically holding our settlement of the Henderson Constructor claim hostage; advise before engaging with him any further, request advise when anticipate filing the next interim GUC distribution motion | BKA416 | 0.10 | 96.00 |
| 12/27/24 | SEF | Reviewing email from J. Carroll re potential resolution with Argo of asserted secured status of Henderson Constructors claim (.1); preparing email to W. Homony re same (.2) | BKA416 | 0.30 | 238.50 |
| 01/06/25 | JTC | Review email from Malak Doss re: confirm receipt of JTC info; request advise if have a copy of the Schedule of Members that could send (recognizing that it has since been supplemented by post-bankruptcy joinders) | BKA416 | 0.10 | 102.50 |
| 01/06/25 | JTC | Draft email to Malak Doss and Stacy Tecklin re: advise the detailed Schedule of Members attached to the Amended & Restated Limited Liability Company Agreement of Akorn Holding Company LLC, dated as of October 1, 2020, supplemented by any post-bankruptcy Joinders filed of record with the bankruptcy court are the only records which the Trustee located on membership interests; advise the Trustee previously was unable to locate any updates which may have been sent by Computershare to the Holdings | BKA416 | 0.20 | 205.00 |
| 01/06/25 | JTC | Review email from Malak Doss re: transfer agent; request send the current company register / schedule of members' shares; advise is working to update based on notices of transfer that are aware of/were filed on the docket, etc. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                     October 22, 2025
File Number: 00574256                                                    Page 96
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/09/25 | JTC | Review email from Stacy Tecklin re: follow up on schedule of members; advise clients have the LLC Agreement that's "execution version" without the fully completed schedule at closing date; request send | BKA416 | 0.10 | 102.50 |
| 01/11/25 | SEF | Reviewing and responding to email from counsel to EL Pruitt re alleged secured status of EL Pruitt's claim, fact that that claim may be subject to section 502(d) of the bankruptcy code, and re the merits of that claim | BKA416 | 0.30 | 255.00 |
| 01/13/25 | SEF | Reviewing, and preparing lengthy response to, email from counsel for EL Pruitt re its assertion that its claim is entitled to secured status, re the application of section 502(d) to its claim, re potential interim distribution on account of its claim, and related issues | BKA416 | 0.90 | 765.00 |
| 01/13/25 | SEF | Preparing email to W. Homony re potential resolution of certain claims presently held by Argo | BKA416 | 0.10 | 85.00 |
| 01/14/25 | JTC | Telephone conference with P. Giordano re: instruct to locate JTC preferred Common Interest Agreement on Cozen system to be utilized in Akorn matter; add to system for use | BKA416 | 0.10 | 102.50 |
| 01/14/25 | JTC | Draft email to Malak Doss and Andrew Glenn with attachment re: advise have provided to the Trustee their list of D&Os for whom Holdco desires access to their emails together with the list of Holdco representatives to be provided access; will advise once access has been arranged; in the interim, attach for review and comment a draft of a proposed Common Interest Agreement; request advise if the draft of the Common Interest Agreement is acceptable or if have any suggested changes | BKA416 | 0.20 | 205.00 |
| 01/14/25 | JTC | Review email from TTE Miller re: JTC request to make arrangements to provide access to emails of identified directors and officers to the Holdco professionals; TTE inquire with Jack Reynolds (TTE's accountant) status of requested emails | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                                    Page 97
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/14/25 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) re: listing of parties received from Malak Doss; request make arrangements to provide access to emails of identified directors and officers to the Holdco professionals; request advise once arrangements made by Trustee as to next steps. | BKA416 | 0.10 | 102.50 |
| 01/14/25 | JTC | Review email from Malak Doss re: advise listing of directors and officers for whom would like email access granted; also advise names and emails of individuals representing Holdco who should be granted access | BKA416 | 0.10 | 102.50 |
| 01/15/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: Common Interest Agreement; provide requested Protective Order that was entered in connection with the conversion motion | BKA416 | 0.20 | 205.00 |
| 01/15/25 | JTC | Draft email to Jill Deeney of Cozen with attachment re: Common Interest Agreement with Holdco; instruct to also pull Protective Order that was entered in connection with the conversion motion | BKA416 | 0.10 | 102.50 |
| 01/15/25 | JTC | Draft email to Malak Doss and Andrew Glenn with attachment re: advise the Trustee's accountant have informed that the Trustee is prepared to provide access to the Debtor's email system; if the Common Interest Agreement provided last evening is acceptable, request have it executed and returned to JTC; also request provide confirmation that the emails to which the Trustee is about to provide access shall be treated as Confidential Discovery Materials subject to the Stipulation and Agreed Protective Order entered on 9/6/2024 by the bankruptcy court. | BKA416 | 0.20 | 205.00 |
| 01/15/25 | JTC | Draft email to TTE Miller re: request contact to discuss agreement with Iron Mountain. | BKA416 | 0.10 | 102.50 |
| 01/15/25 | JTC | Review and respond to email from Nava Sanders of EY re: status; JTC confirm requested extension to 1/23 is approved | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                  Page 98
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/25 | SEF | Reviewing revised stipulation received from counsel for E.L. Pruitt | BKA416 | 0.10 | 85.00 |
| 01/16/25 | JTC | Review email from Malak Doss with attachment re: Common Interest Agreement; request Robert Dehney execute; confirm all emails will be treated as Confidential Discovery Materials | BKA416 | 0.10 | 102.50 |
| 01/16/25 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) with attachments re: Common Interest Agreement; advise waiting for Rob Dehney to sign off on the Common Interest Agreement before Bill Homony has the greenlight to give them access to the emails; the purpose of the Common Interest Agreement is an attempt to prevent privilege from being waived by the mere disclosure to Holdco; also note that they confirmed that the emails will be treated as Confidential Discovery Materials under the previously entered Stipulation and Agreed Protective Order | BKA416 | 0.20 | 205.00 |
| 01/17/25 | JTC | Preliminary review of email from Simon Fraser of Cozen with attachments re: draft stipulation with E.L. Pruitt memorializing agreement to set aside funds; request authorization to send to TTE Miller for approval | BKA416 | 0.20 | 205.00 |
| 01/17/25 | SEF | Reviewing proof of claim and previous pleadings filed by E.L. Pruitt (.5); preparing revised draft of stipulation with E.L. Pruitt re setting aside funds corresponding to its alleged secured claim pending resolution of the classification of that claim (.6); preparing email to J. Carroll re draft of stipulation with E.L. Pruitt (.2) | BKA416 | 1.30 | 1,105.00 |
| 01/23/25 | JLD | Assist with John Carroll revisions to draft Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims; prepare in clean and redline versions | BKA416 | 0.20 | 73.00 |

Akorn Holding Company LLC                                                                    October 22, 2025
File Number: 00574256                                                                                   Page 99
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/23/25 | JTC | Review email from Robert Dehney re: confirm receipt of JTC email of 1/15 concerning Common Interest Agreement | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review email from Malak Doss re: Common Interest Agreement; request be given access as soon as possible | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review email from Jill Deeney of Cozen re: advise Common Interest Agreement still needs to be signed | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Draft email to Malak Doss and Robert Dehney with attachment re: request execute Common Interest Agreement and return; advise upon receipt, can have the accountants give access | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review email from Malak Doss re: advise Rob Dehney authorizes to add electronic signature to Common Interest Agreement | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review and respond to Rob Dehney re: request wet sign and return Common Interest Agreement | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Draft email to TTE Miller with attachment re: provide now fully executed copy of the Common Interest Agreement; request proceed to advise Malak Doss how to access the Akorn emails and also provide the other Holdco representatives with access to emails; advise the names and emails of the Holdco representatives who should be granted access are:  Andrew Glenn (aglenn@glennagre.com), Malak Doss (mdoss@glennagre.com), Jason Rotstein (jrotstein@glennagre.com), Rob Dehney (rdehney@morrisnichols.com), Dan Butz (dbutz@morrisnichols.com), Austin Park (apark@morrisnichols.com) and Clint Carlisle (ccarlisle@morrisnichols.com); request advise once TTE has reached out to Malak and provided access to emails | BKA416 | 0.30 | 307.50 |
| 01/23/25 | JTC | Draft revisions to Stipulation with E.L. Pruitt memorializing agreement to set aside funds | BKA416 | 0.40 | 410.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 100

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/23/25 | JTC | Review email from TTE Miller re: settlement offer received from Nava Sanders of E&Y; request send to Ciardi firm | BKA416 | 0.20 | 205.00 |
| 01/23/25 | JTC | Draft email to Rob Dehney and Malak Doss with attachment re: provide fully executed copy of the Common Interest Agreement; confirm JTC contacting the Trustee accountant, Bill Homony, to provide  Malak and other Holdco representatives with access to emails. | BKA416 | 0.10 | 102.50 |
| 01/23/25 | JTC | Review email from Malak Doss re: confirm receipt of fully executed common interest agreement | BKA416 | 0.10 | 102.50 |
| 01/23/25 | SEF | Reviewing email from J. Carroll re revised draft of stipulation with E.L. Pruitt re potential resolution of alleged secured status of its claim (.1); preparing email to counsel for E.L. Pruitt re same and attaching draft of stipulation (.2) | BKA416 | 0.30 | 255.00 |
| 01/23/25 | SEF | Preparing email to J. Carroll re draft of stipulation with E.L. Pruitt | BKA416 | 0.10 | 85.00 |
| 01/24/25 | JLD | Pull from Court Docket and index Trustee's Motion for an Order Establishing Streamlined Procedures Governing Adversary Proceedings | BKA416 | 0.10 | 36.50 |
| 01/30/25 | SEF | Reviewing emails from E. Miller, A. Ciardi, and J. Carroll re certain terms of settlement with Holdco | BKA416 | 0.10 | 85.00 |
| 01/31/25 | SEF | Reviewing email and attached revised draft of stipulation received from counsel for E.L. Pruitt | BKA416 | 0.30 | 255.00 |
| 02/03/25 | CMS | Reviewed Eagle's comments and Trustee's comments to draft Eagle A/R settlement agreement (0.3) | BKA416 | 0.30 | 195.00 |
| 02/03/25 | JTC | Review and respond to email from Malak Doss re: request advise availability for call to discuss emails provided access to; advise is having trouble accessing the documents; JTC request Bill Homony (TTE's accountant) respond directly | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 101

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/04/25 | JTC | Review email from Bill Homony (TTE's accountant) re: advise Malak Doss the Trustee continued maintaining Akorn's email archive in the same manner and form as existed before the bankruptcy filing; will find out if have any of the vendor contact information so that M. Doss can reach out and have a more substantive dialogue regarding issues | BKA416 | 0.10 | 102.50 |
| 02/04/25 | JTC | Review email from Malak Doss re: confirm would appreciate vendor contact information to facilitate access to D&O emails | BKA416 | 0.10 | 102.50 |
| 02/04/25 | JTC | Review email from Malak Doss re: request advise availability for a call today or tomorrow on access to data issue | BKA416 | 0.10 | 102.50 |
| 02/04/25 | SEF | Reviewing and responding to email and attached revised stipulation from counsel for E.L. Pruitt | BKA416 | 0.30 | 255.00 |
| 02/05/25 | JTC | Review email from Joe Silber re: Thea Pharma - GUC Claim Distribution; follow up on when the TTE expects to file the next Motion to Distribute to Holders of General Unsecured Claims, and whether the Trustee expects to complete all General Unsecured Claim distributions by the end of 2025. | BKA416 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Malak Doss re: D&O litigation; request connect them with someone at View Archive given that only have until 2 years after the petition date (February 23) to bring any claims against the D&Os; request confirm it was through View Archive that were able to run target searches of the date | BKA416 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Jeane Reinbold with attachment re: Claim of EL Pruitt, EL; timing issue | BKA416 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Simon Fraser of Cozen re: Claim of EL Pruitt; advise Jeana Reinbold that there has been a great deal of claims trading in these cases; advise does not think 30 days will be enough time to obtain appraisals | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 102

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/05/25 | JTC | Review email from Simon Fraser of Cozen re: Claim of EL Pruitt; timing of objection to EL Pruitt's claim | BKA416 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Jeana Reinbold with attachment re: Claim of EL Pruitt; provide stipulation without the changes to the timeline or requested language regarding the claim; request confirm and file | BKA416 | 0.10 | 102.50 |
| 02/05/25 | JTC | Draft email to Simon Fraser of Cozen re: Claim of EL Pruitt; request advise how did reserve amount increase so dramatically for Pruitt Set-Aside Funds | BKA416 | 0.10 | 102.50 |
| 02/05/25 | SEF | Preparing email to J. Carroll re revised draft of stipulation received from counsel for E. L. Pruitt | BKA416 | 0.10 | 85.00 |
| 02/05/25 | SEF | Reviewing and responding to email from counsel for E.L. Pruitt re further revised draft of stipulation between Trustee and E. L. Pruitt | BKA416 | 0.20 | 170.00 |
| 02/06/25 | JTC | Review email from Adam Hiller re:  Claim of EL Pruitt, EL; confirm authorized to sign his name to a clean version of this stipulation for conformed /s/ filing with the Court; request change the date to February 6, 2025. | BKA416 | 0.10 | 102.50 |
| 02/07/25 | SEF | Reviewing email from counsel for EL Pruitt re its asserted secured claim | BKA416 | 0.20 | 170.00 |
| 02/10/25 | JTC | Draft email to John Reynolds (TTE's accountant) re: D&O litigation; request advise if Glenn Agre firm managed to get access to usable data | BKA416 | 0.10 | 102.50 |
| 02/10/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: claim of EL Pruitt; confirm keeping at 90 days; attach redline; advise agreeing only to hold back this sum from distribution, pending resolution of her secured status; advise is not getting any actual rights to this money. | BKA416 | 0.20 | 205.00 |
| 02/10/25 | SEF | Reviewing email and attached draft of stipulation from counsel for E.L. Pruitt (.2) | BKA416 | 0.20 | 170.00 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                             Page 103
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/11/25 | JTC | Review email from John Reynolds (TTE's accountant) re: request provide contact information for Patrick Diiorio to Malak Doss; advise they were supposed to have a call Friday, February 7th; can check with Patrick to see if they did. | BKA416 | 0.10 | 102.50 |
| 02/12/25 | JTC | Review email from Joseph Silber re: Thea Pharma - GUC Claim distribution; status of when Trustee expects to file the next Motion to Distribute to Holders of General Unsecured Claims, and whether the Trustee expects to complete all General Unsecured Claim distributions by the end of 2025. | BKA416 | 0.10 | 102.50 |
| 02/18/25 | CMS | Reviewed and revised settlement agreement, and emailed M. Tomlin regarding the same. | BKA416 | 0.60 | 390.00 |
| 02/19/25 | CMS | Call with J. Carroll to discuss Eagle Pharmacy's proposed revisions to settlement agreement (0.2); reviewed and further revised settlement agreement (0.4); call with counsel for Eagle Pharmacy and affiliates regarding settlement agreement (0.1). | BKA416 | 0.70 | 455.00 |
| 02/19/25 | JTC | Review email from TTE Miller re: Eagle Pharmacy / Knipper; request add an exhibit of all the parties TTE is releasing (individual names and corporate names) | BKA416 | 0.10 | 102.50 |
| 02/19/25 | JTC | Review email from Matt Tomlin (TTE's accountant) re: Eagle Pharmacy / Knipper; advise have no other claims against them and none of the Eagle/Knipper entities have filed a proof of claim; thinks it would be best to coordinate the remaining issues with Eagle/Knipper's counsel directly to ensure do not run afoul with any pending statute issues. | BKA416 | 0.10 | 102.50 |
| 02/19/25 | JTC | Review email from Simon Fraser of Cozen re: claim of EL Pruitt; status | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 104

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/19/25 | SEF | Reviewing status of negotiations with counsel for Argo, as transferee of claim filed by Henderson Constructors (.3); reviewing avoidance action complaint against Henderson filed this morning (.2); emailing with J. Carroll re same and status of negotiations with Argo (.3) | BKA416 | 0.80 | 680.00 |
| 02/19/25 | SEF | Preparing email to J. Carroll re latest draft of stipulation with E.L. Pruitt re resolution of its alleged secured status | BKA416 | 0.10 | 85.00 |
| 02/20/25 | CMS | Finalized draft settlement agreement with Eagle Pharmacy and circulated updated draft to Trustee's team for review and approval. | BKA416 | 0.20 | 130.00 |
| 02/20/25 | JTC | Review email from Chrissy Sanfelippo of Cozen with attachments re: Eagle Pharmacy / Knipper; revised settlement agreement for review and comment | BKA416 | 0.20 | 205.00 |
| 02/20/25 | JTC | Review email from TTE Miller re: insider claims; comments to response from Holdco; advise no D&O; they are not pursuing preferences. | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review and respond to email from TTE Miller re: interim fee application; method for calculation | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review email from TTE Miller re: Eagle Pharmacy / Knipper; Trustee confirms approves of settlement agreement | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review and respond to email from TTE Miller re: interim fee application; advise the cut-ff date for collections and distributions will be 2/28/2025; TTE advise as did in ABFS, TTE will not be requesting the full commission. | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review email from TTE Miller re: interim fee application; confirm receipt of JTC request for identification of names and related distribution amounts within the item #2 category | BKA416 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 105

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/20/25 | JTC | Review and respond to email from TTE Miller re: interim fee application; confirm receipt of JTC request for info; advise all funds disbursed from AOC; Commission solely from AOC; JTC request also identify the names and related distribution amounts within the item #2 categories | BKA416 | 0.20 | 205.00 |
| 02/20/25 | JTC | Draft detailed email to TTE Miller re: interim fee application; advise listing of what is needed by JTC in connection with the motion to allow Trustee interim compensation | BKA416 | 0.30 | 307.50 |
| 02/20/25 | JTC | Review email TTE Miller re: advise the Interim Fee takes precedence | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review email from Joe Silber re: Thea Pharma - GUC Claim distribution; confirm receipt of JTC information | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Draft email to Joe Silber re: Thea Pharma - GUC Claim distribution; advise the Trustee is anticipating making an additional second interim distribution to general unsecured creditors before year end 2025; advise the Trustee has recently embarked on a program to recover additional funds for the estate via several hundred avoidance actions together with account receivable collection actions and is also in the process of finalizing recovery of certain tax refunds; accordingly, final distributions to general unsecured creditors will not be concluded before year end and will likely be in 2026. | BKA416 | 0.20 | 205.00 |
| 02/20/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: Trustee's Motion for Interim Compensation and Order | BKA416 | 0.10 | 102.50 |
| 02/20/25 | JTC | Review and respond to email from TTE Miller re: interim fee application; request advise what information is needed to prepare TTE Miller for Tuesday; advise is going to prepare total distributions by category | BKA416 | 0.10 | 102.50 |
| 02/21/25 | CMS | Finalized settlement agreement and circulated final version for signatures. | BKA416 | 0.10 | 65.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 106

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/21/25 | JLD | Draft email to J. Carroll providing copy of (1) Debtors' Motion for Entry of Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors In Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief  [Doc. No. 26]; (2) Order (I) Authorizing Debtors to (A) Redact Certain Personally Identifiable Information and (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor; and (II) Granting Related Relief [Doc. No. 94]. | BKA416 | 0.10 | 36.50 |
| 02/21/25 | JTC | Review email from TTE Miller with attachments re: proposed exhibits to Trustee's Interim compensation motion for review and comment; advise will be updated to account for the activity thru 2/28. | BKA416 | 0.20 | 205.00 |
| 02/21/25 | JTC | Review email from TTE Miller re: proposed exhibits to Trustee's Interim compensation motion; request break line 31 down; instruct to add a line for Auctioneers fees and subtract it from Professional Fees; will reconcile the amounts Monday | BKA416 | 0.10 | 102.50 |
| 02/21/25 | JTC | Review email from Christina Sanfelippo of Cozen with attachment re: Eagle Pharmacy / Knipper; request TTE execute the agreement | BKA416 | 0.10 | 102.50 |
| 02/21/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Interim Fee Application; provide the proposed exhibits to the Trustee's interim compensation motion for review; advise they will be updated to account for the activity thru 2/28. | BKA416 | 0.30 | 307.50 |
| 02/21/25 | JTC | Review email from Chrissy Sanfelippo of Cozen with attachment re: Eagle Pharmacy / Knipper; confirm has provided TTE Miller with executed copy of agreement | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 107

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/21/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: Debtors' Motion to Redact; complaints filed by Ciardi firm with addresses | BKA416 | 0.20 | 205.00 |
| 02/21/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: court's Procedures Regarding Removal/Replacement of Images that do not disclose "PII" | BKA416 | 0.20 | 205.00 |
| 02/21/25 | JTC | Draft email to Jack McLaughlin and Al Ciardi with attachments re: prior court order restricting access to certain employee information together with the underlying motion; advise as discussed, to the extent the insider complaints disclose any of the subject personally identifiable confidential information, may need to take action to remove/redact; advise also attach Court Procedures Regarding Removal/Replacement of Images which may prove helpful | BKA416 | 0.20 | 205.00 |
| 02/24/25 | JTC | Review email from Jill Deeney of Cozen re: TTE's interim fee application; advise TTE Miller and Bill Homony (TTE's accountant) no need for a meeting or a call tomorrow, Tuesday, 2/25 regarding Akorn and the Trustee's Interim Fee Motion; advise based on the schedule Bill provided we have what we need at this time in continue draft preparation of the Motion and will circulate same for review in anticipation of filing same on Friday, 2/28. | BKA416 | 0.20 | 205.00 |
| 02/24/25 | JTC | Review email from Jill Deeney of Cozen re: TTE's interim fee application; inquiry concerning 2/25 meeting with TTE to review | BKA416 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review email from TTE Miller re: TTE's interim fee application; 2/25 meeting to review | BKA416 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review email from TTE Miller re: TTE's interim fee application; confirm if "through date" will be 2/28 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 108

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/24/25 | JTC | Review email from Bill Homony (TTE's accountant) re: TTE's interim fee application; advise if the cut-off date is 2/28 the filing needs to occur on Monday 3/3 to permit all the activity to be included from 2/28, if any; this will permit the schedule to be reconciled to the bank statements including the cash balance | BKA416 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review email from Bill Homony (TTE's accountant) re: provide updated version of proposed exhibits to Trustee's Interim compensation motion | BKA416 | 0.30 | 307.50 |
| 02/24/25 | JTC | Review email from Jill Deeney of Cozen re: TTE's interim fee application; request confirm if "through date" will be 2/28 | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Review email from TTE Miller re: interim fee application; confirm filing needs to occur on 3/3 | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Review email from TTE Miller re: interim fee application; advise should collect additional $ by 2/28 | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Review email from Adam Hiller re: Claim of EL Pruitt; status | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Review and respond to email from Simon Fraser of Cozen re: Claim of EL Pruitt; request JTC advise if approve of Stip.; request advise if TTE approved of filing | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Review email from Simon Fraser of Cozen re: Claim of EL Pruitt; advise have not yet presented Stip. to TTE Miller | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Draft email to Simon Fraser of Cozen re: Claim of EL Pruitt; confirm JTC will present Stip. to TTE Miller | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 109

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/25/25 | JTC | Draft email to TTE Miller with attachment re: Claim of EL Pruitt; provide proposed Stipulation with EL Pruitt which JTC mentioned on our call; advise is similar to what have done in past with other mechanic's lien claimants in that it commits to a holdback pending an adjudication of the claim; especially want to enter into the Stipulation and get it filed now because are about to file TTE's fee application, and want to avoid foolish objections; request advise if can proceed to execute and file the Stipulation | BKA416 | 0.20 | 205.00 |
| 02/25/25 | JTC | Review email from TTE Miller re: Claim of EL Pruitt; confirm receipt of proposed Stipulation with EL Pruitt; advise OK to execute but the dates are February 25, 2025 or later | BKA416 | 0.10 | 102.50 |
| 02/25/25 | JTC | Draft revisions to initial draft of Trustee's Motion for Interim Compensation through 2/28/2025; update unnecessary provisions | BKA416 | 1.10 | 1,127.50 |
| 02/25/25 | JTC | Draft email to TTE Miller with attachments re: draft Trustee's Motion for Interim Compensation through 2/28/2025; advise recognize the figures may change prior to filing. | BKA416 | 0.20 | 205.00 |
| 02/25/25 | SEF | Reviewing email from counsel for EL Pruitt re draft of stipulation (.1); preparing email to J. Carroll re same (.1) | BKA416 | 0.20 | 170.00 |
| 02/25/25 | SEF | Preparing email to J. Carroll re status of dispute with Argo re its assertion that the claim of Henderson Constructors (now held by Argo) is secured | BKA416 | 0.10 | 85.00 |
| 02/26/25 | JTC | Review Ex Parte Motion of Plaintiff, George L. Miller, Chapter 7 Trustee for an Order Directing the Withdrawal of the Initial Complaint and Sealing Addresses on Docket re: correct issue identified by JTC to special counsel and the Trustee under early seal Order | BKA416 | 0.20 | 205.00 |
| 02/26/25 | JTC | Review email from TTE Miller re: confirm receipt of initial draft of the Trustee's Motion for Interim Compensation through February 28, 2025; will send comments | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                     Page 110
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/26/25 | JTC | Review email from Robin Meador , counsel to BRI, a Cogent company, an unsecured creditor; advise filed a general unsecured claim for BRI on March 29, 2024, claim No. 409.1; advise from a review of the court's docket, a Motion for Order Authorizing Trustee's First Distribution to Holders of General Unsecured Claims was filed on November 26, 2024 (Doc 1000) including a list of certain holders, which was granted on December 16, 2024 (Doc 1023); from a review of the Exhibit A, did not see client listed as one of the claims to be paid; also noted that several adversary cases have been filed, but it does not appear their client is one of those cases; request advise if know why their client was not included in this distribution; also request advise if know if additional distributions will be made to other general unsecured claims, and if so, what is the time frame | BKA416 | 0.10 | 102.50 |
| 02/26/25 | JTC | Review email from Simon Fraser of Cozen re: confirms advised Robin Meador, counsel to BRI, that probably because client's claim is for a very low dollar amount; advise the Trustee hasn't yet reached any GUCs under $100K; in addition, the Trustee isn't making distributions on account of claims that may be subject to 502(d) unless/until the underlying estate cause of action is resolved. | BKA416 | 0.10 | 102.50 |
| 02/26/25 | SEF | Reviewing and responding to email from counsel for certain GUC holder re Trustee's interim distribution motions | BKA416 | 0.10 | 85.00 |
| 02/27/25 | CMS | Began revising and updating 9019 motion for Eagle Pharmacy settlement. | BKA416 | 0.50 | 325.00 |
| 02/27/25 | JTC | Review now entered Order Directing the Withdrawal of the Initial Complaint and Sealing Addresses on Docket | BKA416 | 0.10 | 102.50 |
| 02/27/25 | JTC | Review email from TTE Miller with attachment re: provide comments to TTE's Interim Comp. Motion | BKA416 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 111

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/27/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Matt Tomlin and Bill Homony (TTE's accountant) comments to Trustee Interim Compensation Motion | BKA416 | 0.30 | 307.50 |
| 02/28/25 | CMS | Finalized revisions to Eagle Pharmacy 9019 motion and sent updated draft to J. Carroll for review and filing. | BKA416 | 0.40 | 260.00 |
| 02/28/25 | JTC | Review email from Ryan Yeh with attachment re: follow up with status of transfer and joinder agreement | BKA416 | 0.10 | 102.50 |
| 02/28/25 | JTC | Review email from Chrissy Sanfelippo of Cozen with multiple attachments re: Eagle Pharmacy updated 9019 for JTC review and approval; includes JTC revisions to settlement | BKA416 | 0.40 | 410.00 |
| 02/28/25 | SEF | Reviewing email from Trustee re stipulation with E.L. Pruitt (.1); preparing email to J. Carroll re filing of same (.2) | BKA416 | 0.30 | 255.00 |
| 03/02/25 | JTC | Review and respond to email from Simon Fraser of Cozen with attachments re: EL Pruitt; request authorization to file on 3/3 | BKA416 | 0.10 | 102.50 |
| 03/03/25 | JTC | Draft email to TTE Miller with attachments re: Trustee Interim Comp.; provide in clean and redline versions which now includes JTC changes and reflect discussion concerning TTE's initial comments,  revised Trustee's Motion for Interim Compensation (the "Motion") together with Exhibits A and B thereto; advise it should be noted that the Motion does not provide for any hold back of any portion of the commission on distributions to date, but rather proposed payment of the full amount of the commission; request advise if the revised drafts meets TTE approval or have additional comments | BKA416 | 0.30 | 307.50 |
| 03/03/25 | JTC | Draft revisions to Trustee's Motion for Interim Compensation together with Exhibits A and B thereto re: change to reflect additional distributions and related modifications; also conform to JTC prior comments | BKA416 | 0.60 | 615.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 112

