# EXHIBIT "B"

| | |
|---|---|
| Akorn Holding Company LLC<br>File Number: 00574256<br>Invoice No.: 25413834 | October 22, 2025<br>Page 242 |

| **Disbursements** | **Value** |
|---|---:|
| Vendor: Parcels, Inc. Invoice#: 1118215 Date: 12/20/2024  - - Bankruptcy Service of 1 document on 133 parties via first class mail  "Case No. 23-10253; DI 999" | $ 563.29 |
| Vendor: Parcels, Inc. Invoice#: 1115234 Date: 12/6/2024  - - Bankruptcy Service of 1 document on 35 parties via first class mail "DI 1000" | 157.37 |
| Vendor: Parcels, Inc. Invoice#: 1114176 Date: 11/29/2024  - - Serve 1 document to 116 parties via first class mail. "996" | 871.20 |
| Vendor: Parcels, Inc. Invoice#: 1115045 Date: 12/5/2024  - - Bankruptcy Service: Motion 3rd Priority Distribution [Doc. No. 999]; Motion 1st GUC Distribution [Doc. No. 1000]; MCT 3rd Fee App. [Doc. No. 1001]; Cozen 2nd Fee App Notice [Doc. No. 1002]. | 4,665.40 |
| Vendor: Parcels, Inc. Invoice#: 1130131 Date: 3/5/2025  - - Service; Doc. 1340 Trustee's Interim Commission; Doc. 1341 Motion to Approve Eagle Pharmacy | 850.00 |
| Vendor: Parcels, Inc. Invoice#: 1146119 Date: 6/10/2025  - - Serve 1 document to 126 parties via first class mail "1402" | 141.16 |
| Vendor: Parcels, Inc. Invoice#: 1155389 Date: 8/1/2025  - - Bankruptcy Service; D.I. 1448 Trustee's Second Distribution Motion General Unsecured Claims | 1,506.92 |
| Vendor: Reliable Copy Service, Inc. Invoice#: WL120965 Date: 12/23/2024  - - Hearing Transcript 11/20/2024 | 287.10 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q42024; Date: 1/6/2025 | 41.60 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 3729745-Q42024; Date: 1/6/2025 | 0.40 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q12025; Date: 4/7/2025 | 19.60 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 3729745-Q12025; Date: 4/7/2025 | 7.70 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 6760670-Q22025; Date: 7/7/2025 | 3.00 |
| Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q22025; Date: 7/7/2025 | 6.40 |
| FedEx, 900160114, 092325, From: John Carroll, To: Jeana Reinbold, Distribution Check E.L. Pruitt | 12.39 |
| Westlaw Research 12/02/2024 Simon Fraser | 237.00 |
| Westlaw Research 12/04/2024 Christina Sanfelippo | 711.00 |
| **Total Disbursements:** | **$ 10,081.53** |

| Akorn Holding Company LLC | October 22, 2025 |
|---|---|
| File Number: 00574256 | Page 243 |
| Invoice No.: 25413834 | |

| **Disbursements** | | **Value** |
|---|---|---:|
| Delivery Service | $ | 12.39 |
| Pacer Fees | | 78.70 |
| Service Fees | | 8,755.34 |
| Transcripts | | 287.10 |
| Westlaw Research | | 948.00 |
| **Total Disbursements:** | **$** | **10,081.53** |