# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| | **Related D.I.: 1484** |
| Debtors. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Proc. No. 25-50448 (KBO) |
| Plaintiff, | **Related Adv. D.I.: 10** |
| v. | |
| H. E. BUTT GROCERY COMPANY, | |
| WAKEFERN FOOD CORP. *dba* WAKEFERN GENERAL MERCHANDISE, | Adv. Proc. No. 25-50899 (KBO |
| | **Related Adv. D.I.: 10** |
| JAMS WHOLESALE DISTRIBUTION SERVICES, LLC, | Adv. Proc. No. 25-50449 (KBO) |
| | **Related Adv. D.I.: 7** |
| CITYMEDRX, LLC, | Adv. Proc. No. 25-50519 (KBO) |
| | **Related Adv. D.I.: 7** |
| THRIFTY DRUG STORES, INC. *dba* THRIFTY WHITE WAREHOUSE and THRIFTY WHITE PHARMACY, | Adv. Proc. No. 25-50898 (KBO) |
| | **Related Adv. D.I.: 8** |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| PEYTON'S SOUTHEASTERN, INC., | Adv. Proc. No. 25-50284 (KBO) <br><br> **Related Adv. D.I.: 18** |
| TRILOGY EYE MEDICAL GROUP, INC. *dba* RETINA INSTITUTE OF CALIFORNIA and ACUITY EYE GROUP, | Adv. Proc. No. 25-50901 (KBO) <br><br> **Related Adv. D.I.: 11** |
| RETINA ASSOCIATES, SOUTHWEST, P.C. *dba* RETINA ASSOCIATES; and DR. CAMERON G. JAVID, <br><br> Defendants. | Adv. Proc. No. 25-51029 (KBO) <br><br> **Related Adv. D.I.: 6** |

**CERTIFICATION OF NO OBJECTION TO MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENTS AND COMPROMISES OF ADVERSARY PROCEEDINGS AGAINST H.E. BUTT GROCERY COMPANY; WAKEFERN FOOD CORP.; JAMS WHOLESALE DISTRIBUTION SERVICES, LLC; CITYMEDRX, LLC; THRIFTY DRUG STORES, INC.; PEYTON'S-SOUTHEASTERN, INC.; TRILOGY EYE MEDICAL GROUP, INC.; AND RETINA ASSOCIATES, SOUTHWEST, P.C.**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1.    On October 9, 2025, the *Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlements and Compromises of Adversary Proceedings Against H.E. Butt Grocery Company; Wakefern Food Corp.; JAMS Wholesale Distribution Services, LLC; CityMedRx, LLC; Thrifty Drug Stores, Inc.; Peytons-Southeastern, Inc.; Trilogy Eye Medical Group, Inc.; and Retina Associates, Southwest, P.C.* [D.I. 1484, Adv. D.I. 10, Adv. D.I. 10, Adv D.I. 10, Adv D.I. 7, Adv D.I. 7, Adv D.I. 8, Adv D.I. 18, Adv D.I. 11 and Adv. D.I. 6] (the "**Motion**") was filed with the Court.

2.    Pursuant to the notice of the Motion, objections, if any, to the Motion were required

to have been filed with the Court and served on the undersigned so as to be received on or before October 23, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: October 24, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>and<br><br>Carmen Contreras-Martinez<br>(admitted *pro hac vice*)<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>carmen.contreras-martinez@saul.com<br><br>and<br><br>Ryan F. Coy (admitted *pro hac vice*)<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 255-6168<br>ryan.coy@saul.com<br><br>*Special Counsel to the Chapter 7 Trustee* |