IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Related Doc. No. |

**ORDER APPROVING MOTION TO LIMIT SERVICE OF NOTICE
REGARDING APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE
TRUSTEE FOR ALLOWANCE OF THIRD INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 23, 2024 THROUGH SEPTEMBER 30, 2025**

Upon consideration of the Motion to Limit Service (the "Motion")[2] having been filed regarding the *Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025* [Doc. No. 1495] (the "Cozen Third Interim Fee Application"), and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion is GRANTED.

2. Service of the Notice of the Cozen Third Interim Fee Application shall be made via U.S. First Class Mail to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

addresses appearing in Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors; and (h) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002 (the "Notice Service Parties") and a complete copy of the Cozen Third Interim Fee Application shall be made via electronic mail upon: (a) the Trustee and (b) the Office of the United States Trustee (the "Application Service Parties").