IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING THE
MOTION TO LIMIT SERVICE OF NOTICE REGARDING APPLICATION OF COZEN
O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF THIRD
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD NOVEMBER 23, 2024 THROUGH SEPTEMBER 30, 2025**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that on October 24, 2025 the *Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025* (the "Motion") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF").

Notice of filing the Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

2

|  |  |
|---|---|
| Dated: October 24, 2025 | COZEN O'CONNOR |
|  | By: */s/ John T. Carroll, III* |
|  |   John T. Carroll, III (DE No. 4060) |
|  |   1201 N. Market Street |
|  |   Suite 1001 |
|  |   Wilmington, DE  19801 |
|  |   (302) 295-2028 Phone |
|  |   (302) 295-2013 Fax No. |
|  |   jcarroll@cozen.com |
|  |  |
|  | *Counsel to George L. Miller, Chapter 7 Trustee* |

LEGAL\81031461\1 6010823/00574256