# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Re D.I. 1479 |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S MOTION FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND COMPENSATION OF JNR ADJUSTMENT COMPANY, INC. AS ACCOUNTS RECEIVABLE COLLECTION AGENCY

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency* [D.I. 1479] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to same were to be filed and served no later than October 21, 2025 at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

| | |
|---|---|
| Dated:  October 28, 2025 | COZEN O'CONNOR |
| | By:  /s/ John T. Carroll, III |
| | John T. Carroll, III (DE No. 4060) |
| | 1201 N. Market Street |
| | Suite 1001 |
| | Wilmington, DE  19801 |
| | (302) 295-2000 Phone |
| | (302) 295-2013 Fax No. |
| | jcarroll@cozen.com |
| | *Counsel to George L. Miller* |
| | *Chapter 7 Trustee* |

2