## EXHIBIT 2

**Comparison  Version of Revised Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1493, 1494 & ___** |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS**
**LISTED ON CHAPTER 7 TRUSTEE'S EIGHTH NOTICE OF SETTLEMENT**
**PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Upon consideration of the Chapter 7 Trustee's *Eighth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order* (the "Notice");[2] *and Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Eighth Notice of Settlement* (the "Notice of Amended Exhibit A"); and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

1.      The settlements of Avoidance Actions against the Defendants listed on the Notice of Amended Exhibit A are APPROVED.

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

## Exhibit A

*Amended* Schedule of Settlements Subject to Notice of Settlement Provisions

| Amended[1] Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[2]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[3]** |
| Airmatic Compressor Systems Inc. | $16,238.97 | $14,000.00 | 25-50289 | Settlement is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Aramark Cleanroom Services, LLC | $444,224.11 | $2,500.00 | 25-50326 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Biopharm Recruiting Partners | $10,000.00 | $3,750.00 | 25-50302 | Settlement is at least 37% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| CasterDepot, Inc. | $10,944.79 | $2,947.55 | 25-50305 | Settlement is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| CT Logistics, Inc. | $ 17,116.66 | $10,000.00 | 25-50307 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ecolab, Inc. | $13,787.81 | $7,000.00 | 25-50272 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1] Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.

[2] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| *Freudenberg Medical, LLC* | *$167,791.00* | *$25,000.00* | *25-50150* | *Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).* |
|---|---|---|---|---|
| Intralinks, Inc. | $203,720.81 | $52,500.00 | 25-50151 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Matrix Absence Management, Inc. | $31,797.43 | $9,950.00 | 25-50170 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(4). |
| North Shore Gas | $19,092.11 | $8,042.92 | 25-50300 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| Pride Chemical Solution of N.J., Inc. | $328,895.94 | $16,500.00 | 25-50268 | Settlement amount is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Standard & Poors Ratings Services LLC | $83,000.00 | $5,000.00 | 25-50203 | Settlement amount is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Stira Pharmaceuticals, LLC | $200,000.00 | $10,000.00 | 25-50207 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Tergus Pharma, LLC | $34,196.54 | $24,000.00 | 25-50208 | Settlement amount is at least 77% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| WM Corporate Services, Inc. | $130,063.41 | $44,000.00 | 25-50189 | Settlement amount is at least 57% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

3

| **Summary report:** <br> **Litera Compare for Word 11.11.0.158 Document comparison done on 10/30/2025 8:25:44 AM** | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://saul.cloudimanage.com/firmdms/56641532/1 - Akorn-initial 8th NOS order for comparison.docx | |
| **Modified DMS:** iw://saul.cloudimanage.com/firmdms/56641527/1 - Akorn Gross Pref- revised 8th NOS order for comparison.docx | |
| **Changes:** | |
| Add | 7 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 2 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 11 |