# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Case No. 23-10253 (KBO)<br><br>Chapter 7<br>(Jointly Administered)<br><br>Related Doc. No. 1495, 1497 |

## CERTIFICATE OF NO OBJECTION REGARDING THE MOTION TO LIMIT SERVICE OF NOTICE REGARDING APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 23, 2024 THROUGH SEPTEMBER 30, 2025

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025* [Filed 10/24/2025; Docket No. 1497] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than November 7, 2025 at 4:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

LEGAL\81430051\1 6010823/00574256

2

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated: November 12, 2025                      COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
        John T. Carroll, III (DE No. 4060)
        1201 N. Market Street
        Suite 1001
        Wilmington, DE 19801
        (302) 295-2028 Phone
        (302) 295-2013 Fax No.
        jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*