# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

**CONTINUED MATTERS:**

1. Scheduling Conference in Adversary Proceedings

   Status:  Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to December 19, 2025 at 10:00 a.m. ET.

**CONCLUDED MATTERS:**

2. Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency
   [Filed 9/29/2025; Docket No. 1479]

   Related Documents:   (a) Certificate of No Objection
   [Filed 10/28/2025; Docket No. 1498]

   (b) Entered Order
   [Filed 10/30/2025; Docket No. 1501]

   Objection Deadline:   October 21, 2025 at 4:00 p.m. ET

   Responses Received:   None

   Status:   This matter is concluded. Order has been entered by the Court.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3.    Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlements and Compromises of Adversary Proceedings Against H.E. Butt Grocery Company; Wakefern Food Corp.; JAMS Wholesale Distribution Services, LLC; CityMedRx, LLC; Thrifty Drug Stores, Inc.; Peytons-Southeastern, Inc.; Trilogy Eye Medical Group, Inc.; and Retina Associates, Southwest, P.C.
[Filed 10/9/2025; Docket No. 1484]

Adv. 25-50448; Docket No. 10
Adv. 25-50899; Docket No. 10
Adv. 25-50449; Docket No. 7
Adv. 25-50519; Docket No. 7
Adv. 25-50898; Docket No. 8
Adv. 25-50284; Docket No. 18
Adv. 25-50901; Docket No. 11

Related Documents:

(a) Certificate of No Objection
[Filed 10/24/2025]
Adv. 25-50448; Docket No. 11
Adv. 25-50899; Docket No. 11
Adv. 25-50449; Docket No. 8
Adv. 25-50519; Docket No. 8
Adv. 25-50898; Docket No. 9
Adv. 25-50284; Docket No. 19
Adv. 25-50901; Docket No. 12

(b) Entered Order
[Filed 10/29/2025; Docket No. 1499]
Adv. 25-50448; Docket No. 12
Adv. 25-50899; Docket No. 12
Adv. 25-50449; Docket No. 9
Adv. 25-50519; Docket No. 9
Adv. 25-50898; Docket No. 10
Adv. 25-50284; Docket No. 20
Adv. 25-50901; Docket No. 13

Objection Deadline:    October 23, 2025 at 4:00 p.m. ET

Responses Received:    None

Status:    This matter is concluded. Order has been entered by the Court.

4. Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025
[Filed 10/23/2025; Docket No. 1495]

    Related Documents:    (a)    Certificate of No Objection
[Filed 11/12/2025; Docket No. 1506]

    (b)    Entered Order
[Filed 11/12/2025; Docket No. 1508]

    Objection Deadline:    November 7, 2025 at 4:00 p.m. ET

    Responses Received:    None

    Status:    This matter is concluded. Order has been entered by the Court.

5. Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025
[Filed 10/24/2025; Docket No. 1497]

    Related Documents:    (a)    Certificate of No Objection
[Filed 11/12/2025; Docket No. 1507]

    (b)    Entered Order
[Filed 11/12/2025; Docket No. 1509]

    Objection Deadline:    November 7, 2025 at 4:00 p.m. ET

    Responses Received:    None

    Status:    This matter is concluded. Order has been entered by the Court.

| | |
|---|---|
| Dated:  November 12, 2025<br>Wilmington, Delaware | COZEN O'CONNOR<br><br>By:  */s/ John T. Carroll, III*<br>John T. Carroll, III (DE Bar No. 4060)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801<br>(302) 295-2028 Phone<br>jcarroll@cozen.com<br><br>*Counsel to George L. Miller,*<br>*Chapter 7 Trustee* |

## SCHEDULE 1

| | **Adversary Actions Scheduling Conference Adjourned.** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| 1. | Beth Zelnick-Kaufman | 25-50380 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 2. | Christopher C. Young | 25-50381 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 3. | Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 4. | John Sweeney | 25-50383 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 5. | Kevin Bain, et al. | 25-50367 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 6. | Walmart, Inc. | 25-50360 | Adjourned to 12/19/2025 at 10:00 a.m. ET |
| 7. | William Ostrowski | 25-50384 | Adjourned to 12/19/2025 at 10:00 a.m. ET |