# EXHIBIT B

**Detailed Statement in Support of Contingency Fee**

| Name | Settlement Amount | Adversary Number | Fee Percentage | Fee Amount |
|---|---|---|---|---|
| Alcus Fuel Oil & Sons, Inc. | $1,518.83 | 25-50353 | 35% | $531.59 |
| American International Relocation SOL d/b/a AIRES | $8,000.00 | 25-50089 | 35% | $2,800.00 |
| Aramark Uniform Services (Midwest) LLC | $14,175.00 | 25-50326 | 35% | $4,961.25 |
| Arjay Company d/b/a Vertiv | $38,500.00 | 25-50260 | 35% | $13,475.00 |
| Axon, LLC | $10,000.00 | 25-50298 | 35% | $3,500.00 |
| Balco Industries, Inc. | $10,901.25 | 25-50301 | 35% | $3,815.44 |
| Bana Electrical Testing Corp. | $10,000.00 | 25-50105 | 35% | $3,500.00 |
| Camfil - DP Filters | $12,700.00 | 25-50093 | 35% | $4,445.00 |
| Cedar Brook 5 Corporate Center LP | $15,000.00 | 25-50236 | 35% | $5,250.00 |
| ColorCon, Inc. | $21,687.03 | 25-50245 | 35% | $7,590.46 |
| Gerresheimer Glass | $55,000.00 | 25-50155 | 35% | $19,250.00 |
| IMA North America, Inc. | $12,000.00 | 25-50252 | 35% | $4,200.00 |
| Kirby Risk Corporation | $1,500.00 | 25-50264 | 35% | $525.00 |
| Mettler-Toledo Rainin, LLC | $5,000.00 | 25-50171 | 35% | $1,750.00 |
| Nipro Pharmapackaging Americas Corp. | $85,000.00 | 25-50107 | 35% | $29,750.00 |
| Optima Machinery Corp. | $23,000.00 | 25-50142 | 35% | $8,050.00 |
| Power Supply of Illinois, Inc. | $4,000.00 | 25-50310 | 35% | $1,400.00 |
| Rite Hite Arbon Equipment | $6,000.00 | 25-50312 | 35% | $2,100.00 |
| SolarWinds | $30,569.00 | 25-50205 | 35% | $10,699.15 |
| TSO General Corp. | $2,000.00 | 25-50321 | 35% | $700.00 |
| UL Verification Services Inc. | $17,500.00 | 25-50216 | 35% | $6,125.00 |
| Welch (Heritage) | $16,000.00 | 25-50133 | 35% | $5,600.00 |
| W.W. Grainger | $16,500.00 | 25-50333 | 35% | $5,775.00 |
| Xellia Pharmaceuticals | $30,000.00 | 25-50225 | 35% | $10,500.00 |
| TEVA API Inc. | $330,000.00 | 25-50271 | 35% | $115,500.00 |

