# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**Expense Summary**

**For the Period from July 1, 2025 through October 31, 2025**

| **EXPENSES** |||
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Filing Fees | PACER | $132.90 |
| PACER Research | PACER | $729.80 |
| Legal Research | Westlaw | $3,893.40 |
| Outside Reproduction | Reliable Copy Service- DE | $727.85 |
| Courier Service | Reliable Copy Service- DE | $7.50 |
| Professional Services | Reliable Copy Service- DE | $1,651.24 |
| Courier Service | Federal Express | $59.96 |
| Professional Services | Crowe Foreign Services | $23,050.00 |
| **Total** | | **$30,252.65** |



www.saul.com

Akorn Operating Company LLC- Avoidance A  
George Miller  
8 Penn Center, Suite 950  
1628 John F. Kennedy Boulevard  
Philadelphia, PA 19103

Invoice Number    4465814  
Invoice Date    11/05/25  
Client Number    393059  
Matter Number    00002

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/14/25 | Vendor: Reliable Copy Service; Invoice#: WL124592; Date: 6/27/2025 - Hand delivery of Notice of Completion of Briefing binders to Chambers re defendant Government Counsel | 7.50 |
|  | Total Messenger Service | 7.50 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - PACER fees for downloading documents | 132.90 |
|  | Total Filing Fees | 132.90 |
| 07/29/25 | Vendor: Federal Express; Invoice#: 893573083; Date: 7/28/2025 - Federal Express on 07/23/2025 To: George L Miller From: Evan Miller | 30.01 |
| 08/27/25 | Vendor: Federal Express; Invoice#: 896446824; Date: 8/25/2025 - Federal Express on 08/14/2025 To: George L Miller From: Evan Miller | 29.95 |
|  | Total Federal Express | 59.96 |
| 07/18/25 | Vendor: Reliable Companies; Invoice#: WL124472; Date: 6/20/2025 - 6/20 - Copying, postage and mailing of Amended Exhibit A to 4th Notice of Settlement | 10.32 |
| 07/22/25 | Vendor: Reliable Copy Service; Invoice#: WL124459; Date: 6/18/2025 - Mailout services, envelope services, postage re 4th Notice of Settlements. | 13.52 |
| 07/29/25 | Vendor: Reliable Copy Service; Invoice#: WL124766; Date: 7/7/2025 - Mailout services, envelopes services, postage re Notice of Saul's 4th Interim (First Contingency) Fee Application | 155.47 |
| 09/22/25 | Vendor: Reliable Copy Service; Invoice#: WL125777; Date: 9/8/2025 - Mailout services, envelopes services, postage re 6th Notice of Settlements | 110.25 |
| 09/29/25 | Vendor: Reliable Copy Service; Invoice#: WL125821; Date: 9/16/2025 - Mailout services, envelope services, postage re Notice of Filing of Amended Exhibit A re Trustee's 6th Notice of Settlements. | 53.90 |

| | | | |
|---|---|---|---|
| 393059 | Akorn Operating Company LLC- Avoidance A | Invoice | 4465814 |
| 00002 | Expenses | | Page: 2 |
| 11/05/25 | | | |

| Date | Description | Amount | |
|---|---|---|---|
| 10/07/25 | Vendor: Reliable Copy Service; Invoice#: WL126173; Date: 9/30/2025 - Mailout services (bankruptcy), envelopes services, postage re 7th Notice of Settlements | 56.70 | |
| 10/07/25 | Vendor: Reliable Copy Service; Invoice#: WL126139; Date: 9/26/2025 - Mailout services (bankruptcy), envelopes services, postage re 9019 Motion with Siegfried USA Inc., Aptar Pharma and Leadiant Biosciences | 327.69 | |
| | Total Outside Reproduction | | 727.85 |
| 09/09/25 | Vendor: Crowe Foreign Services; Invoice#: 20250826; Date: 8/26/2025 - Service of Summonses on foreign defendants regarding Preference Actions in Delaware Bankruptcy Court. | 23,050.00 | |
| 09/26/25 | Vendor: Reliable Copy Service; Invoice#: WL125145; Date: 7/29/2025 - Bankruptcy Mailout | 38.88 | |
| 09/26/25 | Vendor: Reliable Copy Service; Invoice#: WL125183; Date: 7/31/2025 - Bankruptcy Mailout | 170.02 | |
| 10/03/25 | Vendor: Reliable Copy Service; Invoice#: WL125120; Date: 7/29/2025 - Bankruptcy Mailout | 1,442.34 | |
| | Total Professional Services | | 24,701.24 |
| 06/28/25 | Vendor: PNC Bank; PACER Charges usage 1/1/25 to 3/31/25 / R. Weston | 668.20 | |
| 09/15/25 | Vendor: US Bank Credit Card; Invoice#: AR08252025.JL.7295EDIT; Date: 9/3/2025 - US Bank; J. Lischner;8/5 - Pacer fees for downloading documents | 61.60 | |
| | Total Pacer Research | | 729.80 |
| 07/01/25 | Westlaw Research | 328.32 | |
| 08/01/25 | Westlaw Research | 351.54 | |
| 08/08/25 | Westlaw Legal Research charge $417.50 8/3/25 | 417.50 | |
| 08/26/25 | Westlaw Research | 656.64 | |
| 08/26/25 | Westlaw Research | 661.96 | |
| 10/09/25 | Westlaw Research | 656.64 | |
| 10/31/25 | Westlaw Research | 820.80 | |
| | Total Westlaw Legal Research | | 3,893.40 |
| | CURRENT EXPENSES | | 30,252.65 |
| | TOTAL AMOUNT OF THIS INVOICE | | 30,252.65 |
| | REMAINING TRUST BALANCE | | 0.00 |