# EXHIBIT D

**Certification of Evan T. Miller**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATION OF EVAN T. MILLER IN SUPPORT OF THE FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025**

I, Evan T. Miller, declare under the penalty of perjury that:

1. I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which serves as special counsel to George L. Miller, chapter 7 trustee (the "**Chapter 7 Trustee**") for the estates of the above-captioned debtors.

2. I am familiar with the work performed by Saul Ewing on behalf of the Chapter 7 Trustee.

3. I have read the foregoing Fifth Interim (Second Contingent) Fee Application Of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through October 31, 2025 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

4.      I hereby certify that the Fifth Interim (Second Contingent) Fee Application complies with the applicable provisions of the Supplemental Retention Order, Bankruptcy Code, the Bankruptcy Rules and Del. Bankr. L.R. 2016-2.

Dated: November 18, 2025

*/s/ Evan T. Miller*
EVAN T. MILLER