# EXHIBIT A

**Summary of Blended Rate**

4

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed *This Application* |
| Senior Partners | 4 | $682 | $709.36 |
| Junior Partners | 0 | $570 | N/A |
| Counsel | 0 | $576 | N/A |
| Senior Associates | 2 | $428 | $501.10 |
| Junior Associates | 2 | $343 | $439.95 |
| Paralegal | 1 | $298 | $360 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 7 | $283 | $226.05 |
| **Aggregated:** | | **$553** | **$597.07** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 18, 2025 |
| Interim or Final: | Interim |