# EXHIBIT B


**Timekeeper Summary**

## SUMMARY OF BILLING BY TIMEKEEPER

## For the Period from MARCH 1, 2025 THROUGH OCTOBER 31, 2025

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $735 | 320.2 | $235,347.00 |
| Evan T. Miller | 2009 | Partner (2023) | Bankruptcy | $367.50 | 6.0 | $2,205.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770 | 9.8 | $7,546.00 |
| Steven C. Reingold | 1993 | Partner (2017)[2] | Litigation | $820 | 46.0 | $37,720.00 |
| Steven C. Reingold | 1993 | Partner (2017) | Litigation | $410 | 8.8 | $3,608.00 |
| Carmen Contreras-Martinez | 1996 | Partner (2022) | Litigation | $635 | 123.8 | $78,613.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $505 | 6.2 | $3,131.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $485 | 1.5 | $727.50 |
| Ryan Coy | 2019 | Associate (2024) | Litigation | $440 | 214.9 | $94,556.00 |
| Maxwell Hanamirian | 2024 | Associate (2024) | Bankruptcy | $325 | 0.1 | $32.50 |
| Shelly Guise | N/A | Paralegal | Bankruptcy | $360 | 22.4 | $8,064.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 0.3 | $93.00 |
| Aida McLaughlin | N/A | Paraprofessional | Bankruptcy/ Litigation | $225 | 23.4 | $5,265.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220 | 22.5 | $4,950.00 |
| Cassandra E. Joyner | N/A | Paraprofessional | Bankruptcy/ Litigation | $230 | 1.1 | $253.00 |
| eDiscovery Project Manager – EDPM | N/A | Litigation Support | Litigation Support | $360 | 0.5 | $180.00 |
| eDiscovery Specialist - EDS | N/A | Litigation Support | Litigation Support | $300 | 0.4 | $120.00 |
| eDiscovery Consultant- EDC | N/A | Litigation Support | Litigation Support | $400 | 0.2 | $80.00 |
| **TOTAL** | | | | | **808.1** | **$482,491.00** |

**Blended Hourly Rate: $597.07**

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 18, 2025 |
| Interim or Final: | Interim |

---

[1]   Mr. Miller joined Saul Ewing in September 2023.  Mr. Miller was previously a Director at his prior firm since 2019.

[2]   Mr. Reingold joined Saul Ewing as a Partner in 2017.  Mr. Reingold was previously a Partner at his prior firm.