# EXHIBIT D

**Summary of Expense Reimbursement Requested by Category**

# Expense Summary

## For the Period from March 1, 2025 through October 31, 2025

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Transportation- Cab Fare | Uber and Cab | $509.08 |
| Mileage | Evan T. Miller | $33.54 |
| Messenger Service | UPS | $13.93 |
| Parking | Park America Inc. Penn Center- East | $32.00 |
| Filing Fees | PACER | $7,100.00 |
| Transportation- Airfare | Southwest Airlines & Delta Airlines | $1,555.59 |
| Courier Service | Federal Express | $60.23 |
| Legal Research | PACER | $120.70 |
| Lodging | The LaSalle Chicago | $1,981.48 |
| Meals | Corner Bakery & Grill on 51 | $179.96 |
| Transcript | Reliable Copy Service- DE | $122.85 |
| Outside Reproduction | Reliable Copy Service- DE | $2,099.44 |
| Legal Research | Westlaw | $760.00 |
| **Total** | | **$14,568.80** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 18, 2025 |
| Interim or Final: | Interim |

2

| Meal Detail | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 08/13/2025 | Grill on 21 | (1) Evan T. Miller | Breakfast while in Chicago for Mediation. | $55.15 |
| 08/13/2025 | Corner Bakery | Lunch for all parties attending Mediation. | Lunch for all parties while in Chicago for Mediation | $124.81 |
| **Total** | | | | $179.96 |

| Travel Detail – Cab Fare, Mileage, Parking, Airfare, Hotels | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 04/21/25 | Evan T. Miller | (1) Evan T. Miller | (Mileage) Traveling from Home to Saul Ewing Phila office to attend Mediation | $33.54 |
| 04/21/25 | Evan T. Miller | (1) Evan T. Miller | (Parking) Parking at Park America Inc. Penn Center- East to attend Mediation at Saul Ewing Phila office | $32.00 |
| 08/12/25 | Uber | (1) Evan T. Miller | (Cab Fare) Uber from home to airport for Mediation in Chicago | $54.99 |
| 08/12/25 | Southwest Airlines | (1) Evan T. Miller | (Airfare) Plane to attend Mediation in Chicago and return flight to Philadelphia (round trip) | $908.63 |
| 08/12/25 | Delta Airlines | (1) Steven C. Reingold | (Airfare) Plane to attend Mediation in Chicago and return flight to Atlanta (round trip) | $649.96 |
| 08/12/25-08/13/25 | The LaSalle Chicago | (1) Steven C. Reingold | (Hotel) (1) night stay in hotel to attend Mediation | $684.32 |
| 08/12/25-08/14/25 | The LaSalle Chicago | (1) Evan T. Miller | (Hotel) (2) night stay in hotel to attend Mediation | $1,297.16 |
| 08/12/25 | Cab | (1) Evan T. Miller | (Cab Fare) Cab from airport to Hotel to attend Mediation in Chicago | $43.80 |
| 08/12/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from home to airport for Mediation in Chicago | $62.83 |

3

| | | | | |
|---|---|---|---|---|
| 08/12/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from Airport to Hotel for Mediation in Chicago | $34.97 |
| 08/12/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from Hotel to Saul Office to attend Mediation in Chicago | $43.67 |
| 08/13/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from Hotel to Saul office to attend Mediation | $17.81 |
| 08/13/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from hotel to Airport to return home from Mediation in Chicago | $64.53 |
| 08/13/25 | Uber | (1) Steven C. Reingold | (Cab Fare) Uber from Airport to Home while returning from Mediation in Chicago | $68.41 |
| 08/13/25 | Uber | (1) Evan T. Miller | (Cab Fare) Uber from Hotel to Sienna Tavern re Mediation in Chicago | $20.87 |
| 08/14/25 | Uber | (1) Evan T. Miller | (Cab Fare) Uber from hotel to Airport while returning home from Mediation in Chicago | $50.99 |
| 08/14/25 | Uber | (1) Evan T. Miller | (Cab Fare) Uber from Airport to home while returning home from Mediation in Chicago | $46.21 |
| **Total** | | | | $4,114.69 |

