IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Obj. Deadline**: 12/2/2025 at 4:00 p.m. (ET)<br>**Hearing Date**: 12/19/2025 at 10:00 a.m. (ET)<br>**Related D.I.**: 1512 & 1513 |

**MOTION TO LIMIT SERVICE OF NOTICE REGARDING FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025 AND SIXTH INTERIM FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2025 THROUGH OCTOBER 31, 2025**

George L. Miller, in his capacity as the chapter 7 trustee (the "**Trustee**") of the estates of the above-captioned debtors (the "**Debtors**"), hereby moves (the "**Motion**") for an order under Rule 2002(a)(6) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), providing that service with respect to the *Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP ("**Saul Ewing**"), Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025, through October 31, 2025* and *Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025* [D.I. 1512 and D.I.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1513] (collectively, the "**Fee Applications**") be limited to the Service Parties (as defined below). In support of this Motion, the Trustee respectfully represents as follows:

1. Bankruptcy Rule 2002(a)(6) provides that at least twenty one (21) days notice of a hearing on a request for compensation or reimbursement of expenses totaling in excess of $1,000 shall be given to all creditors. Fed. R. Bankr. P. 2002(a)(6). The Trustee submits that there is sufficient cause to justify limiting the service of the Fee Applications to the Service Parties designated below.

2. As reflected in the Debtors' schedules of assets and liabilities, the Debtors have approximately 700 creditors in the aggregate. *See* Schedules of Assets and Liabilities (D.I. 70, 72 & 74). The Trustee represents that to serve a copy of the Fee Applications on each and every creditor of the Debtors would be a significant expense to the Debtors' estates.

3. The Trustee requests that a copy of the Notice of the Fee Applications (the "**Notice**") be served via U.S. First Class Mail and be limited to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and addresses appearing in Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors; and (f) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002 (the "**Notice Service Parties**").[2]

4. Additionally, the Trustee requests that a complete copy of the Fee Applications be served via electronic mail and be limited to (i) the Trustee, and (ii) the Office of the United States

---

[2] Notification of filing the Fee Applications was provided by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned cases and a complete copy of the Fee Applications can be accessed via CM/ECF.

Trustee for the District of Delaware (the "**Application Service Parties**"). The Notice Service Parties and the Application Service Parties are collectively referred to herein as the "**Service Parties**".

5. The Trustee believes service of the Notice of the Fee Applications and service of the Fee Applications as described above on the Service Parties is sufficient to ensure that all parties reasonably interested in the outcome of the Fee Applications will have notice thereof and an opportunity to respond thereto. The Trustee previously sought and received approval for identical relief in connection with Saul Ewing's first, second, third and fourth interim fee applications. *See* D.I. 759, 760, 768, 973, 974, 981, 986, 1368, 1369, 1377, 1432, 1433, 1447 (the "**Limited Service Orders**"). For the sake of time and efficiency, the Trustee has served the Fee Applications concurrently with this Motion in accordance with the relief sought herein and the Limited Service Orders.

WHEREFORE, the Trustee respectfully requests that the Court enter an order, in the form attached hereto as **Exhibit A**, providing that service of the Notice of the Fee Applications and service of the Fee Applications be limited to the Service Parties as described above.

| | |
|---|---|
| Dated: November 18, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br><br>*Special Counsel to Chapter 7 Trustee* |