**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br><u>Obj. Deadline</u>: **12/2/2025 at 4:00 p.m. (ET)**<br><u>Hearing Date</u>: **12/19/2025 at 10:00 a.m. (ET)**<br><u>Related D.I.</u>: **1512 & 1513** |

**NOTICE OF HEARING ON MOTION TO LIMIT SERVICE OF NOTICE REGARDING FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025 AND SIXTH INTERIM FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2025 THROUGH OCTOBER 31, 2025**

**PLEASE TAKE NOTICE** that on November 18, 2025, the *Motion to Limit Service of Notice Regarding Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 through October 31, 2025 and Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025* (the "**Motion**") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

824 N. Market Street, Wilmington, Delaware 19801 on or before **December 2, 2025 at 4:00 p.m. (ET)** and served upon the undersigned special counsel for Trustee.  Only properly and timely filed responses will be considered.

    **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **December 19, 2025 at 10:00 a.m. (ET)** before the Honorable Karen B. Owens, Judge of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, Delaware 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  November 18, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (Bar No. 5364)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br><br>*Special Counsel to Chapter 7 Trustee* |