**EXHIBIT A**

**Proposed Order**

Case 23-10253-KBO    Doc 1514-2    Filed 11/18/25    Page 1 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I.**: 1512, 1513 & _____ |

**ORDER APPROVING MOTION TO LIMIT SERVICE OF NOTICE REGARDING FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO THE GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025 AND SIXTH INTERIM FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2025 THROUGH OCTOBER 31, 2025**

Upon consideration of the Motion to Limit Service (the "**Motion**")[2] having been filed regarding the *Fifth Interim (Second Contingent) Fee Application of Saul Ewing, Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025, through October 31, 2025* and *Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025* (collectively, the "**Fee Applications**") and the Court having reviewed same;

IT IS ORDERED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

2. Service of the Notice of the Fee Applications shall be made via U.S. First Class Mail to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) the Debtors' pre-petition secured lenders with names and addresses appearing in Schedule D of the Schedules of Assets and Liabilities prepared by the Debtors; (d) known counsel to any other Lenders; (e) the largest thirty (30) unsecured creditors with names and addresses appearing in Schedule F of the Schedules of Assets and Liabilities prepared by the Debtors; and (f) all parties who have requested notice pursuant to Federal Rule of Bankruptcy Procedure 2002.

3. A complete copy of the Fee Applications shall be made via electronic mail upon: (a) the Trustee and (b) the Office of the United States Trustee.