United States Bankruptcy Court

District Of Delaware

824 N Market Street

Wilmington, DE   19801

RECEIVED

2025 NOV 26  A 8: 46

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

11/20/2025

Dear Sir/Madam

My company has a claim against Akorn in the Bankruptcy.

My company address has been changed.

The new address is:

**Dean Pharma Consulting**

**8936 Dahlia Cir.**

**Port Saint Lucie, FL, 34986**

Please have my address updated.

Thank you

Dean Shirazi
President of Dean Pharma Consulting

910-600-8592