# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br>Debtors. | Case No. 23-10253 (KBO)<br>(Jointly Administered)<br>Chapter 7<br>**Hearing Date: December 19, 2025 at 10:00 am (ET)**<br>**Objection Deadline: December 10, 2025 at 4:00 pm (ET)** |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on November 26, 2025, Miller Coffey Tate LLP, Accountants and Bankruptcy Consultants to the Trustee ("Applicant") filed the Fifth Interim Application for Compensation and for Reimbursement of Expenses for the period beginning April 1, 2025 through September 30, 2025 (the "Application") seeking Court approval for compensation in the amount of $595,675.50 as well as reimbursement of actual and necessary expenses in the amount of $4,500.48 with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be filed with the Court and served on the undersigned so as to be actually received by December 10, 2025 at 4:00 p.m. eastern time. If no objections are timely filed in accordance with the above procedure, the Bankruptcy Court may enter an Order approving the Application without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if objections are timely filed a hearing to consider the entry of an Order granting the relief requested in the Application will be held on December 19, 2025 at 10:00 a.m. eastern time.

Dated: November 26, 2025

MILLER COFFEY TATE LLP

/s/ William A. Homony
WILLIAM A. HOMONY, CIRA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: 215-561-0950
Telecopy: 215-561-0330
Accountants and Bankruptcy Consultants to the Trustee

---

[1] The Debtors are: Akorn Holding Company LLC, 23-10253, Akorn Intermediate Company LLC, 23-10254 and Akorn Operating Company LLC 23-10255.