# EXHIBIT "B"

EXHIBIT "B"

AKORN HOLDING COMPANY, LLC, ET AL.

SUMMARY OF OUT OF POCKET EXPENSES

FROM APRIL 1, 2025 THROUGH SEPTEMBER 30, 2025

| **Type** | | **Total** |
|---|---|---:|
| Airfare | $ | 1,050.06 |
| Cab Fare | | 108.72 |
| Faxes | | 16.00 |
| Hotel | | 1,709.21 |
| Meals | | 530.43 |
| Pacer | | 590.60 |
| Parking | | 56.00 |
| Photocopies | | 397.10 |
| Postage | | 42.36 |
| **Total** | **$** | **4,500.48** |

## Expense Report

Page    1

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Airfare | | | |
| Airfare to/from Chicago for accounts receivable conference (McKesson) | Matthew Tomlin | $535.03 | 8/7/2025 |
| Airfare to/from Chicago for meeting with McKesson | Jack J. Reynolds | $515.03 | 8/12/2025 |

Total: Akorn - Case Admin          $1,050.06

Total: Airfare          $1,050.06

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Cab Fare** | | | |
| Uber from airport to hotel Chicago | Jack J. Reynolds | $48.38 | 8/12/2025 |
| Uber to airport from hotel Chicago | Jack J. Reynolds | $60.34 | 8/12/2025 |
| Total: Akorn - Case Admin | | $108.72 | |
| Total: Cab Fare | | $108.72 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Faxes** | | | |
| Fax - Payroll Return to CIO | Administrative | $11.00 | 4/30/2025 |
| Fax - Form 941 2nd Qtr to CIO | Administrative | $5.00 | 7/30/2025 |
| Total: Akorn - Case Admin | | $16.00 | |
| Total: Faxes | | $16.00 | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Hotel | | | |
| Hotel in Chicago (8/12/25) for settlement conference | Jack J. Reynolds | $348.29 | 8/12/2025 |
| Hotel - Chicago McKesson settlement conference | Matthew Tomlin | $327.80 | 8/13/2025 |
| Hotel - Chicago McKesson settlement conference - M. Tomlin | Matthew Tomlin | $516.56 | 8/14/2025 |
| Hotel - Chicago McKesson settlement conference - J. Reynolds | Matthew Tomlin | $516.56 | 8/14/2025 |

Total: Akorn - Case Admin $1,709.21

Total: Hotel $1,709.21

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Meals** | | | |
| Dinner in Chicago (3 people) for McKesson mediation in Chicago | Jack J. Reynolds | $183.76 | 8/12/2025 |
| Meal - Lunch (M. Tomlin, J. Reynolds and J Sweeney) for McKesson mediation in Chicago | Matthew Tomlin | $76.47 | 8/12/2025 |
| Meal - Lunch M. Tomlin and J. Reynolds for McKesson mediation in Chicago | Matthew Tomlin | $25.71 | 8/13/2025 |
| Meal - Dinner - M. Tomlin, J. Reynolds and Saul reps for McKesson mediation in Chicago | Matthew Tomlin | $232.78 | 8/13/2025 |
| Meal - Breakfast - M. Tomlin for McKesson mediation in Chicago | Matthew Tomlin | $11.71 | 8/14/2025 |

Total: Akorn - Case Admin          $530.43

Total: Meals          $530.43

| Description | Employee | Expense | Date |
|---|---|---:|---|
| <u>Activity: Pacer</u> | | | |
| April Pacer charges | Administrative | $73.20 | 4/30/2025 |
| May Pacer charges | Administrative | $104.90 | 5/31/2025 |
| July Pacer charges | Administrative | $280.60 | 7/31/2025 |
| August Pacer charges | Administrative | $52.30 | 8/31/2025 |
| September Pacer charges | Administrative | $79.60 | 9/30/2025 |

Total: Akorn - Case Admin    $590.60

Total: Pacer    $590.60

| Description | Employee | Expense | Date |
|---|---|---|---|
| **Activity: Parking** | | | |
| Parking - Airport for McKesson mediation | Matthew Tomlin | $56.00 | 8/14/2025 |

Total: Akorn - Case Admin                    $56.00

Total: Parking                    $56.00

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Photocopies - B/W | | | |
| Photocopies | Administrative | $95.90 | 4/30/2025 |
| Photocopies | Administrative | $11.30 | 5/29/2025 |
| Photocopies | Administrative | $159.10 | 5/31/2025 |
| Photocopies | Administrative | $50.70 | 6/30/2025 |
| Photocopies | Administrative | $0.50 | 8/11/2025 |
| Photocopies | Administrative | $79.60 | 8/31/2025 |

Total: Akorn - Case Admin    $397.10

Total: Photocopies - B/W    $397.10

Page 9

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $1.38 | 4/3/2025 |
| Postage | Administrative | $0.69 | 4/10/2025 |
| Postage | Administrative | $0.97 | 4/21/2025 |
| Postage | Administrative | $9.92 | 4/22/2025 |
| Postage | Administrative | $1.38 | 5/12/2025 |
| Postage | Administrative | $0.69 | 5/19/2025 |
| Postage | Administrative | $0.97 | 5/19/2025 |
| Postage | Administrative | $0.69 | 5/27/2025 |
| Postage | Administrative | $9.64 | 5/28/2025 |
| Postage | Administrative | $0.69 | 6/20/2025 |
| Postage | Administrative | $0.69 | 6/30/2025 |
| Postage | Administrative | $9.92 | 7/10/2025 |
| Postage | Administrative | $0.74 | 7/28/2025 |
| Postage | Administrative | $0.74 | 8/4/2025 |
| Postage | Administrative | $1.48 | 8/11/2025 |
| Postage | Administrative | $0.74 | 8/12/2025 |
| Postage | Administrative | $1.03 | 9/16/2025 |

Total: Akorn - Case Admin      $42.36

Total: Postage      $42.36

Grand Total      $4,500.48