# EXHIBIT "A"

# PROPOSED THIRD INTERIM DISTRIBUTION TO HOLDERS OF ALLOWED GENERAL UNSECURED CLAIMS

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 89.1 | AOC | Admix Advanced Mixing Technologies<br>144 Harvey Road<br>Londonberry, NH 03053 | $ 3,307.44 | $ 635.03 | 19.20% |
| 36.1 | AOC | Air & Power Transmission, Inc.<br>81 Gazza Boulevard Suite 1<br>Farmingdale, NY 11735 | $ 4,987.23 | $ 957.55 | 19.20% |
| 43.1 | AOC | Airgas USA, LLC<br>6055 Rockside Woods Blvd<br>Independence, OH 44131-6055 | $ 5,623.02 | $ 1,079.62 | 19.20% |
| 17.1 | AOC | Altorfer, Inc.<br>PO Box 1347<br>Cedar Rapids, IA 52406-1347 | $ 5,746.27 | $ 1,103.28 | 19.20% |
| 96.1 | AOC | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $ 20.00 | $ 3.84 | 19.20% |
| 130.1 | AOC | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $ 1,715.32 | $ 329.34 | 19.20% |
| 146.1 | AOC | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | $ 1,415.37 | $ 271.75 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 124.1 | AOC | Aptargroup, Inc. 250 North Route 303 Congers NY 10920 | $ 1,554,480.00 | $ 298,460.16 | 19.20% |
| 15.1 | AOC | Argo Partners (transferred from Tracelink Inc.) 12 West 37th Street, 9th Floor New York, NY 10018 | $ 368,605.62 | $ 70,772.28 | 19.20% |
| 33.1 | AOC | Argo Partners (transferred from Safety Consulting Group Inc) 12 West 37th Street, 9th Floor New York, NY 10018 | $ 3,950.00 | $ 758.40 | 19.20% |
| 13.1 | AOC | Bell Enviornmental Services, Inc. 229 New Road Parsippany, NJ 07054 | $ 6,532.69 | $ 1,254.28 | 19.20% |
| 129.1 | AOC | Bryan Cave Leighton Paisner LLP PO Box 503089 St Louis, MO 63150-3089 | $ 3,552.15 | $ 682.01 | 19.20% |
| 91.1 | AOC | California Department of Public Health CDPH Office of Legal Services 1415 L Street Suite 500 Sacramento, CA 95814 | $ 2,630.60 | $ 505.08 | 19.20% |
| 367.1 | AOC | Carrier Corporation 13995 Pasteur Boulevard Palm Beach Gardens, FL 33418 | $ 1,858.36 | $ 356.81 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 39.1 | AOC | Cassone Leasing Inc.<br>1900 Lakeland Ave<br>Ronkonkoma, NY 11779-1900 | $ 4,416.30 | $ 847.93 | 19.20% |
| 104.1 | AOC | CCH Incorporated<br>PO Box 4307<br>Carol Stream, IL 60197-4307 | $ 8,961.00 | $ 1,720.51 | 19.20% |
| 2.1 | AOC | CDW Direct, LLC<br>200 N. Milwaukee Ave<br>Vernon Mills, IL 60061 | $ 1,758.63 | $ 337.66 | 19.20% |
| 81.1 | AOC | Cellco Partnership d/b/a Verizon Wireless<br>c/o William M Vermette<br>22001 Loudoun Country Pkwy<br>Ashburn, VA 20147 | $ 1,929.17 | $ 370.40 | 19.20% |
| 78.1 | AOC | CompliancePath, LLC - Remit<br>PO Box 18253<br>Palatine, IL 60055-8253 | $ 2,500.00 | $ 480.00 | 19.20% |
| 14.1 | AOC | Croda Inc. - Remit<br>777 Scudders Mill Rd.<br>Bldg 2 - Suite 200<br>Plainsboro, NJ 08536 | $ 9,264.90 | $ 1,778.86 | 19.20% |
| 93.1 | AOC | Em-press Design, Inc.<br>580 VZ County Road 4603<br>Ben Wheeler, TX 75754-3487 | $ 8,950.00 | $ 1,718.40 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 368.1 | AOC | Ethypharm S.A.S.<br>194 Bureaux de la Colline Btiment D<br>12 me Tage 92213<br>Saint Cloud  France | $ 953,077.70 | $ 182,990.92 | 19.20% |
| 40.1 | AOC | Fair Harbor Capital LLC (transferred from CWIH Inc.)<br>PO Box 237037<br>New York, NY 10023 | $ 1,998.70 | $ 383.75 | 19.20% |
| 335.1 | AOC | Fair Harbor Capital, LLC (transferred from Amco Fence)<br>PO Box 237037<br>New York, NY 10023 | $ 4,560.00 | $ 875.52 | 19.20% |
| 252.1 | AOC | Fairharbor Capital (transferred from NCH Corporation)<br>PO Box 237037<br>New York, NY 10023 | $ 8,491.50 | $ 1,630.37 | 19.20% |
| 94.1 | AOC | Gerresheimer Glass, Inc.<br>Attn: William J. Burnett, Esquire<br>1007 Orange Street, #400<br>Wilmington DE 19801 | $ 174,670.82 | $ 33,536.80 | 19.20% |
| 72.1 | AOC | Girton Manufacturing Co., Inc.<br>160 W. Main Street<br>Millville, PA 17846-5004 | $ 394.63 | $ 75.77 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 228.1 | AOC | Horiba Instruments Incorporated<br>9755 Research Drive<br>Irvine, CA 92618 | $ 2,973.99 | $ 571.01 | 19.20% |
| 65.1 | AOC | International Paper Company<br>PO Box 644095<br>Pittsburgh, PA 15264-4095 | $ 4,944.96 | $ 949.43 | 19.20% |
| 344.1 | AOC | JAF Global Logistics<br>1319 North Broad Street<br>Hillside, NJ 07205-0000 | $ 5,454.69 | $ 1,047.30 | 19.20% |
| 82.1 | AOC | Johnstone Supply<br>370 Market Street<br>Kenilworth, NJ 07033-370 | $ 924.11 | $ 177.43 | 19.20% |
| 62.1 | AOC | Lionheart Critical Power Specialists, Inc.<br>13151 Executive Court<br>Huntley, IL 60142 | $ 830.00 | $ 159.36 | 19.20% |
| 45.1 | AOC | Maadho Distributors, Inc.<br>118 N Bedford Rd Suite 100<br>Mount Kisco, KY 10549 | $ 4,500.00 | $ 864.00 | 19.20% |
| 322.1 | AOC | Milestone, Inc.<br>25 Controls Dr.<br>Shelton, CT 06484-6199 | $ 5,750.00 | $ 1,104.00 | 19.20% |
| 219.1 | AOC | Neil MQR Consulting, LLC<br>419 Arbor Ct<br>Libertyville, IL 60048 | $ 5,617.50 | $ 1,078.56 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 236.1 | AOC | PDC Pharmacy, Inc.<br>163 Thorn Hill<br>Warrendale, PA 15086 | $ 1,819.09 | $ 349.27 | 19.20% |
| 141.1 | AOC | Penske Truck Leasing Co., L.P.<br>PO Box 563<br>Reading, PA 19603 | $ 2,757.36 | $ 529.41 | 19.20% |
| 150.1 | AOC | Percision Digital Corporation<br>233 South Street<br>Hopkinton, MA 01748 | $ 9,987.38 | $ 1,917.58 | 19.20% |
| 58.1 | AOC | Scientific Bindery Productions<br>PO Box 377<br>Highland Park, IL 60035 | $ 787.18 | $ 151.14 | 19.20% |
| 387.1 | AOC | Sensitech Inc.<br>13995 Pasteur Boulevard<br>Palm Beach Gardens, FL 33418 | $ 6,648.64 | $ 1,276.54 | 19.20% |
| 198.1 | AOC | Strategic Relationships LLC<br>68 Ames Street<br>Sharon, MA 02067 | $ 2,500.00 | $ 480.00 | 19.20% |
| 288.1 | AOC | TA Instruments - Waters LLC<br>159 Lukens Drive<br>New Castle, DE 19720-2765 | $ 6,461.47 | $ 1,240.60 | 19.20% |
| 5.1 | AOC | Tforce Freight, Inc.<br>1000 Semmes Ave<br>Richmond, VA 23218-1216 | $ 5,822.80 | $ 1,117.98 | 19.20% |

