# __EXHIBIT A__

## Professional Fees

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 06/02/2025 | AC | call with counsel to Walmart re receivable collection and issues on the chart | 0.40 | $270.00 |
| 06/03/2025 | AC | review CVS answer, start prep of discvoery | 2.00 | $1,350.00 |
| 06/03/2025 | SD | Final Revise/Edits to Discovery | 1.10 | $330.00 |
| 06/03/2025 | AC | review  CVS discovery and work on pretrial issues | 1.00 | $675.00 |
| 06/03/2025 | JDM | Call from Jesse at Potter Anderson, Counsel for Walmart, re - Adversary complaint | 0.10 | $67.50 |
| 06/05/2025 | AC | review of procedures motion and discovery drafts | 1.00 | $675.00 |
| 06/05/2025 | AC | revise draft discovery | 0.50 | $337.50 |
| 06/06/2025 | AC | conference with client re CVS documents | 0.80 | $540.00 |
| 06/06/2025 | AC | review billing records on CVS file, prepare for 26a1 discl | 1.00 | $675.00 |
| 06/06/2025 | JDM | Review and approve CNO for E&Y settlement motion. | 0.10 | $67.50 |
| 06/07/2025 | AC | revise fee application | 0.50 | $337.50 |
| 06/07/2025 | AC | draft interrogatories and RFP for CVS | 3.00 | $2,025.00 |
| 06/09/2025 | SD | Revised Discovery Forms & COS | 1.30 | $390.00 |
| 06/09/2025 | JDM | Call from Potter Anderson re - rep of both Sam's and Walmart. | 0.10 | $67.50 |
| 06/10/2025 | JDM | Memo to team re - coverage for 6/11 hearing. | 0.10 | $67.50 |
| 06/11/2025 | JM | Reviewing CVS RFPD and Interrogatories and revising same. | 2.00 | $1,070.00 |
| 06/16/2025 | AC | call with Trustee accountant re DO claims | 0.50 | $337.50 |
| 06/17/2025 | AC | call with M Ramos re board claims | 0.70 | $472.50 |
| 06/17/2025 | AC | conf with team on remaining preferences | 1.00 | $675.00 |
| 06/17/2025 | JM | Reviewing Orders establishing streamlined | 2.50 | $1,337.50 |

| | | procedures for adversary proceedings (DI 1407 and 1408) and summarizing same for team; calendar same for team. | | |
|---|---|---|---|---|
| 06/17/2025 | JDM | Review and approve notice of dismissal and PFO; memo to WWG re - language of PFO (.1). | 0.20 | $135.00 |
| 06/18/2025 | AC | draft rule 26a1 initial disclosures | 0.50 | $337.50 |
| 06/19/2025 | AC | review 26a1 disclosures for CVS, letter to client | 0.40 | $270.00 |
| 06/19/2025 | AC | review procedures order | 0.40 | $270.00 |
| 06/19/2025 | JDM | Memo to J. Reynolds re - Kerry settlement analysis (.1); Respond to M. Busenkell re - trustee review of proposal (.1). | 0.20 | $135.00 |
| 06/19/2025 | SF | Email correspondence from AACIII and WWG re: Notice of Agenda for Procedures Order. | 0.10 | $15.00 |
| 06/20/2025 | AC | review Abbot Labs defenses and settlement proposals | 0.50 | $337.50 |
| 06/22/2025 | JDM | Review and forward to AAC the defense/settlement letter from defendant's counsel (Pipe R). | 0.10 | $67.50 |
| 06/23/2025 | JDM | [Bain et al. Adversary] Call from Colin Meehan, RL&F, re - filing of stip to extend answer deadline. | 0.10 | $67.50 |
| 06/24/2025 | AC | call with Walmart re settlement discussions | 0.50 | $337.50 |
| 06/25/2025 | SD | Updating Preference Spreadsheet | 0.60 | $180.00 |
| 06/25/2025 | AC | review of Akorn invoice analysis on Walmart | 1.00 | $675.00 |
| 06/25/2025 | AC | review of Sams club preference analysis | 0.50 | $337.50 |
| 06/25/2025 | SF | Meeting with JCM and SD re: preference case updates; spreadsheet maintenance. | 1.00 | $150.00 |
| 06/27/2025 | SD | Email to Jennifer McEntee, Walter Gouldsbury, Jack McLaughlin, Albert Ciardi and Stephanie Frizlen re | 0.10 | $30.00 |

| | | circulation of Preference Spreadsheet | | |
|---|---|---|---|---|
| 06/27/2025 | SD | Draft Rule 26(a)(1) Disclosures | 0.70 | $210.00 |
| 07/01/2025 | SD | Review of Rule 26a1 Initial Disclosures for CVS | 0.10 | $30.00 |
| 07/01/2025 | SD | Draft Initial Disclosures | 0.20 | $60.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for Abbot Lab and Abbot Cie | 0.30 | $90.00 |
| 07/02/2025 | SD | Email to Jennifer McEntee re Draft of Initial Disclosures for >75k defendants | 0.20 | $60.00 |
| 07/02/2025 | SD | Review of CVS Initial Disclosure | 0.70 | $210.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for AT&T | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for Jackson Lewis PC | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for Kerry Ingredients | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for M3 Advisory | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for Tate & Lyle | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for Willis Towers | 0.30 | $90.00 |
| 07/02/2025 | SD | Draft Initial Discovery Disclosure for WM Corp Services | 0.30 | $90.00 |
| 07/02/2025 | AC | review backup on Hilsinger claims | 0.50 | $337.50 |
| 07/03/2025 | SD | Reviewing and revising Initial Disclosures | 0.50 | $150.00 |
| 07/03/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III to confer about Initial Disclosures | 0.30 | $90.00 |
| 07/07/2025 | SD | Reviewed and revised initial disclosures rule 26(a)(1) for ALL >75k Defendants | 0.30 | $90.00 |
| 07/07/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III re blacklined Initial Disclosures | 0.20 | $60.00 |

