IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** 1512 |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1. On November 18, 2025, the *Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through October 31, 2025* [D.I. 1512] (the "**Fee Application**") was filed with the Court.

2. Pursuant to the notice of the Fee Application, objections, if any, to the Fee Application were required to have been filed with the Court and served on the undersigned so as to be received on or before December 2, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. A hearing on the Fee Application is scheduled for December 19, 2025 at 10:00 a.m.

5. Accordingly, the Fee Application may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Fee Application and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: December 3, 2025　　　　　　　　**SAUL EWING LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　/s/ Evan T. Miller
　　　　　　　　　　　　　　　　　　　Evan T. Miller (No. 5364)
　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Tel.: (302) 421-6800
　　　　　　　　　　　　　　　　　　　Facsimile: (302) 421-6813
　　　　　　　　　　　　　　　　　　　E-mail: evan.miller@saul.com

　　　　　　　　　　　　　　　　　　　*Special Counsel to George L. Miller, in his capacity as Chapter 7 Trustee*