# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** **1512 &** \_\_\_\_\_ |

## ORDER GRANTING FIFTH INTERIM (SECOND CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2025 THROUGH OCTOBER 31, 2025

Upon consideration of the *Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP* ("**Saul Ewing**"), *Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through October 31, 2025* (the "**Application**") for allowance of compensation and reimbursement of expenses for the period from July 1, 2025 Through October 31, 2025; and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after due deliberation and for other and good cause, IT IS HEREBY ORDERED THAT:

1. The Application is granted on an interim basis.

2. Saul Ewing is allowed compensation in the amount of $672,364.55 for the services rendered and costs related to the same in the amount of $30,252.65 for the Application Period.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

3. Payment may be made by the Trustee to Saul Ewing of 100% of any and all fees and 100% of any and all expenses allowed herein that have not yet been paid from the assets of the Debtors' estates.