**EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.:** 1513 & _____ |

**ORDER GRANTING SIXTH INTERIM FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2025 THROUGH OCTOBER 31, 2025**

Upon consideration of the *Sixth Interim Fee Application of Saul Ewing LLP* ("**Saul Ewing**"), *Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the period from March 1, 2025 Through October 31, 2025* (the "**Application**"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Fee Application, and any hearing on the Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Fee Application is GRANTED;

2. Saul Ewing is allowed compensation in the amount of $482,491.00 and reimbursement of expenses in the amount of $14,568.80 for the Application Period for a total award of $497,059.80 (the "**Fees and Expenses**"), which amount shall constitute an allowed

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Chapter 7 administrative expense in the above-captioned Chapter 7 cases. The Trustee is authorized and shall distribute said Fees and Expenses to Saul Ewing.

       3.      The interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.