# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: 12/18/2025 at 4:00 PM (E.T.)**<br>**Hearing Date: 1/23/2026 at 10:00 AM (E.T.)** |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50900 (KBO) |

## NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AND COMPROMISE OF ADVERSARY PROCEEDING AGAINST MEDLINE INDUSTRIES, INC.

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC, has filed the *Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Adversary Proceeding Against Medline Industries, Inc.* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), by **December 18, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge**,** at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **January 23, 2026 at 10:00 a.m.** **(ET)**.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated: December 4, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone:  (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Special Counsel to the Chapter 7 Trustee* |