**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

  I, Evan T. Miller, hereby certify that on December 10, 2025, I caused a true and correct copy of the *Chapter 7 Trustee's Ninth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

  I further certify that on December 10, 2025, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

  I further certify that on December 10, 2025, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

                **SAUL EWING LLP**

                */s/ Evan T. Miller*
                Evan T. Miller (No. 5364)
                1201 North Main Street, Suite 2300
                Wilmington, DE 19801
                Tel.: (302) 421-6800
                Facsimile: (302) 421-6813
                E-mail: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Alku
c/o John C. La Liberte, Esq.
Sherin and Lodgen
One Lincoln Street, 14th Floor
Boston, MA  02111
JCLaLiberte@sherin.com

Apex Material Handling Corp. of IL
c/o Eric J. Malnar, Esq.
Huck Bouma PC
1755 South Naperville Road, Suite 200
Wheaton, IL 60189
emalnar@huckbouma.com

Blue Mountain Quality Resources
c/o Kevin Kobbe, Esq.
DLA Piper LLP
Harbor East
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202-4576
kevin.kobbe@us.dlapiper.com

Chicago Infill Industrial Properties LP
c/o James B. Sowka, Esq.
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
JSowka@seyfarth.com

Cozzoli Machine Company
c/o Raymond Patella, Esquire
Javerbaum, Wurgaft, Hicks, Kahn,
Wikstrom & Sinins
505 Morris Avenue,
Springfield, NJ 07081
rpatella@lawjw.com

Direct Energy Business Marketing LLC
c/o Tyrone Haynes, Esq.
McDowell Hetherington LLP
1001 Fannin, Suite 2400
Houston, TX 77002
tyrone.haynes@mhllp.com

Elm Freight Handlers Inc.
c/o Scott A. Steinberg, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
ssteinberg@meltzerlippe.com

Kraft Chemical Company
c/o Jason M. Torf, Esq.
Tucker Ellis LLP
233 S. Wacker Dr., Suite 6950
Chicago, IL 60606-9997
Jason.Torf@tuckerellis.com

Johnson Controls Fire Protection LP
c/o Nicholas Hahn, Esq.
Godfrey/Kahn
200 South Washington Street
Suite 100
Green Bay, WI 54301
NHahn@gklaw.com

Johnson Controls Security Solutions
c/o Nicholas Hahn, Esq.
Godfrey/Kahn
200 South Washington Street
Suite 100
Green Bay, WI 54301
NHahn@gklaw.com

Moody's Investors Service
c/o Charles J. Keeley, Esq.
Joshua M. Rubins, Esq.
Duane Morris LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017-4669
CJKeeley@duanemorris.com
JMRubins@duanemorris.com

-and-

Moody's Investors Service
c/o Sommer L. Ross, Esq.
Duane Morris LLP
1201 North Market St, Suite 501
Wilmington, DE 19801
SLRoss@duanemorris.com

Package Development Company, Inc.
c/o David E. Sklar, Esq.
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601
dsklar@pashmanstein.com

Ricoh IT Services
fka Mindshift Technologies, Inc.
c/o Catherine Beideman Heitzenrater, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
CHeitzenrater@duanemorris.com

-and-

Ricoh IT Services
fka Mindshift Technologies, Inc.

c/o Klara Bradbury, Esq.
Duane Morris LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, NY 10017-4669
KBradbury@duanemorris.com

RX Sourcing
c/o Robert E. Eggmann, Esq.
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
ree@carmodymacdonald.com

Sigma Aldrich
c/o David M. Unseth, Esq.
c/o Katie Spewak, Esq.
Bryan Cave Leighton Paisner LLP
One Metropolitan Square, 211 North
Broadway, Suite 3600
St. Louis, MO 63102
david.unseth@bclplaw.com
katie.spewak@bclplaw.com

International Paper Company dba Spacekraft
c/o Donald Babineaux, Esq.
Senior Counsel- Litigation
International Paper Legal Department
6400 Poplar Ave
Memphis, TN 38197
donald.babineaux@ipaper.com

Thermo Electron NA
c/o Beverly Weiss Manne, Esq.
Maribeth Thomas, Esq.
George Balchunas, Esq.
Scott R. Leah, Esq.
Tucker Arensberg PC
1500 PPG Place
Pittsburgh, PA 15222
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com
sleah@tuckerlaw.com
gbalchunas@tuckerlaw.com

-and-

Thermo Electron NA
c/o Adam Hiller, Esq.
Hiller Law, LLC
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
ahiller@adamhillerlaw.com

Video Jet Technologies Inc.
c/o Greg Donilon, Esq.
Stevens & Lee
919 North Market Street, Suite 1300
Wilmington, DE 19801
gregory.donilon@stevenslee.com

