**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| | (*jointly administered*) |
| AKORN HOLDING COMPANY, LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors.[1] | Re: D.I. 1522 |

## CERTIFICATE OF NO OBJECTION

On November 28, 2025, Ciardi Ciardi & Astin, special counsel to George L. Miller, Chapter 7 Trustee, filed its Second Interim Application for Compensation *of Ciardi Ciardi & Astin, Special Counsel to Chapter 7 Trustee* (the "Motion") [D.I. 1522]. Responses to the Motion were to be filed and served no later than December 12, 2025.

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion has been received. The undersigned further certifies that upon review of the Court's docket in this case, no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

|  |  |
|---|---|
| Dated: December 15, 2025<br>Wilmington, Delaware | CIARDI CIARDI & ASTIN<br><br>*/s/ John D. Mclaughlin, Jr.*<br>John D. McLaughlin, Jr. (No. 4123)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>(302) 658-1100 telephone<br>(302)658-1300 facsimile<br>jmclaughlin@ciardilaw.com<br><br>-and-<br><br>Albert A. Ciardi, III, Esquire<br>(*Admitted pro hac vice*)<br>Walter W. Gouldsbury III, Esquire<br>Philadelphia, PA 19103<br>(215) 557-3550 telephone<br>(215) 557-3551 facsimile<br>aciardi@ciardilaw.com<br>wgouldsbury@ciardilaw.com<br><br>*Special Counsel for Chapter 7 Trustee* |