IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 7 <br><br> (*jointly administered*) <br><br> Case No. 23-10253 (KBO) <br><br><br> **Re: D.I. 1522** |

**ORDER AUTHORIZING PAYMENT AND APPROVING
SECOND INTERIM APPLICATION OF CIARDI CIARDI & ASTIN FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD FROM JUNE 1, 2025 THROUGH OCTOBER 31, 2025**

Ciardi Ciardi & Astin ("CC&A"), counsel to George L. Miller, the chapter 7 trustee (the "Trustee") in the above-captioned jointly administered case, having filed its first interim application for allowance of compensation and reimbursement of expenses (the "Application");[2] and parties-in-interest having received adequate notice; and the Court having considered the Application and having found the amounts requested in the Application to be reasonable; it is

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Each capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

ORDERED that the Application is granted, and CC&A is allowed compensation on an interim basis in the amount of $70,677.00 for services rendered and $940.32 as reimbursement for actual and necessary expenses incurred during the Application Period;

ORDERED that the Trustee is hereby authorized to immediately pay CC&A the amount of $71,717.32 from the assets of the Debtors' estate; and it is further

ORDERED that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the chapter 7 trustee's final report.

Dated: December 16th, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE