# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Related Doc. No. 1521, 1539 |

## ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S THIRD DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS

This matter coming before the Court on the *Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims* (the "Motion");[2] adequate and sufficient notice of the Motion to the Notice Parties having been provided by the Trustee; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Court having reviewed and considered the Motion and all relief related thereto; it appearing that the Court has jurisdiction over this matter, and it further appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is granted as provided herein.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

2

2. Pursuant to sections 704(a)(1) and 105(a) of the Bankruptcy Code, the Trustee is authorized but not directed to pay the Proposed Distribution Amounts to the holders of the Allowed General Unsecured Claims as set forth on Exhibit A to this Order.

3. If any of the Allowed General Unsecured Claims were filed against the Estates of Akorn Holding Company LLC or Akorn Intermediate Company LLC, such claims are reclassified to correctly be filed solely against the Estate of Akorn Operating Company LLC, and the Trustee is authorized to make payment of the applicable Proposed Distribution Amounts from the Estate of Akorn Operating Company LLC.

4. The Trustee's rights to object on any applicable grounds to any other claims that the parties listed on Exhibit A may assert against the Estates, and/or to any additional claim amounts that those parties may assert beyond the claim amounts listed in the column titled "Allowed General Unsecured Claim Amount," are expressly reserved.

5. The Court retains jurisdiction to interpret and enforce the Order.

Dated: December 17th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

LEGAL\81765002\1 6010823/00574256