IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>D.I. 1511 |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>THE HILSINGER COMPANY<br>d/b/a HILCO VISION,<br><br>Defendant. | Adv. Proc. No. 25-50385 (KBO)<br><br>Adv. D.I. 11 |

**ORDER APPROVING MOTION AND SETTLEMENT AGREEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE AND THE HILSINGER COMPANY D/B/A THE HILCO VISION**

Upon the motion (the "Motion")[1] of George L. Miller, Chapter 7 Trustee (the "Trustee") to the estates of Akorn Holding Company, LLC., et al. (collectively, the "Debtors") to approve the settlement agreement (the "Settlement Agreement") by and between the Parties; and the Court (the "Court") having reviewed the Motion; it appearing to the Court that the Settlement Agreement is in the best interest of the Debtors' estates; the Court finding that notice of the Motion given by the Trustee is appropriate under the circumstances; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the approval of the Settlement Agreement; IT IS HEREBY ORDERED THAT:

---

[1] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

1

1. The Motion is GRANTED.

2. The Settlement Agreement with The Hilsinger Company d/b/a Hilco Vision attached to the Motion as **Exhibit A** is APPROVED.

3. The Trustee is authorized to take all necessary steps to implement the terms of the Settlement Agreement.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement Agreement and/or implementation of this Order.

**Dated: December 17th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**