## **EXHIBIT 1**

**Proposed Order**

Case 23-10253-KBO    Doc 1545-1    Filed 12/18/25    Page 1 of 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Re: D.I. 1532 & ___ |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS
LISTED ON CHAPTER 7 TRUSTEE'S NINTH NOTICE OF SETTLEMENT
PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Upon consideration of the Chapter 7 Trustee's *Ninth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order* (the "Notice");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

2

1. The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED.

2. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
| Alku | $40,920.00 | $30,217.50 | 25-50231 | Settlement is at least 74% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Apex Material Handling Corp. of IL | $15,828.82 | $10,000.00 | 25-50295 | Settlement is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Blue Mountain Quality Resources | $179,030.00 | $72,500.00 | 25-50108 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Chicago Infill Industrial Properties LP | $99,843.99 | $65,000.00 | 25-50116 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Cozzoli Machine Company | $14,661.89 | $4,000.00 | 25-50306 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Direct Energy Business Marketing LLC | $71,128.21 | $5,000.00 | 25-50132 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)2 and (c)(4). |
| Elm Freight Handlers Inc. | $33,013.50 | $12,500.00 | 25-50084 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Kraft Chemical Company | $10,890.50 | $6,000.00 | 25-50285 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Johnson Controls Fire Protection LP | $22,954.74 | $8,000.00 | 25-50257 | Settlement amount is at 84% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Johnson Controls Security Solutions | $30,979.86 | $12,000.00 | 25-50259 | Settlement amount is at 80% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Moody's Investors Service | $81,000.00 | $42,500.00 | 25-50173 | Settlement amount is at 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[1]  Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

| | | | | |
|---|---|---|---|---|
| Package Development Company, Inc. | $218,676.42 | $60,000.00[3] | 25-50143 | Settlement amount is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Ricoh IT Services fka Mindshift Technologies, Inc. | $24,427.77 | $4,000.00 | 25-50195 | Settlement amount is approximately 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| RX Sourcing | $37,872.27 | $25,000.00 | 25-50199 | Settlement amount is approximately 66% of the preference liability. |
| Sigma Aldrich | $49,584.22 | $20,000.00 | 25-50117 | Settlement amount is approximately 81% of the estimated net preference liability after accounting for defenses under 547(c)(2) |
| International Paper Company dba Spacekraft | $14,519.04 | $6,103.48 | 25-50358 | Settlement amount is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Thermo Electron NA | $18,281.34 | $2,500.00 | 25-50319 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Video Jet Technologies Inc. | $33,069.47 | $1,750.00 | 25-50223 | Settlement amount is at least 72% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| VWR International | $193,840.72 | $35,000.00 | 25-50217 | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Waters Technologies Corp | $50,634.88 | $3,500.00 | 25-50219 | Settlement amount is at least 85% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

---

[2]  Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3]  The settlement with Package Development Company, Inc. ("PDC"), requires PDC to pay the Settlement Amount in equal monthly installments of $10,000 for a six-month period. If PDC does not timely pay any part of the Settlement Amount, then, among other things, (i) PDC forfeits any payments made toward the Settlement Amount and (ii) the remaining balance of the Settlement Amount shall be immediately due and owing.