**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Related D.I.: 1528 & _____** |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, | Adv. Proc. No. 25-50097 (KBO) |
| v. | |
| GARDAWORLD SECURITY SERVICES, | **Related Adv. D.I.: 16 & _____** |
| Defendant. | |

### ORDER APPROVING THE SETTLEMENT
### BETWEEN THE TRUSTEE AND GARDAWORLD SECURITY SERVICES

Upon consideration of the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Gardaworld Security Services* (the "Motion")[2] filed by George L. Miller, in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (the "Debtors"); and the Court finding that it has jurisdiction over this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

[2] Capitalized terms used but not defined herein are defined in the Motion.

found that this is a core proceeding as that term is defined in 28 U.S.C. § 157(b)(2); and the Court

having found that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and

1409; and the Court having found that notice of the Motion and opportunity for a hearing on the

Motion was appropriate and no other notice need be provided; and the Court having reviewed the

Motion; and the Court having determined that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and upon all of the proceedings had before the

Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED**:

1.      The Motion is GRANTED as set forth herein.

2.      The Settlement Agreement, attached to the Motion as **Exhibit B** is hereby

approved.

3.      For the avoidance of doubt, the Trustee is authorized to enter into and take all

actions necessary to effectuate the Settlement Agreement and the relief granted pursuant to this

Order.

4.      This Order is effective immediately upon entry, notwithstanding anything to the

contrary in the Bankruptcy Rules or the Local Rules.

5.      This Court retains jurisdiction with respect to all matters arising from or related to

the interpretation or implementation of this Order.