# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on January 14, 2026, I caused a true and correct copy of the *Chapter 7 Trustee's Tenth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on January 14, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on January 14, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

 */s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Accuristix
c/o Lise Dufresne, Esq.
Director, Legal, Risk & Insurance
122 Stone Ridge Road
Vaughan, ON L4H 0A5
ldufresne@accuristix.com

Agilent Technologies
c/o Paul D. Moak, Esq.
Reed Smith LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
pmoak@reedsmith.com

Armstrong Relocation & Companies LLC
c/o Mason Wilson, Esq.
Associate General Counsel
The Armstrong Company
4690 Hungerford Road
Memphis, TN 38118
mwilson@goarmstrong.com

Chemo Iberica, S.A.
c/o James M. Sullivan, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
jmsullivan@seyfarth.com

EG Life Sciences, LLC
c/o Jennifer R. Sharret, Esq.
Ashland J. Bernard, Esq.
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, New York 10036
ashland.bernard@hsfkramer.com
Jennifer.Sharret@hsfkramer.com

Jackson Lewis, P.C.
c/o Michael Busenkell, Esq.
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Henderson Constructors Inc
c/o James Tobia, Esq.
The Law Office of James Tobia
1716 Wawaset St
Wilmington, DE 19806
jtobia@tobialaw.com

MSI Blue
c/o Charles M. Tatelbaum, Esq.
Tripp Scott
110 SE Sixth Street, Suite 1500
Fort Lauderdale, FL 33301
cmt@TrippScott.com

North American Corporation of IL
c/o Gary F. Seitz, Esq.
Gellert, Seitz, Busenkell & Brown LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
gseitz@gsbblaw.com

Phenomenex, Inc.
c/o Daniel Kang, Esq.
General Counsel
411 Madrid Avenue
Torrance, CA 90501
DanielK@phenomenex.com

SGS North America
c/o Brett S. Theisen, Esq.
Gibbons P.C.
1 Pennsylvania Plaza
Floor 45, Suite 4515
New York, NY 10119
btheisen@gibbonslaw.com

System One Holdings LLC
c/o Audrey Hornisher, Esq.
Clark Hill
901 Main Street, Suite 6000
Dallas, TX 75202
ahornisher@clarkhill.com

Wissen Digital Inc.
c/o Robert M. Mihelich, Esq.
Law Offices of Robert M. Mihelich
2665 S. Moorland Rd, Suite 200
New Berlin, WI 53151
attyrmm@bizwi.rr.com

# Exhibit B- Via First Class Mail

Accuristix
122 Stone Ridge Road
Vaughan, Ontario, L4H 0A5
Canada.

-and-

Accuristix
c/o C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

Agilent Technologies
4187 Collections Center Drive
Chicago, IL 60693

-and-

Agilent Technologies
2850 Centerville Road
Wilmington, DE 19808

-and-

Agilent Technologies
c/o C T Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604-1101

Armstrong Relocation & Companies LLC
9 Aspen Dr.
Randolph, NJ 07869

-and-

Armstrong Relocation & Companies LLC
c/o Cogency Global Inc.
600 South Second St, Suite 404
Springfield, IL 62704-2542

Chemo Iberica, S.A.
c/o C. de Manuel Pombo Angulo
28, Hortaleza
28050 Madrid, Spain

EG Life Sciences, LLC
55 Walkers Brook Drive
6th Floor
Reading, MA 01867

-and-

EG Life Sciences, LLC
c/o Cogency Global Inc
45 School Street, Ste 202
Boston, MA 01867

Henderson Constructors Inc
350 E. Butler Ave
New Britain, PA 18901

MSI Blue
P.O. Box 823473
Philadelphia, PA 19182-3473

-and-

MSI Blue
c/o Nicola Snoep
1900 Glades Road, Suite 203
Boca Raton, FL 33431

North American Corporation of IL
2101 Claire Court
Glenview, IL 60025

-and-

North American Corporation of IL
Cogency Global Inc.
600 South Second St, Suite 404
Springfield, IL 62704-2542

Phenomenex, Inc.
411 Madrid Avenue
Torrance, CA 90501

SGS North America
P.O. Box 137
Trout Run, PA 17771

-and-

SGS North America
c/o John T Connor, Esq.
680 Hollow Rd Unit 4 Rd1
Phoenixville, PA 19460

System One Holdings LLC
210 6th Ave, FL 31
Pittsburgh, PA 15222-2602

-and-

System One Holdings LLC
PO Box 644722
Pittsburgh, PA 15264-4722

-and-

System One Holdings LLC
c/o Cogency Global, Inc.
 600 North 2nd Street
 Harrisburg, PA 17101

Wissen Digital Inc.
c/o Vagdevi Pochareddy
2325 Parklawn Dr., Suite G
Waukesha, WI 53186