# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 23, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1. Scheduling Conference in Adversary Proceedings

    Status: Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to February 20, 2026 at 10:00 a.m. ET.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

2.  Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Adversary Proceeding Against Medline Industries, Inc.
    [Filed 12/4/2025; Docket No. 1526]
    [Adv. No. 25-50900; Adv. Docket No. 26]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 12/19/2025; Docket No. 1546] [Adv. No. 25-50900; Adv. Docket No. 28] |
    | | (b) | Entered Order [Filed 12/23/2025; Docket No. 1549] [Adv. No. 25-50900; Adv. Docket No. 29] |
    | Objection Deadline: | | December 18, 2025 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | This matter is concluded. Order has been entered by the Court. |

3.  Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Gardaworld Security Services
    [Filed 12/5/2025; Docket No. 1528]
    [Adv. No. 25-50097; Adv. Docket No. 16]

    | | | |
    |---|---|---|
    | Related Documents: | (a) | Certificate of No Objection [Filed 12/22/2025; Docket No. 1548 [Adv. No. 25-50097; Adv. Docket No. 17] |
    | | (b) | Entered Order [Filed 12/23/2025; Docket No. 1550] [Adv. No. 25-50097; Adv. Docket No. 18] |
    | Objection Deadline: | | December 19, 2025 at 4:00 p.m. ET |
    | Responses Received: | | None |
    | Status: | | This matter is concluded. Order has been entered by the Court. |

4. Motion of the Chapter 7 Trustee for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Real Value Products Corp. dba Hospital Pharmaceutical Consulting [Filed 12/23/2025; Docket No. 1551]
   [Adv. No. 25-51028; Adv. Docket No. 11]

   Related Documents:
   (a) Certificate of No Objection
       [Filed 1/7/2026; Docket No. 1552]
       [Adv. No. 25-51028; Adv. Docket No. 12]

   (b) Entered Order
       [Filed 1/8/2026; Docket No. 1553]
       [Adv. No. 25-51028; Adv. Docket No. 13]

   Objection Deadline: January 6, 2026 at 4:00 p.m. ET

   Responses Received: None

   Status: This matter is concluded. Order has been entered by the Court.

Dated: January 21, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*

# SCHEDULE 1

| **Adversary Actions going forward with Scheduling Conference:** | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| NONE | | |

| **Adversary Actions Scheduling Conference Adjourned.** | | |
|---|---|---|
| **Defendant** | **Adv. No.** | **Status** |
| 1. Beth Zelnick-Kaufman | 25-50380 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 2. Christopher C. Young | 25-50381 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 3. Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 4. John Sweeney | 25-50383 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 5. Kevin Bain, et al. | 25-50367 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 6. Walmart, Inc. | 25-50360 | Adjourned to 2/20/2026 at 10:00 a.m. ET |
| 7. William Ostrowski | 25-50384 | Adjourned to 2/20/2026 at 10:00 a.m. ET |

LEGAL\112747524\2 6010823/00574256
01/21/2026