**<u>EXHIBIT 1</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Re: D.I. 1554 & ___** |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS
LISTED ON CHAPTER 7 TRUSTEE'S TENTH NOTICE OF SETTLEMENT
PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Upon consideration of the Chapter 7 Trustee's *Tenth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order* (the "Notice");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

1.      The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED.

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

## Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

| Schedule of Settlements Subject to Notice of Settlement Provisions | | | | |
|---|---|---|---|---|
| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
| Accuristix | $22,670.19 | $13,500.00 | 25-50386 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Agilent Technologies | $168,548.59 | $30,000.00 | 25-50098 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Armstrong Relocation & Companies LLC | $24,363.50 | $10,000.00 | 25-50091 | Settlement is at least 65% of the estimated net preference liability after accounting for defenses under 547(c)(2). |
| Chemo Iberica, S.A. | $76,050.00 | $5,000.00 | 25-50110 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| EG Life Sciences, LLC | $53,647.50 | $5,000.00 | 25-50136 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Jackson Lewis, P.C. | $137,400.50 | $20,000.00 | 25-50176 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Henderson Constructors Inc. | $321,208.29 | $18,000.00 | 25-50338 | Settlement is at least 45% of the estimated net preference liability after accounting for defenses under 547(c)(2) and 550. |
| MSI Blue | $89,416.91 | $37,295.78 [3] | 25-50174 | Settlement amount equates to at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| North American Corporation of IL | $49,268.99 | $10,000.00 | 25-50111 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Phenomenex, Inc. | $33,086.70 | $6,664.76 | 25-50161 | Settlement is at least 95% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| SGS North America | $78,901.51 | $4,250.00 | 25-50349 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| System One Holdings LLC | $46,130.86 | $13,500.00 | 25-50210 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

| | | | | Settlement amount is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
|---|---|---|---|---|
| Wissen Digital Inc. | $60,007.00 | $15,000.00 | 25-50221 | |

---

[1]     Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]     Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[3]     Amount is based solely upon the value of the reduction of the defendant's alleged claim against the Debtors, multiplied by current distribution rates for unsecured claims (19.2%). *See* Distribution Motion.