**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 1517** |

**CERTIFICATION OF COUNSEL REGARDING ORDER AMENDING 9019 ORDER**

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.* (the "Trustee"), hereby certifies as follows:

1.      On November 25, 2025, this Court entered the *Order Approving the Settlements Between the Trustee and Douglas Pharmaceuticals America Ltd., and Between the Trustee and Empire Freight Logistics* [D.I. 1517] (the "9019 Order").

2.      Pursuant to the 9019 Order, the Court authorized the Trustee to enter into a settlement with Douglas Pharmaceuticals America Ltd. ("Douglas").   Under the settlement, Douglas's proof of claim was allowed as a general unsecured claim in the amount of $2 million, with all additional amounts disallowed.   The settlement also provided that, after approval, the Trustee would make an interim distribution of 19.2% of the allowed amount, $348,000, the same as that made to certain other allowed general unsecured claims in these cases.

3.      The Trustee and Douglas have agreed that, since Douglas is a foreign entity, the Trustee is allowed to pay the $348,000 by wire transfer.

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

57054600.3

WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order

attached hereto as **Exhibit 1** at its earliest convenience.


Dated:  January 23, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Tel: (302) 421-6800
E-mail: evan.miller@saul.com
        paige.topper@saul.com

*Special Counsel to George L. Miller, the Chapter 7
Trustee of the Bankruptcy Estates of Akorn Holding
Company LLC, et al.*

57054600.3