# EXHIBIT 1

**Proposed Order**

57054600.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re: D.I. 1517 & ___** |

# ORDER AMENDING 9019 ORDER

Upon consideration of the Chapter 7 Trustee's *Certification of Counsel Regarding Order Amending 9019 Order* (the "COC");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice was given; and that sufficient legal and factual bases exist for the relief requested in the COC; and after due deliberation, the Court having determined that the relief requested in the COC is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1.  The 9019 Order is amended solely to authorize the Trustee to make a wire transfer to Douglas Pharmaceuticals Limited.

2.  All other aspects of the 9019 Order and the settlement agreement it approved remain the same.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the COC.

57054600.3

2

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

2

57054600.3