# EXHIBIT "A"

# NO LIABILITY CLAIMS

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit A - No Liability Claims**
**First Omnibus (Substantive) Objection**

| Claimant Name | Debtor | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| ACE American Insurance Company<br>Duane Morris LLP<br>Attn: Wendy M. Sumkulak<br>30 S. 17th Street<br>Philadelphia PA 19103 | Akorn Operating LLC<br>(Case No. 23-10255) | 323.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential insurance premiums and other obligations.  No specific claims or other details are provided to support any actual liability. |
| Arch Insurance Company<br>Francine Petrosino, Legal Assistant<br>210 Hudson Street, Suite 300<br>Jersey City, NJ 07311 | Akorn Operating LLC<br>(Case No. 23-10255) | 411.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential unidentified claims covered by insurance policies issued by Claimant.  No specific claims or other details are provided to support any actual liability. |
| Chubb Custom Insurance Company<br>Duane Morris LLP<br>Attn: Wendy M. Sumkulak<br>30 S. 17th Street<br>Philadelphia PA 19103 | Akorn Operating LLC<br>(Case No. 23-10255) | 325.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential insurance premiums and other obligations.  No specific claims or other details are provided to support any actual liability. |
| ClarusOne Sourcing Services LLP<br>Russell Square House<br>10-12 Russell Square<br>London WC1b5EH<br>United Kingdom | Akorn Operating LLC<br>(Case No. 23-10255) | 381.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential obligations under a contract between the parties.  No specific claims or other details are provided to support any actual liability. |
| Federal Insurance Company<br>Duane Morris LLP<br>Attn: Wendy M. Sumkulak<br>30 S. 17th Street<br>Philadelphia PA 19103 | Akorn Operating LLC<br>(Case No. 23-10255) | 324.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential insurance premiums and other obligations.  No specific claims or other details are provided to support any actual liability. |
| Great Northern Insurance Company<br>Duane Morris LLP<br>Attn: Wendy M. Sumkulak<br>30 S. 17th Street<br>Philadelphia PA 19103 | Akorn Operating LLC<br>(Case No. 23-10255) | 326.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential insurance premiums and other obligations.  No specific claims or other details are provided to support any actual liability. |
| Illinois Union Insurance Company<br>Duane Morris LLP<br>Attn: Wendy M. Sumkulak<br>30 S. 17th Street<br>Philadelphia PA 19103 | Akorn Operating LLC<br>(Case No. 23-10255) | 327.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential insurance premiums and other obligations.  No specific claims or other details are provided to support any actual liability. |

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit A - No Liability Claims**
**First Omnibus (Substantive) Objection**

| Claimant Name | Debtor | Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Mississippi Department of Revenue<br>Attn Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225−2808 | Akorn Holding Company LLC<br>(Case No. 23-10253) | 153.1 | Unliquidated/Unknown | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtor's Books and Records.  Claimant filed the claim as a placeholder for any liabilities related to periods subject to audit that claimant may assess the Debtor under Mississippi law. |
| New York State Department of Health<br>Attn: Martin A. Mooney, Assistant Attorney General<br>The Capitol<br>Albany NY 12224 | Akorn Operating LLC<br>(Case No. 23-10255) | 210.1 | $                66,863.22 | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claim is for obligations of the  Debtors' predecessor companies in first bankruptcy related to year 2017. |
| New York State Department of Labor<br>Office of Counsel<br>1220 Washington Ave., Room 509<br>Albany, NY 12240 | Akorn Operating LLC<br>(Case No. 23-10255) | 456.1 | $             4,445,959.04 | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claimant filed on behalf of the Debtor's former workers for liability under the NY State Warn Act. The Trustee settled directly with a class of Warn Act claimants for the same liability asserted by claimant.  Debtor has no duplicate liability to the claimant for amounts allowed to the Warn Act class. |
| Philadelphia Indemnity Insurance Company<br>Manier & Herod, P.C.<br>Attn: Scott C. Williams<br>1201 Demonbreun Street, Suite 900<br>Nashville TN 37203 | Akorn Operating LLC<br>(Case No. 23-10255) | 248.1 | $             1,400,000.00 | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claim is for unliquidated and estimated contractual indemnity liability related to certain Bonds.  The claimed amount represents the maximum aggregate limits of the Bonds and not any actual liability.  Claimant has not amended its claim to assert any actual liability to date. |
| SSI Services, Inc.<br>14460 New Falls of Neuse Road<br>Ste 149309<br>Raleigh, NC 27614 | Akorn Intermediate Company LLC<br>(Case No. 23-10254) | 14.1 | $                94,976.97 | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Contract term expired and no additional services were requested or provided by Claimant to the Debtor after the petition date. |
| U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Teleco Drive, Suite 100<br>Indianapolis, IN  46278 | Akorn Operating LLC<br>(Case No. 23-10255) | 34.1 | $0 plus unliquidated/contingent | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.  Claimant filed a protective claim in advance of proof of claim bar date.  Claim is contingent and unliquidated in connection with potential customs duties, fees and other charges.  No specific claims or damages are provided to support any actual liability. |
| Waters Technologies Corporation<br>34 Maple Street<br>Milford, MA 01757 | Akorn Operating LLC<br>(Case No. 23-10255) | 278.1 | $               148,029.94 | Debtor has no obligation or liability for asserted claim and the claim does not agree with the Debtors' Books and Records.   Claim disallowed under Bankruptcy Code Section 502(d).  Default preference judgment entered on 9/2/25 [D.I. 10] Adv. Case No. 25-50219 not satisfied or paid. |