# EXHIBIT "B"

# MODIFIED AMOUNT CLAIMS

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit B - Modified Amount Claims**
**First Omnibus (Substantive) Objection**

| Claimant Name | Debtor | Claim Number | Filed Claim Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|
| Apexus, LLC<br>Mike Benedict<br>290 E. John Carpenter Freeway<br>Irving, TX 75062 | Akorn Intermediate Company LLC<br>(Case No. 23-10254) | 222.1 | $ 190,000.00 | $ 62,370.29 | Claim does not include sufficient documentation to ascertain the validity of the asserted claim in the filed amount. The reduced modified claim amount is reported on the Debtor's Bankruptcy Schedule F. |
| ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwaer<br>Hawley Troxell Ennis & Hawley LLP<br>PO Box 1617<br>Boise ID 83701 | Akorn Operating LLC<br>(Case No. 23-10255) | 365.1 | $ 4,483,575.60 | $ 815,755.60 | Claim reduced for alleged liquidated damages resulting from rejection of agreement between the parties. The reduced modified claim amount represents unpaid pre-petition goods and services provided to the Debtor and the costs of specified goods already made for the Debtor. |
| Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 | Akorn Holding Company LLC<br>(Case No. 23-10253) | 255.1 | $ 391,829.00 | $ 26,480.00 | Claim amount reduced by $365,349.00 which is included in Henderson Constructors, Inc. (AOC Claim #73.1). Henderson was the general contractor of a project of which claimant provided subcontractor services. Claimant has no contractual relationship with the Debtor. |
| Carty Eye Associates<br>830 Old Lancaster Road<br>Bryn Maur, PA 19010 | Akorn Operating LLC<br>(Case No. 23-10255) | 346.1 | Unknown | $ 398.00 | Claim alleges an unknown amount is owed from the Debtor. The Debtor's Bankrtupcy Schedule F reports $398.00 owed to the Claimant. |
| DiFazio Power & Electric, LLP<br>Maxwell Rubin, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | Akorn Holding Company LLC<br>(Case No. 23-10253) | 257.1 | $ 468,031.91 | $ 76,499.42 | Claim amount reduced by $391,532.49 which is included in Henderson Constructors, Inc. (AOC Claim #73.1). Henderson was the general contractor of a project of which claimant provided subcontractor services. Claimant has no contractual relationship with the Debtor. |
| Hartcorn Plumbing & Heating, Inc.<br>850 South 2nd Street<br>Ronkonkoma, NY 11779 | Akorn Holding Company LLC<br>(Case No. 23-10253) | 25.1 | $ 278,264.20 | 16,976.65 | Claim amount reduced by $261,287.55 which is included in Henderson Constructors, Inc. (AOC Claim #73.1). Henderson was the general contractor of a project of which claimant provided subcontractor services. Claimant has no contractual relationship with the Debtor. |
| Johnson Controls Security Solutions LLC<br>10405 Crosspoint Blvd.<br>Indianapolis IN 46256 | Akorn Operating LLC<br>(Case No. 23-10255) | 305.1 | $ 8,681.95 | $ 5,725.65 | Modified claim amount reduced to reflect post-petition invoices paid by Trustee in the amount of $2,956.30. |
| State of California<br>Bankruptcy Section MS A-340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Akorn Holding Company LLC<br>(Case No. 23-10253) | 402.1 | $ 1,816,235.14 | $ 6.00 | The Debtors' filed tax returns for the years 2020 - 2023 reflect a $6 penalty for 2020. All other tax years report no tax, interest or penalty owing. The claim should be reduced to a $6 general unsecured claim. |