# EXHIBIT "C"

# MODIFY CLAIM AMOUNT AND/OR CLASSIFICATION CLAIMS

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit C - Modified Priority Claims**
**First Omnibus (Substantive) Objection**

| Name of Claimant | Claim Number | Debtor | Claim Amount | Claim Priority Status | Modified Status and Amount (if applicable) | Reason for Modification |
|---|---|---|---|---|---|---|
| Abbott Laboratories, Inc.<br>Kohner, Mann & Kailas, S.C.<br>2650 North Port Washington Road<br>Milwaukee WI 53212 | 6.1 | Akorn Operating LLC (Case No. 23-10255) | Secured - $36,000.00<br>Unsecured -$492,614.01 | Secured | General Unsecured | Trustee did not locate or sell the identified collateral valued at $36,000.00. |
| Argo Partners<br>12 West 37th Street, Ste 900<br>New York, NY 10018 | 255.1 | Akorn Holding Company LLC (Case No. 23-10253) | $ 391,829.00 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| Bodines Electric of Decatur<br>Attn: Edward Q. Costa<br>225 N. Water Street, Suite 301<br>Decatur IL 62523 | 212.1 | Akorn Operating LLC (Case No. 23-10255) | $ 294,814.36 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| DiFazio Power & Electric, LLP<br>Maxwell Rubin, Esq.<br>Warshaw Burstein, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, NY 10022 | 257.1 | Akorn Holding Company LLC (Case No. 23-10253) | $ 468,031.91 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| Hain Capital Investors Master Fund, LTD<br>302 Route 17 North, 7th Floor<br>Rutherford, NJ 07070 | 205.1 | Akorn Operating LLC (Case No. 23-10255) | $ 280,278.00 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| Hartcorn Plumbing & Heating, Inc.<br>850 South 2nd Street<br>Ronkonkoma, NY 11779 | 25.1 | Akorn Holding Company LLC (Case No. 23-10253) | $ 278,264.20 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |