IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Hearing Date:   March 27, 2026 at 10:00 a.m. ET<br>Objection Date:  March 20, 2026 at 4:00 p.m. ET |

**NOTICE OF SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CERTAIN CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY
CODE, RULES 3007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE AND DEL. BANKR. L.R. 3007-1**

TO:    [Claim Holders and/or Counsel, if known].

The Chapter 7 Trustee has filed the Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 (the "Second Omnibus Objection")[2] which seeks to alter your rights by (a) disallowing your claim because you subsequently filed a duplicate claim; or (b) disallowing your claim because you subsequently filed an amended claim.

**PLEASE READ THE SECOND OMNIBUS OBJECTION CAREFULLY. IT MAY AFFECT YOUR SUBSTANTIVE RIGHTS AND YOUR CLAIM MAY BE DISALLOWED, IN PART OR IN WHOLE.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms shall have the same meanings ascribed to them in the Second Omnibus Objection unless otherwise expressly defined herein.

1

Any party wishing to oppose the entry of an order approving the Second Omnibus Objection must file a response (each a "Response") with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **March 20, 2026 at 4:00 p.m. ET** (**the "Response Deadline"**). At the same time you file your written response, if any, with the Court, you must also serve a copy of the response upon the Chapter 7 Trustee's counsel:

**John T. Carroll, III, Esq.**
**Cozen O'Connor**
**1201 North Market Street**
**Suite 1001**
**Wilmington, DE  19801**

If any responses are filed, a hearing on the Second Omnibus Objection will be held on **March 27, 2026 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Karen B. Owens, Chief Judge at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801 (the "Hearing").

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE SECOND OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OF HEARING.**

Dated:  February 25, 2026
       Wilmington, DE

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*