# EXHIBIT "B"

# CLAIMS TO BE DISALLOWED AS AMENDMENTS

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit B - Amended or Superseded Claims**
**Second Omnibus (Nonsubstantive) Objection**

| | Original Claim | | | Superseded Claim | | | |
|---|---|---|---|---|---|---|---|
| **Claimant Name** | **Debtor** | **Amended Claims to be Disallowed** | **Claim Amount** | **Debtor** | **Remaining Claim Number** | **Claim Amount** | **Reason for Objection** |
| Woodstock Sterile Solutions, Inc. 2210 Lakeshore Woodstock IL 60098 | Akorn Operating LLC (Case No. 23-10255) | 281.1 | $ 242,620.76 | Akorn Holding Company LLC (Case No. 23-10253) | 249.1 | $ 722,891.76 | Claim AOC #281.1 superseded by claim AHC #249.1 |