**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 1563** |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>          Plaintiff,<br>     v.<br><br>VEOLIA ES TECHNICAL SOLUTIONS, LLC<br><br>          Defendant. | Adv. Proc. No. 25-50222 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>          Plaintiff,<br>     v.<br><br>BERLIN PACKAGING, LLC,<br><br>          Defendant. | Adv. Proc. No. 25-50258 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>          Plaintiff,<br>     v.<br><br>FEDERAL COMPLIANCE SOLUTIONS, LLC, | Adv. Proc. No. 25-50250 (KBO) |

---

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57461193.2 03/13/2026

-2-

| | |
|---|---|
| Defendant. | |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br> v. <br><br> COLBERT PACKAGING CORPORATION, <br><br> Defendant. | Adv. Proc. No. 25-50129 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br> v. <br><br> FLAVINE NORTH AMERICA, INC. <br><br> Defendant. | Adv. Proc. No. 25-50095 (KBO) |

**CERTIFICATION OF NO OBJECTION TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING SETTLEMENTS BETWEEN (I) THE TRUSTEE AND VEOLIA ES TECHNICAL SOLUTIONS LLC, (II) THE TRUSTEE AND BERLIN PACKAGING, LLC, (III) THE TRUSTEE AND FEDERAL COMPLIANCE SOLUTIONS, LLC, (IV) THE TRUSTEE AND COLBERT PACKAGING CORPORATION AND  (V) THE TRUSTEE AND FLAVINE NORTH AMERICA, INC.**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "**Trustee**") for the estate of the above-captioned debtors (the "**Debtors**") hereby certifies that:

1. On February 24, 2026, the *Motion for Entry of an Order Pursuant to Section 105(a) of The Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlements Between  (I) The Trustee And Veolia ES Technical Solutions LLC, (II) The Trustee And Berlin Packaging, LLC, (Iii) The Trustee And Federal Compliance Solutions, LLC, (IV) The Trustee And Colbert Packaging Corporation And  (V) The Trustee And Flavine North America, Inc.* [D.I. 1563] (the "**Motion**")

-3-

was filed with the Court.

2.  Pursuant to the notice of the Motion, objections, if any, to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before March 10, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.  The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.  Accordingly, the Motion may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: March 13, 2026<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (No. 5364)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Tel.: (302) 421-6800<br>Facsimile: (302) 421-6813<br>E-mail: evan.miller@saul.com<br><br>*Special Counsel to George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC et al.* |

57461193.2 03/13/2026