**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Hearing Date: March 27, 2026 at 10:00 a.m. ET<br>Objection Date: March 20, 2026 at 4:00 p.m. ET<br><br>Related D.I. No. 1564 |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM CONTAINED WITHIN CHAPTER 7 TRUSTEE'S FIRST OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, RULES 3007 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND DEL. BANKR. L.R. 3007-1**

**PLEASE TAKE NOTICE** that on March 16, 2026, in accordance with Del. Bankr. L.R. 3007-1, true and correct copies of the Proofs of Claim to which George L. Miller, Chapter 7 Trustee in the above captioned matter lodged an Objection by and through the *Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1* [D.I. 1564; Filed 2/25/2026] (the "First Substantive Objection") were submitted to the chambers of the Honorable Karen B. Owens, United States Bankruptcy Judge in accordance with Chambers Procedures of the Honorable Karen B. Owens.

**PLEASE TAKE FURTHER NOTICE** copies of the Proofs of Claim subject to an objection in the First Substantive Objection may be obtained by contacting the undersigned counsel.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

Dated: March 16, 2026
      Wilmington, DE

By:

COZEN O'CONNOR

*/s/ John T. Carroll, III*
John T. Carroll, III (DE 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,
Chapter 7 Trustee*

2