UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              Chapter 7

AKORN HOLDING COMPANY, LLC, et al.
                                    Debtors          Case # 23-10253
                                                     (KBO)
                                                     (Jointly Administered)

### Notice of Appearance and Request for Service of Notices

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for NEW

YORK STATE DEPARTMENT OF LABOR and requests notices of filings in this proceeding.


Dated: March 18, 2026                               Respectfully submitted,

Karen Cacace                                        Office of the Attorney General
Chief of Labor Bureau                               28 Liberty Street
                                                    New York, New York 10005
Seth Kupferberg                                     (212) 416-8856
Section Chief, General Labor Section


                                                    By:


                                                    _____/s_____
                                                    Seth Kupferberg, Assistant Attorney General