UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

AKORN HOLDING COMPANY, LLC, et al.

Debtors.

Chapter 7

Case # 23-10253
(KBO)
(Jointly Administered)

## Government Attorney Certification

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the New York State Department of Labor in this action:

I am admitted to practice law in the courts of New York; the U.S. District Courts for the Southern, Eastern, Northern, and Western Districts of New York; the U.S. Courts of Appeal for the First, Second, and Ninth Circuits; and the U.S. Supreme Court. I am in good standing in all jurisdictions to which I have been admitted, and I further consent to be bound by the Local Rules of the Bankruptcy Court – District of Delaware.

Dated: March 18, 2026

Karen Cacace
Chief of Labor Bureau

Seth Kupferberg
Section Chief, General Labor Section

Respectfully submitted,

Office of the Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8856

By:

_____/s_____
Seth Kupferberg, Assistant Attorney General