| | |
|---|---|
| **From:** | Carroll,III, John |
| **To:** | Kupferberg, Seth; Matot, Elina (LABOR) |
| **Cc:** | Dasenbrock, Sarah (LABOR); Fraser, Simon E.; Doyle, David; Deeney, Jill; Giordano, Patricia |
| **Subject:** | RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep"t of Labor) |
| **Date:** | Wednesday, March 18, 2026 1:33:51 PM |

Sure---thank you.

**John T. Carroll,III**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
P: 302-295-2028 M: 215-327-8775 F: 215-701-2140
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Sent:** Wednesday, March 18, 2026 12:15 PM
**To:** Carroll,III, John <JCarroll@cozen.com>; Matot, Elina (LABOR) <elina.matot@labor.ny.gov>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Fraser, Simon E.
<SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>;
Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of
Labor)

**\*\*EXTERNAL SENDER\*\***

This will confirm that that is acceptable.  Can you send Elina and me a draft of the modified order, as well
as a copy of the modified order once it is filed (I will also file a notice of appearance so I get notice from
the court, but just to make sure)?

Thank you –

Seth Kupferberg
Assistant Attorney General
212-416-8856

---

**From:** Carroll,III, John <JCarroll@cozen.com>
**Sent:** Wednesday, March 18, 2026 10:27 AM
**To:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>; Matot, Elina (LABOR) <elina.matot@labor.ny.gov>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Fraser, Simon E.
<SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>;
Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of
Labor)

Seth and Elina,

Last evening the Trustee approved the allowance of the requested claim for civil penalty of $30,000 as a general unsecured claim. Kindly confirm that this is acceptable and if so, we will modify the proposed order on the objection to reflect the allowance of such a claim to NYS DOL.

Thank you.



**John T. Carroll,III**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 **|** Wilmington, DE 19801
P: 302-295-2028 M: 215-327-8775 F: 215-701-2140
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Sent:** Wednesday, March 18, 2026 10:20 AM
**To:** Carroll,III, John <JCarroll@cozen.com>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Elina.Matot@labor.ny.gov; Fraser, Simon E. <SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>; Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of Labor)

**\*\*EXTERNAL SENDER\*\***

Hello – as you know, our deadline to respond to your objection to the DOL's claim is the day after tomorrow, March 20.  I understand that you and Elina have been working on a settlement, and I hope that will resolve the matter, but Elina advises that she hasn't heard from you.  Can you either commit to amending your objection prior to Friday, or agree to a 30- or 60-day extension for our response deadline?  Please let me know today.

Thank you –

Seth Kupferberg
Assistant Attorney General
212-416-8856

---

**From:** Carroll,III, John <JCarroll@cozen.com>
**Sent:** Thursday, March 12, 2026 4:35 PM
**To:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Elina.Matot@labor.ny.gov; Fraser, Simon E. <SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>; Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of Labor)

Okay—thanks.



**John T. Carroll,III**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 | Wilmington, DE 19801
P: 302-295-2028 M: 215-327-8775 F: 215-701-2140
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Sent:** Thursday, March 12, 2026 4:02 PM
**To:** Carroll,III, John <JCarroll@cozen.com>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Elina.Matot@labor.ny.gov; Fraser, Simon E. <SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>; Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of Labor)

**\*\*EXTERNAL SENDER\*\***

You may not be missing anything – I hadn't been aware of the recent communications with Elina.  If the matter is resolved within the next couple of days, I agree that no extension will be needed.

If you don't mind copying me on communications going forward, I would appreciate it.

Thanks again –

Seth Kupferberg
Assistant Attorney General
212-416-8856

---

**From:** Carroll,III, John <JCarroll@cozen.com>
**Sent:** Thursday, March 12, 2026 4:00 PM
**To:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Elina.Matot@labor.ny.gov; Fraser, Simon E. <SFraser@cozen.com>; Doyle, David <DavidDoyle@cozen.com>; Deeney, Jill <JDeeney@cozen.com>; Giordano, Patricia <PGiordano@cozen.com>
**Subject:** RE: In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of Labor)

**[EXTERNAL]**

Seth,

Please be advised that I have been working on this matter with Elina Matot of NYS DOL (See attached communications) and was in the process of getting the Trustee's approval to allow the NYS DOL claim for the civil penalties of $30,000.I anticipate that I will receive approval from the

Trustee within the next day or two and accordingly it would appear that an extension isn't really needed. Kindly let me know what I am missing .

Thanks.



**John T. Carroll,III**
**Co-Chair, Bankruptcy, Insolvency & Restructuring | Cozen O'Connor**
1201 North Market Street, Suite 1001 **|** Wilmington, DE 19801
P: 302-295-2028 M: 215-327-8775 F: 215-701-2140
Email | Bio | LinkedIn | Map | cozen.com

**From:** Kupferberg, Seth <Seth.Kupferberg@ag.ny.gov>
**Sent:** Thursday, March 12, 2026 3:36 PM
**To:** Carroll,III, John <JCarroll@cozen.com>
**Cc:** Dasenbrock, Sarah (LABOR) <sarah.dasenbrock@labor.ny.gov>; Elina.Matot@labor.ny.gov
**Subject:** In re Akorn Holding Co. LLC, Bankr. Del. # 23-10253 (objection to claim of N.Y. State Dep't of Labor)

**EXTERNAL SENDER**

Hello Mr. Carroll –

Our office is counsel to the N.Y. State Department of Labor, whose claim under the N.Y. WARN Act you've objected to on the basis that the Trustee settled directly with a class of WARN Act claimants for the same liability, and has no duplicate liability.  The present response deadline is March 20, with a hearing date of March 27.

Would you consent to put those dates off by 60 days to give us time to review the underlying material, with a view towards either withdrawing the claim if appropriate, or filing an appropriate and informed response?

Thank you and please let me know as soon as feasible.

Seth Kupferberg
Assistant Attorney General
Office of the Attorney General, Labor Bureau
28 Liberty Street
New York, New York 10005
212-416-8856

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*