**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* [1] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | Re D.I. 1565 |

**CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S
SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN
CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, RULES 3007
AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND DEL.
<u>BANKR. L.R. 3007-1</u>**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "<u>Trustee</u>") for the estates of the above-captioned Debtors (collectively, the "<u>Debtor</u>"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1* [D.I. 1565] (the "<u>Objection</u>").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of the Objection, responses to the Objection were to be filed and served no later than March 20, 2026 at 4:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

LEGAL\114287620\1 6010823/00574256

It is hereby respectfully requested that the proposed Order as originally filed with the Objection be entered at the earliest convenience of the Court.

Dated:  March 25, 2026

COZEN O'CONNOR

By:    /s/ John T. Carroll, III
John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

LEGAL\114287620\1 6010823/00574256