**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MARCH 27, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE**
**HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1.    Scheduling Conference in Adversary Proceedings

Status:    Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to May 15, 2026 at 10:00 a.m. ET.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**CONCLUDED MATTERS:**

2.  Motion for Entry of An Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlements Between (i) the Trustee and Veolia ES Technical Solutions LLC, (ii) the Trustee and Berlin Packaging, LLC, (iii) the Trustee and Federal Compliance Solutions, LLC, (iv) the Trustee and Colbert Packaging Corporation and (v) the Trustee and Flavine North America, Inc.
    [Filed 2/24/2026; Docket No. 1563]

    | Related Documents: | (a) | Certificate of No Objection [Filed 3/13/2026; Docket No. 1568] |
    |---|---|---|
    | | (b) | Entered Order [Filed 3/17/2026; Docket No. 1570] |

    Objection Deadline:        March 10, 2026 at 4:00 p.m. ET

    Responses Received:        None

    Status:        This matter is concluded.   Order has been entered by the Court.

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION:**

3.  Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
    [Filed 2/25/2026; Docket No. 1565]

    | Related Documents: | (a) | Proposed Order [Filed 2/25/2026; Docket No. 1565] |
    |---|---|---|
    | | (b) | Certification of No Objection [Filed 3/25/2026; Docket No. 1573] |

    Objection Deadline:        March 20, 2026 at 4:00 p.m. ET

    Responses Received:        None

    Status:        This matter is uncontested.   Trustee requests entry of the Proposed Order.

LEGAL\114282911\1 6010823/00574256
03/25/2026

**CONTESTED MATTERS GOING FORWARD:**

4.    Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1
[Filed 2/25/2026; Docket No. 1564]

| | | |
|---|---|---|
| Related Documents: | (a) | Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [Filed 3/16/2026; Docket No. 1569] |

Objection Deadline:       March 30, 2026 at 4:00 p.m. ET

| Responses Received: | | Claimant/Claim No. | Status |
|---|---|---|---|
| | (b) | New York State Department of Labor; Claim No. 456 [Filed 3/20/2026; Docket No. 1572] | The Trustee has reached a resolution with claimant which will be reflected in a revised proposed order to be submitted under Certification of Counsel. |
| | (c) | Informal response by: Waters Technologies Corporation; Claim No. 278 | The Trustee's objection is withdrawn as to the claimant. |
| | (d) | Informal response by: SSI Services, Inc.; Claim No. 14 | The Trustee's objection is being adjourned to 5/15/2026 at 10:00 a.m. ET. Extension granted to respond to 5/1/2026. |
| | (e) | Informal response by: Philadelphia Indemnity Insurance Company; Claim No. 248 | The Trustee's objection is being adjourned to 5/15/2026 at 10:00 a.m. ET. Extension granted to respond to 5/1/2026. |

1

|  | Claimant/Claim No. | Status |
|---|---|---|
| (f) | Informal response by: ARAMARK Uniform & Career Apparel, LLC (n/k/a Vestis Services, LLC); Claim No. 365 | The Trustee's objection is being adjourned to 5/15/2026 at 10:00 a.m. ET.  Extension granted to respond to 5/1/2026. |
| (g) | Informal response by: Argo Partners; Claim No. 255 | The Trustee's objection is being adjourned to 5/15/2026 at 10:00 a.m. ET.  Extension granted to respond to 5/1/2026. |

Status:    The Trustee will submit a revised proposed form of Order prior to the hearing under Certification of Counsel.  The revised proposed form of Order will reflect the resolution reached with claimant identified in Agenda item 4(b); will withdraw/remove the objection as to the claimant identified in Agenda item 4(c); and will remove the claimants identified in Agenda items 4(d)-(g) with the Trustee's objection as to the claimants being adjourned to May 15, 2026 at 10:00 a.m. and the response date extended to May 1, 2026.

Dated:  March 25, 2026
        Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
        John T. Carroll, III (DE Bar No. 4060)
        1201 N. Market Street
        Suite 1001
        Wilmington, DE  19801
        (302) 295-2028 Phone
        (302) 295-2013 Fax No.
        jcarroll@cozen.com

        *Counsel to George L. Miller,*
        *Chapter 7 Trustee*

2

## SCHEDULE 1

| Adversary Actions going forward with Scheduling Conference: | | |
|---|---|---|
| | | |
| **Defendant** | **Adv. No.** | **Status** |
| | | |
| NONE | | |

| Adversary Actions Scheduling Conference Adjourned. | | |
|---|---|---|
| | | |
| **Defendant** | **Adv. No.** | **Status** |
| | | |
| 1. Beth Zelnick-Kaufman | 25-50380 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 2. Christopher C. Young | 25-50381 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 3. Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 4. John Sweeney | 25-50383 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 5. Kevin Bain, et al. | 25-50367 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 6. Walmart, Inc. | 25-50360 | Adjourned to 5/15/2026 at 10:00 a.m. ET |
| 7. William Ostrowski | 25-50384 | Adjourned to 5/15/2026 at 10:00 a.m. ET |

1