# EXHIBIT "A"

# CLAIMS TO BE DISALLOWED AS DUPLICATES

LEGAL\112979741\2 6010823/00574256

**Akorn Holding Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit A - Duplicative Claims**
**Second Omnibus (Nonsubstantive) Objection**

Case 23-10253-KBO Doc 1571-2 Filed 03/26/24 Page 2 of 2

| Claimaint | Debtor | Duplicate Claim No. To Be Disallowed | Remaining Claim Number | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Abraham, Luxuly<br>22 Chaffee Ave<br>Albertson NY 11507 | Akorn Operating LLC<br>(Case No. 23-10255) | 434.1 | 204.1 | $47,983.84 | Duplicative of Claim 204.1 |
| Alam, Maleka Parvin<br>84-14, 235th St.<br>Bellerose Manor NY 11427 | Akorn Operating LLC<br>(Case No. 23-10255) | 246.2 | 245.1 | $66,013.54 | Duplicative of Claim 245.1 |
| Arja, Sarojini Spandana<br>8130 Walcot Late Unit B<br>Cincinati OH 45249 | Akorn Operating LLC<br>(Case No. 23-10255) | 448.2 | 446.2 | $21,957.00 | Duplicative of Claim 446.2 |
| Cappadona, George<br>72 Dovecote Lane<br>Commack, NY 11725 | Akorn Operating LLC<br>(Case No. 23-10255) | 476.1 | 355.2 | $35,200.00 | Duplicative of Claim 355.2 |
| Crisel Concepcion<br>2024 N. Dunhill Ct.<br>Arlington Heights IL 60004 | Akorn Operating LLC<br>(Case No. 23-10255) | 197.1 | 196.1 | $50,979.85 | Duplicative of Claim 588.1 |
| Duffy, Kathleen<br>840 North Broome Ave<br>Lindenhurst NY 11757 | Akorn Operating LLC<br>(Case No. 23-10255) | 354.1 | 131.1 | $4,897.89 | Duplicative of Claim 131.1 |
| inVentiv Health Consulting, Inc.<br>Attn: Marissa Kronk<br>8045 Arco Corporate Drive, Suite 200 | Akorn Operating LLC<br>(Case No. 23-10255) | 417.1 | 404.1 | $718,362.39 | Duplicative of Claim 404.1 |
| Peterkin, Jymecia<br>85 St. Pauls Ave<br>Staten Island, NY 10301 | Akorn Operating LLC<br>(Case No. 23-10255) | 479.1 | 390.1 | $1,600.00 | Duplicative of Claim 390.1 |
| Rosario, Eskensi<br>1763 Broadway<br>Hewlett, NY 11557 | Akorn Operating LLC<br>(Case No. 23-10255) | 524.1 | 523.1 | $1.00 | Duplicative of Claim 523.1 |
| Santana, Hugo<br>66 Westend Avenue<br>Valley Stream, NY 11580 | Akorn Operating LLC<br>(Case No. 23-10255) | 497.1 | 494.1 | $15,000.00 | Duplicative of Claim 494.1 |
| Santana, Hugo<br>66 Westend Avenue<br>Valley Stream, NY 11580 | Akorn Operating LLC<br>(Case No. 23-10255) | 498.1 | 494.1 | $15,000.00 | Duplicative of Claim 494.1 |