# EXHIBIT "C"

# MODIFY CLAIM AMOUNT AND/OR CLASSIFICATION CLAIMS

Case 23-10253-KBO   Doc 1577-3   Filed 03/26/26   Page 2 of 2

**Akorn Holdings Company LLC, et al.**
**Case No. 23-10253-KBO**
**Exhibit C - Modified Priority Claims**
**First Omnibus (Substantive) Objection**

| Name of Claimant | Claim Number | Debtor | Claim Amount | Claim Priority Status | Modified Status and Amount (if applicable) | Reason for Modification |
|---|---|---|---|---|---|---|
| Abbott Laboratories, Inc. Kohner, Mann & Kailas, S.C. 2650 North Port Washington Road Milwaukee WI 53212 | 6.1 | Akorn Operating LLC (Case No. 23-10255) | Secured - $36,000.00 Unsecured -$492,614.01 | Secured | General Unsecured | Trustee did not locate or sell the identified collateral valued at $36,000.00. |
| Bodines Electric of Decatur Attn: Edward Q. Costa 225 N. Water Street, Suite 301 Decatur IL 62523 | 212.1 | Akorn Operating LLC (Case No. 23-10255) | $ 294,814.36 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| DiFazio Power & Electric, LLP Maxwell Rubin, Esq. Warshaw Burstein, LLP 575 Lexington Avenue, 7th Floor New York, NY 10022 | 257.1 | Akorn Holding Company LLC (Case No. 23-10253) | $ 468,031.91 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| Hain Capital Investors Master Fund, LTD 302 Route 17 North, 7th Floor Rutherford, NJ 07070 | 205.1 | Akorn Operating LLC (Case No. 23-10255) | $ 280,278.00 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |
| Hartcorn Plumbing & Heating, Inc. 850 South 2nd Street Ronkonkoma, NY 11779 | 25.1 | Akorn Holding Company LLC (Case No. 23-10253) | $ 278,264.20 | Secured | General Unsecured | Claimant asserts a mechanics lien on real property. Proceeds from the sale of collateral (real property) paid the first priority lien holder. The Trustee is not in possession of any collateral proceeds. |