**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on April 1, 2026, I caused a true and correct copy of the Chapter 7 Trustee's Eleventh Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on April 1, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on April 1, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# **Exhibit A- Via Electronic Mail**

AMETEK Arizona Instrument LLC, an
Arizona limited liability company, d/b/a
AMETEK Brookfield
c/o Anne M. Aaronson
Dilworth Paxson LLP
1650 Market St., Suite 1200
Philadelphia, PA 19103
Aaaronson@dilworthlaw.com


Amber International
c/o Steven D. Pertuz, Esq.
The Law Offices Of Steven D. Pertuz, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
spertuz@pertuzlaw.com


Catalent Micron Technologies
and Catalent RTP
c/o Joseph C. Barsalona II, Esq.
c/o Michael J. Custer, Esq.
Pashman Stein Walder Hayden, P.C.
824 North Market Street, Suite 800
Wilmington, DE  19801
JBarsalona@pashmanstein.com
mcuster@pashmanstein.com

-and-

Catalent Micron Technologies
and Catalent RTP
c/o David E. Sklar, Esq.
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ  07601
dsklar@pashmanstein.com

Interior Specialty Construction
c/o Ilan Markus, Esq.
Barclay Damon LLP
555 Long Wharf Drive, Sixth Floor
New Haven, CT 06511
Markus@barclaydamon.com


Kuehne & Nagel Services, LTD
c/o David M. Klauder
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

- and -

Kuehne & Nagel Services, LTD
c/o Walter Benzija, Esq.
Scott A. Ziluck, Esq.
40 Wall Street, 37th Floor
New York, NY 10005
wbenzija@halperinlaw.net
sziluck@halperinlaw.net


Evoqua Water Technologies LLC
c/o Samuel R. Grego, Esquire
Four Gateway Center
444 Liberty Avenue
Suite 1000
Pittsburgh, PA 15222-1225
SGrego@dmclaw.com

Lonza Biosciences
c/o Robert M. Novick, Esq.
Kasowitz LLP
1633 Broadway
New York, New York 10019
RNovick@kasowitz.com

Government Counsel, LLC
c/o Thomas L. Abrams
Gamberg & Abrams
1213 SE 3rd Ave.
Fort Lauderdale, Florida 33316
tabrams@tabramslaw.com

Navisite, LLC
Will Hueske
Senior Counsel, US Energy Legal Lead
Arlington, Virginia
will.hueske@accenture.com

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Patheon Pharma
c/o Louis F. Solimine, Esq.
Thompson Hine LLP
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Louis.Solimine@ThompsonHine.com

Gordon Flesch Co. Inc.
c/o Jodi Vanden Heuvel, Credit & Collections
Manager
2675 Research Park Drive
Fitchburg, WI 53711
JHeuvel@gflesch.com

# Exhibit B- Via First Class Mail

Ametek, Inc
Corporate Headquarters
Attn:  Officer, Director or Authorized Agent
1100 Cassatt Road
Berwyn, PA 19312

Amber International
111 Northfield Ave #312
West Orange, NG 07052

Catalent Micron Technologies
25111 Network Place
Chicago, IL 60673-1251

- and –

Catalent Micron Technologies
c/o Corporation Service Company
2595 Interstate Dr #103
 Harrisburg, PA 17110

-and-

Catalent RTP
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Il 62703-4261

Evoqua Water Technologies LLC
c/o CT Corporation System
160 Mine Lake Ct Ste. 200
Raleigh, NC 27615

Evoqua Water Technologies LLC
c/o The Corporation Trust Company
1209 Orange St.

Gordon Flesch Co Inc.
c/o Kelly Dolphin
2675 Research Park Drive
Madison, WI 53711-4906

Government Counsel, LLC
24 Dockside Land #500
Key Largo, FL 33037

- and –

Government Counsel, LLC
c/o Henry W Menn,, III
24 Dockside Lane #500
Key Largo, FL 33037

Interior Specialty Construction
c/o Reed Sullivan
880 East Pershing Road
Decatur, IL 62526

- and –

Interior Specialty Construction
PO BOX 3233
Decatur, IL 62524

Kuehne & Nagel Services, LTD
aka Kuehne & Nagel Inc.
c/o Illinois Corporation Service Company 801
Adlai Stevenson Drive
Springfield, IL 62703-4261

Lonza Biosciences
c/o Corporate Creations Network Inc 1521
Concord Pike, Suite 201 Wilmington, DE
19803

Navisite LLC
c/o Corporate Creations Network Inc.
225 Cedar Hill St. #200
Marlborough, MA 01752

Navisite LLC
c/o Corporate Creations Network Inc.
150 Royall St., Suite 205
Canton, MA 02021

Patheon Pharma
P.O. Box 744994
Chicago, GA 30374-4994

-and-

Patheon Pharma
c/o Capitol Corporate Services, Inc.
3206 Tower Oaks Blvd., 4th Floor
Rockville, MD 20852