## EXHIBIT 1

**Proposed Order**

57638897.2
393059-00001
57638897.2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Re: D.I. 1579 & ____** |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS**
**LISTED ON CHAPTER 7 TRUSTEE'S ELEVENTH NOTICE OF SETTLEMENT**
**PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Upon consideration of the Chapter 7 Trustee's Eleventh Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order (the "Notice");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1.      The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

2.       The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

57638897.2
393059-00001
57638897.2

**<u>Exhibit A</u>**

**<u>Schedule of Settlements Subject to Notice of Settlement Provisions</u>**

57638897.2
393059-00001
57638897.2

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Amber International | $115,545.44 | $50,000.00 | 25-50253 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| AMETEK Arizona Instrument LLC, an Arizona limited liability company, d/b/a AMETEK Brookfield | $20,059.94 | $7,500.00 | 25-50292 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2) |
| Catalent Micron Technologies and Catalent RTP | $151,503.00 | $29,500.00 | 25-50323 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Evoqua Water Technologies, LLC | $39,461.77 | $29,600.00 | 25-50086 | Settlement is for 75% of the preference liability. |
| Gordon Flesch Co. Inc. | $46,801.02 | $13,500.00 | 25-50158 | Settlement is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Government Counsel, LLC | $10,438.00 | $5,219.00 | 25-50278 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Interior Specialty Construction | $63,780.00 | $10,000.00 | 25-50147 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kuehne & Nagel Services, LTD | $317,855.61 | $50,000.00 | 25-50265 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses, including, among others, defenses under 547(c)(2). |
| Lonza Biosciences | $73,700.32 | $47,000.00 | 25-50166 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Navisite, LLC | $130,600.00 | $94,200.00 | 25-50106 | Settlement is at least 90% of the estimated net preference liability after accounting for defenses under 547(c)(2). |

---

[1]     Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]     Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

Exhibit A

57638897.2
393059-00001
57638897.2

| | | | | |
|---|---|---|---|---|
| Patheon Pharma | $211,617.54 | $30,000.00 | 25-50152 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

Exhibit A

57638897.2
393059-00001
57638897.2