## Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

Exhibit A

57638897.2
393059-00001
57638897.2

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Amber International | $115,545.44 | $50,000.00 | 25-50253 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| AMETEK Arizona Instrument LLC, an Arizona limited liability company, d/b/a AMETEK Brookfield | $20,059.94 | $7,500.00 | 25-50292 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2) |
| Catalent Micron Technologies and Catalent RTP | $151,503.00 | $29,500.00 | 25-50323 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Evoqua Water Technologies, LLC | $39,461.77 | $29,600.00 | 25-50086 | Settlement is for 75% of the preference liability. |
| Gordon Flesch Co. Inc. | $46,801.02 | $13,500.00 | 25-50158 | Settlement is at least 80% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Government Counsel, LLC | $10,438.00 | $5,219.00 | 25-50278 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Interior Specialty Construction | $63,780.00 | $10,000.00 | 25-50147 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kuehne & Nagel Services, LTD | $317,855.61 | $50,000.00 | 25-50265 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses, including, among others, defenses under 547(c)(2). |
| Lonza Biosciences | $73,700.32 | $47,000.00 | 25-50166 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(1) and (c)(2). |
| Navisite, LLC | $130,600.00 | $94,200.00 | 25-50106 | Settlement is at least 90% of the estimated net preference liability after accounting for defenses under 547(c)(2). |

[1]   Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]   Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

Exhibit A

| | | | | |
|---|---|---|---|---|
| Patheon Pharma | $211,617.54 | $30,000.00 | 25-50152 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |

Exhibit A

57638897.2
393059-00001
57638897.2