**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on April 21, 2026, I caused a true and correct copy of the Chapter 7 Trustee's Twelfth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on April 21, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on April 21, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 North Main Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

57711773.4
393059-00001

## Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Napp Technologies
c/o Barry Bendes
Troutman Pepper Locke
875 Third Avenue
New York, NY 10022
Barry.Bendes@troutman.com

MS Packaging & Supply Distribution Corp
c/o Patrick Collins
Farrell Fritz, P.C.
400 RXR Plaza
Uniondale, NY  11556
PCollins@FarrellFritz.com

Quincy Compressor, LLC
c/o Michael A. Ingrassia
600 North King Street, Suite 800
Wilmington, DE 19801
ingrassiam@whiteandwilliams.com

-and-

James C. Vandermark
1650 Market Street, Suite 1800
Philadelphia, PA 19103
vandermarkj@whiteandwilliams.com

57711773.4
393059-00001

# <u>Exhibit B- Via First Class Mail</u>

Office of the United States Trustee
Attn: Jon Lipshie
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Napp Technologies
c/o United Corporate Services Inc
25 Main Street, Suite 202
Hackensack, NJ 07601

Napp Technologies
Continental Plaza
401 Hackensack Ave. 9th Floor
Hackensack, NJ 07601

MS Packaging & Supply Distribution Corp.
Attn: Michael Savino, CEO
53 Zorn Blvd.
Yaphank, NY 11980

Quincy Compressor, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801