**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br><br>AKORN HOLDING COMPANY, LLC, *et al.*,<br><br><br>Debtors.[1] | Chapter 7<br><br>(*jointly administered*)<br><br>Case No. 23-10253 (KBO)<br><br><br><br>**Hrg. Date:  June 12, 2026 at 10:00 a.m. ET**<br><br>**Obj. Ddl.:  May 27, 2026 at 4:00 p.m. ET** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 13, 2026, the **Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, *et al.,* to Approve Settlement Agreement With the Adversary Defendants[2]**  (the "Motion") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]  The term "Defendants" used herein means: Erislandy Dorado-Boladeres (Adv. Pro. 25-50382), William Ostrowski (Adv. Pro. 25-50384), Christopher Young (Adv. Pro. 25-50381), John Sweeney (Adv. Pro. 25-50383), and Beth Zelnick Kaufman (Adv. Pro. 25-50380).

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for George L. Miller, Chapter 7 Trustee, on or before **May 27, 2026 at 4:00 P.M. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if an objection is filed, a hearing on the Motion may be held before the Chief Judge Karen B. Owens in the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801, on **June 12, 2026 at 10:00 A.M. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

Dated: May 13, 2026  
       Wilmington, Delaware

**CIARDI CIARDI & ASTIN**

*/s/ John D. McLaughlin, Jr.*  
John D. McLaughlin, Jr. (No. 4123)  
Ciardi Ciardi & Astin  
1204 N. King Street  
Wilmington, DE  19801  
Telephone:  484-437-2676  
Email:  jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Tel: (215) 557-3550
Fax: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com
*Counsel to George L. Miller,*
*Chapter 7 Trustee*