**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**MAY 15, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE**
**HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET**
**STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1.      Scheduling Conferences in Adversary Proceedings

Status:      Scheduling Conferences in Adversary Proceedings as identified on Schedule 1 are being adjourned to June 12, 2026 at 10:00 a.m. ET.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

LEGAL\115435400\1 6010823/00574256
05/13/2026

2. Status Conference in an Adversary Proceeding Regarding Discovery Dispute
   In re:  George L. Miller, Trustee v. Veeva Systems, Inc.
   Adversary Proceeding No. 25-50220 (KBO)

   | Related Documents: | (a) | Letter to The Honorable Karen B. Owens Regarding Discovery Dispute filed by Veeva Systems, Inc. [Filed 3/30/2026; Adversary Docket No. 27] |
   |---|---|---|
   | | (b) | Letter to The Honorable Karen B. Owens Responsive to Discovery Dispute filed by George L. Miller, Trustee [Filed 4/1/2026; Adversary Docket No. 28] |

   | Objection Deadline: | N/A |
   |---|---|

   | Responses Received: | N/A |
   |---|---|

   | Status: | This matter is adjourned to June 12, 2026 at 10:00 a.m. ET by agreement of the parties. |
   |---|---|

3. Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 filed by George L. Miller, Trustee [Filed 2/25/2026; Docket No. 1564]

   | Related Documents: | (a) | Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [Filed 3/16/2026; Docket No. 1569] |
   |---|---|---|

   | Objection Deadline: | March 30, 2026 at 4:00 p.m. ET Extension granted to Claimants below to June 30, 2026 |
   |---|---|

   | Responses Received: | | Claimant/Claim No. | Status |
   |---|---|---|---|
   | | (b) | Informal response by: SSI Services, Inc.; Claim No. 14 | The Trustee's objection is being adjourned to 7/24/2026 at 10:00 a.m. ET.  Extension granted to respond to 6/30/2026. |

2

|  | Claimant/Claim No. | Status |
|---|---|---|
| (c) | Informal response by: Philadelphia Indemnity Insurance Company; Claim No. 248 | The Trustee's objection is being adjourned to 7/24/2026 at 10:00 a.m. ET.  Extension granted to respond to 6/30/2026. |
| (d) | Informal response by: ARAMARK Uniform & Career Apparel, LLC (n/k/a Vestis Services, LLC); Claim No. 365 | The Trustee's objection is being adjourned to 7/24/2026 at 10:00 a.m. ET.  Extension granted to respond to 6/30/2026. |
| (e) | Informal response by: Argo Partners; Claim No. 255 | The Trustee's objection is being adjourned to 7/24/2026 at 10:00 a.m. ET.  Extension granted to respond to 6/30/2026. |

Status:                    This matter is adjourned to July 24, 2026 at 10:00 a.m. ET.


**CONCLUDED MATTERS:**

4.   Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Between the Trustee and Vizient Supply LLC filed by George L. Miller, Trustee
[Filed 4/22/2026; Docket No. 1583]

Related Documents:    (a)   Certificate of No Objection
[Filed 5/7/2026; Docket No. 1586]

(b)   Entered Order
[Filed 5/8/2026; Docket No. 1587]

Objection Deadline:    May 6, 2026 at 4:00 p.m. ET

Responses Received:    None

Status:                    This matter is concluded.   Order has been entered by the Court.

LEGAL\115435400\1 6010823/00574256
05/13/2026

Dated:  May 13, 2026
       Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
     John T. Carroll, III (DE Bar No. 4060)
     1201 N. Market Street
     Suite 1001
     Wilmington, DE  19801
     (302) 295-2028 Phone
     (302) 295-2013 Fax No.
     jcarroll@cozen.com

     *Counsel to George L. Miller,*
     *Chapter 7 Trustee*

LEGAL\115435400\1 6010823/00574256
05/13/2026

## SCHEDULE 1

| | **Adversary Actions Scheduling Conference Adjourned.** | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| | | | |
| 1. | Beth Zelnick-Kaufman | 25-50380 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |
| 2. | Christopher C. Young | 25-50381 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |
| 3. | Erislandy Dorado-Boladeres | 25-50382 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |
| 4. | John Sweeney | 25-50383 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |
| 5. | Kevin Bain, et al. | 25-50367 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |
| 6. | Walmart, Inc. | 25-50360 | Adjourned to 6/12/2026 at 10:00 a.m. ET |
| 7. | William Ostrowski | 25-50384 | Adjourned to 6/12/2026 at 10:00 a.m. ET Matter settled; 9019 Motion Pending |

LEGAL\115435400\1 6010823/00574256
05/13/2026