# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| **Akorn Holdings Company, LLC** | Case No. **23-10253** |
| Debtors | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **Hain Capital Investors Master Fund, Ltd** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| Hain Capital Investors Master Fund, Ltd | Hain Capital Investors Master Fund, Ltd |
| 301 Route 17 North, 7th Floor | 301 Route 17 North, Suite 816A |
| Rutherford, NJ 07070 | Rutherford, NJ 07070 |

I declare under penalty of perjury that the foregoing is true and correct

**Hain Capital Investors Master Fund, Ltd**
By Koltai & Company Advisors, LLC

By: _Robert J Koltai_

Name: Robert Koltai

Title: Managing Member

Date: 5/13/2026