**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING
AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 15, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on May 14, 2026 the *Amended Notice of Agenda of Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. (ET)* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

LEGAL\115435400\2 6010823/00574256
05/14/2026

Dated:  May 14, 2026
Wilmington, Delaware

COZEN O'CONNOR

By:    */s/ John T. Carroll, III*
     John T. Carroll, III (DE Bar No. 4060)
     1201 N. Market Street
     Suite 1001
     Wilmington, DE  19801
     (302) 295-2028 Phone
     (302) 295-2013 Fax No.
     jcarroll@cozen.com

     *Counsel to George L. Miller,*
     *Chapter 7 Trustee*

2

LEGAL\115435400\2 6010823/00574256
05/14/2026

EXHIBIT "A"

SERVICE LIST

| **Claimant** | **Counsel** |
| --- | --- |
| SSI Services, Inc. | Mark Desgrosseilliers<br>desgross@chipmanbrown.com |
| Philadelphia Indemnity Insurance Company | Gaston Loomis<br>gloomis@mdmc-law.com<br>Scott Williams<br>swilliams@manierherod.com |
| ARAMARK Uniform & Career Apparel, LLC<br>(n/k/a Vestis Services, LLC) | Devin Bray<br>Dbray@hawleytroxell.com<br>Sheila Schwager<br>SSchwager@hawleytroxell.com |
| Argo Partners | Gregory Plotko<br>GPlotko@btlaw.com |

3

LEGAL\115435400\2 6010823/00574256
05/14/2026