# EXHIBIT C

**Summary of Expense Reimbursement Requested by Category**

**Expense Summary**

**For the Period from November 1, 2025 through May 15, 2026**

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| PACER Research | PACER | $458.40 |
| Legal Research | Westlaw | $914.66 |
| Professional Services | Crowe Foreign Services | $452.50 |
| Parking | N/A | $20.00 |
| Meals | Espresso Coffee Shop | $15.48 |
| TLOxp Internet Research and Report | TLOxp | $31.25 |
| **Total** | | **$1892.29** |

| MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People** | **Description** | **Amount** |
| 2/19/2026 | Espresso Coffee Shop | Turner N. Falk | Meal expense in connection to attending case mediation | $15.48 |
| **Total** | | | | **$15.48** |