**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.* [1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | Re D.I. 1595 |

**CERTIFICATE OF SERVICE REGARDING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S FOURTH DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that on May 22, 2026 the *Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims* [Filed 5/22/2026; D.I. 1595] (the "Motion") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF").

Notification of filing the Motion was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

I further certify that on May 22, 2026, I caused a copy of the Motion to be served via email on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on May 22, 2026, I caused a copy of the Motion to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

Dated:  May 28, 2026                      COZEN O'CONNOR

By:     /s/ John T. Carroll, III
        John T. Carroll, III (DE No. 4060)
        1201 N. Market Street
        Suite 1001
        Wilmington, DE  19801
        (302) 295-2000 Phone
        (302) 295-2013 Fax No.
        jcarroll@cozen.com

        *Counsel to George L. Miller,*
        *Chapter 7 Trustee*

2

# EXHIBIT "A"

| Akorn Holding Company LLC et al<br>Case No. 23-10253 (KBO)<br>2002 Parties | | Email Address |
|---|---|---|
| | | |
| **Email Service List:  Motion Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims  [D.I. 1595]** | | |
| | | |
| George L. Miller, Trustee<br>Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103-2110 | | gmiller@mctllp.com; |
| Jonathan W. Lipshie, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | | Jon.Lipshie@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** | | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** | | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue | | jgarfinkle@buchalter.com; |

LEGAL\115681609\1

| | | |
|---|---|---|
| Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | | cmwinter@duanemorris.com;<br>jccarignan@duanemorris.com; |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | MDeBaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | nsongonuga@gibbonslaw.com; |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor | | btheisen@gibbonslaw.com; |

2

LEGAL\115681609\1

| | | |
|---|---|---|
| New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | | |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | jmp@bostonbusinesslaw.com; |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>***Counsel to MidCap Funding IV Trust*** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | | vindelicato@proskauer.com;<br>mvolin@proskauer.com; |
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL  60601<br>***Counsel to MidCap Funding IV Trust*** | | kstevens@vedderprice.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210<br>#227 | | ahiller@adamhillerlaw.com; |

3

| | | |
|---|---|---|
| Wilmington, Delaware 19801 <br> **_Counsel to Thermo Fisher Scientific Entities_** | | |
| Cheryl A. Santaniello, Esq. <br> Porzio, Bromberg & Newman, P.C. <br> 300 Delaware Avenue <br> Suite 1220 <br> Wilmington, DE 19801 <br> **_Counsel to Package Development Company, Inc._** | | casantaniello@pbnlaw.com; |
| Assistant Attorney General <br> S. Michael Murphy <br> Wisconsin Department of Justice <br> Post Office Box 7857 <br> Madison, Wisconsin 53707-7857 <br> **_Counsel to State of Wisconsin, Department of Health Services_** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq. <br> Fox Rothschild LLP <br> 919 N. Market Street <br> Suite 300 <br> Wilmington, DE  19899 <br> **_Counsel to Bionpharma_** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq. <br> Fox Rothschild LLP <br> 2000 Market Street <br> 20th Floor <br> Philadelphia, PA  19103 19103 <br> **_Counsel to Bionpharma_** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner <br> U.S. Department of Justice <br> Civil Division <br> P.O. Box 875 <br> Ben Franklin Station <br> Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |
| Scott L. Fleischer <br> Barclay Damon LLP <br> 1270 Avenue of the Americas <br> Suite 501 <br> New York, New York 10020 <br> **_Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC_** | | sfleischer@barclaydamon.com; |
| James Tobia, Esq. <br> The Law Office of James Tobia, LLC <br> 1716 Wawaset Street <br> Wilmington, DE 19806 <br> **_Counsel to Henderson Constructors, Inc._** | | jtobia@tobialaw.com; |

4

| | | |
|---|---|---|
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>**_Counsel to Prestige Brands SPE Lender, LLC_** | | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy<br>Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>**_Counsel to Gerresheimer Glass, LLC_** | | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco<br>California 94105-3493<br>**_Counsel to Oracle America, Inc._** | | schristianson@buchalter.com; |
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>**_Counsel to Oracle America, Inc._** | | amish@doshilegal.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>**_Counsel to Ethypharm S.A.S._** | | csmefiling@mnat.com; |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P. | | scott.bowling@bakerbotts.com; |

5

| | | |
|---|---|---|
| 30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** | | |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY  10022 | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** | | christian.roos@pestalozzilaw.com; |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>***Counsel to HYG Financial Service, Inc.*** | | KBuck@mccarter.com; |
| Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>***Counsel to Philadelphia Indemnity Insurance Co.*** | | gloomis@mdmc-law.com; |
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 | | andrew.goldman@wilmerhale.com;<br>nathan.moore@wilmerhale.com; |

6

LEGAL\115681609\1

| | | |
|---|---|---|
| ***Counsel to WSFS Institutional Services as TL Agent*** | | |
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | hcohen@foxrothschild.com; |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | dseguine@foxrothschild.com; |
| Jeffrey Barber, Esq.<br>Jones Walker LLP<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>***Counsel to OptiSource LLC*** | | jbarber@joneswalker.com; |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>***Counsel to OptiSource LLC*** | | mbusenkell@gsbblaw.com; |
| Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>***Counsel to CV II Gurnee LLC*** | | kgrivner@clarkhill.com |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>***Counsel to CV II Gurnee LLC*** | | kmorse@clarkhill.com |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801 | | mbusenkell@gsbblaw.com; |

7

| | | |
|---|---|---|
| ***Counsel to Leadiant Biosciences, Inc.*** | | |
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>***Counsel to Leadiant Biosciences, Inc.*** | | fmenendez@sequorlaw.com; |
| Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | summersm@ballardspahr.com;<br>vesperm@ballardspahr.com; |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | howard@jacobweingarten.com;<br>debra@jacobweingarten.com; |
| A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** | | a.lee.hogewoodiii@klgates.com;<br>zechariah.etheridge@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | alfredo.perez@weil.com;<br>theodore.heckel@weil.com; |

LEGAL\115681609\1

| | | |
|---|---|---|
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | cmiller@morrisnichols.com;<br>srchurchill@morrisnichols.com; |
| Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801<br>***Counsel to E.L. Pruitt Co.*** | | ahiller@adamhillerlaw.com; |
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | | hugh.murtagh@lw.com;<br>alexandra.zablocki@lw.com |
| Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** | | shapiro@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | tori.remington@troutman.com; |
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | deborah.kovsky@troutman.com; |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609 | | john.gardner@klgates.com;<br>emily.steele@klgates.com; |

