**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: 6/5/2026 at 4:00 p.m. (ET)**<br>**Hearing Date: 6/12/2026 at 10:00 a.m. (ET)**<br><br>**Related D.I.: 1594** |

**NOTICE OF AMENDED[2] SEVENTH INTERIM (THIRD CONTINGENT)**
**FEE APPLICATION OF SAUL EWING LLP**

**PLEASE TAKE NOTICE** that on May 28, 2026, the *Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP* ("**Saul Ewing**"), *Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through May 15, 2026* (the "**Fee Application**") was filed with the Court.  The Application seeks the approval of payment for professional services rendered as Special Counsel to the George L. Miller, Chapter 7 Trustee in the amount of $810,426.66, together with reimbursement of disbursements in the amount of $1,892.29.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Fee Application must be (a) in writing and served on or before **June 5, 2026 at 4:00 p.m. (ET)** (the "**Objection Deadline**"), (b) filed with the Clerk of the United States Bankruptcy Court for the

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]    The application filed at D.I. 1594 (the "**Original Application**") is amended solely to update the numbering of the Original Application from Sixth to Seventh, and to update the "Prior Applications" chart accordingly.  For the avoidance of doubt, no substantive changes have been made to the Original Application or changes that in any way relate to the amount sought herein.

District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and (c) served so as to be received on or before the Objection Deadline by undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Fee Application shall be held on **June 12, 2026 at 10:00 a.m. (ET)**, before the Honorable Karen B. Owens, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 28, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to the Chapter 7 Trustee*

2