# EXHIBIT B

**Detailed Statement in Support of Contingency Fee**

| Name | Settlement Amount | Adversary Number | Fee Percentage | Fee Amount | Settlement D.I. ‖ Date |
|---|---|---|---|---|---|
| ALKU Technologies, LLC | $30,217.50 | 25-50231 | 35% | $10,576.13 | 1547 12/19/2025 |
| Apex Material Handling Corp. of IL | $10,000.00 | 25-50295 | 35% | $3,500.00 | 1547 12/19/2025 |
| Blue Mountain Quality Resources | $72,500.00 | 25-50108 | 35% | $25,375.00 | 1547 12/19/2025 |
| Chicago Infill Industrial Properties LP | $65,000.00 | 25-50116 | 35% | $22,750.00 | 1547 12/19/2025 |
| Cozzoli Machine Company | $4,000.00 | 25-50306 | 35% | $1,400.00 | 1547 12/19/2025 |
| Direct Energy Business Marketing LLC | $5,000.00 | 25-50132 | 35% | $1,750.00 | 1547 12/19/2025 |
| Elm Freight Handlers Inc. | $12,500.00 | 25-50084 | 35% | $4,375.00 | 1547 12/19/2025 |
| Kraft Chemical Company | $6,000.00 | 25-50285 | 35% | $2,100.00 | 1547 12/19/2025 |
| Johnson Controls Fire Protection LP | $8,000.00 | 25-50257 | 35% | $2,800.00 | 1547 12/19/2025 |
| Johnson Controls Security Solutions | $12,000.00 | 25-50259 | 35% | $4,200.00 | 1547 12/19/2025 |
| Moody's Investors Service | $42,500.00 | 25-50173 | 35% | $14,875.00 | 1547 12/19/2025 |
| Package Development Company, Inc. | $60,000.00 | 25-50143 | 35% | $21,000.00 | 1547 12/19/2025 |
| Ricoh IT Services fka Mindshift Technologies, Inc. | $4,000.00 | 25-50195 | 35% | $1,400.00 | 1547 12/19/2025 |
| RX Sourcing | $25,000.00 | 25-50199 | 35% | $8,750.00 | 1547 12/19/2025 |
| Sigma Aldrich | $20,000.00 | 25-50117 | 35% | $7,000.00 | 1547 12/19/2025 |
| International Paper Company dba Spacekraft | $6,103.48 | 25-50358 | 35% | $2,136.22 | 1547 12/19/2025 |
| Thermo Electron NA | $2,500.00 | 25-50319 | 35% | $875.00 | 1547 12/19/2025 |
| Video Jet Technologies Inc. | $1,750.00 | 25-50223 | 35% | $612.50 | 1547 12/19/2025 |

| | | | | | |
|---|---|---|---|---|---|
| VWR International | $35,000.00 | 25-50217 | 35% | $12,250.00 | 1547 12/19/2025 |
| Waters Technologies Corp | $3,500.00 | 25-50219 | 35% | $1,225.00 | 1547 12/19/2025 |
| Accuristix | $13,500.00 | 25-50386 | 35% | $4,725.00 | 1558 1/23/2026 |
| Agilent Technologies | $30,000.00 | 25-50098 | 35% | $10,500.00 | 1558 1/23/2026 |
| Armstrong Relocation & Companies LLC | $10,000.00 | 25-50091 | 35% | $3,500.00 | 1558 1/23/2026 |
| Chemo Iberica, S.A. | $5,000.00 | 25-50110 | 35% | $1,750.00 | 1558 1/23/2026 |
| EG Life Sciences, LLC | $5,000.00 | 25-50136 | 35% | $1,750.00 | 1558 1/23/2026 |
| Henderson Constructors Inc. | $18,000.00 | 25-50338 | 35% | $6,300.00 | 1558 1/23/2026 |
| MSI Blue | $0.00 | 25-50174 | 35% | $0.00 | 1558 1/23/2026 |
| North American Corporation of IL | $10,000.00 | 25-50111 | 35% | $3,500.00 | 1558 1/23/2026 |
| Phenomenex, Inc. | $6,664.76 | 25-50161 | 35% | $2,332.67 | 1558 1/23/2026 |
| SGS North America | $4,250.00 | 25-50349 | 35% | $1,487.50 | 1558 1/23/2026 |
| System One Holdings LLC | $13,500.00 | 25-50210 | 35% | $4,725.00 | 1558 1/23/2026 |
| Wissen Digital Inc. | $15,000.00 | 25-50221 | 35% | $5,250.00 | 1558 1/23/2026 |
| Amber International | $50,000.00 | 25-50253 | 35% | $17,500.00 | 1581 4/10/2026 |
| Catalent Micron Technologies and Catalent RTP | $29,500.00 | 25-50323 | 35% | $10,325.00 | 1581 4/10/2026 |
| Evoqua Water Technologies, LLC | $29,600.00 | 25-50086 | 35% | $10,360.00 | 1581 4/10/2026 |
| Gordon Flesch Co. Inc. | $13,500.00 | 25-50158 | 35% | $4,725.00 | 1581 4/10/2026 |

