# Exhibit E

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | |
| | **Related D.I.:** **1594 and _____** |

**ORDER GRANTING AMENDED SEVENTH INTERIM (THIRD CONTINGENT) FEE
APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER,
CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 1, 2025 THROUGH MAY 15, 2026**

Upon consideration of the *Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP* ("**Saul Ewing**")*, Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from  November 1, 2025 Through May 15, 2026* (the "**Application**") for allowance of compensation and reimbursement of expenses for the period from  November 1, 2025 Through May 15, 2026; and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after due deliberation and for other and good cause,

IT IS HEREBY ORDERED THAT:

1.      The Application is granted on an interim basis.

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.     Saul Ewing is allowed compensation in the amount of $810,426.66 for the services rendered and costs related to the same in the amount of $1,892.29 for the Application Period.

3.     Payment may be made by the Trustee to Saul Ewing of 100% of any and all fees and 100% of any and all expenses allowed herein that have not yet been paid from the assets of the Debtors' estates.