## CERTIFICATE OF SERVICE

I, Aaron J. Bach, hereby certify that, on June 5, 2026, I caused to be served a true and correct copy of the *Response of CRG Financial LLC to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims*, as follows: (i) by CM/ECF electronic notice upon all parties registered to receive such notices; and (ii) on the parties listed below as indicated thereon.

Dated: June 5, 2026
      Wilmington, Delaware

*/s/ Aaron J. Bach*
Aaron J. Bach (No. 7364)

**Via Hand Delivery and Electronic Mail**
COZEN O'CONNOR
John T. Carroll, Esquire
Simon E. Fraser, Esquire
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com