## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,*[1] | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtors. | Related to Docket No. 1598 |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the *Response of CRG Financial LLC to the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claim* [Docket No. 1598].

Dated: June 5, 2026
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Aaron J. Bach*
Mark L. Desgrosseilliers (No. 4083)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
E-mail: desgross@chipmanbrown.com
        bach@chipmanbrown.com

*Counsel to CRG Financial, LLC*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.