**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,*[1] | Case No. 23-10253 (KBO) |
| | (Jointly Administered) |
| Debtors. | Hearing Date: June 12, 2026 at 10:00 a.m. ET |
| | Objection Date: June 5, 2026 at 4:00 p.m. ET |

**RESPONSE OF CRG FINANCIAL LLC TO
MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE
FOR AN ORDER AUTHORIZING TRUSTEE'S FOURTH DISTRIBUTION
TO HOLDERS OF GENERAL UNSECURED CLAIMS**

CRG Financial LLC ("CRG"), through its undersigned counsel, hereby files its response

(the "Response") to the *Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing*

*Trustee's Fourth Distribution to Holders of General Unsecured Claims* (the "Motion") [Docket

No. 1595]. In support of this Response, CRG respectfully states as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing

Order of Reference from the United States District Court for the District of Delaware, dated as of

February 29, 2012.

**RESPONSE**

2. CRG has no general objection to the Trustee making the distributions (the

"Proposed Distributions") listed on the chart attached as Exhibit A to the Motion. There are,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, IL 60031.

however, many errors on the chart of Proposed Distributions as such schedule pertains to CRG. CRG, itself and through counsel, reached out to the Trustee on many occasions ( see true and correct copies of emails attached hereto as Exhibit 1) requesting that the Trustee adjust Exhibit A to reflect CRG's holdings correctly. All such attempts were ignored, requiring CRG to expend its own resources — and unnecessarily burden the Court — to ensure that distributions made on account of claims held by CRG are, in fact, remitted to CRG as the rightful owner thereof.

3.       The corrections that CRG requested can be categorized as follows:

a.   Claims that CRG is the rightful owner of, but are incorrectly listed under the original creditor's name on Exhibit A ("Wrong Creditor Claims"); and

b.   Claims arising from preference settlements with respect to which CRG received the 19.2% initial interim distribution (indicating they are all allowed), but claims are not reflected at all on Exhibit A ("502(h) Claims").

4.       The Wrong Creditor Claims should be paid to CRG.  The Wrong Creditor Claims, as currently reflected on the Proposed Distributions chart attached as Exhibit A to the motion, are as follows:

| Original Creditor | Claim No | Claim Amount | % Distribution | Transfer Docket No. |
|---|---|---|---|---|
| Microbiologics | Claim No 13.1 | $7,609.50 | 69.2% | Doc #72 (AIC) |
| Egeen International Corporation | Claim No. 5.1 | $9,306.52 | 69.2% | Doc #932 (AHC) |
| Empire Freight Logistics | Claim No. 5.1 | $443,068.60 | 69.2% | Doc #87  (AIC) |

5.       The 502(h) claims should also be paid to CRG.  The 502(h) Claims are as follows:

| Original Creditor | 502(h) Amount | % Distribution | Order/Agreement Transferring Claim |
|---|---|---|---|
| West Pharmaceutical Services Inc. | $165,000.00 | 50% | Doc #1409  (AHC) |
| ABS Pump Repair | $6,500.00 | 50% | See attached Settlement Agreement |
| Power Supply of Illinois | $4,000.00 | 50% | See attached Settlement Agreement |

6. CRG respectfully requests that the Court direct the trustee to make the necessary amendments to Exhibit A to the Proposed Distribution to correct the Wrong Creditor Claims so that they are listed under, and paid to, CRG, and to add the 502(h) Claims to Exhibit A under CRG's name as set forth herein.

Dated: June 5, 2026
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Aaron J. Bach*
Mark L. Desgrosseilliers (No. 4083)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
E-mail: desgross@chipmanbrown.com
        bach@chipmanbrown.com

*Counsel to CRG Financial, LLC*