# <u>EXHIBIT 1</u>



**From:** Mark Desgrosseilliers <desgross@chipmanbrown.com>
**Sent:** Tuesday, June 2, 2026 2:53 PM
**To:** jcarroll@cozen.com
**Cc:** sfraser@cozen.com
**Subject:** RE: CRG- Akorn Bankruptcy_Motion For Fourth Distribution to Holders of Gen Unsec Claims Question
**Importance:** High

John:

Are you available to discuss?  Response deadline is June 5 and I think this can be addressed easily enough without requiring us to respond formally.

Please advise.

Thank you.

 Mark L. Desgrosseilliers | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0192 | F: 302.295.0199 | desgross@chipmanbrown.com
https://link.edgepilot.com/x/Ue2gWPSlDigzAfMk25rl4nE?u=http://www.chipmanbrown.com/
| vCard

*This transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by replying to this email and delete all copies of the original message.*

**From:** Mark Desgrosseilliers <desgross@chipmanbrown.com>
**Sent:** Friday, May 29, 2026 3:01 PM
**To:** jcarroll@cozen.com
**Cc:** sfraser@cozen.com; Shannon Kalb <SKalb@CRGfinancial.com>
**Subject:** RE: CRG- Akorn Bankruptcy_Motion For Fourth Distribution to Holders of Gen Unsec Claims Question

John:

I hope you are well.  I wanted to follow up with you regarding the email that my client had sent earlier in the week (below).  In addition to the items that were specified, CRG realized that another claim that they hold (Empire Freight Logistics claim no. 5.1 in the amount of $443,068.60 against AIC) was included under the name and address of the original creditor.  CRG has now transferred this claim on the AIC docket under docket no. 87.

In light of the quickly approaching response deadline, we want to ensure that that the Motion will be revised to (i) list CRG's name and address for the Microbiologics, Egeen, & Empire Freight Logistics claims such that distributions will be directed to CRG, and (ii) Exhibit A will be adjusted to include the 50% distributions for the three 502(h) claims held by CRG that were referenced.  If you can please let me know a time that we can discuss in the beginning of next week so we don't run into the response deadline it would be greatly appreciated.

Thank you.

Regards,

 Mark L. Desgrosseilliers | *Partner*
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza | 1313 N. Market Street, Suite 5400
Wilmington, DE 19801
P: 302.295.0192 | F: 302.295.0199 | desgross@chipmanbrown.com
https://link.edgepilot.com/x/Ue2gWPSlDigzAfMk25rl4nE?u=http://www.chipmanbrown.com/
| vCard

*This transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited.  If you are not the intended recipient, please contact the sender by replying to this email and delete all copies of the original message.*

**From:** Shannon Kalb <SKalb@CRGfinancial.com>
**Sent:** Tuesday, May 26, 2026 4:32 PM
**To:** jcarroll@cozen.com

**Cc:** Mark Desgrosseilliers <desgross@chipmanbrown.com>; sfraser@cozen.com
**Subject:** CRG- Akorn Bankruptcy_Motion For Fourth Distribution to Holders of Gen Unsec Claims Question

<mark>**CAUTION EXTERNAL EMAIL**</mark>

Dear Mr. Carroll,

I'm writing regarding the "MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S FOURTH DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS" (dk 1595), which was recently filed in the Akorn Holding Co. bankruptcy.  There are multiple claims held by CRG Financial LLC that were either listed on "Exhibit A- Proposed Fourth Interim Distribution To Holders of Allowed General Unsecured Claims" therein under the name and address of the original creditor or not listed whatsoever.

### Pre-petition Unsecured Claims
**Microbiologics** claim no. 13.1 against AIC was filed in the amount of $7,609.50 general unsecured.  CRG has not received any distributions whatsoever on this claim.   However, it is listed under the original creditor's name and address on the Motion with a proposed 69.2% distribution.   This claim was transferred to CRG under AIC docket no. 72.

**Egeen International Corporation** claim no. 5.1 against AHC was filed in the amount of $9,306.52 general unsecured.  CRG has not received any distributions whatsoever on this claim.   However, it is listed under the original creditor's name and address on the Motion with a proposed 69.2% distribution. This claim was transferred to CRG under AHC docket no. 932.

### 502H Claims
In addition, CRG holds several unsecured claims arising from preference settlements (502H claims – settlement agreements attached) – in all cases, we have received the 19.2% initial interim distro, however the Motion does not include these claims for the subsequent 50% interim distro:
**West Pharmaceutical Services Inc.**: 502(h) amount of $165,000.00
**ABS Pump Repair** 502(h) amount of $6,500.00
**Power Supply of Illinois** 502(h) amount of $4,000.00

If you can please confirm that the Motion will be revised to (i) list CRG's name and address for the aforementioned Microbiologics and Egeen claims such that distributions will be directed to CRG, and (ii) adjust Exhibit A to include the 50% distributions for the three 502(h) claims held by CRG referenced above, it would be greatly appreciated.

Best,
Shannon
CRG Financial LLC
84 Herbert Avenue
Building B- Suite 202
Closter, NJ 07624
(T) 201.214.4649

*This email and any and all documents, offers and/or communications sent by CRG Financial, LLC or any of its affiliates or divisions including, without limitation, Bankruptcy Collections Services and 547 Solutions (collectively, "CRG") are non-binding until a duly executed contract has been effectuated. CRG reserves the right to refuse to enter into an agreement with any party, at its sole discretion and for any reason, without further notice or obligation. CRG is an independent financial firm, and is not a law firm, does not provide legal advice, and is not affiliated with or hired by any company or the Bankruptcy Court. Any discrepancies regarding any of the foregoing shall be governed by the laws of New York.*

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

*This email and any and all documents, offers and/or communications sent by CRG Financial, LLC or any of its affiliates or divisions including, without limitation, Bankruptcy Collections Services and 547 Solutions (collectively, "CRG") are non-binding until a duly executed contract has been effectuated. CRG reserves the right to refuse to enter into an agreement with any party, at its sole discretion and for any reason, without further notice or obligation. CRG is an independent financial firm, and is not a law firm, does not provide legal advice, and is not affiliated with or hired by any company or the Bankruptcy Court. Any discrepancies regarding any of the foregoing shall be governed by the laws of New York.*