**CERTIFICATE OF SERVICE**

I, Amy E. Tryon, hereby certify that, on June 5, 2026, I caused to be served a true and correct copy of the *Response of Argo Partners II, LLC to the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims,* as follows: (i) by CM/ECF electronic notice upon all parties registered to receive such notices; and (ii) on the parties listed below as indicated thereon.

John T. Carroll, III
Simon E. Fraser
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

Dated:  June 5, 2026                      */s/  Amy E. Tryon*
                                          Amy E. Tryon (DE No. 6945)