**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Related D.I.:** **1594 and 1597** |

**CERTIFICATION OF NO OBJECTION TO AMENDED SEVENTH INTERIM (THIRD CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2026 THROUGH MAY 15, 2026**

The undersigned special counsel to George L. Miller, chapter 7 trustee (the "**Chapter 7 Trustee**") of the estates of the above-captioned debtors, hereby certifies that:

1.      On May 22, 2026, the *Sixth Interim (Third Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through May 15, 2026* [D.I. 1594] (the "**Fee Application**") was filed with the Court.

2.      On May 28, 2026, the *Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through May 15, 2026* [D.I. 1597] (the "**Amended Fee Application**") was filed with the Court.[2]

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]     The Fee Application was amended by the Amended Fee Application solely to update the numbering from Sixth to Seventh, and to update the "Prior Applications" in the Fee Application accordingly.  For the avoidance of doubt, no substantive changes were made to the Fee Application or changes that in any way relate to the amount sought therein.

3.      Pursuant to the Notice, objections, if any, to the Fee Application and Amended Fee Application were required to be filed with the Court and served on the undersigned so as to be received on or before 4:00 p.m. on June 5, 2026 (the "**Objection Deadline**").

4.      The Objection Deadline has passed and no objections or responses were served upon the undersigned counsel or entered on the Court's docket.

5.      A hearing on the Fee Application is scheduled for June 12, 2026 at 10:00 a.m.

6.      Attached hereto as **Exhibit "A"** is an *Order Granting Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through May 15, 2026* (the "**Proposed Order**").

WHEREFORE, undersigned counsel respectfully requests that the Court enter the Proposed Order at the earliest convenience of the Court.

Dated: June 8, 2026                    **SAUL EWING LLP**
      Wilmington, DE

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
Telephone:  (302) 421-6800
evan.miller@saul.com

*Special Counsel to the Chapter 7 Trustee*

2