**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Related D.I.: 1594, 1597 and 1603** |

**ORDER GRANTING AMENDED SEVENTH INTERIM (THIRD CONTINGENT) FEE APPLICATION OF SAUL EWING LLP, SPECIAL COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2025 THROUGH MAY 15, 2026**

Upon consideration of the *Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP* ("**Saul Ewing**")*, Special Counsel to the George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2025 Through May 15, 2026* (the "**Application**") for allowance of compensation and reimbursement of expenses for the period from November 1, 2025 Through May 15, 2026; and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application; and after due deliberation and for other and good cause,

IT IS HEREBY ORDERED THAT:

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1.      The Application is granted on an interim basis.

2.      Saul Ewing is allowed compensation in the amount of $810,426.66 for the services rendered and costs related to the same in the amount of $1,892.29 for the Application Period.

3.      Payment may be made by the Trustee to Saul Ewing of 100% of any and all fees and 100% of any and all expenses allowed herein that have not yet been paid from the assets of the Debtors' estates.

Dated: June 9th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

2