**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY, LLC<br>ET AL.,<br><br>Debtors[1]. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |

**NOTICE OF CHANGE OF ADDRESS**
**OF CREDITOR LYNN CONSULTING, LLC**

PLEASE TAKE NOTICE that, on May 15, 2023, creditor Lynn Consulting, LLC filed the

proof of claim number 108 (the "Claim") against debtor Akorn Holding Company, LLC in the

above-captioned chapter 7.

PLEASE TAKE FURTHER NOTICE that, on May 22, 2026, the Trustee filed the *Motion*

*of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to*

*Holders of General Unsecured Claims* [Docket No. 1595] (the "Distribution Motion").   The

Distribution Motion seeks to make a distribution to Lynn Consulting, LLC on the basis of the

Claim.

PLEASE TAKE FURTHER NOTICE that creditor Lynn Consulting, LLC has changed its

address.  Lynn Consulting, LLC's new address is as follows:

14817 Eastway Drive
Silver Spring, Maryland 20905

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers and case numbers are Akorn Holding Company LLC (9190), Case No. 23-10253(KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254(KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' corporate headquarters were located at 5605 CenterPoint Court, Gurnee, IL 60031.

PLEASE TAKE FURTHER NOTICE that, from this date here forth, any distribution payments made on account of the Claim should be sent to Lynn Consulting LLC's new address as listed herein.

*[Remainder of page intentionally left blank]*

RLF1 36028167v.1

Dated: June 10, 2026
      Wilmington, Delaware

/s/ *Colin A. Meehan*

RICHARDS, LAYTON & FINGER, P.A.
Marcos A. Ramos (No. 4450)
Zachary I. Shapiro (No. 5103)
Colin A. Meehan (No. 7237)
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: ramos@rlf.com
      shapiro@rlf.com
      meehan@rlf.com

*Counsel for Lynn Consulting, LLC*