**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 12, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**HEARING IS CANCELLED BY PERMISSION OF THE COURT**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONTINUED MATTERS:**

1.    Scheduling Conferences in Adversary Proceedings

   Status:    The Adversary Proceedings identified on the attached Schedule 1 as items 1, 2, 3, 4, 5 and 7 have been settled subject to 9019 approval and accordingly a scheduling conference is no longer required. With regard to the Adversary Proceeding identified as item 6 (Walmart Inc.) on the attached Schedule 1, the extended Answer date is August 1, 2026 and accordingly the Scheduling Conference is to be adjourned until August 14,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

2026 at 10:00 a.m.

2.  Status Conference in an Adversary Proceeding Regarding Discovery Dispute
    In re:  George L. Miller, Trustee v. Veeva Systems, Inc.
    Adversary Proceeding No. 25-50220 (KBO)

    Related Documents:    (a)    Letter to The Honorable Karen B. Owens Regarding Discovery Dispute filed by Veeva Systems, Inc. [Filed 3/30/2026; Adversary Docket No. 27]

        (b)    Letter to The Honorable Karen B. Owens Responsive to Discovery Dispute filed by George L. Miller, Trustee [Filed 4/1/2026; Adversary Docket No. 28]

    Objection Deadline:    N/A

    Responses Received:    N/A

    Status:    By agreement with Defendant's counsel, this matter is being continued to the next available Chapter 7 date of July 24, 2026 at 10:00 a.m.

**CONCLUDED MATTERS:**

3.  Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with the Bain Defendants [Filed 5/13/2026; Docket No. 1588]

    Related Documents:    (a)    **Certificate of No Objection [Filed 6/10/2026; Docket No. 1607]**

        (b)    **Entered Order [Filed 6/10/2026; Docket No. 1610]**

    Objection Deadline:    5/27/2026

    Responses Received:    None.

    Status:    **This matter is concluded.   Order has been entered by the Court.**

4.  Omnibus Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with Adversary Defendants [Filed 5/13/2026; Docket No. 1591]

LEGAL\115970883\2 6010823/00574256
06/11/2026

Related Documents:    (a)    **Certificate of No Objection**
**[Filed 6/10/2026; Docket No. 1606]**

(b)    **Entered Order**
**[Filed 6/10/2026; Docket No. 1609]**

Objection Deadline:    5/27/2026

Responses Received:    None.

Status:    **This matter is concluded.   Order has been entered by the Court.**

5.    Amended Seventh Interim (Third Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation And Reimbursement Of Expenses for Saul Ewing LLP, Trustee's Attorney, period: 11/1/2025 to 5/15/2026
[Filed 5/28/2026; Docket No. 1597]

Related Documents:    (a)    Certificate of No Objection
[Filed 6/8/2026; Docket No. 1603]

(b)    Order Granting Amended Seventh Interim (Third Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period of November 1, 2025 through May 15, 2026
[Filed 6/9/2026; Docket No. 1604]

Objection Deadline:    6/5/2026

Responses Received:    N/A

Status:    This matter is concluded.  Order granting Amended Seventh Interim (Third Contingent) Fee Application approving fees has been entered.

6.    Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims
[Filed 5/22/2026; Docket No. 1595]

Related Documents:    Proposed Order

Objection Deadline:    6/5/2026

Responses Received:  (a)  Response to the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims Filed by CRG Financial LLC (the "CRG Objection") [Filed 6/5/2026; Docket No. 1600]

  (b)  Response of Argo Partners II, LLC to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims Filed by Argo Partners II, LLC (the "Argo Objection") [Filed 6/5/2026; Docket No. 1601]

  (c)  Informal Objection of Package Development Co., Inc. received by the Trustee on or about 6/1/2026 asserting a clerical error requiring an increase in the claim of Package Development Company to reflect the amended claim amount of $310,937.18 which includes the amount of a 502(h) claim pursuant to a settlement agreement resolving the Estate's preference litigation against Package Development Company (the "Package Objection").

Status:  The Trustee in resolution shall circulate to responding parties and submit a revised proposed Order with corrected Exhibit A reflecting the increased claim amounts asserted in the CRG Objection, the Argo Objection, and the Package Objection.

LEGAL\115970883\2 6010823/00574256
06/11/2026

Dated:  June 11, 2026
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE Bar No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2028 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*

## SCHEDULE 1

| | Adversary Actions Scheduling Conference Settled Subject to 9019 Approval or Adjourned. | | |
|---|---|---|---|
| | | | |
| | **Defendant** | **Adv. No.** | **Status** |
| | | | |
| 1. | Beth Zelnick-Kaufman | 25-50380 | Settled subject to 9019 approval |
| 2. | Christopher C. Young | 25-50381 | Settled subject to 9019 approval |
| 3. | Erislandy Dorado-Boladeres | 25-50382 | Settled subject to 9019 approval |
| 4. | John Sweeney | 25-50383 | Settled subject to 9019 approval |
| 5. | Kevin Bain, et al. | 25-50367 | Settled subject to 9019 approval |
| 6. | Walmart, Inc. | 25-50360 | Scheduling conference adjourned to August 14, 2026 at 10:00 a.m. |
| 7. | William Ostrowski | 25-50384 | Settled subject to 9019 approval |

LEGAL\115970883\2 6010823/00574256
06/11/2026