**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re: D.I. 1595, 1600, 1601** |

**CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF REVISED ORDER GRANTING MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING TRUSTEE'S FOURTH DISTRIBUTION TO HOLDERS OF GENERAL UNSECURED CLAIMS**

I, John T. Carroll, III, counsel to George L. Miller in his capacity as the chapter 7 trustee (the "Trustee") for the estates (the "Estates") of the above-captioned debtors (the "Debtors"), hereby certifies the following:

1. On May 22, 2026 the Trustee filed the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims [D.I. 1595] (the "Motion").[2]

2. On June 5, 2026 responses to the Motion were filed by CRG Financial LLC ("CRG") [D.I. 1600 (the "CRG Response") and Argo Partners II, LLC ("Argo") [D.I. 1601] (the "Argo Response") identifying the need for corrections and/or modification to the proposed distributions as identified on Exhibit "A" to the Motion on claims asserted to be held respectively by CRG and Argo. In addition, on or about June 1, 2026, Package Development Co., Inc. ("Package") through its counsel informally responded to Trustee's counsel identifying a need to modify the proposed

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

distribution on the claim held by Package (the "Package Response" as set forth on Exhibit "A" to the Motion to reflect the filing of an amended claim in an increased amount.

3.       The Trustee through his counsel and accountants has modified Exhibit "A" to the Motion to address the modifications and/or corrections requested by CRG, Argo and Package in the CRG Response, Argo Response and Package Response (the "Revised Exhibit "A") and circulated the Revised Exhibit "A" to counsel for CRG, Argo and Package.

4.       The Trustee's counsel has been notified by counsel for CRG, Argo and Package that the Revised Exhibit "A" is now acceptable to their respective clients and that they have no objection to the entry of the Proposed Order approving the Motion with the Revised Exhibit "A" attached thereto.

5.       A copy of the proposed Order together with the Revised Exhibit "A" thereto is attached hereto as Exhibit "1" (collectively, the "Revised Order").  It should be noted that no changes were made to originally proposed Order other than to attach the Revised Exhibit "A".

6.       A blacklined version of Revised Exhibit "A" against the original version filed with the Motion is attached hereto as Exhibit "2".

7.      Given that the only responses in opposition of the Motion (namely, CRG Response, Argo Response, and Package Response) have each been resolved, the Trustee requests the entry of the proposed Order with Revised Exhibit "A" attached as Exhibit 1 hereto at the Court's earliest convenience.

Dated:  June 15, 2026                        COZEN O'CONNOR
       Wilmington, Delaware

By:    */s/ John T. Carroll, III*
       John T. Carroll, III (DE No. 4060)
       1201 N. Market Street
       Suite 1001
       Wilmington, DE  19801
       (302) 295-2028 Phone
       (302) 295-2013 Fax No.
       jcarroll@cozen.com
       sfraser@cozen.com

       *Counsel to George L. Miller,*
       *Chapter 7 Trustee*