**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *at al.*[1] | ) ) ) | Case No. 23-10253 (KBO) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) ) | **Re: D.I. 1614, 1615, 1616, 1617, 1618, 1619, 1620, 1621, 1622, 1623, 1624, and 1625** |

**NOTICE OF WITHDRAWAL OF MOTIONS TO FILE AMENDED PROOFS
OF CLAIM  [DOCKET NOS. 1614-1625]**

PLEASE TAKE NOTICE that the undersigned counsel for Hain Capital Investors

Master Fund, LTD and its affiliates, hereby withdraws its Motions to File Amended

Proofs of Claim, filed on June 18, 2026, filed at Docket Nos. 1614, 1615, 1616, 1617,

1618, 1619, 1620, 1621, 1622, 1623, 1624, and 1625, respectively.

Date: June 23, 2026

**THE ROSNER LAW GROUP LLC**
/s/ *Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone:  (302) 777-1111
Email: rosner@teamrosner.com

*Counsel for Hain Capital Investors*
*Master Fund, LTD and its affiliates*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax  identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.