**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>  Debtors. | Chapter 7<br><br>Case No.  23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Date:  July 3, 2026, at 4:00 p.m. (ET)** |

**COMMISSION NOTICE OF JNR ADJUSTMENT COMPANY, INC.**
**AS ACCOUNTS RECEIVABLE COLLECTION AGENCY TO THE TRUSTEE**

George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the above-captioned debtors (collectively, the "Debtors"), hereby files this Commission Notice of JNR Adjustment Company, Inc. ("JNR") as Accounts Receivable Collection Agency to the Trustee (the "Notice") and states the following:

1.      The Trustee entered into a Collection Services Agreement with JNR, dated September 11, 2025 (the "Collection Services Agreement"), a copy of which was filed with the *Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency* [Doc. No. 1479] (the "Motion")[2] which was approved by Order of the Court dated October 30, 2025 [Doc. No. 1501] (the "Retention Order").   Pursuant to the Collection Services Agreement, JNR provides certain Collection Services to the Trustee, including but not limited to communication with former customers of the Debtors, analysis of accounts, and collection of debts, in connection with past due receivables ("Customer Accounts") which the Trustee refers to JNR for collection (the "Referred Customer Accounts").

2.      The Collection Service Agreement provides that JNR is entitled to a 35% commission for all amounts collected on the Trustee's behalf on Referred Customer Accounts, including any judgment, award, or settlements ("Qualifying Payments"). *See* Collection Services Agreement §§ 2.1 & 2.3(a).

3.      Pursuant to the Retention Order:

JNR will submit an invoice to the Trustee for Commissions earned on one or more Qualifying Payment. Prior to payment to JNR the Trustee shall file and serve a notice (the "Fee Notice") upon (i) the Office of the United States Trustee,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

1

(ii) the Debtors' counsel, (iii) the twenty (20) largest unsecured creditors of the Debtors; and (iv) all parties requesting such notice in these Bankruptcy Cases pursuant to Bankruptcy Rule 2002 of the Bankruptcy Rules, in accordance with Del. Bankr. L.R. 2002-1(b), (collectively, the "Fee Notice Parties") indicating the demand amount, amount collected and amount of Commission to be paid to JNR and such Fee Notice shall be subject to a ten (10) day objection period to file an objection to the Fee Notice. If no objections are filed by such ten-day objection deadline, the Trustee may pay JNR its Commission without further order of the Court.

*See* Retention Order  ¶ 5.

4.     In accordance with the terms of the Retention Order, the Trustee files this Notice seeking payment of Commissions to JNR on the Referred Accounts identified on Exhibit "A" attached hereto.

5.     Responses or any objections to the Notice are to be filed on or before **July 3, 2026 at 4:00 p.m. (prevailing Eastern time)** in writing, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.  At the same time, you must also serve a copy of the response/objection upon the Trustee's counsel:

> John T. Carroll, III, Esquire
> Cozen O' Connor
> 1201 N. Market Street, Suite 1001
> Wilmington, DE   19801
> Fax No. 215-701-2140
> jcarroll@cozen.com

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE NOTICE WILL BE APPROVED WITHOUT THE NEED FOR A HEARING, FURTHER NOTICE OR COURT ORDER AND THE TRUSTEE WILL PAY THE COMMISSIONS IDENTIFIED ON EXHIBIT "A" TO JNR.**

Dated:  June 23, 2026              COZEN O'CONNOR

*/s/ John T. Carroll, III*

John T. Carroll, III (No. 4060)
1201 N. Market Street, Suite 1001
Wilmington, DE  19801
Phone:  302-295-2028
Facsimile: 215-701-2140
jcarroll@cozen.com

*Counsel to Trustee, George L. Miller*

2