# EXHIBIT "A"

LEGAL\116202853\3

**Debtor:   Akorn, Inc.**
**Case No. 23-10255 (KBO)**
**Accounts Receivable Collections**

| Referred Account | Adv. Proc. No. | Amount Collected | JNR Commission 35% |
|---|---|---|---|
| Advanced Retina Center LC | N/A | $ 6,551.18 | $ 2,292.91 |
| Arizona Macular Degeneration Center of Excellence | N/A | $ 4,320.00 | $ 1,512.00 |
| Associated Eye Physicians | N/A | $ 7,719.77 | $ 2,701.92 |
| Atlantic Retina Center PA | N/A | $ 5,000.00 | $ 1,750.00 |
| Central Coast Retina | N/A | $ 1,728.00 | $ 604.80 |
| Dressler Linda B MD | N/A | $ 1,772.03 | $ 620.21 |
| Dynasty Pharmaceuticals Inc | N/A | $ 3,338.16 | $ 1,168.36 |
| Eye Medical Center of Fresno Inc (d/b/a Eye Medical Clinic of Fresno) | N/A | $ 5,184.00 | $ 1,814.40 |
| Eyecare Partners LLC | N/A | $ 2,229.14 | $ 780.20 |
| Eyecare Specialists Medical Group | N/A | $ 268.00 | $ 93.80 |
| Florida Eye Associates | N/A | $ 1,676.16 | $ 586.66 |
| Grassi Retina MD SC | N/A | $ 3,496.56 | $ 1,223.80 |
| HSB Vet Supplies Inc | N/A | $ 1,332.00 | $ 466.20 |
| Limberg Michael MD | N/A | $ 2,050.77 | $ 717.77 |
| Moore Eye Institute | N/A | $ 3,456.00 | $ 1,209.60 |
| New York Eye Surg Center | N/A | $ 2,592.00 | $ 907.20 |
| Ohio St Univ Medical Ctr | N/A | $ 6,835.90 | $ 2,392.57 |
| Penn Veterinary Supply | N/A | $ 3,160.80 | $ 1,106.28 |
| Postitudes Inc | N/A | $ 3,784.86 | $ 1,324.70 |
| Refocus Management Services | N/A | $ 1,260.00 | $ 441.00 |
| Retina Associates of Western NY | N/A | $ 8,640.00 | $ 3,024.00 |
| Retina Center | N/A | $ 2,592.00 | $ 907.20 |
| Retina Consultants of Charleston | N/A | $ 5,100.00 | $ 1,785.00 |
| Retina Consultants of San Diego | N/A | $ 1,238.19 | $ 433.37 |
| Retina Eye Specialists LLC | N/A | $ 1,728.00 | $ 604.80 |
| Retina Specialists of Alabama | N/A | $ 2,483.59 | $ 869.26 |
| Rubin Brecher MD LLC | N/A | $ 2,592.00 | $ 907.20 |
| Shah Eye Center | N/A | $ 1,728.00 | $ 604.80 |

LEGAL\116202853\3

| | | | |
|---|---|---|---|
| Spectrum Vision Partners | N/A | $ 1,192.96 | $ 417.54 |
| Trinity Health | N/A | $ 6,835.90 | $ 2,392.57 |
| University Hospitals AP Dept | N/A | $ 4,317.24 | $ 1,511.03 |
| Vitreous Retina Macula Consultants of NY | N/A | $ 3,305.11 | $ 1,156.79 |
| VTH Kansas State | N/A | $ 198.00 | $ 69.30 |
| Weis Markets | N/A | $ 1,710.24 | $ 598.58 |
| **TOTALS** | | **$ 111,416.56** | **$ 38,995.82** |

LEGAL\116202853\3