**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*[1] | Case No.  23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING
COMMISSION NOTICE OF JNR ADJUSTMENT COMPANY, INC.
AS ACCOUNTS RECEIVABLE COLLECTION AGENCY TO THE TRUSTEE**

I, John T. Carroll, III, counsel to George L. Miller, Chapter 7 Trustee (the "Trustee") for the Estate of the above-captioned Debtors (the "Debtors") hereby certify that on June 23, 2026, I caused a true and correct copy of the *Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee* (the "Notice") to be served on the parties identified on the service list attached hereto, incorporated herein, and marked as Exhibit 1, via First Class U.S. Mail.

Notice of filing of the Notice was received by way of electronic service via a Notice of Electronic Filing through the Court's CM/ECF System including registered participants of the Case Management/Electronic Case Files System (CM/ECF) in the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

LEGAL\116202853\3

Dated:   June 23, 2026

COZEN O'CONNOR

*/s/ John T. Carroll, III*

John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
Phone:  302-295-2028
Facsimile: 215-701-2140
jcarroll@cozen.com

*Counsel to Trustee, George L. Miller*

LEGAL\116202853\3