**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | ) | Case No. 23-10253 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP hereby appears as

counsel for GP Pharm, S.A. ("GP Pharm") pursuant to section 1109(b) of title 11 of the United

States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of the United States Bankruptcy

Court for the District of Delaware, and request that copies of any and all notices and papers filed

or entered in these cases be given to and served upon the following:

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Donna L. Culver (No. 2983)
Cole T. Kreuzberger (No. 7613)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dculver@morrisnichols.com
         ckreuzberger@morrisnichols.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service

of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.

without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

PLEASE TAKE FURTHER NOTICE that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of GP Pharm to (1) have an Article III judge adjudicate in the first instance in any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which GP Pharm is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, GP Pharm's

consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy,

if it is determined that the Court cannot enter final orders or judgments consistent with Article III

of the United States Constitution, absent consent of GP Pharm.

Dated: June 25, 2026
Wilmington, Delaware                    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
Cole T. Kreuzberger (No. 7613)
1201 North Market Street, 16th Floor
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  dculver@morrisnichols.com
            ckreuzberger@morrisnichols.com

*Attorneys for GP Pharm, S.A.*