## **CERTIFICATE OF SERVICE**

I, Donna L. Culver, hereby certify that on June 25, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was served upon all parties of record via CM/ECF.

*/s/ Donna L. Culver*