# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**STIPULATION PERMITTING**
**DISTRIBUTIONS TO BE MADE VIA WIRE TRANSFER**

This stipulation (the "Stipulation") is entered into by and among George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors, and Creditor Walgreens Boots Alliance Development GmbH ("WBAD" and together with the Debtors, the "Parties"), by and through their undersigned counsel, and provides as follows:

**WHEREAS**, WBAD is a holder of an allowed claim in the above-captioned cases entitled to distributions from the bankruptcy estates;

**WHEREAS**, WBAD is located in Germany and does not maintain a bank account in the United States;

**WHEREAS**, a prior distribution issued by check drawn on a United States bank have proven exceedingly difficult for WBAD to negotiate, among other reasons, because checks are rarely used in Germany;

**WHEREAS**, WBAD has requested that future distributions be made by wire transfer to its designated foreign bank account;

**WHEREAS**, the Parties agree that permitting distribution by wire transfer will facilitate efficient administration of the estates and ensure that WBAD is able to receive distributions;

**WHEREAS**, WBAD has provided written wire transfer instructions to the Trustee;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**:

1.      The Trustee is authorized to make any and all distributions to WBAD by wire transfer in lieu of payment by check.  The Trustee may rely on the wire instructions provided by WBA.

2.      This Stipulation is subject to approval by the Court.

**IN WITNESS WHEREOF** and in agreement herewith, by and through the undersigned, the Parties have executed and delivered this Stipulation as of the date set forth below.

Dated:    June 29, 2026

**COZEN O'CONNOR**

By:    */s/ John T. Carroll III*
John T. Carroll III (DE No. 4060)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Fax: (215) 701-2140
Email: Jcarroll@cozen.com

*Counsel for George Miller, Chapter 7 Trustee*

**AUSTRIA LEGAL, LLC**

Dated:    June 29, 2026

By:    */s/ Matthew P. Austria*
Matthew P. Austria (DE No. 4827)
1007 N. Orange St., 4th Floor
Wilmington, DE  19801
Telephone: (302) 521-5197
Fax: (302) 291-1722
Email: maustria@austriallc.com

-and-

**MANATT, PHELPS & PHILLIPS, LLP**
Schuyler G. Carroll
7 Times Square
New York, NY 10036
Telephone: (212) 790-4500
Email: scarroll@manatt.com

*Counsel for Walgreens Boots Alliance Development GmbH*