# Exhibit A

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
| --- | --- | --- | --- | --- |
| Chem-Aqua Inc. | $28,797.77 | $16,000.00 | 25-50109 | Settlement is at least 80% of the estimated net preference liability after accounting for a defense under 547(c)(4). |
| Cintas Corporation aka Cintas Garment 780, Cintas Corporation, and Cintas Corporation aka Cintas Garment | $104,981.06 | $20,000.00 | 25-50327 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Filamatic | $64,310.27 | $7,500.00 | 25-50341 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| JDLR Consulting, LLC | $20,000.00 | $7,500.00 | 25-50282 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kingfisher International | $167,875.00 | $90,500.00 | 25-50153 | Settlement is at least 65% of the estimated net preference liability after accounting for the defendant's asserted 547(c)(2) defense. |
| Monarch Strategic HR Consulting And Coaching, LLC | $185,213.75 | $30,000.00 | 25-50324 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2), (c)(4), and mere conduit. |
| Platinum Press, Inc. | $481,564.95 | $30,000.00 | 25-50115 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| PPD Development, LP | $184,963.90 | $1,000.00 | 25-50164 | Settlement is at least 90% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Winpak Ltd. | $85,128.72 | $20,000.00 | 25-50263 | Settlement is at least 75% of the estimated net preference after accounting for defenses under 547(c)(2). |

[1]     Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2]     Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.