**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al*. | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on July 2, 2026, I caused a true and correct copy of the Chapter 7 Trustee's Thirteenth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on July 2, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on July 2, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

/s/ Evan T. Miller
Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
Email:  evan.miller@saul.com

## **Exhibit A- Via Electronic Mail**

Office of the United States Trustee
Attn: Jon Lipshie Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Chem-Aqua Inc.
Jobe Law PLLC
c/o Hudson Jobe, Esq.
6060 North Central Expressway, Suite 500
Dallas, TX 75206
hjobe@jobelawpllc.com

Cintas Corporation a/k/a Cintas
Garment 780
FBT Gibbons
c/o Sloane O'Donnell, Esq.
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
sodonnell@fbtgibbons.com

Platinum Press, Inc.
Austria Legal, LLC
c/o Matthew P. Austria, Esq.
1007 N. Orange St., 4th Floor
Wilmington, DE  19801
maustria@austriallc.com

Filamatic
McNees Wallace & Nurick LLC
c/o Rick M. Grams, Esq.
600 Washington Ave, Suite 104
Towson, MD  21204
RGrams@mcneeslaw.com

JDLR Consulting, LLC
Carothers & Hauswirth
c/o  Gregory W. Hauswirth, Esq.
1007 North Orange Street, 4th Floor
Wilmington, DE  19801
ghauswirth@ch-legal.com

Kingfisher International
The Law Office of James Tobia, LLC
c/o James Tobia, Esq.
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Monarch Strategic HR Consulting And
Coaching, LLC
Loizides, P.A.
c/o Christopher D. Loizides, Esq.
1225 King Street, Suite 800
Wilmington, DE 19801 loizides@loizides.com

PPD Development, LP
Hiller Law, LLC
c/o Adam Hiller, Esq.
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
ahiller@adamhillerlaw.com

Winpak, Ltd.
Bond, Schoeneck & King PLLC
c/o Justin Krell, Esq.
68 South Service Road
Melville, NY  11747-9750
jkrell@bsk.com

# Exhibit B- Via First Class Mail

Chem-Aqua Inc.
P.O. Box 152170
Irving, TX 75015

Chem-Aqua Inc.
c/o Russell L. Price
2727 Chemsearch Blvd.
Irving, TX 75062

Cintas Corporation a/k/a Cintas Garment 780 c/o
CM Registered Agent, Inc.
120 S. Central Ave, Ste 1800
Saint Louis, MO 63105-1726

Cintas Corporation a/k/a Cintas Garment
c/o CM Registered Agent, Inc.
120 S. Central Ave, Ste 1800
Saint Louis, MO 63105-1726

Cintas Corporation
c/o CM Registered Agent, Inc.
120 S. Central Ave, Ste 1800
Saint Louis, MO 63105-172

Filamatic
4119 Fordleigh Rd.
Baltimore, MD 21215

-and-

Filamatic
c/o Alan Betten
502 Washington Ave, Suite 610
Baltimore, MD 21204

JDLR Consulting, LLC
c/o Joyce Lyn de Los Reyes
3521 Sutton Loop
Fremont, CA 94536

Kingfisher International
165 Mostar St #8
Whitchurch-Stouffville, ON L4A 0Y2, Canada

Kingfisher International
c/o John Patrick Parizek
1390 Aspen Way
Vista, CA  92081

Monarch Strategic HR Consulting & Coaching,
LLC,
c/o John Godino
27 Warren St., Ste 104
Hackensack, NJ 07601

Platinum Press Inc.
c/o Ferguson, Braswell & Fraser, PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093

PPD Development, LP
26361 Network Place
Chicago, IL 60673-1263

-and-

PPD Development, LP
Capitol Services, Inc.
108 Lakeland Ave.
Dover, DE 19901

Winpak
9003 Paysphere Circle
Chicago, IL 60674

Winpak
c/o Chanda Bussey
100 Wihuri Pkwy
Senoia, GA, 30276-3327