**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Date:**　　**July 17, 2024 at 4:00 p.m. ET**<br><br>**Hearing Date:**　　**July 24, 2026 at 10:00 a.m. ET** |

**NOTICE OF TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING**
**SETTLEMENT WITH AKORN AG (N/K/A OPTHTAPHARM AG)**

PLEASE TAKE NOTICE that George L. Miller, as chapter 7 trustee for the estates of the above-captioned debtors (the "Trustee"), filed a *Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG)* in the above-captioned cases (the "Motion").

PLEASE TAKE FURTHER NOTICE that if you wish to respond to the Motion, you must do so in writing, and file your response with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware so that it is actually received on or before **4:00 p.m. on July 17, 2026.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response upon the Trustee's counsel:

> John T. Carroll, III, Esquire
> Simon E. Fraser, Esquire
> Cozen O'Connor
> 1201 N. Market Street, Suite 1001
> Wilmington, DE 19801-1147
> jcarroll@cozen.com
> sfraser@cozen.com

**Please take further notice that if objections are filed, a hearing on the Motion will be held on July 24, 2026 at 10:00 a.m. before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy Court, 824 N. Market Street, 6th floor, Courtroom No. 3, Wilmington, DE 19801.**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**Please take further notice that if you fail to respond in accordance with this Notice, the Bankruptcy Court may grant the relief requested by the Motion without further notice or hearing.**

**COZEN O'CONNOR**

Dated:  July 2, 2026

 _/s/ Simon E. Fraser_
John T. Carroll, III (DE No. 4060)
Simon E. Fraser (No. 5335)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
302-295-2000
jcarroll@cozen.com
sfraser@cozen.com

_Counsel to George L. Miller, Chapter 7 Trustee_

2
