**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br><br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br><br>**Re D.I. ___** |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF ORDER APPROVING
<u>SETTLEMENT WITH AKORN AG (N/K/A OPTHTAPHARM AG)</u>**

This matter coming before the Bankruptcy Court on the *Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG)* (the "<u>Motion</u>");[2] adequate and sufficient notice of the Motion having been provided; all interested parties having been afforded an opportunity to be heard with respect to the Motion and all relief related thereto; the Bankruptcy Court having reviewed and considered the Motion and all relief related thereto; the Bankruptcy Court having jurisdiction over this matter, and the legal and factual bases set forth in the Motion establishing just cause for the relief granted herein; and after due deliberation, and good and sufficient cause appearing,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.　　　　The Motion is GRANTED.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

2.     The Stipulation is approved.  The Trustee is authorized to enter into the Stipulation, and to take all actions necessary or appropriate to carry out the terms of the Stipulation, including without limitation making the Interim Distribution pursuant to the terms of the Stipulation.

3.     In accordance with the Stipulation, Opthtapharm AG is allowed a general unsecured non-priority claim in the amount of $18,500,000 against the Estate of Debtor Akorn Operating Company LLC.

4.     The Trustee is authorized to make the Interim Distribution, and future distribution payments, if any, to Opthtapharm AG by wire, pursuant to instructions to be provided by Opthtapharm AG.

5.     The Bankruptcy Court shall retain jurisdiction over this matter to interpret or enforce all provisions of this Order and the Stipulation.