**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC,<br>*et al* [1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**RE: DOCKET NO. 1632** |

**CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION FOR ENTRY OF ORDER**
**APPROVING SETTLEMENT WITH AKORN AG (N/K/A OPTHTAPHARM AG)**

Undersigned counsel hereby certifies that on Thursday, July 2, 2026, the *Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG)* (the "Motion") [D.I. 1632] was efiled via CM/ECF and served via NEF on all parties registered to receive notification of such filings.  Additionally, the Motion was served on the parties listed on the attached Service List in the manner indicated.

                                              **COZEN O'CONNOR**

Dated:  July 2, 2026                */s/ Simon E. Fraser*
                                 John T. Carroll, III (DE No. 4060)
                                 Simon E. Fraser (No. 5335)
                                 1201 N. Market Street, Suite 1001
                                 Wilmington, DE 19801-1147
                                 302-295-2000
                                 jcarroll@cozen.com
                                 sfraser@cozen.com

                                 *Counsel to George L. Miller, Chapter 7 Trustee*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**In re: Akorn Holding Company LLC, et al.**
**Case No. 23-10253 (KBO)**

**Service List:**
**[D.I. 1632]** *Trustee's Motion for Entry of Order Approving Settlement With Akorn AG*
*(n/k/a Opthtapharm AG)*

*Via Email:*

Richard L. Schepacarter
OFFICE OF THE UNITED STATES
TRUSTEE
richard.schepacarter@usdoj.gov

*U.S. Trustee*

A. Lee Hogewood III
K&L GATES LLP
A.Lee.HogewoodIII@klgates.com

*Counsel to Akorn AG (n/k/a Opthtapharm AG*

Jared W. Kochenash
Matthew B. Lunn
Joseph M. Mulvihill
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
jkochenash@ycst.com
mlunn@ycst.com
jmulvihill@ycst.com

*Counsel to Debtors*

Daniel B. Butz
Robert J. Dehney
Austin Park
MORRIS NICHOLS ARSHT & TUNNELL
LLP
dbutz@mnat.com
rdehney@mnat.com
apark@mnat.com

*Counsel to Debtors*

Malak S. Doss
Andrew K. Glenn
Richard Ramirez
Shai Schmidt
Trevor J. Welch
GLENN AGRE BERGMAN & FUENTES
LLP
mdoss@glennagre.com
aglenn@glennagre.com
rramirez@glennagre.com
sschmidt@glennagre.com
twelch@glennagre.com

*Counsel to Debtors*

2

**TOP 30 UNSECURED CREDITORS**
*Via Email:*

Akorn Ag Hettlingen
Attn: Douglas S. Boothe
Riethofstrasse 1
Hettlingen 8442
Switzerland

Aptar Pharma
Attn: Kimberly Y. Chainey
265 Exchange Drive
Crystal Lake, IL 60014

Archimica Spa
Attn: Ralf Pfirmann
Viale Milano 86
Lodi 26900
Italy

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs
Office Of Inspector General Release Of
Information Office (50ci)
810 Vermont Avenue, NW
Washington, DC 20420

Douglas Pharmaceuticals America
Te Pai Place, Lincoln
PO Box 45 027
Auckland 651
New Zealand

E L Pruitt Company
P.O. Box 3306
Attn: Accounts Receivable
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

PNC Bank
c/o Ernst & Young Us LLP
3712 Solution Center
Chicago, IL 60677-3007

Ethypharm
Attn: Roseline Joannesse
194 Bureaux De La Colline, Batiment D,
12eme Etage
Saint-Cloud Cedex 92213
France

Euroapi USA
100 Somerset Corporate Blvd
2nd Floor, Suite 100
Bridgewater, NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd.
Lenoir, NC 28645

Gerresheimer Glass Inc.
Attn Accounts Receivable
537 Crystal Ave.
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Mikart, Inc.
1750 Chattahoochee Ave.
Atlanta, GA 30318

Model N Inc.
Attn: Errol Hunter
777 Mariners Island Blvd., Suite 300
San Mateo, CA 94404

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

The Ritedose Corporation
Attn: Jody Chastain
1 Technology Circle
Columbia, SC 29203

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

West Pharma Services
530 Herman O West Drive
Exton, PA 19341

Halocarbon Life Sciences LLC
Attn: David Bacon
6525 The Corners Parkway, Suite 200
Peachtree Corners, GA 30092

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

MJS Packaging
35601 Veronica St.
Livonia, MI 48150

SGD SA-North America Office
900 Third Avenue, 4th Floor
New York, NY 10022

SST Corporation
55 Lane Road, Suite 450
Fairfield, NJ 07004

Tracelink Inc
Attn: Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

Veronica Development Associates, LLC
Attn: Norris McLaughlin, P.A.
c/o Robert Mahoney
400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

WSC-GSP B/L Office Park Owner VII, LLC
Attn: Marc S. Lichtman
Lichtman Eisen Partners, Ltd.
134 North LaSalle Street, Suite 750
Chicago, IL 60602

4

Zhejiang Hisun Pharma China
Attn:  Li Yan
Waisha Road No. 46
Jiaojiang District
Taizhou 318000
China

Zygosome LLC- R&D Only
92 Argilla Road
Andover, MA 01810