## EXHIBIT 1

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Re: D.I. 1631 & ___** |

**ORDER APPROVING SETTLEMENTS OF AVOIDANCE CLAIMS
LISTED ON CHAPTER 7 TRUSTEE'S THIRTEENTH NOTICE OF SETTLEMENT
<u>PURSUANT TO SETTLEMENT PROCEDURES ORDER</u>**

Upon consideration of the Chapter 7 Trustee's Thirteenth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to Settlement Procedures Order (the "<u>Notice</u>");[2] and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Notice was given; and that sufficient legal and factual bases exist for the relief requested in the Notice; and after due deliberation, the Court having determined that the relief requested in the Notice is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The settlements of Avoidance Actions against the Defendants listed on the Notice are APPROVED.

---

[1]     The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2]     Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Notice.

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Exhibit A**

**Schedule of Settlements Subject to Notice of Settlement Provisions**

| Name | Gross Amount Demanded | Settlement Amount[1] | Adversary Number | Asserted Defenses/ Settlement Summary[2] |
|---|---|---|---|---|
| Chem-Aqua Inc. | $28,797.77 | $16,000.00 | 25-50109 | Settlement is at least 80% of the estimated net preference liability after accounting for a defense under 547(c)(4). |
| Cintas Corporation aka Cintas Garment 780, Cintas Corporation, and Cintas Corporation aka Cintas Garment | $104,981.06 | $20,000.00 | 25-50327 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Filamatic | $64,310.27 | $7,500.00 | 25-50341 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| JDLR Consulting, LLC | $20,000.00 | $7,500.00 | 25-50282 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Kingfisher International | $167,875.00 | $90,500.00 | 25-50153 | Settlement is at least 65% of the estimated net preference liability after accounting for the defendant's asserted 547(c)(2) defense. |
| Monarch Strategic HR Consulting And Coaching, LLC | $185,213.75 | $30,000.00 | 25-50324 | Settlement is at least 60% of the estimated net preference liability after accounting for defenses under 547(c)(2), (c)(4), and mere conduit. |
| Platinum Press, Inc. | $481,564.95 | $30,000.00 | 25-50115 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| PPD Development, LP | $184,963.90 | $1,000.00 | 25-50164 | Settlement is at least 90% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Winpak Ltd. | $85,128.72 | $20,000.00 | 25-50263 | Settlement is at least 75% of the estimated net preference after accounting for defenses under 547(c)(2). |

---

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.