**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>VEEVA SYSTEMS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50220 (KBO)<br><br>**Objection Deadline: 7/28/2026 at 4:00 PM (E.T.)**<br>**Hearing Date: 8/14/2026 at 10:00 AM (E.T.)** |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND VEEVA SYSTEMS, INC.**

**PLEASE TAKE NOTICE** that George L. Miller, the chapter 7 trustee (the "Trustee") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC, has filed the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement between the Trustee and Veeva Systems, Inc.* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"), by **July 28, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must also serve a copy of the response upon the undersigned counsel to the Trustee so that the response is received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge**,** at the Bankruptcy Court, 824

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801 on **August 14, 2026 at 10:00 a.m. (ET)**.

       **PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

Dated: July 14, 2026

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

and

Michelle G. Novick (admitted pro hac vice)
161 North Clark Street, Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7899
michelle.novick@saul.com

and

Turner N. Falk (admitted pro hac vice)
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8415
turner.falk@saul.com

*Special Counsel to Plaintiff*