**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>Re D.I. 1632 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF
GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR ENTRY OF ORDER
APPROVING SETTLEMENT WITH AKORN AG (N/K/A OPTHTAPHARM AG)**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Motion of George L. Miller, Chapter 7 Trustee, For Entry of Order Approving Settlement With Akorn AG (N/K/A Opthtapharm AG)* [Filed 7/2/2026; D.I. 1632] (the "Motion").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than July 17, 2026 at 4:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

It is hereby respectfully requested that the proposed Order as originally filed with the

Motion be entered at the earliest convenience of the Court.

Dated:   July 22, 2026                                        COZEN O'CONNOR

                                            By:      /s/ John T. Carroll, III
                                                     John T. Carroll, III (DE No. 4060)
                                                     1201 N. Market Street
                                                     Suite 1001
                                                     Wilmington, DE  19801
                                                     (302) 295-2000 Phone
                                                     (302) 295-2013 Fax No.
                                                     jcarroll@cozen.com

                                                     *Counsel to George L. Miller,*
                                                     *Chapter 7 Trustee*