**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 24, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**CONCLUDED MATTERS:**

1.  Status Conference in an Adversary Proceeding Regarding Discovery Dispute
    In re:  George L. Miller, Trustee v. Veeva Systems, Inc.
    Adversary Proceeding No. 25-50220 (KBO)

    Related Documents:   (a)  Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

[Filed 7/14/2026; D.I. No. 1637]

Objection Deadline:      7/28/2026 at 4:00 p.m.

Responses Received:     None.

Status:      The parties are resolved, as reflected in the 9019 Motion filed on July 14, 2026 at D.I. 1637. The 9019 Motion is set for hearing on August 14, 2026.

2.    Motion to Approve Compromise under Rule 9019 Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG) Filed by George L. Miller.
[Filed 7/2/2026; D.I. 1632]

Related Documents:   (a)   Certification of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement With Akorn AG
[Filed 7/22/2026; D.I. 1638]

                (b)   Proposed Order

Objection Deadline:     7/17/2026 at 4:00 p.m.

Responses Received:    None.

Status:     Proposed Order uploaded and awaiting entry.

Dated: July 22, 2026
      Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE Bar No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE 19801
      (302) 295-2028 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller,*
      *Chapter 7 Trustee*

2

## SCHEDULE 1

| Adversary Actions Scheduling Conference Settled Subject to 9019 Approval or Adjourned. | | |
|---|---|---|
| | | |
| **Defendant** | **Adv. No.** | **Status** |
| | | |
| 1. Walmart, Inc. | 25-50360 | Scheduling conference adjourned to August 14, 2026 at 10:00 a.m. |
| | | |