**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.,* [1] | Case No. 23-10253 (KBO) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 24, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**\*\*THIS HEARING HAS BEEN CANCELLED BY THE COURT\*\***

**CONCLUDED MATTERS:**

1.    Status Conference in an Adversary Proceeding Regarding Discovery Dispute
In re:  George L. Miller, Trustee v. Veeva Systems, Inc.
Adversary Proceeding No. 25-50220 (KBO)

| Related Documents: | (a) | Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc. [Filed 7/14/2026; D.I. No. 1637] |
|---|---|---|
| Objection Deadline: | | 7/28/2026 at 4:00 p.m. |
| Responses Received: | | None. |
| Status: | | The parties are resolved, as reflected in the 9019 Motion filed on July 14, 2026 at D.I. 1637.  The 9019 Motion is set for hearing on August 14, 2026. |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255.  The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.
[2] Amended text displayed in bold typeface.

2.   Motion to Approve Compromise under Rule 9019 Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG) Filed by George L. Miller. [Filed 7/2/2026; D.I. 1632]

Related Documents:   (a)   Certification of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement With Akorn AG [Filed 7/22/2026; D.I. 1638]

(b)   **Order Granting Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG) [Entered 7/22/2026; D.I. 1641]**

Objection Deadline:   7/17/2026 at 4:00 p.m.

Responses Received:   None.

**Status:**   **An Order has been entered.**

Dated:  July 22, 2026
        Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE Bar No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2028 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller,*
      *Chapter 7 Trustee*

## SCHEDULE 1

| Adversary Actions Scheduling Conference Settled Subject to 9019 Approval or Adjourned. | | | |
|---|---|---|---|
| | **Defendant** | **Adv. No.** | **Status** |
| | | | |
| 1. | Walmart, Inc. | 25-50360 | Scheduling conference adjourned to August 14, 2026 at 10:00 a.m. |
| | | | |