**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | **Related D.I.: 1637** |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | |
| Plaintiff, v. | Adv. Proc. No. 25-50220 (KBO) |
| VEEVA SYSTEMS, INC, | **Related Adv. D.I.: 38** |
| Defendant. | |

**CERTIFICATE OF NO OBJECTION TO MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND VEEVA SYSTEMS, INC.**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee")

for the estate of the above-captioned debtors (the "Debtors") hereby certifies that:

1.      On July 14, 2026, the *Motion for Entry of an Order Pursuant to Section 105(a) of*

*the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee*

*and Veeva Systems, Inc.* [D.I. 1637] [Adv D.I. 38]  (the "Motion") was filed with the Court.

2.      Pursuant to the notice of the Motion, objections, if any, to the Motion were required

to have been filed with the Court and served on the undersigned so as to be received on or before

---

[1]      The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).  The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

July 28, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3.    The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4.    Accordingly, the Motion may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: July 30, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to the Chapter 7 Trustee*

2