

**Exceptional Service. Extraordinary People.**

Managed Health Care Associates, Inc.

August 6, 2026

RECEIVED

2026 AUG -7 A 10: 59

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>**VIA FEDEX**</u>

Clerk of the Court
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
Attn: Claims

> **RE:** **In re Akorn Holding Company LLC, et al., Case No. 23-10253 (KBO) (Jointly Administered) (Chapter 7) - Notice of Change of Address of Creditor Managed Health Care Associates, Inc.; Claim No. 276**

Dear Clerk of the Court:

Please be advised that the address of creditor Managed Health Care Associates, Inc. ("MHA") has changed. MHA filed a proof of claim in the above-referenced jointly administered case on June 20, 2023, which was docketed as Claim No. 276 in the amount of $56,940.41 (the "Claim"). The address for MHA listed on the Claim is no longer valid.

MHA respectfully requests that the claims register and the Court's mailing matrix be updated to reflect MHA's new address. All future notices, correspondence, and payments to MHA in connection with the Claim, and all other notices in these jointly administered cases, should be directed to the following new address:

> Managed Health Care Associates, Inc.
> 400 Interpace Parkway, Building C, Suite 200
> Parsippany, NJ 07054

For reference, the former address listed on the Claim was 25-A Vreeland Road, Suite 200, Florham Park, NJ 07932.

A copy of the Claim is enclosed for the Court's reference. Please direct any questions regarding this notice to the undersigned. Thank you for your attention to this matter.

> Sincerely,
>
> Tammy Kotsev
> Vice President, Associate General Counsel
> Managed Health Care Associates, Inc.
> (973) 805-9446
> tkotsev@mhainc.com

cc: George L. Miller, Chapter 7 Trustee
John T. Carroll, III, Esq., Cozen O'Connor
(Counsel to the Chapter 7 Trustee)

Encl.: Copy of Proof of Claim No. 276

**Fill in this information to identify the case:**

Debtor 1 ___Akorn Holding Company LLC___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court   **District of Delaware**

Case number:  **23-10253**

**FILED**

**U.S. Bankruptcy Court**
**District of Delaware**

6/20/2023

**Una O'Boyle, Clerk**

## Official Form 410
## Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Managed Health Care Associates, Inc.
_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor
_____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Managed Health Care Associates, Inc.
_____
Name

25-A Vreeland Road
Suite 200
Florham Park, NJ 07932

Contact phone _____

Contact email _____

Where should payments to the creditor be sent? (if different)

_____
Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim                     page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $ 56940.41     **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Group Purchasing Organization Fees |
| 9. Is all or part of the claim secured? | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>   **Nature of property:**<br>   ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>   ☐ Motor vehicle<br>   ☐ Other. Describe: _____<br><br>   **Basis for perfection:** _____<br><br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>   **Value of property:**    $ _____<br><br>   **Amount of the claim that is secured:**    $ _____<br><br>   **Amount of the claim that is unsecured:**    $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>   **Amount necessary to cure any default as of the date of the petition:**    $ _____<br><br>   **Annual Interest Rate** (when case was filed)    _____ %<br>   ☐ Fixed<br>   ☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410        Proof of Claim        page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | Amount entitled to priority |
|---|---|---|

| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ _____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    6/20/2023
                    MM / DD / YYYY

/s/ Christine Carver

Signature

Print the name of the person who is completing and signing this claim:

| Name | Christine Carver |
|---|---|
| | First name    Middle name    Last name |
| Title | VP, Deputy General Counsel |
| Company | Managed Health Care Associates, Inc. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 25A Vreeland Road, Suite 200 |
| | Number  Street |
| | Florham Park, NJ 07932 |
| | City  State  ZIP Code |
| Contact phone | 973–805–2944    Email    ccarver@mhainc.com |

Pre-petition amounts owed to Managed Health Care Associates, Inc.

| QUARTER | Sum of GPO Fees owed |
|---|---|
| 4Q22 | $39,431.90 |
| Jan 1, 2023 – Feb 22, 2023 | $17,508.51 |
| Grand Total | $56,940.41 |

Additional information to be provided upon request.