**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>**Related Doc. No.**   1640 |

**CERTIFICATE OF NO OBJECTION REGARDING
SIXTH INTERIM APPLICATION OF MILLER COFFEY TATE LLP FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS
AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR THE PERIOD FROM
OCTOBER 1, 2025 THROUGH MAY 31, 2026**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2025 through May 31, 2026* [Filed 7/22/2026; D.I. 1640] (the "Application").

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than August 5, 2026 at 4:00 p.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2

It is hereby respectfully requested that the proposed Order as originally filed with the Application be entered at the earliest convenience of the Court.

Dated: August 10, 2026        COZEN O'CONNOR
       Wilmington, Delaware

                          By:    */s/ John T. Carroll, III*
                                 John T. Carroll, III (DE No. 4060)
                                 1201 N. Market Street
                                 Suite 1001
                                 Wilmington, DE  19801
                                 (302) 295-2028 Phone
                                 (302) 295-2013 Fax No.
                                 jcarroll@cozen.com

                                 *Counsel to George L. Miller,*
                                 *Chapter 7 Trustee*