## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br><br>Debtors. | Case No. 23-10253 (KBO)<br><br>(Jointly Administered)<br><br>Chapter 7<br><br>**Related Docket No. 1640** |

### ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION
### FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a Sixth Interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted; and it is further

**ORDERED** that MCT is granted, on an interim basis, compensation in the sum of $321,662.00 for services rendered and $1,585.94 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized and directed to make payment of $323,247.94 to MCT for such allowed compensation and expenses.  Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein; and it is further

---

[1] The Debtors are: Akorn Holding Company LLC, 23-10253, Akorn Intermediate Company LLC, 23-10254 and Akorn Operating Company LLC 23-10255.

**ORDERED** that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.

Dated: August 11th, 2026
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE