**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,* [1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 14, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

**CONTINUED MATTER BY AGREEMENT OF PARTIES:**

1.  Scheduling Conference in Adversary Proceeding of Walmart Inc.

    Status:      The parties have agreed to further extend the deadlines with regard to the Adversary Proceeding of Walmart Inc., adv. no. 25-50360, to September 30, 2026.

    Related Documents:   (a)  Certification of Counsel Regarding Order Approving Stipulation Further Extending Deadlines [Filed 7/28/2026; D.I. 38]

    (b)  Order Approving Stipulation Further Extending Deadlines [Filed 7/29/2026; D.I. 39]

    Objection Deadline:      Agreed extended answer date is 9/30/2026.

    Responses Received:      N/A

    Status:      This matter is continued pursuant to the Order Approving Stipulation Further Extending Deadlines [filed 7/29/2026; D.I. 39] to hearing date after September 30th which is October 23, 2026 at 10:00 a.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**CONCLUDED MATTERS:**

1.  Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc. [Filed 7/14/2026; D.I. No. 1637]

|  |  |  |
|---|---|---|
| Related Documents: | (a) | Order Approving the Settlement Between the Trustee and Veeva Systems, Inc. [Filed 7/30/2026; D.I. 1644] |
| Objection Deadline: | | 7/28/2026 at 4:00 p.m. |
| Responses Received: | | None. |
| Status: | | Order has been entered Approving the Settlement Between the Trustee and Veeva Systems, Inc. [Filed 7/30/2026; D.I. 1644] |

2.  Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2025 through May 31, 2026 [Filed 7/22/2026; D.I. 1640]

|  |  |  |
|---|---|---|
| Related Documents: | (a) | Cerification of No Objection [Filed: 8/10/2026; D.I. 1646] |
| Objection Deadline: | | 8/5/2026 at 4:00 p.m. |
| Responses Received: | | None. |
| Status: | | Order entered [Filed 8/11/2026; D.I. 1647] |

Dated:  August 12, 2026
     Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
    John T. Carroll, III (DE Bar No. 4060)
    1201 N. Market Street, Suite 1001
    Wilmington, DE  19801
    (302) 295-2028 Phone
    jcarroll@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*