**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al* | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE REGARDING NOTICE OF**
**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**AUGUST 14, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as chapter 7 Trustee (the "Trustee") in the above-captioned matter, hereby certify that on August 12, 2026 the *Notice of Agenda of Matters Scheduled for Hearing on August 14, 2026 at 10:00 a.m. (ET)* (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).

Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

Dated:  August 12, 2026
Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*