**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>GOLDEN STATE MEDICAL SUPPLY, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50388 (KBO) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on August 24, 2026, I caused a true and correct copy of the *Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement between the Trustee and Golden State Medical Supply, Inc.* (the "Motion") to be filed with the Court through CM/ECF. I further certify that on August 24, 2026, I caused a copy of the Motion to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit A and via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit B.

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

# Exhibit A

| | | |
|---|---|---|
| Nathaniel P. Bruhn, Esq.<br>Celine M. DeSantis, Esq.<br>Morgan, Lewis & Bockius LLP<br>One Federal St.<br>Boston, MA 02110-1726<br>***Counsel to Golden State Medical Supply, Inc.*** | | nathaniel.bruhn@morganlewis.com;<br>celine.desantis@morganlewis.com; |
| Jonathan W. Lipshie, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | | Jon.Lipshie@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** | | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** | | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Christopher M. Winter, Esq. | | cmwinter@duanemorris.com; |

| | | |
|---|---|---|
| James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | | jccarignan@duanemorris.com; |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | MDeBaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | nsongonuga@gibbonslaw.com; |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | | btheisen@gibbonslaw.com; |
| Frank F. McGinn<br>Jacqueline M. Price | | jmp@bostonbusinesslaw.com; |

| | | |
|---|---|---|
| Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | |
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | | vindelicato@proskauer.com;<br>mvolin@proskauer.com; |
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601<br>***Counsel to MidCap Funding IV Trust*** | | kstevens@vedderprice.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210<br>#227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** | | ahiller@adamhillerlaw.com; |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C. | | casantaniello@pbnlaw.com; |

| | | |
|---|---|---|
| 300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | |
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE 19899<br>***Counsel to Bionpharma*** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103 19103<br>***Counsel to Bionpharma*** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | | jtobia@tobialaw.com; |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** | | cmwinter@duanemorris.com; |
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207 | | agbankdelaware@ag.tn.gov; |

| | | |
|---|---|---|
| Nashville, Tennessee 37202-0207 | | |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco<br>California 94105-3493<br>***Counsel to Oracle America, Inc.*** | | schristianson@buchalter.com; |
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>***Counsel to Oracle America, Inc.*** | | amish@doshilegal.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Ethypharm S.A.S.*** | | csmefiling@mnat.com; |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** | | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | kevin.chiu@bakerbotts.com; |
| John Nusbaum<br>Michael Hunschofsky | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com; |

| | | |
|---|---|---|
| Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** | | christian.roos@pestalozzilaw.com; |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>***Counsel to HYG Financial Service, Inc.*** | | KBuck@mccarter.com; |
| Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>***Counsel to Philadelphia Indemnity Insurance Co.*** | | gloomis@mdmc-law.com; |
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>***Counsel to WSFS Institutional Services as TL Agent*** | | andrew.goldman@wilmerhale.com;<br>nathan.moore@wilmerhale.com; |
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | hcohen@foxrothschild.com; |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP | | dseguine@foxrothschild.com; |

| | | |
|---|---|---|
| Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | |
| Jones Walker LLP<br>Attn: Jeffrey Barber, Esquire<br>3100 North State Street, Suite 300<br>Jackson, MS 39216<br>***Counsel to OptiSource LLC*** | | jbarber@joneswalker.com; |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>***Counsel to OptiSource LLC*** | | mbusenkell@gsbblaw.com; |
| Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>***Counsel to CV II Gurnee LLC*** | | kgrivner@clarkhill.com |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>***Counsel to CV II Gurnee LLC*** | | kmorse@clarkhill.com |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>***Counsel to Leadiant Biosciences, Inc.*** | | mbusenkell@gsbblaw.com; |
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>***Counsel to Leadiant Biosciences, Inc.*** | | fmenendez@sequorlaw.com; |
| Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor | | summersm@ballardspahr.com;<br>vesperm@ballardspahr.com; |

| | | |
|---|---|---|
| Wilmington, Delaware 19801-3034<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | howard@jacobweingarten.com;<br>debra@jacobweingarten.com; |
| A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** | | a.lee.hogewoodiii@klgates.com;<br>zechariah.etheridge@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | alfredo.perez@weil.com;<br>theodore.heckel@weil.com; |
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | cmiller@morrisnichols.com;<br>srchurchill@morrisnichols.com; |
| Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801 | | ahiller@adamhillerlaw.com; |

