**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on August 24, 2026, I caused a true and correct copy of the Chapter 7 Trustee's Fourteenth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on August 24, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on August 24, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
Email: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Delta Synthetic Co., Ltd.
c/o Dr. Ching-Yuan Yeh, Esq.
c/o Cleo Y.W. Chuo, Esq.
c/o Audrey Hsu, Esq.
c/o Ross Darrell Feingold, Esq.
TITAN Attorneys-at-Law
16F, 77 TunHua S.Rd., Sec.2
Da'an Dist., Taipei, 106414
R.O.C (Taiwan)
yeh@titanlaw.com.tw
yw.chuo@titanlaw.com.tw
audrey.hsu@titanlaw.com.tw
ross@titanlaw.com.tw

Fisher Scientific Company LLC
c/o Beverly Weiss Manne, Esq.
Tucker Arensenburg
One PPG Place, Suite 1500
Pittsburgh, PA 15222
bmanne@tuckerlaw.com

Niagara Pharmaceuticals Inc..
c/o Hari Nesathurai, Esq.
c/o Glen Perinot, Esq.
C2 Global Law LLP
56 Temperance St, Suite 800
Toronto ON Canada M5H 3V5
hnesathurai@c2globallaw.com
gperinot@c2globallaw.com

Motion Industries, Inc.
c/o Alexander Berk, Esq.
Barack Ferrazzano
200 W. Madison Street, Ste. 3900
Chicago, IL 60606
alexander.berk@bkfn.com

Tiefenbacher API & Ingredients
c/o Mark J. Politan, Esq.
OGC Solutions- Santomassimo Davis LLP
1 Gatehall Drive, Suite 100
Parsippany, NJ 07054
MPolitan@ogcsolutions.com

# Exhibit B- Via First Class Mail

Delta Synthetic Co., Ltd.
c/o Zeng Xiong & Jay Liu
15, Minsheng St., Tucheng Dist.
New Taipei City Taiwan 23679

Fisher Scientific Company LLC
All Akorn Accounts
13551 Collections Ctr Dr.
Chicago, IL 60693

Fisher Scientific Company LLC
c/o National Registered Agents Inc
800 N Central Ave Suite 460
Phoenix, AZ 85012

Niagara Pharmaceuticals Inc.
60 Innovation Dr.
Dundas, ON L9H 7P3, Canada

-and-

Niagara Pharmaceuticals Inc.
c/o Donald B. Wildman
220 N Church St. Suite 4
Spartanburg, South Carolina 29306

Tiefenbacher API & Ingredients
Van-der-Smissen-Straße 1-2
22767 Hamburg, Germany