**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related D.I.: 1651** |

**CERTIFICATION OF COUNSEL REGARDING**
**SETTLEMENTS OF AVOIDANCE CLAIMS**

The undersigned counsel for George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al*. (the "Trustee"), hereby certifies as follows:

1. On February 4, 2025, this Court entered the *Order Approving Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)* [D.I. 1040] (the "Settlement Procedures Order").[2]

2. The Settlement Procedures Order authorizes the Trustee to compromise and settle avoidance actions involving gross transfers of $500,000 or less by filing a notice of settlement with the Court, without further hearing. A notice of settlement may include multiple settlements in one notice, and will provide an objection deadline of seven (7) calendar days from the date of filing the notice of settlement.

3. In accordance with the Settlement Procedures Order, on August 24, 2026, the Trustee filed the *Chapter 7 Trustee's Fourteenth Notice of Settlement of Avoidance Claims With*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] All capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Notice of Settlement.

*Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order* [D.I. 1651] the (the "Notice of Settlement"). The proposed settlement transactions are listed on Exhibit A. Pursuant to the Settlement Procedures Order, objections were to be filed and served no later than August 31, 2026, at 4:00 p.m. (prevailing Eastern Time). No objections were filed or received by counsel to the Notice of Settlement on or before the objection deadline.

4. Pursuant to the Settlement Procedures Order, a proposed form of order is attached hereto as **Exhibit 1**.

WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: September 1, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Tel: (302) 421-6800
E-mail: evan.miller@saul.com
paige.topper@saul.com

*Special Counsel to George L. Miller, the Chapter 7 Trustee of the Bankruptcy Estates of Akorn Holding Company LLC, et al.*