**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, [1] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 18, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

*****THIS HEARING HAS BEEN CANCELLED BY THE COURT*****

**CONCLUDED MATTERS:**

1. Motion to Approve Compromise under Rule 9019 Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against Drogueria Betances, LLC filed by George L. Miller
[Filed 08/21/2026; D.I. 1649]

Related Documents:

(a) Certificate of No Objection to Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against Drogueria Betances, LLC filed by George L. Miller
[Filed 09/08/2026; D.I. 1656]

(b) Order Approving the Settlement and Compromise of Claims Against Drogueria Betances, LLC
[Filed 09/09/2026; D.I. 1657]

Objection Deadline: September 4, 2026, a 4:00 p.m. (EST)

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] Amended text displayed in ***bold, italicized*** typeface.

Responses Received: N/A

Status: Order entered
[Filed 09/09/2026; D.I. 1657].

2. Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement between the Trustee and Golden State Medical Supply, Inc. filed by George L. Miller
[Filed 08/24/2026; D.I. 1650]

Related Documents: (a) Certificate of No Objection to Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Golden State Medical Supply, Inc. filed by George L. Miller
[Filed 09/09/2026; D.I. 1658]

(b) Order Approving the Settlement Between the Trustee and Golden State Medical Supply, Inc.
[Filed 09/10/2026; D.I. 1659]

Objection Deadline: September 8, 2026, at 4:00 p.m. (EST)

Responses Received: None.

Status: Order entered
[Filed 09/10/2026; D.I. 1659].

Dated: September 16, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*