# Exhibit A

## Schedule of Settlements Subject to Notice of Settlement Provisions

| **Name** | **Gross Amount Demanded** | **Settlement Amount[1]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[2]** |
|---|---|---|---|---|
| Multi Packaging Solutions International Limited | $308,564.71 | $25,000.00 | 25-50239 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| NextPharma | $107,734.37 | $35,000.00 | 25-50175 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Pharmaceutical Returns Service | $169,650.00 | $8,000.00 | 25-50157 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) |
| Scisafe Inc. | $43,672.30 | $26,203.38 | 25-50201 | Settlement is 60% of the preference liability |

[1] Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

[2] Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.