**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on October 7, 2026, I caused a true and correct copy of the Chapter 7 Trustee's Fifteenth Notice of Settlement of Avoidance Claims with Gross Transfers Equal to or Less than $500,000.00 Pursuant to the Settlement Procedures Order (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on October 7, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on October 7, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
Email: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Multi Packaging Solutions International Limited
c/o Jonathan Gold, Esq.
Bailey Glasser, LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, D.C. 20007
jgold@baileyglasser.com

NextPharma
c/o Ashlynn Dobbs, Esq.
Nelson Mullins
330 Madison Avenue, 27th Floor
New York, NY 10017
ashlynn.dobbs@nelsonmullins.com

Pharmaceutical Returns Service
c/o Matthew P. Austria, Esq.
Austria Legal, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
maustria@austriallc.com

Scisafe Inc.
c/o Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue
Miami, Florida 33131
newmanar@gtlaw.com

# Exhibit B- Via First Class Mail

Multi Packaging Solutions International Limited
75 Remittance Drive, Suite 3111
Chicago, IL 60675-3111

-and-

Multi Packaging Solutions International Limited
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Ga, 30092

-and-

Multi Packaging Solutions International Limited
c/o Corporation Service Company
80 State Street
Albany, NY, 12207

NextPharma
Allphamed Pharbil Arzneimittel GMBH
Hildebrandstraße 12,
37081 Göttingen, Germany

Pharmaceutical Returns Service
720 Heartland Dr., Suite B
Sugar Grove, IL 60554

-and-

Pharmaceutical Returns Service
c/o John DeMars
720 Heartland Dr., Suite B
Sugar Grove, IL 60554

Scisafe Inc.
7 Corporate Drive, Unit D
Cranbury, NJ 08512

-and-

Scisafe Inc.
c/o Registered Agents, Ltd.
1220 N. Market Street Suite 804
Wilmington, DE 19801