# **Exhibit A**

## ***Amended* Schedule of Settlements Subject to Notice of Settlement Provisions**

| **Amended[1] Schedule of Settlements Subject to Notice of Settlement Provisions** | | | | |
|---|---|---|---|---|
| **Name** | **Gross Amount Demanded** | **Settlement Amount[2]** | **Adversary Number** | **Asserted Defenses/ Settlement Summary[3]** |
| ***Hudson Valley Plastics*** | ***$33,583.00*** | ***$3,053.00*** | ***25-50139*** | ***Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2)*** |
| ***IES Engineers*** | ***$40,339.52*** | ***$8,000.00*** | ***25-50141*** | ***Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4).*** |
| Multi Packaging Solutions International Limited | $308,564.71 | $25,000.00 | 25-50239 | Settlement is at least 50% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| NextPharma | $107,734.37 | $35,000.00 | 25-50175 | Settlement is at least 75% of the estimated net preference liability after accounting for defenses under 547(c)(2) and (c)(4). |
| Pharmaceutical Returns Service | $169,650.00 | $8,000.00 | 25-50157 | Settlement is at least 70% of the estimated net preference liability after accounting for defenses under 547(c)(2) |
| Scisafe Inc. | $43,672.30 | $26,203.38 | 25-50201 | Settlement is 60% of the preference liability |

1 Amendments to the original Exhibit A attached to the Notice are in bolded italicized font.

2 Amounts hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.

3 Percentages hereunder are exclusive of the value of claim waivers associated with each of the identified settlements, *unless otherwise specified herein*.