**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al*.<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on October 8, 2026, I caused a true and correct copy of the *Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Fifteenth Notice of Settlement* (the "Notice") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on October 8, 2026, I caused a copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on October 8, 2026, I caused a copy of the Notice to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (No. 5364)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Tel.: (302) 421-6800
Facsimile: (302) 421-6813
E-mail: evan.miller@saul.com

# Exhibit A- Via Electronic Mail

Office of the United States Trustee
Attn: Jon Lipshie Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Hudson Valley Plastics
c/o Michael Joyce, Esq.
Law Offices of Joyce
1225 N King St Ste 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

IES Engineers
c/o Michael D. Vangoni, Esq.
Obermayer, Remann Maxwell & Hippel LLP
Centre Square West, Suite 3400
Philadelphia, PA 19102
michael.vagnoni@obermayer.com

Multi Packaging Solutions International Limited
c/o Jonathan Gold, Esq.
Bailey Glasser, LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington, D.C. 20007
jgold@baileyglasser.com

NextPharma
c/o Ashlynn Dobbs, Esq.
Nelson Mullins
330 Madison Avenue, 27th Floor
New York, NY 10017
ashlynn.dobbs@nelsonmullins.com

Pharmaceutical Returns Service
c/o Matthew P. Austria, Esq.
Austria Legal, LLC
1007 North Orange Street, 4th Floor
Wilmington, DE 19801
maustria@austriallc.com

Scisafe Inc.
c/o Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue
Miami, Florida 33131
newmanar@gtlaw.com

# Exhibit B- Via First Class Mail

Hudson Valley Plastics
85 Charles Colman Blvd
Pawling, NY 12564

IES Engineers
1720 Walton Rd.
Blue Bell, PA 19422

Multi Packaging Solutions International Limited
75 Remittance Drive, Suite 3111
Chicago, IL 60675-3111

-and-

Multi Packaging Solutions International Limited
c/o Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Ga, 30092

-and-

Multi Packaging Solutions International Limited
c/o Corporation Service Company
80 State Street
Albany, NY, 12207

NextPharma
Allphamed Pharbil Arzneimittel GMBH
Hildebrandstraße 12,
37081 Göttingen, Germany

Pharmaceutical Returns Service
720 Heartland Dr., Suite B
Sugar Grove, IL 60554

-and-

Pharmaceutical Returns Service
c/o John DeMars
720 Heartland Dr., Suite B
Sugar Grove, IL 60554

Scisafe Inc.
7 Corporate Drive, Unit D
Cranbury, NJ 08512

-and-

Scisafe Inc.
c/o Registered Agents, Ltd.
1220 N. Market Street Suite 804
Wilmington, DE 19801