**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on October 9, 2026, I caused a true and correct copy of the *Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against Anda, Inc. and Anda Pharmaceuticals, Inc.* (the "Motion") to be filed with the Court through CM/ECF. Notification of the filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned cases.

I further certify that on October 9, 2026, I caused a copy of the Motion to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit A and via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit B.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801

[1] The Debtors in the chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

# Exhibit A

| | | |
|---|---|---|
| Jonathan W. Lipshie, Esquire<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | | Jon.Lipshie@usdoj.gov; |
| Joseph M. Mulvihill, Esq.<br>Matthew Barry Lunn, Esq.<br>Jared W Kochenash, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** | | jmulvihill@ycst.com;<br>mlunn@ycst.com;<br>jkochenash@ycst.com; |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | | ljones@pszjlaw.com;<br>pkeane@pszjlaw.com; |
| Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** | | sgreenberg@gibsondunn.com;<br>sdomanowski@gibsondunn.com;<br>mjwilliams@gibsondunn.com;<br>clwilson@gibsondunn.com;<br>agains@gibsondunn.com; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** | | cmwinter@duanemorris.com;<br>jccarignan@duanemorris.com; |

| | | |
|---|---|---|
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | MDeBaecke@ashbygeddes.com; |
| Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** | | ekaplan@kpglaw.com; |
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | myurkewicz@klehr.com; |
| Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** | | mbranzburg@klehr.com; |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | nsongonuga@gibbonslaw.com; |
| Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** | | btheisen@gibbonslaw.com; |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | jmp@bostonbusinesslaw.com; |

| | | |
|---|---|---|
| Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** | | landis@lrclaw.com;<br>mcguire@lrclaw.com;<br>jenner@lrclaw.com; |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | cdale@proskauer.com; |
| Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** | | vindelicato@proskauer.com;<br>mvolin@proskauer.com; |
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601<br>***Counsel to MidCap Funding IV Trust*** | | kstevens@vedderprice.com; |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | bmanne@tuckerlaw.com;<br>mthomas@tuckerlaw.com; |
| Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210<br>#227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** | | ahiller@adamhillerlaw.com; |
| Cheryl A. Santaniello, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>300 Delaware Avenue<br>Suite 1220<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | casantaniello@pbnlaw.com; |
| | | |

| | | |
|---|---|---|
| Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** | | murphysm@doj.state.wi.us; |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE 19899<br>***Counsel to Bionpharma*** | | sniederman@foxrothschild.com; |
| Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103 19103<br>***Counsel to Bionpharma*** | | mmenkowitz@foxrothschild.com; |
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | andrew.warner@usdoj.gov; |
| Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*** | | sfleischer@barclaydamon.com; |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | | jtobia@tobialaw.com; |
| Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** | | cmwinter@duanemorris.com; |
| | | |

| | | |
|---|---|---|
| Laura L. McCloud<br>TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | | agbankdelaware@ag.tn.gov; |
| Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 | | Andrew.Gershon@ag.ny.gov; |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | | william.burnett@flastergreenberg.com; |
| Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco<br>California 94105-3493<br>***Counsel to Oracle America, Inc.*** | | schristianson@buchalter.com; |
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>***Counsel to Oracle America, Inc.*** | | amish@doshilegal.com; |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Ethypharm S.A.S.*** | | csmefiling@mnat.com; |
| Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** | | scott.bowling@bakerbotts.com; |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P. | | kevin.chiu@bakerbotts.com; |

| | | |
|---|---|---|
| 2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | |
| John Nusbaum<br>Michael Hunschofsky<br>Daniel Vazquez<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | john.nusbaum@400capital.com;<br>mhunschofsky@400capital.com;<br>Dan.Vazquez@400capital.com; |
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | oliver.blum@ch.ey.com; |
| Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** | | christian.roos@pestalozzilaw.com; |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>***Counsel to HYG Financial Service, Inc.*** | | KBuck@mccarter.com; |
| Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue<br>Suite 1014<br>Wilmington, DE 19801<br>***Counsel to Philadelphia Indemnity Insurance Co.*** | | gloomis@mdmc-law.com; |
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>***Counsel to WSFS Institutional Services as TL Agent*** | | andrew.goldman@wilmerhale.com;<br>nathan.moore@wilmerhale.com; |
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP | | hcohen@foxrothschild.com; |

