**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, [1] | Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 23, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

**ADJOURNED MATTERS:**

1. Scheduling Conference in Adversary Proceeding of Walmart Inc., Adv. No. 25-50360

Status: The parties have agreed to further extend the deadlines with regard to the Adversary Proceeding of Walmart Inc., adv. no. 25-50360, to December 1, 2026.

Related Documents: (a) Certification of Counsel Regarding Order Approving Stipulation Further Extending Deadlines [Filed 7/28/2026; D.I. 38]

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

(b) Order Approving Stipulation Further Extending Deadlines [Filed 7/29/2026; D.I. 39]

(c) Certification of Counsel Regarding Order Approving Stipulation Further Extending Deadlines [Filed 9/22/206; D.I. 40]

(d) Order Approving Stipulation Further Extending Deadlines [Filed 9/23/2026; D.I. 41]

Objection Deadline: Agreed extended response date is 12/1/2026.

Responses Received: N/A

Status: This matter is adjourned by agreement of the parties until no earlier than December 1, 2026.

Dated: October 21, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller, Chapter 7 Trustee*