**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: Chapter 7

Case No. 23-10253 (KBO)

Debtor: AKORN Holding Company, LLC, et al,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Brian T. Harvey, Esquire to represent Clarusone Sourcing Service in this action.

/s/ Jason C. Powell, Esquire (No. 3768)

Firm Name: The Powell Firm, LLC
Address: 1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
Phone: (302)650-1572
Email: jpowell@delawarefirm.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Brian T. Harvey

Firm Name: Buchalter
Address: 1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017
Phone: (213)891-5016
Email: bharvey@buchalter.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: October 30th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**