# EXHIBIT B-1

**Detailed Statement in Support of Cash Value Contingency Fee**

| Name | Settlement Amount | Adversary Number | Fee Percentage | Fee Amount | Settlement D.I. \|\| Date |
|---|---|---|---|---|---|
| Chem-Aqua Inc. | $16,000.00 | 25-50109 | 35% | $5,600.00 | D.I. 1636 7/13/2026 |
| Cintas Corporation aka Cintas Garment 780, Cintas Corporation, and Cintas Corporation aka Cintas Garment | $20,000.00 | 25-50327 | 35% | $7,000.00 | D.I. 1636 7/13/2026 |
| Filamatic | $7,500.00 | 25-50341 | 35% | $2,625.00 | D.I. 1636 7/13/2026 |
| JDLR Consulting, LLC | $7,500.00 | 25-50282 | 35% | $2,625.00 | D.I. 1636 7/13/2026 |
| Kingfisher International | $90,500.00 | 25-50153 | 35% | $31,675.00 | D.I. 1636 7/13/2026 |
| Monarch Strategic HR Consulting And Coaching, LLC | $30,000.00 | 25-50324 | 35% | $10,500.00 | D.I. 1636 7/13/2026 |
| Platinum Press, Inc. | $30,000.00 | 25-50115 | 35% | $10,500.00 | D.I. 1636 7/13/2026 |
| PPD Development, LP | $1,000.00 | 25-50164 | 35% | $350.00 | D.I. 1636 7/13/2026 |
| Winpak Ltd. | $20,000.00 | 25-50263 | 35% | $7,000.00 | D.I. 1636 7/13/2026 |
| Veeva Systems, Inc., | $150,000.00 | 25-50220 | 35% | $52,500.00 | D.I. 1644 7/30/2026 |
| Delta Synthetic Co., Ltd. | $120,000.00 | 25-50247 | 35% | $42,000.00 | D.I. 1655 9/2/2026 |
| Fisher Scientific Company LLC | $10,000.00 | 25-50148 | 35% | $3,500.00 | D.I. 1655 9/2/2026 |
| Niagara Pharmaceuticals Inc. | $10,000.00 | 25-50299 | 35% | $3,500.00 | D.I. 1655 9/2/2026 |
| Tiefenbacher API & Ingredients | $60,000.00 | 25-50215 | 35% | $21,000.00 | D.I. 1655 9/2/2026 |
| Golden State Medical Supply, Inc., | $70,000.00 | 25-50388 | 35% | $24,500.00 | D.I. 1659 9/10/2026 |
| Hudson Valley Plastics | $3,053.00 | 25-50139 | 35% | $1,068.55 | D.I. 1668 10/16/2026 |

| | | | | | |
|---|---|---|---|---|---|
| IES Engineers | $8,000.00 | 25-50141 | 35% | $2,800.00 | D.I. 1668 10/16/2026 |
| Multi Packaging Solutions International Limited | $25,000.00 | 25-50239 | 35% | $8,750.00 | D.I. 1668 10/16/2026 |
| NextPharma | $35,000.00 | 25-50175 | 35% | $12,250.00 | D.I. 1668 10/16/2026 |
| Pharmaceutical Returns Service | $8,000.00 | 25-50157 | 35% | $2,800.00 | D.I. 1668 10/16/2026 |
| Scisafe Inc. | $26,203.38 | 25-50201 | 35% | $9,171.18 | D.I. 1668 10/16/2026 |

**Total:** **$747,756.38** **$261,714.73**

**Total Collections:**
Fees (Total x 35%) $261,714.73
Costs $9,410.80
**Total due to Saul**: $271,125.53