# EXHIBIT B-2

**Detailed Statement in Support of Claim Waiver Value Contingency Fee**

| | | | | Claim No. Filed In Case No.: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Defendant** | **Alleged Preferential Transfer** | **Amount of General Unsecured Claim ("GUC") Waived** | **Amount of Admin or priority Claim waiver** | **23-10253** | **23-10254** | **23-10255** | **Adv. Proc. No.** | **Relevant Adv. D.I. or D.I.** | **Value to Estate (69.2% GUC/100% Admin/Priority Claim)** | **Saul %** | **Saul Fee** |
| Teva API Inc | $1,957,153.80 | $324,000.00 | | | | 364 | 25-50271 | 5 | $224,208.000 | 35% | $78,472.80 |
| Douglas Pharmaceuticals | $1,028,488.25 | $1,159,176.00 | | | | 347 | 25-50127 | 6 | $802,149.792 | 35% | $280,752.43 |
| Leadiant Former Sigma Tau | $953,406.50 | $252,755.25 | | 321 | | 350 | 25-50160 | 25 | $174,906.633 | 35% | $61,217.32 |
| Berlin Packaging LLC | $743,821.10 | n/a | $169,645.40 | | | 25 | 25-50258 | 21 | $169,645.400 | 35% | $59,375.89 |
| Golden State Medical Supply Inc | $662,030.99 | $141,595.51 | | 119 | | | 25-50388 | 15 | $97,984.093 | 35% | $34,294.43 |
| Mikart Inc | $653,330.37 | $173,456.00 | | 294 | | | 25-50101 | 11 | $120,031.552 | 35% | $42,011.04 |
| Veeva Systems Inc | $596,364.00 | $30,346.00 | | | | 4 | 25-50220 | 40 | $20,999.432 | 35% | $7,349.80 |
| Aptar & Gateway | $448,875.00 | $388,620.00 | | | | 124 | 25-50244 | 16 | $268,925.040 | 35% | $94,123.76 |
| Gerresheimer Glass Inc | $286,679.01 | $275,000.00 | | 91 | | 66, 94 | 25-50155 | 9 | $190,300.000 | 35% | $66,605.00 |
| Veronica Development Associates LLC | $246,993.16 | $208,222.94 | | | | 35 | 25-50238 | 7 | $144,090.274 | 35% | $50,431.60 |
| Tiefenbacher API & Ingredients | $213,425.91 | $28,584.00 | | | | 183 | 25-50215 | 11 | $19,780.128 | 35% | $6,923.04 |
| Abbey Color | $209,806.00 | $84,854.00 | | 346 | | 380 | n/a | 1356 | $58,718.968 | 30% | $17,615.69 |
| Comar LLC | $197,228.89 | $54,252.00 | | 57 | | 60 | 25-50246 | 1394 | $37,542.384 | 35% | $13,139.83 |
| Premier Healthcare Alliance | $177,563.81 | $43,858.50 | | | | 330 | 25-50348 | 15 | $30,350.082 | 35% | $10,622.53 |
| MS Packaging & Supply Distribution Corp | $163,975.35 | $53,479.69 | | 73 | | | 25-50343 | 19 | $37,007.945 | 35% | $12,952.78 |
| Holland Applied Technologies Inc | $116,484.54 | $12,389.68 | | 334 | | | 25-50135 | 7 | $8,573.659 | 35% | $3,000.78 |
| Skan US Inc | $89,996.46 | $5,989.08 | | | | 468 | n/a | 1328 | $4,144.443 | 30% | $1,243.33 |
| SGS North America Inc | $78,901.51 | $118,188.33 | | | | 207 | 25-50349 | 10 | $81,786.324 | 35% | $28,625.21 |
| Direct Energy Business Marketing LLC | $71,128.21 | $24,713.15 | | | | 37 | 25-50132 | 15 | $17,101.500 | 35% | $5,985.52 |
| Filamatic | $64,310.27 | $18,528.00 | | | | 38 | 25-50341 | 18 | $12,821.376 | 35% | $4,487.48 |
| Bana Electrical Testing Corp | $54,461.00 | $5,125.00 | | | 111 | | 25-50105 | 10 | $3,546.500 | 35% | $1,241.28 |
| Fedegari Technologies Inc | $49,286.80 | $8,058.94 | | 395 | | | 25-50340 | 4 | $5,576.786 | 35% | $1,951.88 |
| Alcami Corporation | $42,790.69 | $17,295.50 | | | | 50 | 25-50229 | 11 | $11,968.486 | 35% | $4,188.97 |
| Atlantic Scale Company Inc | $25,033.08 | $18,573.09 | | 176 | | | 25-50234 | 4 | $12,852.578 | 35% | $4,498.40 |
| Alcus Fuel Oil & Sons Inc | $19,749.40 | $7,910.56 | | 1 | | | 25-50353 | 11 | $5,474.108 | 35% | $1,915.94 |
| Windstream DBA Paetec | $46,902.52 | $6,932.21 | | | | 95 | 25-50123 | 16 | $4,797.089 | 35% | $1,678.98 |
| GDL International | $412,118.92 | $220,464.21 | | | | 443 | 25-50099 | 14 | $152,561.233 | 35% | $53,396.43 |
| Compliance Path LLC | $15,850.00 | $2,500.00 | | | | 78 | 25-50355 | 20 | $1,730.000 | 35% | $605.50 |
| Primera Analytical Solutions Corp | $90,019.00 | $80,034.80 | | 292 | | 405 | 25-50167 | 16 | $55,384.082 | 35% | $19,384.43 |
| Wilkens-Anderson Company | $28,450.02 | $2,909.76 | | | | 113 | 25-50224 | 16 | $2,013.554 | 35% | $704.74 |
| EDI Staffing Inc | $21,504.00 | $66,976.00 | | 4 | | | 25-50274 | 16 | $46,347.392 | 35% | $16,221.59 |
| Cintas Garment 780 | $55,114.67 | $29,703.93 | | | | 115 | 25-50327 | 18 | $20,555.120 | 35% | $7,194.29 |
| Olympic Web Design, Inc. | $14,300.54 | $7,750.29 | | | | 69 | 25-50267 | 4 | $5,363.201 | 35% | $1,877.12 |
| Total: | **Waiver TOTAL-->** | **$ 3,879,992.71** | **$ 169,645.40** | **–Admin Total** | | | | | **$ 2,854,600.36** | | **$ 994,089.83** |
| **Value to Estate at 69.2% Distribution-->** | | **$ 2,684,954.96** | **$ 169,645.40** | **<--Value to Estate at 100% Payout** | | | | | | | |
| ***Combined waiver value to the estate among GUC, Priority, and Admin Claims*** | | | ***$ 2,854,600.36*** | | | | | | | | |
| ***Saul Fee on Claim Waiver Value Total*** | | | ***$ 994,089.83*** | | | | | | | | |