# EXHIBIT C

## Summary of Expense Reimbursement Requested by Category

# Expense Summary

## For the Period through November 9, 2026

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Postage/ Mailing | United States Postal Service | $46.30 |
| Messenger Service | Reliable Copy Service | $86.06 |
| Courier Service | Federal Express | $87.45 |
| Outside Reproduction | Reliable Copy Service | $1,797.99 |
| PACER Research | PACER | $288.60 |
| Legal Research | Westlaw | $167.50 |
| E Discovery | Epiq Relativity | $6,936.90 |
| **Total** | | **$9,410.80** |

SAUL EWING LLP

www.saul.com

| | |
|---|---|
| Akorn Operating Company LLC- Avoidance A | Invoice Number 4548268 |
| George Miller | Invoice Date 10/31/26 |
| 8 Penn Center, Suite 950 | Client Number 393059 |
| 1628 John F. Kennedy Boulevard | Matter Number 00002 |
| Philadelphia, PA 19103 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---|---|
| 12/09/25 | First Class Mailing of Judgment by Default Against Defendant $22.36 | 22.36 | |
| 09/16/26 | Please apply $23.94 to 393059.00002 for a certified mailing. | 23.94 | |
| | Total Postage | | 46.30 |
| 12/08/25 | Vendor: Reliable Copy Service; Invoice#: WL127078; Date: 11/24/2025 - Obtain certified copies of the international judicial requests in Akorn (preference matters). | 86.06 | |
| | Total Messenger Service | | 86.06 |
| 07/29/26 | Vendor: Federal Express; Invoice#: 259201820; Date: 7/27/2026 - Federal Express on 07/15/2026 To: CLEO Y W CHUO From: MIKE ORNELAS | 54.56 | |
| 10/14/26 | Vendor: Federal Express; Invoice#: 949768305; Date: 10/12/2026 - Federal Express on 10/07/2026 To: George L Miller From: Evan Miller | 32.89 | |
| | Total Federal Express | | 87.45 |
| 11/10/25 | Vendor: Reliable Copy Service; Invoice#: WL126560; Date: 10/22/2025 - Mailout services (Bankruptcy), Envelopes Services, Postage re 8th Notice of Settlements | 79.30 | |
| 11/10/25 | Vendor: Reliable Copy Service; Invoice#: WL126603; Date: 10/24/2025 - Mailout services (Bankruptcy), Envelopes Services, Postage re Notice of Amended Exhibit A re 8th Notice of Settlements | 40.32 | |
| 11/19/25 | Vendor: Reliable Copy Service; Invoice#: WL126845; Date: 11/10/2025 - Mailout services (bankruptcy), envelopes services, postage re Ethypharm 9019 and Douglas, Empire Omnibus 9019 Motion. | 1,021.23 | |
| 12/08/25 | Vendor: Reliable Copy Service; Invoice#: WL127015; Date: 11/19/2025 - Duplicating light litigation, envelopes service, postage re Notice of Saul's 5th Interim, 2nd Contingent Fee Application | 218.40 | |

| | | | |
|---|---|---|---|
| 01/06/26 | Vendor: Reliable Copy Service; Invoice#: WL127336; Date: 12/10/2025 - Mailout services (Bankruptcy), envelopes services, postage re 9th Notice of Settlements. | 134.20 | |
| 01/06/26 | Vendor: Reliable Copy Service; Invoice#: WL127253; Date: 12/5/2025 - Mailout services (bankruptcy), envelopes services, postage re Gardaworld 9019 Motion | 233.04 | |
| 01/29/26 | Vendor: Reliable Copy Service; Invoice#: WL127812; Date: 1/15/2026 - Mailout services (bankruptcy), envelopes services, postage re 10th Notice of Settlements | 71.50 | |
| | Total Outside Reproduction | | 1,797.99 |
| 11/07/25 | Vendor: PNC Bank; Invoice#: 100625RHEDITJG; Date: 10/6/2025 - Q2 Pacer charge / R. Hradecky | 150.20 | |
| 06/30/26 | Vendor: PNC Bank; PACER Q1 Research - R. Hardecky | 76.10 | |
| 09/30/26 | Vendor: PNC Bank; Invoice#: 080426RHEDITJG; Date: 8/4/2026 - PACER CHARGES / R. Hradecky | 62.30 | |
| | Total Pacer Research | | 288.60 |
| 09/24/26 | Westlaw Research | 162.50 | |
| 09/30/26 | Westlaw Research | 5.00 | |
| | Total Westlaw Legal Research | | 167.50 |
| | Epiq Relativity eDiscovery Costs | | 6,936.90 |
| | CURRENT EXPENSES | | 9,410.80 |
| | TOTAL AMOUNT OF THIS INVOICE | | 9,410.80 |