**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on November 13, 2026, I caused a true and correct copy of the *Eighth Interim (Fourth Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation and Reimbursement Of Expenses For The Period Through November 9, 2026* (the "Application") to be electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF"). Notification of filing was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

I further certify that on November 13, 2026, I caused a copy of the **Application** to be served on the parties identified on the service list attached hereto as Exhibit "A", in the manner indicated therein.

I further certify that on November 13, 2026, I caused a copy of the **Notice of the Application** to be served on the parties identified on the service list attached hereto as Exhibit "B", in the manner indicated therein.

Date: November 13, 2026
Wilmington, DE

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (Bar No. 5364)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

# EXHIBIT A

**Via Email**
Jonathan Lipshie, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
jon.lipshie@usdoj.gov

# EXHIBIT B

**Via U.S. Mail**
Edmon L. Morton, Esquire Matthew B.
Lunn, Esquire Joseph M. Mulvihill, Esquire
Jared W. Kochenash, Esquire
Young, Conaway, Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801
**Counsel to the Debtors**

MidCap Funding Trust IV Trust
c/o MidCap Financial Services, LLC 7255
Woodmont Avenue, Suite 300
Bethesda, Maryland 20814

WSFS Institutional Services, Agent 500
Delaware Avenue
Wilmington, DE 19801

Aptar Pharma
Attn: Kimberly Y. Chainey 265 Exchange
Drive Crystal Lake, IL 60014

Berlin Packaging LLC
P.O. Box 74007164
Chicago, IL 60674-7164

Centers for Medicare and Medicaid Services
Center for Medicaid and Chip Services
Division of Pharmacy
Attn: Cynthia Denemark, Deputy Director
7500 Security Boulevard
Baltimore, MD 21244

Department Of Veterans Affairs Office Of
Inspector General
Release Of Information Office (50ci) 810
Vermont Avenue, NW Washington, DC
20420

E L Pruitt Company PO Box 3306
Attn A/R
Springfield, IL 62708

Empire Freight Logistics
6567 Kinne Road
Dewitt, NY 13214

Ernst & Young LLP
PNC Bank c/o Ernst & Young Us LLP 3712
Solution Center
Chicago, IL 60677-3007

Euroapi USA
100 Somerset Corporate Blvd 2nd Floor
Suite 100 Bridgewater
NJ 08807

Exela Pharma Sciences
1245 Blowing Rock Blvd
Lenoir, NC 28645

Gerresheimer Glass Inc. Attn A/R
537 Crystal Avenue
Vineland, NJ 08360

Gibson Dunn & Crutcher LLP
P.O. Box 840723
Los Angeles, CA 90084-0723

Halocarbon Life Sciences LLC Attn: David
Bacon
6525 The Corners Parkway Suite 200
Peachtree Corners, GA 30092

Henderson Constructors Inc.
350 E Butler Avenue
New Britain, PA 18901

Leadiant Former Sigma-Tau
P.O. Box 79306
Baltimore, MD 21279

Mikart, Inc.
1750 Chattahoochee Avenue
Atlanta, GA 30318

MJS Packaging
35601 Veronica Street
Livonia, MI 48150

Model N Inc.
Errol Hunter
777 Mariners Island Blvd. Suite 300
San Mateo, CA 94404

SGD SA - North America Office
900 Third Avenue
4th Floor
New York, NY 10022

Siegfried USA Inc.
33 Industrial Park Road
Pennsville, NJ 08070

SST Corporation
55 Lane Road
Suite 450
Fairfield, NJ 07004

The Ritedose Corporation
Attn: Jody Chastain
1 Technology Circle
Columbia, SC 29203

Tracelink Inc Shabbir Dahod
200 Ballardvale Street
Building 1, Suite 100
Wilmington, MA 01887

340b Drug Pricing Program
Health Resources & Services Administration
5600 Fishers Lane
Rockville, MD 20857

Veronica Development Associates, LLC vs.
Akorn Operating Company, LLC
c/o Robert Mahoney Norris McLaughlin,
P.A. 400 Crossing Blvd
P.O. Box 5933
Bridgewater, NJ 08807-5933

