# EXHIBIT B

## Summary of Blended Rate

## BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 3 | $736.00 | $750.38 |
| Junior Partners | 0 | $625.00 | N/A |
| Counsel | 1 | $619.00 | $590 |
| Senior Associates | 1 | $461.00 | $440 |
| Junior Associates | 1 | $367.00 | $419.81 |
| Paralegal | 1 | $320.00 | $326.86 |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $302.00 | $227.98 |
| **Aggregated:** | | **$597.00** | **$650.64** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 12, 2026 |
| Interim or Final: | Interim |