# EXHIBIT D

**Detailed Time Entries By Category**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from November 1, 2025 through October 31, 2026

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (Saul Ewing) | 20.7 | $9,765.00 |
| Litigation: Contested Matters and Adversary Proceedings | 371.1 | $242,932.00 |
| **TOTAL** | **391.8** | **$254,920.00** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 12, 2026 |
| Interim or Final: | Interim |