# EXHIBIT E

## Summary of Expense Reimbursement Requested by Category

## Expense Summary

## For the Period from November 1, 2025 through October 31, 2026

| EXPENSES | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Legal Research | PACER | $55.60 |
| Outside Reproduction | Reliable Copy Service- DE | $429.87 |
| Legal Research | Westlaw | $817.79 |
| **Total** | | **$1,303.26** |

| | |
|---|---|
| Case Name: | Akorn Holding Company LLC, *et al.* |
| Case Number: | 23-10253 (KBO) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | November 12, 2026 |
| Interim or Final: | Interim |

SAUL EWING LLP

www.saul.com

| | |
|---|---|
| Akorn AR Matters – George L. Miller, Chapter 7 Trustee | Invoice Number 4553621 |
| George L Miller | Invoice Date 11/12/26 |
| 8 Penn Center, Suite 950 | Client Number 389590 |
| 1628 John F. Kennedy Boulevard | Matter Number 00002 |
| Philadelphia, PA 19103 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/07/25 | Vendor: PNC Bank; Invoice#: 100625RHEDITJG; Date: 10/6/2025 - Q2 Pacer charge / R. Hradecky | 38.40 |
| 12/23/25 | Vendor: PNC Bank; PACER Quarterly bill - R. Hradecky | 17.20 |
| 01/06/26 | Vendor: Reliable Copy Service; Invoice#: WL127219; Date: 12/4/2025 - mailout services (bankruptcy), envelopes services, postage re Medline 9019 Motion | 207.65 |
| 01/14/26 | Vendor: Reliable Copy Service; Invoice#: WL127554; Date: 12/24/2025 - Mailout services (Bankruptcy), Envelopes Services, Postage re Real Value 9019 Motion. | 222.22 |
| 06/29/26 | Westlaw Research | 301.04 |
| 06/29/26 | Westlaw Research | 516.75 |
| | CURRENT EXPENSES | 1,303.26 |
| | TOTAL AMOUNT OF THIS INVOICE | 1,303.26 |