**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 20, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KAREN B. OWENS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**

****THIS HEARING IS CANCELLED WITH PERMISSION OF THE COURT****

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.[2]

## CONCLUDED MATTERS WITH ENTERED ORDERS

1. Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against P&L Development, LLC filed by George L. Miller, Chapter 7 Trustee
[Filed 10/6/2026; D.I. 1662]

Related Documents: (a) Certificate of No Objection to Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

[2] After registering your appearance an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

and Compromise of Claims Against P&L Development, LLC filed by George L. Miller, Chapter 7 Trustee
[Filed 10/21/2026; D.I. 1670]

(b) Order Approving the Settlement and Compromise of Claims Against P&L Development, LLC
[Filed 10/22/2026; D.I. 1671]

Objection Deadline: 10/20/2026

Responses Received: None

Status: This matter is concluded as Order has been entered by the Court.

2. Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against Anda, Inc. and Anda Pharmaceuticals, Inc. filed by George L. Miller, Chapter 7 Trustee
[Filed 10/9/2026; D.I. 1665]

Related Documents: (a) Certificate of No Objection to Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Claims Against Anda, Inc. and Anda Pharmaceuticals, Inc. filed by George L. Miller, Chapter 7 Trustee
[Filed 10/26/2026; D.I. 1672]

(b) Order Approving the Settlement and Compromise of Claims Against Anda, Inc. and Anda Pharmaceuticals, Inc.
[Filed 10/27/2026; D.I. 1673]

Objection Deadline: 10/23/2026

Responses Received: None

Status: This matter is concluded. Order has been entered by the Court.

Dated: November 18, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE Bar No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*