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/03/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: further revised draft of Trustee's Motion for Interim Compensation together with Exhibits A and B thereto for review and comment | BKA416 | 0.30 | 307.50 |
| 03/03/25 | JTC | Review email from Simon Fraser of Cozen re: EL Pruitt; confirm will conform the COC/order done for Henderson Constructors, and can get the EL Pruitt Stip. on file today. | BKA416 | 0.10 | 102.50 |
| 03/03/25 | JTC | Telephone conference with Jill Deeney of Cozen re: advise Trustee's Motion for Interim Compensation on Akorn is being filed today so any other outstanding items need to also be filed | BKA416 | 0.10 | 102.50 |
| 03/03/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Trustee Interim Comp.; final exhibits | BKA416 | 0.20 | 205.00 |
| 03/04/25 | JLD | Prepare and assemble document for filing; e-file and serve Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.20 | 73.00 |
| 03/04/25 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of 1) as-filed copy of the Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019; and 2) Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA416 | 0.10 | 102.50 |
| 03/04/25 | JTC | Telephone conference with Jill Deeney of Cozen re: request provide John Petrolino with as-filed copy of the Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 113

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirms filed Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 [Doc. No. 1341]. | BKA416 | 0.10 | 102.50 |
| 03/04/25 | JTC | Draft email to Richard Schepacarter of OUST with attachment re: provide as-filed copy of the Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation [Doc. No. 1340]. | BKA416 | 0.20 | 205.00 |
| 03/04/25 | JTC | Telephone conference with Jill Deeney of Cozen re: Trustee Interim Comp.; request confirm provided TTE Miller with as-filed copy of the Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation and advise hearing date of April 11, 2025 | BKA416 | 0.10 | 102.50 |
| 03/04/25 | JTC | Review email from TTE Miller with attachment re: Trustee Interim Comp.; provide Trustee comments on final draft | BKA416 | 0.20 | 205.00 |
| 03/04/25 | JTC | Review and authorize filing of final revised draft of Interim Application for Compensation Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation for George L. Miller, Trustee Chapter 7, period: 2/23/2023 to 2/28/2025 | BKA416 | 0.30 | 307.50 |
| 03/04/25 | JTC | Review and approve filing of Motion to Approve Compromise under Rule 9019 Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.30 | 307.50 |
| 03/05/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.10 | 36.50 |

Akorn Holding Company LLC                                              October 22, 2025
File Number: 00574256                                                         Page 114
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/05/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.30 | 109.50 |
| 03/05/25 | JTC | Review email from TTE Miller re: confirm receipt of info on 4/11 hrg. date | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review and authorize filing final version of Certificate of Service Regarding Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review email from Howa Konde (USTP) re: confirm receipt of update | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review and authorize email to Jon Lipshie and Hawa Konde of OUST with attachment re: as-filed copy of the Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review email from Dvir Weinberg re: advise is general unsecured creditor in the case; request advise how big the pool of creditors is in the case | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Draft email to TTE Miller re: communication received from Dvir Weinberg, general unsecured creditor; request TTE advise what info, if any, feels comfortable sharing; advise believe that they are probably claims traders who are creditors but have not checked the claims docket; advise am always reluctant to provide opinion of the claims pool because it often results in claims trading stampede which can sometimes be detrimental to less sophisticated employees and creditors; advise could indicate that are unable to share TTE's estimate of "pool of creditors" given ongoing litigation with counterclaims and simply direct them to the claims docket. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 115

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/05/25 | JTC | Review email from Bill Homony (TTE's accountant) re: advise will not be providing an estimate of the claims pool; this information is all public for these sophisticated claims traders; all claims are either on the court's docket or the claims register. | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review email from Jill Deeney re: coordination of service of: 1.    Trustee's Interim Compensation [Doc. No. 1340]; and 2. 9019 Motion Eagle Pharmacy LLC [Doc. No. 1341] | BKA416 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review and authorize filing of Certificate of Service Regarding Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.10 | 102.50 |
| 03/06/25 | JTC | Review email from Louann Cromley (TTE's assistant) re: Eagle Pharmacy / Knipper; confirm receipt of wire instructions | BKA416 | 0.10 | 102.50 |
| 03/08/25 | JTC | Review email from Simon Fraser of Cozen with attachments re: EL Pruitt; coordination of filing COC and form of order to accompany the stip with E.L. Pruitt | BKA416 | 0.10 | 102.50 |
| 03/08/25 | SEF | Preparing certification of counsel and proposed order for approval of stipulation with E. L. Pruitt | BKA416 | 0.90 | 765.00 |
| 03/09/25 | JTC | Review email from Jill Deeney of Cozen re: filing COC and form of order to accompany the Stip. with E.L. Pruitt | BKA416 | 0.10 | 102.50 |
| 03/10/25 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 36.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 116

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/10/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as filed copy of Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief; Confirm proposed form of Order has been uploaded | BKA416 | 0.10 | 36.50 |
| 03/10/25 | JTC | Review and approve filing of Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 102.50 |
| 03/10/25 | JTC | Review now entered Order Approving Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief | BKA416 | 0.10 | 102.50 |
| 03/10/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief [Doc. No. 1346]; also confirmed the proposed form of Order has been uploaded. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 117

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/10/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: confirms advised Adam Hiller and Jeana Reinbold the COC/stipulation/proposed order has been filed | BKA416 | 0.10 | 102.50 |
| 03/10/25 | SEF | Phone call with W. Homony re status of potential settlement with Argo about alleged secured status of Henderson Constructors claim, and about other claims purchased by Argo (.1); preparing email to counsel for E.L. Pruitt re filing of COC today regarding set-aside stipulation (.1) | BKA416 | 0.20 | 170.00 |
| 03/11/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: list of claims acquired by Argo; advise has reviewed the claims and comments are included; advise the holdup appears to be a determination of contract assumption for 2 of the claims. | BKA416 | 0.20 | 205.00 |
| 03/11/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: per Stip. with E. L. Pruitt we have 90 days from yesterday to file an objection to E.L. Pruitt's claim challenging its asserted fully secured status; advise the deadline rolls to June 9th; in addition, per the stip, by the 30th day from yesterday (April 9) we have to have a meet-and-confer session with E.L. Pruitt regarding the potential consensual resolution of its claim | BKA416 | 0.10 | 102.50 |
| 03/11/25 | SEF | Reviewing stipulation with E. L. Pruitt (.1); preparing email to J. Deeney re same, including deadlines to hold meet-and-confer with E.L. Pruitt, and deadline to file objection to E.L. Pruitt's asserted secured status (.1) | BKA416 | 0.20 | 170.00 |
| 03/26/25 | JTC | Telephone conference with J. Deeney of Cozen re: instruct to proceed to file CNO on Trustee Motion for Interim Comp. | BKA416 | 0.20 | 205.00 |
| 03/26/25 | JTC | Review and approve CNO for filing re: Trustee Motion for Interim Compensation | BKA416 | 0.20 | 205.00 |
| 03/26/25 | JTC | Review email from TTE Miller re: Trustee Interim Comp.; confirm received no objection; request file CNO | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                              Page 118
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/26/25 | JTC | Telephone conference with Jill Deeney of Cozen re: Trustee Interim Comp.; 3/25 objection deadline has passed; instruct to request TTE Miller confirm did not receive any response or communication directly regarding the Trustee's Interim Compensation Motion before we file a CNO; JTC also checking emails to confirm and docket | BKA416 | 0.10 | 102.50 |
| 03/26/25 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA416 | 0.10 | 102.50 |
| 03/26/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm filed the (attached) CNO [Doc. No. 1357]; now have to transmit the CNO and a fee binder to Chambers; will advise if hear anything from Chambers thereafter | BKA416 | 0.10 | 102.50 |
| 03/28/25 | JLD | Pull from Court Docket and index entered Order Approving Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.10 | 36.50 |
| 03/28/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as filed copy of (1) Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 [Doc. No. 1341]; CNO [Doc. No. 1361]; Confirm proposed form of Order has been uploaded | BKA416 | 0.10 | 36.50 |
| 03/28/25 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019; upload proposed Order | BKA416 | 0.10 | 36.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 119

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/28/25 | JLD | Prepare draft Certificate of No Objection Regarding Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.30 | 109.50 |
| 03/28/25 | JTC | Review and respond to email from Louann Cromley with attachment re: Iron Mountain Agreement; advise appears to be a compromise which would need a 9019 approval; request send the exhibits to the Stipulation and advise as to whether the Trustee paid the Settlement Payment so can draft a 9019 motion; also, inquire who drafted the (attached) Stipulation, and if have a fully executed copy (the attached copy is not signed by Iron Mountain) | BKA416 | 0.20 | 205.00 |
| 03/28/25 | JTC | Review now entered Order Granting Trustee's Motion for Entry of an Order Approving Settlement With Eagle Pharmacy LLC and Affiliates | BKA416 | 0.10 | 102.50 |
| 03/28/25 | JTC | Review email from TTE Miller re: Iron Mountain; advise TTE did not sign agreement, nor has it been finalized | BKA416 | 0.10 | 102.50 |
| 03/28/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: confirms has now provided Chambers with as-filed copy of the following: 1) Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019; 2) Certificate of No Objection Regarding Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates | BKA416 | 0.10 | 102.50 |
| 03/28/25 | JTC | Review and authorize filing of Certificate of No Objection Regarding Trustee's Motion for Entry of an Order Approving Settlement with Eagle Pharmacy LLC and Affiliates Pursuant to Fed. R. Bankr. P. 9019 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 120

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/28/25 | JTC | Review now entered Order Approving Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation (Related Doc # [1340], [1357]) Approving for George L. Miller | BKA416 | 0.10 | 102.50 |
| 04/01/25 | JLD | Draft email to Todd Phillips and John Pertrolino counsel to Eagle Pharmacy attaching entered Order Granting Trustee's Motion for Entry of an Order Approving Settlement With Eagle Pharmacy LLC and Affiliates [Doc. No. 1362]. | BKA416 | 0.10 | 36.50 |
| 04/01/25 | JTC | Telephone conference with J. Deeney of Cozen re: instruct to provide Todd Phillips and John Petrolino with copy of the entered Order Granting Trustee's Motion for Entry of an Order Approving Settlement With Eagle Pharmacy LLC and Affiliates | BKA416 | 0.10 | 102.50 |
| 04/04/25 | JTC | Review and respond to email from Schuyler Carroll, counsel to Walgreen re: request coordination of call | BKA416 | 0.10 | 102.50 |
| 04/07/25 | JTC | Telephone conference with Schuyler Carroll re: Walgreens; status of case and possibility for distribution | BKA416 | 0.10 | 102.50 |
| 04/08/25 | JTC | Review email from Shankar avulapati re: Midazolam Hydrochloride Registration ANDA 075494; status | BKA416 | 0.10 | 102.50 |
| 04/08/25 | JTC | Review now entered Order Approving Motion and Settlement Agreement by and Between the Chapter 7 Trustee and Ernst & Young, LLP | BKA416 | 0.10 | 102.50 |
| 04/11/25 | JTC | Review email from Adam Hiller re: advise the parties are required to hold a meet-and-confer within 60 days after entry of the order on 3/10; request a conference call for Wednesday (4/16) | BKA416 | 0.10 | 102.50 |
| 04/11/25 | JTC | Telephone conference with Simon Fraser re: instruct to coordinate call with Adam Hiller for meet and confer | BKA416 | 0.10 | 102.50 |
| 04/11/25 | SEF | Reviewing and responding to email from counsel for EL Pruitt re meeting and conferring regarding EL Pruitt's allegedly secured status | BKA416 | 0.10 | 85.00 |

Akorn Holding Company LLC                                                   October 22, 2025
File Number: 00574256                                                       Page 121
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/16/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: status | BKA416 | 0.10 | 102.50 |
| 04/16/25 | SEF | Preparing email to counsel for EL Pruitt re meet-and-confer session required under the parties' stipulation | BKA416 | 0.10 | 85.00 |
| 04/17/25 | SEF | Having "meet and confer" phone call with counsel for EL Pruitt re potential resolution of its alleged secured status of its claim | BKA416 | 0.40 | 340.00 |
| 04/22/25 | JTC | Review email from Evan Miller re: ASB Settlement / Holdco Notice; advise reached settlement in principle with AmerisourceBergen on their preference and A/R exposure; settlement will be a payment of $x to the Estate plus a waiver of claims; ASB understands that the settlement must be addressed with Holdco, per the Holdco settlement; advise was not sure what was envisioned as far as the actual process goes for presenting the settlement to Holdco; request JTC provide thoughts; request advise if want to reach out to MNAT/Glenn Agre to discuss | BKA416 | 0.20 | 205.00 |
| 04/22/25 | JTC | Draft email to J. Deeney of Cozen re: inquiry of Evan Miller on ASB Settlement / Holdco Notice; instruct to pull the settlement agreement with Holdco/ order which had on the conversion motion to enable response | BKA416 | 0.10 | 102.50 |
| 04/22/25 | JTC | Review of Settlement Agreement with Akorn Holdco and Trustee; needed to answer Special Counsel inquiry on settlement with Amerisource | BKA416 | 0.20 | 205.00 |
| 04/22/25 | JTC | Review and respond to email from Andrew Glenn re: request provide update on McKesson and other claims; advise will circle back after speak to the TTE | BKA416 | 0.10 | 102.50 |
| 04/22/25 | JTC | Review email from Evan Miller re: timing to file 9019 on AmerisourceBergen; advise there is no particular timing on the 9019, as ASB knows that the Holdco portion of this comes next and before anything else; however, they are eager to get the agreement consummated at the earliest opportunity. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 122

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/22/25 | JTC | Draft email to Evan Miller re: advise will wait to hear form TTE Miller before reaching out to Holdco, but suspect call will not get scheduled until next week; request advise timing to file 9019 on AmerisourceBergen; should have Holdco call before the 9019 gets filed | BKA416 | 0.20 | 205.00 |
| 04/22/25 | JTC | Review email from Evan Miller re: confirm receipt of JTC info; advise agree with JTC approach, and likewise agree JTC should be on the call; also makes sense to include Matt Tomlin (TTE's accountant), but will obviously defer to TTE Miller and Matt Tomlin; advise may ask his partner to join, as he has run point on much of the McKesson dispute, but E. Miller can speak to all of it regardless; advise of availability for such call | BKA416 | 0.10 | 102.50 |
| 04/22/25 | JTC | Draft email to TTE Miller and Evan Miller re: communication received from Holdco's counsel, Andrew Glenn requesting an update on McKesson and other claims; advise of review of Settlement Agreement with Holdco on the conversion motion in order to answer earlier inquiry concerning the AmerisourceBergen settlement, and the Holdco Settlement Agreement provides that the Trustee will consult regularly with Holdco on the status, strategy and settlement of the lawsuits against McKesson and AmerisourceBergen; additionally, the Settlement Agreement provides that if Holdco does not consent to the amount of the settlement proposed by the Trustee, then Holdco has the right to acquire such claims for an amount equal to the proposed settlement | BKA416 | 0.40 | 410.00 |
| 04/23/25 | JTC | Draft email to Andrew Glenn re: request provide dates and times of availability for scheduling a call next week and will coordinate call with appropriate representatives of Trustee participating | BKA416 | 0.10 | 102.50 |
| 04/23/25 | JTC | Review email from TTE Miller re: coordination of call with Holdco; advise availability | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 123

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 04/23/25 | JTC | Review email from TTE Miller re: coordination of call with Holdco; comments on strategy | BKA416 | 0.10 | 102.50 |
| 04/24/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: Walgreens re: request review claim 311; am told claimant is not one of the defendants but a separate entity and therefore should be getting a distribution | BKA416 | 0.10 | 102.50 |
| 04/24/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: Walgreens; advise the Trustee commenced two separate adversaries against Walgreens, one related to accounts receivable and the other for avoidance of preference transfers including an objection under 502(d); advise until those are resolved, do not anticipate making a distribution to Walgreens | BKA416 | 0.20 | 205.00 |
| 04/24/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: inquiry of Shuyler Carroll, counsel to Walgreen; request advise as to whether Walgreens is scheduled to receive a distribution in Akorn and if not, the reason | BKA416 | 0.10 | 102.50 |
| 04/24/25 | JTC | Review and respond to email from Schuyler Carroll, counsel to Walgreens re: status; JTC advise have asked for confirmation from the Trustee and am awaiting receipt of same; however, anticipate that interim distributions on Walgreens was not being made in accord with section 502(d) until any outstanding avoidance and/or turnover actions are resolved. | BKA416 | 0.20 | 205.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 124
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/25/25 | JTC | Review email from Bill Homony (TTE's accountant) re: advise Creditor Name is Walgreens Boots Alliance Development GmbH; Defendant Name is Walgreens Boots Alliance, Inc.; clearly some affiliation; request ask what the relationship is; advise the claim is $600k+; also, creditor is not listed on the Debtors' Schedule F; request ask for support, as none was attached to the filed POC; needed to respond to S. Carroll inquiry on distribution | BKA416 | 0.20 | 205.00 |
| 04/29/25 | JTC | Review email from Schuyler re: Walgreens; confirm will provide requested documents shortly; in the meantime, Walgreens Boots Alliance Development GmbH is a separate entity formed in approximately 2012; provide link to the press release in 2012; advise as the cases make clear, however, it really does not matter what the relationship is; the code only permits TTE to withhold the distribution from the same entity | BKA416 | 0.20 | 205.00 |
| 04/29/25 | JTC | Review and respond to email from Schuyler Carroll re: Walgreens; status; JTC advise the Trustee has indicated that Walgreens Boots Alliance Development GmbH was not listed in Schedule F of the Debtor's schedules and that there was no documents to support attached to the filed Proof of Claim; accordingly, the Trustee requests that provide for his review the underlying support for the claim (e.g., statement, invoice, contract); also, the Trustee requests provide a description of the nature of the affiliation/relationship, if any,  between the claimant, Walgreens Boots Alliance Development GmbH, and the adversary proceeding defendant, Walgreens Boots Alliance, Inc. | BKA416 | 0.10 | 102.50 |
| 04/29/25 | JTC | Review and respond to email from Evan Miller re: JTC advise have sent another prompt to Andrew Glenn on availability for call; will advise | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                              October 22, 2025
File Number: 00574256                                                          Page 125
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/29/25 | JTC | Draft email to Andrew Glenn (2nd) re: request advise times of availability to set up a call for agreed consult with Holdco | BKA416 | 0.10 | 102.50 |
| 05/06/25 | JTC | Review email from TTE Miller re: Amerisource Bergen A/R; confirm receipt of info on Holdco call with Andrew Glenn, et al. | BKA416 | 0.10 | 102.50 |
| 05/06/25 | JTC | Review and respond to email from TTE Miller re: Amerisource Bergen A/R; advise of call scheduled for 5/7 with Andrew Glenn, et al. | BKA416 | 0.10 | 102.50 |
| 05/07/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Third Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order; obj. due 5/14 | BKA416 | 0.10 | 102.50 |
| 05/12/25 | SEF | Reviewing notes in file, and prior emails with counsel, re status of negotiations E. L. Pruitt about potential resolution of its asserted secured claim | BKA416 | 0.10 | 85.00 |
| 05/13/25 | JTC | Review email from Al Ciardi re: 5/16 hrg.; advise believes all of their pretrials are adjourned; request confirm | BKA416 | 0.10 | 102.50 |
| 05/13/25 | JTC | Review email from Evan Miller re: 5/16 hrg.; advise primary items is that carried the status conference from last month w/r/t McKesson; will be having a continuation of that status conference on 5/16 and update the Court as to where the parties are at | BKA416 | 0.10 | 102.50 |
| 05/13/25 | JTC | Preliminary review of email from Schuyler Carroll with multiple attachments re: provide all of the invoices to support the claim of Walgreens Boots Alliance Development GMBH; advise there are also spreadsheets for each invoice which provides additional details on the calculation of the amounts due; request consult with TTE and respond as soon as possible to confirm that the trustee will make a distribution to Walgreens Boots Alliance Development GMBH. | BKA416 | 0.20 | 205.00 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 126

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/14/25 | JTC | Review email from Jill Deeney re: 5/16 hrg.; confirm provided Evan Miller and Paige Topper of Saul and Walter Gouldsbury of Ciardi with as-filed hyperlinked copy of the Notice of Agenda for 5/16/2025 | BKA416 | 0.10 | 102.50 |
| 05/14/25 | JTC | Review email from Jill Deeney re: 5/16 hrg.; confirm received confirmation from Chambers that proceeding by Zoom is fine with the Court | BKA416 | 0.10 | 102.50 |
| 05/14/25 | JTC | Review email from Evan Miller re: 5/16 hrg.; the only remaining matter is a further status update on the McKesson litigation, following up on the April 11th hearing; accordingly, the Trustee intended to list this as a Zoom hearing as preferred by the parties and consistent with Her Honor's Chambers Procedures in paragraph A.1; request Chambers confirm that are permitted to proceed in that manner | BKA416 | 0.10 | 102.50 |
| 05/14/25 | JTC | Review email from Walter Gouldsbury with attachment re: 5/16 hrg.; provide requested chart for Agenda preparation | BKA416 | 0.20 | 205.00 |
| 05/15/25 | JTC | Review and respond to email from Evan Miller re: request JTC advise if plan to attend 5/16 hearing; JTC advise not planning to attend; TTE not participating | BKA416 | 0.10 | 102.50 |
| 05/15/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Third Notice of Settlement Pursuant to the Settlement Procedures Order | BKA416 | 0.10 | 102.50 |
| 05/15/25 | JTC | Review email from TTE Miller e: confirm no need to be registered for 5/16 status conf. | BKA416 | 0.10 | 102.50 |
| 05/15/25 | SEF | Reviewing APA for Decatur real properties and related documents, and documents in file re potential distribution for GUCs (.8); preparing email to counsel for EL Pruitt re purchaser's allocation of purchase price for Decatur real properties and re potential distribution for GUCs (.3) | BKA416 | 1.10 | 935.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 127

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/20/25 | JTC | Telephone conference with Simon Fraser of Cozen re: EL Pruitt; instruct to provide Jeana Reinbold and Adam Hiller with purchaser's APA for the Decatur properties as approved by the court; direct attention to section 2(e), which contains the purchaser's allocation of the purchase price; advise TTE's interim GUC distribution motion requested authority to make 19.5% distributions, on the ground that ultimate % will likely be higher | BKA416 | 0.10 | 102.50 |
| 05/22/25 | JTC | Telephone conference with A. Glenn, atty. for Holdco re: (vm) request position on Amerisource settlement | BKA416 | 0.10 | 102.50 |
| 05/22/25 | JTC | Review and respond to email from Schuyler Carroll re: status of TTE's review (Walgreens Boots Alliance Development GMBH); advise have provided the supplemental supporting documents which were not attached to the filed Proof of Claim to the Trustee and his accountant and am awaiting their review and Trustees' decision on making a permissive interim distribution to Walgreens Boots Alliance Development GMBH; anticipate should have an answer next week. | BKA416 | 0.20 | 205.00 |
| 05/22/25 | JTC | Review and respond to email from TTE Miller re: Amerisource Bergen; possible need to file a Motion to Compel Response next Friday; JTC advise has left message for Andrew Glenn; TTE not required to get Holdco's consent; have consulted with them as required and sufficient time has now passed; accordingly, request TTE proceed with 9019 motion to approve the compromise; if they want to oppose, they can object and pay the compromise settlement figure. | BKA416 | 0.20 | 205.00 |
| 05/22/25 | JTC | Review email from Evan Miller re: Amerisource Bergen; confirm will proceed with filing 9019 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                            October 22, 2025
File Number: 00574256                                                      Page 128
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/22/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: advise is working on another interim distribution schedule for those unsecured claims that weren't included in the first distribution; hopes to provide in the next two weeks; will be sure to include Walgreens | BKA416 | 0.10 | 102.50 |
| 05/22/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: Iron Mountain; advise is a settlement which the Trustee reached directly apparently in 2023; L. Cromley of TTE's office inquired in January of 2025 as to whether a 9019 was needed; JTC responded it is a compromise which would need a 9019 approval and requested a fully executed copy of the Settlement Agreement by Iron Mountain and the Exhibit;  Trustee Miller responded "I did not sign, nor has the agreement been finalized;" possess Settlement Agreement fully executed by Trustee Miller with a wet signature and an /s/ by Jacqueline M. Price on behalf of Iron Mountain and contains Exhibit A. | BKA416 | 0.20 | 205.00 |
| 05/22/25 | JTC | Review email from TTE Miller re: Amerisource Bergen; per JTC e-mail request Evan Miller proceed with filing 9019 | BKA416 | 0.10 | 102.50 |
| 05/22/25 | JTC | Draft email to TTE Miller and Bill Homony with attachments re: request review advise if the Trustee will agree to make an interim distribution to Walgreens Boots Alliance Development GmbH ("Walgreens Boots Germany "); advise counsel for Walgreens Boots Germany, Schuyler Carroll, is demanding notwithstanding that are talking about permissive interim distributions | BKA416 | 0.10 | 102.50 |
| 05/23/25 | JTC | Review Notice and Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and West Pharma Services | BKA416 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 129

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/27/25 | JTC | Review Certificate of No Objection to Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement between the Trustee and SST Corporation | BKA416 | 0.10 | 102.50 |
| 05/28/25 | JTC | Review now entered Order Approving the Settlement Between the Trustee and SST Corporation | BKA416 | 0.10 | 102.50 |
| 05/30/25 | JTC | Review Motion to Approve Compromise under Rule 9019 Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement Between the Trustee and Medtech Products, Inc. Filed by George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al. | BKA416 | 0.20 | 205.00 |
| 06/03/25 | JTC | Review email from Jeana Reinbold with attachment re: E.L. Pruitt with respect to the lien priority issue under Illinois law, attach the Illinois Supreme Court Opinion in LaSalle Bank v. Cypress Creek, 242 Ill.2d 231 (2011); advise in the LaSalle case, under Illinois mechanics lien law, 770 ILCS 60/16, claimants are given priority with respect to the value of the property attributable to those improvements for which they furnished material or services; client has authorized to indicate that if the trustee would pay the face amount of the claim of $426,703, it would waive any further amounts over that, which would save the estate those additional amounts as well as any further costs of defense. | BKA416 | 0.30 | 307.50 |
| 06/04/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreens Boots Alliance Development GMBH re: status of TTE making distribution | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 130

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 06/04/25 | JTC | Draft email to Schuyler Carroll, counsel to Walgreens Boots Alliance Development GMBH re: advise the Trustee's accountants are working on another interim distribution schedule for those unsecured claims which were not included in the first distribution and advise that they are planning to include provision for interim distribution to Walgreens Boots Alliance Development GMBH; anticipate the hearing on the motion for additional interim distribution will be on 7/18 or 8/15. | BKA416 | 0.20 | 205.00 |
| 06/04/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: planned interim distribution to Walgreens Boots Alliance Development GMBH; request advise if timing changes | BKA416 | 0.10 | 102.50 |
| 06/09/25 | JTC | Telephone conference with Simon Fraser of Cozen re: EL Pruitt; confirms 3 week extension would work | BKA416 | 0.10 | 102.50 |
| 06/09/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; request advise what date provides enough time to respond | BKA416 | 0.10 | 102.50 |
| 06/09/25 | JTC | Telephone conference with Simon Fraser of Cozen re: EL Pruitt; advise TTE is open to resolving this informally, and will make sure to provide a response promptly upon his return; in the meantime, get agreement to push the date under the stip for filing a formal objection to EL Pruitt's claim by a couple of weeks | BKA416 | 0.10 | 102.50 |
| 06/09/25 | SEF | Emailing with counsel for EL Pruitt re potential resolution of its asserted secured claim | BKA416 | 0.20 | 170.00 |
| 06/09/25 | SEF | Reviewing email and attached caselaw from counsel for EL Pruitt research re its asserted secured status | BKA416 | 0.30 | 255.00 |
| 06/10/25 | JTC | Review email from Shankar Avulapati re: Midazolam Hydrochloride Registration ANDA 075494; advise sequence 0027 of ANDA 075481 for the ownership transfer has been uploaded in the shared folder. | BKA416 | 0.10 | 102.50 |
| 06/10/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; agree to extension to 7/1 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 131