| | | | | |
|---|---|---|---|---|
| Mikart, LLC | $0.00 | 25-50101 | 35% | $0.00 |
| AEP Energy Inc. | $1,000.00 | 25-50228 | 35% | $350.00 |
| AFLAC Premium Holding | $1,500.00 | 25-50096 | 35% | $525.00 |
| Alcami Corporation | $14,000.00 | 25-50229 | 35% | $4,900.00 |
| Amphenol Thermometrics Inc. | $1,500.00 | 25-50294 | 35% | $525.00 |
| Apexus LLC | $85,000.00 | 25-50100 | 35% | $29,750.00 |
| Ashland Specialty Ingredients GP | $40,000.00 | 25-50102 | 35% | $14,000.00 |
| Dahl Compliance | $26,500.00 | 25-50126 | 35% | $9,275.00 |
| Evisort Inc. | $8,500.00 | 25-50275 | 35% | $2,975.00 |
| Eye Med Vision Care – Fidelity | $5,000.00 | 25-50276 | 35% | $1,750.00 |
| Gentinge USA Sales LLC | $6,000.00 | 25-50277 | 35% | $2,100.00 |
| IMCD Group | $500.00 | 25-50144 | 35% | $175.00 |
| Lentz Milling Company LLC | $12,500.00 | 25-50288 | 35% | $4,375.00 |
| Oxford Global Resources LLC | $7,956.00 | 25-50303 | 35% | $2,784.60 |
| Stantec Consulting Services, Inc | $14,000.00 | 25-50209 | 35% | $4,900.00 |
| Sterigenics U.S. LLC, Nelson Laboratories Boseman LLC, and Nelson Labs Fairfield, Inc. Sotera Health Companies | $65,000.00 | 25-50332 | 35% | $22,750.00 |
| Steriline North America Inc | $15,000.00 | 25-50119 | 35% | $5,250.00 |
| Steris Isomedix Services, Inc. and Steris Corp. | $1,000.00 | 25-50329 | 35% | $350.00 |
| EMD Millipore | $40,000.00 | 25-50137 | 35% | $14,000.00 |
| Freyr, Inc. | $28,627.00 | 25-50154 | 35% | $10,019.45 |
| Managed Health Care Associates, Inc. | $17,500.00 | 25-50168 | 35% | $6,125.00 |
| Matheson Tri-Gas, Inc. | $10,000.00 | 25-50290 | 35% | $3,500.00 |
| Performance Validation | $5,717.00 | 25-50309 | 35% | $2,000.95 |
| Provident Life and Accident Ins Co | $13,500.00 | 25-50315 | 35% | $4,725.00 |
| PSE & G Co. | $1,000.00 | 25-50325 | 35% | $350.00 |
| Reliance Standard Life Insurance Co. | $7,500.00 | 25-50190 | 35% | $2,625.00 |

| | | | | |
|---|---|---|---|---|
| Robert Half Management Resources | $3,500.00 | 25-50197 | 35% | $1,225.00 |
| SafetyCall International, LLC | $10,000.00 | 25-50316 | 35% | $3,500.00 |
| Syntegon Technology Services Inc. | $25,000.00 | 25-50211 | 35% | $8,750.00 |
| The Training Center Group LLC | $30,000.00 | 25-50213 | 35% | $10,500.00 |
| WestRock | $6,000.00 | 25-50351 | 35% | $2,100.00 |
| Zatkoff Seals & Packaging | $10,000.00 | 25-50322 | 35% | $3,500.00 |
| Siegfried USA Inc | $65,000.00 | 25-50204 | 35% | $22,750.00 |
| Aptar Pharma | $250,000.00 | 25-50244 | 35% | $87,500.00 |
| Leadiant Biosciences, Inc. | $125,000.00 | 25-50160 | 35% | $43,750.00 |
| Airmatic Compressor Systems Inc. | $14,000.00 | 25-50289 | 35% | $4,900.00 |
| Aramark Cleanroom Services LLC | $2,500.00 | 25-50326 | 35% | $875.00 |
| Biopharm Recruiting Partners | $3,750.00 | 25-50302 | 35% | $1,312.50 |
| CasterDepot, Inc. | $2,947.55 | 25-50305 | 35% | $1,031.64 |
| CT Logistics, Inc. | $10,000.00 | 25-50307 | 35% | $3,500.00 |
| Ecolab, Inc. | $7,000.00 | 25-50272 | 35% | $2,450.00 |
| Freudenberg Medical, LLC | $25,000.00 | 25-50150 | 35% | $8,750.00 |
| Intralinks, Inc. | $52,500.00 | 25-50151 | 35% | $18,375.00 |
| Matrix Absence Management, Inc. | $9,950.00 | 25-50170 | 35% | $3,482.50 |
| North Shore Gas | $8,042.92 | 25-50300 | 35% | $2,815.02 |
| Pride Chemical Solution of N.J., Inc. | $16,500.00 | 25-50268 | 35% | $5,775.00 |
| Standard & Poors Ratings Services LLC | $5,000.00 | 25-50203 | 35% | $1,750.00 |
| Stira Pharmaceuticals, LLC | $10,000.00 | 25-50207 | 35% | $3,500.00 |
| Tergus Pharma, LLC | $24,000.00 | 25-50208 | 35% | $8,400.00 |

**Total:**      $1,921,041.58                              $672,364.55

**Total Collections:**
Fees            $672,364.55
Costs           $30,252.65
**Total due to Saul**:    $702,617.20