| Mileage Detail | | | |
|---|---|---|---|
| **Date** | **Description** | **# of People and Description** | **Amount** |
| 04/21/2025 | Mileage from home to Saul Ewing Philadelphia Office to attend Mediation and return home. | (1) Evan T. Miller | $33.54 |
| | | **Total** | $33.54 |

| Parking Detail | | | |
|---|---|---|---|
| **Date** | **Description** | **# of People and Description** | **Amount** |
| 04/21/2025 | Parking at Park America Inc. Penn Center-East while attending Mediation at Saul Ewing LLP Philadelphia Office | (1) Evan T. Miller | $32.00 |
| | | **Total** | $32.00 |



Federal Identification Number: 23-1416352

www.saul.com

| | | Invoice Number | 4466630 |
|---|---|---|---|
| Akorn AR Matters – George L. Miller, Chapter 7 Trustee | | Invoice Date | 11/07/25 |
| George L Miller | | Client Number | 389590 |
| 8 Penn Center, Suite 950 | | Matter Number | 00002 |
| 1628 John F. Kennedy Boulevard | | | |
| Philadelphia, PA 19103 | | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Uber ride expense from home to 8000 Essington Ave, Phila, PA 19153 (Phila Airport) for Evan Miller to attend Akorn Mediation in Chicago 8/12/25- 8/14/25. | 54.99 |
|---|---|---|
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Cab Expense for Evan Miller from 5700 S Cicero Ave, Chicago, IL 60638 (Chi Airport) to 208 S LaSalle St, Chicago, IL 60604 (Hotel) to attend Akorn Mediation in Chicago 8/12/25- 8/14/25. | 43.80 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of Uber to Atlanta airport to attend client settlement meeting in Chicago. | 62.83 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of Uber to Chicago hotel while attending client settlement meetings. | 34.97 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of Uber to Chicago SAUL office to attend client settlement meeting. | 43.67 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of uber home after attending client settlement meetings in Chicago. | 68.41 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of uber to Chicago airport after attending client settlement meeting. | 64.53 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of uber to Chicago SAUL office to attend client settlement meeting. | 17.81 |
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Uber ride expense from 208 S. Lasalle St, Chicago, IL (hotel) to 51 W. Kinzie St, Chicago, IL 60654 (Sienna Tavern) for Evan Miller while attending Akorn Mediation in Chicago 8/12/25- 8/14/25. | 20.87 |

| | | | |
|---|---|---|---|
| 389590 00002 11/07/25 | Akorn AR Matters – George L. Miller, Chapter 7 Trustee Expenses | Invoice | 4466630 Page: 2 |