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253-KBO**
**Proposed 3rd Distribution to Holders of Allowed General Unsecured Claims**

| Claim No. | Debtor Entity | Claimant Names, Addresses, and City/State/Zip | Allowed General Unsecured Claim Amount | Proposed Interim Distribution | Proposed Interim Distribution Recovery Percentage |
|---|---|---|---|---|---|
| 254.1 | AOC | TRC Master Fund LLC (transferred from Advanced Instruments)<br>Attn: Terrel Ross<br>PO BOX 633<br>Woodmere, NY 11598 | $ 11,654.62 | $ 2,237.69 | 19.20% |
| 30.1 | AOC | Veltek Associates, Inc.<br>15 Lee Boulevard<br>Malvern, PA 19355 | $ 3,121.63 | $ 599.35 | 19.20% |
| 31.1 | AOC | William R. Kelly Associates Inc<br>11 Broadway Suite 2<br>Clark, NJ 07066-11 | $ 2,369.89 | $ 455.02 | 19.20% |
| 297.1 | AOC | Zero Defects,LLC<br>11 Rockaway Place<br>Parsippany-Troy Hills, NJ 07054 | $ 4,707.73 | $ 903.88 | 19.20% |
| | | | $ 3,938,642.32 | $ 756,219.32 | 19.20% |