| 07/07/2025 | SD | Finalizing all discovery documents for >75k Defendants | 2.50 | $750.00 |
|---|---|---|---|---|
| 07/07/2025 | SD | Call with Jennifer McEntee re Serving Discovery to >75 Defendants | 0.10 | $30.00 |
| 07/07/2025 | JM | Completed revisions to Initial Disclosures and COS re: service Friday; call with Team re: same. | 0.70 | $374.50 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re Finalized AKORN Discovery Packet for >75k Defendants | 0.30 | $90.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant Abbot Lab | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant AT&T | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant Jackson Lewis PC | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant Kerry Ingredients | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant M3 Advisory | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet | 0.20 | $60.00 |

| | | | | |
|---|---|---|---|---|
| | | for >75k Defendant Tate & Lyle | | |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant Willis Towers Watson US | 0.20 | $60.00 |
| 07/07/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re AKORN Discovery Packet for >75k Defendant WM Corp Services | 0.20 | $60.00 |
| 07/07/2025 | WG | Final review and attention to service of discovery to eight defendants | 2.60 | $1,495.00 |
| 07/08/2025 | SD | Review and revise Pref Spreadsheet | 0.50 | $150.00 |
| 07/08/2025 | SD | Emails to Jennifer McEntee and Albert Ciardi III re <75k Defendants and Mediation | 0.20 | $60.00 |
| 07/08/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III re Mediation for <75k Defendants | 0.10 | $30.00 |
| 07/09/2025 | SD | Updating Preference Spreadsheet re Hilco Stip to Extend Answer Deadline | 0.10 | $30.00 |
| 07/09/2025 | SD | Confer w/ Albert Ciardi III and Walter re Hilco Stip to Extend Answer Deadline | 0.10 | $30.00 |
| 07/10/2025 | SD | Email to Jennifer McEntee re Discovery >75k Defendants | 0.10 | $30.00 |
| 07/10/2025 | SD | Email from Kari Coniglio re Hilco settlement offer | 0.10 | $30.00 |
| 07/11/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re serving discovery | 0.10 | $30.00 |
| 07/11/2025 | SD | Updating Preference Spreadsheet | 1.60 | $480.00 |
| 07/11/2025 | SD | Confer w/ Walter Gouldsbury re Service of Initial Disclosures | 0.10 | $30.00 |
| 07/11/2025 | SD | Email to Albert Ciardi III, Jennifer McEntee, Walter | 0.30 | $90.00 |

| | | | | |
|---|---|---|---|---|
| | | Gouldsbury, Jack McLaughlin re Updated Preference Spreadsheet | | |
| 07/11/2025 | SD | Email from Hilsinger/Hilco re Stipulation to Extend Time | 0.20 | $60.00 |
| 07/11/2025 | SD | Review of Hilsinger/Hilco Stipulation to Extend Time | 0.10 | $30.00 |
| 07/14/2025 | SD | Email to Albert Ciardi III, Walter Gouldsbury, and Jennifer McEntee re Discovery Service | 0.20 | $60.00 |
| 07/14/2025 | SD | Review of Initial Disclosure Filings on Docket | 0.10 | $30.00 |
| 07/14/2025 | SD | Update Preference Spreadsheet w/ Discovery Service and Discovery Response Deadline | 0.30 | $90.00 |
| 07/14/2025 | SD | Setting up calendar invites for discovery response deadline for >75k defendants | 0.50 | $150.00 |
| 07/14/2025 | SD | Email to Jennifer McEntee, Albert Ciardi III, Walter Gouldsbury, re calendar invites and updating preference spreadsheet | 0.10 | $30.00 |
| 07/14/2025 | SD | Confer with Steph re Discovery Response Deadlines and calendar invites for >75k defendants | 0.50 | $150.00 |
| 07/14/2025 | JDM | Review and approve First Interim Fee App of CCA for filing | 0.10 | $67.50 |
| 07/14/2025 | JDM | Respond to Chambers (Ms. Lopez) re- correcting erroneous filing | 0.10 | $67.50 |
| 07/14/2025 | AC | review backup and response from Abbot on settlement demand | 0.50 | $337.50 |
| 07/14/2025 | WG | Preparation of First Interim Fee App for CCA | 2.80 | $1,610.00 |
| 07/14/2025 | WG | Finalization of Initial Disclosures and related discovery for four adversaries | 2.70 | $1,552.50 |
| 07/15/2025 | SD | Case management: review new filings and updating Preference Spreadsheet | 0.30 | $90.00 |

| 07/15/2025 | SD | Email from EvonHelms@kmksc.com and Albert Ciardi III re In re Akorn Holding Company, Trustee Miller v. Abbott Laboratories, ap no. 25-50334 - **Contains settlement offer** | 0.20 | $60.00 |
|---|---|---|---|---|
| 07/15/2025 | SD | Review Abbot Settlement Letter Draft and update pref spreadsheet | 0.30 | $90.00 |
| 07/15/2025 | SD | Review Kerry Ingredients Initial Disclosures and update preference spreadsheet | 0.20 | $60.00 |
| 07/15/2025 | SD | Email to Albert Ciardi III re Initial Disclosures from Jackson Lewis | 0.10 | $30.00 |
| 07/15/2025 | SD | Email from from AGollmann@gsbblaw.com and mbusenkell@gsbblaw.com re Miller v Kerry Ingredients - 25-50336-KBO; (Initial Disclosures) | 0.20 | $60.00 |
| 07/15/2025 | SD | Email from MFriedman@gsbblaw.com and mbusenkell@gsbblaw.com re George Miller v. Jackson Lewis PC (Ads Pro 25-50176); (Initial Disclosures) | 0.10 | $30.00 |
| 07/15/2025 | SD | Email to Albert Ciardi III and Jennifer McEntee re: In re Akorn Holding Company, Trustee Miller v. Abbott Laboratories, ap no. 25-50334 - **Contains settlement offer** (Abbot Settlement Letter) | 0.10 | $30.00 |
| 07/15/2025 | SD | Email to Albert Ciardi III and Jennifer McEntee re Miller v Kerry Ingredients - 25-50336-KBO (Initial Disclosures) | 0.10 | $30.00 |
| 07/15/2025 | SD | Case management: update Pref Spreadsheet re Jackson Lewis Initial Disclosure Filed | 0.10 | $30.00 |