VWR International
c/o Joseph N. Argentina, Jr., Esq.
Faegre Drinker Biddle & Reath
LLP222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801
joseph.argentina@faegredrinker.com

Waters Technologies Corp
c/o Steven Sass, Esq.
Steven D. Sass LLC
P.O. Box 45
Clarksville, MD 21029
stevendsassllc@gmail.com

# **Exhibit B- Via First Class Mail**

Alku
100 Brickstone Square, Suite 400
Andover, MA 01810

-and-

Alku
PO BOX 986530
Boston, MA 02298-6530

-and-

Alku
c/o Corporation Service Company
84 State Street
Boston, MA 02109

Apex Material Handling Corp. of IL
814 Commerce Dr, Suite 325
Oak Brook, IL 60677-6816

-and-

Apex Material Handling Corp. of IL
c/o David D O'Sullivan
1755 S Naperville Rd-Ste 200
Wheaton, IL 60189

Blue Mountain Quality Resources
475 Rolling Ridge Drive
State College, PA 16801

-and-

Blue Mountain Quality Resources
690 Grays Woods Blvd
Suite 200
Port Matilda, PA 16870

Chicago Infill Industrial Properties LP
c/o CT Corporation System
208 S. LaSalle, Suite 814
Chicago, IL 60604-1101

-and-

Chicago Infill Industrial Properties LP
PO Box 74008508
Chicago, IL 60674-8508

Cozzoli Machine Company
50 Schoolhouse
Somerset, NJ 08873

-and-

Cozzoli Machine Company
c/o Joan Cozzoli Rooney
50 Schoolhouse Road
Somerset, NJ 08873

Direct Energy Business Marketing LLC
P.O. Box 32179
New York, NY 10087-2179

-and-

Direct Energy Business Marketing LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Elm Freight Handlers Inc.
50 Emjay Blvd.
Brentwood, NY 11717

-and-

Elm Freight Handlers Inc.
50 Emjay Blvd.
Brentwood, NY 11717

Johnson Controls Fire Protection LP
Department CH 10320
Palatine, IL 60055-0320

-and-

Johnson Controls Fire Protection LP
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Johnson Controls Security Solutions
6600 Congress Ave
Boca Raton, FL 33487-1213

-and-

Johnson Controls Security Solutions
PO Box 371967
Pittsburg, PA 15250-7967

Kraft Chemical Company
750 Oakwood Rd
Lake Zurich, IL 60047-1519

-and-

Kraft Chemical Company
Po Box 75673
Cleveland, OH 44101-4755

-and-

Kraft Chemical Company
c/o Taft Service Solutions Corp.
111 E Wacker Dr Ste 2600
Chicago, IL 60601-4208

Moody's Investors Service
PO Box 102597
Atlanta, GA 30368-0597

-and-

Moody's Investors Service
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Package Development Company, Inc.
100 Roundhill Drive
Rockway NJ 07866

-and-

Package Development Company, Inc.
c/o Charles P Schwester
100 Roundhill Dr
Rockaway, NJ 07866

Ricoh IT Services
fka Mindshift Technologies, Inc.
500 Commack Rd., Suite 140
Commack, NY 11725

-and-

Ricoh IT Services
fka Mindshift Technologies, Inc.
c/o C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

RX Sourcing
16150 Main Circle Drive
Suite 220
Chesterfield, MO 63017

-and-

RX Sourcing
c/o Cm Registered Agent, Inc.
120 S Central Ave, Ste 1800
Saint Louis, MO 63105-1726

Sigma Aldrich
3050 Spruce St.
St. Louis, MO 63103-2530

-and-

Sigma Aldrich
PO BOX 535182
Atlanta, GA 30353-5182

-and-

Sigma Aldrich
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA, 30092

International Paper Company
dba Spacekraft
1689 Solutions Center
Box 771689
Chicago, IL 60677-1006

-and-

International Paper Company
dba Spacekraft
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

Thermo Electron NA
P.O. Box 742775
Atlanta, GA 30374-2775

-and-

Thermo Electron NA
c/o Capitol Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

Video Jet Technologies Inc.
1500 Mittel Boulevard
Wood Dale, IL 60191

-and-

Video Jet Technologies Inc.
c/o C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

VWR International
100 W Matsonford Rd., Ste 1
Radnor, PA 19087-4565

-and-

VWR International
c/o Corporation Service Company
2595 Interstate Dr #103
Harrisburg, PA 17110

Waters Technologies Corp
4559 Paysphere Cir
Chicago, IL 60674-0001

-and-

Waters Technologies Corp
PO Box 7410591
Chicago, IL 60674-0591

-and-

Waters Technologies Corp
c/o CT Corporation System
208 S. LaSalle St, Suite 814
Chicago, IL 60604