9

LEGAL\115681609\1

| | | |
|---|---|---|
| ***Counsel to Syneos Health*** | | |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE  19801<br>***Counsel to Syneos Health*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | | kgood@potteranderson.com;<br>csamis@potteranderson.com;<br>mkotsiras@potteranderson.com; |
| Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** | | patricia.walsh@kirkland.com;<br>ryan.bennett@kirkland.com; |
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | | roymichael.roman@kirkland.com; |
| Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY  12224-0341 | | Martin.mooney@ag.ny.gov; |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | sherri.simpson@oag.texas.gov; |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor | | rdehney@morrisnichols.com;<br>dbutz@morrisnichols.com; |

10

| | | |
|---|---|---|
| Wilmington, Delaware 19899-1347<br>**Counsel to Conversion Movants** | | |
| Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>**Counsel to Conversion Movants** | aglenn@glennagre.com;<br>sschmidt@glennagre.com;<br>rramirez@glennagre.com;<br>mdoss@glennagre.com; | |
| Mark R. Owens, Esq.<br>Amy E. Tryon, Esq.<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>**Counsel to Argo Partners II, LLC** | mark.owens@btlaw.com;<br>amy.tryon@btlaw.com; | |
| Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>**Counsel to Argo Partners II, LLC** | gplotko@btlaw.com; | |
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | bankruptcyteam@cbp.dhs.gov; | |
| Kristin Radwanick<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, Ohio 45236<br>**Counsel to Ohio Department of Medicaid** | Kristin.Radwanick@OhioAGO.gov; | |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>**Counsel to McKesson Corporation** | jgarfinkle@buchalter.com; | |
| Mark I. Duedall, Esq.<br>Siena Berrios Gaddy, Esq.<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>**Counsel to Randstad US, LLC** | mduedall@bakerdonelson.com;<br>sgaddy@bakerdonelson.com; | |
| **New York State Dept of Labor**<br>Attn: Seth Kupferberg | seth.kupferberg@ag.ny.gov; | |

11

LEGAL\115681609\1

| Attn:  Karen Cacace<br>Section Chief, General Labor Section<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 | |
| --- | --- |

LEGAL\115681609\1

# EXHIBIT "B"

In re:
**Akorn Holding Company LLC et al**
**Case No. 23-10253 (KBO)**

Service List: Motion Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims [D.I. 1595]

Claimants

Abbott Laboratories, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 N Port Washington Road
Milwaukee, WI 53212

Abraham, Lisha et al on behalf of themselves and al
PO BOX 3103
Mobile, AL 36652-3103

Air & Power Transmission, Inc.
81 Gazza Boulevard Suite 1
Farmingdale, NY 11735

Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131-6055

Altorfer, Inc.
PO Box 1347
Cedar Rapids, IA 52406-1347

AMCON LABORATORIES INC
C/O NOMAX INC9735 GREEN PARK
INDUSTRIAL
SAINT LOUIS, MO 63123

AMEC Electric
125 Liberty Street
Metuchen, NJ 08840

AMEREN ILLINOIS
2105 E St Rt 104
Pawnee, IL 62558

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Animal Health International, Inc.
1031 Mendota Heights Rd
St. Paul, MN 55120−1031

Apexus, LLC
Attn: Mike Benedict
290 E John Carpenter Freeway
Irving, TX 75062

Aptargroup, Inc.
250 North Route 303
Congers NY 10920

Argo Partners (transferred from EUROAPI US Inc.)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners (transferred from Fox Glass Company East)
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners (transferred from HEMLOCK ASSOCIATES INC)
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners (transferred from Illini Supply, Inc.)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners (transferred from Patheon
Pharmaceuticals Inc.)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners (transferred from ProPharma Group
Holdings, LLC)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners (transferred from Qualifyze GMBH)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners (transferred from Safety Consulting
Group Inc)
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners (transferred from Tracelink, Inc.)
12 West 37th Street, Suite 900
New York, NY 10018

Argo Partners (transferred from Wissen Digital, Inc.)
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners as Assignee of Communication Alarm
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners as Assignee of FS Installation
12 West 37th Street, Ste. 900
New York, NY 10018

Argo Partners as Assignee of IPD Analytics LLC
12 West 37th Street, 9th Floor
New York, NY 10018

Argo Partners as Assignee of JB ESKERS
12 West 37th Street, 9th Floor
New York, NY 10018

Arizona Health Care Cost Containment System
c/o Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix AZ 85004

Arkansas Department of Human Services
700 Main Street
Little Rock, AR 72201

ARNOLD & PORTER KAYE SCHOLER LLP
PO Box 719451
Philadelphia, PA 19171

ASI TECHNOLOGIES
5848 N 95th CT
Milwaukee, WI 53225

Aspect Consulting, Inc.
JoEllen Zaspel, CEO
20109 Valley Forge Road
King of Prussia, PA 19406

Astro Pak Corporation
Peggy Ogden
270 Baker Street East
Suite 100
Cota Mesa, CA 92626

Atlantic Scale Company, Inc
136 Washington Ave
Nutley, NJ 07110

BAF Refrigeration, Inc.
80 Knickerbocker Ave
Suite 5
Bohemia, NY 11716

Bausch + Stroebel Machine Co., Inc.
10 Thompson Road
Branford, CT 06405

BDO USA, LLP
Attn: Fred Jones
5300 Patterson S.E., Suite 100
Grand Rapids, MI 49512

BDO USA, LLP
Attn: Fred Jones
5300 Patterson S.E., Suite 100
Grand Rapids, MI 49512

Beckman Coulter, Inc.
250 S. Kraemer Blvd. A1.SE.02
Brea, CA 92821-250

Beckman Coulter, Inc.
c/o Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Bell Enviornmental Services, Inc.
229 New Road
Parsippany, NJ 07054