| | | | | | |
|---|---|---|---|---|---|
| Government Counsel, LLC | $5,219.00 | 25-50278 | 35% | $1,826.65 | 1581 4/10/2026 |
| Interior Specialty Construction | $10,000.00 | 25-50147 | 35% | $3,500.00 | 1581 4/10/2026 |
| Kuehne & Nagel Services, LTD | $50,000.00 | 25-50265 | 35% | $17,500.00 | 1581 4/10/2026 |
| Lonza Biosciences | $47,000.00 | 25-50166 | 35% | $16,450.00 | 1581 4/10/2026 |
| Navisite, LLC | $94,200.00 | 25-50106 | 35% | $32,970.00 | 1581 4/10/2026 |
| Patheon Pharma | $30,000.00 | 25-50152 | 35% | $10,500.00 | 1581 4/10/2026 |
| MS Packaging & Supply Distribution Corp | $20,000.00 | 25-50343 | 35% | $7,000.00 | 1585 4/30/2026 |
| Napp Technologies | $40,000.00 | 25-50104 | 35% | $14,000.00 | 1585 4/30/2026 |
| Quincy Compressor, LLC | $7,500.00 | 25-50311 | 35% | $2,625.00 | 1585 4/30/2026 |
| Berlin Packaging L.L.C. | $50,000.00 | 25-50258 | 35% | $17,500.00 | 1570 3/17/2026 |
| Colbert Packaging Corporation | $100,000.00 | 25-50129 | 35% | $35,000.00 | 1570 3/17/2026 |
| Douglas Pharmaceuticals | $0.00 | 25-50127 | 35% | $0.00 | 1517 11/25/2025 |
| Empire Freight Logistics | $75,000.00 | 25-50248 | 35% | $26,250.00 | 1517 11/25/2025 |
| Ethypharm S.A.S | $350,000.00 | 25-50249 | 35% | $122,500.00 | 1518 11/25/2025 |
| Federal Compliance Solutions, LLC | $100,000.00 | 25-50250 | 35% | $35,000.00 | 1570 3/17/2026 |
| Flavine North America, Inc. | $27,500.00 | 25-50095 | 35% | $9,625.00 | 1570 3/17/2026 |
| Whelan Security Co., dba GardaWorld Security Services | $50,000.00 | 25-50097 | 35% | $17,500.00 | 1550 12/23/2025 |
| Veolia ES Technical Solutions, LLC | $325,000.00 | 25-50222 | 35% | $113,750.00 | 1570 3/17/2026 |
| Vizient Supply, Inc. | $255,000.00 | 25-50240 | 35% | $89,250.00 | 1587 5/8/2026 |
| | $2,315,504.74 | | | $810,426.67 | |

3

**Total:**                    **$2,315,504.74**                                        **$810,426.66**

**Total Collections:**
Fees (Total x 35%)   $810,426.66
Costs                $1,892.29
**Total due to Saul**:   $812,318.95

4