| | | |
|---|---|---|
| ***Counsel to E.L. Pruitt Co.*** | | |
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | | hugh.murtagh@lw.com;<br>alexandra.zablocki@lw.com |
| Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** | | shapiro@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | tori.remington@troutman.com; |
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | deborah.kovsky@troutman.com; |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Syneos Health*** | | john.gardner@klgates.com;<br>emily.steele@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Syneos Health*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor | | kgood@potteranderson.com;<br>csamis@potteranderson.com;<br>mkotsiras@potteranderson.com; |

| | | |
|---|---|---|
| Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | | |
| Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** | | patricia.walsh@kirkland.com;<br>ryan.bennett@kirkland.com; |
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | | roymichael.roman@kirkland.com; |
| Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY 12224-0341 | | Martin.mooney@ag.ny.gov; |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | sherri.simpson@oag.texas.gov; |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to Conversion Movants*** | | rdehney@morrisnichols.com;<br>dbutz@morrisnichols.com; |
| Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>***Counsel to Conversion Movants*** | | aglenn@glennagre.com;<br>sschmidt@glennagre.com;<br>rramirez@glennagre.com;<br>mdoss@glennagre.com; |
| Mark R. Owens, Esq.<br>Amy E. Tryon, Esq.<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200 | | mark.owens@btlaw.com;<br>amy.tryon@btlaw.com; |

| | | |
|---|---|---|
| Wilmington, DE 19801<br>***Counsel to Argo Partners II, LLC*** | | |
| Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>***Counsel to Argo Partners II, LLC*** | | gplotko@btlaw.com; |
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | | bankruptcyteam@cbp.dhs.gov; |
| Kristin Radwanick<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** | | Kristin.Radwanick@OhioAGO.gov; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Mark I. Duedall, Esq.<br>Siena Berrios Gaddy, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>***Counsel to Randstad US, LLC*** | | mduedall@bakerdonelson.com;<br>sgaddy@bakerdonelson.com; |
| ***New York State Dept of Labor***<br>Attn: Seth Kupferberg<br>Attn: Karen Cacace<br>Section Chief, General Labor Section<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 | | seth.kupferberg@ag.ny.gov; |
| Quarles & Brady LLP<br>Brittany Ogden<br>33 East Main Street, Suite 900<br>Madison, WI 53703-3095<br>***Counsel for Veeva Systems Inc.*** | | brittany.ogden@quarles.com |
| ROBINSON & COLE LLP<br>Davis Lee Wright<br>1201 N. Market St., Suite 1406 | | dwright @rc.com |

| | | |
|---|---|---|
| Wilmington, DE 19801<br>***Counsel for Veeva Systems Inc.*** | | |

# EXHIBIT B

| | | |
|---|---|---|
| Office of the United States Trustee<br>Jonathan W. Lipshie, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 | | Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Joseph M. Mulvihill, Esq.<br>Jared W. Kochenash, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | | Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** |

| | | |
|---|---|---|
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** |

| | | |
|---|---|---|
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601<br>***Counsel to MidCap Funding IV Trust*** | | |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** |
| Alexis R. Gambale, Esquire<br>Pashman Stein Walder Hayden, P.C.<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE 19899<br>***Counsel to Bionpharma*** | | Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103 19103<br>***Counsel to Bionpharma*** |

| | | |
|---|---|---|
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc.***<br>***and Sullivan Contractors LLC*** |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | | Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** |
| Wilmington Savings Fund Society, FSB<br>Attn: Geoffrey J. Lewis<br>500 Delaware Avenue<br>Wilmington, DE 19801 | | Wilmington Savings Fund Society, FSB<br>c/o Nathan J. Moore, Esq.<br>Andrew Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |
| John Nusbaum<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | Lovisa Gustafsson, Vice President,<br>Controlling Health Care Costs<br>The Commonwealth Fund<br>1 East 75th Street<br>New York, NY 10021 |

| | | |
|---|---|---|
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** |
| TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | | Marc S. Lichtman<br>Attorney at Law<br>Lichtman Eisen Partners, Ltd.<br>134 North LaSalle Street<br>Suite 750<br>Chicago, Illinois 60602<br>***Counsel to IL Landlord*** |
| Drug Enforcement Administration<br>Attn: Office of Diversion Control<br>8701 Morrissette Drive<br>Springfield, VA 22152 | | Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | | Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco, California 94105-3493<br>***Counsel to Oracle America, Inc.*** |