| | | |
|---|---|---|
| 919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | dseguine@foxrothschild.com; |
| Jones Walker LLP<br>Attn: Jeffrey Barber, Esquire<br>3100 North State Street, Suite 300<br>Jackson, MS 39216<br>***Counsel to OptiSource LLC*** | | jbarber@joneswalker.com; |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>***Counsel to OptiSource LLC*** | | mbusenkell@gsbblaw.com; |
| Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>***Counsel to CV II Gurnee LLC*** | | kgrivner@clarkhill.com |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>***Counsel to CV II Gurnee LLC*** | | kmorse@clarkhill.com |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>***Counsel to Leadiant Biosciences, Inc.*** | | mbusenkell@gsbblaw.com; |
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue | | fmenendez@sequorlaw.com; |

| | | |
|---|---|---|
| Suite 1250<br>Miami, Florida 33131<br>***Counsel to Leadiant Biosciences, Inc.*** | | |
| Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | summersm@ballardspahr.com;<br>vesperm@ballardspahr.com; |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | howard@jacobweingarten.com;<br>debra@jacobweingarten.com; |
| A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** | | a.lee.hogewoodiii@klgates.com;<br>zechariah.etheridge@klgates.com; |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | alfredo.perez@weil.com;<br>theodore.heckel@weil.com; |
| Curtis S. Miller, Esq. | | cmiller@morrisnichols.com; |

| | | |
|---|---|---|
| Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | srchurchill@morrisnichols.com; |
| Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801<br>***Counsel to E.L. Pruitt Co.*** | | ahiller@adamhillerlaw.com; |
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | | hugh.murtagh@lw.com;<br>alexandra.zablocki@lw.com |
| Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** | | shapiro@rlf.com;<br>mathews@rlf.com;<br>steiger@rlf.com; |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | tori.remington@troutman.com; |
| Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | deborah.kovsky@troutman.com; |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave. | | john.gardner@klgates.com;<br>emily.steele@klgates.com; |

| | | |
|---|---|---|
| Suite 300<br>Raleigh, NC 27609<br>***Counsel to Syneos Health*** | | |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Syneos Health*** | | steven.caponi@klgates.com;<br>matthew.goeller@klgates.com; |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | | kgood@potteranderson.com;<br>csamis@potteranderson.com;<br>mkotsiras@potteranderson.com; |
| Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** | | patricia.walsh@kirkland.com;<br>ryan.bennett@kirkland.com; |
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | | roymichael.roman@kirkland.com; |
| Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY 12224-0341 | | Martin.mooney@ag.ny.gov; |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | sherri.simpson@oag.texas.gov; |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq. | | rdehney@morrisnichols.com;<br>dbutz@morrisnichols.com; |

| | | |
|---|---|---|
| Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to Conversion Movants*** | | |
| Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>***Counsel to Conversion Movants*** | | aglenn@glennagre.com;<br>sschmidt@glennagre.com;<br>rramirez@glennagre.com;<br>mdoss@glennagre.com; |
| Mark R. Owens, Esq.<br>Amy E. Tryon, Esq.<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Argo Partners II, LLC*** | | mark.owens@btlaw.com;<br>amy.tryon@btlaw.com; |
| Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>***Counsel to Argo Partners II, LLC*** | | gplotko@btlaw.com; |
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | | bankruptcyteam@cbp.dhs.gov; |
| Kristin Radwanick<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** | | Kristin.Radwanick@OhioAGO.gov; |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | jgarfinkle@buchalter.com; |
| Mark I. Duedall, Esq.<br>Siena Berrios Gaddy, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326 | | mduedall@bakerdonelson.com;<br>sgaddy@bakerdonelson.com; |

| | | |
|---|---|---|
| ***Counsel to Randstad US, LLC*** | | |
| ***New York State Dept of Labor***<br>Attn: Seth Kupferberg<br>Attn: Karen Cacace<br>Section Chief, General Labor Section<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 | | seth.kupferberg@ag.ny.gov; |
| Quarles & Brady LLP<br>Brittany Ogden<br>33 East Main Street, Suite 900<br>Madison, WI 53703-3095<br>***Counsel for Veeva Systems Inc.*** | | brittany.ogden@quarles.com |
| ROBINSON & COLE LLP<br>Davis Lee Wright<br>1201 N. Market St., Suite 1406<br>Wilmington, DE 19801<br>***Counsel for Veeva Systems Inc.*** | | dwright @rc.com |
| Blake Delaney<br>Buchanan<br>Truist Place<br>401 E. Jackson Street, Suite 2400<br>Tampa, FL 33602-5236<br>***Counsel to Anda, Inc. and Anda Pharmaceuticals, Inc.*** | | blake.delaney@bipc.com |