Pharma Services
530 Herman O West Drive
Exton, PA 19341

Zygosome LLC - R&D Only
92 Argilla Road
Andover, MA 01810

John Sweeney
[Address on File]

Erislandy Dorado-Boladeres
[Address on File]

Chris Young
[Address on File]

Bill Ostrowski
[Address on File

Beth Zelnick-
Kaufman
[Address on File]

Office of the United States Attorney for the
District of Delaware Hercules Building
U.S. Attorney's Office
1313 N Market Street PO Box 2046
Wilmington, DE 19801

Internal Revenue Service Centralized
Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Bettina Dunn, Paralegal Specialist (3RC60)
US EPA Region 3
Office of Regional Counsel Four Penn
Center Philadelphia, PA 19103-2852

U.S. Department of Justice Office of the
Inspector General Office of the General
Counsel 950 Pennsylvania Avenue NW
Washington, D.C. 20530

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities and Exchange Commission New York Regional Office
Attn: Mark Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Delaware Division of Revenue Bankruptcy Service
Attn: Bankruptcy Administrator Carvel State Building
820 N. French Street, 8th Floor
Wilmington, DE 19801

Delaware State Treasury
820 Silver Lake Blvd.
Suite 100
Dover, DE 19904

U.S. Food and Drug Administration (FDA)
Attn: Jill Furman, J.D. Director
Center for Drug Evaluation & Research
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

U.S. Department of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency Office of General Counsel #2310A
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency
290 Broadway
New York, NY 10007-1866

Environmental Protection Agency
77 West Jackson Boulevard
Chicago, IL 60604-3507

Environmental Protection Agency
Center for Public Health and Environmental Assessment
Mail Code: B305-01 Research
Triangle Park, NC 27711

Jay L. Welford, Esquire
Taft Stettinius & Hollister LLP 27777
Franklin Road, Suite 2500
Southfield, MI 48034
**Counsel to Heritage Global Partners, Inc. and Bradford Auctions, LLC**

Laura Davis Jones, Esquire Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
**Counsel to the Term Lender Group**

Scott J. Greenberg, Esquire Steven A. Domanowski, Esquire Matthew J. Williams, Esquire
C. Lee Wilson, Esquire Gibson, Dunn & Crutcher LLP 200 Park Avenue
New York, NY 10166
**Counsel to the Term Lender Group**

Jeffrey K. Garfinkle, Esquire Buchalter, A Professional Corporation 18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
**Counsel to McKesson Corporation**

Christopher M. Winter, Esquire James C. Carignan, Esquire Duane Morris LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
**Counsel to Prestige Consumer Healthcare, Inc. Counsel to Prestige Brands SPE Lender, LLC**

Michael D. DeBaecke, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899-1150
**Counsel to Westmount Realty Capital, LLC**

Eric D. Kaplan, Esquire
Kaplan & Gournis, PC
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601
**Counsel to Westmount Realty Capital, LLC**

Michael W. Yurkewicz, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
**Counsel to AmerisourceBergen Drug Corporation**

Morton R. Branzburg, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
**Counsel to AmerisourceBergen Drug Corporation**

Natasha M. Songonuga, Esquire
Gibbons P.C.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1671
**Counsel to SGS North America Inc.**

Brett S. Theisen, Esquire Gibbons P.C.
One Pennsylvania Plaza 37th Floor
New York, New York 10119-3701
**Counsel to SGS North America Inc.**

Frank F. McGinn, Esquire Jacqueline M. Price, Esquire Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
**Counsel to Iron Mountain Information Management, LLC**

Adam G. Landis, Esquire Matthew B. McGuire, Esquire Nicolas E. Jenner, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
**Counsel to MidCap Funding IV Trust**

Charles A. Dale, Esquire
Proskauer Rose LLP One International Place
Boston, MA 02110
**Counsel to MidCap Funding IV Trust**

Vincent Indelicato, Esquire Megan R. Volin, Esquire
Proskauer Rose LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
**Counsel to MidCap Funding IV Trust**