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/11/25 | JTC | Review email from S. Fraser of Cozen re: EL Pruitt; confirmed receipt of extension to 7/1; will circle back in response to email from Jeana Reinbold last week | BKA416 | 0.10 | 102.50 |
| 06/11/25 | JTC | Review now entered Order Approving the Settlement Between the Trustee and West Pharma Services | BKA416 | 0.10 | 102.50 |
| 06/11/25 | JTC | Review now entered Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Less Than or Equal to $75,000.00 Brought by Plaintiff | BKA416 | 0.10 | 102.50 |
| 06/11/25 | SEF | Reviewing and responding to email from counsel for E.L. Pruitt re potential resolution of dispute over asserted secured status of its claim | BKA416 | 0.10 | 85.00 |
| 06/12/25 | JTC | Review and respond to email from Evan Miller re: Amerisource Bergen; advise as of today, has a fully signed ASB settlement and is finalizing the 9019 motion; debating whether to add a paragraph making reference to the fact that we provided notice and outreach to Holdco about this, or whether to just leave it be without reference; is leaning towards the latter; wants JTC opinion; ASB otherwise would like to file as soon as possible; provide JTC recommendation not to put a reference to Holdco in the 9019 Motion; by making reference to Holdco, enhance the likelihood that they will feel compelled to respond regardless of how benign your reference; do not see any upside nor requirement to have such an insertion | BKA416 | 0.20 | 205.00 |
| 06/13/25 | JTC | Review Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Approving the Settlement between the Trustee, Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. Filed by George L. Miller | BKA416 | 0.20 | 205.00 |
| 06/17/25 | JTC | Review email from Jill Deeney of Cozen re: July 1, 2025 deadline for Akorn/EL Pruitt Trustee's extension to file a formal objection to EL Pruitt's claim | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 132

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/17/25 | JTC | Review now entered Order Approving the Settlement Between the Trustee and Medtech Products, Inc. | BKA416 | 0.10 | 102.50 |
| 06/18/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Fourth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA416 | 0.10 | 102.50 |
| 06/20/25 | JTC | Review Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Fourth Notice of Settlement | BKA416 | 0.20 | 205.00 |
| 06/24/25 | JTC | Preliminary review of email from Bill Homony (TTE's accountant) with attachment re: proposed exhibit to the Trustee's motion seeking to make a second interim distribution to general unsecured creditors; the distribution is to holders of allowed general unsecured claims that were not included in the Trustee's first interim GUC distribution; advise payout is the same 19.2%; this exhibit includes the Warn Act Class; all the representations regarding the estates' ability to fund the proposed distribution in the first motion remain accurate; for information purposes, the unencumbered estate cash balance is currently $X million. | BKA416 | 0.30 | 307.50 |
| 06/27/25 | JTC | Review email from Jill Deeney of Cozen re: deadline of July 1, 2025 Akorn/EL Pruitt Trustee's extension to file a formal objection to EL Pruitt's claim | BKA416 | 0.10 | 102.50 |
| 06/30/25 | JLD | Draft email to J. Carroll of Cozen attaching (1) D.I. 916] Limited Objection and Joinder of E.L. Pruitt Co. First Distribution Priority Funds; (2) D.I. 1346] Certification of Counsel Regarding Stipulation Resolving Limited Objection; (3) [D.I. 1347] Order Approving Stipulation Resolving Limited Objection | BKA416 | 0.10 | 36.50 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                               Page 133
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 06/30/25 | JTC | Review and respond to email from Rafael Zahralddin re: Galenicum; advise unfortunately discovered that the Galenicum Proof of Claim in the amount of $272,931.51 was filed on 7/15/2024, which is over a year late beyond the claims bar date of 6/26/2023; the Trustee is willing to stipulate to the allowance of a late general unsecured claim in the amount of $250,000 as reflected in the bankruptcy schedules; advise if an amended claim is filed with valid and acceptable support for the higher balance of $272,931.51, the Trustee has also expressed a willingness to stipulate to allow a late general unsecured claim in the increased amount of $$272,931. 51; request forward a proposed stipulation consistent with the forgoing if still desire same. | BKA416 | 0.30 | 307.50 |
| 06/30/25 | JTC | Review claims docket and Galenicum POC re: needed to answer inquiry by Galenicum and counsel | BKA416 | 0.20 | 205.00 |
| 06/30/25 | JTC | Review email from Andrew Warner (USDOJ) re: VA claim; inquiry concerning timing of distribution | BKA416 | 0.10 | 102.50 |
| 06/30/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: VA claim and Andrew Warner (USDOJ) inquiry on status of distribution | BKA416 | 0.10 | 102.50 |
| 06/30/25 | JTC | Review Certificate of No Objection To Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee, Cencora, Inc. f/k/a Amerisourcebergen Drug Corporation, and MWI Veterinary Supply Co. | BKA416 | 0.10 | 102.50 |
| 06/30/25 | JTC | Review email from Soria Sorjus of Galenicum re: Galenicum; request advise status | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 134

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/30/25 | JTC | Draft email to Jeana Reinbold re: EL Pruitt; advise as discussed, we are recommending to the Trustee to allow and pay the E.L. Pruit Lien Claim in the amount of $426,703; the instant email will confirm that J. Reinbold has granted a further extension to the Trustee of time to file the Classification Objection until July 15th to enable us to obtain the Trustee's approval of our recommendation and document the resolution. | BKA416 | 0.20 | 205.00 |
| 06/30/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; advise confirm per our discussion that agree to an extension of time for filing a formal objection if needed to July 15 | BKA416 | 0.10 | 102.50 |
| 07/01/25 | JTC | Review now entered Order Approving the Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Fourth Notice of Settlement Pursuant to Settlement Procedures Order | BKA416 | 0.10 | 102.50 |
| 07/01/25 | JTC | Review now entered Order Approving the Settlement Between the Trustee, Cencora, Inc. f/k/a AmerisourceBergen Drug Corporation, and MWI Veterinary Supply Co. | BKA416 | 0.10 | 102.50 |
| 07/01/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: VA claim; advise are included in the proposed distribution exhibit | BKA416 | 0.10 | 102.50 |
| 07/07/25 | JTC | Review email from Carroll Schuyler re: request provide update on when a further interim distribution will be filed | BKA416 | 0.10 | 102.50 |
| 07/09/25 | JLD | Prepare draft Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 1.30 | 474.50 |
| 07/15/25 | JTC | Draft email to J. Deeney of Cozen re: communications with Bill Homony (TTE's accountant) concerning additional distributions; want to be in a position to file next week | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                        Page 135
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/15/25 | JTC | Review email from J. Deeney of Cozen re: communications with Bill Homony (TTE's accountant) concerning additional distributions to be incorporated into Motion; status of drafting distribution motion | BKA416 | 0.10 | 102.50 |
| 07/15/25 | JTC | Review and respond to email from Schuyler Carroll, atty. for Walgreen re: status of further interim distribution to be filed | BKA416 | 0.10 | 102.50 |
| 07/16/25 | JLD | Draft e-mail to J. Carroll attaching [D.I. 1346] Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and [D.I. 1347] Entered Order | BKA416 | 0.10 | 36.50 |
| 07/16/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; request advise if have trustee's approval to proceed with resolution | BKA416 | 0.10 | 102.50 |
| 07/16/25 | JTC | Draft email to TTE Miller re: EL Pruitt; advise as discussed, EL Pruitt is the holder of a mechanic's lien claim and in order to prevent interference with our original sales we agreed in a stipulation to hold in abeyance their objection and to set aside for their lien claim from sale proceeds the sum of $556,347.66, which included their original outstanding contract amount of $426,703 plus  an estimate for potential additional interest and attorney's fees; have managed to get them to agree to accept payment for their lien claim of solely the contract amount of $426,703 in full settlement and to waive additional interest and attorney's fees; advise recommend the settlement | BKA416 | 0.20 | 205.00 |
| 07/16/25 | JTC | Telephone conference with TTE Miller re: EL Pruitt; explain history and recommendation to settle | BKA416 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 136

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/16/25 | JTC | Draft email to Jill Deeney of Cozen re: EL Pruitt; request pull the original Stipulation with EL Pruitt on the set aside of funds; advise it may have been incorporated into the sale order at the time agreed to the set aside; interested in whether there is any language allowing us to pay without need for further court order; also request advise the settlement stipulation and related order with Akorn Holdings to see if any notice requirement contained therein. | BKA416 | 0.10 | 102.50 |
| 07/16/25 | JTC | Preliminary review and response to email from Jill Deeney of Cozen with attachments re: EL Pruitt; provide: 1. [D.I. 916] Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLCs Objection to Motion of George L. Miller, Chapter 7 Trustee, For an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(A)(4) of The Bankruptcy Code and Granting Related Relief; 2. [D.I. 1346] Certification of Counsel Regarding Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. to Argo Partners, II LLC's Objection to Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing First Distribution of Funds to Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief; and 3. [D.I. 1347] Order Approving Stipulation Resolving Limited Objection and Joinder of E.L. Pruitt Co. | BKA416 | 0.40 | 410.00 |
| 07/16/25 | JTC | Review email from TTE Miller re: EL Pruitt; TTE confirms approves of settlement | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 137

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/16/25 | JTC | Draft email to Jeana Reinbold re: EL Pruitt re: advise the Trustee has approved the resolution to allow and make payment distribution on the E.L. Pruit Lien Claim in the amount of $426,703; advise was hoping the prior stipulations with EL Pruitt and/or our prior disbursement orders in this case would have language permitting us to simply allow and pay the claim without need for a new stipulation and approval order, but based on JTC review of the prior stipulations and disbursement orders JTC opinion is that will need a new stipulation and order approving same | BKA416 | 0.20 | 205.00 |
| 07/16/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt re: confirm receipt of JTC info that TTE has approved resolution; advise thinks JTC suggestion of a stipulation and submission under a certification of counsel sounds fine, subject to Adam Hiller's approval or any further suggestion since he would be signing as local counsel; request forward a proposed stipulation | BKA416 | 0.10 | 102.50 |
| 07/17/25 | JTC | Review email from Adam Hiller re: EL Pruitt; advise will review any Stipulation next week | BKA416 | 0.10 | 102.50 |
| 07/21/25 | JTC | Review and respond to email from TTE Miller re: motion for second Interim GUC Distribution filing status | BKA416 | 0.10 | 102.50 |
| 07/21/25 | JTC | Draft email to Jill Deeney of Cozen re: need to file second distribution motion with updated schedule | BKA416 | 0.10 | 102.50 |
| 07/22/25 | JTC | Preliminary review of email from John Reynolds (TTE's accountant) with attachments re: second interim GUC distribution; advise has revised and added a distribution for JAF Global Logistics (Claim 344.1). | BKA416 | 0.20 | 205.00 |
| 07/22/25 | JTC | Telephone conference with Jill Deeney of Cozen re: confirm receipt of updated second interim GUC distribution schedule; instruct to update draft Motion | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                  October 22, 2025
File Number: 00574256                                                              Page 138
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/24/25 | JLD | Prepare final revisions to draft Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.40 | 146.00 |
| 07/24/25 | JLD | Prepare and assemble document for filing; e-file and serve Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |
| 07/24/25 | JLD | Prepare draft Certification of Service and service lists thereto (1) email service list (2) 2002 parties service list (3) confidential parties service list; and (4) proposed GUC distribution parties service list in connection with service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.50 | 182.50 |
| 07/24/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service in connection with service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |
| 07/24/25 | JTC | Review and revise initial draft of Motion to Authorize Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims re: update schedule of Claims eligible for distribution; verify claims properly included in motion to distribute | BKA416 | 1.20 | 1,230.00 |
| 07/24/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm also provided TTE Miller and accountant with as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1448]. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 139

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/24/25 | JTC | Review and authorize filing final version of Motion to Authorize Filing of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 307.50 |
| 07/24/25 | JTC | Review email from Jill Deeney of Cozen re: confirms proceeding with coordination of service of Trustee's Second Motion Distribution General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 07/24/25 | JTC | Draft email to Andrew Warner (USDOJ) with attachment re: provide as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1448]; advise the claim of A. Warner's client ( U.S. Veterans Administration) is scheduled for a distribution upon approval of the motion. | BKA416 | 0.20 | 205.00 |
| 07/24/25 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1448]. | BKA416 | 0.10 | 102.50 |
| 07/24/25 | JTC | Draft email to Schuyler Carroll with attachment re: provide Trustee's Second Motion to pay GUC claims; confirm S. Carroll's client is included in the proposed distribution | BKA416 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review and respond to email from Simon Fraser of Cozen re: Thea Pharma Inc. / Second GUC Claim Distribution Motion; instruct on prep. of response to Joseph Silber | BKA416 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review Notice of Motion to Approve Compromise under Rule 9019 Approving Settlement Between the Trustee and Mikart | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/25/25 | JTC | Review email from Jill Deeney of Cozen re:  Thea Pharma Inc. - Second GUC Claim Distribution Motion; advise Thea Pharma, Inc. was included in the Trustee's First Motion to Distribute to General Unsecured Claims [D.I. 1000]; Thea Pharma received an interim distribution in the amount of $257,448.92 representing a 19.2% distribution on its claim in the amount of $1,341,059.00; the Trustee has now filed a Second Motion to Distribute to General Unsecured Claims [D.I. 1448]; the Second Motion is not a second round of distributions to the same unsecured creditors included in the First Motion but rather a first interim distribution to the next batch of unsecured creditors which claims have been reviewed by the Trustee and approved for 19.2% interim distribution. | BKA416 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review email from Joseph Silver, counsel to Thea with attachments re: Second GUC Claim Distribution Motion; request advise why Thea was not included in Exhibit A of your Second GUC Distribution Motion; in addition, request advise as to when Thea could expect its next distribution, as the First GUC Distribution Motion indicated that our client would likely receive more than the 19.2% distribution it received initially. | BKA416 | 0.20 | 205.00 |
| 07/25/25 | JTC | Review email from Simon Fraser of Cozen re: Thea Pharma / Second GUC Claim Distribution Motion; confirmation advised Joe Silber that the Trustee is still in the midst of the "initial distribution" process, and yesterday's motion included only parties who haven't yet receive their initial distributions; once the initial distribution process is complete, the Trustee will assess whether a second round of interims make sense. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 141

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/25/25 | JTC | Review and respond to email from Simon Fraser of Cozen re: Motion to Distribute; request advise what criteria Bill Homony (TTE's accountant) used for deciding which GUCS to include in the motion; advise inquire if $10K or higher in face amount; notice that the ones that Argo lists in communication received from Matthew Binstock of today are all under $10K, and that, with one exception, the claims included in the 2nd motion have face amounts over $10K. | BKA416 | 0.10 | 102.50 |
| 07/25/25 | JTC | Review email from Matthew Binstock re: Motion to Distribute; advise there are a number of claims that Argo holds that will be receiving the distribution, a number of claims that are not on the list and currently do not have any preference actions against them, and one claim that they transferred but is still listed on the Exhibit in the name of the original creditor; provide listing of claims that Argo holds that are not on the Exhibit and have no preference actions outstanding; inquire if there are still possible preferences against these claims; advise more urgent, in a way, is the claim that they transferred but is on the Exhibit in the name of the original creditor; advise Argo transferred claim number 15 in the AOC case, which was originally filed by TRACELINK INC; the transfer was filed on 3/26/2024 per dkt #152; the claim is in the name of Argo Partners on the claims register (assigned claim number 152); request advise if it would be easier to jump on call to discuss this last claim; believe that should receive all distribution for the Tracelink claim. | BKA416 | 0.20 | 205.00 |
| 07/25/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: Second Interim GUC Distribution; provide Bill Homony's original transmittal email forwarding the original distribution schedules; note the attachment isn't the final and was subsequently modified | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 142

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/25/25 | JTC | Review email from TTE Miller re: comments on as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 07/25/25 | SEF | Reviewing email from counsel for Argo re Trustee's 2nd motion for authority to make interim distributions to GUCs (.1); preparing email to J. Carroll re same (.1) | BKA416 | 0.20 | 170.00 |
| 07/25/25 | SEF | Reviewing and responding to email from certain creditor re Trustee's 2nd motion for authority to make GUC distributions | BKA416 | 0.20 | 170.00 |
| 07/28/25 | JTC | Review detailed email from Simon Fraser of Cozen with attachments re: Miller v. Henderson Constructors, Inc.; details of discussion with Paige Topper; apportionment of Henderson's allegedly secured claim; attach the title report that the Trustee obtained in connection with his sales of the debtors' real property | BKA416 | 0.20 | 205.00 |
| 07/31/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; status of draft Stipulation | BKA416 | 0.10 | 102.50 |
| 08/02/25 | JTC | Review detailed email from Rafael Zahralddin re: Galenicum POC; advise his client wants to move forward with a stipulation, but doesn't understand the materials needed to submit to get the increased amount; advise is happy to prepare the stipulation; request advise what the Trustee would like to see added to an amended POC, and if it isn't a factual issue but legal, request advise what that position is so can resolve the issue. | BKA416 | 0.20 | 205.00 |
| 08/04/25 | SEF | Phone call from certain creditor re status of Trustee's interim distributions to creditors in general | BKA416 | 0.20 | 170.00 |
| 08/06/25 | JTC | Review email from Simon Fraser of Cozen re: EL Pruitt; confirm will prepare Stip. and COC | BKA416 | 0.10 | 102.50 |
| 08/06/25 | JTC | Review email from Adam Hiller re: EL Pruitt; confirm receipt of JTC info on status of Stip. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 143

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/06/25 | JTC | Review and respond to email from Adam Hiller re: EL Pruitt; status of Stip. | BKA416 | 0.10 | 102.50 |
| 08/06/25 | JTC | Review Response to Trustee's Motion for an Order Authorizing Second Distribution to Holders of General Unsecured Claims Filed by State of Oregon | BKA416 | 0.20 | 205.00 |
| 08/06/25 | SEF | Reviewing email from counsel for E.P. Pruitt re preparation of stipulation memorializing the parties' resolution of dispute over secured status of claim | BKA416 | 0.10 | 85.00 |
| 08/07/25 | JTC | Review email from Acha Tesyajantorn of CRG Financial, LLC re: advise CRG company, CRG Financial LLC, holds several claims in the case; have not received any distribution on the claims listed and they have not been objected to and are not the subject of pending preference actions; request advise status | BKA416 | 0.10 | 102.50 |
| 08/07/25 | JTC | Review email from Kenny Chiaghana with attachments re: GUC Distributions - CV II Gurnee LLC, Claim No. 405; status of claim | BKA416 | 0.20 | 205.00 |
| 08/07/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: inquiry received from Kenny Chiaghana seeking info on whether any issues exist with their rejection damages claim in light of the two interim distribution motions which did not include them; request advise so can respond | BKA416 | 0.20 | 205.00 |
| 08/07/25 | SEF | Preparing email to J. Carroll re identities of creditors subject to Trustee's second motion for authority to make partial distributions on account of general unsecured claims | BKA416 | 0.10 | 85.00 |
| 08/08/25 | JLD | Draft email to Trustee Miller, William Homony and Jack Reynolds, Trustee's Accountants attaching for review the copies of all Objections/Responses to the Trustee's Second Motion to Distribute to General Unsecured Claims filed as of this writing; hearing currently scheduled for August 15, 2025 | BKA416 | 0.10 | 36.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 144

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/08/25 | JLD | Pull from Court Docket and index Response to Trustee's Motion for an Order Authorizing Second Distribution to Holders of General Unsecured Claims Filed by State of Oregon [D.I. 1454]. | BKA416 | 0.10 | 36.50 |
| 08/08/25 | JLD | Pull from Court Docket and index Argo Partners II, LLC Limited Objection to Motion Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims  [D.I. 1458]. | BKA416 | 0.10 | 36.50 |
| 08/08/25 | JLD | Pull from Court Docket and index Objection of Leadiant Biosciences, Inc. to Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1457]. | BKA416 | 0.10 | 36.50 |
| 08/08/25 | JTC | Review and respond to email from Evan Miller re: Akorn/Leadiant - Objection to Procedures Motion | BKA416 | 0.20 | 205.00 |
| 08/08/25 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm receipt of Objections/Responses to the Trustee's Second Motion to Distribute to General Unsecured Claims filed; advise will be providing a revised Exhibit A to file in advance of the hearing under COC to remove and add certain parties and modify certain claims that will address these responses | BKA416 | 0.10 | 102.50 |
| 08/08/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided TTE Miller, Bill Homony and John Reynolds with Objections/Responses to the Trustee's Second Motion to Distribute to General Unsecured Claims filed as of this writing; advise can set up a call next week to discuss the objections; the hearing on the Motion is currently scheduled for Friday, August 15th. | BKA416 | 0.20 | 205.00 |
| 08/08/25 | JTC | Review Limited Objection to Motion Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims Filed by Argo Partners II, LLC | BKA416 | 0.20 | 205.00 |
| 08/08/25 | SEF | Preparing draft of stipulation resolving dispute with E.L. Pruitt over asserted secured status of its claim | BKA416 | 0.70 | 595.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 145

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/11/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Fifth Notice of Settlement Pursuant to Settlement Procedures Order | BKA416 | 0.10 | 102.50 |
| 08/11/25 | JTC | Review email from Simon Fraser of Cozen re: Motion to Distribute; confirm advised Matthew Binstock that the Trustee did not include any claims below $10K in this round of distributions; advise not sure whether the Trustee is trying to collect a receivable on these (which would also preclude their partaking in a distribution), but regardless, he hasn't yet reached claims under $10K. | BKA416 | 0.10 | 102.50 |
| 08/11/25 | JTC | Review and respond to email from Simon Fraser of Cozen re: Motion to Distribute; advise Argo raised the issue of the Tracelink claim in their objection; should consider preparing an amended schedule of claims to attach to the order, and also inform MCT so they can update their records; can contact Argo and propose to resolve their objection by submitting an order under COC attaching a revised schedule of claims. | BKA416 | 0.10 | 102.50 |
| 08/11/25 | JTC | Telephone conference with S. Fraser of Cozen re: instruct on response to Matthew Binstock on Motion to Distribute; explain claims under $10k not yet ripe for distribution | BKA416 | 0.20 | 205.00 |
| 08/11/25 | JTC | Telephone conference with B. Homony (TTE's accountant) re: objections to Trustee Second Distribution Motion; request review and provide with revised schedule | BKA416 | 0.30 | 307.50 |
| 08/11/25 | JTC | Telephone conference with TTE Miller re: JTC recommendation on dealing with objection to distribution motion | BKA416 | 0.20 | 205.00 |
| 08/11/25 | SEF | Preparing email to J. Carroll re Argo's objection to Trustee's 2nd interim GUC distribution motion | BKA416 | 0.20 | 170.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 146

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/11/25 | SEF | Reviewing and responding to email from certain creditor re claims included in Trustee's 2nd interim GUC distribution motion | BKA416 | 0.20 | 170.00 |
| 08/11/25 | SEF | Phone call with J. Carroll re certain creditor inquiries in connection with Trustee's second GUC distribution motion | BKA416 | 0.10 | 85.00 |
| 08/12/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Objections/Responses to Second Motion Distribution Holder of GUC; advise with respect to Argo's objection, can add all of the requested claims identified on Exhibit A to the objection to the revised exhibit except for Claim #467 (AOC) in the amount of $5,177.50 assigned from Equine Network; advise that claim was filed late on 10/30/2023 while the claims bar date is 6/26/2023; additionally Argo misstated the amount of Claim #340 (AHC) which should be $6,022.02 not $5,474.77. | BKA416 | 0.10 | 102.50 |
| 08/12/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Trustee Distribution Issues; advise of two parties currently included in the pending distribution motion which owe the estate money; unfortunately, one party owes more than the claimed amount so can't simply reduce the claim; advise there are a few other parties need to remove as well, Lynn Consulting who received director fees and is a current defendant and the Office of the Attorney General whose claim is duplicative of another claim. | BKA416 | 0.20 | 205.00 |
| 08/12/25 | JTC | Review email from Dave Doyle of Cozen re: employee claim; confirm advised John Reynolds (TTE's accountant) of call from a former Akorn employee, Marena Mizgai who advised she did not receive a second check, and wanted to confirm the amounts that she was entitled to | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                                Page 147
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/12/25 | JTC | Preliminary review of email from Bill Homony (TTE's accountant) re: Objections/Responses to Second Motion Distribution Holder of GUC; advise in response to Leadiant's objection to the pending distribution motion on the basis of insufficient detail regarding the Debtors' financial position, attach estimated calculations of potential creditor recoveries; as discussed, this should be for Leadiant's eyes only given the significant claims trading in this case; advise are very conservative and believe there is significant upside in the form of additional asset recoveries and claim objections. | BKA416 | 0.20 | 205.00 |
| 08/13/25 | JTC | Telephone conference with B. Homony (TTE's accountant) re: timing of planned distributions; method for objection to claims; preliminary review of need for substantive v. non-substantive omnibus objections to claims; number of claims subject to objections | BKA416 | 0.80 | 820.00 |
| 08/13/25 | JTC | Review and respond to email from Evan Miller re: coordination of call with Holdco; advise of availability | BKA416 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: Pre Trial Conferences Scheduled for 8/15/2025; confirm advised Chambers that are filing the agenda now cancelling the 8/15 hearing and will forward an as filed copy | BKA416 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review and approve draft email to Matthew Binstock, Michael Singer, Gregory Plotko, Mark Owens and Amy Tryon with attachment re: service of copy of the Notice of Agenda cancelling the 8/15/2025 | BKA416 | 0.10 | 102.50 |
| 08/13/25 | JTC | Draft detailed email to Evan Miller re: congratulations on McKesson result; coordination of call with Holdco; adjourned A/R matters to 9/19 | BKA416 | 0.20 | 205.00 |
| 08/13/25 | JTC | Review and approve draft email to Justin Leonard with attachment re: service of copy of the Notice of Agenda cancelling the 8/15/2025 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 148

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/13/25 | JTC | Review and approve draft email to Mike Busenkell, F. Menendez, D. Halperin with attachment re: confirm receipt of copy of the Notice of Agenda cancelling the 8/15/2025 | BKA416 | 0.10 | 102.50 |
| 08/13/25 | SEF | Reviewing status of communications with E.L. Pruitt re finalization of settlement | BKA416 | 0.10 | 85.00 |
| 08/13/25 | SEF | Reviewing notice of agenda adjourning hearing on Trustee's 2nd GUC distribution motion | BKA416 | 0.10 | 85.00 |
| 08/14/25 | JLD | Review and respond to email from J. Carroll of Cozen providing fully executed copy of Common Interst Agreement with Akorn Holding | BKA416 | 0.10 | 36.50 |
| 08/14/25 | JLD | Assemble requested documents for J. Carroll's review in connection with anticipated call with Andrew Glenn Holdco counsel including confidential Summary of Estate Administration Status; Chapter 7 Liquidation Creditor Recovery Analysis; Summary of A/R Litigation; Analysis of Open A/R Customers | BKA416 | 0.20 | 73.00 |
| 08/14/25 | JLD | Telephone conference with J. Carroll of Cozen; review requested documents as well as file materials/notes in anticipation of call with Andrew Glenn counsel to Holdco; index previously produced documents related to anticipated A/R recoveries | BKA416 | 0.20 | 73.00 |
| 08/14/25 | JTC | Review email from Jill Deeney re: 9/19 hrg. date; advise TTE Miller that It was simply adjourned to allow enough time to resolve the objections to the second GUS distribution motion; the objections will either be resolved and submitted under COC not requiring a hearing date, withdrawn as TTE has suggested or further adjourned; will not go forward with anything requiring TTE attendance on 9/19. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 149