| Date | Description | Amount |
|---|---|---:|
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Uber ride expense from 208 S. Lasalle St, Chicago, IL (hotel) to 5700 S. Cicero Ave, Chicago, IL 60638(Chi. Airport) for Evan Miller while attending Akorn Mediation in Chicago 8/12/25- 8/14/25. | 50.99 |
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Uber ride expense from Terminal D, Phila International Airport, Phila, PA 19153 to home for Evan Miller while returning from Akorn Mediation in Chicago 8/14/25. | 46.21 |
| | **Total Cab Fare** | **509.08** |
| 04/25/25 | Vendor: Miller, Evan T.; Invoice#: 010073794019; Date: 4/23/2025 - Desc - Mileage Mileage expense for Attorney Evan Miller to attend Akorn Mediation 4/21/2025 at Saul Ewing Philadelphia Office. From: home To: Saul Ewing Philadelphia Office Return to: home Mileage 47.92 miles | 33.54 |
| | **Total Mileage** | **33.54** |
| 03/26/25 | Vendor: UPS; Invoice#: AR0000E63086125EDIT; Date: 3/26/2025 - UPS Package sent to Louann Cromley on 3/19 | 13.93 |
| | **Total Messenger Service** | **13.93** |
| 04/25/25 | Vendor: Miller, Evan T.; Invoice#: 010073794019; Date: 4/23/2025 - Desc - Parking expense for Attorney Evan Miller to attend Akorn Mediation 4/21/2025 at Saul Ewing Philadelphia Office. | 32.00 |
| | **Total Parking** | **32.00** |
| 04/28/25 | Vendor: US Bank Credit Card; Invoice#: AR03252025.JL.7295EDIT; Date: 4/9/2025 - US Bank; J. Lischner;2/28 - Filing fee - CCM pro hac vice | 50.00 |
| 04/25/25 | Vendor: PNC Bank; Invoice#: 045516-DF; Date: 4/9/2025 - Pro Hac Vice filing fee for Ryan Coy 3/27/25 | 50.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;3/24 - Adversary filing fee - H.E Butt | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;3/24 - Adversary filing fee - JAMS | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;3/24 - Adversary filing fee - Kaiser | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;3/24 - Adversary filing fee - Medtech | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;3/24 - Adversary filing fee - Walgreens | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;4/1 - Adversary filing fee - Bluepax | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;4/1 - Adversary filing fee - Burlington Drug | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;4/1 - Adversary filing fee - CityMedRx | 350.00 |
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;4/1 - Adversary filing fee - Dixon-Shane | 350.00 |

| | | | |
|---|---|---|---|
| 389590 00002 11/07/25 | Akorn AR Matters – George L. Miller, Chapter 7 Trustee Expenses | Invoice | 4466630 Page: 3 |

| Date | Description | Amount |
|---|---|---|
| 05/21/25 | Vendor: US Bank Credit Card; Invoice#: AR04252025.JL.7295EDIT; Date: 5/20/2025 - US Bank; J. Lischner;4/1 - Adversary filing fee - Genetco | 350.00 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - Filing fee - Adversary Complaint - Trilogy Eye Medical | 350.00 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - Filing fee - Adversary Complaint - Medline Industries | 350.00 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - Filing fee - Adversary Complaint - Wakefern Food | 350.00 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - Filing fee - Adversary Complaint - Thirfty Drug Stores | 350.00 |
| 06/30/25 | Vendor: US Bank Credit Card; Invoice#: AR05262025.JL.7295EDIT; Date: 6/20/2025 - US Bank; J. Lischner;5/6 - Filing fee - Adversary Complaint - SCA Pharmaceuticals | 350.00 |
| 07/22/25 | Vendor: US Bank Credit Card; Invoice#: AR06252025.JL.7295EDIT; Date: 7/15/2025 - US Bank; J. Lischner;6/24 - Filing fee - Adversary Complaint - Retina Associates | 350.00 |
| 07/22/25 | Vendor: US Bank Credit Card; Invoice#: AR06252025.JL.7295EDIT; Date: 7/15/2025 - US Bank; J. Lischner;6/24 - Filing fee - Adversary Complaint - Capital Wholesale | 350.00 |
| 07/22/25 | Vendor: US Bank Credit Card; Invoice#: AR06252025.JL.7295EDIT; Date: 7/15/2025 - US Bank; J. Lischner;6/24 - Filing fee - Adversary Complaint - Healthy Vision | 350.00 |
| 07/22/25 | Vendor: US Bank Credit Card; Invoice#: AR06252025.JL.7295EDIT; Date: 7/15/2025 - US Bank; J. Lischner;6/24 - Filing fee - Adversary Complaint - Alliance | 350.00 |
| 07/22/25 | Vendor: US Bank Credit Card; Invoice#: AR06252025.JL.7295EDIT; Date: 7/15/2025 - US Bank; J. Lischner;6/24 - Filing fee - Adversary Complaint - Real Value | 350.00 |
| | Total Filing Fees | 7,100.00 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Airfare to and from Chicago, IL to attend settlement meeting with E. Miller, client team, and McKesson team | 646.96 |
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Round trip Flight expense from Philadelphia (PHL) to Chicago (MDW) on 8/12/25 and return to PHL on 8/14/25 for Evan Miller to attend Akorn Mediation in Chicago 8/12/25- 8/14/25. | 908.63 |
| | Total Transportation-Airfare | 1,555.59 |
| 07/29/25 | Vendor: Federal Express; Invoice#: 893628913; Date: 7/28/2025 - Federal Express on 07/18/2025 To: Steven Reingold From: Verbert Price | 60.23 |
| | Total Federal Express | 60.23 |
| 05/06/25 | Vendor: Reliable Copy Service - DE; Invoice#: WL122973; Date: 4/2/2025 - Mailout services, envelope services, postage re Saul's Notice of 3rd Interim Fee Application. | 155.47 |