| 07/15/2025 | SD | Email from client re Miller/Akorn v. Abbott Settlement Offer | 0.10 | $30.00 |
|---|---|---|---|---|
| 07/15/2025 | SD | Email from <EvonHelms@kmksc.com re Miller/Akorn v. Abbott Laboratories; Adv. No. 25-50334 | 0.10 | $30.00 |
| 07/16/2025 | SD | Email from Albert Ciardi III re: Case No. 23-10253-KBO // George Miller v. The Hilsinger Company d/b/a Hilco Vision (In re Akorn Holding Company et al.) Filing Agenda | 0.10 | $30.00 |
| 07/16/2025 | AC | review of backup provided by Walmart re settlement discussions | 1.00 | $675.00 |
| 07/16/2025 | AC | review of Hilsinger documentation re settlement discussions | 1.20 | $810.00 |
| 07/16/2025 | WG | Analysis of adversary statuses and correspondence to co-counsel re agenda items | 0.60 | $345.00 |
| 07/17/2025 | SD | Reviewed 7/18/2025 Agenda of Matters and cross-checked ECF notifications to determine pretrial status in 26 adversaries; updated pref spreadsheet accordingly. | 0.80 | $240.00 |
| 07/17/2025 | SD | Update Pref Spreadsheet w/ Defendant's Initial Disclosures filed | 0.20 | $60.00 |
| 07/18/2025 | SD | Reviewed Streamlined Procedures Order, docket, filings, and pref spreadsheet tracker to confirm status of remaining avoidance action defendants AIC <75K | 1.60 | $480.00 |
| 07/18/2025 | SD | Email to evan.miller@saul.com; paige.topper@saul.com; Albert Ciardi III and Jennifer McEntee re AKORN 23-10253 <75K Defendants Mediator Selection Status; | 0.40 | $120.00 |

| 07/18/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III re AKORN 23-10253 <75K Defendants Mediator Selection Status | 0.20 | $60.00 |
|---|---|---|---|---|
| 07/18/2025 | SD | Email from Jennifer McEntee re AKORN 23-10253 <75K Defendants Mediator Selection Status | 0.10 | $30.00 |
| 07/18/2025 | JM | Corresponding with E. Miller re: mediation for cases <75k/procedures. | 0.10 | $53.50 |
| 07/18/2025 | SD | Email to Albert Ciardi III, Jennifer McEntee, Walter Gouldsbury, Jack McLaughlin re updated pref case tracker spreadsheet | 0.10 | $30.00 |
| 07/21/2025 | SD | Email from Eric R. von Helms <EvonHelms@kmksc.com> re Miller/Akorn v. Abbott Laboratories; Adv. No. 25-50334 (re Abbot Settlement/waiving claims) | 0.10 | $30.00 |
| 07/21/2025 | SD | Review Signed Abbot Lab Settlement Letter | 0.20 | $60.00 |
| 07/21/2025 | AC | calls with Walmart counsel and trustee counsel re Walmart a/r claim | 1.00 | $675.00 |
| 07/22/2025 | AC | call with K Coniglio re settlement of Hilsinger | 0.50 | $337.50 |
| 07/22/2025 | AC | review backup and settlement proposal on Hilsinger | 0.40 | $270.00 |
| 07/22/2025 | AC | draft settlement recommendation to trustee on Hilsinger | 0.40 | $270.00 |
| 07/23/2025 | JDM | [Kerry Ingredients A.P.] Review memo from M. Busenkell, defendant's counsel;e. | 0.10 | $67.50 |
| 07/23/2025 | AC | call wth J reynolds re backup on Walmrt | 0.40 | $270.00 |
| 07/24/2025 | SD | Updated Preference Spreadsheet re M3 Advisory | 0.10 | $30.00 |
| 07/24/2025 | SD | Email from Albert Ciardi III re FW: Akorn v. M3 | 0.20 | $60.00 |

| 07/24/2025 | SD | Updated Preference Spreadsheet w/ Settlement Info from 3 defendants | 0.10 | $30.00 |
|---|---|---|---|---|
| 07/24/2025 | SF | Review of adversary proceedings; emails to/from E. Miller and AACIII re: status of cases with regard to settlement letters and process for approving 9019 motions vs. settlement notices. | 1.00 | $150.00 |
| 07/24/2025 | SF | Emails to/from E. Miller re: formula for settlements. | 0.20 | $30.00 |
| 07/25/2025 | JM | Reviewing <75K procedures order and case spreadsheet re: assigning mediators to remaining cases. | 0.50 | $267.50 |
| 07/25/2025 | SD | Reviewws Procedures Motion re calculation discovery dates for <75k mediation defendants | 0.60 | $180.00 |
| 07/25/2025 | SD | Email from Miller, Evan T. <evan.miller@saul.com> RE: Miller / Akorn - Settlement Letters; Case No. 23-10253(KBO) | 0.20 | $60.00 |
| 07/25/2025 | SD | Updated Pref Chart re Kerry Ingredients Notice of Service of Defendant's Discovery | 0.10 | $30.00 |
| 07/25/2025 | SD | Calendaring and sending invites for Mediation Dates for <75K Defendants | 0.30 | $90.00 |
| 07/25/2025 | SF | Emails regarding Procedures Order and next steps for adversary proceedings. | 0.50 | $75.00 |
| 07/28/2025 | SD | Call w/ Jennifer McEntee re Procedures Motion (deadlines, calendaring) for >75K and <75K defendants | 0.50 | $150.00 |
| 07/28/2025 | SD | Email to Walter Gouldsbury, Albert Ciardi III, and Jennifer McEntee re Filed Complaints for <75K defendants | 0.20 | $60.00 |
| 07/28/2025 | SD | Reviewed recent ECF filing notifications and updated Pref Case Tracker re Chosen | 0.20 | $60.00 |