Bermudez, Jeffrey
100 Meucci Ave
Coplague, NY 11726-100

BINDER INC
585-1D Johnson Ave
Bohemia, NY 11716

BlackLine Systems, Inc.
21300 Victory Blvd., 12th Floor
Woodland Hills, CA 91367

Bodines Electric of Decatur
225 N Water Street, Suite 301
Decatur, IL 62523

BRENNTAG SPECIALTIES - REMIT
PO Box 780510
Philadelphia, PA 19178-0510

Bryan Cave Leighton Paisner LLP
PO Box 503089
St Louis, MO 63150-3089

Caerus US 1, Inc.
PO BOX 415214
Boston, MA 02241–5214

California Department of Public Health
CDPH Office of Legal Services
1415 L Street Suite 500
Sacramento, CA 95814

CANTON OPTH ASSOC INC
2600 Tuscarawas St W Ste 200
Canton, OH 44708-4644

Carrier Corporation
PO Box 93844
Chicago, IL 60673-3844

Carty Eye Assoicates
830 Old Lancaster Road
Bryn Mawr, PA 19010

Cassone Leasing Inc.
1900 Lakeland Ave
Ronkonkoma, NY 11779-1900

CCH Incorporated
PO Box 4307
Carol Stream, IL 60197-4307

CDW Direct, LLC
Attn: Ronelle Erickson
200 N. Milwaukee Ave
Vernon Hills, IL 60061

Celgene Corp., a sub. of Bristol Myers Squibb Co.
c/o Tiffany E. Engsell, Esq.
3551 Lawrenceville Road
Princeton, NJ 08540

Cellco Partnership d/b/a Verizon Wireless
c/o William M Vermette
22001 Loudoun Country Pkwy
Ashburn, VA 20147

Chin, Weldon
308 D Parkway Ct.
Point Pleasant Beach, NJ 08742

Chowdhury, Nadia
1080 Gannon Drive
Hoffman Estates, IL 60169

Cintas Corporation
Ann Dean, Litigation Paralegal
6800 Cintas Blvd.
Mason, OH 45040

CIRCULAR EDGE LLC
399 Campus Drive
Suite 102
Somerset, NJ 08873

City of Decatur - Utilities Bill
Finance Department
PO BOX 2578
Decatur, IL 62525-2578

Colbert Flexographic Packaging
9949 58th Place
Kenosha, WI 53144–9949

Commonwealth Edison Company
1919 Swift Drive
Bankruptcy Department
Oakbrook, IL 60523

CompliancePath, LLC - Remit
PO Box 18253
Palatine, IL 60055-8253

Connor Company
Attn: Tonya Rohrbaugh, Credit Mgr
2800 N.E. Adams St.
Peoria, IL 61603

CRG Financial LLC (As Assigned of Empire Freight
Logistics)
84 Herbert Avenue, Building B
Suite 202
Closter NJ 07624

CRG Financial LLC (As Assignee of Admix Advanced
Mixing Technologies)
84 Herbert Avenue, Building B
Suite 202
Closter NJ 07624

CRG Financial LLC (As Assignee of Cuckos
Pharmac.)
84 Herbert Avenue, Building B
Suite 202
Closter NJ 07012

CRG Financial LLC (As Assignee of Kirby Risk Corp.)
84 Herbert Ave
Building B-Suite 202
Closter, NJ 07624

CRG Financial LLC (As Assignee of Viticus Group)
84 Herbert Avenue, Building B
Suite 202
Closter NJ 07012

CRG Financial LLC (As Assignee of Zero Defects,LLC)
84 Herbert Ave, Bldg B - Ste 202
Closter, NJ 07624

CRG Financial, LLC (As Assignee of 2nd Watch, Inc.)
84 Herbert Ave
Building B-Suite 202
Closter, NJ 07624

CRG Financial, LLC (As Assignee of Biopharm
Recruiting Parnters)
84 Herbert Ave
Building B-Suite 202
Closter, NJ 07624

Croda Inc. - Remit
777 Scudders Mill Rd.
Bldg 2 - Suite 200
Plainsboro, NJ 08536

Crown Equipment Corporation
Sebaly Shillito + Dyer LPA
c/o Robert Hanseman
40 N. Main St., Ste. 1900
Dayton, OH 45423

CV II Gurnee LLC
1808 Swift Drive
Oakbrook, IL 60523

Das, Apu
131 Plainfield Avenue
Floral Park, NY 11001

DEAN PHARMA CONSULTING LLC
6906 Myric Ct
Wilmington, NC 28411-6906

Defense Health Agency
16401 E. Centretech Parkway
Aurora CO 80011

Department of Health Care Services
PO BOX 997413
M.S. 0010
Sacramento, CA 95889

DiFazio Power & Electric, LLP
Maxwell Rubin, Esq.
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

DOLAN PLUMBING
696 Franklin Blvd
Somerset, NJ 08873

Dorado-Boladeres, Erislandy
1103 Jockey Hollow Trail
Somerset, NJ 08873

Douglas Pharmaceuticals America Ltd.
2 Te Pai Place
Henderson, Auckland 0610, New Zealand

Dunker Electric Supply, Inc.
1744 N 22nd st
Decatur, IL 62526

Dyer, Awayne
434 Prescott Rd
Union, NJ 07083

Ecolab, Inc.
1 Ecolab Place
EGH/6. St. Paul, MN 55102

Cheryl Vaske

EDQM Council of Europe
c/o Nicolas Raison
7 Allee Kastner
Strasbourg, France F-67081

EGeen International Corporation
Kalev Kask
1949 Landings Drive
Mountain View, CA 94043

EMPIRE FREIGHT LOGISTICS
6567 Kinne Road
Dewitt, NY 13214

Em-press Design, Inc.
580 VZ County Road 4603
Ben Wheeler, TX 75754-3487

Enviroclean Janitorial Services, LLC
PO Box 6355
East Brunswick, NJ 08816

Ethypharm S.A.S.
194 Bureaux de la Colline Btiment D
12 me Tage 92213
Saint Cloud  France

Eurofins Lancaster Laboratories, Inc.
Brian A. Wiggins
2425 New Holland Pike
Lancaster, PA 17601

Eye Consultants of Atlanta, PC
Attn: Scott Ferguson
3225 Cumberland Blvd SE
Ste 900
Atlanta, GA 30339

Eye Physicians & Surgeons PC
202 Cherry Street
Milford, CT 06460

F.A. Wilhelm Construction Co., Inc.
Attn: Brittney Turner, CPA, CGMA
3914 Prospect Street
Indianapolis, Indiana 46203