| | | |
|---|---|---|
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>***Counsel to Oracle America, Inc.*** | | Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue,<br>Suite 1014<br>Wilmington, DE 19801<br>***Counsel to Philadelphia Indemnity Insurance Company*** |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Ethypharm S.A.S.*** | | Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | HYG Financial Services, Inc.<br>P.O. Box 35701<br>Billings, MT 59107 |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>***Counsel to HYG Financial Service, Inc.*** | | |

| | | |
|---|---|---|
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>***Counsel to WSFS Institutional Services as TL Agent*** | | Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>***Counsel to Douglas Pharmaceuticals America Limited*** |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | Jeffrey Barber, Esq.<br>Jones Walker LLP<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>***Counsel to OptiSource LLC*** |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>***Counsel to OptiSource LLC*** | | Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>***Counsel to CV II Gurnee LLC*** |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>***Counsel to CV II Gurnee LLC*** | | Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>***Counsel to Leadiant Biosciences, Inc.*** |

| | | |
|---|---|---|
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>***Counsel to Leadiant Biosciences, Inc.*** | | Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | | Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** |
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801<br>***Counsel to E.L. Pruitt Co.*** |

| | | |
|---|---|---|
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | | Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Syneos Health*** | | Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Syneos Health*** |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | | Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** |

| | | |
|---|---|---|
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | | Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY 12224-0341 |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>***Counsel to Texas Comptroller*** | | Kristin Radwanick, Esq.<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road<br>Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to Conversion Movants*** | | Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>***Counsel to Conversion Movants*** |
| Mark R. Owens, Esq.<br>Amy E. Tryon, Esq.<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Argo Partners II, LLC*** | | Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>***Counsel to Argo Partners II, LLC*** |

| | | |
|---|---|---|
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | | Kristin Radwanick<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | Mark I. Duedall, Esq.<br>Siena Berrios Gaddy, Esq.<br>Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>***Counsel to Randstad US, LLC*** |
| Michael Allen<br>30 Kirkwood Dr<br>Clinton, IL 61727 | | Srinath Biyyala<br>1030 Enfield Farm Ln<br>Brunswick, MD 21716 |
| New York State Dept of Labor<br>Attn: Karen Cacace<br>Chief of Labor Bureau<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 | | New York State Dept of Labor<br>Attn: Seth Kupferberg<br>Section Chief, General Labor Section<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |

| | | |
|---|---|---|
| MidCap Funding Trust IV Trust<br>c/o MidCap Financial Services, LLC<br>7255 Woodmont Avenue<br>Suite 300<br>Bethesda, Maryland 20814 | | WSFS Institutional Services, Agent<br>500 Delaware Avenue<br>Wilmington, DE 19801 |
| Akorn Ag Hettlingen<br>Douglas S. Boothe<br>Riethofstrasse 1<br>Hettlingen 8442<br>Switzerland | | Aptar Pharma<br>Kimberly Y. Chainey<br>265 Exchange Drive<br>Crystal Lake, IL 60014 |
| Archimica Spa<br>Ralf Pfirmann<br>Viale Milano 86<br>Lodi 26900<br>ItalyF | | Berlin Packaging LLC<br>P.O. Box 74007164<br>Chicago, IL 60674-7164 |
| Centers for Medicare and Medicaid Services<br>Center for Medicaid and Chip Services<br>Division of Pharmacy<br>Attn: Cynthia Denemark, Deputy Director<br>7500 Security Boulevard<br>Baltimore, MD 21244 | | Department Of Veterans Affairs<br>Office Of Inspector General<br>Release Of Information Office (50ci)<br>810 Vermont Avenue, Nw<br>Washington, DC 20420 |

| | | |
|---|---|---|
| Douglas Pharmaceuticals America<br>Te Pai Place, Lincoln<br>Po Box 45 027<br>Auckland 651<br>New Zealand | | E L Pruitt Company<br>Po Box 3306<br>Attn A/R<br>Springfield, IL 62708 |
| Empire Freight Logistics<br>6567 Kinne Road<br>Dewitt, NY 13214 | | Ernst & Young LLP<br>PNC Bank C/O Ernst & Young Us LLP<br>3712 Solution Center<br>Chicago, IL 60677-3007 |
| Ethypharm<br>Roseline Joannesse<br>194 Bureaux De La Colline, Batiment D,<br>12eme Etage<br>Saint-Cloud Cedex 92213<br>France | | Euroapi Usa<br>100 Somerset Corporate Blvd<br>2nd Floor Suite 100<br>Bridgewater, NJ 08807 |
| Exela Pharma Sciences<br>1245 Blowing Rock Blvd<br>Lenoir, NC 28645 | | Gerresheimer Glass Inc.<br>Attn A/R<br>537 Crystal Ave<br>Vineland, NJ 08360 |