# EXHIBIT B

| | | |
|---|---|---|
| Office of the United States Trustee<br>Jonathan W. Lipshie, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801 | | Edmon L. Morton, Esq.<br>Matthew B. Lunn, Esq.<br>Joseph M. Mulvihill, Esq.<br>Jared W. Kochenash, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>***Counsel to the Debtors*** |
| Laura Davis Jones, Esq.<br>Peter J. Keane, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705<br>***Counsel to the Term Lender Group*** | | Scott J. Greenberg, Esq.<br>Steven A. Domanowski, Esq.<br>Matthew J. Williams, Esq.<br>C. Lee Wilson, Esq.<br>AnnElyse Scarlett Gains, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>***Counsel to the Term Lender Group*** |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | Christopher M. Winter, Esq.<br>James C. Carignan, Esq.<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801<br>***Counsel to Prestige Consumer Healthcare, Inc.*** |
| Michael D. DeBaecke, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19899-1150<br>***Counsel to Westmount Realty Capital, LLC*** | | Eric D. Kaplan, Esq.<br>Kaplan & Gournis, PC<br>180 N. LaSalle Street<br>Suite 2108<br>Chicago, IL 60601<br>***Counsel to Westmount Realty Capital, LLC*** |

| | | |
|---|---|---|
| Michael W. Yurkewicz, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br>***Counsel to AmerisourceBergen Drug Corporation*** | | Morton R. Branzburg, Esq.<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street<br>Suite 1400<br>Philadelphia, PA 19103<br>***Counsel to AmerisourceBergen Drug Corporation*** |
| Natasha M. Songonuga, Esq.<br>Gibbons P.C.<br>300 Delaware Avenue<br>Suite 1015<br>Wilmington, DE 19801-1671<br>***Counsel to SGS North America Inc.*** | | Brett S. Theisen, Esq.<br>Gibbons P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, New York 10119-3701<br>***Counsel to SGS North America Inc.*** |
| Frank F. McGinn<br>Jacqueline M. Price<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br>***Counsel to Iron Mountain Information Management, LLC*** | | Adam G. Landis, Esq.<br>Matthew B. McGuire, Esq.<br>Nicolas E. Jenner, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, Delaware 19801<br>***Counsel to MidCap Funding IV Trust*** |
| Charles A. Dale, Esq.<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>***Counsel to MidCap Funding IV Trust*** | | Vincent Indelicato, Esq.<br>Megan R. Volin, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>Eighth Avenue & 41st Street<br>New York, NY 10036-8299<br>***Counsel to MidCap Funding IV Trust*** |

| | | |
|---|---|---|
| Kathryn L. Stevens, Esquire<br>VedderPrice<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, IL 60601<br>***Counsel to MidCap Funding IV Trust*** | | |
| Beverly Weiss Manne, Esquire<br>Maribeth Thomas, Esquire<br>Tucker Arensberg, P.C.<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>***Counsel to Thermo Fisher Scientific Entities*** | | Adam Hiller, Esquire<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>***Counsel to Thermo Fisher Scientific Entities*** |
| Alexis R. Gambale, Esquire<br>Pashman Stein Walder Hayden, P.C.<br>824 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>***Counsel to Package Development Company, Inc.*** | | Assistant Attorney General<br>S. Michael Murphy<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>***Counsel to State of Wisconsin, Department of Health Services*** |
| Seth A. Niederman, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 300<br>Wilmington, DE 19899<br>***Counsel to Bionpharma*** | | Michael G. Menkowitz, Esq.<br>Fox Rothschild LLP<br>2000 Market Street<br>20th Floor<br>Philadelphia, PA 19103 19103<br>***Counsel to Bionpharma*** |