Kathryn L. Stevens, Esquire VedderPrice
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
**Counsel to MidCap Funding IV Trust**

Beverly Weiss Manne, Esquire Maribeth Thomas, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
**Counsel to Thermo Fisher Scientific Entities**

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
**Counsel to Thermo Fisher Scientific Entities Counsel to Cardinal Health**

Scott A. Zuber, Esquire
Terri Jane Freedman, Esquire
Chiesa Shahinian & Giantomasi PC 105 Eisenhower Parkway
Roseland, NJ 07068
**Counsel to Cardinal Health**

Cheryl A. Santaniello, Esquire Porzio, Bromberg & Newman, P.C.
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
**Counsel to Package Development Company, Inc.**

Assistant Attorney General
S. Michael Murphy, Esquire
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
**Counsel to State of Wisconsin, Department of Health Services**

Seth A. Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE 19899
**Counsel to Bionpharma**

Michael G. Menkowitz, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103 19103
**Counsel to Bionpharma**

Andrew Warner, Esquire
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Scott L. Fleischer, Esquire
Barclay Damon LLP
1270 Avenue of the Americas Suite 501
New York, NY 10020
**Counsel to Interior Specialty Construction, Inc. and Sullivan Contractors LLC**

James Tobia, Esquire
The Law Office of James Tobia, LLC 1716 Wawaset Street
Wilmington, DE 19806
**Counsel to Henderson Constructors, Inc.**

Wilmington Savings Fund Society, FSB
Attn: Geoffrey J. Lewis
500 Delaware Avenue
Wilmington, DE 19801

John Nusbaum Capital Management
510 Madison Avenue, 17th Floor
New York, NY 10022

Lovisa Gustafsson, Vice President, Controlling Health Care Costs
The Commonwealth Fund 1 East 75th Street
New York, NY 10021

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Marc S. Lichtman, Esquire Lichtman Eisen Partners, Ltd.
134 North LaSalle Street, Suite 750
Chicago, IL 60602
**Counsel to WSC-GSP B/L Office Park Owner VII, LLC**

Drug Enforcement Administration
Attn: Office of Diversion Control 8701 Morrissette Drive
Springfield, VA 22152

Andrew J. Gershon, Assistant Attorney General New York State Department of Law
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005

William J. Burnett, Esquire
Flaster/Greenberg P.C.
1007 Orange Street, Suite 400
Wilmington, DE 19801
**Counsel to Gerresheimer Glass, LLC**

Shawn M. Christianson, Esquire
Buchalter, A Professional Corporation
425 Market Street, Suite 2900
San Francisco, CA 94105-3493
**Counsel to Oracle America, Inc.**

Amish R. Doshi, Esquire
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E Lake
Success, NY 11042
**Counsel to Oracle America, Inc.**

Curtis S. Miller, Esquire
Sophie Rogers Churchill, Esquire
Morris, Nichols, Arsht & Tunnell LLP 1201
N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Curtis S. Miller, Esquire Andrew R.
Remming, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
**Counsel to Ethypharm S.A.S.**

Scott R. Bowling, Esquire
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112
**Counsel to Ethypharm S.A.S.**

Kevin Chiu, Esquire
Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
**Counsel to Ethypharm S.A.S.**

HYG Financial Services, Inc.
P.O. Box 35701
Billings, MT 59107

Kate Roggio Buck, Esquire
McCarter & English LLP
405 North King Street, 8th Floor
Wilmington, DE 19801
**Counsel to HYG Financial Service, Inc.**

Kenneth A. Listwak, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street,
P.O. Box 1709
Wilmington, DE 19899-1709
**Counsel to FAREVA**

Richard E. Hagerty, Esquire
Troutman Pepper Hamilton Sanders LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
**Counsel to FAREVA**

Nathan J. Moore, Esquire
Andrew N. Goldman, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street New York, NY 10007
**Counsel to WSFS Institutional Services as TL Agent**

Howard A. Cohen, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
**Counsel to Douglas Pharmaceuticals America Limited**