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/14/25 | JTC | Review email from Jill Deeney re: retention application of JNR Adjustment; confirm advised TTE Miller that sent Jack Reynolds (TTE's accountant) concerns and comments with the JNR agreement TTE executed;  going to speak with Jack today to discuss the agreement which will most likely need to be revised. | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from TTE Miller re: advise October, November and December hearing dates are fine; wants to be in person for all distribution to creditors dates; has asked for a call with JTC and Bill Homony to see if can make those dates. | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from TTE Miller re: request confirmation the resolutions of second motion to distribute will be filed next week and the hearing cancelled; wants to attend the distribution hearings | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 150

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/14/25 | JTC | Draft detailed email to TTE Miller re: advise request to attend distribution hearings is not a problem; however, as was outlined in Jill Deeney's earlier email, the objections to the second distribution motion will in all likelihood be resolved before the adjourned 9/19 hearing date and a COC filed with the 9/19 hearing on the distribution motion being cancelled; in the unlikely event the objections are not resolved via the COC, then will ether adjourn to a date on which TTE is able to attend or withdraw the motion as TTE has suggested; also, note that JTC not anticipating that TTE testimony will be needed at the hearing on the second distribution motion; it should be noted that JTC not confirming that the pending objections to the second distribution motion will be resolved and filed next week, but rather they will be addressed prior to hearing currently scheduled for 9/19; lastly, note that there were other hearings scheduled on five A/R adversary matters for 8/15 for which needed to advise the court on whether going forward; was not able to get direction on these matters prior to the Notice of Agenda being required to be filed and accordingly made a decision to also adjourn them to 9/19 | BKA416 | 0.40 | 410.00 |
| 08/14/25 | JTC | Review email from TTE Miller re: advise If the objections on the distribution are not resolved by TTE's agreement, the hearing will need to be continued as TTE will not have had a say in the resolution and does not want the hearing to go forward if TTE not in attendance | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from TTE Miller re: request have 9/19 hrg. continued to later date; TTE not available | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from TTE Miller re: confirm availability for call on 8/15 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 151

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/14/25 | JTC | Review email from Jill Deeney re: confirms advised TTE Miller and Bill Homony (TTE's accountant) Judge Owens' 2025 chapter 7 hearing dates are set and posted so are aware of timing for hearings; advise the dates are subject to change by chambers; the hearing time is 10:00 a.m.; claim objections require a 30 day notice period so would back out at least 30 days prior to the hearing date for the deadline to file any claim objections | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: coordination of call for 8/15 | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review and respond to email from TTE Miller re: receipt of JTC voicemail; advise TTE not available 9/19 for hearing on continued Motion for Second Distribution; would like to have a call today or tomorrow to discuss | BKA416 | 0.20 | 205.00 |
| 08/14/25 | JTC | Draft email to Jill Deeney of Cozen re: Common Interest Agreement; request pull signed version; need to review before provide confidential info to Holdco | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review and respond to email from Jill Deeney of Cozen with attachment re: Common Interest Agreement; provide requested executed version | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review Common Interest Agreement with Holdco re: determine extent of Confidential info on McKesson settlement can share with Holdco | BKA416 | 0.30 | 307.50 |
| 08/14/25 | JTC | Draft email to Andrew Glenn re: confirm just sent out the Teams invite for tomorrow's call; subject to confidentiality of Common Interest Agreement between respective clients, the resolution of the McKesson account receivable claim is in the amount of $x. | BKA416 | 0.20 | 205.00 |
| 08/14/25 | JTC | Review email from Andrew Glenn re: confirm receipt of info from JTC on resolution of the McKesson account receivable claim; advise is lower than previous discussions; looks forward to hearing what happened | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                                    Page 152
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/14/25 | JTC | Draft email to Jill Deeney of Cozen re: request send the summary information for projected recoveries by Trustee which would have provided to Andrew Glenn and/or Malak Doss after entered into the Common Interest Agreement; want to review in advance of call tomorrow | BKA416 | 0.10 | 102.50 |
| 08/14/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: summary information for projected recoveries by Trustee which provided to Andrew Glenn and/or Malak Doss after entered into the Common Interest Agreement; want to respond to A. Glenn comment on McKesson settlement being lower than projected; actually wrong | BKA416 | 0.40 | 410.00 |
| 08/14/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: Trustee's Document Production Log together with the produced document production; direct attention to nos. 12 and 13. | BKA416 | 0.20 | 205.00 |
| 08/14/25 | JTC | Review and respond to email from Jill Deeney of Cozen with attachments re: Confidential - Summary of Estate Administration Status; and Confidential - Chapter 7 Liquidation Creditor Recovery Analysis As of 7/24/2024; JTC request advise if there are any separate transmittals to Glenn or Doss of info after settled – late 2024 or early 2025 | BKA416 | 0.20 | 205.00 |
| 08/14/25 | JTC | Review and respond to email from Simon Fraser of Cozen re: EL Pruitt; status of draft for JTC review | BKA416 | 0.10 | 102.50 |
| 08/15/25 | JTC | Telephone conference with TTE Miller and Bill Homony (TTE's accountant) Re: McKesson settlement; future clarification motion; open administrative issues | BKA416 | 0.80 | 820.00 |
| 08/15/25 | JTC | Preliminary review of email from Simon Fraser of Cozen with attachment re: Stipulation/COC/Order re resolution with E.L. Pruitt | BKA416 | 0.20 | 205.00 |
| 08/15/25 | SEF | Preparing stipulation, proposed order, and COC, for resolution of dispute with E.L. Pruitt over asserted secured status of its claim | BKA416 | 2.00 | 1,700.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 153

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/18/25 | JTC | Review and respond to email from Schuyler Carroll re: status of Trustee's Second Motion to pay GUC claims; JTC advise was adjourned to 9/19 | BKA416 | 0.10 | 102.50 |
| 08/19/25 | JLD | Assist with review and revisions to draft Certification of Counsel, proposed Order Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim together with underlying Stipulation | BKA416 | 0.30 | 109.50 |
| 08/19/25 | JTC | Review and revise initial draft of Stipulation / COC / proposed Order on E.L. Pruitt resolution; modify to identify amount of escrow; clarify definition; add authority provision to Proposed Orders | BKA416 | 0.50 | 512.50 |
| 08/19/25 | JTC | Review and respond to email from Adam Hiller re: EL Pruitt re: submission of Stipulation | BKA416 | 0.10 | 102.50 |
| 08/19/25 | JTC | Draft email to Simon Fraser of Cozen re: Stipulation/COC/Order re resolution with E.L. Pruitt; confirm reviewed and approve; inquire if there is an intentional reason did not include the dollar amount of the "Pruitt Set-Aside Funds" in defining it; inquire if any issue with JTC changing to set forth the dollar amount | BKA416 | 0.20 | 205.00 |
| 08/19/25 | JTC | Review email from Adam Hiller re: E.L. Pruitt; confirm receipt of JTC proposed Stipulation and status report | BKA416 | 0.10 | 102.50 |
| 08/19/25 | JTC | Review email from Simon Fraser of Cozen re: E.L. Pruitt; confirm no issue with JTC adding specific dollar figure | BKA416 | 0.10 | 102.50 |
| 08/19/25 | JTC | Telephone conference with TTE Miller re: timing of settlement payment in September; inquire if interferes with Trustee September vacation | BKA416 | 0.10 | 102.50 |
| 08/19/25 | JTC | Draft additional revisions to EL Pruitt initial draft of Stipulation; add and clarify enabling provisions | BKA416 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 154

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/19/25 | JTC | Draft email to Adam Hiller with attachment re: EL Pruitt; draft Certification of Counsel, proposed Order Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim together with the underlying Stipulation as Exhibit 1 thereto; request advise as to whether the Stipulation is acceptable and if so, request authorize JTC to affix electronic signature to the Stipulation as /s/ Adam Hiller; upon receipt of A. Hiller authorization, will then proceed to file the Certification of Counsel to obtain entry of the proposed approval Order. | BKA416 | 0.20 | 205.00 |
| 08/19/25 | SEF | Reviewing and responding to email from J. Carroll re draft of stipulation, COC, and proposed order resolving dispute with E.L. Pruitt | BKA416 | 0.10 | 85.00 |
| 08/20/25 | JTC | Telephone conference with TTE Miller re: Pruitt check; ability to issue on 9/4 - 9/5; balance of availability | BKA416 | 0.30 | 307.50 |
| 08/20/25 | JTC | Review and respond to email to Jill Deeney of Cozen re: EL Pruitt; coordination with TTE Miller / TTE availability | BKA416 | 0.10 | 102.50 |
| 08/20/25 | JTC | Draft email to Jill Deeney of Cozen re: EL Pruitt; coordination with TTE Miller / TTE availability | BKA416 | 0.10 | 102.50 |
| 08/20/25 | JTC | Review and respond to email from Adam Hiller with attachment re: EL Pruitt; provide further revised COC, proposed Order Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim together with the underlying Stipulation as Exhibit 1 thereto; advise if approve have his permission to affix electronic signature and file; JTC confirm proceeding with filing | BKA416 | 0.30 | 307.50 |
| 08/21/25 | JLD | Prepare final revisions to include A. Hiller's, E.L. Pruitt counsel, edits to draft Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim and proposed Order thereto | BKA416 | 0.20 | 73.00 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 155

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/21/25 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel Regarding Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim | BKA416 | 0.10 | 36.50 |
| 08/21/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as filed copy of Certification of Counsel Regarding Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim [D.I. 1465]. Confirm proposed form of Order has been uploaded | BKA416 | 0.10 | 36.50 |
| 08/21/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed copy of a Certification of Counsel Regarding Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim [D.I. 1465]; advised the proposed form of Order has been uploaded. | BKA416 | 0.10 | 102.50 |
| 08/21/25 | JTC | Draft email to B. Homony (TTE's accountant) with attachments re: GUC Distributions - CV II Gurnee LLC, Claim No. 405; request advise as to why claim no. 405 has apparently not been included in the interim distribution motions filed to date; advise it may just be that not yet reviewed | BKA416 | 0.10 | 102.50 |
| 08/21/25 | JTC | Draft email to Adam Hiller re: EL Pruitt; confirm proceeding to file Certification of Counsel, proposed Order Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim with his edits being accepted | BKA416 | 0.10 | 102.50 |
| 08/21/25 | JTC | Review and approve filing of final revised draft of Certification of Counsel Regarding Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim (include Pruitt change) | BKA416 | 0.20 | 205.00 |
| 08/21/25 | JTC | Telephone conference with A. Glenn, atty. for Holdco re: request of group member for access to emails | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 156

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/22/25 | JTC | Review now entered Order Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim | BKA416 | 0.10 | 102.50 |
| 08/22/25 | JTC | Draft email to TTE Miller and Louann Cromley of TTE Miller's office with attachments re: order entered today Approving Stipulation Between Trustee and E.L. Pruitt Co. Resolving Disposition of Pruitt Set-Aside Funds and Lien Claim together with a copy of the underling Stipulation; advise payment is to be made within 15 days of the approval order becoming final; the approval order will become final on 9/4; accordingly, may want to issue the Settlement Payment of $x on 9/5 before leave for vacation; alternatively, it can wait until return to office on 9/12; request advise when the check has been issued; coordination of delivery to counsel | BKA416 | 0.20 | 205.00 |
| 08/25/25 | SEF | Reviewing emails from counsel for Henderson Constructors and Saul Ewing attorney Paige Topper re recent resolution of asserted secured status of E.L. Pruitt | BKA416 | 0.10 | 85.00 |
| 09/02/25 | JTC | Review email from Simon Fraser re: communications with Tyrone Hayes concerning postpetition usage; summary of invoices and usage periods; S. Fraser request advise who is T. Hayes' client, what goods and/or services does his client say it provided, and to whom; did it provide the goods/services pursuant to an executory contract; if so, was that contract assumed and assigned; advised the Trustee did not operate the debtors' business, and the debtors had ceased all operations by the petition date. | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                      October 22, 2025
File Number: 00574256                                                           Page 157
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/02/25 | JTC | Review email from Evan Miller re: Complaint Against Direct Energy Business; advise has been trying to resolve a preference complaint with Direct Energy Business for some time now; they claim some unique defenses, including that they are protected by the forward contract merchant defense; in any event, their latest settlement offer is to waive their apparently administrative expense claim of "$68k in unpaid natural gas charges incurred after the bankruptcy filing;" advise this is the first time they've even mentioned this, and E. Miller questions the premise that they can qualify as an admin expense claimant given the nature of these cases; for that reason, wanted to see if had any postpetition dialogue with DEB or their counsel (Tyrone Haynes), or otherwise had knowledge as to whether they were providing a legitimate (i.e. requested) postpetition service for the estate here | BKA416 | 0.10 | 102.50 |
| 09/02/25 | JTC | Telephone conference with Simon Fraser of Cozen re: confirm receipt of Evan Miller email concerning Complaint Against Direct Energy Business; instruct S. Fraser to request back-up and more info on alleged claim | BKA416 | 0.10 | 102.50 |
| 09/02/25 | JTC | Draft email to Simon Fraser of Cozen and Evan Miller re: Complaint Against Direct Energy Business; advise D. Doyle of Cozen worked with  electric/utility service providers at various locations and JTC recollection is that most if not all of them were taken care of in conjunction with various sale transactions | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 158

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/02/25 | JTC | Review email from Tyrone Haynes, counsel to Direct Energy with attachment of purported invoices re: advise his client is Direct Energy - they provided natural gas; the contract was with Akorn Operating Company LLC, and called for service from May 2022 to April 2027; attach contract; advise his involvement in this matter is new; DE directly filed its POC; is not sure about the assumed/assigned issue - though does not see DE listed on the Notice of Assumption of Lease/Executory Contract filed at Dkt. 146. | BKA416 | 0.20 | 205.00 |
| 09/02/25 | JTC | Review detailed email from Simon Fraser of Cozen re: documentation received from Tyrone Haynes; confirm review of service addresses, the Trustee sold 150 S. Wyckles and 1222 W. Grand Avenue in June 2023 (see attached); the sale closed on June 28, 2023; advise everything else aside, from that point forward, any services provided to these addresses would have been to the benefit of the purchaser, as opposed to the estate; advise Greg Patton of Cozen's 6/26/23 email at 2:41 p.m., provides a screen shot of a meter reading at these two premises, which the parties obtained for purposes of apportionment at the closing | BKA416 | 0.20 | 205.00 |
| 09/02/25 | JTC | Review detailed email from Simon Fraser of Cozen with multiple attachments re: HIG closing; advise according to these invoices, gas at the Decatur premises was provided by a company called Ameren Illinois; not the company that just came out of the woodwork. | BKA416 | 0.20 | 205.00 |
| 09/02/25 | JTC | Review email from Simon Fraser of Cozen re: 1390 N. Fairview Ave.; confirm advised Evan Miller and Paige Topper that think this was actually part of the Grand Avenue premises; so, this went to the purchaser in June 2023 also | BKA416 | 0.10 | 102.50 |
| 09/02/25 | JTC | Review email from Dave Doyle of Cozen re: Complaint against Direct Energy Business; request advise what location they were servicing | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 159
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/03/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Complaint against Direct Energy Business; advise Direct Energy filed the (attached) proof of claim which includes a 503(b)(9) request in the amount of $16,431.57, which was previously paid by the Trustee; advise has no record of them requesting payment for post-petition services. | BKA416 | 0.20 | 205.00 |
| 09/03/25 | JTC | Review email from Evan Miller re: Complaint against Direct Energy Business; confirm receipt of proof of claim which includes a 503(b)(9) request in the amount of $16,431.57, which was previously paid by the Trustee; advise based on this and the discourse last night, is not seeing much support for their newfound postpetition claim, or at least not in whole | BKA416 | 0.10 | 102.50 |
| 09/03/25 | JTC | Review email from Simon Fraser of Cozen re: request made to Tyrone Haynes, counsel to Direct Energy; requested advise to whom did his client provide the gas; are the three locations listed in the contract the locations at which his client alleges that it delivered the gas; how did the entries labeled "interest for late payment" and "Liquidation amount for Deal id:x" benefit the estates; what is his client's relationship to Ameren Illinois, who was the Debtors' natural gas utility at these locations | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 160

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/03/25 | JTC | Review email from Tyrone Haynes, counsel to Direct Energy with attachment re: provide requested invoices; advise under the contract, his client supplied natural gas to the three listed addresses (these addresses typically appear on page 3 of each invoice); Ameren Illinois serves only as the distributor; his client is the third-party supplier; in short, his client provided the gas, and Ameren delivered it; the gas was supplied on a forward purchase basis; the liquidation amount and late fees reflect damages calculated for breaches of the contract; for clarity, this post-petition discussion arose with TTE Miller because his client offered to forgo pursuing the matter in exchange for dismissal of the adversary proceeding | BKA416 | 0.20 | 205.00 |
| 09/03/25 | JTC | Review email from Simon Fraser of Cozen re: confirms now provided Tyrone Haynes, counsel to Direct Energy with comments to info provided; showing inadequate | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Review email from Sean Kenny with attachments re: Rule 9019 Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. | BKA416 | 0.20 | 205.00 |
| 09/04/25 | JTC | Review Notice of Motion to Approve Compromise under Rule 9019 Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement with McKesson Corporation, McKesson Specialty Care Distribution LLC, and McKesson Medical-Surgical, Inc. | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Telephone conference with Jill Deeney of Cozen re: E.L. Pruitt check; instruct to coordinate pick up tomorrow | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Review email from Louann Cromley of TTE Miller's office re: E.L. Pruitt check; confirm will be ready for pick up tomorrow | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Review and respond to email from TTE Miller re: EL Pruitt; confirm check is signed and ready for pick up | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                                    Page 161
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/04/25 | JTC | Draft email to TTE Miller with attachments re: reminder of need for check to E.L. Pruitt which can be issued tomorrow; advise given change in TTE's travel schedule, request advise if check is ready tomorrow and will send someone to pick it up; will then transmit to opposing counsel | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Review email from Jill Deeney of Cozen re: E.L. Pruitt payment; order becomes final today | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Review email from Evan Miller re: confirm receipt of info on Direct Energy Business no longer pursuing | BKA416 | 0.10 | 102.50 |
| 09/04/25 | JTC | Draft email to Evan Miller and Bill Homony re: Direct Energy Business; no longer pursuing claim waiver settlement; Direct Energy withdraws proposed because no claims | BKA416 | 0.10 | 102.50 |
| 09/05/25 | JTC | Review email from Jill Deeney re: E.L. Pruitt payment; receipt of check | BKA416 | 0.10 | 102.50 |
| 09/05/25 | JTC | Draft email to Jill Deeney re: E.L. Pruitt payment; status of check | BKA416 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review email from Jill Deeney of Cozen re: EL Pruitt; confirm will obtain info on where check should be sent | BKA416 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review and respond to email from Jill Deeney of Cozen re: EL Pruitt; need to obtain info on where check should be sent | BKA416 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review email from Jill Deeney of Cozen re: EL Pruitt; confirm has requested Adam Hiller advise where the E.L. Pruitt Co. check is to be sent (i.e. A. Hiller attention, or, Jeana Reinbold). | BKA416 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review and respond to email from Jeana Reinbold, atty. for Pruitt with attachment re: EL Pruitt; provide W-9 and advise can send the check to her at address provided; JTC confirm check will go out 9/12 via overnight delivery | BKA416 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: EL Pruitt; confirms will provide TTE Miller's office with W-9 | BKA416 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                      October 22, 2025
File Number: 00574256                                                                Page 162
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 09/11/25 | JTC | Review email from Jeana Reinbold re: EL Pruitt; confirm JTC info that check is being sent via overnight delivery | BKA416 | 0.10 | 102.50 |
| 09/15/25 | JTC | Telephone conference with Turner Falk re: 9019 settlements and claims disallowances; coordination of filing | BKA416 | 0.20 | 205.00 |
| 09/16/25 | JTC | Draft email to Michael Bushnkell re: Leadiant Biosciences Inc. f/k/a Sigma-Tau Pharmaceuticals Inc.; advise have been informed by the Trustee's accountant who is working with special counsel  that a settlement has been reached with Leadiant in connection with certain account receivable litigation which includes an agreement by Leadiant to withdraw their pending Objection To Trustee's Motion For an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claim [D.I.1457; the "Leadiant Objection"]; request confirm that the Leadiant Objection is being withdrawn, so can indicate same to the court. | BKA416 | 0.20 | 205.00 |
| 09/16/25 | JTC | Draft email to Matthew Binstock and Greg Plotko re: Motion to Distribute; advise the Trustee proposes to add the claims identified to his next interim distribution motion to be filed in October, except for POC # 467 (AOC) assigned from Equine Network; the Equine Network POC #467 which was filed late on 10/30/2023 after the bar date of 6/26/2023 and accordingly will not be included to receive an interim distribution (until after all other timely claims are paid); also, with regard to POC #340 (AHC) assigned from Automatic Communications Alarm, note that the amount should be $6,022.02 not $5,474.77; for other reasons, will be continuing the hearing scheduled for 9/19 on the Trustee's Second Distribution Motion until a date in October; request confirm that based upon the proposed resolution that will withdraw pending Limited Objection to Motion Authorizing Trustee's Second Distribution (D.I.1458). | BKA416 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 163

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/16/25 | JTC | Review email from Fernando Memendez re: Leadiant Biosciences Inc. f/k/a Sigma-Tau Pharmaceuticals Inc.; advise spoke with Turner Falk yesterday regarding the settlement terms but had not yet heard back; subject to receiving confirmation that are agreed, will work to confirm with clients as soon as possible and revert. | BKA416 | 0.10 | 102.50 |
| 09/17/25 | JTC | Review email from Turner Falk re: Leadiant settlement; advise the Trustee is now settled-in-principle with Leadiant, and this resolves their objection to the 2nd Interim Payments Motion;  Leadiant's counsel has okayed them to say that the objection has been resolved; request advise if is sufficient to prep the agenda | BKA416 | 0.10 | 102.50 |
| 09/22/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: Trustee's Second Motion to pay GUC claims; advise the adjourned hearing date is October 17, 2025 | BKA416 | 0.10 | 102.50 |
| 09/22/25 | JTC | Review email from Schuyler Carroll re: Trustee's Second Motion to pay GUC claims; inquire as to outcome of 9/19 hrg. | BKA416 | 0.10 | 102.50 |
| 09/25/25 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to advise Schuyler Carroll last week's hearing was further adjourned to 10/17 | BKA416 | 0.10 | 102.50 |
| 09/25/25 | JTC | Review email from Schuyler Carroll re: request advise outcome of last week's hearing | BKA416 | 0.10 | 102.50 |
| 09/29/25 | JTC | Review email from Greg Plotko re: Motion to Distribute; advise Argo agrees to withdraw their Limited Objection; inquire if need G. Plotko to formally file something on the docket or just indicate on hearing agenda | BKA416 | 0.10 | 102.50 |
| | | **Total Miscellaneous Motions And Related Pleadings** | | **115.20** | **104,053.50** |
| 11/25/24 | JTC | Review email from Dave Doyle of Cozen re: Macon County Refund check; analysis; request advise if authorized to send to TTE's assistant | BKA417 | 0.10 | 96.00 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                              Page 164
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 11/27/24 | JTC | Review email from John Emmanuel, counsel to Teva API with attachments re: Motion of George L. Miller, Chapter 7 Trustee For An Order Authorizing Trustees First Distribution To Holders Of General Unsecured Claims; advise Teva API filed claim number 364 in the amount of $324,000; is attaching a scanned copy of the as-filed Proof of Claim; advise recently received the Chapter 7 Trustee's Motion to make an initial distribution to certain select unsecured claimants; note that Teva API's claim is not listed as one of the claims to receive a distribution, even though the claim has not been objected to; would like to understand why Teva API's claims was not included | BKA417 | 0.10 | 96.00 |
| 01/04/25 | JTC | Review and respond to email from John Reynolds (TTE's accountant) re: Akorn AR; JTC confirm need an NDA from a company interested in pursuing or buying open receivables | BKA417 | 0.10 | 102.50 |
| 01/06/25 | JTC | Review and respond to email from John Reynolds (TTE's accountant) re: AR; request advise what additional details would be needed; advise name of the company that spoke with is Receivables Control Corp. (RCC); spoke to them about either liquidating and/or purchasing the open AR for Akorn for customers whose aggregate balance was less than $10,000; there are approximately 200 customers and the total aggregate balance is approximately $630,000.00 | BKA417 | 0.20 | 205.00 |
| 01/06/25 | JTC | Review email from John Reynolds (TTE's accountant) re: provide requested name and address for party who would sign the NDA (Logan Dahlk of Receivables Control Corp.) | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 165

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/06/25 | JTC | Draft email to Jill Deeney of Cozen re: need for draft simple, generic NDA; provide the Transaction description for the NDA would be an agreement for the purchase or liquidation of liquidating of open accounts receivable for Akorn for customers whose aggregate balances are less than $10,000 | BKA417 | 0.20 | 205.00 |
| 01/09/25 | JTC | Review email from John Reynolds (TTE's accountant) re: AR; info for NDA for Receivable Control | BKA417 | 0.10 | 102.50 |
| 01/10/25 | JTC | Review and revise initial draft of NDA with Receivables Control Corp.; clarify "transaction" definition | BKA417 | 0.20 | 205.00 |
| 01/10/25 | JTC | Draft email to Jack Reynolds (TTE's accountant) with attachment re: Receivables Control; provide proposed NDA as requested by Trustee | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from TTE Miller with attachment re: Akorn litigation / Asset #58 – Retention Bonuses by employees; request advise if should try to recover in the preference litigation | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from Al Ciardi re: Akorn litigation / Asset #58 – Retention Bonuses; inquire if have bonus agreements or retention agreements | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Akorn litigation / Asset #58 – Retention Bonuses; advise transfers are not preferences or fraudulent transfers; advise are prepayments to the Debtors' former employees and argument in actual valuable services were provided to the Debtors' estates post-petition; would contend without their assistance, the assets sales would not have been as successful. | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from TTE Miller re: Akorn litigation / Asset #58 – Retention Bonuses; inquire if have the detail to determine if they all worked for the Trustee post-petition | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                              Page 166
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/21/25 | JTC | Draft email to TTE Miller re: Akorn litigation / Asset #58 – Retention Bonuses; advise for the reasons set forth by Bill Homony (TTE's accountant), advise believe TTE wants to be very cautious concerning any litigation against former employees for so-called "retention bonuses;" it is JTC recollection that the employees who received retention bonuses continued to work for the Debtors until the petition date and/or thereafter rendered actual services as consultants; accordingly, do not believe that the payments are fraudulent conveyances nor preferential transfers (especially if were pre-payments and subsequently rendered services); subject to reviewing the detail requested, believe that these folks are the ones who facilitated TTE being able to shut down and sell the various facilities in an orderly manner as well as complete the ANDA sales in compliance with various applicable laws and regulations. | BKA417 | 0.20 | 205.00 |
| 01/21/25 | JTC | Review email from TTE Miller re: Akorn litigation / Asset #58 – Retention Bonuses; advise does not have a list of the names and amounts; if someone did not assist post-petition, for whatever reason, the bonus should be returned; if do not have a list, MCT should look for the payments to find the names. | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from Matt Tomlin (TTE's accountant) re: Akorn litigation / Asset #58 – Retention Bonuses; advise do have a list and all of the subcontractors worked post-petition | BKA417 | 0.10 | 102.50 |
| 01/21/25 | JTC | Review email from TTE Miller re: Akorn litigation / Asset #58 – Retention Bonuses; confirm receipt of info of the subcontractors worked post-petition | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/22/25 | JTC | Review email from John Reynolds (TTE's accountant) (with attachment) re: NDA for Receivable Control; request advise if have any objection to him using the (attached) NDA sent over to Receivable Control to a different company and changing the company name, contact, dates and signature box | BKA417 | 0.10 | 102.50 |
| 01/22/25 | JTC | Draft email to John Reynolds (TTE's accountant) re: NDA; confirm no objection to using for different company | BKA417 | 0.10 | 102.50 |
| 02/05/25 | DD | Review emails from D. Ton-That and A. McDonogh regarding transfer of ANDA 075494 to HIG Rising. | BKA417 | 0.10 | 74.00 |
| 02/05/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; advise is reaching out with respect to the Akorn transaction from June 2023. Per Annex I of the attached APA (Page 94 of the PDF), Raisin Holdings, Inc. acquired a product called Midazolam Hydrochloride with Application Number ANDA 075494; advise looks like this product is currently registered to Epic Pharma LLC; request assist with having this ANDA transferred to Raising Holdings, Inc. | BKA417 | 0.20 | 205.00 |
| 02/05/25 | JTC | Review email from Anna McDonough of Cozen re: Midazolam Hydrochloride Registration; confirm requested Dan Ton-That advise if is looking for a transfer document or for something to be recorded and an agency | BKA417 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; advise would like both a transfer document confirming the transfer and for the documents required to have the applications registered under the Raising Holdings, Inc. name. | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 168