| | | | |
|---|---|---|---|
| 389590 | Akorn AR Matters – George L. Miller, Chapter 7 Trustee | Invoice | 4466630 |
| 00002 | Expenses | | Page: 4 |
| 11/07/25 | | | |

| Date | Description | Amount |
|---|---|---|
| 06/17/25 | Vendor: Reliable Copy Service; Invoice#: WL124102; Date: 5/30/2025 - Mailout services, envelope services, postage re 9019 Motion with Medtech | 562.43 |
| 07/23/25 | Vendor: Reliable Copy Service; Invoice#: WL124387; Date: 6/13/2025 - Mailout service, envelopes services, postage re ASB/ Cencora 9019 Motion. | 642.32 |
| 09/22/25 | Vendor: Reliable Copy Service; Invoice#: WL125748; Date: 9/5/2025 - Mailout services, envelope services, postage re McKesson 9019 Motion. | 245.22 |
| 10/24/25 | Vendor: Reliable Copy Service; Invoice#: WL126344; Date: 10/10/2025 - Mailout services (Bankruptcy), Envelope Services, Postage re Omnibus 9019 Motion filed 10/9/2025. | 494.00 |
| | **Total Outside Reproduction** | **2,099.44** |
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Hotel Expense for Evan Miller to attend Akorn Mediation in Chicago 8/12/25- 8/14/25. | 1,297.16 |
| 08/18/25 | Vendor: Steven C. Reingold; Invoice#: 010076235265; Date: 8/18/2025 - Desc - Cost of hotel stay at Chicago hotel while attending client settlement meetings. | 684.32 |
| | **Total Hotel** | **1,981.48** |
| 08/18/25 | Vendor: Miller, Evan T.; Invoice#: 010076212756; Date: 8/15/2025 - Desc - Hotel meal Expense for Evan Miller while attending Akorn Mediation in Chicago 8/12/25- 8/14/25. | 55.15 |
| 09/15/25 | Vendor: US Bank Credit Card; Invoice#: AR08252025.JL.2419EDIT; Date: 9/10/2025 - US Bank; J. Loftus;8/13 - Corner Bakery - lunch for attorneys and clients re: settlement meeting with McKesson | 124.81 |
| | **Total Meals** | **179.96** |
| 05/12/25 | Vendor: Reliable Copy Service; Invoice#: WL123488; Date: 4/28/2025 - Transcript re 4/11/2025 hearing. | 122.85 |
| | **Total Transcript** | **122.85** |
| 04/29/25 | Vendor: PNC Bank; PACER 1st Quarter Charges / R. Weston | 64.90 |
| 06/28/25 | Vendor: PNC Bank; PACER Charges usage 1/1/25 to 3/31/25 / R. Weston | 55.80 |
| | **Total Pacer Research** | **120.70** |
| 07/23/25 | Westlaw Research | 608.00 |
| 08/26/25 | Westlaw Research | 152.00 |
| | **Total Westlaw Legal Research** | **760.00** |
| | **CURRENT EXPENSES** | **14,568.80** |
| | **TOTAL AMOUNT OF THIS INVOICE** | **14,568.80** |
| | **REMAINING TRUST BALANCE** | **0.00** |