| | | | | |
|---|---|---|---|---|
| | | Mediator for four <75K defendants | | |
| 07/28/2025 | SD | Updated Pref Case Tracker Spreadsheet re remnant >75K and <75K defendants | 0.20 | $60.00 |
| 07/28/2025 | SD | Calculated and updated Pref Case Tracker Spreadsheet w/ Alternate Discovery Dates for <75k defendants | 0.30 | $90.00 |
| 07/28/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III re Alternate Discovery Date for <75k defendants | 0.30 | $90.00 |
| 07/28/2025 | SD | Calculated and updated Pref Case Tracker Spreadsheet w/ Mediation Referrals Deadlines for >75k defendants | 0.10 | $30.00 |
| 07/28/2025 | SD | Calculated Kerry Ingredient's Discovery Request Response Date, input on case tracker spreadsheet and calendared. | 0.20 | $60.00 |
| 07/28/2025 | AC | review abbot backup with trustee re settlement proposal | 0.80 | $540.00 |
| 07/28/2025 | AC | review of WM an Winter backup with Trustee | 0.50 | $337.50 |
| 07/29/2025 | SD | Calendaring <75K defendants alternate discovery date pursuant to procedures motion | 0.20 | $60.00 |
| 07/29/2025 | SD | Calculating >75K defendants mediation dates pursuant to procedures motion | 0.70 | $210.00 |
| 07/29/2025 | SD | Email to Jennifer McEntee and Albert Ciardi III conferring re >75K defendant mediation dates | 0.20 | $60.00 |
| 07/30/2025 | JM | Review of spreadsheet for remaining cases in both sub-groups (< or > 75K) and outstanding deadlines. | 0.20 | $107.00 |
| 07/30/2025 | JM | Review and respond to email from C. Bifferato re: mediation notices/conflicts. | 0.20 | $107.00 |
| 07/30/2025 | SD | Reviewed email from EvonHelms@kmksc.com re | 0.20 | $60.00 |

| | | | | |
|---|---|---|---|---|
| | | Abbott Laboratories Motion to Compromise, Adv. No. 25-50334 | | |
| 07/30/2025 | SD | Reviewed 6 stipulations regarding further extension of defendant response deadline and updated pref case tracker spreadsheet | 0.40 | $120.00 |
| 07/30/2025 | SD | Email to Albert Ciardi III and Jennifer McEntee re Stip to Extend Time | 0.20 | $60.00 |
| 07/30/2025 | AC | call with trustee acct re outstanding preferences | 0.50 | $337.50 |
| 07/30/2025 | WG | Preparation of revisions to Fifth Notice of Settlement | 0.80 | $460.00 |
| 07/30/2025 | WG | Analysis of pleadings and correspondence to [proposed mediator re selection in four cases | 0.10 | $57.50 |
| 07/31/2025 | SD | Reviewed ecf notifications and stips to extend answer deadline re 6 compensation litigation defendants and calendaring dates in outlook | 0.30 | $90.00 |
| 07/31/2025 | SD | Cross-checking streamlined procedures for remainder avoidance action >75k defendants mediation referral deadline and calendaring on outlook | 0.60 | $180.00 |
| 07/31/2025 | SD | Review email from Jennifer McEntee re <75K and >75K defendants schedule for alternative discovery and mediation referrals | 0.20 | $60.00 |
| 07/31/2025 | SD | Review email from Albert Ciardi III and Jennifer McEntee re Kerry Response to Discovery Answer | 0.20 | $60.00 |
| 07/31/2025 | WG | Attention to status of M3 extension | 0.10 | $57.50 |
| 08/01/2025 | SD | Case tracker spreadsheet | 0.10 | $30.00 |
| 08/01/2025 | SD | Email to Albert Ciardi III, Jennifer McEntee, Walter Gouldsbury, and Jack McLaughlin re case tracker spreadsheet | 0.10 | $30.00 |

| 08/01/2025 | AC | conf with trustee accountant re defenses for five adversary proceedings | 1.00 | $675.00 |
|---|---|---|---|---|
| 08/04/2025 | SD | Email from steele@sillscummis.com re Sills Cummis dismissal of preference case | 0.20 | $60.00 |
| 08/04/2025 | SD | Update pref case tracker re Sills Cummis dismissal | 0.10 | $30.00 |
| 08/04/2025 | SD | Update pref case tracker re M3 soon to be dismissal | 0.10 | $30.00 |
| 08/04/2025 | AC | review of WM/Winter docs re settlement discussion | 0.50 | $337.50 |
| 08/04/2025 | WG | Prep of CNO for CCA 1st Interim Fee App | 0.60 | $345.00 |
| 08/05/2025 | SD | Email from Jennifer McEntee re Abbot 9019 Motion | 0.10 | $30.00 |
| 08/05/2025 | AC | review defenses with J reynolds on multiple cases | 0.50 | $337.50 |
| 08/05/2025 | WG | Analysis of structure of 9019 motions. | 0.20 | $115.00 |
| 08/06/2025 | AC | review of CVS discovery and revise | 1.00 | $675.00 |
| 08/08/2025 | SD | Draft 9019 motion | 2.60 | $780.00 |
| 08/08/2025 | SD | Review Abbot Letter Agreement re Settlement | 0.20 | $60.00 |
| 08/11/2025 | AC | call with opposing counsel to settle Hilsinger | 0.50 | $337.50 |
| 08/11/2025 | SD | Review Abbott Lab 9019 Motion Package | 0.70 | $210.00 |
| 08/11/2025 | SD | Email from Albert Ciardi III re Hilsinger Settlement | 0.10 | $30.00 |
| 08/11/2025 | SD | Email from Albert Ciardi III re AT&T settlement | 0.10 | $30.00 |
| 08/11/2025 | SD | Draft Hilsinger/Hilco Settlement Agreement | 0.60 | $180.00 |
| 08/11/2025 | AC | call with trustee re outstanding cases | 0.40 | $270.00 |
| 08/12/2025 | SD | Email from jreynolds@mctllp.com re AT&T W9 | 0.10 | $30.00 |
| 08/12/2025 | SD | Draft Hilsinger Settlement Agreement | 0.80 | $240.00 |
| 08/12/2025 | AC | call with counsel to Kerry re settlement discussions | 0.50 | $337.50 |
| 08/12/2025 | AC | review WM file re settlement conference | 0.50 | $337.50 |