Fair Harbor Capital (transferred from Amity Vacuum, Inc.)
PO BOX 237037
New York, NY 10023

Fair Harbor Capital (transferred from Cognex Corporation)
PO BOX 237037
New York, NY 10023

Fair Harbor Capital LLC (transferred from CWIH Inc.)
PO Box 237037
New York, NY 10023

Fair Harbor Capital, LLC (transferred from Amco Fence)
PO Box 237037
New York, NY 10023

Fair Harbor Capital, LLC as Assignee of Datwyler
PO BOX 237037
New York, NY 10023

Fair Harbor Capital, LLC as Assignee of NAVC
PO BOX 237037
New York, NY 10023

Fair Harbor Capital, LLC as Assignee of Nipro Phar
PO Box 237037
New York, NY 10023

Fair Harbor Capitla LLC (transferred from Tri Weld Industries, Inc.)
PO BOX 237037
New York, NY 10023

Fairharbor Capital (transferred from NCH Corporation)
PO Box 237037
New York, NY 10023

FISH WINDOW CLEANING
28501 Wilmot Road #20
Trevor, WI 53179

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento CA 95812−2952

Gateway Analytical LLC
Irene Hudson, Fabrice Robine
250 North Route 303
Congers, NY 10920

GENERICHEM - REMIT
425 Main Road, Suite 2
Towaco, NJ 07082-1201

Gerresheimer Glass, Inc.
Attn: William J. Burnett, Esquire
1007 Orange Street, #400
Wilmington DE 19801

Girton Manufacturing Co., Inc.
160 W. Main Street
Millville, PA 17846-5004

GP PHARM SA
PL. ELS VINYETS – ELS FOGARS 2
CTRA. COMARCAL C−244 KM 22
SANT QUINTI DE MEDIONA
BARCELONA, 08777

GP PHARM SA
PL. ELS VINYETS – ELS FOGARS 2
CTRA. COMARCAL C−244 KM 22
SANT QUINTI DE MEDIONA
BARCELONA, 08777

Guerlins, Louis-Jean
221 North Grove Street
Valley Stream, NY 11580

Guzman, Juan
138-31 101st Ave
Jamaica, NY 11435-3

Hain Capital Investors Master Fund LTD (transferred from Halocarbon Life Sciences LLC)
302 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund LTD (transferred from Interior Specialty Construction, Inc.)
301 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund Ltd (Transferred from MSI Blue)
301 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund LTD (transferred from Vimta Labs Ltd)
301 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund LTD (transferred from Westco F.G. Corporation)
301 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (As Assignee of Sullivan Contractors LLC)
301 Route 17 North, 17th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (assigned from Swiss Caps AG)
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (transferred from Benchmark Products LLC)
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (transferred from Chemwerth Inc.)
301 Rt 17 N, 7th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (transferred from Medical Packaging Inc., LLC)
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (transferred from Optel Group USA, Inc.)
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Hain Capital Investors Master Fund, LTD (transferred from Zhejiang HiSun Pharmaceutical Co. Ltd.)
301 Route 17 North, 7th Floor
Rutherford, NJ 07070

Hartcorn Plumbing & Heating, Inc
850 S 2nd Street
Ronkonkoma, NY 11779

Hoque, Mohammad Emdadul
118 Louisiana Ave
Bay Shore, NY 11706

Horiba Instruments Incorporated
9755 Research Drive
Irvine, CA 92618

HYG Financial Services, Inc.
C/O Wells Fargo Vendor Financial Services, LLC
Attn.: Kimberly Park
800 Walnut Street
Des Moines, IA 50309

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

IMCD GROUP (FORMERLY MUTCHLER)
PO BOX 5168
CAROL STREAM, IL 60197−5168

Indiana Family & Social Service Admin
c/o Eric Wilcher
150 W. Market St.
Ste. 300
Indianapolis IN 46204

International Molasses, LLC
PO Box 898
SADDLE BROOK, NJ 07663−898

International Paper Company
PO Box 644095
Pittsburgh, PA 15264-4095

Intralinks, Inc.
622 3rd Ave., 10th Floor
New York, NY 10017

inVentiv Health Consulting, Inc.
John R. Gardner
301 Hillsborough St
Suite 1200
Raleigh, NC 27603

Iron Mountain Information Management LLC
One Federal Street
7th Floor
Boston MA 02110

Jackson Lewis P.C.
1133 Westchester Ave Ste. S125
West Harrison, NY 10604

JAF Global Logistics
1319 N. Broad Street
Hillside, NJ 07205-0000

Johnson Controls Fire Protection LP
10405 Crosspoint Blvd
Indianapolis, IN 46256

Johnson Controls Security Solutions LLC
10405 Crosspoint Blvd
Indianapolis, IN 46256

Johnstone Supply
370 Market Street
Kenilworth, NJ 07033-370

Jones & Sullivan Enterprises, Inc.
2955 N. Dineen Street
Decatur, IL 62524

Kamps, Inc.
665 Seward Avenue Northwest
Suite 301
Grand Rapids, MI 49504–665

Katwaroo, Satdai
117-31 125st
South Ozone Park, NY 11420

Kaufman, Beth Zelnick
367 Wyoming Ave
Millburn, NJ 07041

Kerry, Inc.
3400 Millington Road
Beloit, WI 53511

Keyspan Gas East Corporation DBA National Grid
300 Erie Boulevard West
Syracuse, NY 13202

Kinder, Barbara
4 Oak Park Court
Deer Park, NY 11729

KLEINSCHMIDT INC
PO Box 7158
Deerfield, IL 60015-7158

Konica Minolta Sensing Americas
Dept CH 19334
Palatine, IL 60055-9334

Ksiazak, Jennifer
29 Clover Place
Franklin Park, NJ 08823

Kuehne + Nagel, Inc.
950 - 900 Howe Street
9th Floor
Vancouver BC V6Z 2M4

Kufner, Gregory S.
521 N Emerson LN
Hainesville, IL 60030

LABEL SUPPLIES & SERVICES
960 Route 6 #192
Mahopac, NY 10541

LANNIN W CRAIG DO
577 River Oaks Dr
Redding, CA 96001

LaRocco, Michael
1132 Lake Dr E
Robbinsville, NJ 08691

Leadiant Biosciences, Inc., f/k/a Sigma-Tau Pharma
530 Gaither Road, Suite 300
Rockville, MD 20850