| | | |
|---|---|---|
| Gibson Dunn & Crutcher LLP<br>P.O. Box 840723<br>Los Angeles, CA 90084-0723 | | Halocarbon Life Sciences LLC<br>David Bacon<br>6525 The Corners Parkway<br>Suite 200<br>Peachtree Corners, GA 30092 |
| Henderson Constructors Inc.<br>350 E Butler Avenue<br>New Britain, PA 18901 | | Leadiant Former Sigma-Tau<br>P.O. Box 79306<br>Baltimore, MD 21279 |
| Mikart, Inc.<br>1750 Chattahoochee Ave<br>Atlanta, GA 30318 | | MJS Packaging<br>35601 Veronica St<br>Livonia, MI 48150 |
| Model N Inc.<br>Errol Hunter<br>777 Mariners Island Blvd.<br>Suite 300<br>San Mateo, CA 94404 | | SGD SA - North America Office<br>900 Third Avenue<br>4th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Siegfried USA Inc.<br>33 Industrial Park Road<br>Pennsville, NJ 08070 | | SST Corporation<br>55 Lane Road<br>Suite 450<br>Fairfield, NJ 07004 |
| The Ritedose Corporation<br>Jody Chastain<br>1 Technology Circle<br>Columbia, SC 29203 | | Tracelink Inc<br>Shabbir Dahod<br>200 Ballardvale Street<br>Building 1, Suite 100<br>Wilmington, MA 01887 |
| 340b Drug Pricing Program<br>Health Resources & Services Administration<br>5600 Fishers Lane<br>Rockville, MD 20857 | | Veronica Development Associates, LLC vs. Akorn Operating Company, LLC<br>c/o Robert Mahoney<br>Norris McLaughlin, P.A.<br>400 Crossing Blvd<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933 |
| West Pharma Services<br>530 Herman O West Drive<br>Exton, PA 19341 | | WSC-GSP B/L Office Park Owner VII, LLC<br>Marc S. Lichtman<br>Lichtman Eisen Partners, Ltd.<br>134 North LaSalle Street<br>Suite 750<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Zhejiang Hisun Pharma China<br>Attn: Li Yan<br>Waisha Road No. 46<br>Jiaojiang District<br>Taizhou 318000<br>China | | Zygosome LLC - R&D Only<br>92 Argilla Road<br>Andover, MA 01810 |
| John Sweeney<br>[Address on File] | | Erislandy Dorado-Boladeres<br>[Address on File] |
| Chris Young<br>[Address on File] | | Bill Ostrowski<br>[Address on File] |
| Beth Zelnick-Kaufman<br>[Address on File] | | |

| | | |
|---|---|---|
| Office of the United States Attorney<br>for the District of Delaware<br>**Hercules Building**<br>U.S. Attorney's Office<br>1313 N Market Street<br>PO Box 2046<br>Wilmington, DE 19801 | | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Bettina Dunn, Paralegal Specialist<br>(3RC60)<br>US EPA Region 3<br>Office of Regional Counsel<br>Four Penn Center<br>Philadelphia, PA 19103-2852 | | U.S. Department of Justice<br>Office of the Inspector General<br>Office of the General Counsel<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | | Securities and Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| Delaware Division of Revenue<br>Bankruptcy Service<br>Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N. French Street<br>8th Floor<br>Wilmington, DE 19801 | | Delaware State Treasury<br>820 Silver Lake Blvd.<br>Suite 100<br>Dover, DE 19904 |

| | | |
|---|---|---|
| U.S. Food and Drug Administration (FDA)<br>Attn: Jill Furman, J.D. Director<br>Center for Drug Evaluation & Research<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | | Veeva Systems Inc.<br>c/o CSC Services<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| The U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | | Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 |
| Environmental Protection Agency<br>Office of General Counsel<br>#2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | | Environmental Protection Agency<br>290 Broadway<br>New York, NY 10007-1866 |
| Environmental Protection Agency<br>77 West Jackson Boulevard<br>Chicago, IL 60604-3507 | | Environmental Protection Agency<br>Center for Public Health and Environmental Assessment<br>Mail Code: B305-01<br>Research Triangle Park, NC 27711 |