| | | |
|---|---|---|
| Andrew Warner<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | | Scott L. Fleischer<br>Barclay Damon LLP<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>***Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC*** |
| James Tobia, Esq.<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>***Counsel to Henderson Constructors, Inc.*** | | Christopher M. Winter<br>Duane Morris LLP<br>1201 N. Market Street<br>Suite 501<br>Wilmington, DE 19801-1160<br>***Counsel to Prestige Brands SPE Lender, LLC*** |
| Wilmington Savings Fund Society, FSB<br>Attn: Geoffrey J. Lewis<br>500 Delaware Avenue<br>Wilmington, DE 19801 | | Wilmington Savings Fund Society, FSB<br>c/o Nathan J. Moore, Esq.<br>Andrew Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007 |
| John Nusbaum<br>Capital Management<br>510 Madison Avenue<br>17th Floor<br>New York, NY 10022 | | Lovisa Gustafsson, Vice President,<br>Controlling Health Care Costs<br>The Commonwealth Fund<br>1 East 75th Street<br>New York, NY 10021 |

| | | |
|---|---|---|
| Oliver Blum<br>Ernst & Young Limited<br>Maagpl. 1,<br>Zurich 8005<br>***Counsel to Akorn International SARL*** | | Christian Roos<br>Pestalozzi<br>Feldeggstrasse 4<br>8008 Zurich<br>Switzerland<br>***Counsel to Akorn AG*** |
| TN Dept of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, Tennessee 37202-0207 | | Marc S. Lichtman<br>Attorney at Law<br>Lichtman Eisen Partners, Ltd.<br>134 North LaSalle Street<br>Suite 750<br>Chicago, Illinois 60602<br>***Counsel to IL Landlord*** |
| Drug Enforcement Administration<br>Attn: Office of Diversion Control<br>8701 Morrissette Drive<br>Springfield, VA 22152 | | Andrew J. Gershon, Assistant Attorney General<br>New York State Department of Law<br>Environmental Protection Bureau<br>28 Liberty Street<br>New York, New York 10005 |
| William J. Burnett, Esquire<br>Flaster/Greenberg P.C.<br>1007 Orange Street<br>Suite 400<br>Wilmington, DE 19801<br>***Counsel to Gerresheimer Glass, LLC*** | | Shawn M. Christianson, Esq.<br>Buchalter, A Professional Corporation<br>425 Market Street<br>Suite 2900<br>San Francisco, California 94105-3493<br>***Counsel to Oracle America, Inc.*** |

| | | |
|---|---|---|
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue<br>Suite 210E<br>Lake Success, NY 11042<br>***Counsel to Oracle America, Inc.*** | | Gaston P. Loomis, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Avenue,<br>Suite 1014<br>Wilmington, DE 19801<br>***Counsel to Philadelphia Indemnity Insurance Company*** |
| Curtis S. Miller, Esquire<br>Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Ethypharm S.A.S.*** | | Scott R. Bowling, Esquire<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, New York 10112<br>***Counsel to Ethypharm S.A.S.*** |
| Kevin Chiu, Esquire<br>Baker Botts L.L.P.<br>2001 Ross Avenue<br>Suite 900<br>Dallas, Texas 75201-2980<br>***Counsel to Ethypharm S.A.S.*** | | HYG Financial Services, Inc.<br>P.O. Box 35701<br>Billings, MT 59107 |
| Kate Roggio Buck, Esquire<br>McCarter & English LLP<br>405 North King Street,<br>8th Floor<br>Wilmington, DE 19801<br>***Counsel to HYG Financial Service, Inc.*** | | |

| | | |
|---|---|---|
| Nathan J. Moore, Esq.<br>Andrew N. Goldman, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>***Counsel to WSFS Institutional Services as TL Agent*** | | Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 North Market Street<br>Suite 300<br>Wilmington, DE 19899-2323<br>***Counsel to Douglas Pharmaceuticals America Limited*** |
| Dallin Seguine, Esq.<br>Fox Rothschild LLP<br>Stone Manor Corporate Ctr.<br>2800 Kelly Road,<br>Suite 200<br>Warrington, PA 18976<br>***Counsel to Douglas Pharmaceuticals America Limited*** | | Jeffrey Barber, Esq.<br>Jones Walker LLP<br>Suite 800<br>190 E Capitol St<br>Jackson, MS 39201<br>***Counsel to OptiSource LLC*** |
| Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>***Counsel to OptiSource LLC*** | | Karen M. Grivner, Esq.<br>Clark Hill PLC<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801<br>***Counsel to CV II Gurnee LLC*** |
| Kevin H. Morse, Esq.<br>Clark Hill PLC<br>130 E. Randolph Street<br>Suite 3900<br>Chicago, IL 60601<br>***Counsel to CV II Gurnee LLC*** | | Michael Busenkell, Esq.<br>Gellert Scali Busenkell & Brown, LLC<br>1201 North Orange Street<br>Suite 300<br>Wilmington, Delaware 19801<br>***Counsel to Leadiant Biosciences, Inc.*** |