Dallin Seguine, Esquire
Fox Rothschild LLP
Stone Manor Corporate Ctr.
2800 Kelly Road, Suite 200
Warrington, PA 18976
**Counsel to Douglas Pharmaceuticals America Limited**

Jeffrey Barber, Esquire
Jones Walker LLP
Attn: Jeffrey Barber, Esquire
3100 North State Street, Suite 300
Jackson, MS 39216
**Counsel to OptiSource LLC**

Michael Busenkell, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
**Counsel to Leadiant Biosciences, Inc.**

Karen M. Grivner, Esquire
Clark Hill PLC
824 N. Market Street, Suite 710
Wilmington, DE 19801
**Counsel to CV II Gurnee LLC**

Kevin H. Morse, Esquire
Clark Hill PLC
130 E. Randolph Street, Suite 3900
Chicago, IL 60601
**Counsel to CV II Gurnee LLC**

Fernando J. Menendez, Jr., Esquire
Sequor Law
1111 Brickell Avenue, Suite 1250
Miami, FL 33131
**Counsel to Leadiant Biosciences, Inc.**

Matthew G. Summers, Esquire
Margaret A. Vesper, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

Howard S. Sher, Esquire
Debra Beth Pevos, Esquire
Jacob & Weingarten, P.C.
25800 Northwestern Hwy., Suite 500
Southfield, MI 48075
**Counsel to M. Jacob & Sons, d/b/a MJS Packaging**

A. Lee Hogewood III, Esquire
Zechariah C. Etheridge, Esquire
K&L Gates LLP
4350 Lassiter at North Hills Avenue Suite 300
Raleigh, NC 27609
**Counsel to Sentiss AG**

Andrew K. Glenn, Esquire
Shai Schmidt, Esquire
Richard C. Ramirez, Esquire
Malak S. Doss, Esquire
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036

Alfredo R. Pérez, Esquire
Theodore S. Heckel, Esquire
Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 1700
Houston, TX 77002-2784
**Counsel to Laboratoires Théa SAS and Thea Pharma Inc.**

Margaret F. England, Esquire
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
**Counsel to E.L. Pruitt Co.**

Hugh Keenan Murtagh, Esquire
Alexandra M. Zablocki, Esquire
Latham & Watkins LLP
1271 Avenue of the Americas New York, NY 10020
**Counsel to the Consortium**

Zachary I. Shapiro, Esquire
Emily R. Mathews, Esquire
Alexander R. Steiger, Esquire
Richards, Layton & Finger, P.A. One Rodney Square
920 North King Street Wilmington, DE 19801
**Counsel to the Consortium**

Tori L. Remington, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
**Counsel to Hikma Pharmaceuticals USA Inc.**

Deborah Kovsky-Apap, Esquire
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
**Counsel to Hikma Pharmaceuticals USA Inc.**

John R. Gardner, Esquire
Emily Steele, Esquire
K&L Gates LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, NC 27609
**Counsel to Syneos Health**

L. Katherine Good, Esquire
Christopher M. Samis, Esquire
Maria Kotsiras, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
**Counsel to Capstone Parent, LLC**

Ryan Blaine Bennett, P.C.
Patricia Walsh Loureiro, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
**Counsel to Capstone Parent, LLC**

Roy Michael Roman, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
**Counsel to Capstone Parent, LLC**

Marten A. Mooney, Esquire
Office of the New York State Attorney
General Civil Recoveries Bureau
Bankruptcy Litigation Unit
The Capital
Albany, NY 12224-0341

Kimberly A. Walsh, Esquire
Sherri K. Simpson
Paralegal Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Counsel to Texas Comptroller**

Kristin Radwanick, Esquire
Senior Assistant Attorney General
Collections Enforcement Section
8040 Hosbrook Road, Suite 300
Cincinnati, OH 45236
**Counsel to Ohio Department of Medicaid**

Akorn Ag Hettlingen
Attn: Douglas S. Boothe Riethofstrasse
1 Hettlingen 8442 Switzerland

Archimica Spa
Attn: Ralf Pfirmann
Viale Milano 86
Lodi 26900 Italy