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/06/25 | GGP | 1.3 - review purchase agreement to determine status of ANDAS in question. .3 - internal call to discuss Akorn personnel completing FDA transfers and review of those transfer documents. .2 -- Internal call to describe proposed response and next steps to correct issue. .2 -- Call HIG counsel to discuss ANDAs in question and proposed next steps.  .3 -- prepare and send note to EPIC counsel regarding transfer of ANDA to HIG and respond to EPIC request to return asset to trustee. | BKA417 | 2.30 | 1,529.50 |
| 02/06/25 | JLD | Perform document research in connection with history of sale to Rising regarding ANDA 075494 – Midazolam Hydrochloride Injection | BKA417 | 0.80 | 292.00 |
| 02/06/25 | JTC | Review and respond to email from Anna McDonough of Cozen with attachment re: Midazolam Hydrochloride Registration; will look for emails or documents on this ANDA; JTC advise generally no consultants still working for Trustee; on ad hoc basis some are responsive to questions if have a way to contact them | BKA417 | 0.20 | 205.00 |
| 02/06/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: Midazolam Hydrochloride Registration; provide executed 365h form for 075494 | BKA417 | 0.10 | 102.50 |
| 02/06/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; confirm will sort through the prior communications to see if have anything further; will plan to follow up internally before revert to Dan Ton-That | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 169

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/06/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; advise looks like product appeared on the Epic and HIG schedules at their respective closings; thinks the issue was that there was an inactive version which had a different ANDA number and an active version, which believe was intended to replace the inactive version; the active product was transferred to and accepted by Epic but did not appear on their FDA transfer letter; however, HIG also appears to have filed paperwork with the FDA to accept the active ANDA; Marco is also sorting through the documents and emails to track the sequence of events; ultimately, however, it appears that Epic will need to transfer the product to HIG directly; advise not sure we, or Akorn, have the power to do anything here other than affirm to Epic that the product was purchased by HIG and request that they transfer accordingly; request advise how want to handle | BKA417 | 0.20 | 205.00 |
| 02/06/25 | JTC | Telephone conference with Greg Patton of Cozen re: Midazolam Hydro; results of investigation; instruct to proceed to have Epic and HIG correct | BKA417 | 0.20 | 205.00 |
| 02/06/25 | JTC | Review email from Marco Biagiotti re: Midazolam Hydrochloride Registration; advise agree with Greg Patton of Cozen summary; advise think that the issue is due to the fact that the product was initially "duplicated": the inactive product number (075481) was included under the Epic list of purchased assets, and the active one (075494) under HIG's; in the master sheet that Pramila used to share to keep track of the FDA filings, the products were switched (the inactive to HIG and the active to Epic). | BKA417 | 0.10 | 102.50 |
| 02/06/25 | JTC | Review email from Anna McDonough of Cozen re: Midazolam Hydrochloride Registration; concurs and instructs Greg Patton of Cozen contact Dan Ton-That | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 170

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/06/25 | JTC | Review email from Greg Patton re: Midazolam Hydrochloride Registration; confirm will reach out to Dan Ton-That and revert back | BKA417 | 0.10 | 102.50 |
| 02/06/25 | MB | Call with G. Patton re Midazolam Hydrochloride registration; reviewed emails and documents re same; sent reply email to G. Patton re same | BKA417 | 1.00 | 595.00 |
| 02/07/25 | GGP | .5 -- review closing documents and FDA transfer information to confirm status of certain transfered ANDA's .4 -- call HIG counsel to discuss status of ANDA transfered to Epic | BKA417 | 0.90 | 598.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration ANDA 075494; communication received from Baohua Yue of Epic wherein advise Epic paid a lot of money to acquire an ANDA A212291 and the CMO contract with Fareva; additionally, Epic paid the cure that Akorn owed them; but since the transaction, Fareva has not been engaging with them; without Fareva's engagement, this asset is essentially worthless, as it requires special manufacturing; request advise what's their recourse, and steps that can take to return the asset to the trustees; G. Patton requests advise how want to proceed | BKA417 | 0.20 | 205.00 |
| 02/07/25 | JTC | Review email from Simon Fraser of Cozen re: Midazolam Hydrochloride Registration ANDA 075494; advise Epic has no recourse with respect to the Trustee, and no such steps exist | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration ANDA 075494; confirm to advise Epic has no recourse with respect to the Trustee | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 171

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/07/25 | JTC | Review email from Baohua Yue of Epic re: Midazolam Hydrochloride Registration ANDA 075494; advise regarding Midazolam Hydrochloride Registration ANDA 075494, there may have been a mix-up of A075494 and A075481; had contacted the trustees back to 2023 multiple times, but didn't get feedback at that time; advise Rising RA can work directly with their RA head, Dr. Pei Zhang to execute the exchange | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Nand Desai of HIG re: Midazolam Hydrochloride Registration ANDA 075494; request Epic Team advise what is needed from the Rising team to effectuate the transfer | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration ANDA 075494; confirm advisedEpic Team the HIG/Rising team recently flagged that the product Midazolam Hydrochloride, Application Number ANDA 075494, was incorrectly transferred to Epic; advise Cozen has reviewed the documentation and accompanying transfers and agrees that the approved Purchase Agreement identifies Midazolam Hydrochloride, Application Number ANDA 075494 as an HIG/Rising product; accordingly, requested that Epic Team coordinate with the members of the HIG/ Rising Team to have this registration transferred to HIG/ Rising. | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Dimple Bommanaboina re: Midazolam Hydrochloride Registration; provide two additional names to be included in email to Epic | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; confirm receipt of JTC instruction to make introduction of HIG to Epic to facilitate the corrective transfer | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 172

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/07/25 | JTC | Draft email to Greg Patton of Cozen re: Midazolam Hydrochloride Registration; instruct pursuant to conversation, to make the introduction of HIG to Epic to facilitate the corrective transfer; advise it does not appear anything additional is required of the bankruptcy court at this time. | BKA417 | 0.20 | 205.00 |
| 02/07/25 | JTC | Telephone conference with Greg Patton of Cozen re: Midazolam Hydrochloride Registration re: current status of support on transfers | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; confirm connected with Dan Ton-That to explain the situation; is coordinating with the HIG team to identify the right folks at HIG to facilitate the FDA transfers from their end, but asked that we connect with Epic to advise them of the need to transfer this ANDA; advise unless would like him to proceed differently, can do that and then connect the right people at HIG and Epic to transfer the ANDA; request advise if there is anything needed from a bankruptcy perspective; the documents already note that the ANDA was purchased by HIG and was not included on the Acceptance Letter from Epic | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; request add listed individuals fro Rising Pharma and Rose & Gray in email to Epic | BKA417 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; follow up with Dan Ton-That | BKA417 | 0.10 | 102.50 |
| 02/07/25 | SEF | Reviewing and responding to email from G. Patton re inquiry received from Epic re certain assets that it purchased from the estates | BKA417 | 0.10 | 85.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 173

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/10/25 | JTC | Review email from Pei Zhang of Epic re: Midazolam Hydrochloride Registration ANDA 075494; request Dimple Bommanaboina help check Rising's record for another Midazolam application A075481; according to Orange Book, Rising Pharma is holding A075481, which should be transferred to Epic based on the agreement; inquire if Rising would agree to exchange A075494 and A075481 with Epic | BKA417 | 0.10 | 102.50 |
| 02/10/25 | JTC | Review email from Dimple Bommanaboina of Rising Pharma re: Midazolam Hydrochloride Registration ANDA 075494; request Pei Zhang of Epic send all the submitted eCTD and non-eCTD (scanned paper copies) related to the Midazolam HCL Injection Vial application (A075494) that was received from Akorn; upon receipt of the documents, will provide the necessary details such as Rising Regulatory contact information and new owner information, for the transfer submission | BKA417 | 0.20 | 205.00 |
| 02/11/25 | GGP | .3 -- call with Raising counsel to discuss transfer of misassigned ANDAs. .4 -- coordinate between Epic and Raising to arrange for transfer of ANDAs. .2 -- share evidence of proper assignment and purchase of ANDA's with Raising counsel, | BKA417 | 0.90 | 598.50 |
| 02/11/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; confirms receipt of redacted copy of Bill of Sale which shows Epic's acquisition of ANDA 075481 | BKA417 | 0.10 | 102.50 |
| 02/11/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; confirm advised Dan Ton-That Epic was included in a consortium of Purchasers, so does not have their own APA; accordingly, not be able to share that; do, however, have a Bill of Sale which shows Epic's acquisition of ANDA 075481; attached redacted version of that Bill of Sale | BKA417 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 174

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/11/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; advise spoke with the Rising team; request provide either a copy of Epic's APA or Annex I (containing the ANDAs they acquired); advise if preferable, even just a version of the Annex I with all products redacted except for the ANDA 075481 would suffice. | BKA417 | 0.10 | 102.50 |
| 02/11/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration ANDA 075494; advise confirming that the exchange of applications is correct as it appears that the two ANDAs were switched on the master spreadsheet used to register these two products. | BKA417 | 0.10 | 102.50 |
| 02/11/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; acknowledge switching of representation | BKA417 | 0.10 | 102.50 |
| 02/11/25 | JTC | Review email from Greg Patton of Cozen re: Midazolam Hydrochloride Registration; confirms the two appear to have been switched on the master spreadsheet used to register the respective products | BKA417 | 0.20 | 205.00 |
| 02/11/25 | JTC | Review email from Dimple Bommanaboina re: Midazolam Hydrochloride Registration ANDA 075494; asks Cozen/Ropes Gray team to provide a response regarding the exchange of the applications; once have their feedback, can proceed accordingly | BKA417 | 0.10 | 102.50 |
| 02/11/25 | JTC | Review email from Dan Ton-That re: Midazolam Hydrochloride Registration; request confirm that Epic had ANDA 075481 in their purchase agreement; want ensure that Dr. Pei Zhang's assertion that this would be an exchange of ANDAs is correct (i.e., that it was an error in the ANDA registration going both ways). | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 175

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/03/25 | JTC | Review email from Dimple Bommanaboina re: Midazolam Hydrochloride Registration ANDA 075494; confirms provided point of contact for the exchange of Midazolam ANDA applications with Epic Pharma (Shankar Avulapati, Assistant General Manager of Regulatory Affairs) | BKA417 | 0.10 | 102.50 |
| 03/03/25 | JTC | Review email from Pei Zhang of Epic Pharma re: confirm receipt of update; advise created a OneDrive Shared Folder for documents exchange; will upload files of ANDA 075494; request upload the files of ANDA 075481 accordingly; the draft cover letter for ANDA 075494 Ownership Transfer has been uploaded; request input information of your company. | BKA417 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Todd Phillips and John Petrolino with TTE's wire instructions | BKA417 | 0.10 | 102.50 |
| 03/25/25 | JTC | Review email from Shankar avulapati of Rising Pharma re: Midazolam Hydrochloride Registration ANDA 075494; advise Pei Zhang of Epic Pharma that has uploaded files of ANDA #075481 in the link provided; the draft cover for ANDA 075494 Ownership Transfer has been updated/modified along with Rising information and uploaded into the same link; advise in addition, the draft cover letter for ANDA #075481 Ownership Transfer has been uploaded; request input information of company and upload the files of ANDA #075494 accordingly. | BKA417 | 0.10 | 102.50 |
| 04/04/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: confirm call scheduled for 4/7 | BKA417 | 0.10 | 102.50 |
| 04/23/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: final version of revised draft of Motion to Approve Sharing Agreement; includes JTC changes of 4/23 prior to circulating | BKA417 | 0.30 | 307.50 |
| 05/06/25 | JTC | Review email from Shankar avulapati re: Midazolam Hydrochloride Registration ANDA 075494; follow up to 3/25 email | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 176

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 05/06/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; advise is working on it and will provide update by this week. | BKA417 | 0.10 | 102.50 |
| 05/09/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; advise the dossier of ANDA 075494 have been uploaded; Epic's information has been updated in the transfer cover letter as well; request check if Akorn shared a chronology file of ANDA 075481 | BKA417 | 0.10 | 102.50 |
| 05/13/25 | AMM | Email correspondence with Pei Zhang regarding Akorn Midazolam Hydrochloride Registration ANDA | BKA417 | 0.10 | 89.50 |
| 05/22/25 | JTC | Review email from Shankar avulapati re: Midazolam Hydrochloride Registration ANDA 075494; advise has successfully downloaded the dossier and noted that the Amendments and Product Correspondence folders are completely empty; request share the necessary documents; additionally, request provide a timeline for the submission of the transfer of ownership sequence for this ANDA 075494 to Rising | BKA417 | 0.10 | 102.50 |
| 05/23/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; advise all documents of ANDA 075494 received from Akorn have been uploaded as is; the Ownership Transfer of ANDA 075494 to Rising could be submitted next week; request advise Rising's plans for ANDA 075481 | BKA417 | 0.10 | 102.50 |
| 05/26/25 | AMM | Email correspondence regarding Midazolam Hydrochloride Registration and introductions with relevant parties | BKA417 | 0.10 | 89.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 177

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 05/30/25 | JTC | Review email from Shankar Avulapati re: Midazolam Hydrochloride Registration ANDA 075494; request provide the submitted Ownership Transfer sequence copies for ANDA 075494, along with their receipt and acknowledgments for Rising's records; advise intend to submit the Ownership Transfer for ANDA 075481 to EPIC Pharma today, and the sequence will be provided upon submission. | BKA417 | 0.10 | 102.50 |
| 06/02/25 | JTC | Review email from Shankar Avulapati re: Midazolam Hydrochloride Registration ANDA 075494; currently awaiting information regarding the ownership transfer and submitted sequence copies for ANDA 075494; additionally, request inform if you have received any paper submissions from Akorn pertaining to ANDA 075494 | BKA417 | 0.10 | 102.50 |
| 06/03/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; checking if any paper documents of ANDA 075494 were received and circle back; request advise if have received any paper documents of ANDA 075481; inquire as to update for the ownership transfer of ANDA 075481 | BKA417 | 0.10 | 102.50 |
| 06/06/25 | JTC | Review email from Shankar Avulapati with attachments re: Midazolam Hydrochloride Registration ANDA 075494; advise the Ownership Transfer of Midazolam Hydrochloride Injection ANDA 075481 has been submitted to FDA on Jun 6, 2025 (seq#0027); attach acknowledgment copies | BKA417 | 0.10 | 102.50 |
| 06/09/25 | JTC | Review email from Dimple Bommanaboina re: Midazolam Hydrochloride Registration ANDA 075494; status of the paper documents for ANDA 075494 | BKA417 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 178
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/09/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; advise the ownership transfer of ANDA 075494 has been submitted; provide the sequence in the Shared folder; request also upload the sequence 0027 of ANDA 075481 for the ownership transfer to the shared folder | BKA417 | 0.10 | 102.50 |
| 06/09/25 | JTC | Review email from Pei Zhang re: Midazolam Hydrochloride Registration ANDA 075494; advise still working on paper documents for ANDA 075494; will update later | BKA417 | 0.10 | 102.50 |
| 06/10/25 | AMM | Email correspondence re: Midazolam Hydrochloride Registration ANDA details. | BKA417 | 0.10 | 89.50 |
| 07/21/25 | JTC | Review and respond to email from Robert Moir, counsel to Renew Pharmaceuticals Ltd. which acquired the intellectual property and other assets related to IC-Green re: transfer of IC-Green trademarks; advise Oak Tree Pharma LLC was a successful bidder for the IC-Green assets in the Akorn bankruptcy - Renew Pharmaceuticals subsequently acquired the assets; the closing book for the Akorn acquisition did not include an IP assignment and it does not appear that an assignment was ever executed; would like to prepare and file assignment at the USPTO and other Offices (for the trademarks identified in the provided list) that would transfer the trademarks from Akorn to Oak Tree Pharma LLC; advise the United States trademark is listed as owned by Akorn Operating Company LLC at the USPTO and the foreign trademarks are owned by Akorn Inc. at the foreign Offices; request advise thoughts on how best to proceed with the assignments; inquire who could sign the Akorn assignment as "Assignor"; JTC advise will review the transaction documents and circle back | BKA417 | 0.20 | 205.00 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                   Page 179
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/21/25 | JTC | Draft email to Anna McDonough, Greg Patton, Dave Doyle, and Jill Deeney of Cozen re: communication received from Robert Moir, counsel to Renew Pharmaceuticals Ltd. which acquired the intellectual property and other assets related to IC-Green re: transfer of IC-Green trademarks; request advise if have a closing book/binder for sale by Trustee in Akorn to Oak Tree Pharma LLC with copy of IP Assignment or otherwise possess a copy of executed IP Assignment to Oak Tree; it seems odd that there was not an IP assignment by the Trustee to Oak Tree (and wonder if there was a reason) | BKA417 | 0.20 | 205.00 |
| 07/21/25 | JTC | Review email from Greg Patton of Cozen with attachment re: transfer of IC-Green trademarks; provide The Oak Tree Closing Book; advise includes an executed IP Assignment and Assumption Agreement | BKA417 | 0.20 | 205.00 |
| 07/21/25 | JTC | Review email from Anna McDonough of Cozen re: Transfer of IC-Green trademarks; Oak Tree Closing Book | BKA417 | 0.10 | 102.50 |
| 07/21/25 | JTC | Draft email to Greg Patton of Cozen re: Transfer of IC-Green trademarks; confirm receipt of Oak Tree Closing Book; inquire if there is a Schedule 1 which should be attached to the IP Assignment and Assumption Agreement; advise it does not seem that the definition of Purchased Assets in the APA is somehow broad enough to include same without listing on a Schedule 1 | BKA417 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 180

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/21/25 | JTC | Review email from Greg Patton of Cozen re: Transfer of IC-Green trademarks; advise do not believe Schedule 1 was completed but will confirm as much; advise related, the APA provides "Purchased Assets means all of the Estates' right, title and interest in and to the assets and the Assigned Contracts/Leases set forth on Schedule 2.1(a)." That Schedule 2.1(a) further includes "all  that all goodwill and general intangible assets and rights of the Debtors or Estates to the extent relating to the other Purchased Assets…"; advise believes the thought at the time of closing was that there were no IP rights which needed to be separately distinguished or identified regarding the Purchased Assets, but, will review email and notes and revert. | BKA417 | 0.10 | 102.50 |
| 07/23/25 | JTC | Review email from Robert Moir re: Transfer of IC-Green trademarks; status | BKA417 | 0.10 | 102.50 |
| 08/08/25 | JTC | Review Objection of Leadiant Biosciences, Inc. to Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA417 | 0.30 | 307.50 |
| 08/25/25 | JTC | Review email from Acha Tesyajantorn re: status of SSI Services, Inc. | BKA417 | 0.10 | 102.50 |
| | | **Total Asset Disposition** | | **16.50** | **14,380.50** |
| | | | | | |
| 11/27/24 | JTC | Review email from Dawn Summaria, counsel to Johnson Controls Security Solutions with attachment re: amount due; provide invoices | BKA418 | 0.10 | 96.00 |
| 12/03/24 | JTC | Review email from Kevin Posen re: Johnson Controls v. Akorn Operating Company; confirm receipt of JTC info; advise no dispute - just post petition charges | BKA418 | 0.10 | 96.00 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                    Page 181
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/03/24 | JTC | Review and respond to email from Kevin Posen re: Johnson Controls v. v. Akorn Operating Company; advise received inquiry and have passed it along to the Trustee and his accountants for review and if appropriate for payment; advise it may be that the charges are not obligations of the estate because are for a post-sale period; advise it seems odd that all the other invoices of Johnson Controls Security Solutions were paid; request advise if are aware of any dispute which existed as to this final invoice | BKA418 | 0.20 | 192.00 |
| 12/03/24 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from Dawn Summmaria, counsel to Johnson Controls Security Solutions; advise invoice has been submitted by Johnson Controls in the amount of $3,322.18. together with some purportedly supporting invoices; advise these charges appear to be post-petition charges for security system at various Debtor addresses; do not know if these are pre-sale or post-sale obligations; request respond directly to Mr. Posen as to any dispute, or, whether will be paid | BKA418 | 0.20 | 192.00 |
| 12/12/24 | JTC | Review email from Kevin Posen with attachments re: Johnson Controls v. v. Akorn Operating Company; request advise if can get paid | BKA418 | 0.10 | 96.00 |
| 12/20/24 | SEF | Reviewing and responding to additional email from counsel for Argo re potential distributions on certain general unsecured claims that it has apparently purchased | BKA418 | 0.20 | 159.00 |
| 12/31/24 | JTC | Telephone conference with R. Daly, former employee, re: explain distribution process; request provide contact info and will follow up with Trustee's accountants | BKA418 | 0.10 | 96.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 182
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/31/24 | JTC | Draft email to B. Homony (TTE's accountant) with attachments re: Akorn employees; advise was contacted by three former employees of Akorn (Robert Daly, Roderick Balram and Ekensi Rosario) who called JTC cell have sent the (attached) emails; advise they inquired as to why fellow employees had received distributions, but they had not and were also confused concerning WARN distribution v. estate distribution; JTC explained to them the difference between WARN and estate distribution; also explained that the claims review process was ongoing and that there could be many reasons why they were not included in distributions to date; they requested that JTC check on the status of the Trustee's review of their claim and let them know of a proposed timeline and/or of any problems with their claims; accordingly, passing their information along and request that B. Homony advise as to the status of distribution on their claims so that JTC can respond. | BKA418 | 0.20 | 192.00 |
| 12/31/24 | JTC | Telephone conference with Robert Daly (former employee) re: answer inquiries concerning interim and WARN distributions | BKA418 | 0.20 | 192.00 |
| 01/02/25 | JTC | Review email from TTE Miller re: Akorn employee inquiries; advised requested status on each from accountants | BKA418 | 0.10 | 102.50 |
| 01/04/25 | JTC | Review email from TTE Miller re: advise each employee not yet receiving distribution has a WARN Act component of their claim; the Trustee is awaiting the WARN Act motion to be approved and see what the employee elects when they get the notice; no employees who filed a claim which elected WARN are receiving distribution until their election to be in the WARN group is made or not made | BKA418 | 0.10 | 102.50 |

Akorn Holding Company LLC                                          October 22, 2025
File Number: 00574256                                                      Page 183
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/04/25 | JTC | Review detailed email from John Reynolds (TTE's accountant) re: Akorn employees; provide with status on employees who did not receive distribution to enable response to inquiry | BKA418 | 0.20 | 205.00 |
| 01/22/25 | JTC | Review email from Victoria Wright, Investigator II, Collection & Enforcement Activity Division of Taxation, State of NC re: status of distribution and also filing returns; advise there are several batches of checks that keep getting sent to Taxation from the trustee for Akron Operating Company LLC; only one check is for Taxation and the rest are for the Department of Labor; provide address for checks for Labor to be sent | BKA418 | 0.10 | 102.50 |
| 01/22/25 | JTC | Draft email to Victoria Wright, Investigator II, Collection & Enforcement Activity Division of Taxation re: confirm requesting that the Chapter 7 Trustee's Accountants at Miller Coffey Tate LLP reach out to address the issues identified in email concerning application of checks | BKA418 | 0.20 | 205.00 |
| 01/22/25 | JTC | Review email from Victoria Wright, Investigator II, Collection & Enforcement Activity Division of Taxation (2nd) re: confirm receipt of info that JTC has requested that the Chapter 7 Trustee's Accountants at Miller Coffey Tate LLP reach out to address the issues identified in email concerning application of checks | BKA418 | 0.10 | 102.50 |
| 01/30/25 | JTC | Review email from Joseph Silber re: Thea Pharma - GUC Claim Distribution; request advise when the Trustee expects to file the next Motion to Distribute to Holders of General Unsecured Claims, and whether the Trustee expects to complete all General Unsecured Claim distributions by the end of 2025. | BKA418 | 0.10 | 102.50 |
| 02/04/25 | DD | Call and emails with J. Reynolds regarding Li Zhang claim. | BKA418 | 0.20 | 148.00 |
| 02/05/25 | DD | Review and respond to email from former employee G. Padgaonkar regarding interim distribution on employee claims. | BKA418 | 0.10 | 74.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 184

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/11/25 | JTC | Review email from Kevin Posen with multiple attachments re: Johnson Controls v. v. Akorn Operating Company; advise client needs to be paid for outstanding invoices; attach invoices | BKA418 | 0.20 | 205.00 |
| 02/19/25 | DD | Call with former employee G. Abusaifan regarding inquiry on interim distributions. | BKA418 | 0.10 | 74.00 |
| 02/19/25 | DD | Telephone call with M. Del Ray (former employee) regarding priority distributions to creditors (.2); email J. Reynolds and M. Del Ray regarding same (.1). | BKA418 | 0.30 | 222.00 |
| 02/24/25 | DD | Phone call with former employee Fernandez regarding status of payment and email him with instructions to contact J. Reynolds. | BKA418 | 0.10 | 74.00 |
| 03/05/25 | JTC | Review email from TTE Miller re: request of Dvir Weinberg for info on creditor pool; TTE advises to direct him to the Claims Register; the Trustee provides no estimates for anything unless requested by the Court | BKA418 | 0.10 | 102.50 |
| 03/14/25 | JTC | Draft email to TTE Miller and accountants re: Akorn re: received telephone call from former employee at Amityville location (Rich Hemmings) | BKA418 | 0.10 | 102.50 |
| 03/31/25 | JTC | Telephone conference with Rafael Zahralddin re: Galenicum POC; desire to sell claim; request ascertain if Trustee will confirm amount of claim | BKA418 | 0.10 | 102.50 |
| 03/31/25 | JTC | Review email from Rafael Zahralddin re: Galenicum POC; advise as discussed, is speaking to a broker to sell their claim, and as his client is in Spain they wanted to make sure that once they sell, they are done with the claim and don't continue to accrue transaction costs (legal and accounting fees); request advise if can agree to stipulate to this unsecured claim amount; the Debtor has them scheduled; attach the filed POC and the schedules | BKA418 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 185

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/25 | JTC | Draft email to TTE Miller with attachments re: communications received from Rafael Zahralddin re: Galenicum POC; request TTE advise if want to stipulate to an amount on Galenicum claim; apparently listed in Schedules as a general unsecured claim (3.255) on page 129 at $250,000  whereas POC is in the amount of $272,931.51; Rafael Zahralddin advises that they are looking to sell claim to claims trader, Seaport | BKA418 | 0.20 | 205.00 |
| 04/01/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Galenicum POC; advise no issue with the amount, however it is a late filed claim; the bar date is 6/26/2023 and Galenicum did receive the required notice to the address identified on their filed proof of claim and filed several pleadings on the docket in advance of the bar date including at D.I. 191 – Objection to Cure and Assumption and Assignment; the POC was filed over a year late on 7/15/2024. | BKA418 | 0.10 | 102.50 |
| 04/01/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: Galenicum POC; confirm dollar amount | BKA418 | 0.10 | 102.50 |
| 04/01/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: Galenicum POC; confirm receipt of info that is late filed claim; request confirm dollar amount; request TTE Miller advise if have issue advising Rafael Zahralddin that agree to amount of claim but it is a late claim | BKA418 | 0.10 | 102.50 |
| 04/02/25 | JTC | Review emails from TTE Miller re: Galenicum POC; advise no support attached to the PoC; will allow if R. Zahralddin amends to $250K or if provides support for the $279k | BKA418 | 0.10 | 102.50 |
| 04/14/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: status | BKA418 | 0.10 | 102.50 |
| 05/21/25 | DD | Review and respond to inquiry from unsecured creditor Hain Capital regarding status of bankruptcy case. | BKA418 | 0.10 | 74.00 |
| 06/17/25 | JTC | Review email from Rafael Zahralddin re: Galenicum POC; status of agreeing to allowance | BKA418 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 186