| 08/12/2025 | AC | call with counsel to WM re settlement | 0.40 | $270.00 |
|---|---|---|---|---|
| 08/13/2025 | SD | Email from km1426@att.com re AT&T settlement | 0.10 | $30.00 |
| 08/13/2025 | SD | Update pref case tracker re AT&T settlement | 0.10 | $30.00 |
| 08/13/2025 | SD | Draft Hilsinger Settlement Agreement | 0.60 | $180.00 |
| 08/13/2025 | AC | call with M Ramos re director claims | 0.40 | $270.00 |
| 08/15/2025 | SD | Fix/redraft Draft Hilsinger d/ba/ Hilco Vision Settlement Agreement | 1.80 | $540.00 |
| 08/15/2025 | SD | Email to Albert Ciardi III re Hilco Vision draft settlement agreement | 0.20 | $60.00 |
| 08/18/2025 | SD | Updated pref case tracker re Winter Bros settlement agreement | 0.10 | $30.00 |
| 08/18/2025 | SD | Review corr from AEdson@ClarkHill.com re Winter Bros Preference Analysis | 0.10 | $30.00 |
| 08/18/2025 | SD | Draft WM Corp Settlement Agreement | 0.50 | $150.00 |
| 08/18/2025 | SD | Review pref case tracker chart | 0.20 | $60.00 |
| 08/18/2025 | AC | call with trustee re settlements | 0.40 | $270.00 |
| 08/19/2025 | SD | Email to client re draft Hilsinger/Hilco settlement agreement | 0.10 | $30.00 |
| 08/19/2025 | SD | Email to AEdson@ClarkHill.com re WM Corp draft settlement agreement | 0.10 | $30.00 |
| 08/19/2025 | SD | Email from client re signed Hilsinger Hilco settlement agreement | 0.10 | $30.00 |
| 08/20/2025 | SD | Email to kpbagent@vorys.com re 23-10253-KBO // George Miller v. The Hilsinger Company d/b/a Hilco Vision (In re Akorn Holding Company et al.) Settlement Agreement | 0.20 | $60.00 |

| 08/24/2025 | SD | Draft Hilsinger 9019 Motion | 0.50 | $150.00 |
|---|---|---|---|---|
| 08/24/2025 | SD | Email to Walter Gouldsbury re Abbott 9019 | 0.10 | $30.00 |
| 08/24/2025 | JM | Final review of Abbott 9019 and emails from counsel for Abbott re: WG filing. | 0.50 | $267.50 |
| 08/24/2025 | AC | review of remaing three unanswered complaints and service.  prepare motions for default | 1.00 | $675.00 |
| 08/25/2025 | SD | Printing out dockets for 5 adversary proceedings | 0.20 | $60.00 |
| 08/25/2025 | SD | Email to Walter Gouldsbury re Miller/Akorn v. Abbott Laboratories; Adv. No. 25-50334 | 0.10 | $30.00 |
| 08/25/2025 | SD | Email from Albert Ciardi III RE FW: Akorn. Trustee v. kerry | 0.10 | $30.00 |
| 08/25/2025 | JDM | Memo to case team re - dispatch of discovery in APs | 0.10 | $67.50 |
| 08/27/2025 | JM | Corresponding with E. Miller re: Workday wire. | 0.10 | $53.50 |
| 08/28/2025 | AC | call with counsel to CVS re pretrial order | 0.50 | $337.50 |
| 09/02/2025 | JM | Reviewing preference spreadsheet for existing case statuses and status of 9019/defaults. | 0.70 | $374.50 |
| 09/02/2025 | SF | Emails to/from AACIII regarding settlement updates; review with SD for spreadsheet maintenance and motions to approve same. | 1.00 | $150.00 |
| 09/03/2025 | JM | Reviewing Kerry Ingredients discovery and status of client communication | 0.50 | $267.50 |
| 09/03/2025 | JM | Reviewing form motion for default. | 0.40 | $214.00 |
| 09/03/2025 | SD | Email from Albert Ciardi III re Motion for Default | 0.10 | $30.00 |
| 09/03/2025 | SD | Email from Jennifer McEntee re Motion for Default Form | 0.10 | $30.00 |