Lent, Mary Ellen
140 Cedar Court
Coplague, NY 11726-4704

Lionheart Critical Power Specialists, Inc.
13151 Executive Court
Huntley, IL 60142

Lui, Lung
39 Elderberry Rd
Syosset, NY 11791

LYNN CONSULTING
2905 Saint Helen Circle
Silver Spring, MD 20906

M. Jacob & Sons, dba MJS Packaging
Attn: David Lubin
35601 Veronica Street
Livonia MI 48501

Maadho Distributors, Inc.
118 N Bedford Rd Suite 100
Mount Kisco, NY 10549

Managed Health Care Associates, Inc.
25–A Vreeland Road
Suite 200
Florham Park, NJ 07932

Mellentine, Jay Douglas
251 E Vallete St
Elmhurst, IL 60126

Michigan Department of Health and Human Services
State of MI DCH MCO Drug Rebate
Dept 77951; PO Box 77000
Lansing, MI 48227

Microbiologics, Inc.
200 Cooper Ave N
St. Cloud, MN 56303

MICRO-OPTICS
68-23 Fresh Meadow Lane
Fresh Meadows, NY 11365

Mikart, Inc.
Miguel I. Arteche
1750 Chattahoochee Avenue
Atlanta, GA 30318

Milestone, Inc.
25 Controls Dr.
Shelton, CT 06484-6199

Mississippi Division of Medicaid
550 High Street, Suite 1000
Jackson, MS 39201

MJH LIFE SCIENCES
2 Clarke Dr
Suite 100
Cranbury, NJ 08512

Motion Industries
1605 Alton Road
Irondale, AL 35210

Munagala, Suresh Rao
800 Megan Ct
Westmont, IL 60559

Musser, Christopher S.
10 Anja Dr
Simsbury, CT 06070-1547

NC Dept of Health and Human Services
NC DHHS Controller's Office
2022 Mail Service Center
Raleigh, NC 27699

Nebraska Department of Revenue
PO Box 94818
Lincoln, NE 68509–4818

Neil MQR Consulting, LLC
419 Arbor Ct
Libertyville, IL 60048

New York Power Authority
123 Main Street
9th Floor
White Plains, NY 10601

New York State Department of Health
Attn: Martin A. Mooney, Assistant Attorney General
Office of the NYS Attorney General
The Capitol
Albany NY 12224

New York State Department of Labor
Office of Counsel
1220 Washington Ave., Room 509
Albany, NY 12240

New York State Dept of Environmental Conservation
28 Liberty Street, 19th Floor
Attn: Andrew Gershon
New York, NY 10005

Office of the Attorney General
Attn: Brandi Morris
109 State Capitol
Cheyenne, WY 82002-109

Ohio Department of Medicaid
c/o Ohio Attorney General
Collections Enforcement Section
8040 Hosbrook Road Suite 300
Cincinnati, OH 45236–8040

Oklahoma Health Care Authority
4345 N Lincoln Blvd.
Oklahoma City OK 73105

OptiSource, LLC
Jones Walker LLP
190 E. Capitol St.
Suite 800
Jackson MS 39201

Oregon Health Authority
Oregon Dept. of Justice
ATTN: Justin D. Leonard
1162 Court Street NE
Salem, OR 97301

Ostrowski, William D.
9 Gates Ave
West Caldwell, NJ 07006

Package Development Co., Inc.
c/o Ronald Sosna
100 Roundhill Drive
Rockaway, NJ 07866

ParaCom, Inc.
26 Elkin Drive
Middle Island, NY 11953

Paras, Kenneth
802 Adderly Lane
Gurnee, IL 60031

Patel, Chaitali
352 South 7th Street
Lindenhurst, NY 11757

Patterson Veterinary Supply, Inc,
1031 Mendota Heights Rd
St Paul MN 55120

PDC Pharmacy, Inc.
163 Thorn Hill
Warrendale, PA 15086

Penske Truck Leasing Co., L.P.
PO Box 563
Reading, PA 19603

Perceptive Informatics, LLC d/b/a Calyx
301 Hillsborough St, Suite 1200
Raleigh, NC 27603

Percision Digital Corporation
233 South Street
Hopkinton, MA 01748

Perez, Rey Del Valle
2636 Johnson Road
Kenosha, WI 53143

Pharma Packaging Solutions
116 Agnes Road
Knoxville, TN 37919

Pharmacy Select LLP
1550 Columbus St.
Sun Prairie, WI 53590

POLLET CONSULTING LLC
221 Sequoia Drive
Newtown, PA 18940

Positudes, Inc. dba The Alliance Pharmacy
44 Bond Street
Westbury, NY 11590

POWER SUPPLY OF ILLINOIS INC
PO Box 776816
Chicago, IL 60677-6816

Poynter Sheet Metal Inc.
Brittney Turner, CPA, CGMA
F.A. Wilhelm Construction Co., Inc.
3914 Prospect Street
Indianapolis, Indiana 46203

PPD Development, L.L.C.
929 N. Front St.
Wilmington, NC 28401

Precis Engineering, Inc.
John McCullough
20 S. Maple Street
Suite 200
Ambler, PA 19002

PSEG Long Island
15 Park Drive
Special Collections
Melville, NY 11747

PURISYS LLC - REMIT
PO BOX 6325
Brattleboro, VT 05302–6325

QUANTUS - REMIT
3 Valley Square Suite 120
Blue Bell, PA 19422

Reed-Lane, Inc.
359 Newark Pompton Turnpike
Wayne, NJ 07470

Reliable Blacktop & Paving, Inc.
300 Rabro Drive
Suite 114
Hauppauge, NY 11788

Renner, Mark
13 Bay Woods Dr
Hampton Byas, NY 11946-2002

Robert Half
Robert Half Recovery Dept.
PO BOX 5024
San Ramon, CA 94563

Rudolph Research Analytical Corporation
55 Newburgh Road
Hackettstown, NJ 07840-55

Rx Sourcing Strategies, LLC
16150 Main Circle Drive, Suite 220
Chesterfield, MO 63017

SafetyCall International, LLC
3600 American Blvd W, Suite 725
Bloomingotn, MN 55431