| | | |
|---|---|---|
| Fernando J. Menendez, Jr., Esq.<br>Sequor Law<br>1111 Brickell Avenue<br>Suite 1250<br>Miami, Florida 33131<br>***Counsel to Leadiant Biosciences, Inc.*** | | Matthew G. Summers, Esquire<br>Margaret A. Vesper, Esquire<br>Ballard Spahr LLP<br>919 N. Market Street<br>11th Floor<br>Wilmington, Delaware 19801-3034<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** |
| Howard S. Sher, Esquire<br>Debra Beth Pevos, Esquire<br>Jacob & Weingarten, P.C.<br>25800 Northwestern Hwy.<br>Suite 500<br>Southfield, Michigan 48075<br>***Counsel to M. Jacob & Sons, d/b/a MJS Packaging*** | | A. Lee Hogewood III, Esq.<br>Zechariah C. Etheridge, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Sentiss AG*** |
| Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Sentiss AG*** | | Alfredo R. Pérez<br>Weil, Gotshal & Manges LLP<br>Theodore S. Heckel<br>700 Louisiana Street<br>Suite 1700<br>Houston, TX 77002-2784<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** |
| Curtis S. Miller, Esq.<br>Sophie Rogers Churchill, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>***Counsel to Laboratoires Théa SAS and Thea Pharma Inc.*** | | Adam Hiller, Esq.<br>Hiller Law, LLC<br>300 Delaware Ave., Ste 210, #227<br>Wilmington, DE 19801<br>***Counsel to E.L. Pruitt Co.*** |

| | | |
|---|---|---|
| Hugh Keenan Murtagh, Esq.<br>Alexandra M. Zablocki, Esq.<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, New York 10020<br>***Counsel to the Consortium*** | | Zachary I. Shapiro, Esq.<br>Emily R. Mathews, Esq.<br>Alexander R. Steiger, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>***Counsel to the Consortium*** |
| Tori L. Remington, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** | | Deborah Kovsky-Apap, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>875 Third Avenue<br>New York, New York 10022<br>***Counsel to Hikma Pharmaceuticals USA Inc.*** |
| John R. Gardner, Esq.<br>Emily Steele, Esq.<br>K&L Gates LLP<br>4350 Lassiter at North Hills Ave.<br>Suite 300<br>Raleigh, NC 27609<br>***Counsel to Syneos Health*** | | Steven L. Caponi, Esq.<br>Matthew B. Goeller, Esq.<br>K&L Gates LLP<br>600 N. King Street<br>Suite 901<br>Wilmington, DE 19801<br>***Counsel to Syneos Health*** |
| L. Katherine Good, Esq.<br>Christopher M. Samis, Esq.<br>Maria Kotsiras, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>***Counsel to Capstone Parent, LLC*** | | Ryan Blaine Bennett, P.C.<br>Patricia Walsh Loureiro<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>***Counsel to Capstone Parent, LLC*** |

| | | |
|---|---|---|
| Roy Michael Roman<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>***Counsel to Capstone Parent, LLC*** | | Martin A. Mooney, Esquire<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau<br>Bankruptcy Litigation Unit<br>The Capital<br>Albany, NY 12224-0341 |
| Kimberly A. Walsh<br>Assistant Attorney General<br>Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>***Counsel to Texas Comptroller*** | | Kristin Radwanick, Esq.<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road<br>Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** |
| Robert J. Dehney, Esq.<br>Daniel B. Butz, Esq.<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, Delaware 19899-1347<br>***Counsel to Conversion Movants*** | | Andrew K. Glenn, Shai Schmidt,<br>Richard C. Ramirez, Malak S. Doss<br>Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>***Counsel to Conversion Movants*** |
| Mark R. Owens, Esq.<br>Amy E. Tryon, Esq.<br>Barnes & Thornburg LLP<br>222 Delaware Avenue<br>Suite 1200<br>Wilmington, DE 19801<br>***Counsel to Argo Partners II, LLC*** | | Gregory G. Plotko<br>Barnes & Thornburg LLP<br>390 Madison Avenue<br>12th Floor<br>New York, NY 10017<br>***Counsel to Argo Partners II, LLC*** |