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 06/30/25 | JTC | Review email from Rafael Zahralddin re: Galenicum; confirm receipt of JTC response; will forward proposed stipulation | BKA418 | 0.10 | 102.50 |
| 08/12/25 | DD | Speak with former Akorn employee M. Mizgai regarding claim amounts and payments made (.1); email J. Reynolds regarding same (.1). | BKA418 | 0.20 | 148.00 |
| 08/13/25 | SEF | Reviewing inquiry from certain former employee re status of distributions made, and/or to be made, to her, and reviewing Trustee's prior interim distribution motions and schedules, and WARN Act settlement agreement and class member schedule, re same (.8); preparing email to W. Homony and J. Reynolds re same (.3) | BKA418 | 1.10 | 935.00 |
| 08/14/25 | JTC | Review email from Bill Homony (TTE's accountant) re: inquiry from former employee Daris Taveras; advise D. Taveras received a net check of $x (gross priority up to the cap of $x) from the Trustee in accordance with the referenced interim distribution order; she is a Warn Act Class claimant but was not a component of the Trustee's priority distribution under the Warn Act Settlement by virtue of her previous receipt of the Trustee's prior priority distribution; she should receive a future GUC distribution from Warn counsel and potentially from the Trustee for the remaining unsecured portion of her claim. | BKA418 | 0.10 | 102.50 |
| 08/14/25 | SEF | Reviewing email from W. Homony re distribution made thus far to certain employee, in response to inquiry previously received from that employee re same | BKA418 | 0.10 | 85.00 |
| 08/18/25 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) re: Paul Maggio former employee of Akorn; request advise status of check to enable response to Evelyn Junco | BKA418 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 187

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/18/25 | JTC | Review email from Evelyn Junco re: advise father (Paul Maggio) was a former employee of Akorn, and was aware that a distribution from the state was made to him around the end of 2024 or the beginning of this year; unfortunately, he never received it; request advise if is possible that the payment was sent to his previous address at: 850 W East Little Neck Road, West Babylon, NY; advise her father has recently passed away; review of bank accounts, and have not found any record of a deposit of this distribution; request assist my mother in determining whether the check can be reissued and, if so, have it sent to her current address of 2219 E 11th St., Unit 232 Tulsa, OK 74104 | BKA418 | 0.10 | 102.50 |
| 08/18/25 | JTC | Review email from Acha Tesyajantorn of CRG Financial, LLC re: confirm receipt of info from JTC; advise the recited claims do fall under those categories except for SSI SERVICES, INC. | BKA418 | 0.10 | 102.50 |
| 08/18/25 | JTC | Review and respond to email from Acha Tesyajantorn of CRG Financial, LLC re: follow up on CRG company, CRG Financial LLC claims; JTC advise the Trustee has not yet made distributions on claims under $10,000 or which are subject to avoidance actions (or otherwise not yet determined to be allowable claims); request advise if the recited claims fall into any of these categories | BKA418 | 0.10 | 102.50 |
| 08/19/25 | JTC | Review email from TTE Miller with attachment re: Paul Maggio check; confirm amount and date cleared | BKA418 | 0.10 | 102.50 |
| 08/19/25 | JTC | Review email from TTE Miller re: Paul Maggio; will review and circle back on inquiry by daughter, Evelyn Junco | BKA418 | 0.10 | 102.50 |
| 08/21/25 | JTC | Review and respond to email from Kenny Chiaghana re: GUC Distributions - CV II Gurnee LLC, Claim No. 405; JTC confirm has followed up with TTE's accountants and will circle back | BKA418 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 188

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 08/27/25 | JTC | Draft email to Evelyn Junco (daughter of deceased creditor) with attachment re: Paul Maggio; advise the Trustee reports that a distribution Check #101535 in the amount of $8,582.47 was issued on 12/20/24 and already cleared on 12/31/24; provide copy of check; advise given that payment appears to have already been made, no additional check will be issued. | BKA418 | 0.20 | 205.00 |
| 09/26/25 | JTC | Review email from Kenny Chiaghana re: GUC Distributions - CV II Gurnee LLC, Claim No. 405; request confirm whether the Trustee's accountants explained their claim's absence from the two motions for GUC distributions so far; understand things have been busy, but would be happy with any information on why their claim has been excluded so far. | BKA418 | 0.10 | 102.50 |
| | | **Total Creditors' Ct, Bondholders, Debtholders, Bank Group** | | **7.30** | **6,835.00** |
| 11/25/24 | JTC | Review documentation received from Bill Homony (Trustee Accountant) re: support for Second Omnibus Objection to Claims and underlying POCs | BKA419 | 0.30 | 288.00 |
| 11/25/24 | JTC | Review email from Jill Deeney of Cozen with attachments re: GP Pharm SA Proof of Claim and documentation received from Bill Homony (TTE's accountant) on 10.17.24; advise not sure if was addressed | BKA419 | 0.20 | 192.00 |
| 12/02/24 | SEF | Reviewing and responding to email from counsel for Argo re potential allowance of certain other unsecured claims that they've purchased | BKA419 | 0.20 | 159.00 |
| 12/02/24 | SEF | Reviewing and responding to email from W. Homony re Argo's claims, and re claims review process in general | BKA419 | 0.20 | 159.00 |
| 12/09/24 | JTC | Review email from Morena Mejia re: advise original claim no. 259; incorrect completion of POC; request provide guidance | BKA419 | 0.10 | 96.00 |
| 12/10/24 | JTC | Review email from Jill Deeney of Cozen re: Morena Mejia original claim no. 259; confirm will respond | BKA419 | 0.10 | 96.00 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 189

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/10/24 | JTC | Draft email to Jill Deeney of Cozen re: request pull claim of Morena Mejia (no. 259) | BKA419 | 0.10 | 96.00 |
| 12/10/24 | JTC | Draft email to Jill Deeney of Cozen re: Morena Mejia original claim no. 259; incorrect selection | BKA419 | 0.10 | 96.00 |
| 12/10/24 | JTC | Review email from Morena Mejia re: status of claim no. 259 | BKA419 | 0.10 | 96.00 |
| 12/11/24 | JTC | Review email from P. Giordano of Cozen with attachment re: provide Proof of Claim no. 76-1 of Mark R. Ray in the amount of $380,988.00. | BKA419 | 0.20 | 192.00 |
| 02/04/25 | DD | Call with former employee L. Zhang regarding interim distribution for employee claims. | BKA419 | 0.20 | 148.00 |
| 02/05/25 | JTC | Review email from Simon Fraser of Cozen re: claim of EL Pruitt; comments to revised Stipulation | BKA419 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review Notice of Address Change re: Claim #175. Filed by Andreina Marmol Almonte | BKA419 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review Exhibit(s) to Claim #353 for $15,000. Filed by Francisca Ramirez | BKA419 | 0.10 | 102.50 |
| 02/24/25 | JTC | Review Exhibit(s) to Claim #354 for $20,000. Filed by Julio Rodriguez | BKA419 | 0.10 | 102.50 |
| 03/10/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: list of claims acquired by Argo | BKA419 | 0.10 | 102.50 |
| 03/10/25 | SEF | Reviewing spreadsheet listing GUCs acquired by Argo (.1); preparing email to W. Homony re same (.1) | BKA419 | 0.20 | 170.00 |
| 04/24/25 | JTC | Review detailed email from Schuyler Carroll, counsel to Walgreens re: advise his inquiry relates to claim No. 311 filed by Walgreens Boots Alliance Development GMBH; request advise as soon as possible to advise when the distribution on claim no. 311 will be made | BKA419 | 0.10 | 102.50 |
| 08/30/25 | SEF | Reviewing emails from counsel for Henderson Constructors and counsel at Saul Ewing re Henderson's claims in the bankruptcy case | BKA419 | 0.10 | 85.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 190

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/02/25 | SEF | Reviewing and responding to email from Evan Miller re administrative expense claim allegedly held by Direct Energy Business (.1); reviewing and responding to email from counsel for Direct Energy Business re same (.1) | BKA419 | 0.20 | 170.00 |
| 09/02/25 | SEF | Reviewing back-up information provided by counsel for Direct Energy Business and information and documents in file about the debtors' subject premises (.5); preparing email to Evan Miller and Paige Topper re apparent lack of merit to Direct Energy Business' assertion that it holds an administrative expense claim against the estates (.4) | BKA419 | 0.90 | 765.00 |
| 09/03/25 | JLD | Pull and review Proof of Claim #14 filed by SSI Services, Inc. in the Debtor case of Akorn Intermediate Company LLC Case No. 23-10254 to enable response to claimant regarding distribution | BKA419 | 0.10 | 36.50 |
| 09/03/25 | JLD | Draft email to J. Carroll of Cozen attaching as filed copy of Proof of Claim #14 filed by SSI Services, Inc. in the Debtor case of Akorn Intermediate Company LLC Case No. 23-10254; advise Invoice attached to the Proof of Claim is directed to Akorn Pharmaceuticals, Inc. which is not a Debtor affiliated with the jointly administered cases of Akorn Holding Company, LLC,; also, the Master Professional Services Agreement attached to the Proof of Claim is between Akorn, Inc. and SSI Services, Inc. | BKA419 | 0.20 | 73.00 |
| 09/03/25 | JTC | Draft email to Jill Deeney of Cozen re: instruct to pull proof of claim of SSI Services, Inc. to enable response to Acha Tesyajantorn of 8/25 | BKA419 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 191

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/03/25 | JTC | Review detailed email from Jill Deeney of Cozen with attachments re: provide requested claim No. 14 filed by SSI Services, Inc.; advise the basis of the claim is 2023 Services Contract; the claim was filed in the Debtor case of Akorn Intermediate Company LLC Case No. 23-10254; note the Invoice attached to the Proof of Claim is directed to Akorn Pharmaceuticals, Inc. which is not a Debtor affiliated with the jointly administered cases of Akorn Holding Company, LLC, Case No. 23-10253; Akorn Intermediate Company LLC, Case No. 23-10254, or Akorn Operating Company LLC, Case No. 23-10255; also, the Master Professional Services Agreement attached to the Proof of Claim is between Akorn, Inc. and SSI Services, Inc.; Akorn, Inc. is the separately filed and pending Chapter 11, Case No. 20-11177; also, Akorn Pharmaceuticals, Inc. is not an affiliated Debtor with Akorn, Inc. | BKA419 | 0.30 | 307.50 |
| 09/03/25 | SEF | Reviewing and responding to email from counsel for Direct Energy Business re its asserted administrative expense claim (.2); reviewing and responding to email from D. Doyle re same (.1); reviewing and responding to email from E. Miller re same (.1) | BKA419 | 0.40 | 340.00 |
| 09/03/25 | SEF | Phone call with D. Doyle re asserted administrative expense claim of Direct Energy Business (.1); reviewing and responding to additional email from counsel for Direct Energy Business re same (.1) | BKA419 | 0.20 | 170.00 |
| 09/04/25 | JTC | Review email from Tyrone Haynes, counsel for Direct Energy re: confirm receipt of S. Fraser response; advises to consider topic closed | BKA419 | 0.10 | 102.50 |
| 09/04/25 | SEF | Reviewing emails from counsel for Direct Energy Business, J. Carroll, and E. Miller re Direct Energy Business' asserted administrative expense claim | BKA419 | 0.10 | 85.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                                Page 192
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/15/25 | JTC | Review email from Kenny Chiaghana re: GUC Distributions - CV II Gurnee LLC, Claim No. 405; request advise status of claim No. 405 | BKA419 | 0.10 | 102.50 |
| 09/16/25 | JTC | Review email from Acha Tesyajantorn re: status of SSI Services, Inc.; claim distribution | BKA419 | 0.10 | 102.50 |
| 09/24/25 | SEF | Reviewing and responding to email from W. Homony re potentially objecting to claim for alleged liquidated damages asserted by Aramark (.3); reviewing that proof of claim and back-up documents, and assessing the validity of Aramark's claim for alleged liquidated damages (.7) | BKA419 | 1.00 | 850.00 |
| 09/25/25 | JLD | Prepare updates to pleading index and claims index to include documents related to  Trustee's First (Substantive) Omnibus Claim Objection and Trustee's Second (Non-substantive) Omnibus Claim Objection | BKA419 | 0.30 | 109.50 |
| 09/25/25 | JLD | Begin draft preparation of Trustee's First (Substantive) Omnibus Claim Objection | BKA419 | 0.50 | 182.50 |
| 09/25/25 | JLD | Begin draft preparation of Trustee's Second (Non-substantive) Omnibus Claim Objection | BKA419 | 0.50 | 182.50 |
| 09/25/25 | JTC | Review email from Acha Tesyajantorn of CRG Financial, LLC re: status of SSI Services, Inc.; claim distribution | BKA419 | 0.10 | 102.50 |
| | | **Total Claims Review/Objections** | | **7.90** | **6,272.00** |
| 11/27/24 | JLD | Prepare and assemble document for filing; e-file Third Interim Application Of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants to the Trustee for Compensation and for Reimbursement Of Expenses for the Period October 1, 2023 through September 30, 2024 | BKA422 | 0.10 | 34.00 |
| 11/27/24 | JLD | Prepare revisions to draft Third Interim Application Of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants to the Trustee for Compensation and for Reimbursement Of Expenses for the Period October 1, 2023 through September 30, 2024 | BKA422 | 0.10 | 34.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 193

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 11/27/24 | JTC | Preliminary review email from John Reynolds (TTE's accountant) with attachment re: MCT 3rd interim fee application for filing today | BKA422 | 0.20 | 192.00 |
| 11/27/24 | JTC | Review and approving for filing Third Interim Application of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants to the Trustee for Compensation and for Reimbursement of Expenses for the Period October 1, 2023 through September 30, 2024 | BKA422 | 0.10 | 96.00 |
| 12/10/24 | JTC | Review email from Paige Topper re: Saul Ewing Supplemental Retention Application; request confirm Cozen will file the CNO | BKA422 | 0.10 | 96.00 |
| 12/10/24 | JTC | Telephone conference with Jill Deeney of Cozen re: Saul Ewing Supplemental Retention Application; instruct to Saul Ewing confirm with that will prepare and file the CNO and submit same to chambers together with the proposed Order | BKA422 | 0.10 | 96.00 |
| 12/11/24 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.30 | 102.00 |
| 12/11/24 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.10 | 34.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 194

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/11/24 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on December 18, 2024 together with a copy of the referenced fee applications | BKA422 | 0.10 | 34.00 |
| 12/11/24 | JLD | Prepare hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on December 18, 2024 | BKA422 | 0.30 | 102.00 |
| 12/12/24 | JLD | Prepare draft Certification of No Objection regarding Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.30 | 102.00 |
| 12/12/24 | JLD | Prepare and assemble document for filing; e-file Certification of No Objection regarding Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.10 | 34.00 |
| 12/12/24 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching (1) Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024; and (2) as filed Certificate of No Objection; advising proposed order has been uploaded | BKA422 | 0.10 | 34.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 195

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/12/24 | JTC | Review and approve filing of Certificate of No Objection Regarding Supplemental Application of George L. Miller, Chapter 7 Trustee, for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.10 | 96.00 |
| 12/12/24 | JTC | Review email from Jill Deeney of Cozen re: confirms provided Chambers with 1. Supplemental Application for Entry of an Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief; and 2. Certificate of No Objection Regarding Supplemental Application; also confirms Order uploaded | BKA422 | 0.10 | 96.00 |
| 12/13/24 | JLD | Prepare and assemble document for filing; e-file Certificate of Service Regarding Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 202 | BKA422 | 0.10 | 34.00 |
| 12/13/24 | JLD | Prepare draft Certificate of Service Regarding Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 202 | BKA422 | 0.30 | 102.00 |
| 12/13/24 | JLD | Pull from Court Docket and index entered Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.10 | 34.00 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                   Page 196
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/13/24 | JTC | Review now entered Order (I) Authorizing the Expanded Scope of Employment and Retention of Saul Ewing LLP as Special Counsel to Chapter 7 Trustee, Effective as of November 12, 2024 and (II) Granting Related Relief | BKA422 | 0.10 | 96.00 |
| 12/13/24 | JTC | Draft email to Evan Miller re: A/R retention application; advise the original application is broad enough to cover additional account debtors, but if changing terms from hourly to contingent; the change in payment terms would require a modified application | BKA422 | 0.20 | 192.00 |
| 12/16/24 | JLD | Prepare draft Certificate of No Objection Regarding Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee | BKA422 | 0.30 | 102.00 |
| 12/16/24 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee; Upload Proposed Order | BKA422 | 0.10 | 34.00 |
| 12/16/24 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Third Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2023 through September 30, 2024 | BKA422 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review now entered Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses Approving for Miller Coffey Tate, LLP | BKA422 | 0.10 | 96.00 |
| 01/02/25 | JTC | Review email from Al Ciardi re: advise has a vanilla retention application that can share but if the settlement with the shareholders requires anything request advise | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC                                              October 22, 2025
File Number: 00574256                                                          Page 197
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/02/25 | JTC | Review email from TTE Miller re: retention app.; advise Al Ciardi that do not think anything from the shareholders is necessary | BKA422 | 0.10 | 102.50 |
| 01/02/25 | JTC | Draft email to Al Ciardi re: conflict Chapter 5 claims; request provide vanilla application to handle the preference actions together with proposed Declaration and proposed engagement letter; advise CO will file the application and provide and provide suggested revisions in advance of filing if any are needed. | BKA422 | 0.10 | 102.50 |
| 01/02/25 | JTC | Review email from Al Ciardi re: conflict Chapter 5 claims; advise do not have a separate engagement letter but can get one for TTE Miller ASAP; will provide draft prepared and JTC can comment | BKA422 | 0.10 | 102.50 |
| 01/02/25 | JTC | Review email from Walter Gouldsbury of Ciardi with attachment re: provide draft retention application for Ciardi Ciardi & Astin as special counsel | BKA422 | 0.20 | 205.00 |
| 01/02/25 | JTC | Review email from TTE Miller re: Akorn Lawyer and Conflict Chapter 5 Claims; advise Al Ciardi has agreed to do the Chapter 5 claims; request advise if want to have a call before he prepares his App to Employ | BKA422 | 0.20 | 205.00 |
| 01/06/25 | JTC | Review email from Al Ciardi re: comments on Ciardi retention application | BKA422 | 0.10 | 102.50 |
| 01/10/25 | JTC | Draft email to Walter Gouldsbury and A. Ciardi with attachment re: comments to Ciardi retention application; may proceed to file subject to making changes | BKA422 | 0.20 | 205.00 |
| 01/15/25 | JLD | Pull from Court Docket and index Application of the Chapter 7 Trustee for an Order Authorizing the Employment of Ciardi, Ciardi & Astin as Special Counsel, Nunc Pro Tunc to December 16, 2024; special counsel for collection actions related to accounts receivables | BKA422 | 0.10 | 36.50 |
| 01/15/25 | JTC | Review as-filed Application/Motion to Employ/Retain Ciardi Ciardi & Astin as Special Counsel Filed by George L. Miller | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 198

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/03/25 | JTC | Review Certificate of No Objection re: Ciardi retention | BKA422 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review Notice of Saul Ewing LLP's Annual Rate Increase | BKA422 | 0.10 | 102.50 |
| 02/04/25 | JTC | Review now entered Order Authorizing the Employment and Retention of Ciardi Ciardi & Astin as Special Counsel to the Chapter 7 Trustee, Nunc Pro Tunc to December 16, 2024 | BKA422 | 0.10 | 102.50 |
| 02/05/25 | JTC | Review and respond to email from Andrew Glenn re: Ciardi firm; inquire why Ciardi being retained; JTC advise the Ciardi firm is pursuing avoidance actions of the estates against former professional firms employed by the Debtor | BKA422 | 0.20 | 205.00 |
| 02/17/25 | JTC | Review and respond to email from TTE Miller re: TTE interim comp.; request advise availability to meet on 2/25 to determine steps and procedures to file an interim application by 3/17 | BKA422 | 0.10 | 102.50 |
| 02/24/25 | JLD | Prepare initial draft Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. §§ 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation and proposed order thereto | BKA422 | 4.00 | 1,460.00 |
| 03/03/25 | JLD | Prepare revisions to draft Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation; (Trustee and Bill Homony's edits) | BKA422 | 0.30 | 109.50 |
| 03/04/25 | JLD | Prepare final revisions to draft Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.30 | 109.50 |
| 03/04/25 | JLD | Prepare and assemble document for filing; e-file and serve Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.20 | 73.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 199

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/05/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Certificate of Service Regarding Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.10 | 36.50 |
| 03/05/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.30 | 109.50 |
| 03/14/25 | JTC | Review and respond to email from TTE Miller re: Trustee Services; time and pending application | BKA422 | 0.20 | 205.00 |
| 03/17/25 | JTC | Preliminary review of email from TTE Miller with attachment re: Trustee services; provide George Miller's Akorn time from inception through Feb. 28, 2025; needed for Interim App. | BKA422 | 0.30 | 307.50 |
| 03/26/25 | JLD | Prepare draft Certificate of No Objection Regarding Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.30 | 109.50 |
| 03/26/25 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation; upload Proposed Order | BKA422 | 0.10 | 36.50 |
| 03/27/25 | JLD | Prepare hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on April 11, 2025 | BKA422 | 0.20 | 73.00 |
| 03/27/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with hyperlinked fee index regarding Professional Fee Applications to be included in Notice of Agenda of Matters Scheduled for Hearing on April 11, 2025 | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC                                                    October 22, 2025
File Number: 00574256                                                              Page 200
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/28/25 | JLD | Pull from Court Docket and index enterd Order Approving Motion of Chapter 7 Trustee for an Order Pursuant to 11 U.S.C. Sections 105(a), 326, 330 and 331 Allowing Trustee's Interim Compensation | BKA422 | 0.10 | 36.50 |
| 03/28/25 | JTC | Review email from Evan Miller with attachment re: Saul Ewing 3rd Interim fee application for review and approval for filing | BKA422 | 0.10 | 102.50 |
| 04/01/25 | JTC | Review and respond to Evan Miller with attachment re: Saul 3rd Interim; confirm TTE has signed off on filing; do not see any issues with proceeding to file | BKA422 | 0.20 | 205.00 |
| 04/01/25 | JTC | Review as-filed Interim Application for Compensation (Third Interim) for Saul Ewing LLP, Special Counsel, period: 10/1/2024 to 2/28/2025 | BKA422 | 0.10 | 102.50 |
| 04/01/25 | JTC | Draft email to Jill Deeney re: Saul 3rd Interim; absence of reason not to file now | BKA422 | 0.10 | 102.50 |
| 04/01/25 | JTC | Review email from Jill Deeney re: Saul 3rd Interim; confirm no reason on our side they cannot file | BKA422 | 0.10 | 102.50 |
| 04/02/25 | JTC | Preliminary review of email from John Reynolds (TTE's accountant) with attachments re: AR collections; advise has spoken with and agreed to engage JNR Adjustment Co. to pursue Accounts Receivable customers less than $10,000.00 for the Estate; had hired JNR Adjustment Co. in Interactive Health Solutions to pursue Accounts Receivable; the agreed upon rate between the Trustee and JNR for Akorn is 35%; attach an executed Collection Services Agreement between both parties; has included a copy of the Motion JTC prepared in another case. | BKA422 | 0.20 | 205.00 |
| 04/07/25 | DD | Review Siegel retention order, invoices, correspondence between Siegel firm, L. Cromley and J. Carroll, and Siegel engagement agreement (.4); email J. Carroll regarding same (.1). | BKA422 | 0.50 | 370.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 201
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/07/25 | JTC | Review email from Dave Doyle of Cozen re: confirm receipt of  communication received from Ashley Hebebrand of Siegel Tax concerning status of payment of outstanding invoices; advise will review and revert | BKA422 | 0.10 | 102.50 |
| 04/07/25 | JTC | Review email from Dave Doyle of Cozen re: Siegel Jennings employment; advise the retention order authorizes payment of the fees without further court order; TTE Miller's office reported receiving the checks in October; also asked if the contingency fee should be calculated based off the interest paid by the county; in the retention application, the trustee term "Contingency Fee" was defined as a fee equal to one-third of any "refund issued pursuant to an order of the [Appeal Board];" because the refund included interest, think the contingency fee should include the interest as well. | BKA422 | 0.10 | 102.50 |
| 04/07/25 | JTC | Draft email to Dave Doyle of Cozen re: communication received from Ashley Hebebrand of Siegel Tax concerning status of payment of outstanding invoices; status of the Trustee receiving the referenced refunds and Cozen employment of Siegel Jennings | BKA422 | 0.20 | 205.00 |
| 04/07/25 | JTC | Review email from Ashley Hebebrand of Siegel Tax with attachments re: status of payment of outstanding invoices | BKA422 | 0.10 | 102.50 |
| 04/15/25 | JTC | Review email from John Reynolds (TTE's accountant) re: status of engagement of JNR engagement | BKA422 | 0.10 | 102.50 |
| 04/15/25 | JTC | Review and respond to email from Dave Doyle re: retention app. for Siegel Jennings; JTC authorize to proceed as outlined in 4/7 email to address payment of contingent fee issue with Trustee | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 202

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/17/25 | JTC | Review Certification of No Objection to Motion to Limit Notice Regarding Third Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for The Period From October 1, 2024 Through February 28, 2025 | BKA422 | 0.10 | 102.50 |
| 04/17/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Third Interim Fee Application of Saul Ewing LLP, as Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From October 1, 2024 Through February 28, 2025 | BKA422 | 0.10 | 102.50 |
| 04/17/25 | JTC | Review now entered Order Approving Third Interim Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 through February 28, 2025 | BKA422 | 0.10 | 102.50 |
| 04/23/25 | DD | Call L. Cromley (Miller Coffey Tate) regarding Siegel Jennings fees. | BKA422 | 0.10 | 74.00 |
| 04/28/25 | DD | Call with L. Cromley regarding Seigel & Jennings fees (.1); review SJ invoices and email L. Cromley regarding payment of same (.2). | BKA422 | 0.30 | 222.00 |
| 04/28/25 | JTC | Review email from Dave Doyle of Cozen re: confirms has advised Trustee that the order approving the retention of Siegel Jennings allows the Trustee to pay the contingency fee without further court order; the contingency fee is calculated as 1/3 of any refund issued; because the refund included interest, it is OK to calculate the contingency fee based on the interest paid; provide copies of SJ's invoices | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 203

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 05/30/25 | JLD | Finalize, prepare and assemble document for filing; e-file Fourth Interim Application for Compensation and for Reimbursement of Expenses for the period beginning October 1, 2024 through March 31, 2025 by Miller Coffey Tate LLP, Accountants and Bankruptcy Consultants to the Trustee | BKA422 | 0.30 | 109.50 |
| 05/30/25 | JTC | Telephone conference with Jill Deeney of Cozen re: receipt of MCT Akorn 4th Interim Fee Application for filing today; instruct to proceed | BKA422 | 0.10 | 102.50 |
| 05/30/25 | JTC | Preliminary review of email from John Reynolds (TTE's accountant) re: MCT Akorn 4th Interim Fee Application for filing today | BKA422 | 0.20 | 205.00 |
| 05/30/25 | JTC | Review and authorize filing final version of Interim Application for Compensation (Fourth) for Miller Coffey Tate LLP, Accountant, period: 10/1/2024 to 3/31/2025 | BKA422 | 0.20 | 205.00 |
| 06/03/25 | JLD | Prepare draft Motion to Limit Service of Notice Regarding  Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 | BKA422 | 0.40 | 146.00 |
| 06/03/25 | JLD | Prepare and assemble document for filing; e-file Motion to Limit Service of Notice Regarding  Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 | BKA422 | 0.10 | 36.50 |
| 06/03/25 | JTC | Review and authorize filing of Motion to Limit Notice Motion to Limit Service of Notice Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 | BKA422 | 0.20 | 205.00 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 204
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 06/10/25 | JTC | Review email from John Reynolds (TTE's accountant) re: JNR Adjustments Co / accounts receivable; status of agreement | BKA422 | 0.10 | 102.50 |
| 06/10/25 | JTC | Draft email to Jill Deeney of Cozen re: inquiry of John Reynolds (TTE's accountant) on JNR Adjustments Co / accounts receivable; status of agreement | BKA422 | 0.10 | 102.50 |
| 06/13/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with Professional fee index | BKA422 | 0.10 | 102.50 |
| 06/17/25 | JTC | Review and approve Certificate of No Objection Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 | BKA422 | 0.10 | 102.50 |
| 06/17/25 | JTC | Review now entered Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses | BKA422 | 0.10 | 102.50 |
| 06/18/25 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2024 through March 31, 2025 | BKA422 | 0.10 | 102.50 |
| 06/18/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Fourth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period From October 1, 2024 Through March 31, 2025 | BKA422 | 0.10 | 102.50 |
| 07/01/25 | JTC | Review email from Evan Miller with attachment re: first contingency fee app. of Saul Ewing for review and comment | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 205