| 09/03/2025 | AC | call with M Ramos re resolution discuss on Bd of D/RSU | 0.50 | $337.50 |
|---|---|---|---|---|
| 09/03/2025 | JDM | Memo to Colin Meehan, Esq., re - approval of extension stipulation. | 0.10 | $67.50 |
| 09/04/2025 | SD | Email to Albert Ciardi III, Jennifer McEntee, Walter Gouldsbury, Jack McLaughlin RE: AKORN 9019s | 0.10 | $30.00 |
| 09/06/2025 | JDM | Review and approve 9019 motion for Hilco matter. | 0.10 | $67.50 |
| 09/06/2025 | WG | Preparation of Hilsinger 9019 | 1.40 | $805.00 |
| 09/08/2025 | SD | Email from Walter Gouldsbury RE: Akorn 9019 | 0.10 | $30.00 |
| 09/08/2025 | SD | Email from Albert Ciardi III re Update | 0.10 | $30.00 |
| 09/08/2025 | SD | Email from Albert Ciardi III re Akorn/Kerry | 0.10 | $30.00 |
| 09/08/2025 | SD | Email from Albert Ciardi III RE: AKORN 9019 | 0.10 | $30.00 |
| 09/08/2025 | SD | Draft Kerry Settlement Agreement | 0.50 | $150.00 |
| 09/08/2025 | SD | Email to Albert Ciardi III Re: Akorn/Kerry Settlement Letter | 0.10 | $30.00 |
| 09/08/2025 | SD | Review/revise Hilsinger, W&M Corp and Kerry Settlements and organize files on Leap | 0.50 | $150.00 |
| 09/08/2025 | SD | Email to Walter Gouldsbury RE: AKORN 9019 | 0.10 | $30.00 |
| 09/08/2025 | JM | Reviewing Kerry Ingredients Settlement Letter. | 0.30 | $160.50 |
| 09/09/2025 | JM | Reviewing spreadsheet re: updates to settlements. | 0.30 | $160.50 |
| 09/09/2025 | SD | Email from Albert Ciardi III re FW: 23-10253-KBO // George Miller v. The Hilsinger Company d/b/a Hilco Vision Settlement Agreement | 0.10 | $30.00 |
| 09/09/2025 | SD | Draft AT&T settlement agreement | 0.20 | $60.00 |

| 09/09/2025 | SD | Email to Albert Ciardi III re AT&T draft settlement agreement | 0.10 | $30.00 |
|---|---|---|---|---|
| 09/09/2025 | SD | Hilsinger settlement agreement executed copies | 0.10 | $30.00 |
| 09/09/2025 | SD | Email from Bagent, Kalie P. <kpbagent@vorys.com> RE: 23-10253-KBO // George Miller v. The Hilsinger Company d/b/a Hilco Vision Settlement Agreement | 0.10 | $30.00 |
| 09/09/2025 | SD | Draft Default Motion Pack | 1.10 | $330.00 |
| 09/09/2025 | SD | Email to client re AT&T settlement letter | 0.10 | $30.00 |
| 09/09/2025 | AC | review of all open default files on service and discovery | 1.00 | $675.00 |
| 09/09/2025 | WG | Analysis of timing of mediation in certain adversaries | 0.20 | $115.00 |
| 09/10/2025 | SD | Review of settlement cases and files and creation of list | 0.30 | $90.00 |
| 09/10/2025 | SD | Review adversary files, cross check docket entries, update pref case tracker accordingly, and calendar relevant dates. | 1.10 | $330.00 |
| 09/10/2025 | SD | Email to 'km1426@att.com' RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 09/10/2025 | SD | Email to Albert Ciardi, Jennifer McEntee, Nicole Nigrelli, Walter Gouldsbury and Jack McLaughlin re Akorn spreadsheet | 0.10 | $30.00 |
| 09/10/2025 | SD | Revise Motion for Default draft | 0.20 | $60.00 |
| 09/10/2025 | SD | Email to Albert Ciardi III, Jennifer McEntee, Walter Gouldsbury, and Jack McLaughlin re Default Motion | 0.10 | $30.00 |
| 09/10/2025 | AC | call with M Ramos re settlement discussions | 0.80 | $540.00 |
| 09/11/2025 | JM | Drafting Request for Default Package for SPECGX LLC adversary. | 0.70 | $374.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/11/2025 | JM | Drafting Request for Default Package for Motion Industries Adversary. | 0.70 | $374.50 |
| 09/11/2025 | JM | Drafting Request for Default Package for Ascension Health Alliance Adversary. | 0.70 | $374.50 |
| 09/11/2025 | JM | Drafting Request for Default Package for Tate & Lyle Solutions Adversary. | 0.70 | $374.50 |
| 09/11/2025 | JM | Drafting Request for Default Package for Willis Towers Watson US LLC adversary. | 0.70 | $374.50 |
| 09/11/2025 | JM | Reviewing spreadsheet re: service and COS dates for all remaining adversary proceedings; reviewing dockets re: same. | 1.00 | $535.00 |
| 09/11/2025 | AC | call with G Milller re BOD claims | 0.50 | $337.50 |
| 09/11/2025 | AC | review of default package on Tate and Lyle | 1.00 | $675.00 |
| 09/11/2025 | WG | Analysis of status of defaults | 0.30 | $172.50 |
| 09/12/2025 | JDM | Review and comment on form of request for entry of default; memo to J. McEntee, Esq., re - same. | 0.30 | $202.50 |
| 09/14/2025 | AC | review of M3 settlement agreement | 0.90 | $607.50 |
| 09/15/2025 | AC | call with Jackson Lewis re discovery | 0.40 | $270.00 |
| 09/16/2025 | AC | call with W Homony re M3 settlement | 0.50 | $337.50 |
| 09/17/2025 | AC | call with M Ramos re BOD claims | 0.50 | $337.50 |
| 09/17/2025 | AC | review of CVS docs, pretrial order, prepare discovery | 0.50 | $337.50 |
| 09/17/2025 | JDM | Review COC and PFO for AP scheduling order; Memo to team re - timing and required mediation. | 0.20 | $135.00 |
| 09/17/2025 | SF | Discuss with AACIII and JDM Certification of Counsel and proposed Scheduling Order in CVS adversary; process of e-filing of same. | 1.00 | $150.00 |