SCADAware, Inc.
2023 Eagle Road
Normal IL 61761

Scientific Bindery Productions
PO Box 377
Highland Park, IL 60035

Seibert, Matthew Douglas
227 W Rockland Rd
Libertyville, IL 60048–227

Sensitech Inc.
PO Box 74200
Los Angeles, CA 90074-2000

Siegfried USA, LLC
Craig Douglas and Danielle Morelli Blevins
33 Industrial Park Road
Pennsville, NJ 08070

Siemens Industry, Inc.
Attn: Stephanie Mitchell
4800 North Point Parkway
Alpharetta, GA 30022

Sotax Corporation
2400 Computer Drive
Westborough, MA 01581

Sprinkmann Insulation, Inc.
1028 S.W. Washington Street
Peoria, IL 61602

State of NH, Dept. of Health and Human Services
129 Pleasant Street, 4th Floor
Concord, NH 03301

State of Wisconsin, Department of Health Services
PO Box 7857
Madison, WI 53703

Steriline North America, Inc.
872 – 62ND ST CIR EAST #105
BRADENTON, FL 34208

Stonhard
PO BOX 931947
Cleveland, OH 44193

Strategic Relationships LLC
68 Ames Street
Sharon, MA 02067

STRIGLOS OFFICE EQUIPMENT
PO Box 167
Decatur, IL 62525

Sweeney, John
12224 Dorrance Ct
Reston, VA 20190

Syntegon Technology Services, LLC
5224 Snapfinger Woods Drive
Decatur, GA 30035

Syracuse Label Co., Inc.
200 Stewart Drive
North Syracuse, NY 13212

TA Instruments - Waters LLC
159 Lukens Drive
New Castle, DE 19720-2765

TAYLOR MADE LANDSCAPING
1792 N RT 121
Decatur, IL 62526

TEK - REMIT
PO Box 1656
Zachary, LA 70791

Terumo Medical Corporation
265 Davidson Avenue
Suite 320
Somerset, NJ 08873

Tforce Freight, Inc.
1000 Semmes Ave
Richmond, VA 23218-1216

THE PLEXUS GROUPE LLC
21805 Field Parkway Suite 300
Deer Park, IL 60010

The Ritedose Corporation
Attn: Nelson Mullins Riley & Scarborough LLP
c/o Graham S. Mitchell
P.O. Box 11070
Columbia SC 29211

The Spear Group, LLC
192 Technology Parkway
Suite 500
Peachtree Corners, GA 30092

Thea Pharma Inc.
Weil, Gotshal & Manges LLP
c/o Susan Benton
303 Wyman Street, Suite 205
Waltham, MA 02451

TNR Resources LLC
1616 Mulberry Drive
Lake Villa, IL 60046

Toby, Natacha
1465 Genevaloop Apt 2H
Brooklyn, NY 11239

Toner, Deborah
62 Cherokee Avenue
West Islip, NY 11795

Tony Prince Co
c/o Vogler & Associates LLC
11756 Borman Dr., Ste. 200
St. Louis, MO 63146

TPM Laboratories, Inc.
1165 Marlkress Road
Unit D
Cherry Hill, NJ 08003

TRC Master Fund LLC (As Assignee of Advanced
Instruments - Remit)
Attn: Terrel Ross
PO Box 663
Woodmere, NY 11598

TRC Master Fund LLC (transferred from Netchem,
Inc)
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

TRC Master Fund LLC (Transferred from Performance
Validation - Remit)
Attn: Terrel Ross
PO Box 663
Woodmere, NY 11598

TRC Master Fund LLC (transferred from Sparks
Exhibits & Environments Corp.)
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

TRC Master Fund LLC (transferred from SST
Corporation)
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Treasurer, State of NJ, DHS,DMAHS, Drug Rebate Pro
P.O. BOX 655
200 Woolvenrton St., Bldg 20
Trenton, NJ 08646

TUNNELL CONSULTING INC
1235 Westlakes Drive Suite 280
Berwyn, PA 19312

U.S. Dept. of Veterans Affairs
U.S. Dept of Justice
ATTN: Andrew Warner
PO BOX 875
Ben Franklin Station
Washington, DC 20044

UCB, Inc.
Attn: Patrick Ryan, Gen. Counsel
1950 Lake Park Drive
Smyrna GA 30080

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Univar Solutions - REMIT
62190 Collections Center Drive
Chicago, IL 60693-0621

UpToDate
PO Box 412094
Boston, MA 02241

Veltek Associates, Inc.
15 Lee Boulevard
Malvern, PA 19355

Veronica Development Associates
Ventura, Miesowitz & Keouh P.C.
783 Springfield Avenue
Summit, NJ 07901

WALGREENS BOOTS ALLIANCE DEV GMBH
104 Wilmot Road, 4th Floor, MS #144P
Deerfield, IL 60015

Waters Technologies Corporation
34 Maple Street
Milford, MA 01757

WestRock Southern Container, LLC
3950 Shackleford Road
Duluth, GA 30096

William R Kelly Associates
11 Broadway, Suite 2
Clark, NJ 07066

William R. Kelly Associates Inc
11 Broadway Suite 2
Clark, NJ 07066-11

Winter Bros. Hauling of Long Island, LLC
120 Nancy Street
West Babylon, NY 11704

Winter Bros. Hauling of Long Island, LLC
120 Nancy Street
West Babylon, NY 11704

WM Corporate Service, Inc
c/o Jacquolyn Mikks
800 Capitol Street
Ste. 3000
Houston, TX 77002

Wolters Kluwer Health, Inc.
16705 Collection Center Dr
Chicago, IL 60693

Woodstock Sterile Solutions, Inc.
2210 Lakeshore
Woodstick, IL 60098

Young, Chris
1200 Hillsboro Mile #2304
Hillsboro Beach, FL 33062

Zinc Health Services LLC
Geoffrey S. Goodman, Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, IL 60654

**In re:**
**Akorn Holding Company LLC et al**
**Case No. 23-10253 (KBO)**

**Service List:  Motion Authorizing Trustee's Fourth**
**Distribution to Holders of General Unsecured Claims**
 [D.I. 1595]

George L. Miller, Trustee
Miller Coffey Tate LLP
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

Office of the United States Trustee
Jonathan W. Lipshie, Esquire
J. Caleb Boggs Federal Building
844 King Street
Suite 2207
Wilmington, DE 19801

Edmon L. Morton, Esq.
Matthew B. Lunn, Esq.
Joseph M. Mulvihill, Esq.
Jared W. Kochenash, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
*Counsel to the Debtors*

Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
*Counsel to the Term Lender Group*

Scott J. Greenberg, Esq.
Steven A. Domanowski, Esq.
Matthew J. Williams, Esq.
C. Lee Wilson, Esq.
AnnElyse Scarlett Gains, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Counsel to the Term Lender Group*

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
*Counsel to McKesson Corporation*

Christopher M. Winter, Esq.
James C. Carignan, Esq.
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801
*Counsel to Prestige Consumer Healthcare, Inc.*

Michael D. DeBaecke, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE 19899-1150
**Counsel to Westmount Realty Capital, LLC**

Eric D. Kaplan, Esq.
Kaplan & Gournis, PC
180 N. LaSalle Street
Suite 2108
Chicago, IL 60601
**Counsel to Westmount Realty Capital, LLC**

Michael W. Yurkewicz, Esq.
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801-3062
**Counsel to AmerisourceBergen Drug Corporation**

Morton R. Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street
Suite 1400
Philadelphia, PA 19103
**Counsel to AmerisourceBergen Drug Corporation**

Natasha M. Songonuga, Esq.
Gibbons P.C.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801-1671
**Counsel to SGS North America Inc.**

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701
**Counsel to SGS North America Inc.**

Frank F. McGinn
Jacqueline M. Price
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
**Counsel to Iron Mountain Information Management, LLC**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Nicolas E. Jenner, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, Delaware 19801
**Counsel to MidCap Funding IV Trust**

Charles A. Dale, Esq.
Proskauer Rose LLP
One International Place
Boston, MA  02110
**Counsel to MidCap Funding IV Trust**

Vincent Indelicato, Esq.
Megan R. Volin, Esq.
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
**Counsel to MidCap Funding IV Trust**

Kathryn L. Stevens, Esquire
VedderPrice
222 North LaSalle Street
Suite 2600
Chicago, IL  60601
***Counsel to MidCap Funding IV Trust***

Beverly Weiss Manne, Esquire
Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
***Counsel to Thermo Fisher Scientific Entities***

Adam Hiller, Esquire
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
***Counsel to Thermo Fisher Scientific Entities***

Alexis R. Gambale, Esquire
Pashman Stein Walder Hayden, P.C.
824 North Market Street
Suite 800
Wilmington, DE 19801
***Counsel to Package Development
Company, Inc.***

Assistant Attorney General
S. Michael Murphy
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
***Counsel to State of Wisconsin,
Department of Health Services***

Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE  19899
***Counsel to Bionpharma***

Michael G. Menkowitz, Esq.
Fox Rothschild LLP
2000 Market Street
20th Floor
Philadelphia, PA  19103 19103
***Counsel to Bionpharma***

Andrew Warner
U.S. Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Scott L. Fleischer
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
***Counsel to Interior Specialty Construction, Inc.
and Sullivan Contractors LLC***

James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
**Counsel to Henderson Constructors, Inc.**

Christopher M. Winter
Duane Morris LLP
1201 N. Market Street
Suite 501
Wilmington, DE 19801-1160
**Counsel to Prestige Brands SPE Lender, LLC**

Wilmington Savings Fund Society, FSB
Attn:  Geoffrey J. Lewis
500 Delaware Avenue
Wilmington, DE  19801

Wilmington Savings Fund Society, FSB
c/o Nathan J. Moore, Esq.
Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007

John Nusbaum
Capital Management
510 Madison Avenue
17th Floor
New York, NY  10022

Lovisa Gustafsson, Vice President,
Controlling Health Care Costs
The Commonwealth Fund
1 East 75th Street
New York, NY 10021

Oliver Blum
Ernst & Young Limited
Maagpl. 1,
Zurich 8005
**Counsel to Akorn International SARL**

Christian Roos
Pestalozzi
Feldeggstrasse 4
8008 Zurich
Switzerland
**Counsel to Akorn AG**

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Marc S. Lichtman
Attorney at Law
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, Illinois  60602
**Counsel to IL Landlord**

Drug Enforcement Administration
Attn: Office of Diversion Control
8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Assistant Attorney General
New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street
Suite 400
Wilmington, DE 19801
**Counsel to Gerresheimer Glass, LLC**

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
425 Market Street
Suite 2900
San Francisco, California 94105-3493
**Counsel to Oracle America, Inc.**

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue
Suite 210E
Lake Success, NY 11042
**Counsel to Oracle America, Inc.**

Gaston P. Loomis, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue,
Suite 1014
Wilmington, DE 19801
**Counsel to Philadelphia Indemnity Insurance Company**

Curtis S. Miller, Esquire
Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
**Counsel to Ethypharm S.A.S.**

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
**Counsel to Ethypharm S.A.S.**

Kevin Chiu, Esquire
Baker Botts L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201-2980
**Counsel to Ethypharm S.A.S.**

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Kate Roggio Buck, Esquire
McCarter & English LLP
405 North King Street,
8th Floor
Wilmington, DE 19801
**Counsel to HYG Financial Service, Inc.**

Nathan J. Moore, Esq.
Andrew N. Goldman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
**Counsel to WSFS Institutional Services as TL Agent**

Howard A. Cohen, Esq.
Fox Rothschild LLP
919 North Market Street
Suite 300
Wilmington, DE 19899-2323
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esq.
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road,
Suite 200
Warrington, PA 18976
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esq.
Jones Walker LLP
Suite 800
190 E Capitol St
Jackson, MS 39201
**Counsel to OptiSource LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE 19801
**Counsel to OptiSource LLC**

Karen M. Grivner, Esq.
Clark Hill PLC
824 N. Market Street
Suite 710
Wilmington, DE 19801
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esq.
Clark Hill PLC
130 E. Randolph Street
Suite 3900
Chicago, IL 60601
**Counsel to CV II Gurnee LLC**

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, Delaware 19801
**Counsel to Leadiant Biosciences, Inc.**

Fernando J. Menendez, Jr., Esq.
Sequor Law
1111 Brickell Avenue
Suite 1250
Miami, Florida 33131
**Counsel to Leadiant Biosciences, Inc.**

Matthew G. Summers, Esquire
Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street
11th Floor
Wilmington, Delaware 19801-3034
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy.
Suite 500
Southfield, Michigan 48075
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