| | | |
|---|---|---|
| U.S. Customs and Border Protection<br>Attn: REV-Bankruptcy 203Ja<br>8899 E. 56th Street<br>Indianapolis, IN 46249 | | Kristin Radwanick<br>Senior Assistant Attorney General<br>Collections Enforcement Section<br>8040 Hosbrook Road, Suite 300<br>Cincinnati, Ohio 45236<br>***Counsel to Ohio Department of Medicaid*** |
| Jeffrey K. Garfinkle, Esq.<br>Buchalter, A Professional Corporation<br>18400 Von Karman Avenue<br>Suite 800<br>Irvine, CA 92612<br>***Counsel to McKesson Corporation*** | | Mark I. Duedall, Esq.<br>Siena Berrios Gaddy, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.<br>Monarch Plaza, Suite 1500<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326<br>***Counsel to Randstad US, LLC*** |
| Michael Allen<br>30 Kirkwood Dr<br>Clinton, IL 61727 | | Srinath Biyyala<br>1030 Enfield Farm Ln<br>Brunswick, MD 21716 |
| New York State Dept of Labor<br>Attn: Karen Cacace<br>Chief of Labor Bureau<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 | | New York State Dept of Labor<br>Attn: Seth Kupferberg<br>Section Chief, General Labor Section<br>Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |

| | | |
|---|---|---|
| MidCap Funding Trust IV Trust<br>c/o MidCap Financial Services, LLC<br>7255 Woodmont Avenue<br>Suite 300<br>Bethesda, Maryland 20814 | | WSFS Institutional Services, Agent<br>500 Delaware Avenue<br>Wilmington, DE 19801 |
| Akorn Ag Hettlingen<br>Douglas S. Boothe<br>Riethofstrasse 1<br>Hettlingen 8442<br>Switzerland | | Aptar Pharma<br>Kimberly Y. Chainey<br>265 Exchange Drive<br>Crystal Lake, IL 60014 |
| Archimica Spa<br>Ralf Pfirmann<br>Viale Milano 86<br>Lodi 26900<br>ItalyF | | Berlin Packaging LLC<br>P.O. Box 74007164<br>Chicago, IL 60674-7164 |
| Centers for Medicare and Medicaid Services<br>Center for Medicaid and Chip Services<br>Division of Pharmacy<br>Attn: Cynthia Denemark, Deputy Director<br>7500 Security Boulevard<br>Baltimore, MD 21244 | | Department Of Veterans Affairs<br>Office Of Inspector General<br>Release Of Information Office (50ci)<br>810 Vermont Avenue, Nw<br>Washington, DC 20420 |

| | | |
|---|---|---|
| Douglas Pharmaceuticals America<br>Te Pai Place, Lincoln<br>Po Box 45 027<br>Auckland 651<br>New Zealand | | E L Pruitt Company<br>Po Box 3306<br>Attn A/R<br>Springfield, IL 62708 |
| Empire Freight Logistics<br>6567 Kinne Road<br>Dewitt, NY 13214 | | Ernst & Young LLP<br>PNC Bank C/O Ernst & Young Us LLP<br>3712 Solution Center<br>Chicago, IL 60677-3007 |
| Ethypharm<br>Roseline Joannesse<br>194 Bureaux De La Colline, Batiment D,<br>12eme Etage<br>Saint-Cloud Cedex 92213<br>France | | Euroapi Usa<br>100 Somerset Corporate Blvd<br>2nd Floor Suite 100<br>Bridgewater, NJ 08807 |
| Exela Pharma Sciences<br>1245 Blowing Rock Blvd<br>Lenoir, NC 28645 | | Gerresheimer Glass Inc.<br>Attn A/R<br>537 Crystal Ave<br>Vineland, NJ 08360 |