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 07/02/25 | JTC | Review email from Evan Miller with attachment re: first contingency fee app. (Saul); revised app; request advise comments | BKA422 | 0.30 | 307.50 |
| 07/02/25 | JTC | Review email from Evan Miller re: first contingency fee app. (Saul); receipt of JTC comments; additional comments | BKA422 | 0.10 | 102.50 |
| 07/02/25 | JTC | Draft email to Evan Miller re: JTC comments to first contingency fee app. (Saul) and review of same; need for modification | BKA422 | 0.40 | 410.00 |
| 07/03/25 | JTC | Review and respond to email from Evan Miller re: first contingency fee app. (Saul); advise will file a motion to limit notice as with all of their fee apps. in this case | BKA422 | 0.10 | 102.50 |
| 07/03/25 | JTC | Review as-filed copy of Interim Application for Compensation Fourth Interim (Contingent) for Saul Ewing LLP, Special Counsel, period: 11/12/2024 to 6/30/2025; confirm requested revisions incorported on cost issue | BKA422 | 0.20 | 205.00 |
| 07/03/25 | JTC | Review Motion to Limit Notice Motion to Limit Service of Notice Regarding Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, The Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 through June 30, 2025 | BKA422 | 0.10 | 102.50 |
| 07/03/25 | JTC | Review and respond to email from Evan Miller re: first contingency fee app (Saul); confirm JTC approves revisions; can proceed with filing | BKA422 | 0.20 | 205.00 |
| 07/11/25 | JLD | Begin initial draft preparation of Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 1.20 | 438.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 206

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/14/25 | JTC | Review First Interim Application of Ciardi Ciardi & Astin for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the period from December 16, 2024 Through May 31, 2025 for John Daniel McLaughlin Jr., Special Counsel, period: 12/16/2024 to 5/31/2025 | BKA422 | 0.10 | 102.50 |
| 07/15/25 | JLD | Draft email to J. Carroll of Cozen regarding review of Akorn JNR Collection Services Agreement; advise of several issues with the agreement as drafted including (1) Agreement is between the Estate of Akorn Operating Company LLC the "Debtor" as opposed to George L. Miller the "Trustee"; (2) the Agreement does not provide for reimbursement of Costs to JNR; (3) the Agreement provides for fee application filing as opposed to Notice procedure | BKA422 | 0.30 | 109.50 |
| 07/15/25 | JLD | Continue draft preparation of Trustee's Application to Employ JNR as Collection Agent for collection of Accounts Receivable | BKA422 | 0.30 | 109.50 |
| 07/15/25 | JTC | Draft email to Jill Deeney of Cozen with attachment re: AR collections; coordination of filing motion; advise the Trustee agreed to engage JNR Adjustment Co. to pursue Accounts Receivable customers of less than $10,000.00; the agreed upon rate between the Trustee and JNR for Akorn is 35%; Jack Reynolds (TTE's accountant) previously sent the (attached) executed Collection Services Agreement; also attach a copy of the Motion prepared and filed in Interactive Health which can serve as a template. | BKA422 | 0.20 | 205.00 |
| 07/15/25 | JTC | Review email from Jill Deeney of Cozen re: AR collections; confirm working on draft based on prior motion | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 207

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: AR collections / JNR; advise the Akorn JNR Collection Services Agreement has different defined terms than the Collection Services Agreement in other cases requiring some additional close reading; also, note the Akorn JNR Collection Services Agreement is between the Estate of Akorn Operating Company LLC (the "Debtor") as opposed to George L. Miller (the "Trustee"). | BKA422 | 0.10 | 102.50 |
| 07/15/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: JNR; also advise the Akorn/ JNR Agreement does not include the section for attorney Fees and Costs as provided for in other agreements. | BKA422 | 0.10 | 102.50 |
| 07/15/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: AR collections / JNR; advise the Akorn / JNR Agreement defines the estate of Akorn Operating Company LLC (the "Debtor") (hereinafter "Client") as opposed to George L. Miller (the "Trustee") (hereinafter "Client"); also, the Akorn / JNR Agreement fails to include the important language which we established on how JNR is to be paid (see below) by the filing of a fee notice on a 10 day objection period. | BKA422 | 0.20 | 205.00 |
| 07/18/25 | JTC | Review Notice of Certificate of No Objection Regarding Motion to Limit Notice Regarding Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 Through June 30, 2025 | BKA422 | 0.10 | 102.50 |
| 07/22/25 | JTC | Review detailed email from Jill Deeney of Cozen with attachments re: JNR Collection Services Agreement; emails summarizing defects in the Akorn/JNR Collection Services Agreement | BKA422 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 208

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/22/25 | JTC | Review now entered Order Granting Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 12, 2024 Through June 30, 2025 | BKA422 | 0.10 | 102.50 |
| 07/22/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Fourth Interim (Contingent) Fee Application of Saul Ewing LLP, Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From November 12, 2024 Through June 30, 2025 | BKA422 | 0.10 | 102.50 |
| 08/04/25 | JTC | Review now entered Order Authorizing Payment and Approving First Interim Application of Ciardi Ciardi & Astin for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Chapter 7 Trustee for the Period From December 16, 2024 Through May 31, 2025 | BKA422 | 0.10 | 102.50 |
| 08/05/25 | JLD | Prepare hyperlinked professional fee application index for fee applications listed for hearing on August 15, 2025 | BKA422 | 0.30 | 109.50 |
| 08/13/25 | JLD | Telephone conference with J. Carroll of Cozen regarding review of draft JNR Adjustment Company - A/R Collection Services Agreement; summarize review and discuss areas of concern requiring redraft; instruct to outline issues to be sent to John Reynolds of Miller Coffey Tate, Trustee's accountants; request Word version agreement to directly make edits | BKA422 | 0.20 | 73.00 |
| 08/13/25 | JLD | Draft detailed email to John Reynolds of Miller Coffey Tate, Trustee's accountants, summarizing review of draft JNR Adjustment Company - A/R Collection Services Agreement; provide bullet point comments to draft agreement and outline issues requiring attention and sections requiring re-drafting edits | BKA422 | 0.80 | 292.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 209

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/25 | JTC | Review email from Jill Deeney of Cozen re: JNR Adjustment Company - A/R Collection Services Agreement; advise it comes down to a lot of the issues causing concern with the Debtor being defined as the client and not the Trustee; also advise JTC mentioned the A/R collections are as to the Debtor, Akorn Operating Company LLC and that distinction was intentional. | BKA422 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from John Reynolds (TTE's accountant) re: JNR Adjustment Company - A/R Collection Services Agreement; confirm receipt of J. Deeney of Cozen detailed observations in reviewing the Akorn/JNR Collection Services Agreement (CSA); will review and circle back | BKA422 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review detailed email from Jill Deeney of Cozen re: JNR Adjustment Company - A/R Collection Services Agreement; observations in reviewing the Akorn/JNR Collection Services Agreement (CSA) | BKA422 | 0.30 | 307.50 |
| 08/13/25 | JTC | Telephone conference with J. Deeney of Cozen re: instruct to get Word version of JNR documents so can be corrected and filed | BKA422 | 0.10 | 102.50 |
| 08/13/25 | JTC | Review email from John Reynolds (TTE's accountant) re: follow up on the application to employment for JNR Adjustment Co. for the A/R less than $10,000.00 | BKA422 | 0.10 | 102.50 |
| 08/14/25 | JLD | Review and respond to email from Trustee Miller regarding draft JNR Agreement for A/R collections; advise returned concerns and comments to John Reynolds of Miller Coffey Tate; current form draft agreement needs revisions | BKA422 | 0.10 | 36.50 |
| 08/14/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: Word version of JNR Collection Services Agreement; advise that will enable making the changes to the "Client" however there are still open questions as to the method of payment (Notice v. Fee Application) and also the sections as to JNR's counsel fees. | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 210

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/14/25 | JTC | Review email from Jill Deeney re: communications with Jack Reynolds (TTE's accountant) re: JNR retention; coordination of revising | BKA422 | 0.10 | 102.50 |
| 08/19/25 | JLD | Telephone conversation with J. Carroll of Cozen confirming will take initial review of draft Collection Services Agreement with JNR Adjustment Company and revise same | BKA422 | 0.10 | 36.50 |
| 08/19/25 | JLD | Review and revise draft Collection Services Agreement with JNR Adjustment Company; prepare in clean and redline against original received from JNR | BKA422 | 0.50 | 182.50 |
| 08/25/25 | JLD | Draft email to J. Reynolds, Trustee's accountant advising we have revised the JNR Collection Services Agreement and anticipate circulating a redline version this week | BKA422 | 0.10 | 36.50 |
| 08/27/25 | JLD | Continue review and revisions to draft Akorn JNR Collection Services Agreement for collection of Accounts Receivable; prepare in redline and clean versions | BKA422 | 0.50 | 182.50 |
| 08/27/25 | JTC | Preliminary review of detailed email from Jill Deeney of Cozen with attachments re: JNR Adjustment Company - initial re-draft of A/R Collection Services Agreement in clean and redline | BKA422 | 0.30 | 307.50 |
| 09/02/25 | JTC | Review and revise draft of JNR A/R collection agreement re: revise to reflect two debtors (Operating and Intermediate); define Trustee and JNR as Parties (not Debtors); modify indemnity to refer to JNR indemnity of Trustee (not of Debtors); modify collection attorney provisions | BKA422 | 0.50 | 512.50 |
| 09/02/25 | JTC | Telephone conference with J. Deeney of Cozen re: instruction on JNR to modify language concerning sharing of commissions by JNR with collection attorneys | BKA422 | 0.10 | 102.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 211
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 09/09/25 | JTC | Telephone conference with Jill Deeney of Cozen re: JNR Adjustment Company - A/R Collection Services Agreement; confirm provided John Reynolds (TTE's accountant) with clean and redline versions revised Collection Services Agreement with JNR Adjustment Company which addresses concerns JTC summarized; confirm have added sections relating to the fee notice procedure and also JNR's attorney fees and costs which were included in the JNR/Interactive Health Collection Services Agreement | BKA422 | 0.20 | 205.00 |
| 09/09/25 | JTC | Review email from John Reynolds (TTE's accountant) re:  JNR Adjustment Company - A/R Collection Services Agreement; confirm receipt of revised Collection Services Agreement; will share with TTE Miller tomorrow and if TTE has no issues, will pass along to JNR. | BKA422 | 0.10 | 102.50 |
| 09/10/25 | JTC | Review email from John Reynolds (TTE's accountant) re: JNR Adjustment Company - A/R Collection Services Agreement; advise will review with TTE Miller when TTE is in the office; hope to have signed tomorrow for filing | BKA422 | 0.10 | 102.50 |
| 09/11/25 | JTC | Review email from John Reynolds (TTE's accountant) re: JNR Adjustment Company - A/R Collection Services Agreement; confirm TTE Miller has signed the JNR agreement with no comments; will pass along to JNR to sign and return ASAP | BKA422 | 0.10 | 102.50 |
| 09/12/25 | JTC | Review email from Jill Deeney of Cozen re: fully executed revised AR - JNR Collection Services Agreement received from John Reynolds (TTE's accountant) | BKA422 | 0.10 | 102.50 |
| 09/24/25 | JLD | Draft responsive email to John Reynolds Trustee's accountant regarding JNR retention ad A/R collection agent advise prior to retention application being filed the retention application requires an executed Declaration by JNR; provide Declaration as well as conflict search parties to forward to JNR | BKA422 | 0.10 | 36.50 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                            Page 212
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/24/25 | JLD | Draft email to Jack Reynolds of Miller Coffey Tate, Trustee's accountants attaching revised draft Trustee's Application to Employ JNR Adjustment Company as Account Receivable collection agent together with Declaration, executed Collection Services Agreement and conflict party list to forward to JNR for review | BKA422 | 0.20 | 73.00 |
| 09/24/25 | JLD | Prepare updates to conflict party list in connection with retention applications; update Clerk of the Court; UST employees and Judicial Staff | BKA422 | 0.20 | 73.00 |
| 09/24/25 | JLD | Draft revisions to Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency; modify to comport with final executed Collection Services Agreement | BKA422 | 0.80 | 292.00 |
| 09/26/25 | JTC | Draft revisions to Application to Employ JNR and Proposed Order re: modify to clarify can pay commission but need a Final Fee Application | BKA422 | 0.30 | 307.50 |
| 09/26/25 | JTC | Review email from Jill Deeney of Cozen re: confirm advised John Reynolds (TTE's accountant) that will have JNR retention application filed on Monday | BKA422 | 0.10 | 102.50 |
| 09/26/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: executed Declaration received from JNR | BKA422 | 0.10 | 102.50 |
| 09/29/25 | JLD | Prepare and assemble document for filing; e-file Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 36.50 |
| 09/29/25 | JLD | Prepare final revisions to draft Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.30 | 109.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 213

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 09/29/25 | JTC | Review and authorize filing final revised version of Application/Motion to Employ/Retain JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.30 | 307.50 |
| 09/30/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 36.50 |
| 09/30/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency [D.I. 1479]. | BKA422 | 0.30 | 109.50 |
| 09/30/25 | JLD | Coordinate email and U.S. Mail service of Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency [D.I. 1479]. | BKA422 | 0.20 | 73.00 |
| | | **Total Fee/Employment Applications** | | **29.80** | **19,656.50** |
| 12/02/24 | DD | Respond to inquiry from former employee K. Tsahlis regarding WARN settlement. | BKA427 | 0.10 | 64.50 |
| 12/02/24 | SEF | Phone call from Kirk Tsahalis (former consultant to Trustee) re WARN Act settlement class notice | BKA427 | 0.20 | 159.00 |
| 12/03/24 | JTC | Review and respond to email from Simon Fraser of Cozen re: advise of conversation with Mike Lipsey, former employee; status of distribution | BKA427 | 0.10 | 96.00 |
| 12/03/24 | SEF | Reviewing affidavit of service of class notice, filed today by WARN Act settlement class counsel | BKA427 | 0.10 | 79.50 |
| 12/03/24 | SEF | Phone call from certain former employee re WARN Act class settlement | BKA427 | 0.30 | 238.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 214
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/05/24 | JTC | Telephone conference with TTE Miller re: inquiry on timing of approval of WARN settlement | BKA427 | 0.20 | 192.00 |
| 12/05/24 | JTC | Draft email to TTE Miller re: advise in follow-up to conversation concerning the WARN settlement, provide a copy of the entered Order (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [Adv. Doc. No. 35]; note the final fairness hearing has been scheduled for January 17, 2025 | BKA427 | 0.20 | 192.00 |
| 12/05/24 | JTC | Review email from TTE Miller re: confirm receipt of copy of the entered Order (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief [Adv. Doc. No. 35] and final fairness hearing date of January 17, 2025 | BKA427 | 0.10 | 96.00 |
| 12/06/24 | DD | Call regarding inquiry from former employee M. Allen about WARN settlement. | BKA427 | 0.10 | 64.50 |
| 12/06/24 | JTC | Review email from Frank Monaco (mediator) re: status of fees in WARN action mediation | BKA427 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 215

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/20/24 | JTC | Review and approve draft email to TTE Miller re:  Lisha Abraham et al./Akorn Operating Company et al. Mediation (WARN); advise Frank Monaco, the mediator assigned to the Akorn WARN Adversary Action In re: Lisha Abraham, on behalf of herself and all others similarly situated v. Akorn Operating Company LLC et al Adv. No. 23-50117 (KBO), is inquiring as to payment of the mediator invoice forwarded; if not already paid, request put Mr. Monaco's invoice in queue for payment. | BKA427 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review and respond to email from Frank Monaco (Mediator) re: Lisha Abraham et al./Akorn Operating Company et al.Mediation; status of payment of fees; JTC confirm will make inquiry | BKA427 | 0.10 | 96.00 |
| 12/20/24 | JTC | Draft email to Jill Deeney of Cozen re: request follow up with TTE Miller's office on status of payment of mediator invoice in Lisha Abraham et al./Akorn Operating Company et al. Mediation | BKA427 | 0.10 | 96.00 |
| 12/20/24 | JTC | Review email from Frank Monaco (Mediator) re: Lisha Abraham et al./Akorn Operating Company et al.Mediation; confirm receipt of info from JTC on status of payment of invoice | BKA427 | 0.10 | 96.00 |
| 12/26/24 | JTC | Review email from Jill Deeney of Cozen re: WARN action; confirm with TTE Miller's office that have requested a W-9 from the mediator and will forward upon receipt | BKA427 | 0.10 | 96.00 |
| 12/26/24 | JTC | Review email from Frank Monaco (mediator) re: confirm receipt of request for W-9 for Monaco Mediation LLC to enable TTE to cut the check; will send | BKA427 | 0.10 | 96.00 |
| 12/26/24 | JTC | Draft email to Frank Monaco (mediator) re: advise the Trustee has requested a W-9 for Monaco Mediation LLC to enable TTE to cut the check; request send a W-9 for Monaco Mediation LLC and will forward same to the Trustee's office. | BKA427 | 0.10 | 96.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 216

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/26/24 | JTC | Review email from Louann Cromley (TTE's assistant) re: Lisha Abraham et al./Akorn Operating Company et al. Mediation (WARN); advise is preparing the check to Frank Monaco (Mediator); will need a W-9 for Monaco Mediation LLC before the check can be mailed; request have Mr. Monaco complete the W-9 and forward | BKA427 | 0.10 | 96.00 |
| 01/03/25 | JTC | Review email from Mary Olsen with attachments re: advise there were no objections to settlement; provide draft CNO for review and comment | BKA427 | 0.20 | 205.00 |
| 01/03/25 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Mary Olsen with CNO; request confirm timing of filing; does not seem correct to JTC | BKA427 | 0.10 | 102.50 |
| 01/06/25 | JLD | Draft email to John Carroll of Cozen regarding status of entry of Final Order Approving WARN settlement Adv. No. 23-50117; advise reviewed Order (I) Preliminarily Approving the Settlement, [D.I. 35] before we can file a Certification of Counsel seeking entry of the Final Order, pursuant to paragraph 11 of the Preliminary Order, Class counsel is to file a statement identifying Class Members who objected to the proposed settlement or exercised their right to opt-out of the Class. Provide template declaration for Class Counsel to follow; After Class Counsel files the required Declaration we can proceed with the filing of a Certification of Counsel and request the entry of a Final Order | BKA427 | 0.40 | 146.00 |
| 01/06/25 | JTC | Review completed Declaration in Support Regarding Opt-Outs (2) and Objections (none) to Proposed Settlement of WARN Act Class Action Lawsuit (WARN action) | BKA427 | 0.20 | 205.00 |
| 01/06/25 | JTC | Review email from Mary Olsen with attachments re: WARN action; status of review of CNO on Final Order | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC                                        October 22, 2025
File Number: 00574256                                                  Page 217
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/06/25 | JTC | Review detailed email from Jill Deeney of Cozen re: terms of Order (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief; advise before can file a Certification of Counsel seeking entry of the Final Order, pursuant to paragraph 11 of the (attached) Preliminary Order, Class counsel is to file a statement identifying Class Members who objected to the proposed settlement or exercised their right to opt-out of the Class | BKA427 | 0.20 | 205.00 |
| 01/06/25 | JTC | Draft detailed email to Mary Olsen re: WARN action; advise have again reviewed the (attached) Order (I) Preliminarily Approving the Settlement, (II) Certifying a Class of WARN Act Claimants for Settlement Purposes Only, (III) Appointing Class Counsel and Class Representatives, (IV) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (V) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement, and (VI) Granting Related Relief; advise before we can file a Certification of Counsel seeking entry of the Final Order, pursuant to paragraph 11 of the (attached) Preliminary Order, Class counsel is required to file a statement identifying Class Members who objected to the proposed settlement or exercised their right to opt-out of the Class; provide a form Declaration of Class Counsel from another matter which can modify appropriately regarding opt-outs and then use for Akorn; advise after file the required Declaration, believe that will be in a position to proceed with the filing of a Certification of Counsel and request the entry of a Final Order | BKA427 | 0.30 | 307.50 |

Akorn Holding Company LLC

October 22, 2025

File Number: 00574256

Page 218

Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/06/25 | JTC | Review email from Mary Olsen re: WARN action; confirm receipt of JTC info; Olsen will file Declaration tonight | BKA427 | 0.10 | 102.50 |
| 01/06/25 | JTC | Review email from James Huggett re: WARN action; confirm filed Declaration in Support Regarding Opt-Outs (2) and Objections (none) to Proposed Settlement of WARN Act Class Action Lawsuit | BKA427 | 0.10 | 102.50 |
| 01/08/25 | JTC | Review email from Mary Olsen re: request advise if the Certification of Counsel seeking entry of the Final Order will be filed tomorrow (WARN action); given filing of Declaration per JTC instructions | BKA427 | 0.10 | 102.50 |
| 01/09/25 | JLD | Prepare draft Certification of Counsel in Support of Final Order Approving Joint Motion of Chapter 7 Trustee and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Warn Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief; WARN Adversary No. 23-50117 | BKA427 | 0.40 | 146.00 |
| 01/09/25 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel in Support of Final Order Approving the WARN Settlement Under Fed. R. Civ. P. 23, Fed. Bankr. R. 7023, and Bankr. R. 9019; Adversary No. 23-50117 | BKA427 | 0.10 | 36.50 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                                Page 219
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/09/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as filed copy of Certification of Counsel in Support of Final Order Approving the WARN Settlement Under Fed. R. Civ. P. 23, Fed. Bankr. R. 7023, and Bankr. R. 9019; Adversary No. 23-50117; together with copy of underlying 9019 Motion; advise order has been uploaded | BKA427 | 0.10 | 36.50 |
| 01/09/25 | JTC | Review and authorize filing of detailed Certification of Counsel in Support of Final Order Approving Joint Motion of Chapter 7 Trustee and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Warn Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief (WARN action) | BKA427 | 0.50 | 512.50 |
| 01/09/25 | JTC | Draft email to Mary Olsen re: confirm the Certification of Counsel seeking entry of the Final Order will be filed today (WARN action) | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 220

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/10/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: WARN Final Order; confirms has now provided Chambers with Final Order Approving Joint Motion of Chapter 7 Trustee and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Warn Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve the Settlement Agreement Following the Fairness Hearing, and (VII) Grant Related Relief | BKA427 | 0.10 | 102.50 |
| 01/13/25 | JLD | Pull from Court Docket and index entered Order (Final) Approving the WARN Settlement; Adv. No. 23-50117-KBO | BKA427 | 0.10 | 36.50 |
| 01/13/25 | JTC | Review now entered Order (Final) Approving WARN Settlement | BKA427 | 0.10 | 102.50 |
| 01/14/25 | JTC | Telephone conference with Jill Deeney of Cozen Evan Miller re: 1/16 hrg.; instruct to confirm with Evan Miller that do not need the 1/16 hearing date as that was a special assignment for McKesson; advise should directly communicate with Chambers and advise the Oral Argument is being further adjourned | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 221

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers advising regarding Adv. No. 23-50117, there is a WARN Final Fairness hearing currently scheduled for 1/17/2025 at 10:00 a.m.; [D.I. 35]; the Court has entered the Final Order approving the WARN settlement on January 13, 2025 [D.I. 39]; accordingly, there is no need for the Final Fairness hearing and with the Court's permission the 1/17/2025 hearing can be cancelled | BKA427 | 0.10 | 36.50 |
| 01/15/25 | JLD | Draft email to WARN class counsel Mary Olsen regarding Adv. No. 23-50117, attach copy of entered Final Order Approving the WARN Settlement [Adv. Doc. No. 39]. We have asked chambers for permission to cancel the final fairness hearing currently scheduled for January 17, 2025 at 10:00 a.m. ET. and should receive permission within the next day. | BKA427 | 0.10 | 36.50 |
| 01/15/25 | JTC | Review email from Jill Deeney of Cozen re: instruct to advise Chambers there is a WARN Final Fairness hearing currently scheduled for 1/17/2025; [D.I. 35]; however, the Court has entered the Final Order approving the WARN settlement on January 13, 2025 [D.I. 39]; accordingly, find out if can cancel hearing | BKA427 | 0.10 | 102.50 |
| 01/15/25 | JTC | Review and approve draft email to Mary Olsen with attachment re: WARN action; provide copy of the entered Final Order Approving the WARN Settlement; have asked chambers for permission to cancel the final fairness hearing currently scheduled for January 17, 2025 and should receive permission within the next day. | BKA427 | 0.20 | 205.00 |
| 01/15/25 | JTC | Review and approve draft email to TTE Miller and accountants with attachment re: WARN action; provide copy of the entered Final Order Approving the WARN Settlement | BKA427 | 0.10 | 102.50 |
| 01/15/25 | JTC | Review email from Chambers re: request file agenda cancelling 1/17 hrg. | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC

File Number: 00574256

Invoice No.: 25413834

October 22, 2025

Page 222

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/16/25 | JTC | Review email from TTE Miller re: WARN action; cancellation of 1/17 hrg.; TTE inquires when would need to pay and what amount | BKA427 | 0.10 | 102.50 |
| 01/16/25 | JTC | Review email from Mary Olsen with attachment re: WARN action; advise the administrator is setting up the QSF; request provide the amounts of the non-WARN priority payments per class member | BKA427 | 0.20 | 205.00 |
| 01/23/25 | JTC | Review and respond to email from Mary Olsen (WARN counsel) with attachments re: request provide amounts of non-WARN priority payments per class member; attach W-9 and wiring instructions for the Akorn WARN QSF; advise given the fact that the effective date is Monday, request advise if have time for a call this afternoon or tomorrow to discuss the final details before the distribution is made. | BKA427 | 0.20 | 205.00 |
| 01/23/25 | JTC | Review and respond to email from Mary Olsen (WARN counsel) re: confirm call for 1/24; provide dial in | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 223

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/23/25 | JTC | Draft email to TTE Miller with attachments re: WARN action; provide the now approved WARN Settlement Agreement, wire instructions for funding to the WARN QSF and W-9 for the WARN QSF; advise pursuant to the terms of the Settlement Agreement, the Effective Date for the WARN Settlement Agreement will be this coming Monday; the Trustee is authorized to make distribution of the settlement promptly after the Effective Date; the settlement amount to be distributed as priority claim pursuant to 11 U.S.C. § 507(a)(4) is in the aggregate amount shown on Schedule 1 in the column titled "Allowed Priority Claims"; however, this distribution amount is subject to being reduced to account for any (1) Opt-Outs (as defined in the Settlement Agreement ), (2) Previous Releasors, (3) Section 502(d) Parties, and (3) Allowed Non-WARN Priority Claims (collectively the "Reductions"); request provide with a Schedule 1 reflecting the Reductions and calculating the distribution amount so that funding can be made to the QSF promptly after the Effective Date; advise believe WARN counsel filed a Declaration which identifies the Opt-Outs (which believe were only 2) and will separately send | BKA427 | 0.40 | 410.00 |
| 01/23/25 | JTC | Review email from TTE Miller re: confirm receipt of approved WARN Settlement Agreement and wire instructions for funding to the WARN QSF and W-9 for the WARN QSF; request advise if the Order authorizes a wire transfer | BKA427 | 0.10 | 102.50 |
| 01/23/25 | SEF | Phone call with J. Carroll re distribution to be made on account of priority portion of WARN Act settlement claims | BKA427 | 0.20 | 170.00 |
| 01/24/25 | JTC | Telephone conference with Mary Olsen (WARN counsel), Stuart Miller, Jonathan Miller and Simon Fraser of Cozen re: WARN distribution re: open issues and coordinating issuance of distribution check by Trustee for settlement | BKA427 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 224