| 09/19/2025 | JDM | Review and approve notice of withdrawal of Abbotts Labs 9019 motion. | 0.10 | $67.50 |
|---|---|---|---|---|
| 09/19/2025 | WG | Revise proposed CVS Scheduling Order per Clerk's request | 0.30 | $172.50 |
| 09/19/2025 | WG | Preparation of 9019 for Abbott | 1.50 | $862.50 |
| 09/20/2025 | JDM | [CVS AP] Upload PFO for scheduling order and memo to chamber re - same. | 0.10 | $67.50 |
| 09/21/2025 | WG | Preparation of COSs for discovery for six cases | 0.80 | $460.00 |
| 09/22/2025 | JDM | [Jackson Lewis PC AP] Review memo from M. Busenkell re - WORD copies of discovery documents. | 0.10 | $67.50 |
| 09/23/2025 | SD | AT&T settlement agreement revisions | 0.50 | $150.00 |
| 09/23/2025 | SD | Email to <km1426@att.com> RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 09/23/2025 | SD | Email to Albert Ciardi III RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 09/23/2025 | JDM | [Winter Bros. Hauling] Review and approve notice of dismissal of complaint | 0.10 | $67.50 |
| 09/23/2025 | WG | Prep of Winter Bros. Dismissal | 0.40 | $230.00 |
| 09/25/2025 | SD | Email to client re AT&T settlement agreement redlined copy | 0.10 | $30.00 |
| 09/25/2025 | SD | Review/revise AT&T settlement agreement and defense counsel's revisions | 0.20 | $60.00 |
| 09/25/2025 | JM | Drafting Notice of Settlements under 500k with exhibit A and corresponding with E. Miller re: same. | 2.00 | $1,070.00 |
| 09/25/2025 | JM | Drafting Notice of Withdrawal in Kerry Ingredients Adv. Pro. after review of proof of payment. | 0.20 | $107.00 |
| 09/25/2025 | SD | Email to Jennifer McEntee RE: Akorn 8th Notice of Settlement & Order - Draft | 0.10 | $30.00 |

| 09/25/2025 | SD | Email from Jennifer McEntee RE: Akorn 8th Notice of Settlement & Order - Draft | 0.10 | $30.00 |
|---|---|---|---|---|
| 09/25/2025 | WG | Prep of Stip and Order to Dismiss for Kerry | 0.60 | $345.00 |
| 09/26/2025 | SD | Revise AT&T settlement letter | 0.10 | $30.00 |
| 09/26/2025 | SD | Email to km1426@att.com RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 09/26/2025 | SD | Email to Walter Gouldsbury RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 09/26/2025 | JM | Corresponding with E. Miller re: Notice of Settlements. | 0.10 | $53.50 |
| 09/26/2025 | JM | Corresponding with counsel for Kerry Ingredients re: authority to file Stipulation of Dismissal; incorporating his comments re: same. | 0.30 | $160.50 |
| 09/26/2025 | JM | Discussion about Jackson Lewis Discovery issue after review of multiple emails from counsel for Defendant and JDM. | 0.30 | $160.50 |
| 09/26/2025 | SF | Review of status of Jackson Lewis adversary proceeding; multiple emails to/from AACIII and JDM regarding discovery served and Parcels update request. | 1.00 | $150.00 |
| 09/29/2025 | JDM | [Jackson Lewis PC AP] Memo to M. Busenkell with WORD version of discovery documents. | 0.10 | $67.50 |
| 09/30/2025 | SD | Email to km1426@att.com RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 10/02/2025 | SD | Email from Albert Ciardi III FW: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 10/02/2025 | SD | Email from km1426@att.com Re FW: Akorn - AT&T settlement agreement | 0.10 | $30.00 |

| 10/02/2025 | SD | Email from lcromley@mctllp.com RE: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
|---|---|---|---|---|
| 10/02/2025 | SD | Email from Albert Ciardi III FW: Akorn - AT&T settlement agreement | 0.10 | $30.00 |
| 10/03/2025 | SD | Review/revise relines re AT&T settlement agreement | 0.10 | $30.00 |
| 10/03/2025 | SD | Review docket re WM Corp Services 9019 | 0.10 | $30.00 |
| 10/03/2025 | JDM | Review and approve six COCs to extend time to respond. | 0.10 | $67.50 |
| 10/13/2025 | SD | Email to km1426@att.com RE: Akorn - AT&T settlement agreement--- UPDATED | 0.10 | $30.00 |
| 10/13/2025 | SD | Email from km1426@att.com RE: Akorn - AT&T settlement agreement--- UPDATED | 0.10 | $30.00 |
| 10/13/2025 | SD | Email to km1426@att.com RE: Akorn - AT&T settlement agreement--- UPDATED | 0.10 | $30.00 |
| 10/13/2025 | SD | Email from km1426@att.com RE: Akorn - AT&T settlement agreement--- UPDATED | 0.10 | $30.00 |
| 10/14/2025 | JDM | Review and approve CNO for Abbott Labs settlement. | 0.10 | $67.50 |
| 10/14/2025 | WG | Preparation of CNO for Abbott settlement (.4); attention to filing (.1) | 0.50 | $287.50 |
| 10/15/2025 | SD | Email from Edson, Andrew G. <AEdson@ClarkHill.com RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email to Albert Ciardi III RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Reviewing past correspondence and | 0.70 | $210.00 |

| | | | | |
|---|---|---|---|---|
| | | checking the docket to determine case posture re 9019 status and dismissal status | | |
| 10/15/2025 | SD | Email to Albert Ciardi III & Walter Gouldsbury RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from Albert Ciardi III FW: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from Albert Ciardi III RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from Albert Ciardi III RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from Walter Gouldsbury RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Reviewed 7th Notice of Settlement of Avoidance Claims >500,000k and reviewed docket RE WM Corp. | 0.40 | $120.00 |
| 10/15/2025 | SD | Email to Albert Ciardi & Walter Gouldsbury RE: AP No. 25-50189-KBO - Miller v. WM Corporate Services - settlement agreement | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from Albert Ciardi III Re: Akorn | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from evan.miller@saul.com RE: Akorn | 0.10 | $30.00 |
| 10/15/2025 | SD | Email from evan.miller@saul.com RE: Akorn | 0.10 | $30.00 |
| 10/15/2025 | SD | Email to evan.miller@saul.com RE: | 0.10 | $30.00 |