A. Lee Hogewood III, Esq.
Zechariah C. Etheridge, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave
Suite 300
Raleigh, NC 27609
**Counsel to Sentiss AG**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
**Counsel to Sentiss AG**

Alfredo R. Pérez
Weil, Gotshal & Manges LLP
Theodore S. Heckel
700 Louisiana Street
Suite 1700
Houston, TX 77002-2784
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Curtis S. Miller, Esq.
Sophie Rogers Churchill, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Adam Hiller, Esq.
Hiller Law, LLC
300 Delaware Ave., Ste 210, #227
Wilmington, DE 19801
**Counsel to E.L. Pruitt Co.**

Hugh Keenan Murtagh, Esq.
Alexandra M. Zablocki, Esq.
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
**Counsel to the Consortium**

Zachary I. Shapiro, Esq.
Emily R. Mathews, Esq.
Alexander R. Steiger, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
**Counsel to the Consortium**

Tori L. Remington, Esq.
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709
**Counsel to Hikma Pharmaceuticals USA Inc.**

Deborah Kovsky-Apap, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
**Counsel to Hikma Pharmaceuticals USA Inc.**

John R. Gardner, Esq.
Emily Steele, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Ave.
Suite 300
Raleigh, NC 27609
**Counsel to Syneos Health**

Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE  19801
**Counsel to Syneos Health**

L. Katherine Good, Esq.
Christopher M. Samis, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
**Counsel to Capstone Parent, LLC**

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
**Counsel to Capstone Parent, LLC**

Roy Michael Roman
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**Counsel to Capstone Parent, LLC**

Martin A. Mooney, Esquire
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
Albany, NY  12224-0341

Kimberly A. Walsh
Assistant Attorney General
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel to Texas Comptroller**

Kristin Radwanick, Esq.
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road
Suite 300
Cincinnati, Ohio 45236
**Counsel to Ohio Department of Medicaid**

Robert J. Dehney, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
16th Floor
Wilmington, Delaware 19899-1347
**Counsel to Conversion Movants**

Andrew R. Glenn, Shai Schmidt,
Richard C. Ramirez, Malak S. Doss
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
**Counsel to Conversion Movants**

Mark R. Owens, Esq.
Amy E. Tryon, Esq.
Barnes & Thornburg LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE 19801
**Counsel to Argo Partners II, LLC**

Gregory G. Plotko
Barnes & Thornburg LLP
390 Madison Avenue
12th Floor
New York, NY 10017
**Counsel to Argo Partners II, LLC**

U.S. Customs and Border Protection
Attn: REV-Bankruptcy 203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Kristin Radwanick
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road, Suite 300
Cincinnati, Ohio 45236
**Counsel to Ohio Department of Medicaid**

Jeffrey K. Garfinkle, Esq.
Buchalter, A Professional Corporation
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612
**Counsel to McKesson Corporation**

Mark I. Duedall, Esq.
Siena Berrios Gaddy, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
Monarch Plaza, Suite 1500
3414 Peachtree Road, N.E.
Atlanta, GA 30326
**Counsel to Randstad US, LLC**

Michael Allen
30 Kirkwood Dr
Clinton, IL 61727

Srinath Biyyala
1030 Enfield Farm Ln
Brunswick, MD 21716

New York State Dept of Labor
Attn:  Karen Cacace
Chief of Labor Bureau
Office of the Attorney General
28 Liberty Street
New York, NY 10005

New York State Dept of Labor
Attn:  Seth Kupferberg
Section Chief, General Labor Section
Office of the Attorney General
28 Liberty Street
New York, NY 10005

**SCHEDULE D**

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC
7255 Woodmont Avenue
Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent
500 Delaware Avenue
Wilmington, DE  19801

**TOP 30 UNSECURED CREDITORS**

Akorn Ag Hettlingen
Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442
Switzerland

Aptar Pharma
Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa
Ralf Pfirmann
Viale Milano 86
Lodi 26900
ItalyF

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General
Release Of Information Office (50ci)
810 Vermont Avenue, Nw
Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
Po Box 45 027
Auckland 651
New Zealand

E L Pruitt Company
Po Box 3306
Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank C/O Ernst & Young Us LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm
Roseline Joannesse
194 Bureaux De La Colline, Batiment D,
12eme Etage
Saint-Cloud Cedex 92213
France

Euroapi Usa
100 Somerset Corporate Blvd
2nd Floor Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn A/R
537 Crystal Ave
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC
David Bacon
6525 The Corners Parkway
Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Ave
Atlanta, GA 30318

MJS Packaging
35601 Veronica St
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd.
Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue
4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

SST Corporation
55 Lane Road
Suite 450
Fairfield, NJ 07004

The Ritedose Corporation
Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc
Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC
vs. Akorn Operating Company, LLC
c/o Robert Mahoney
Norris McLaughlin, P.A.
400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

West Pharma Services
530 Herman O West Drive
Exton, PA 19341

WSC-GSP B/L Office Park Owner VII, LLC
Marc S. Lichtman
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street
Suite 750
Chicago, IL 60602

Zhejiang Hisun Pharma China
Attn:  Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC - R&D Only
92 Argilla Road
Andover, MA 01810

John Sweeney
[Address on File]

Erislandy Dorado-Boladeres
[Address on File]

Chris Young
[Address on File]

Bill Ostrowski
[Address on File]

Beth Zelnick-Kaufman
[Address on File]

**GOVERNMENT AGENCIES**

Office of the United States Attorney
for the District of Delaware
Hercules Building
U.S. Attorney's Office
1313 N Market Street
PO Box 2046
Wilmington, DE 19801

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

Bettina Dunn, Paralegal Specialist (3RC60)
US EPA Region 3
Office of Regional Counsel
Four Penn Center
Philadelphia, PA 19103-2852

U.S. Department of Justice
Office of the Inspector General
Office of the General Counsel
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission
New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Delaware Division of Revenue
Bankruptcy Service
Attn:  Bankruptcy Administrator
Carvel State Building
820 N. French Street
8th Floor
Wilmington, DE  19801

Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE 19904

U.S. Food and Drug Administration (FDA)
Attn:  Jill Furman, J.D. Director
Center for Drug Evaluation & Research
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

The U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
Office of General Counsel
#2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
290 Broadway
New York, NY 10007-1866

Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Environmental Protection Agency
Center for Public Health and Environmental Assessment
Mail Code: B305-01
Research Triangle Park, NC 27711