| | | |
|---|---|---|
| Gibson Dunn & Crutcher LLP<br>P.O. Box 840723<br>Los Angeles, CA 90084-0723 | | Halocarbon Life Sciences LLC<br>David Bacon<br>6525 The Corners Parkway<br>Suite 200<br>Peachtree Corners, GA 30092 |
| Henderson Constructors Inc.<br>350 E Butler Avenue<br>New Britain, PA 18901 | | Leadiant Former Sigma-Tau<br>P.O. Box 79306<br>Baltimore, MD 21279 |
| Mikart, Inc.<br>1750 Chattahoochee Ave<br>Atlanta, GA 30318 | | MJS Packaging<br>35601 Veronica St<br>Livonia, MI 48150 |
| Model N Inc.<br>Errol Hunter<br>777 Mariners Island Blvd.<br>Suite 300<br>San Mateo, CA 94404 | | SGD SA - North America Office<br>900 Third Avenue<br>4th Floor<br>New York, NY 10022 |

| | | |
|---|---|---|
| Siegfried USA Inc.<br>33 Industrial Park Road<br>Pennsville, NJ 08070 | | SST Corporation<br>55 Lane Road<br>Suite 450<br>Fairfield, NJ 07004 |
| The Ritedose Corporation<br>Jody Chastain<br>1 Technology Circle<br>Columbia, SC 29203 | | Tracelink Inc<br>Shabbir Dahod<br>200 Ballardvale Street<br>Building 1, Suite 100<br>Wilmington, MA 01887 |
| 340b Drug Pricing Program<br>Health Resources & Services Administration<br>5600 Fishers Lane<br>Rockville, MD 20857 | | Veronica Development Associates, LLC<br>vs. Akorn Operating Company, LLC<br>c/o Robert Mahoney<br>Norris McLaughlin, P.A.<br>400 Crossing Blvd<br>P.O. Box 5933<br>Bridgewater, NJ 08807-5933 |
| West Pharma Services<br>530 Herman O West Drive<br>Exton, PA 19341 | | WSC-GSP B/L Office Park Owner VII, LLC<br>Marc S. Lichtman<br>Lichtman Eisen Partners, Ltd.<br>134 North LaSalle Street<br>Suite 750<br>Chicago, IL 60602 |

| | | |
|---|---|---|
| Zhejiang Hisun Pharma China<br>Attn: Li Yan<br>Waisha Road No. 46<br>Jiaojiang District<br>Taizhou 318000<br>China | | Zygosome LLC - R&D Only<br>92 Argilla Road<br>Andover, MA 01810 |
| John Sweeney<br>[Address on File] | | Erislandy Dorado-Boladeres<br>[Address on File] |
| Chris Young<br>[Address on File] | | Bill Ostrowski<br>[Address on File] |
| Beth Zelnick-Kaufman<br>[Address on File] | | |

| | | |
|---|---|---|
| Office of the United States Attorney<br>for the District of Delaware<br>**Hercules Building**<br>U.S. Attorney's Office<br>1313 N Market Street<br>PO Box 2046<br>Wilmington, DE 19801 | | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Bettina Dunn, Paralegal Specialist (3RC60)<br>US EPA Region 3<br>Office of Regional Counsel<br>Four Penn Center<br>Philadelphia, PA 19103-2852 | | U.S. Department of Justice<br>Office of the Inspector General<br>Office of the General Counsel<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530 |
| Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 | | Securities and Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| Delaware Division of Revenue<br>Bankruptcy Service<br>Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N. French Street<br>8th Floor<br>Wilmington, DE 19801 | | Delaware State Treasury<br>820 Silver Lake Blvd.<br>Suite 100<br>Dover, DE 19904 |

| | | |
|---|---|---|
| U.S. Food and Drug Administration (FDA)<br>Attn: Jill Furman, J.D. Director<br>Center for Drug Evaluation & Research<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | | Veeva Systems Inc.<br>c/o CSC Services<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| The U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | | Environmental Protection Agency<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 |
| Environmental Protection Agency<br>Office of General Counsel<br>#2310A<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | | Environmental Protection Agency<br>290 Broadway<br>New York, NY 10007-1866 |
| Environmental Protection Agency<br>77 West Jackson Boulevard<br>Chicago, IL 60604-3507 | | Environmental Protection Agency<br>Center for Public Health and Environmental Assessment<br>Mail Code: B305-01<br>Research Triangle Park, NC 27711 |