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/24/25 | JTC | Review email from Mary Olsen (WARN counsel) re: advise has called the settlement administrator to discuss the distribution, which understand JTC is hoping to send via check next week; advise if the Trustee is unable to send the distribution via wire transfer, the check should be made payable to Jeff Pirrung, Administrator, American Legal Claim Services, LLC; provides contact info; request confirm receipt of these instructions | BKA427 | 0.20 | 205.00 |
| 01/24/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: provide 1. Joint Motion for an Order Authorizing the Parties to File Under Seal Schedule 1 to the Settlement Agreement [Adv. D.I. 27]; 2. Entered Order Authorizing Parties to File Schedule 1 to the Settlement Agreement Under Seal [Adv. D.I. 34]; 3. Confidential Schedule 1 Class Members [Filed Under Seal]; needed to answer Trustee inquiry and request | BKA427 | 0.30 | 307.50 |
| 01/24/25 | JTC | Draft email to Bill Homony (TTE's accountant) with attachment re: provide the unredacted Schedule 1 which was filed under seal in case need it to prepare the updated Schedule 1 reflecting the Reductions necessary to enable the distribution; advise of call had with WARN plaintiff's counsel today and indicated that would provide them with the updated Schedule 1 with proposed Reductions before the Trustee actually makes the distribution. | BKA427 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 225

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 01/24/25 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) re: advise in response to inquiry, the approval order for the WARN settlement does not contain express language allowing for a wire payment; accordingly, payment of the settlement will need to be by check; have been instructed in writing by WARN plaintiff's counsel to have the check made payable to the "AKORN WARN QSF" and to send it via next day, overnight FedEx delivery (charged to the Gardner Firm's FedEx Acct 624798139); provide contact info | BKA427 | 0.30 | 307.50 |
| 01/24/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: WARN action; confirm receipt of unredacted Schedule 1 which was filed under seal | BKA427 | 0.10 | 102.50 |
| 01/24/25 | JTC | Review email from TTE Miller re: WARN action; advise would like to send the payments on 1/31/25 | BKA427 | 0.10 | 102.50 |
| 01/24/25 | JTC | Review email from TTE Miller re: WARN action; confirm receipt of JTC info on WARN settlement payment info | BKA427 | 0.10 | 102.50 |
| 01/24/25 | JTC | Review email from TTE Miller re: WARN action; inquire as to the 19.2% additional distribution to creditors (GUC); inquire if need a separate order | BKA427 | 0.10 | 102.50 |
| 01/24/25 | SEF | Phone call with counsel for WARN Act claimants and J. Carroll re distribution to be made on account of priority portion of WARN Act settlement amount | BKA427 | 0.30 | 255.00 |
| 01/30/25 | JTC | Review email from Mary Olsen re: WARN settlement; request provide update today as to the status of the distribution spreadsheet and the check for the priority portion of the WARN settlement | BKA427 | 0.20 | 205.00 |
| 01/30/25 | JTC | Draft email to TTE Miller and B. Homony re: status of WARN distribution analysis | BKA427 | 0.20 | 205.00 |
| 01/31/25 | JTC | Review revised Schedule prepared by B. Homony re: confirm appears to correctly compute reductions to distribution amount | BKA427 | 0.40 | 410.00 |

Akorn Holding Company LLC                                       October 22, 2025
File Number: 00574256                                                  Page 226
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 01/31/25 | JTC | Draft email to Mary Olsen (WARN counsel) with attachment re: provide Schedule 1 of the Warn Act Settlement which now includes the adjustments/reductions required by the Settlement for Opt-Outs, Section 502(d) Parties and previous priority payments made under Section 507(a)(4) by the Trustee to the Class Members; advise the adjustment columns are highlighted in green; upon agreement to the (attached) Schedule 1, the Trustee can make the Allowed WARN Claims Distribution | BKA427 | 0.20 | 205.00 |
| 01/31/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) with attachment re: WARN Act Settlement Priority Payment - Schedule 1; advise the adjustments/reductions required by the Settlement for Opt-Outs, Section 502(d) Parties and previous priority payments made under Section 507(a)(4) by the Trustee to the Class Members; advise the adjustment columns are highlighted in green; request share with Warn Act counsel; upon agreement, the Trustee can make the required Allowed Priority WARN Claims Distribution. | BKA427 | 0.30 | 307.50 |
| 02/03/25 | JTC | Review email from TTE Miller re: WARN entered Final Order; distribution status; TTE confirm will be preparing the check today; will sign and mail | BKA427 | 0.20 | 205.00 |
| 02/03/25 | JTC | Review email from Mary Olsen re: WARN action; advise of availability for call; request JTC advise availability | BKA427 | 0.10 | 102.50 |
| 02/03/25 | JTC | Review detailed email from Mary Olsen re: confirm receipt of Schedule 1 of the WARN Act settlement; provide comments; modification of same; review proposed changes | BKA427 | 0.30 | 307.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 227

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/03/25 | JTC | Draft email to TTE Miller with attachment re: provide comments of WARN counsel and further revised updated Schedule 1 as relates to distribution; request advise as to whether further revised schedule appears accurate and if so, request confirm that the settlement distribution is proceeding to be issued to the QSF in accordance with the attached further revised Schedule 1. | BKA427 | 0.20 | 205.00 |
| 02/03/25 | JTC | Review email from Bill Homony (TTE's accountant) re: advise revised schedule appears accurate; confirm the amount of the Allowed Priority Warn Claims Distribution; also address GUC claim | BKA427 | 0.20 | 205.00 |
| 02/03/25 | JTC | Draft email to Jill Deeney of Cozen re: WARN settlement approval Order; timing | BKA427 | 0.10 | 102.50 |
| 02/04/25 | JTC | Review email from TTE Miller re: WARN / further revised updated Schedule 1; confirm the comments and payment calculations are correct | BKA427 | 0.20 | 205.00 |
| 02/04/25 | JTC | Review email from TTE Miller re: WARN / further revised updated Schedule 1; inquire if the WARN Order is inclusive of the GUC | BKA427 | 0.20 | 205.00 |
| 02/04/25 | JTC | Review email from Mary Olsen re: WARN action; request advise know if the distribution check is being overnighted to the Settlement Administrator today | BKA427 | 0.10 | 102.50 |
| 02/05/25 | JTC | Draft email to TTE Miller re: WARN action; request advise if check went out yet to QSF Administrator on the WARN settlement distribution; if not, request provide update so can respond to inquiry of Mary Olsen (WARN counsel) | BKA427 | 0.20 | 205.00 |
| 02/05/25 | JTC | Review email from TTE Miller re: WARN action; advise status of mailing check; additional inquiry on GUC distribution | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 228

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 02/05/25 | JTC | Draft detailed email to TTE Miller with attachment re: WARN action; advise the approved Settlement, Release, and Allowance Agreement with class members (the "WARN Settlement Agreement) provides for two distinct separate distributions consisting of the (1) Allowed Priority WARN Claims Distribution and (2) Allowed GUC WARN Claims Distribution (See paragraph 4 of the attached WARN Settlement Agreement); explain difference and need for further order to disburse 19% on GUC parties | BKA427 | 0.40 | 410.00 |
| 02/06/25 | JTC | Review email from Mary Olsen (WARN counsel) re: confirm receipt of info; will advise when hears from Administrator | BKA427 | 0.10 | 102.50 |
| 02/06/25 | JTC | Review and respond to email from Mary Olsen (WARN counsel) re: request provide tracking info for check; JTC request have Administrator confirm receipt; provide tracking info | BKA427 | 0.10 | 102.50 |
| 02/06/25 | JTC | Review email from Louann Cromley (TTE's assistant) re: confirm receipt of W-9 for the Akorn WARN QSF; confirm check is being mailed today; provide tracking info for check | BKA427 | 0.10 | 102.50 |
| 02/06/25 | JTC | Draft email to Louann Cromley (TTE's assistant) with attachment re: provide W-9 for the Akorn WARN QSF | BKA427 | 0.20 | 205.00 |
| 02/06/25 | JTC | Review email from TTE Miller re: confirm WARN priority settlement check mailed | BKA427 | 0.10 | 102.50 |
| 02/06/25 | JTC | Review email from Louann Cromley (TTE's assistant) re: request copy of W-9 for the Akorn WARN QSF | BKA427 | 0.10 | 102.50 |
| 02/07/25 | JTC | Review email from Mary Olsen (WARN counsel) re: confirm Administrator received the check on WARN settlement distribution for priority | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 229

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 02/25/25 | JTC | Review email from Mary Olsen, WARN counsel with attachment re: advise the settlement administrator provided with the (attached) form and asked if the trustee can sign/return it so the administrator can proceed with the payroll calculations for the IL class members receiving a distribution; advise the administrator also needs the Illinois UI account # and rate; request help them get this information tomorrow | BKA427 | 0.20 | 205.00 |
| 02/25/25 | JTC | Draft email to TTE Miller with attachments re: WARN Action; communication received from Mary Olsen; advise must be a better way then such a broad Power of Attorney as is being requested from WARN counsel; request contact to discuss | BKA427 | 0.20 | 205.00 |
| 02/26/25 | JTC | Review email from TTE Miller re: WARN action; Power of Attorney requested; TTE advise has never had to sign one before and sees no reason to start now | BKA427 | 0.10 | 102.50 |
| 03/03/25 | JTC | Review email from Mary Olsen (WARN counsel) with attachment re: advise discovered priority discrepancies for 70 people when comparing the Trustee's figures for priority claims previously paid, to allowed WARN priority; advise the (attached) spreadsheet shows a comparison between the amounts in columns T, V, W and X concerning the priority amounts previously allowed and the allowed priority WARN amounts (and allowed GUC, where applicable) vs. actual unaccounted for priority (when subtracting previously paid amounts from the priority cap of $15,150) and amounts required to reconcile the allowed WARN priority; advise in total, and based on the discrepancies between the amounts provided for priority claims previously paid and amounts provided for allowed WARN priority, the WARN priority reconciliation payment is $206,117.82 | BKA427 | 0.30 | 307.50 |

Akorn Holding Company LLC                                      October 22, 2025
File Number: 00574256                                                 Page 230
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/03/25 | JTC | Draft email to Bill Homony (TTE's accountant) with attachment re: WARN action; communication received from Mary Olsen (WARN counsel) concerning discrepancies for 70 people; advise have not had an opportunity to study, but wanted to pass along for review and comparison to Trustee's records | BKA427 | 0.20 | 205.00 |
| 03/05/25 | JTC | Review email from Mary Olsen (WARN counsel); confirm receipt of JTC response; will await further word | BKA427 | 0.10 | 102.50 |
| 03/05/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: WARN Action; follow up of Mary Olsen; request contact to discuss request for status of check for discrepancy of 70 people | BKA427 | 0.10 | 102.50 |
| 03/05/25 | JTC | Review and respond to email from Mary Olsen (WARN counsel) re: status of check for discrepancy of 70 people; JTC advise awaiting response from TTE Miller | BKA427 | 0.10 | 102.50 |
| 03/07/25 | JTC | Review email from Bill Homony re: WARN action; confirm agrees with the revised priority calculations; will submit to the Trustee for payment next week | BKA427 | 0.10 | 102.50 |
| 03/07/25 | JTC | Draft email to Bill Homony re: WARN action; request advise if the erroneous schedule or amount attached to the motion or incorporated in approval order requires a modification | BKA427 | 0.20 | 205.00 |
| 03/07/25 | JTC | Review email from Simon Fraser of Cozen re: WARN action; revised priority calculations; advise does not believe that anything needs to be filed with the court; provide language in order | BKA427 | 0.20 | 205.00 |
| 03/07/25 | SEF | Reviewing emails from counsel for WARN Act claimants re certain net distributions to class members and reviewing final and preliminary settlement approval orders and settlement agreement re same (.5); preparing email to J. Carroll re same (.3) | BKA427 | 0.80 | 680.00 |
| 03/12/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: WARN action; request advise status of supplemental payment so can advise WARN counsel | BKA427 | 0.20 | 205.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 231

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 03/12/25 | JTC | Review and respond to email from Mary Olsen re: WARN action; status of request; coordination of call; JTC confirm am informed that the Trustee agreed with TTE's revised analysis and will be issuing supplemental payment; advise believe TTE was working to issue this week | BKA427 | 0.20 | 205.00 |
| 03/13/25 | JTC | Draft email to Louann Cromley (TTE's assistant) re: advise the WARN administrator conferenced received the check today | BKA427 | 0.10 | 102.50 |
| 03/13/25 | JTC | Review and respond to email from Mary Olsen (WARN counsel) re: confirm the WARN administrator received the check today | BKA427 | 0.10 | 102.50 |
| 03/13/25 | JTC | Review email from Louann Cromley (TTE's assistant) re: confirm WARN settlement check sent to Jeff Pirrung, Administrator American Legal Claim Services, LLC, 8011 Philips Hwy, Suite 5, Jacksonville, FL  32256 | BKA427 | 0.10 | 102.50 |
| 03/13/25 | JTC | Draft email to Louann Cromley (TTE's assistant) re: request advise where WARN supplemental settlement check sent | BKA427 | 0.10 | 102.50 |
| 04/22/25 | JTC | Draft email to Jeff Pirrung of American Legal Claims with attachment re: WARN action; advise the Trustee is not able to provide even limited powers of attorney to third parties absent a court order permitting same and unfortunately the terms of the Illinois Department of Employment Security is overly broad in scope; request identify the further information which is needed to allow the deposit to be made in their capacity Administrator; advise perhaps the Trustee can obtain and provide the information to enable the deposit to be made | BKA427 | 0.30 | 307.50 |

Akorn Holding Company LLC                                    October 22, 2025
File Number: 00574256                                              Page 232
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 04/22/25 | JTC | Review email from Mary Olsen with attachment re: WARN action; request advise if the Trustee can execute the (attached) POA so the Administrator can deposit the state withholdings from the IL class members; advise the Administrator was able to get the correct tax rate from the IL revenue office to use for former Akorn employees but they wouldn't give any further information that would allow the Administrator to make the deposit; advise if it would be helpful to speak directly with the Administrator, provide name and contact information | BKA427 | 0.20 | 205.00 |
| 04/22/25 | JTC | Review email from Mary Olsen (WARN counsel) re: confirm receipt of JTC info / helpful proposed solution | BKA427 | 0.10 | 102.50 |
| 04/22/25 | JTC | Review email from Jeffrey Pirrung of American Legal Claims re: confirm receipt of JTC info; will discuss with his accounting group and see what they need | BKA427 | 0.10 | 102.50 |
| 05/06/25 | JTC | Review email from Jeffrey Pirrung , WARN settlement administrator, re: advise the Representative at IL UI was able to set up a login for deposit purposes only and were able to make the deposit and file a quarterly report, in a timely manner. | BKA427 | 0.10 | 102.50 |
| 05/06/25 | JTC | Draft email to TTE Miller re: communication received from Jeffrey Pirrung, WARN settlement administrator, wherein advise the Representative at IL UI was able to set up a login for deposit purposes only and were able to make the deposit and file a quarterly report, in a timely manner. | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 233

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 07/30/25 | JTC | Review email from Mary Olsen (WARN counsel) re: second GUC distribution; advise would like to coordinate call to discuss; advise from their review of the initial motion and this second one, it looks like there is no overlap in the claims that are being proposed for payment (i.e., no claim that was paid as part of the initial interim GUC distribution is slated to be paid a second interim GUC distribution); request confirm; would also like to get an update on the current status of the Trustee's claims against the "Section 502(d) Parties | BKA427 | 0.10 | 102.50 |
| 07/31/25 | JTC | Review email from Mary Olsen (WARN counsel) re: confirm call scheduled for 8/1; provides dial in | BKA427 | 0.10 | 102.50 |
| 07/31/25 | JTC | Draft email to Bill Homony (TTE's accountant) counsel) re: M. Olsen inquiry concerning TTE's Second GUC distribution motion; request advise if as preference and account receivable claims are being settled, are we tracking any 502(d) waivers being obtained; also inquire if the Trustee is receiving written status reports from his several special counsel on status of outstanding adversary actions | BKA427 | 0.20 | 205.00 |
| 07/31/25 | JTC | Draft email to Mary Olsen (WARN counsel) re: confirm availability to discuss TTE's Second GUC distribution motion; confirm correct - there is no overlap in creditors in first and second interim distributions; the second motion to allow an interim distribution deals with a separate and distinct batch of creditors. | BKA427 | 0.10 | 102.50 |
| 08/01/25 | JLD | Pull identified pleadings for review by John Carroll in anticipation of call with WARN counsel including WARN 9019 and settlement agreement, proofs of claim, second distribution motion to general unsecured creditors | BKA427 | 0.20 | 73.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 234

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/01/25 | JTC | Review email from Mary Olsen (WARN counsel); 502(d) Parties; per JTC request provide the names of the individuals whom the Trustee previously identified as "Section 502(d) Parties" (defined in the Settlement Agreement as follows: Para. 2. ". . .(iii) whose claims the Trustee identifies as being subject to disallowance pursuant to section 502(d) of the Bankruptcy Code unless and until such individual has paid the amount or turned over such property for which such individual is liable under section 502(d) ("Section 502(d) Parties")" (emphasis added)); request advise status of any 502(d) claims against these individuals | BKA427 | 0.10 | 102.50 |
| 08/01/25 | JTC | Telephone conference with Mary Olsen (WARN counsel); 502(d) Parties | BKA427 | 0.20 | 205.00 |
| 08/01/25 | JTC | Telephone conference with Mary Olsen (WARN counsel), Jonathan Miller, Stuart Miller, Simon Fraser of Cozen re: WARN action; explain status of interim distributions and absence of unpaid 502(d) defaults; identified employees remain excluded | BKA427 | 0.40 | 410.00 |
| 08/01/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: second GUC distribution; advise had call today with WARN Class counsel; 503(d) parties; request advise if these parties have paid the estate so no longer excluded from Class | BKA427 | 0.20 | 205.00 |
| 08/01/25 | JTC | Draft email to Mary Olsen (WARN counsel) re: Second GUC distribution; 503(d) parties; advise none of the claims against the former employees have been settled yet and accordingly they remain Section 502(d) Parties subject to litigation | BKA427 | 0.20 | 205.00 |
| 08/01/25 | JTC | Review email from Bill Homony (TTE's accountant) re: Second GUC distribution; 503(d) parties; confirm parties are included in existing litigation; no claims against employees have been settled. | BKA427 | 0.10 | 102.50 |

Akorn Holding Company LLC  
File Number: 00574256  
Invoice No.: 25413834

October 22, 2025  
Page 235

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 08/01/25 | SEF | Phone call with counsel for WARN Act claimants and J. Carroll re interim distributions to creditors, and status of claims review and reconciliation process in general | BKA427 | 0.20 | 170.00 |
| 08/13/25 | JTC | Review detailed email from Simon Fraser of Cozen re: inquiry from former employee Daris Taveras; confirm advised Bill Homony and John Reynolds (TTE's accountant) of call received and subsequent review of schedule attached to WARN act settlement agreement | BKA427 | 0.10 | 102.50 |
| 08/14/25 | JLD | Prepare draft email to J. Carroll of Cozen providing requested WARN pleadings: [D.I. 26] WARN 9019; [D.I. 35] WARN Preliminary Order;      [D.I. 39] WARN Final Order; Confidential Schedule 1 to the Settlement Agreement filed under seal | BKA427 | 0.20 | 73.00 |
| 08/14/25 | JTC | Draft email to Jill Deeney of Cozen re: inquiry from former employee Daris Taveras; request pull WARN Settlement and Order | BKA427 | 0.10 | 102.50 |
| 08/14/25 | JTC | Preliminary review of email from Jill Deeney of Cozen re: provide find the following WARN pleadings:  1) [D.I. 26] WARN 9019; 2)  [D.I. 35] WARN Preliminary Order; 3) [D.I. 39] WARN Final Order; and 4) Confidential Schedule 1 to the Settlement Agreement filed under seal | BKA427 | 0.20 | 205.00 |
| | | **Total Litigation** | | **21.10** | **19,931.50** |
| 11/27/24 | JLD | Prepare and assemble document for filing; e-file Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 Through November 22, 2024 | BKA428 | 0.30 | 102.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 236

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 11/27/24 | JLD | Continue draft preparation and finalize Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 Through November 22, 2024 | BKA428 | 2.00 | 680.00 |
| 11/27/24 | JTC | Review, revise and approve for filing Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.50 | 480.00 |
| 12/04/24 | JLD | Prepare draft Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and for Reimbursement of Expenses together with proposed Order thereto | BKA428 | 0.50 | 170.00 |
| 12/04/24 | JTC | Review and authorize filing of Motion to Limit Notice Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and for Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.30 | 288.00 |
| 12/05/24 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through December 4, 2024 | BKA428 | 0.50 | 170.00 |
| 12/13/24 | JLD | Prepare draft Certificate of Service Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.30 | 102.00 |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 237

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|------------------------|-----------|-------|--------|
| 12/16/24 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses; Upload Proposed Order | BKA428 | 0.10 | 34.00 |
| 12/16/24 | JLD | Prepare draft Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses | BKA428 | 0.30 | 102.00 |
| 12/16/24 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses; Upload Propsed Order | BKA428 | 0.10 | 34.00 |
| 12/16/24 | JLD | Prepare draft Certificate of No Objection Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses | BKA428 | 0.30 | 102.00 |
| 12/16/24 | JTC | Review now entered Order Approving Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 Approving for Cozen O'Connor | BKA428 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.10 | 96.00 |

Akorn Holding Company LLC                                         October 22, 2025
File Number: 00574256                                                    Page 238
Invoice No.: 25413834

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|
| 12/16/24 | JTC | Review and authorize filing of Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.10 | 96.00 |
| 12/16/24 | JTC | Review final version and approve filing of Certificate of No Objection Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Second Interim Compensation and Reimbursement of Expenses for the Period August 1, 2023 through November 22, 2024 | BKA428 | 0.10 | 96.00 |
| 02/19/25 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through 2/8/2025 | BKA428 | 0.50 | 182.50 |
| 02/25/25 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through 2/25/2025 | BKA428 | 1.50 | 547.50 |
| 04/09/25 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through 4/9/2025 | BKA428 | 0.50 | 182.50 |
| 06/05/25 | JLD | Begin draft preparation of Cozen O'Connor Interim Fee Application as Counsel to the Trustee for the period through May 31, 2025 | BKA428 | 1.50 | 547.50 |
| 07/07/25 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through 7/1/2025 | BKA428 | 1.20 | 438.00 |
| 07/30/25 | JLD | Review and revise draft interim fee application of Cozen O'Connor as counsel to the Trustee to bring currently through July 31, 2025 | BKA428 | 1.00 | 365.00 |
| 09/04/25 | JLD | Review and revise Interim Fee Application of Cozen O'Connor as Counsel to the Trustee bring current through 8/31/2025 | BKA428 | 0.50 | 182.50 |
| 09/16/25 | JLD | Continue reviewing and edit Cozen O'Connor time narratives including proper billing code through 9/15/2025 | BKA428 | 1.50 | 547.50 |
| | | **Total Cozen O'Connor Fee Application Preparation** | | **13.80** | **5,641.00** |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 239

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|------|----------|-------------------------|-----------|-------|--------|

|  |  | **Total Hours Billed:** |  |  | **283.00** |
|  |  | **Total Amount Billed:** |  | **$** | **231,542.00** |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 240

## Time And Fee Summary

| Timekeeper | Rate | Hours | | Fees |
|---|---|---|---|---|
| Carroll III, J. | 1,025.00 | 130.40 | $ | 133,660.00 |
| Carroll III, J. | 960.00 | 38.00 | $ | 36,480.00 |
| Laubach, L. | 915.00 | 0.50 | $ | 457.50 |
| McDonough, A. | 895.00 | 0.30 | $ | 268.50 |
| Doyle, D. | 740.00 | 3.00 | $ | 2,220.00 |
| Doyle, D. | 645.00 | 5.40 | $ | 3,483.00 |
| Fraser, S. | 850.00 | 22.20 | $ | 18,870.00 |
| Fraser, S. | 795.00 | 7.90 | $ | 6,280.50 |
| Patton, G. | 665.00 | 4.10 | $ | 2,726.50 |
| Sanfelippo, C. | 650.00 | 2.80 | $ | 1,820.00 |
| Sanfelippo, C. | 580.00 | 2.00 | $ | 1,160.00 |
| Biagiotti, M. | 595.00 | 1.00 | $ | 595.00 |
| Deeney, J. | 365.00 | 51.40 | $ | 18,761.00 |
| Deeney, J. | 340.00 | 14.00 | $ | 4,760.00 |
| **Totals:** | | **283.00** | **$** | **231,542.00** |

Akorn Holding Company LLC
File Number: 00574256
Invoice No.: 25413834

October 22, 2025
Page 241

| Task Code | Description | Hours | | Amount |
|-----------|-------------|-------|---|--------|
| BKA400 | Case Administration | 28.00 | $ | 14,669.00 |
| BKA401 | Business Operations | 3.70 | | 3,646.50 |
| BKA402 | Insurance | 0.30 | | 307.50 |
| BKA405 | Tax Matters, Tax Returns And Securities Matters | 5.20 | | 3,354.00 |
| BKA408 | Employee Benefits/Pensions/Termination Issues | 0.50 | | 512.50 |
| BKA410 | Preference/Fraudulent Transfer Claims Analysis and Related L | 11.30 | | 10,384.50 |
| BKA414 | Relief From Stay Proceedings | 0.10 | | 102.50 |
| BKA415 | Adversary Proceedings And Related Litigation-Not Including P | 22.30 | | 21,795.50 |
| BKA416 | Miscellaneous Motions And Related Pleadings | 115.20 | | 104,053.50 |
| BKA417 | Asset Disposition | 16.50 | | 14,380.50 |
| BKA418 | Creditors' Ct, Bondholders, Debtholders, Bank Group | 7.30 | | 6,835.00 |
| BKA419 | Claims Review/Objections | 7.90 | | 6,272.00 |
| BKA422 | Fee/Employment Applications | 29.80 | | 19,656.50 |
| BKA427 | Litigation | 21.10 | | 19,931.50 |
| BKA428 | Cozen O'Connor Fee Application Preparation | 13.80 | | 5,641.00 |
| | **Totals:** | **283.00** | **$** | **231,542.00** |



October 22, 2025

Akorn Holding Company LLC
.

      Re:    Akorn Holding Company LLC et al, Chapter 7 Debtor
               Our File No.:          00574256

| | | |
|---|---:|---:|
| Fees for Professional Services: | $ | 231,542.00 |
| Expenses Incurred: | | 10,081.53 |
| **Total Amount of Invoice No.: 25413834** | $ | **241,623.53** |

**Check:**
Cozen O'Connor
7885
PO Box 7247
Philadelphia, PA 19170-7885

**Credit Card/E-Check†:**
Pay by credit card at cozen.com/epay
**†**a 3% surcharge applies to credit card payments

**ACH/Wire Transfer:**

| | |
|---|---|
| Account Name: | Cozen O'Connor |
| | Attorney Operating Account |
| Bank: | Citibank NA |
| | New York, NY |
| Account No: | 759533814 |
| Bank ABA No: | 021272655 |
| Swift Code‡: | CITIUS33 |

‡Only needed for international transfers.

We encourage our clients to verbally confirm electronic banking instructions and not to rely on any email communication purporting to change payment instructions. Please contact our Accounts Receivable Department at 215-665-2000 for verbal confirmation. Please verify all invoice details and payment instructions carefully before sending payment, and report any suspicious activity or emails regarding payments to our firm to the email address below.

Please email notification of electronic payments to payments@cozen.com

Federal Tax ID: 23-1732832

*Total amount due upon receipt of invoice*