| | | | | |
|---|---|---|---|---|
| | | Akorn - WM Corporate Services 25-50189 | | |
| 10/15/2025 | AC | review of Walmart docs | 0.50 | $337.50 |
| 10/15/2025 | SF | Emails to/from counsel re: closing of WM Corporate and Winter Bros.; status of Notices of Dismissal. | 0.50 | $75.00 |
| 10/17/2025 | SD | Email from Kenny, Sean F. <sean.kenny@saul.com> RE: Akorn - WM Corporate Services 25-50189 | 0.40 | $120.00 |
| 10/17/2025 | SD | Email to Albert Ciardi III RE: Akorn - WM Corporate Services 25-50189 | 0.10 | $30.00 |
| 10/17/2025 | SD | Calculated OCB and NV defenses and calculated estimated net and settlement % re WM Corporate Services | 0.90 | $270.00 |
| 10/17/2025 | SD | Email to Albert Ciardi III RE: Akorn - WM Corporate Services 25-50189 | 0.20 | $60.00 |
| 10/17/2025 | SD | Email from Albert Ciardi III RE: Akorn - WM Corporate Services 25-50189 | 0.10 | $30.00 |
| 10/17/2025 | SD | Email to sean.kenny@saul.com RE: Akorn - WM Corporate Services 25-50189 (settlement % calc) | 0.10 | $30.00 |
| 10/17/2025 | SD | Email from Kenny, Sean F. <sean.kenny@saul.com> RE: Akorn - WM Corporate Services 25-50189 | 0.10 | $30.00 |
| 10/17/2025 | AC | call with clients re CVS and Walmart | 0.50 | $337.50 |
| 10/19/2025 | WG | Review of status of 9019 motions | 0.30 | $172.50 |
| 10/20/2025 | JM | review of Walmart records in discovery | 4.40 | $2,354.00 |
| 10/21/2025 | AC | review Walmart discovery information | 0.80 | $540.00 |
| 10/21/2025 | SD | Email from Albert Ciardi III FW: **ELECTRONIC SERVICE** Akorn Trustee v. Walmart & Sam's Club Adv. 25-50360 & 25-50186 - Adv. Docket Nos. 21 & 21 | 0.10 | $30.00 |

| 10/22/2025 | SD | Email from Miller, Evan T. <evan.miller@saul.com> RE: Ch-7 23-10253-KBO Akorn Holding Comp Notice of Settlement (A) | 0.10 | $30.00 |
|---|---|---|---|---|
| 10/22/2025 | SD | Email from <lcromley@mctllp.com> RE: Ch-7 23-10253-KBO Akorn Holding Comp Notice of Settlement (A) | 0.10 | $30.00 |
| 10/29/2025 | AC | review of Walmart analysis from Sweeney | 1.00 | $675.00 |
| 10/30/2025 | SD | Email from evan.miller@saulewing.com RE: Akorn - WM Corporate Services 25-50189 | 0.10 | $30.00 |
| 10/30/2025 | SD | Email from Walter Gouldsbury Re: Akorn - WM Corporate Services 25-50189 | 0.10 | $30.00 |
| 10/30/2025 | JM | review of CVS discovery responses and records, provide analysis to AAC | 5.40 | $2,889.00 |
| 10/30/2025 | WG | Correspondence to/from co-counsel re no objections to settlement notice | 0.10 | $57.50 |
| | | | 148.60 | $70,677.00 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Copying | $41.30 |
| 06/18/2025 | Parcels, Inc. Invoice #1147429; e-filings; Order uploads. | $85.00 |
| 07/11/2025 | Postage | $2.17 |
| 07/14/2025 | Parcels, Inc. Invoice #1151779; e-filing and service; Initial Disclosures. | $70.70 |
| 07/14/2025 | Parcels, Inc. Invoice #1151806; e-filing and service; initial disclosures. | $37.50 |
| 07/14/2025 | Parcels, Inc. Invoice #1151807; e-filing and service (adversary only); Initial Disclosures. | $37.50 |
| 07/14/2025 | Parcels, Inc. Invoice #1151808; e-filing and service; Initial Disclosures. | $37.50 |
| 07/14/2025 | Parcels, Inc. Invoice #1151809; e-filing and service; Initial Disclosures. | $37.40 |
| 07/14/2025 | Parcels, Inc. Invoice #1151828; e-filing; Stipulation. | $25.00 |
| 07/17/2025 | Parcels, Inc. Invoice #1152254; e-filing and service; Initial Disclosures. | $42.50 |
| 07/17/2025 | Parcels, Inc. Invoice #1152255; e-filing and service; Initial Disclosures. | $42.50 |

| | | |
|---|---|---|
| 07/17/2025 | Parcels, Inc. Invoice #1152256; e-filing and service via first class mail; Initial Disclosures. | $42.50 |
| 07/28/2025 | Parcels, Inc. Invoice #1154534; e-filing; fee application. | $75.00 |
| 08/06/2025 | Parcels, Inc. Invoice #1156316; e-filing and Order upload. | $50.00 |
| 09/15/2025 | Postage | $11.31 |
| 09/15/2025 | Postage | $2.44 |
| 09/20/2025 | Parcels, Inc. Invoice #1164822 - e-filing of Motion, Notice, Order upload. | $65.00 |
| 09/20/2025 | Parcels, Inc. Invoice #1164824 - e-filing Motion and proposed Order upload. | $35.00 |
| 09/22/2025 | Parcels, Inc. Invoice #1164995 - Multiple bankruptcy e-filings COS. | $125.00 |
| 09/24/2025 | Parcels, Inc. Invoice #1165330 - Bankruptcy Court e-filing in adversary proceeding. | $25.00 |
| 10/16/2025 | Parcels, Inc. Invoice #1169076 - multiple Bankruptcy Court e-filings; Order uploads. | $50.00 |
| | | $940.32 |