# EXHIBIT A

6010823 George L. Miller, Chapter 7 Trustee
00574256 Akorn Holding Company LLC et al, Chapter 7 Debtor

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/25 | JLD | Prepare updates to pleading index and critical dates calendar regarding Trustee's Third Motion for Distribution to Holders of Allowed General Unsecured Claims | BKA400 | 0.10 | 36.50 |
| 10/15/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on October 17, 2025 at 10:00 a.m. | BKA400 | 1.00 | 365.00 |
| 10/15/25 | JLD | Prepare and assemble document for filing; e-file and serve Notice of Agenda for Matters Scheduled for Hearing on October 17, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 10/15/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on October 17, 2025 at 10:00 a.m. [D.I. 1487]; advise all matters are either adjourned, concluded or CNO'd with the exception of agenda no. 5 which the Trustee anticipates handling under Certification of Counsel | BKA400 | 0.10 | 36.50 |
| 10/15/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm provided TTE Miller, Bill Homony and John Reynolds (TTE's accountants) with as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on October 17, 2025; request forward the revised schedule to the Second GUC Distribution Motion so can file same under Certification of Counsel no later than tomorrow, 10/16/2025 prior to the hearing. | BKA400 | 0.10 | 102.50 |
| 10/15/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on October 17, 2025; all matters are either adjourned, concluded or CNO'd with the exception of agenda no. 5 which the Trustee anticipates handling under Certification of Counsel. | BKA400 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/15/25 | JTC | Review and approve filing of final version of Notice of Agenda of Matters Scheduled for Hearing for 10/17/2025 | BKA400 | 0.20 | 205.00 |
| 10/16/25 | JLD | Review and acknoweldge email from Marquietta Lopez of Judge Owens Chambers advising the order on second interim GUC distribution motion will be entered shortly, and an Amended Agenda can be filed cancelling the 10/17/2025 hearing. | BKA400 | 0.10 | 36.50 |
| 10/16/25 | JLD | Prepare draft hyperlinked Amended Notice of Agenda for Matters Scheduled for Hearing on 10/17/2025 | BKA400 | 0.20 | 73.00 |
| 10/16/25 | JLD | Prepare and assemble document for filing; e-file Amended Notice of Agenda for Matters Scheduled for Hearing on 10/17/2025 | BKA400 | 0.10 | 36.50 |
| 10/16/25 | JTC | Review and authorize filing final version of Amended Notice of Agenda of Matters not going forward for 10/17/2025 | BKA400 | 0.20 | 205.00 |
| 11/12/25 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on November 14, 2025 at 10:00 a.m. | BKA400 | 1.00 | 365.00 |
| 11/12/25 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on November 14, 2025 at 10:00 a.m. | BKA400 | 0.10 | 36.50 |
| 11/12/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed Notice of Agenda [D.I. 1510] cancelling the 11/14/2025 hearing. | BKA400 | 0.10 | 102.50 |
| 11/12/25 | JTC | Review email from Jill Deeney re: confirm received from Chambers to file Agenda cancelling 11/14 hrg. | BKA400 | 0.10 | 102.50 |
| 11/12/25 | JTC | Review and authorize filing final version of Notice of Agenda of Matters not going forward for 11/14/2025 | BKA400 | 0.10 | 102.50 |
| 12/16/25 | JLD | Begin draft preparation of hyperlinked Notice of Agenda for Matters Scheduled for Hearing on December 19, 2025 | BKA400 | 1.20 | 438.00 |
| 12/17/25 | JTC | Review email from Jill Deeney re: confirm provided Chambers with as-filed copy of the Amended Notice of Agenda cancelling the 12/19 hearing | BKA400 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/17/25 | JTC | Review email from J. Deeney re: 12/19 hrg.; confirm advised Chambers that the order being entered will proceed to file an amended agenda cancelling the hearing | BKA400 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review and authorize filing Notice of Agenda of Matters Scheduled for Hearing for 12/19/2025 | BKA400 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review and approve final version of Amended Notice of Agenda of Matters not going forward for 12/19/2025 | BKA400 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm provided Chambers with as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on 12/19/2025; note all matters are concluded with the exception of agenda no. 9 which is a 9019 filed by the Trustee's special counsel, Ciardi Ciardi & Astin. | BKA400 | 0.10 | 102.50 |
| 01/21/26 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on January 23, 2026 | BKA400 | 0.80 | 328.00 |
| 01/21/26 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing January 23, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 01/21/26 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on January 23, 2026 | BKA400 | 0.10 | 41.00 |
| 01/21/26 | JLD | Review and acknowledge email from Marquietta Lopez of Judge Owens Chambers providing permission to cancel 1/23/2026 hearing and file amended agenda | BKA400 | 0.10 | 41.00 |
| 01/21/26 | JLD | Prepare draft hyperlinked Amended Notice of Agenda Cancelling Matters Scheduled for Hearing on 1/23/2026 and adjourn matters where applicable to 2/20/2026 | BKA400 | 0.10 | 41.00 |
| 01/21/26 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.20 | 82.00 |
| 01/21/26 | JTC | Review and approve final version of Notice of Agenda of Matters Scheduled for Hearing for 1/23/2026 | BKA400 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/21/26 | JTC | Review and authorize filing of Amended Notice of Agenda of Matters not going forward for 1/23/2026 | BKA400 | 0.10 | 113.00 |
| 01/21/26 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to advise Chambers that there are no matters going forward on Friday, 1/23/2026; all matters are either concluded by way of entry of an order, or, are being adjourned to February 20, 2026.; accordingly, get Chamber's permission to have hearing cancelled | BKA400 | 0.10 | 113.00 |
| 01/21/26 | JTC | Review email from Jill Deeney re: confirm provided Chambers as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on January 23, 2026; advised await permission to file an amended agenda cancelling the hearing. | BKA400 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed copy of the Amended Agenda [D.I. 1556] cancelling the January 23, 2026 hearing. | BKA400 | 0.10 | 113.00 |
| 02/18/26 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on February 20, 2026 at 10:00 a.m. | BKA400 | 0.30 | 123.00 |
| 02/18/26 | JLD | Prepare update to critical date calendar including adjourned matters from 2/20/2026 to be listed for hearing on hearing assignment for 3/27/2025 | BKA400 | 0.10 | 41.00 |
| 02/18/26 | JLD | Prepare and assemble document for filing; e-file and serve Amended Notice of Agenda for Matters Scheduled for Hearing on February 20, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 02/18/26 | JLD | Prepare draft Amended Notice of Agenda for Matters Scheduled for Hearing on February 20, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 02/18/26 | JLD | Review and acknowledge email from Marquietta Lopez of Judge Owens Chambers providing permission to file amended notice of agenda cancelling 2/20/2026 hearing | BKA400 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/18/26 | JLD | Prepare and assemble document for filing; e-file Notice of Agenda for Matters Scheduled for Hearing on February 20, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 02/18/26 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on Friday, 2/20/2026 | BKA400 | 0.10 | 41.00 |
| 02/18/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm provided Chambers with as-filed copy of the Amended Notice of Agenda cancelling the 2/20/2026 hearings | BKA400 | 0.10 | 113.00 |
| 02/18/26 | JTC | Review and authorize filing final version of Amended Notice of Agenda of Matters not going forward for 2/20/2026 | BKA400 | 0.10 | 113.00 |
| 02/18/26 | JTC | Review and authorize filing of Notice of Agenda of Matters scheduled for 2/20/2026 | BKA400 | 0.10 | 113.00 |
| 03/11/26 | JLD | Prepare updates to 2002 Service List | BKA400 | 0.10 | 41.00 |
| 03/16/26 | JLD | Prepare updates to pleading index and critical dates calendar regarding Omnibus Claim Objections | BKA400 | 0.10 | 41.00 |
| 03/19/26 | JTC | Review Notice of Appearance Filed by New York State Department of Labor | BKA400 | 0.10 | 113.00 |
| 03/25/26 | JLD | Prepare update to critical date calendar including hearing adjournments for individual claim objections and pretrial conferences | BKA400 | 0.20 | 82.00 |
| 03/25/26 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 including omnibus claim objections | BKA400 | 0.80 | 328.00 |
| 03/25/26 | JTC | Review email from Jill Deeney of Cozen re: Notice of Agenda 3/27/2026; confirm advised Chambers the e-Order and attachments thereto has now been uploaded regarding Agenda No. 3; also advised when the COC regarding Agenda No. 4 is filed and e-Order uploaded | BKA400 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and approve email to Mark Degrosseilliers with attachment re: provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA400 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/25/26 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for Hearing for 3/27/2026 | BKA400 | 0.20 | 226.00 |
| 03/26/26 | JLD | Draft email to Marquietta Lopez of Judge Owens Chambers providing as filed copy of Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims (D.I. 1576); advise the e-Order and attachments thereto has now been uploaded regarding Agenda No. 4 which is the remaining agenda item. | BKA400 | 0.10 | 41.00 |
| 03/26/26 | JLD | Prepare draft Amended Notice of Agenda cancelling the Matters Scheduled for Hearing on March 27, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 03/26/26 | JLD | Prepare and assemble document for filing; e-file and serve Amended Notice of Agenda cancelling the Matters Scheduled for Hearing on March 27, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 03/26/26 | JTC | Review email from Jill Deeney of Cozen re: 3/27 hrg.; confirm advised Chambers that will take care of filing an amended agenda and will forward a copy of same once filed. | BKA400 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: 3/27 hrg.; confirm provided Al Ciardi with as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA400 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review and approve filing final version of Amended Notice of Agenda of Matters not going forward for 3/27/2026 | BKA400 | 0.10 | 113.00 |
| 03/31/26 | JLD | Prepare updates to pleading index and critical dates calendar including adjourned hearing on responses received to Trustee's First Omnibus Claim Objection | BKA400 | 0.10 | 41.00 |
| 04/14/26 | JLD | Prepare updates to pleading index including (1) Sentiss AG; AKORN AG Claim No. 416.1Debtor: Case No. 23-10255 Akorn Operating Company LLC; and (2) Trustee's omnibus Claim Objections | BKA400 | 0.80 | 328.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/26 | JLD | Review and acknowledge email from Turner Falk of Saul Ewing requesting current 2002 service list; email 2002 service list in label and email format | BKA400 | 0.10 | 41.00 |
| 04/21/26 | JLD | Prepare update to critical date calendar including further objections to Trutee's claim objections | BKA400 | 0.10 | 41.00 |
| 05/13/26 | JLD | Prepare and assemble document for filing; e-file and serve Notice of Agenda for Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 05/13/26 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing an as-filed copy of the Notice of Agenda for May 15, 2026 at 10:00 a.m. [D.I. 1590]. Request confirmation we can proceed to file an Amended Agenda cancelling the May 15th hearing. | BKA400 | 0.10 | 41.00 |
| 05/13/26 | JLD | Review email from Marquietta Lopez of Judge Owens Chambers providing court's permission to cancel May 15th hearing and proceed to file an Amended Notice of Agenda | BKA400 | 0.10 | 41.00 |
| 05/13/26 | JLD | Revised draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. | BKA400 | 0.20 | 82.00 |
| 05/13/26 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing status of matters scheduled for hearing on May 15, 2026 | BKA400 | 0.10 | 41.00 |
| 05/13/26 | JLD | Prepare draft hyperlinked Notice of Agenda for Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. | BKA400 | 1.20 | 492.00 |
| 05/13/26 | JTC | Review and authorize filing final version of Notice of Agenda for matters scheduled for 5/15 | BKA400 | 0.20 | 226.00 |
| 05/13/26 | JTC | Review email from Jill Deeney re: confirm provided Chambers with as-filed copy of the Notice of Agenda for May 15, 2026 at 10:00 a.m. and requested permission to file an Amended Agenda cancelling the May 15th hearing. | BKA400 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/26 | JTC | Review Notice of Address Change Hain Capital Investors Master Fund, Ltd. Filed by Hain Capital Group, LLC | BKA400 | 0.10 | 113.00 |
| 05/14/26 | JLD | Prepare and assemble document for filing; e-file Amended Notice of Agenda for Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 05/14/26 | JLD | Prepare draft hyperlinked Amended Notice of Agenda for Matters Scheduled for Hearing on May 15, 2026 at 10:00 a.m. | BKA400 | 0.10 | 41.00 |
| 05/14/26 | JLD | Prepare updates to pleading index and critical dates calendar | BKA400 | 0.10 | 41.00 |
| 05/14/26 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of An as-filed copy of the Amended Notice of cancelling the May 15th hearing. | BKA400 | 0.10 | 113.00 |
| 05/14/26 | JTC | Review and approve filing Notice of Agenda of Matters not going forward for 5/15/2026 | BKA400 | 0.20 | 226.00 |
| 06/09/26 | JTC | Draft revisions to Notice of Agenda of Matters Scheduled for Hearing for 6/12/2026 re: multiple responses to address | BKA400 | 0.40 | 452.00 |
| 06/10/26 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for Hearing for 6/12/2026 | BKA400 | 0.20 | 226.00 |
| 06/10/26 | JTC | Draft additional revisions to Notice of Agenda of Matters Scheduled for Hearing for 6/12/2026 | BKA400 | 0.20 | 226.00 |
| 06/10/26 | JTC | Review email from P. Giordano re: confirm provided Chambers with an as-filed copy of the Notice of Agenda for June 12, 2026; advised all matters are either concluded or are being adjourned; there are no matters going forward on June 12, 2026 | BKA400 | 0.10 | 113.00 |
| 06/11/26 | JTC | Review and respond to email from M. Degrosseilliers (SSI Services) re: confirm receipt of as-filed version of Amended Notice of Agenda cancelling the hearing for June 12, 2026; request provide revised form of proposed order | BKA400 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/11/26 | JTC | Review email from P. Giordano re: confirm advised Chambers per JTC instruction that will file Amended Notice of Agenda cancelling the hearing for June 12, 2026 | BKA400 | 0.10 | 113.00 |
| 06/11/26 | JTC | Review email from Chambers re: confirm receipt of Amended Notice of Agenda cancelling the hearing for June 12, 2026 | BKA400 | 0.10 | 113.00 |
| 06/11/26 | JTC | Telephone conference with P. Giordano re: instruct to provide M. Degrosseilliers (SSI Services), G. Loomis, D. Bray and G. Plotko with as-filed version of Amended Notice of Agenda cancelling the hearing for June 12, 2026 | BKA400 | 0.10 | 113.00 |
| 06/11/26 | JTC | Review and authorize filing final version of Amended Notice of Agenda cancelling the hearing for June 12, 2026 | BKA400 | 0.20 | 226.00 |
| 06/15/26 | JTC | Review email from P. Giordano re: confirm has now also provided Chambers with as-filed COC on Revised Order for TTE’s Fourth Distribution Motion | BKA400 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Chambers re: confirm receipt of as-filed amended agenda cancelling the July 24th hearing | BKA400 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review and respond to email from Shaina Carney of Cozen re: instruct to proceed to file an amended agenda cancelling the July 24th hearing | BKA400 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Shaina Carney with attachment re: confirm advised Chambers all pending items have been resolved; requested authority to cancel hearing | BKA400 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review and respond to email from Shaina Carney re: confirm Agenda for 7/24 hrg. has been filed; JTC request provide to Chambers and advise that all matters have been resolved and/or CNOs filed | BKA400 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review and authorize filing final version of Notice of Agenda for 7/24 hrg. | BKA400 | 0.20 | 226.00 |
| 07/22/26 | SEC | Review and finalize Certificate of No Objection regarding Trustee's Motion to Approve Settlement | BKA400 | 0.20 | 70.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/26 | SEC | Review and finalize Notice of Agenda cancelling hearing on Trustee's Motion to Approve Settlement | BKA400 | 0.20 | 70.00 |
| 07/22/26 | SEC | Prepare and finalize Amended Agenda canceling hearing | BKA400 | 0.20 | 70.00 |
| 08/12/26 | JTC | Review and authorize filing final version of Notice of Agenda of Matters Scheduled for Hearing on 8/14/2026 | BKA400 | 0.10 | 113.00 |
| 08/12/26 | JTC | Review email from P. Giordano re: coordination of filing Notice of Agenda for 8/14 hrg. | BKA400 | 0.10 | 113.00 |
| 08/12/26 | JTC | Review email from Chambers re: confirm receipt of as-filed Agenda for 8/14 hrg. | BKA400 | 0.10 | 113.00 |
| 08/12/26 | JTC | Review email from Shaina Carney of Cozen with attachment re: confirm provided Chambers with as-filed Notice of Agenda of Matters Scheduled for Hearing on August 14, 2026 | BKA400 | 0.10 | 113.00 |
| 08/12/26 | SEC | Review and finalize Agenda for hearing on August 14 | BKA400 | 0.20 | 70.00 |
| 08/19/26 | JTC | Review correspondence from Tammy Kotsev of Managed Health Care Associates, Inc. re: claim No. 276; request Bankruptcy Court update mailing matrix to reflect MHA's new address | BKA400 | 0.10 | 113.00 |
| 09/16/26 | JTC | Review email from Shaina Carney of Cozen re: confirm per JTC instruction provided Chambers with as-filed Notice of Agenda of Matters Scheduled for Hearing on September 18, 2026; advised note that all matters scheduled for hearing are concluded, and with the Court’s permission the hearing may be cancelled | BKA400 | 0.10 | 113.00 |
| 09/16/26 | JTC | Review email from Chambers re: confirm receipt of Agenda; confirm have the Court’s permission to cancel the September 18th hearing | BKA400 | 0.10 | 113.00 |
| 09/16/26 | JTC | Review and approve revised amended Notice of Agenda for filing regarding matters scheduled for hrg. on 9/18; now cancelled | BKA400 | 0.10 | 113.00 |
| 09/16/26 | JTC | Review and approve final Notice of Agenda for filing regarding matters scheduled for hearing on 9/18. | BKA400 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Total Case Administration** | | **18.80** | **12,373.00** |
| 10/15/25 | JTC | Draft revisions to initial draft of Notice of Agenda re: disposition and resolution of objections | BKA401 | 0.20 | 205.00 |
| 11/21/25 | JTC | Draft email to TTE Miller with attachments re: Iron Mountain settlement; request confirm that TTE wants JTC to file a motion to approve the settlement | BKA401 | 0.10 | 102.50 |
| 11/24/25 | JTC | Review and respond to email from Julia Creamer, Deloitte with attachment re: follow up on approaching audit deadline; JTC advise are counsel to George L. Miller in his capacity as Chapter 7 Trustee (Bankruptcy Trustee) of Akorn Holding Company LLC and its affiliated debtors (the "Debtors"); cases pending in the United States District Court for the District of Delaware as jointly administered case no. 23-10253 (KBO); advise the Bankruptcy Trustee generally does not confirm equity and /or debt positions because it does not come within the scope of his statutory duties and in addition the Bankruptcy Trustee normally does not have the requisite knowledge to respond; advise JTC can advise that the Debtors have ceased operations and it does not appear that there will be any distribution to equity | BKA401 | 0.20 | 205.00 |
| 11/25/25 | JTC | Review email from TTE Miller re: Deloitte Audit Confirmation Request (Ref ID: 4178157); confirms also advised Deloitte the Trustee does not respond to confirmations on equity matters | BKA401 | 0.10 | 102.50 |
| 12/01/25 | JTC | Review and respond to email from TTE Miller re: call from the Deputy Attorney General of NJ regarding Akorn; advise a lawyer should return call; JTC confirm will return call | BKA401 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/01/25 | JTC | Review email from Louann Cromley of TTE Miller's office with attachment; advise of telephone call TTE received from Deputy Attorney General of NJ regarding Akorn; attach voicemail for JTC review; advise is not sure who should call them back | BKA401 | 0.20 | 205.00 |
| 12/02/25 | JTC | Review email from TTE Miller re: phone call from the Deputy Attorney General of NJ regarding Akorn; confirm still want JTC to contact | BKA401 | 0.10 | 102.50 |
| 12/02/25 | JTC | Review email from TTE Miller re: phone call from the Deputy Attorney General of NJ regarding Akorn; request JTC inform them that they can redeposit the check or TTE will issue a new check today and Fed Ex them the new check; advise is an error by Western Alliance; advise Western bounced three checks when there were sufficient funds; if there are costs, request advise and Western will reimburse; only have $195MM on deposit so understand that they will bounce first and never contact the customer | BKA401 | 0.10 | 102.50 |
| 12/02/25 | JTC | Review email from Louann Cromley of TTE Miller's office re: phone call from the Deputy Attorney General of NJ regarding Akorn; advise TTE also received an email concerning returned check; request TTE confirm still want JTC to call | BKA401 | 0.10 | 102.50 |
| 12/02/25 | JTC | Telephone call with Laura Morrison, Attorney General of New Jersey re: leave message returning call to Trustee Miller | BKA401 | 0.10 | 102.50 |
| 12/02/25 | JTC | Review email from Melinda Bennett of Stretto re: confirm will get check sent to TTE as soon as possible | BKA401 | 0.10 | 102.50 |
| 12/03/25 | JTC | Review email from TTE Miller with attachment re: letter for the NJ Attorney General concerning bounced check | BKA401 | 0.20 | 205.00 |
| 12/16/25 | JTC | Draft email to Howard Sklamberg re: request remit the refund to “George L. Miller, Chapter 7 Trustee of Akorn Operating Company LLC”; advise the refund check can be sent to the Trustee at the provided address | BKA401 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/25 | JTC | Review email from Howard Sklamberg re: advise after Arnold & Porter's court-approved payment of its post-petition expenses, there remained a small amount of money which has been in a trust account; advise now that there are no more pending issues for Arnold & Porter, will be sending the funds to Akorn; inquire if should make the check payable to the estate or the trustee; request advise best way to proceed | BKA401 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review email from Jill Deeney of Cozen re: confirm advised Al Ciardi and Walter Goudsbury Chambers has advised that an incorrect order was uploaded regarding the Hilsinger Company d/b/a Hilco Vision 9019 motion; Chambers was reaching out to Jack McLaughlin to advise of the incorrect order and to upload the correct order; as soon as that is done the order will be entered. | BKA401 | 0.10 | 102.50 |
| 02/19/26 | JTC | Review email fro Schuyler Carroll, counsel to Walgreen re: status of chapter 7 case; inquire if there are any litigations (besides the preference actions) or asset sales pending or expected and whether there might be another distribution | BKA401 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from Schuyler Carroll, counsel to Walgreen, re: overall status of case requested | BKA401 | 0.10 | 113.00 |
| 03/17/26 | JLD | Draft email to John Carroll of Cozen attaching Trustee's current status report posted on the Trustee's firm website which includes remaining assets | BKA401 | 0.10 | 41.00 |
| 03/17/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: responding to request for status of Schuyler Carroll (counsel to Walgreen); provide Trustee's current status report on the Trustee's firm website | BKA401 | 0.20 | 226.00 |
| 03/23/26 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: inquire if there are any litigations (besides the preference actions) or asset sales pending or expected and whether there might be another distribution | BKA401 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/26 | JTC | Review Akorn, Inc. Case No. 20-11177-KBO, the following: [D.I. 673] Order Confirming the Modified Joint Chapter 11 Plan of Akorn, Inc.; [D.I. 547] Modified Joint Chapter 11 Plan of Akorn, Inc.; [D.I. 1325] Final Decree Closing Chapter 11 Case and Terminating Official Claims Agent Services; needed for Trustee demand on refund to ascertain obligations to turnover gross amount of funds | BKA401 | 0.50 | 565.00 |
| 04/14/26 | JTC | Draft email to TTE Miller with attachment re: Akorn Inc Chapter 11 Final Decree and Case Closing; provide TTE Miller with now entered Final Decree Closing Chapter 11 Case and Terminating Official Claims Agent Services in the Chapter 11 case of Akorn Inc. | BKA401 | 0.10 | 113.00 |
| 04/14/26 | JTC | Review Final Decree Closing Chapter 11 Case and Terminating Official Claims Agent Services filed 4/6/2026 | BKA401 | 0.10 | 113.00 |
| 06/11/26 | JTC | Review and authorize filing final version of Amended Agenda of Matters not going forward for 6/12/2026 | BKA401 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Chambers re: confirm may file an amended agenda cancelling the July 24th hearing | BKA401 | 0.10 | 113.00 |
| 08/19/26 | JTC | Review Notice of Filing Excess Bond Rider (612420301) to Individual Case Bond (016239351) of Chapter 7 Trustee George L. Miller Filed by U.S. Trustee | BKA401 | 0.10 | 113.00 |
| | | **Total Business Operations** | | **3.60** | **3,786.00** |
| 03/01/26 | JTC | Telephone conference with TTE Miller re: discussions with A. Steele, atty. for plan administrator in Akorn Inc. (Chapter 11); open issues on refunds | BKA405 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/26 | JTC | Review and respond to email from Amanda Steele re: as discussed, JTC attach for use in transmitting the IRS refunds the wire instructions for George L. Miller as Chapter 7 Trustee; advise have been requested by the Chapter 7 Trustee to confirm that the plan administrator (i) in addition to the recently received tax refund of approximately $x will also be transmitting an earlier received IRS refund of approximately $x, (ii) will provide an accounting of the IRS refunds received for the Chapter 7 Trustee’s records and (ii) is providing copies of the correspondence and notices received from the IRS related to the refunds; request provide with the requested confirmation and advise when the wires have been initiated so can alert the Trustee to same. | BKA405 | 0.20 | 226.00 |
| 03/17/26 | JTC | Review email from TTE Miller re: tax refund; confirm receipt of JTC info; request advise also of the $700k | BKA405 | 0.10 | 113.00 |
| 03/17/26 | JTC | Review and respond to email from Matt Tomlin (TTE's accountant) re: tax refund; advise in recent communications with Tom FitzGerald, the Trustee of Akorn, Inc., M. Tomlin had made a request in connection with IRS refund at issue; advise had followed up with Tom today; advise in addition to the recent refund that he confirmed was to be approximately $32.9MM, the Akorn Inc. estate had previously received a smaller tax refund of approximately $700K; advise would be seeking receipt of both along with any accountings, related notices and correspondence for our Estate’s records; request JTC relay this request through counsel as well | BKA405 | 0.20 | 226.00 |
| 03/17/26 | JTC | Review email from Louann Cromley of TTE Miller's office with attachment re: tax refund; provide incoming wire transfer instructions as requested for remittance of plan administrator for Akorn, Inc. | BKA405 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/26 | JTC | Telephone conference with Amanda Steele of RLF (atty. for plan administrator Akorn, Inc.) re: wire instructions and refunds received from IRS; status of earlier $700k refund | BKA405 | 0.10 | 113.00 |
| 03/17/26 | JTC | Draft email to TTE Miller re: tax refund; advise in follow-up to JTC voice message, advise that I have been informed by counsel that the tax refunds have been received by the plan administrator for Akorn Inc in the approximate amount of $x; they have requested that JTC provide them with wire instructions so refunds can be transmitted to the Chapter 7 estate and accordingly request that TTE provide JTC with same; advise they plan to file a motion to close the Akorn Inc estate next week; they do not anticipate any excess funds beyond the refunds being available for distribution to the Chapter 7 estate | BKA405 | 0.20 | 226.00 |
| 04/06/26 | JTC | Review email from Amanda Steele re: advise as discussed, the Plan Administrator intends to wire the refund amount as soon as possible but continues to receive notices from the IRS related to the tax years subject to that refund so the Plan Administrator has been working to confirm with the IRS that these notices can be ignored as they are fully resolved; advise also working on a document package related to the refund to transfer to the Chapter 7 Trustee; request send a W-9 as well so can prepare the transfer | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Review email from TTE Miller with attachment re: tax refund; provide requested W-9 to be provided to Amanda Steele | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Draft email to TTE Miller re: tax refund; request provide a W-9 to be provided to Amanda Steele | BKA405 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/06/26 | JTC | Review email from TTE Miller re: tax refund; advise Akorn Inc. can't use funds due estate to pay another tax due; the IRS already relinquished the funds so they have no security; inquire if they are alleging the Texas Trustee owes pre-petition or Chapter 11 taxes; advise TTE asked for an accounting of the refunds and the $700,000 on June 14, 2024 and again on February 4, 2025; they have ignored TTE requests for almost 2 years | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Draft email from TTE Miller re: status of tax refunds; advise in addition to email sent to Amanda Steele today, advise JTC spoke to the plan administrators' counsel who indicated that she has just followed up on her end; she did not know the reason for the delay in remittance but thought it might be related to some emails received from the IRS indicating taxes due for the same period and Grant Thornton was dealing with same; advise Amanda Steele is to circle back | BKA405 | 0.20 | 226.00 |
| 04/06/26 | JTC | Review email from TTE Miller with attachment re: status of tax refunds; provide wire info | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Review email from TTE Miller re: status of tax refunds; TTE advise will send wire info | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Draft email to Amanda Steele re: status of tax refunds | BKA405 | 0.20 | 226.00 |
| 04/06/26 | JTC | Draft email to Amanda Steele with attachment re: tax refund; provide W-9; request advise as to when the refunds will be transferred to the Chapter 7 Trustee. | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Review and respond to email from Matt Tomlin (TTE's accountant) re: W-9 needed for Akorn, Inc. wire of tax refund | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Telephone conference with Trustee Miller re: request suit against PA for tax refund; advise to let JTC contact | BKA405 | 0.20 | 226.00 |
| 04/06/26 | JTC | Telephone conference with S. Coren re: Trustee request to initiate action for tax refund; explain status | BKA405 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/06/26 | JTC | Telephone conference with Amanda Steele of RLF re: status of wire; Trustee instructions to commence action; need for accounting | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Review email from A. Steele, atty. for Akorn, Inc. Plan Admin.; wire ASAP; explains issues | BKA405 | 0.10 | 113.00 |
| 04/06/26 | JTC | Draft email to Matt Tomlin (TTE's accountant) re: tax refund; request send W-9 | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Review email from Matt Tomlin (TTE's accountant) re: tax refund; advise Tom Fitzgerald's title appears to be Plan Administrator pursuant to the Plan; advise the Disclosure Statement's Plan Term Sheet (DI 267) states the Plan Administrator was "The Person or Entity, or any successor thereto, designated by the Debtors, who will be disclosed at or prior to the Confirmation Hearing" but cannot locate a Plan Administrator agreement or subsequent disclosure on the Akorn Inc. docket. | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Review email from Matt Tomlin (TTE's accountant) with attachment re: tax refund; advise person that have been dealing with for Akorn Inc. is Tom FitzGerald of Drivetrain LLC; advise thinks he is the trustee but has to look into his official title; provide contact info taken from his email that is included on the (attached) string. | BKA405 | 0.20 | 226.00 |
| 04/08/26 | JTC | Telephone conference with TTE Miller re: Trustee demand letter; advise of conversation with A. Steele; wire coming today or tomorrow; suggest sit tight | BKA405 | 0.20 | 226.00 |
| 04/08/26 | JTC | Review email from TTE Miller re: tax refund; advise TTE is writing a demand/turnover letter today for turnover of the $33.6 million tax refunds plus interest; request advise if know who is in charge; request JTC advise if want to do the complaint; they have had the funds for 30 days | BKA405 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/26 | JTC | Review email from Louann Cromley of TTE Miller's office re: interest earned on tax refunds; advise Interest earned on the tax refunds at the Trustee's annual interest rate of 2.50% | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Review email from Louann Cromley of TTE Miller's office re: updated corrected interest earned on tax refunds | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Review email from Louann Cromley of TTE Miller's office re: second updated interest earned on tax refunds; advise calculation was off for the $700k | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Draft email to Amanda Steele re: tax refund; request contact to discuss | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Telephone conference with A. Steele of RLF re: instructions received by Trustee; need definitive answer on payment and accounting | BKA405 | 0.10 | 113.00 |
| 04/08/26 | JTC | Review email from TTE Miller re: interest earned on tax refunds; advise are the actual interest rates on which TTE earns on Operating deposits; advise by holding TTE's assets, this is a lost opportunity cost which TTE may have to explain | BKA405 | 0.20 | 226.00 |
| 04/08/26 | JTC | Draft email to TTE Miller re: interest earned on tax refunds; advise have been advised that a wire will be sent to TTE tomorrow; in addition, am advised that the plan administrator will provide TTE with a summary regarding the refunds; lastly on a going forward basis, the plan administrator will advise the IRS to direct their inquiries to TTE; request confirm receipt of the refunds tomorrow | BKA405 | 0.20 | 226.00 |
| 04/08/26 | JTC | Review email from TTE Miller re: interest earned on tax refunds; confirm receipt of JTC info and will confirm receipt of refunds when received | BKA405 | 0.10 | 113.00 |
| 04/09/26 | JTC | Review email from TTE Miller re: tax refund; confirm $32,943,055 received | BKA405 | 0.10 | 113.00 |
| 04/09/26 | JTC | Draft email to Amanda Steele re: tax refund; confirm receipt of accounting info; confirm TTE's receipt of wire of $32,943,055 | BKA405 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/26 | JTC | Draft email to TTE Miller re: request TTE advise once wire is received; also, with respect to the tax documents, have been advised by the plan administrator's counsel that Grant Thornton is putting together the documents and will put them in a ShareFile for TTE; advise it may be a little later this month as Grant Thornton is tied up with tax season and upcoming tax day | BKA405 | 0.20 | 226.00 |
| 04/09/26 | JTC | Review email from Amanda Steele re: tax refund; advise with respect to the tax documents, Grant Thornton is putting together the documents and will put them in a sharefile for TTE Miller; advise t may be a little later this month as GT is tied up with tax season and upcoming tax day. | BKA405 | 0.10 | 113.00 |
| 04/09/26 | JTC | Review and respond to email from Amanda Steele re: tax refund; advise Drivetrain is trying to confirm the wire instructions so they can send the wire; request advise who to contact to confirm the instructions; JTC provide Louann Cromley (TTE's assistant) contact info | BKA405 | 0.20 | 226.00 |
| 04/09/26 | JTC | Draft email to TTE Miller re: tax refund; advise Drivetrain is trying to confirm the wire instructions so they can send the wire | BKA405 | 0.10 | 113.00 |
| 04/09/26 | JTC | Telephone conference with L. Cromley of Trustee's office re: confirm L. Cromley authority to confirm wires | BKA405 | 0.10 | 113.00 |
| 04/09/26 | JTC | Telephone conference with Trustee Miller re: confirm L. Cromley authority and confirmed wire from Plan Admin. on Akorn, Inc. | BKA405 | 0.20 | 226.00 |
| 04/22/26 | JTC | Review email from Amanda Steele re: request advise other than TTE Miller who should be given access to the files from Grant Thornton | BKA405 | 0.10 | 113.00 |
| 04/28/26 | JTC | Review and respond to email from Amanda Steele re: advise parties that should be given access in addition to George Miller together with contact info: JTC as Trustee's counsel, JTC paralegal, Jill Deeney; and Trustee's accountants, William Homony and Matt Tomlin | BKA405 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/26 | JTC | Draft email to M. Tomlin, TTE's accountant, re: confirm per JTC conversation have now requested copy of the most recent refund check from A. Steele | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft responsive email to Matt Tomlin (TTE's accountant) re: confirm directed A. Steele to provide access to Grant Thornton files to TTE Miller, Bill Homony and Matt Tomlin | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft email to Matt Tomlin (TTE's accountant) re: confirmation received from A. Steele that initial $750k refund was included in wire | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Review emails from Jill Deeney re: status of accessing documents in link provided by A. Steele; confirm documents are now downloaded and saved to Cozen's system; will circulate a link. | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Review and respond to email from Amanda Steele with attachments re: link to requested tax refund documents; request A. Steele advise if TTE Miller and others got access to these documents directly; request Amanda confirm that the earlier initial $750k refund has been sent to the Trustee | BKA405 | 0.20 | 226.00 |
| 04/29/26 | JTC | Review and respond to email from Amanda Steele re: confirm everyone has access - request forward them the link; also she confirms the initial $750k refund has been included in the wire; JTC request provide copy of the most recent IRS refund check to enable to reconcile with OUST to the amount of the wire recently received by the Trustee | BKA405 | 0.20 | 226.00 |
| 04/29/26 | JTC | Review email from Jill Deeney re: advise did not received email: (Welcome to your Grant Thornton Engage Client space: Akorn 11.30.25 Compliance | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft email to Jill Deeney re: email received; request advise if received as well (Welcome to your Grant Thornton Engage Client space: Akorn 11.30.25 Compliance) | BKA405 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/26 | JTC | Telephone conference with M. Tomlin, Trustee accountant re: calculation of tax refund amount to be reconciled; JTC recommend simply get copy of latest remittance; already have copy of $750k refund check | BKA405 | 0.40 | 452.00 |
| 04/29/26 | JTC | Review and respond to email from A. Steele re: confirm receipt of JTC request for copy of the most recent refund check; will ask Drivetrain to send to her | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft email to Jill Deeney of Cozen re: request advise if got access to documents in link provided by A. Steele | BKA405 | 0.10 | 113.00 |
| 04/29/26 | JTC | Review tax return documents provided in Grant Thornton portal; now downloaded to Cozen site; note that IRS notice seems to verify early $750k refund but need confirmation of most recent refund to reconcile to wire amount | BKA405 | 0.50 | 565.00 |
| 04/29/26 | JTC | Review email re: Welcome to your Grant Thornton Engage Client space: Akorn 11.30.25 Compliance | BKA405 | 0.10 | 113.00 |
| 04/30/26 | JTC | Draft email to TTE Miller and M. Tomlin with attachments re: provide copies of the two most recent IRS refund checks which JTC requested yesterday after call with Matt Tomlin and review of Grant Thornton portal documents; advise also direct attention to the explanation from counsel indicating that the two (attached) checks along with the $710,372.55 adds up to the amount wired to TTE Miller earlier this month of $32,943,055.19 a result of JTC efforts. | BKA405 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/30/26 | JTC | Review and respond to email from Amanda Steele with attachments re: Amanda Steele provides requested copy of IRS Check Nos. 4045; advise the IRS mistakenly originally sent Drivetrain duplicate checks in these amounts; they knew that the IRS had made an error and had to contact them and get instruction on which checks to cash and which checks to return and the process for returning; this took a long time and was filled with additional errors on their part; advise the two (attached) checks are the ones that got cashed and along with the $710,372.55 adds up to the amount sent to the Trustee of $32,943,055.19. | BKA405 | 0.20 | 226.00 |
| | | **Total Tax Matters, Tax Returns And Securities Matters** | | **8.70** | **9,831.00** |
| 01/21/26 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Mark Paskar concerning Malaysia trademark renewal; request advise who acquired trademarks in Akorn | BKA409 | 0.10 | 113.00 |
| 01/21/26 | JTC | Review email from Mark Paskar with attachment re: Malaysia trademark renewal; correspondence received from Malaysian counsel for (formerly) Akorn, Inc. seeking instructions on renewal of a Malaysia trademark registration for the AKORN mark; advise assume that JTC will direct to the proper person, and they will take no action | BKA409 | 0.10 | 113.00 |
| 01/21/26 | JTC | Review email from Jill Deeney of Cozen re: Malaysia Trademark Renewal reminder; advise is reviewing issue / communication received from Mark Paskar | BKA409 | 0.10 | 113.00 |
| | | **Total Patent/Trademark Matters** | | **0.30** | **339.00** |
| 10/08/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Seventh Notice of Settlement Pursuant to Settlement Procedures Order | BKA410 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/25 | JTC | Review Motion to Approve Compromise under Rule 9019 Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlements and Compromises of Adversary Proceedings Against H.E. Butt Grocery Company; Wakefern Food Corp.; JAMS Wholesale Distribution Services, LLC; CityMedRx, LLC; Thrifty Drug Stores, Inc.; Peytons-Southeastern, Inc.; Trilogy Eye Medical Group, Inc.; and Retina Associates, Southwest, P.C. | BKA410 | 0.10 | 102.50 |
| 10/14/25 | JLD | Draft email to Albert a. Ciardi III Trsutee's special counsel requesting treatment of adjourned pretrial conferences for identified adversary actions which are currently listed for 10/17/2025. The Notice of Agenda will be filed tomorrow, Wednesday, 10/15. Judge Owens' next omnibus hearing date is November 14, 2025 at 10:00 a.m. further adjournment is being sought | BKA410 | 0.10 | 36.50 |
| 10/14/25 | JLD | Review and acknowledge email from Albert A. Ciardi III advising all adversary pretrials listed for hearing on 10/17/2025 should all be moved to 11/14 | BKA410 | 0.10 | 36.50 |
| 10/14/25 | JTC | Review email from Al Ciardi re: 10/17 hrg. date; advise adjourned pretrial conferences for the adversary actions should be continued to 11/14 | BKA410 | 0.10 | 102.50 |
| 10/14/25 | JTC | Review email from Jill Deeney of Cozen re: 10/17 hrg. date; confirm requested Al Ciardi, Walter Gouldsbury and Jack McLaughlin advise how would like to handle the adjourned pretrial conferences for the adversary actions which are currently listed for 10/17/2025; the Notice of Agenda will be filed tomorrow, Wednesday, 10/15; Judge Owens' next omnibus hearing date is November 14, 2025 if they are being further adjourned. | BKA410 | 0.10 | 102.50 |
| 10/21/25 | JTC | Review Notice of Stipulation of Dismissal Stipulation of Voluntary Dismissal (McKesson) | BKA410 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/27/25 | SEF | Phone call with Saul Ewing attorney Paige Topper re certain arguments made by counsel for Henderson Constructors in response to Trustee's preference complaint | BKA410 | 0.30 | 255.00 |
| 11/12/25 | JTC | Review email from Al Ciardi re: 11/14 agenda; confirm is safe to indicate the scheduling conferences listed are being further adjourned to Judge Owens next hearing date December 19, 2025 | BKA410 | 0.10 | 102.50 |
| 11/18/25 | SEF | Reviewing emails in file re circumstances surrounding Trustee's entry into 12/22/23 settlement agreement with Iron Mountain (.1); preparing email to J. Carroll and D. Doyle re same (.2) | BKA410 | 0.30 | 255.00 |
| 11/18/25 | SEF | Call with Saul Ewing attorney Paige Topper re preference action against Iron Mountain (.1); Reviewing email from Paige Topper and attached copy of Trustee's prior settlement agreement with Iron Mountain (.2) | BKA410 | 0.30 | 255.00 |
| 11/21/25 | JTC | Telephone conference with TTE Miller, Louann Cromley and J. Reynolds re: make inquiries concerning Trustee direct settlement with Iron Mountain; Trustee accepts recommendation to authorize to file a 9019 motion and authorize JTC to inform E. Miller to withdraw adversary proceeding | BKA410 | 0.30 | 307.50 |
| 11/21/25 | JTC | Telephone conference with TTE Miller re: Iron Mountain adversary; explain that Trustee appears to have directly entered in Settlement Stipulation with release; now pursuing preference action; explain Iron Mountain new value defense in addition to release; send Trustee documents previously circulated | BKA410 | 0.20 | 205.00 |
| 11/25/25 | JTC | Review email from Evan Miller re: Distribution Question re Ethypharm; advise had a settling preference defendant, Ethypharm, a French entity, ask if, for purposes of receiving their distribution they are now entitled to, if needed any specific tax documentation on account of them being a non-U.S. entity | BKA410 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/25 | JTC | Review email from Evan Miller with attachment re: Distribution Question re Ethypharm; Ethypharm's counsel emailed again today and asked to pass along the (attached) for distribution purposes | BKA410 | 0.10 | 102.50 |
| 11/26/25 | JTC | Draft email to Evan Miller re: Distribution Question re Ethypharm; advise if an interim distribution is contemplated to be made, then the distribution should be handled in the same manner as other interim distributions in the case (i.e., be subject to a motion and approval order) unless there is some express provision in the preference settlement authorizing same; the distributions in this case are done by check as opposed wire transfers and would be sent in accordance with the directions contained on the Proof of Claim; will let Bill address issue of whether the trustee as a disbursing agent is required under Foreign Account Tax Compliance Act (FACTA) to withhold and obtain a W-8BEN-E form from the foreign entity. | BKA410 | 0.20 | 205.00 |
| 12/16/25 | JLD | Draft email to Albert Ciardi Trustee's special counsel requesting confirmation seven (7) scheduling conference for adversary actions are being further adjourned from 12/19/2025 to 1/23/2026; confirmation received | BKA410 | 0.10 | 36.50 |
| 12/16/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 12/19 hrg.; instruct to request Al Ciardi, Walter Gouldsbury and Jack McLaughlin advise if scheduling conferences are going forward on 12/19/2025, or, are being further adjourned to Judge Owens' next hearing date which is January 23, 2026 | BKA410 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review email from Al Ciardi re: 12/19 hrg.; advise all scheduling conferences should be adjourned | BKA410 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/25 | JTC | Review email from Jill Deeney of Cozen re: 12/19 hrg.; confirm advised Al Ciardi, et al. that have one remaining Agenda item waiting entry of an Order; namely, Motion to Approve Settlement Agreement with the Hilsinger Company d/b/a Hilco Vision [D.I. 1511; Adv. No. 11]; Adv. No. 25-50385; sees a CNO was filed in the lead Debtor case on 12/15. | BKA410 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm pursuant to JTC instructions advised Al Ciardi and Walter Gouldsbury that as of this writing the Hilsinger 9019 order has not been docketed in either the main debtor case or the adversary action 25-50385 which was previously closed; note the CNO to the Hilsinger 9019 motion was filed in the main debtor case but not the adversary action 25-50385; confirm provided an as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on 12/19/2025 which indicates the Hilsinger 9019 motion as being an open item at agenda no. 9; has transmitted a copy of the filed Agenda to chambers so hopefully that will result in the order being entered | BKA410 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm now provided Al Ciardi, Walter Gouldsbury and Jack McLaughlin with as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on 12/19/2025 | BKA410 | 0.10 | 102.50 |
| 01/20/26 | JTC | Review email from Jill Deeney of Cozen re: communications from Al Ciardi on pretrial scheduling conferences | BKA410 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Jill Deeney of Cozen re: confirm provided special counsel Al Ciardi with as-filed copy of the Amended Agenda [D.I. 1556] cancelling the January 23, 2026 hearing; advised the adjourned hearing date for the pretrial conferences is February 20, 2026 at 10:00 a.m. ET. | BKA410 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/26 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Tenth Notice of Settlement Pursuant to Settlement Procedures Order | BKA410 | 0.10 | 113.00 |
| 02/10/26 | SEF | Reviewing several emails regarding Iron Mountain forwarded by J. Deeney, and preparing email to J. Deeney in response | BKA410 | 0.20 | 185.00 |
| 02/10/26 | SEF | Reviewing and responding to email from Paige Topper from Saul Ewing re Trustee's adversary proceeding against Iron Mountain (.1); preparing email to J. Carroll re same (.1) | BKA410 | 0.20 | 185.00 |
| 02/12/26 | JTC | Conference with Marla Benedek re: instruct to research Objections to Claims of Parties to Assumed and Assigned Contracts under Kiwi case coupled with assertion of POC despite Cure notice (GT Pharma) | BKA410 | 0.30 | 339.00 |
| 02/13/26 | JTC | Telephone conversation with Donna Culver atty for GP Pharma re: settlement of preference action; withdraw of POC;settlement negotiation | BKA410 | 0.20 | 226.00 |
| 02/18/26 | JLD | Draft email to Albert Ciardi Trustee's special counsel requesting confirmation pretrials currently scheduled for 2/20/2026 are being further adjourned; next hearing date is March 27, 2026 | BKA410 | 0.10 | 41.00 |
| 02/18/26 | JTC | Review email from Jill Deeney of Cozen re: confirm authorization received from Chambers to cancel the 2/20 hrg. | BKA410 | 0.10 | 113.00 |
| 02/18/26 | JTC | Telephone conference with Jill Deeney of Cozen re: request advise Chambers there are no matters going forward on Friday, 2/20/2026; all matters are being adjourned to March 27, 2026; request permission to cancel hearing | BKA410 | 0.10 | 113.00 |
| 02/18/26 | JTC | Review email from Al Ciardi re: confirm further adjourning the pretrials listed currently listed for 2/20/2026 | BKA410 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/18/26 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to request Al Ciardi advise if are further adjourning the pretrials listed currently listed for 2/20/2026 at 10:00 a.m.; advise Judge Owens' next available omnibus hearing date is 3/27/2026 | BKA410 | 0.10 | 113.00 |
| 03/10/26 | JTC | Review email from Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); preference action dismissal; cure dispute issue | BKA410 | 0.10 | 113.00 |
| 03/11/26 | SEF | Reviewing and responding to email from counsel for Argo re potential resolution of asserted secured status of Henderson Constructors' claim | BKA410 | 0.20 | 185.00 |
| 03/11/26 | SEF | Reviewing email from Saul Ewing attorney Paige Topper re certain argument advanced by counsel for Iron Mountain in Trustee's preference action against it | BKA410 | 0.20 | 185.00 |
| 03/13/26 | JTC | Draft email to TTE Miller re: Miller v. GP-Pharmacy, adv. pro. 25-50159 (the "Adversary Proceeding"); advise confirming our earlier conversation today in which TTE authorized the voluntary dismissal of the Adversary Proceeding; advise as was discussed, the underlying contract with GP Pharma S.A. was assumed and assigned to Teva as part of our global sale effort in the administration of the Akorn estate; accordingly, under the Kiwi line of cases the preference action should be dismissed; advise JTC has spoken with TTE's special counsel, Evan Miller, who concurs in this recommendation, and he will proceed early this coming week to dismiss the Adversary Proceeding; confirm have advised Donna Culver, counsel for GP Pharma, that we will be proceeding to dismiss the Adversary Proceeding; at a later time, we will consider whether to object to the proof of claim filed by GP Pharma based upon their failure to object to a cure notice which stated the cure amount to be zero. | BKA410 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/13/26 | JTC | Telephone conference with Evan Miller, special counsel (2nd) re: advise Trustee authorized dismissal of preference action against GT Pharma and JTC will notify D. Culver | BKA410 | 0.20 | 226.00 |
| 03/13/26 | JTC | Telephone conference with TTE Miller re: JTC recommendation to dismiss preference action; against GT Pharma; reasons for recommendation; possible objection to POC | BKA410 | 0.20 | 226.00 |
| 03/13/26 | JTC | Telephone conference with Evan Miller, Special Counsel re: results of JTC review of GT Pharma assumption and impact on pending preference; inclined to recommend to Trustee that action be dismissed; special counsel concurs | BKA410 | 0.10 | 113.00 |
| 03/13/26 | JTC | Telephone conference with Donna Culver, atty. for GT Pharma re: advise will dismiss preference action; inquiries as to POC; discuss likely objection to POC | BKA410 | 0.20 | 226.00 |
| 04/21/26 | JLD | Review and acknowledge email from Paige Topper of Saul Ewing Trustee's Special Counsel regarding hearing scheduled for May 16, 2026 at 10:00 a.m. regarding discovery dispute in adversary Veeva Systems, Inc. 25-50220-KBO; will add to hearing calendar for inclusion in Notice of Agenda | BKA410 | 0.10 | 41.00 |
| 04/21/26 | JTC | Review email from Paige Topper of Saul Ewing re: Veeva Systems; advise had a discovery dispute in the Veeva Systems adversary proceeding; Judge Owens continued the matter to her next chapter 7 date (May 15, 2026) | BKA410 | 0.10 | 113.00 |
| 04/21/26 | JTC | Review email from Jill Deeney of Cozen re: Veeva Systems; confirm advised Paige Topper that will add the adversary action to the hearing calendar and will check in prior to filing the Agenda. | BKA410 | 0.10 | 113.00 |
| 05/13/26 | JLD | Review and acknowledge email from Turner N. Falk of Saul Ewing Trustee's special counsel regarding providing status of adversary actions to be included in Notice of Agenda for 5/15/2026 | BKA410 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/13/26 | JLD | Draft email to Albert A Ciardi Trustee's special counsel requesting confirmation pre-trials for adversary actions are being adjourned from 5/15 to 6/12 | BKA410 | 0.10 | 41.00 |
| 05/13/26 | JLD | Draft email to Albert A. Ciardi Trustee's Special Counsel regarding Omnibus 9019 Motion filed for Beth Zelnick-Kaufman, Christopher C. Young, Erislandy Dorado-Boladeres, John Sweeney and William Ostrowski; inquire if the Settlement Agreement is going to be filed under Seal as the Motion did not contain a copy of the Settlement Agreement | BKA410 | 0.10 | 41.00 |
| 07/10/26 | JTC | Review Answer to Crossclaim filed by C2 Pharma, C-Squared Pharma Limited | BKA410 | 0.20 | 226.00 |
| 07/17/26 | JTC | Review email from Turner Falk re: advise the Akorn v. Veeva matter regarding discovery disputes is scheduled for Friday, July 24; is now settled with Veeva, and that settlement motion is pending; may mark the discovery dispute resolved on next hearing agenda. | BKA410 | 0.10 | 113.00 |
| 08/27/26 | JTC | Review Notice of Withdrawal of Certification of Counsel for Approval of Proposed Scheduling Order | BKA410 | 0.10 | 113.00 |
| 09/02/26 | JTC | Review Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Fourteenth Notice of Settlement Pursuant to Settlement Procedures Order | BKA410 | 0.10 | 113.00 |
| 09/09/26 | JTC | Review now entered Order Approving the Settlement and Compromise of Claims Against Drogueria Betances, LLC | BKA410 | 0.10 | 113.00 |
| 09/10/26 | JTC | Review now entered Order Approving the Settlement Between the Trustee and Golden State Medical Supply, Inc. | BKA410 | 0.10 | 113.00 |
| 09/11/26 | MSB | Emails with S. Fraser re: Vestis claim objection (.1); emails with S. Fraser and J. Carroll on Vetis obj(.1) reviewing analysis and draft email to opposing counsel by S. Fraser (.2) | BKA410 | 0.40 | 288.00 |
| | | **Total Preference/Fraudulent Transfer Claims Analysis and Related L** | | **8.10** | **7,773.50** |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/03/25 | JTC | Review email from Eric Chafetz re: Celgene Claim Allowance Related to Motion for Second Distribution and Follow Up re: Celgene Administrative Claim Question - Akorn - Celgene Filed Claims and Follow Up Regarding Consensual Resolution of Celgene Claims; request call to discuss | BKA416 | 0.10 | 102.50 |
| 10/07/25 | JLD | Begin draft preparation of Trustee's Third Distribution Motion to General Unsecured Creditors | BKA416 | 1.20 | 438.00 |
| 10/13/25 | JLD | Draft email to William Homony of Miller Coffey Tate Trustee's accountant requesting revised schedule for the Second Motion Distribution Holder of General Unsecured Creditors to be filed under COC prior to hearing | BKA416 | 0.10 | 36.50 |
| 10/13/25 | JTC | Review Certificate of No Objection to Motion for Entry of an Order Pursuant to Section 105(a) of The Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlements Between the Trustee and Siegfried USA, Inc., Between the Trustee and Aptar Pharma, and Between the Trustee and Leadiant Biosciences, Inc. | BKA416 | 0.10 | 102.50 |
| 10/13/25 | JTC | Review email from Jill Deeney of Cozen re: Motion to Distribute; response to G. Plotko email of 9/29 | BKA416 | 0.10 | 102.50 |
| 10/14/25 | JLD | Draft follow-up email to William Homony of Miller Coffey Tate Trustee's accountant advising adjourned hearing on the Trustee’s Second Distribution Motion is Friday, 10/17 and the Notice of Agenda is due tomorrow, Wednesday, 10/15. We will be indicating in the Notice of Agenda the Trustee intends on submitting an Order with revised Schedules under Certification of Counsel. | BKA416 | 0.10 | 36.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: confirm advised Bill Homony and John Reynolds (TTE's accountant) the adjourned hearing on the Trustee's Second Distribution Motion is Friday, 10/17 and the Notice of Agenda is due tomorrow, Wednesday, 10/15; will be indicating in the Notice of Agenda the Trustee intends on submitting an Order with revised Schedules under Certification of Counsel. | BKA416 | 0.10 | 102.50 |
| 10/15/25 | JLD | Draft email to Trustee Miller and William Homony Trustee's accountant providing as-filed copy of the Notice of Agenda of Matters Scheduled for Hearing on October 17, 2025 at 10:00 a.m. (D.I. 1487). Request forward the revised schedule to the Second GUC Distribution Motion for fiilng under Certification of Counsel no later than tomorrow, 10/16/2025 prior to the hearing. | BKA416 | 0.10 | 36.50 |
| 10/15/25 | JLD | In connection with draft preparation of Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims; assemble all emails and related documentation providing requested confirmation of withdrawals of objections filed to Motion; (.1); meet with J. Carroll of Cozen to review same (.1) | BKA416 | 0.20 | 73.00 |
| 10/15/25 | JTC | Review Certificate of No Objection Re: Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with Abbott Laboratories, Inc. and Abbott Laboratories CIE | BKA416 | 0.10 | 102.50 |
| 10/15/25 | JTC | Review now entered Order Approving Motion and Settlement Agreement by and Between the Chapter 7 Trustee and Abbott Laboratories, Inc. and Abbott Laboratories CIE | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/15/25 | JTC | Review now entered Order Approving the Settlements Between the Trustee and Siegfried USA, Inc., Between the Trustee and Aptar Pharma, and Between the Trustee and Leadiant Biosciences Inc | BKA416 | 0.10 | 102.50 |
| 10/15/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: Second GUC Distribution; request call on corrected schedule needed for the Order approving Second GUC distribution; advise the hearing is Friday, 10/17; may have to attend if parties are being removed from proposed distribution | BKA416 | 0.20 | 205.00 |
| 10/15/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachments re: a redline and clean revised versions of Exhibit A to distribution motion; advise of revisions made | BKA416 | 0.30 | 307.50 |
| 10/16/25 | JLD | Prepare draft Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 1.20 | 438.00 |
| 10/16/25 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims together with Exhibit 1 revised order and revised exhibit and Exhibit 2 redline revised order and redline revised exhibit | BKA416 | 0.20 | 73.00 |
| 10/16/25 | JLD | Pull from Court Docket and index entered Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers attaching as-filed copy of the Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1490] which resolves the remaining agenda item (no. 5). Confirm the proposed Order has been uploaded. Await permission to file Amended Agenda cancelling the 10/17/2025 hearing. | BKA416 | 0.10 | 36.50 |
| 10/16/25 | JLD | Draft email to Trustee Miller and William Homony, trustee's accountant attaching as-filed copy of the Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1490] which addresses the objections which have been resolved as well as the revisions provided to Exhibit A to the Motion.; advise have transmitted the COC to chambers and uploaded the revised Order and revised Exhibit A thereto and are waiting permission to cancel the 10/17 hearing. | BKA416 | 0.10 | 36.50 |
| 10/16/25 | JTC | Review email from Matthew Binstock re: Motion to Distribute; confirm receipt of info that Tracelink claim info passed along to TTE Miller | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Draft email to TTE Miller with attachments re: Motion to Distribute; advise should not send distribution check on claim 15 to Tracelink since was transferred to Argo. | BKA416 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/25 | JTC | Review email from Simon Fraser of Cozen with attachments re: Motion to Distribute; confirm advised Bill Homony and Jack Reynolds (TTE's accountant) that the Tracelink claim (Akorn Operating No. 15), which is listed on the attachment to the order, does appear to have been transferred to Argo (transfer notice attached); accordingly, should make sure that our records reflect this transfer, and that the distribution on this claim should go to Argo. | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Review and authorize filing final version of Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Review email from Matthew Binstock re: Motion to Distribute; advise was happy to see that the order for the 2nd distribution to unsecured claims was just entered; however, the Tracelink claim (Claim No. 15), which belongs to Argo Partners, is still listed under Tracelink; request confirm, that the distribution for the Tracelink claim will be sent to Argo Partners. | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Review now entered Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with as-filed copy of the Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims [D.I. 1490] which resolves the remaining agenda item (no. 5); also confirm the proposed Order has been uploaded. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/16/25 | JTC | Review and revise initial draft of COC for Trustee Second Distribution Motion re: clarify resolution and withdraw of objections | BKA416 | 0.40 | 410.00 |
| 10/16/25 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to provide Bill Homony (TTE's accountant) with as-filed copy of the Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims which addresses the objections which have been resolved as well as the revisions set forth below to Exhibit A to the Motion; awaiting permission to cancel the 10/17 hearing. | BKA416 | 0.10 | 102.50 |
| 10/16/25 | JTC | Review email from Jill Deeney of Cozen re: authorization received from Chambers to cancel 10/17 hrg.; confirm advised Chambers that will cancel the 10/17 hrg. | BKA416 | 0.10 | 102.50 |
| 10/16/25 | SEF | Reviewing order entered by court today granting Trustee's motion for authority to make second GUC distributions (.1); reviewing email from Argo re same (.1); preparing email to W. Homony and J. Reynolds re same, and re inquiry from Argo re identity of certain claimant on the attachment to the order (.2); reviewing prior emails with counsel for Argo re that particular claim (.2) | BKA416 | 0.60 | 510.00 |
| 10/17/25 | JLD | Draft email to J. Carroll of Cozen advising Tracelink, Inc. Claim Transfer to Argo Partners (Claim No. 15) in the amount of $368,605.62 was out of Debtor, Akorn Operating Company LLC, Case 23-10255. Attach copy of the Notice of Transfer [D.I. 152] which was filed on 3/26/2024 which was prior to filing the Second Distribution Motion. | BKA416 | 0.10 | 36.50 |
| 10/17/25 | JTC | Review email from TTE Miller re: Motion to Distribute; confirm receipt of info on Tracelink; advise will include in the Third distribution | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Motion to Distribute; advise claim #254 listed on the exhibit as payable to Advanced Instruments was transferred from Advanced Instruments to TRC Master Fund LLC on 06/14/2023 D.I. 395 of lead case 23-10253; request advise regarding payment of this claim as well | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Review email from TTE Miller re: Motion to Distribute; advise since the Exhibit to the Order indicates Tracelink, request advise if need a corrective Order to pay for Argo | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Draft email to TTE Miller re: Motion to Distribute / Tracelink; advise the safest course is to get an Order via either (i) another COC with corrective supplemental Order or (ii) include the distribution in a Third Distribution motion; alternatively, a higher risk option would be for TTE to get a letter from Tracelink instructing TTE to issue the payment to Argo; JTC advise would be inclined to prepare a COC and file to get a corrective supplemental Order entered. | BKA416 | 0.20 | 205.00 |
| 10/17/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Motion to Distribute; advise COC states the Claim #281 – Office of the Attorney General was removed from the Order, however, that claim is still on the exhibit; the distribution total should be $3,928,043.03 once claim #281 is removed | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Draft email to L. Cromley of TTE Miller's office re: Motion to Distribute; advise hold off on disbursing on Advanced Instrument Claim #254 as well; to avoid doing multiple corrective COCs and supplemental orders , request review all of the claim items listed for distribution on the exhibit to second supplemental distribution order and advise of all corrections; need to avoid doing just one off and/or multiple submissions. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Motion to Distribute; advise correction - TTE is correctly paying claim #312 | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Review email from Jill Deeney of Cozen re: Motion to Distribute; advise should be able to file a COC to get a corrected exhibit | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Motion to Distribute; confirm has finished review and also reviewed the docketed claims registers again; does not see any additional issues. | BKA416 | 0.10 | 102.50 |
| 10/17/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: advise the Tracelink, Inc. Claim Transfer to Argo Partners (Claim No. 15) in the amount of $368,605.62 was out of Debtor, Akorn Operating Company LLC, Case 23-10255; attach a copy of the Notice of Transfer [D.I. 152] which was filed on 3/26/2024 which was a year prior to filing the Second Distribution Motion. | BKA416 | 0.20 | 205.00 |
| 10/17/25 | JTC | Review email from TTE Miller re: Motion to Distribute; TTE confirm would like an Order; TTE recommendation is that the changes are included in the Third Distribution | BKA416 | 0.10 | 102.50 |
| 10/20/25 | JTC | Review email fro Schuyler Carroll re: order approving the second distribution motion; status of when the distributions will be sent | BKA416 | 0.10 | 102.50 |
| 10/20/25 | SEF | Reviewing and responding to email from J. Deeney re distributions to certain creditor subject to the order granting the Trustee's second GUC distribution motion | BKA416 | 0.10 | 85.00 |
| 10/22/25 | JTC | Review email from Matthew Binstock re: Motion to Distribute; advise today received 6 checks for claims that are holding in the Akorn case but the check for the Tracelink was not among them; request double check with the Trustee's accountants to make sure that the check is on its way to them; otherwise, would ask that they stop it and reissue. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/25 | JTC | Review Notice of Filing of Amended Exhibit A to Chapter 7 Trustee's Eighth Notice of Settlement | BKA416 | 0.20 | 205.00 |
| 10/23/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Eighth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA416 | 0.10 | 102.50 |
| 10/27/25 | JTC | Review email from Simon Fraser of Cozen with attachments re: Henderson; quirk of the Illinois mechanics' lien statute that spoke about earlier today; advise settlement with Pruitt was driven entirely by this feature of the Illinois statute; do not believe that the law applicable to Henderson had this feature; accordingly, Pruitt was probably fully secured, whereas Henderson was unsecured. | BKA416 | 0.20 | 205.00 |
| 10/27/25 | JTC | Draft email to Simon Fraser re: communications with Paige Topper / Argo; request contact to discuss | BKA416 | 0.10 | 102.50 |
| 10/27/25 | JTC | Review email from Simon Fraser of Cozen re: confirm advised Paige Topper of Saul Ewing the last time we heard from Argo was 12/20/2024; advise most importantly for the point that was discussed today, in G. Plotko (Argo counsel) email from December 2, 2024 at 12:04 pm, he agreed to suspend the Trustee's deadline to object under the stip.; advise this is officially where the matter stands. | BKA416 | 0.10 | 102.50 |
| 10/27/25 | SEF | Phone call with J. Carroll re asserted secured status of Henderson Constructors' claim, as held by Argo | BKA416 | 0.20 | 170.00 |
| 10/29/25 | JTC | Review now entered Order Approving the Settlements and Compromises of Adversary Proceedings Against H.E. Butt Grocery Company; Wakefern Food Corp.; JAMS Wholesale Distribution Services, LLC; CityMedRx, LLC; Thrifty Drug Stores, Inc.; Peyton's-Southeastern, Inc.; Trilogy Eye Medical Group, Inc.; and Retina Associates, Southwest, P.C. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/25 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: Proposed Exhibit to 3rd Interim Distribution to Holders of Allowed GUC; status of filing | BKA416 | 0.10 | 102.50 |
| 10/30/25 | JTC | Review email from Matthew Binstock re: Motion to Distribute; status of Tracelink check | BKA416 | 0.10 | 102.50 |
| 10/31/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: status of distributions | BKA416 | 0.10 | 102.50 |
| 11/02/25 | JLD | Draft email to Trustee Miller's assistant L. Cromley requesting confirmation of issuance of the distribution check under the Second Distribution to General Unsecured Creditors to Walgreens Boots Alliance Dev GMBH; Claim 311.1 and if so the date the check was sent | BKA416 | 0.10 | 36.50 |
| 11/03/25 | JTC | Review email from Schuyler Carroll re: confirms receipt of JTC response that the distribution check under the Trustee's Second Distribution to General Unsecured Creditors was issued to Walgreens Boots Alliance Dev GmbH (Proof of Claim #311) on 10/17/2025 and was mailed to the payment address as identified on the Proof of Claim | BKA416 | 0.10 | 102.50 |
| 11/03/25 | JTC | Draft email to Schuyler Carroll re: advise have confirmed with the Trustee's office the distribution check under the Trustee's Second Distribution to General Unsecured Creditors was issued to Walgreens Boots Alliance Dev GmbH (Proof of Claim #311) on 10/17/2025 and was mailed to the payment address as identified on the Proof of Claim | BKA416 | 0.20 | 205.00 |
| 11/03/25 | JTC | Review and respond to email from Joseph Silber (2nd) re: Thea Pharma Inc. - Next GUC Claim Distribution Motion; confirm receipt of JTC info; inquire if the Trustee's Final Report is expected to occur in 2026; JTC confirm that is the goal (probably 4th Q). | BKA416 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/03/25 | JTC | Review email from L. Cromley of TTE Miller's office re: confirm check to Walgreens Boots Alliance Dev GMBH was issued on 10/17/25 and mailed as instructed on the Claim form | BKA416 | 0.10 | 102.50 |
| 11/03/25 | JTC | Review and respond to email from Joseph Silber re: Thea Pharma Inc. - Next GUC Claim Distribution Motion; status of distribution; advise client, Thea Pharma Inc., received a 19.2% distribution in the First Motion filed in 2024, and understands that additional distributions are expected; in addition to the timing of the next distribution, was also wondering if the distribution process is expected to be completed in 2026; JTC advise anticipate that additional distributions to GUC who have already received a distribution are likely to occur sometime in 2026 with the final distribution under the Trustee's Final Report; advise there is a possibility that the Trustee may make separate additional interim distributions in advance of the TFR to GUC who have already received the 19.2% distributions, but that decision will not be made until 1Q of 2026. | BKA416 | 0.20 | 205.00 |
| 11/12/25 | JTC | Telephone conference with Jill Deeney of Cozen re: 11/14 agenda; request confirm with Al Ciardi, Walter Gouldsbury and Jack McLaughlin if safe to indicate the scheduling conferences listed are being further adjourned to Judge Owens next hearing date December 19, 2025 | BKA416 | 0.10 | 102.50 |
| 11/17/25 | JTC | Review Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with the Hilsinger Company d/b/a Hilco Vision Filed by George L. Miller | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/25 | JTC | Review email from Simon Fraser of Cozen with attachment re: Iron Mountain; advise of call received from Paige Topper of Saul Ewing about the Trustee's preference action against Iron Mountain; advise Iron Mountain is arguing that the Trustee waived his chapter 5 causes of action against Iron Mountain in the (attached) settlement agreement; . P. Topper inquired whether the Trustee's intent in this agreement was to waive his preference cause of action; advise S. Fraser was not involved reaching this settlement agreement with Iron Mountain; request advise if recall anything about the Trustee's entry into the Iron Mountain Settlement Agreement and, if so, whether our intent was that the release would include preference liability | BKA416 | 0.20 | 205.00 |
| 11/18/25 | JTC | Review email from Lauren Verma of Argo re: advise Argo Partners is still missing the distribution with respect to the Tracelink claim, which Argo has acquired within the Akorn bankruptcy case; request advise status of the distribution | BKA416 | 0.10 | 102.50 |
| 11/18/25 | JTC | Review email from Jon Klein of Deloitte & Touche re: Audit Confirmation Request | BKA416 | 0.20 | 205.00 |
| 11/18/25 | JTC | Preliminary review of email from Bill Homony (TTE's accountant) with attachment re: final Proposed Exhibit to 3rd Interim Distribution to Holders of Allowed GUC | BKA416 | 0.30 | 307.50 |
| 11/19/25 | JTC | Draft email to TTE Miller with attachments re: Iron Mountain; request TTE Miller advise if Trustee ever finalized the Settlement Agreement and/or make the settlement payment | BKA416 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Iron Mountain; confirm payment was made to Iron Mountain on 12/22/2023 by check #100994; does not have a copy of the agreement counter-signed by Iron Mountain, only the agreement signed by TTE Miller (see attached); does not know who drew up the agreement, and does not know what/where the exhibits are; the agreement only mentions Exhibit A; there doesn't appear to be an Exhibit B. | BKA416 | 0.20 | 205.00 |
| 11/19/25 | JTC | Draft email to Simon Fraser and Dave Doyle of Cozen re: Iron Mountain; advise no one at our firm was involved in negotiating or drafting of the settlement agreement; the Trustee appears to have directly negotiated himself; we were sent a copy of the agreement from the Trustee's assistant (Louann) inquiring as to whether a 9019 motion was necessary; have advised the Trustee and his assistant in the affirmative that a 9019 was necessary; TTE response; have advised Evan Miller of Saul of the foregoing circumstances and that independent of purported release that he should recommend dismissal of the preference to the Trustee because Iron Mountain would have a new value defense pay; if TTE made the settlement payment, am going to recommend that he authorize us to file a 9019. | BKA416 | 0.20 | 205.00 |
| 11/19/25 | JTC | Review email from TTE Miller re: Iron Mountain; advise has no copy of the Court Order approving the settlement; request provide | BKA416 | 0.10 | 102.50 |
| 11/19/25 | JTC | Review correspondence from Trustee and Iron Mountain re: needed to answer pref. litigation counsel inquiry on release | BKA416 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/25 | JTC | Draft email to Simon Fraser and Dave Doyle of Cozen re: Iron Mountain;advise will review file, but believe it is a full release that may includespreference; the records would have been needed to obtain the necessary files to enable the Trustee to provide deliverables to complete closings on sales of ANDAs. Iron Mountain would have provided new value; will look at file and anticipate instructing Saul to drop action; confirm JTC will get back to Saul. | BKA416 | 0.10 | 102.50 |
| 11/19/25 | JTC | Telephone conference with Evan Miller, special counsel asserting Settlement Stipulation with Iron Mountain as release; explain Cozen did not handle but clearly would have a new value defense | BKA416 | 0.10 | 102.50 |
| 11/21/25 | JTC | Telephone conference with J. Deeney of Cozen re: instruct to prepare initial draft of a 9019 motion for Iron Mountain Stipulation | BKA416 | 0.10 | 102.50 |
| 11/24/25 | JTC | Review Certificate of No Objection to Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Ethypharm S.A.S. | BKA416 | 0.10 | 102.50 |
| 11/25/25 | JLD | Draft detailed email to William Homony of MCT Trustee's accountant regarding final proposed exhibit for the third interim GUC distribution; provide prior e-mails discussing transfered claims which should be included in the Trustee's Third Motion for Interim Distribution to General Unsecured Creditors; provide copies of filed claim transfers | BKA416 | 0.30 | 109.50 |
| 11/25/25 | JLD | Begin initial draft preparation of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.80 | 292.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/25/25 | JLD | Review final proposed exhibit for the third interim GUC distribution schedule to be filed with Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims; cross reference against the second interim GUC distribution schedule for assigned claims | BKA416 | 0.20 | 73.00 |
| 11/25/25 | JTC | Review now entered Order Approving the Settlement Between the Trustee and Ethypharm S.A.S | BKA416 | 0.10 | 102.50 |
| 11/25/25 | JTC | Review detailed email from Jill Deeney of Cozen with multiple attachments re: Proposed Exhibit to 3rd Interim Distribution to Holders of Allowed GUC; confirm per JTC instruction provided Bill Homony (TTE's accountant) with emails regarding the second interim GUC distribution and two (2) claims which were transferred; advise however, the transfers were not reflected on the second interim GUC distribution schedules as originally presented; the two assigned claims were to be included in the third interim GUC distribution in order to obtain an order reflecting payment to the correct transferee. | BKA416 | 0.20 | 205.00 |
| 11/26/25 | JLD | Draft email to Lauren Verma of Argo Partners providing as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims [D.I. 1521]. Advise the Motion includes the transferred Claim #15 from Tracelink Inc. to Argo Partners pursuant to the Notice of Transfer [D.I. 152], Case No. 23-10255. | BKA416 | 0.10 | 36.50 |
| 11/26/25 | JLD | Prepare final revisions to draft Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 73.00 |
| 11/26/25 | JLD | Prepare and assemble document for filing; e-file Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/25 | JLD | Prepare and assemble service list in connection with service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 73.00 |
| 11/26/25 | JLD | Coordinate service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |
| 11/26/25 | JTC | Review and authorize filing final version of Motion to Authorize Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims re: now includes additional claims previously omitted | BKA416 | 0.20 | 205.00 |
| 11/26/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Proposed Exhibit to 3rd Interim Distribution to Holders of Allowed GUC; provide modified exhibit which includes both claims identified in J. Deeney email of 11.25 (Claim No. 15 and Claim No. 254) | BKA416 | 0.20 | 205.00 |
| 11/26/25 | JTC | Draft email to Lauren Verma with attachment re: provide as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Third Distribution to Holders of General Unsecured Claims; advise the (attached) Motion includes the transferred Claim #15 from Tracelink Inc. to Argo Partners pursuant to the Notice of Transfer [D.I. 152], Case No. 23-10255. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/25 | JTC | Review and respond to email from Joseph Silber with attachment re: Thea Pharma Inc. - Next GUC Claim Distribution Motion; advise sees that their client, Thea Pharma Inc., who holds a remaining Allowed General Unsecured Claim of $1,083,610.08 (as $257,448,92 was distributed pursuant to the First GUC Distribution Motion (Docket No. 1000)), was not included in TTE's Third GUC Distribution Motion filed this afternoon (Docket No. 1521); request confirm that this is simply because this Third Motion is to General Unsecured Creditors who have yet to receive a distribution; advise understand from Motion that TTE expects final GUC Distribution % to exceed 19.2%, so therefore should expect another distribution to their client at some point next year; provide confirmation of same | BKA416 | 0.20 | 205.00 |
| 12/01/25 | JTC | Review email from Lee Hogewood re: Sentiss; coordination of call | BKA416 | 0.10 | 102.50 |
| 12/03/25 | JTC | Review and respond to email from Debra Roscioli re: advise is in receipt of DI 999 [Motion of George L. Miller, Chapter 7 Trustee, for an Order Authorizing Trustee's Third Distribution of Funds to Additional Holders of Allowed Priority Claims Under Section 507(a)(4) of the Bankruptcy Code and Granting Related Relief (the "Motion")]; advise her client has advised that his address has changed from the address as noted on Exhibit A; provide updated address; JTC advise of need to file a notice of change of address with the bankruptcy court | BKA416 | 0.20 | 205.00 |
| 12/03/25 | JTC | Draft email to Lee Hogewood re: Sentiss; coordination of call; request advise availability | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/04/25 | JTC | Review email from Sean Kenny with attachment re: as-filed Motion to Approve Compromise under Rule 9019 Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Adversary Proceeding Against Medline Industries, Inc. Filed by George L. Miller. Hearing scheduled for 1/23/2026 at 10:00 AM; Objections due by 12/18/2025 | BKA416 | 0.10 | 102.50 |
| 12/05/25 | JTC | Telephone conference with Lee Hogewood and Gunjan Devnani re: Sentiss; status of Trustee review of claim; inquired on likelihood of distribution | BKA416 | 0.20 | 205.00 |
| 12/05/25 | JTC | Review Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Gardaworld Security Services | BKA416 | 0.20 | 205.00 |
| 12/08/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 109.50 |
| 12/08/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |
| 12/10/25 | JTC | Review Notice of Settlement Chapter 7 Trustee's Ninth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/25 | JTC | Review email from Schuyler Carroll re: advise unfortunately, the bank is still holding up the distribution check - so they cannot access the money; it is not clear why, but the bank did say that it relates to it being a US check being deposited into a European bank (which is where Walgreens Boots Alliance Dev GmbH is located); request advise if there is any chance that could void the check and send a wire (Walgreens Boots Alliance Dev GmbH) | BKA416 | 0.10 | 102.50 |
| 12/16/25 | JLD | Draft email to Claire Brady of Judge Owens Chambers providing as filed copy of (1) Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims [D.I. 1521]; and CNO [D.I. 1539]; confirm order has been uploaded | BKA416 | 0.10 | 36.50 |
| 12/16/25 | JLD | Prepare and assemble document for filing; e-file Certification of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 36.50 |
| 12/16/25 | JLD | Prepare draft Certification of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 109.50 |
| 12/16/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: confirm provided Chambers with as filed documents regarding In re: Akorn Holding Company, Case No. 23-10253; also confirm the proposed form of Order has been uploaded; 1) Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims [D.I. 1539]; 2. Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims [D.I. 1521]. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/25 | JTC | Review email from Schuyler Carroll re: request advise if possible to send a wire for this distribution to Walgreens | BKA416 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 12/17/25 | JTC | Review now entered Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 102.50 |
| 12/18/25 | JTC | Review email from Kevin Chiu with attachments re: Third Interim Distribution - Ethypharm; advise to mitigate the risk of a foot fault or a lost check, Ethypharm asks that this interim distribution payment be made using the (attached) wire instructions. | BKA416 | 0.20 | 205.00 |
| 12/19/25 | JTC | Review email from Kevin Chiu re: Ethypharm; advise his client won’t be able to do FedEx, but DHL will work; his client will send over a label on Monday and will pass it along; advise if the check needs to be physically delivered to a DHL location, the Morris Nichols team is also available to coordinate locally for pickup and drop-off. | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Review email from Kevin Chiu re: Ethypharm; confirm receipt of JTC info on status of distribution check | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Draft email to TTE Miller re: Ethypharm; advise TTE Miller that have asked for a FedEx label with mailing info for TTE's use on 12/22 | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Ninth Notice of Settlement Pursuant to Settlement Procedures Order | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/25 | JTC | Draft email to Kevin Chiu re: Ethypharm; confirm Trustee advises that TTE will overnight the distribution check on Monday if provided with appropriate information to enable same; request provide a FedEx label to be provided to the Trustee for use in sending the distribution check | BKA416 | 0.20 | 205.00 |
| 12/19/25 | JTC | Review emails from TTE Miller re: Ethypharm; request advise when Order was entered on Settlement Stipulation; advise payment will be made on Monday, 12/22 by mailing | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Review Certificate of No Objection to Motion of the Chapter 7 Trustee for Entry of an Order Approving the Settlement and Compromise of Adversary Proceeding Against Medline Industries, Inc | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Review email from Kevin Chiu re: Third Interim Distribution - Ethypharm / wire instructions; confirm receipt of JTC response | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Review email from Evan Miller re: communication received from Kevin Chiu concerning Third Interim Distribution - Ethypharm / wire instructions; E. Miller advise Kevin raised the request of a wire previously and had explained to him distributions were being made by check, and if he had any further questions on distribution mechanics, he could connect with TTE's team. | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/25 | JTC | Draft email to Kevin Chiu re: Third Interim Distribution - Ethypharm / wire instructions; confirm advised the Trustee of the request by Ethypharm for a wire instead of check; advise know the Trustee to currently be traveling and believe that he will not be back in the office until Monday; normally, a Trustee cannot make outbound wire transfers absent a court order which provides for same and/or approval by the OUST; these restrictions have become even more stringent lately with the advent of more frequent fraudulent diversions of electronic transfers; will advise upon receipt of a response from the Trustee but would not anticipate until Monday. | BKA416 | 0.10 | 102.50 |
| 12/19/25 | JTC | Draft email to TTE Miller re: communication received from Kevin Chiu with attachments concerning Third Interim Distribution - Ethypharm / wire instructions; JTC advising Kevin Chiu that typically a Trustee is not permitted to make wire transfers without a court order | BKA416 | 0.10 | 102.50 |
| 12/20/25 | JTC | Review and respond to email from TTE Miller re: Ethypharm; coordination of JTC receipt of check(s) | BKA416 | 0.10 | 102.50 |
| 12/22/25 | JTC | Pick-up Ethypharm distribution check and coordinate DHL delivery of same in France | BKA416 | 0.40 | 410.00 |
| 12/22/25 | JTC | Review and respond to email from Kevin Chiu re: Ethypharm; request JTC advise if can coordinate with the MNAT team to arrange for someone from MNAT to pickup Ethypharm’s distribution check from either Cozen or directly from the Trustee today; their client has provided them with a DHL label and MNAT will take care of dropping it at a DHL location | BKA416 | 0.20 | 205.00 |
| 12/22/25 | JTC | Review email from Kevin Chiu provide attachment re: Ethypharm; provide DHL label | BKA416 | 0.10 | 102.50 |
| 12/22/25 | JTC | Review email from Kevin Chiu re: Third Interim Distribution / Ethypharm; confirm receipt of DHL receipt for the shipment of 3rd interim distribution check which was sent today | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/22/25 | JTC | Draft email to Kevin Chiu with attachment re: Third Interim Distribution / Ethypharm; provide receipt from DHL for the shipment of 3rd interim distribution check which was sent today using the DHL label which was provided to us; confirm sent the distribution check together with a copy of the settlement agreement. | BKA416 | 0.20 | 205.00 |
| 12/22/25 | JTC | Review email from Schuyler Carroll re: distribution check under the Trustee's Second Distribution to General Unsecured Creditors issued to Walgreens Boots Alliance Dev GmbH (Proof of Claim #311); request advise if can replace with a wire; bank has not made any progress | BKA416 | 0.10 | 102.50 |
| 12/22/25 | JTC | Review Certificate of No Objection to Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Gardaworld Security Services Filed by George L. Miller. | BKA416 | 0.10 | 102.50 |
| 12/24/25 | JTC | Draft response to email from Schuyler Carroll, counsel to Walgreen) re: status; JTC advise the Trustee is not able to issue a wire; request advise as to whether want stop payment issued on the check and a replacement check issued; if so, request provide the address to which a replacement check is to be sent and if want via a private delivery service (e.g., UPS,DHL or FedEx), request email a completed mailing label for the delivery; advise not sure whether the Trustee will be required to deduct a stop payment charge from the distribution | BKA416 | 0.10 | 102.50 |
| 12/24/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: advise has not connected with client on this yet, so do not have their approval, but in an attempt to resolve this, request advise if can send a check to his firm, as their attorney; they can then deposit the check and send a wire. | BKA416 | 0.10 | 102.50 |
| 12/24/25 | JTC | Review email from Schuyler Carroll, counsel to Walgreen; confirm receipt of JTC info; will circle back ASAP | BKA416 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/31/25 | SEF | Reviewing and responding to email from counsel Scott Hermesch for certain creditors who were subject to the Trustee's 2nd GUC distribution authorization motion, re status of their distributions | BKA416 | 0.20 | 170.00 |
| 01/02/26 | JTC | Review email from Scott Hermesch, counsel to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc.; advise It appears that the Court has granted the Trustee's Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims, in which $11,611.78 has been proposed as an interim distribution to Poynter Sheet Metal Inc.; request advsie if are able to confirm when this payment will be issued to Poynter Sheet Meal Inc.; also request advise if are able to speak to why F.A. Wilhelm Construction Co., Inc. was not included in the list of Claimants with respect to the Trustee's Motion for an Order Authorizing Trustee's Second Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 113.00 |
| 01/04/26 | JTC | Review email from Simon Fraser of Cozen re: confirm advised Scott Hermesch, counsel to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc. that the 2nd distribution motion was granted back in October, so to Poynter Sheet Metal should have received its check by now for the authorized distribution; requested confirm mailing address; also advise that in looking at the order granting the Trustee's 2nd GUC distribution motion (attached), listing of Brittney Turner, CPA, CGMA, F.A. Wilhelm Construction Co., Inc. on page 4 of the schedule attached to the order; advise F.A. Wilhelm appears to have been included in the 2nd GUC distribution motion; requested confirm they did not receive their distribution | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/06/26 | JTC | Review email from Scott Hermesch, counsel to debtors F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc.; advise Poynter Sheet Metal is not showing any record of receiving any payment relating to the Akorn bankruptcy; Poynter Sheet Metal's mailing address is: 775 Commerce Parkway West Dr, Greenwood, IN 46143; additionally, F.A. Wilhelm Construction Co., Inc. is not showing any record of receiving any payment relating to the Akorn bankruptcy; advise F.A. Wilhelm Construction Co., Inc.'s mailing address is: 3914 Prospect St, Indianapolis, IN 46203 | BKA416 | 0.10 | 113.00 |
| 01/08/26 | JTC | Review now entered Order Approving the Settlement and Compromise of Adversary Proceeding Against Real Value Products Corp. dba Hospital Pharmaceutical Consulting | BKA416 | 0.10 | 113.00 |
| 01/13/26 | JTC | Review detailed email from Jill Deeney of Cozen with multiple attachments re: Iron Mountain; confirm provided TTE Miller for ease of reference, JTC's prior emails to TTE Miller and Louann Cromley as well as TTE's internal communications; confirm Cozen O'Connor did not draft the (attached) Settlement and Mutual Release Agreement with Iron Mountain which TTE executed on December 11, 2023 (the "2023 Iron Mountain Agreement"); coordination of communication with Jacqueline Price | BKA416 | 0.20 | 226.00 |
| 01/13/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: Iron Mountain Agreement and communication received from TTE Miller; advise on 11/21/2025 10:30 AM JTC sent to the Trustee communications on Iron Mountain agreement; confirm Cozen O'Connor did not negotiate the settlement with Iron Mountain, nor did Cozen O'Connor draft the Settlement and Mutual Release Agreement which the Trustee signed on December 11, 2023. | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/13/26 | JTC | Review email from TTE Miller with attachment re: Iron Mountain Agreement; request provide the signed agreement | BKA416 | 0.10 | 113.00 |
| 01/13/26 | JTC | Review email from L. Cromley of TTE Miller's office re: Motion to Distribute (Third GUC Distribution Motion); advise payment for this claim 33.1 was not made to Argo Partners because it was not included in the original Motion and did not realize it was added later; advise the only claim paid to Argo Partners that was included on the Order at D.I. 1541 was claim #15 in the amount of $70,772.28. | BKA416 | 0.10 | 113.00 |
| 01/13/26 | JTC | Telephone conference with Jill Deeney of Cozen re: Motion to Distribute (Third GUC Distribution Motion); request have TTE's office advise if the distribution check payable to Argo Partners regarding claim no. 33.1 was sent to Argo Partners 12 West 37th Street, 9th Floor New York, NY 10018 | BKA416 | 0.10 | 113.00 |
| 01/13/26 | JTC | Review email from Lauren Verma of Argo re: Motion to Distribute; advise Argo has not yet received payment on the Safety Consulting Group Inc claim (POC #33, $3,950.00); request advise if the payment was sent to them or the original claimant, or if it's just lost in the mail | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JLD | Telephone conversation with Louann Cromley Assistant to Trustee Miller regarding timing of Trustee issuance distribution checks included in Order Granting Motion for an Order Authorizing Trustee's Third Distribution to Holders of General Unsecured Claims (D.I. 1541) | BKA416 | 0.10 | 41.00 |
| 01/14/26 | JLD | Draft email to Louann Cromley Assistant to Trustee Miller providing as-filed copies of entered orders approving Trustee's First, Second and Third Interim Distributions to General Unsecured Creditors | BKA416 | 0.10 | 41.00 |
| 01/14/26 | JTC | Review email from TTE Miller re: Iron Mountain; confirm receipt of JTC info; advise if would prefer to have Saul file the Motion, has included Evan Miller; need it filed by 1/30/26 for TTE's Annual Report | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/26 | JTC | Review email from Jill Deeney of Cozen re: Iron Mountain; confirm advised TTE Miller that Saul Ewing wasn't to file the 9019 Motion regarding the 2023 Iron Mountain Agreement; neither Cozen or Saul was aware of the 2023 Iron Mountain Agreement until it was presented to Saul Ewing by Jacqueline Price as a defense to the Trustee's preference action commenced against Iron Mountain Incorporated; Adv. No. 25-50087; advised it may not be appropriate at this time for Saul Ewing to file the 9019 Motion to approve the 2023 Iron Mountain Agreement given the Trustee's preference action commenced against Iron Mountain Incorporated; Adv. No. 25-50087; JTC will speak with Evan today and in either event we will get the 9019 motion filed this week. | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Review email from TTE Miller re: Iron Mountain; advise TTE will file the Motion | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Review email from Jill Deeney of Cozen re: Iron Mountain; advise TTE Miller that will start the draft preparation of the 9019 today and we will get the 9019 Motion approving the 2023 Iron Mountain Agreement filed this week; advised Jacqueline Price, Iron Mountain's counsel, contends the release in the 2023 Iron Mountain Agreement bars the Trustee's preference claim so have to be careful with the wording. | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Scott Hermesch, counsel to debtors F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc.; JTC instruct to ask TTE Miller's office for copies of the distribution checks for these two items (Poynter Sheet Metal, Inc. and F.A. Wilhelm Construction Co., Inc.) | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/26 | JTC | Review email from Evan Miller re: Iron Mountain; advise of conversation with Bill Homony (TTE's accountant) wherein advised of one open issue is that Iron Mountain entered the agreement pledging mutual waiver, but in December 2024 they received a distribution on their proof of claim; advise Bill's view is that, in exchange for dismissing the preference action (which dismissal is a direct result of this agreement waiver), that they return the distribution; have advised Bill Homony that would connect with JTC about messaging, so for purposes of outreach, inquire if want E. Miller to convey the message to Iron Mountain and cc JTC; or, if would rather JTC handle | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Review email from TTE Miller re: Iron Mountain; second email stating that TTE will file the Motion | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Review email from Scott Hermesch re: status of records of payment to either Poynter Sheet Metal, Inc. or F.A. Wilhelm Construction Co., Inc. | BKA416 | 0.20 | 226.00 |
| 01/14/26 | JTC | Review email from Louann Cromley of TTE Miller's office with attachment re: Iron Mountain Agreement; confirm do have the signed agreement (attached); advise TTE's signature is at the top of page 5; "Exhibit A" is noted at the bottom of page 5; Iron Mountain's signature is on page 6; attach Exhibit B | BKA416 | 0.20 | 226.00 |
| 01/14/26 | JTC | Review email from TTE Miller re: Iron Mountain Agreement; advise TTE's investigation indicates that neither Cozen nor Saul was involved, so they don't file the Motion; coordination of discussion with Evan Miller | BKA416 | 0.10 | 113.00 |
| 01/14/26 | JTC | Review email from TTE Miller re: Iron Mountain; advise thinks found the disconnect | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: confirm provided Louann Cromley of TTE Miller's office with copy of the entered Orders approving the Motions for Interim Distributions to General Unsecured Creditors (first, second and third); advise Trustee has already made the interim payment to Ethypharm S.A.S. on claim no. 368.1 in the interim amount of $182,990.92 which was apparently included in a separate preference settlement order; payment was also included in the Order Granting the Third Interim Distribution [D.I. 1541]. | BKA416 | 0.20 | 226.00 |
| 01/15/26 | JTC | Review email from TTE Miller re: Order Approving Third General Unsecured Claim Interim Distribution Motion; advise L. Cromley to pay claim 89 to CRG Financial.; also instruct to pay Claims 96,130 and 146 to Amex TRS Co., Inc.; also pay Claim # 78; also pay Maadho Distributors the $864.00; request B. Homony (TTE's accountant) make the corrections in the next Distribution for these Creditors | BKA416 | 0.20 | 226.00 |
| 01/15/26 | JTC | Review email from TTE Miller re: Order Approving Third General Unsecured Claim Interim Distribution Motion; advise L. Cromley to not prepare checks until TTE has reviewed claims | BKA416 | 0.10 | 113.00 |
| 01/15/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: Order Approving Third General Unsecured Claim Interim Distribution Motion; confirm provided TTE Miller with Trustee’s Third Distribution to Holders of General Unsecured Claims (the ”Third GUC Motion”) [D.I. 1521] that was previously filed on 11/26/2025 and the (attached) Order approving the Third GUC Motion has been entered [D.I. 1541]; advise L. Cromley's observations and questions are in connection with preparing the distribution checks. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/15/26 | JTC | Review email from TTE Miller re: - Order Approving Third General Unsecured Claim Interim Distribution Motion; confirm receipt of L. Cromley info incorrectly; requests JTC make changes to Schedules before filing | BKA416 | 0.10 | 113.00 |
| 01/15/26 | JTC | Review detailed email from L. Cromley of TTE Miller's office with attachment re: Order Approving Third General Unsecured Claim Interim Distribution Motion; advise is reviewing the distribution related to the Third General Unsecured Claim Interim Distribution Motion in order to prepare the checks next week; issues | BKA416 | 0.20 | 226.00 |
| 01/20/26 | JTC | Review email from Katie Garcia re: status of distribution to Manjurul Kader, MD and whether was sent to correct address | BKA416 | 0.10 | 113.00 |
| 01/21/26 | JTC | Review email from L. Cromley of TTE Miller's office re: advise payment has not been made to this creditor (Manjurul Kader, MD); advise does not believe he has been included in any of the motions to pay creditors; advise he has claim #196 filed in AHC, which has not been transferred to AOC; his address for claim #196 has been updated | BKA416 | 0.10 | 113.00 |
| 01/21/26 | JTC | Draft email to L. Cromley of TTE Miller's office re: request advise if any distribution has been sent to creditor, Manjurul Kader, MD, who apparently filed the (attached) notice of change of address; if so, request provide the details | BKA416 | 0.10 | 113.00 |
| 01/22/26 | JTC | Draft detailed email to Braden Copeland with attachments re: Woodstock; provide documents in connection with the Trustee's sale to Epic Pharma LLC; advise the information together with the referenced attachments answer B. Copeland's questions regarding the cure payment made to his client, Woodstock Sterile Solutions, Inc. | BKA416 | 0.40 | 452.00 |
| 01/22/26 | JTC | Review email from Braden Copeland, counsel to Woodstock; confirm receipt of info from JTC; will pass along to client | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: confirm advised Lauren Verma that have been advised by TTE Miller's office that advised the distribution checks included in the Trustee's Third Distribution to Holders of General Unsecured Claims [D.I. 1521] are being issued this week and should be received within the next 10 days. | BKA416 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Lauren Verma re: Motion to Distribute; follow up on missing check | BKA416 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Jill Deeney of Cozen re: communication received from Braden Copeland, counsel to Woodstock Sterile Solutions, Inc.; confirm will review the Sale Report and follow up with Trustee asst. as needed | BKA416 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Braden Copeland re: Woodstock; status of report on whether the Trustee ultimately received the payment of $2,086,240.77 that is indicated in par.4 of the Report of Sale (made on or about July 7, 2023) | BKA416 | 0.10 | 113.00 |
| 01/22/26 | JTC | Review email from Scott Hermesch re: status of payment to Poynter Sheet Metal, Inc. and/or F.A. Wilhelm Construction Co., Inc. | BKA416 | 0.10 | 113.00 |
| 01/23/26 | JTC | Review email from Louann Cromley of TTE Miller's office re: Order Approving Third General Unsecured Claim Interim Distribution Motion; advise the checks related to the Third GUC distribution were mailed today; there are a couple claims that will need to be resolved and additional comments to the chart provided with new comments | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/23/26 | JTC | Review email from L. Cromley of TTE Miller's office re: status of payment to Manjurul Kader, MD; note; he originally filed two claims; one in 23-10253 and one in 23-10255, but he withdrew the claim in 23-10255; advise knows he spoke with Jack Reynolds regarding his claim several times, and believes there was some confusion. | BKA416 | 0.10 | 113.00 |
| 01/28/26 | JLD | Pull proofs of claim included in the Trustee's Second Interim Distribution Motion to GUC including F.A. Wilhelm Construction Co., Inc. (Claim No. 318.1) and Poynter Sheet Metal, Inc. (Claim No. 319.1) | BKA416 | 0.10 | 41.00 |
| 01/28/26 | JLD | Draft email to Louann Cromley Assistant to Trustee Miller requesting confirmation whether distribution checks were sent F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc., the date the checks were sent and whether the check(s) cleared and forward copies of the cancelled checks. Advise both distribution parties were included in Order approving the Second Distribution Motion to Holders of General Unsecured Claims (D.I. 1491; Filed 10/26/25); provide copy of order and filed proofs of claim 318 and 319 | BKA416 | 0.20 | 82.00 |
| 01/28/26 | JTC | Review email from L. Cromley of TTE Miller's office re: Trustee’s Interim Distributions to Holders of General Unsecured Claims; confirm receipt of info from J. Deeney pf Cozen; will await further word | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/28/26 | JTC | Review email from Jill Deeney of Cozen re: Trustee's Interim Distributions to Holders of General Unsecured Claims; confirm receipt of info from L. Cromley on checks; advise General counsel to F.A. Wilhelm Construction Co., Inc. has made the inquires and we will respond as L. Cromley has stated; Mr. Hermesch is located at the same address where the checks were sent; namely, 3914 Prospect Street, Indianapolis IN; accordingly, will confirm if the checks payable to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc. should be sent to his attention and will confirm same with L. Cromley and the Trustee. | BKA416 | 0.20 | 226.00 |
| 01/28/26 | JTC | Review email from L. Cromley of TTE Miller's office re: Trustee's Interim Distributions to Holders of General Unsecured Claims; confirm checks for Wilhelm and Poynter were issued in October and sent to the address indicated; the checks did not clear nor were they returned; stop payments were place on the checks on 01/20/2026. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/28/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: Trustee's Interim Distributions to Holders of General Unsecured Claims; confirm advised TTE Miller's office that been contacted by a few more attorneys/claimants in connection with previously approved GUC interim distribution motions; advise inquires received to date related to the Third Distribution Motion to Holders of General Unsecured Claims we have advised the distribution checks should be received by the end of the month based on L. Cromley's (attached) email; advise we do have an inquiry related to distributions which were included in the (attached) Order approving the Second Distribution Motion to Holders of General Unsecured Claims [D.I. 1491; Filed 10/26/25]; namely, F.A. Wilhelm Construction Co., Inc. (Claim No. 318.1) and Poynter Sheet Metal, Inc. (Claim No. 319.1); advise has attached the underlying proofs of claim for reference. | BKA416 | 0.20 | 226.00 |
| 01/28/26 | JTC | Review and respond to email from Simon Fraser of Cozen re: inquiry received from Scott Hermesch, counsel to debtors F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc.; status of word from TTE Miller's office | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/28/26 | JTC | Review and approve draft email to Scott Hermesch, counsel to debtors F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc. with attachments re: confirm communicated with the Trustee's office regarding interim distributions included in the (attached) Order approving the Trustee's Second Distribution Motion to Holders of General Unsecured Claims; namely, F.A. Wilhelm Construction Co., Inc. (Claim No. 318.1) and Poynter Sheet Metal, Inc. (Claim No. 319.1); note the Trustee's office has confirmed both checks to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc. were issued in October 2025 and sent to the address included on the filed Proofs of Claim; namely, 3914 Prospect Street, Indianapolis, Indiana 46203; the checks did not clear the Trustee's account nor were they returned to the Trustee's office; accordingly, stop payments were placed on both checks on 01/20/2026; advise Trustee can not deviate from the address included on the filed proofs of claim as to where notices and/or payments are sent; advise noted both Proofs of Claim included the name "Brittney Turner, CPA, CGMA;" advise if would like a change of address to be placed on file for Poynter Sheet Metal, Inc., will need to complete the (attached) Creditor Notice of Address Change and send same to the bankruptcy court for filing United States Bankruptcy Court District of Delaware, 824 N Market Street, 3rd Floor, Wilmington, DE 19801; given S. Hermesch address appears to be the same as to where both checks were initially sent, 3914 Prospect Street, Indianapolis, Indiana 46203, we could request the Trustee issue replacement checks and send same to 3914 Prospect Street, Indianapolis, Indiana 46203 and include S. Hermesch name on the envelopes as counsel to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc.; request advise if this would | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | work for him and if so will communicate same to the Trustee. | | | |
| 01/28/26 | SEF | Reviewing email from counsel for certain creditors re status of distributions pursuant to GUC interim distribution order (.1); preparing email to J. Carroll and J. Deeney re same (.1) | BKA416 | 0.20 | 185.00 |
| 01/29/26 | JTC | Review email from Scott Hermesch, General Counsel for debtors F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal Inc. re: confirm receipt of payment info; confirm the original address they provided is correct – it is hard to say why never received checks; request proceed to request the Trustee to issue replacement checks and send them to 3914 Prospect Street, Indianapolis, Indiana 46203 and include his name on the envelopes as counsel to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc. | BKA416 | 0.10 | 113.00 |
| 02/03/26 | JTC | Review email from Alan Brody, counsel to SST with attachments re: SST Corp. distributions; advise thinks understands what occurred; provides analysis; requests confirm if accurate; additional questions | BKA416 | 0.20 | 226.00 |
| 02/03/26 | JTC | Telephone conference with B. Homony (TTE's accountant) re: SST Corp.; confirms JTC analysis and email are correct | BKA416 | 0.10 | 113.00 |
| 02/03/26 | JTC | Draft email to Bill Homony and John Reynolds (TTE's accountant) re: SST Corp.; request advise if JTC review as recited to Alan Brody is correct and that the distributions under the 1st and 2nd motions are for different claims; request review and advise so JTC can send a further response to A. Brody, counsel for SST | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/26 | JTC | Draft responsive detailed email to Alan Brody, counsel to SST Corp.; advise the discretionary distributions under each of the motions are separate and distinct; each motion proposes to make distributions on different claims (generally to a different body of creditors) and are not additive (i.e., the total discretionary distribution on a given claim to date is 19.2% not 38.4%); more specifically, only one distribution of 19.2 % is being made on each claim (not multiple distributions of 19.2%); the discretionary distributions being made are in the singular amount 19.2% per identified claim; appears based upon JTC review that under the 1st distribution motion the Trustee proposed to make a 19.2 % distribution of $52, 513.92 to TRC Master Fund LLC on claim #260.1, which was allowed in the amount of $ 273,546.58; the distribution proposed to be made under the 2nd distribution motion to TRC Master Fund in the amount of $ 104,762 appears to have been made on a different claim #223.2, which was in the allowed amount of $545,635.44 (and includes a notation that this claim was transferred from SST Corporation); advise the 3rd distribution motion relates to different claims which did not receive a prior 19.2 5 distribution under the earlier two motions and accordingly TRC would not be entitled to be included for an additional distribution on the same claims for which it previously would have received 19.3%; JTC advised forwarding Alan Brody's inquiry to the Trustee's accountants to confirm; in the meantime, request advise as to the number and dollar amount of distributions received by TRC Master Fund from the Trustee; a quick review of the schedules to motions reflects $52,513.92 on claim 260.1, $104,762 on claim 223.2, and $4,406.4 on claim 331.1) | BKA416 | 0.50 | 565.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/26 | JTC | Review email from Alan Brody of Greenberg Traurig, attorney for SST Corp. with attachment re: SST Corp. Distributions; advise represents SST Corp., a creditor of Akorn Holding. SST timely filed a Proof of Claim in the amount of $545,635.44; SST subsequently assigned its claim to TRC Master Fund LLC; Trustee filed a preference complaint, which was settled some time ago, which settlement did not affect SST's Proof of Claim; according to the docket, the Trustee has made three distributions to general unsecured creditors; however, the motions fail to contain the correct amount of distributions on account of SST's claim; advise this would be a total distribution for the first two distributions of 38.4%, which is $208,724 on SST's claim of $545,635.44; attach the order/motion and exhibits for the two distributions; note, the first distribution exhibit does not provide the correct amount of TRC Master's (as assignee of the SST claim) distribution and the second motion does not contain any distribution on account of SST's claim; moreover, there is no distribution on account of SST's claim on the Trustee's motion for a third distribution; upon settlement of the adversary proceeding, TRC Master (as assignee of SST's claim) was immediately entitled to payment of all distributions to unsecured creditors from Akorn's Trustee; request provide an accounting of all distributions made on account of SST's Proof of Claim. | BKA416 | 0.30 | 339.00 |
| 02/10/26 | JLD | Draft email to Simon Fraser of Cozen regarding Trustee's settlement with Iron Mountain as it relates to preference complaint filed by by Trustee's special counsel; per Trustee Miller he will seek approval of the settlement and will directly communicate with Saul Ewing on preference complaint | BKA416 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/10/26 | JTC | Review email from Simon Fraser of Cozen with attachment re: coordination of response to inquiry from Paige Topper concerning Iron Mountain; last communications | BKA416 | 0.10 | 113.00 |
| 02/24/26 | JTC | Review Motion to Approve Compromise under Rule 9019 Motion For Entry Of An Order Pursuant To Section 105(A) Of The Bankruptcy Code And Bankruptcy Rule 9019 Approving Settlements Between (i) The Trustee and Veolia ES Technical Solutions LLC, (ii) The Trustee and Berlin Packaging, LLC, (iii) The Trustee and Federal Compliance Solutions, LLC, (iv) The Trustee and Colbert Packaging Corporation and (v) The Trustee and Flavine North America, Inc.; impact on claim objection | BKA416 | 0.20 | 226.00 |
| 02/25/26 | JTC | Preliminary review of email from Fred Glass re: advise Fair Harbor Capital, LLC purchased many claims in the Akorn bankruptcy case and, to date, received and interim distribution of 19.20% for all of their claims except the following two: 1) Nipro Pharmaceuticals - Claim Amount - $41,484.39 - Transfer date - 6/21/23 - Docket # 425; 2) Source One Packaging LLC - Claim Amount - $9,742.50 - Transfer Date - 1/24/24 - Docket # 731; request advise status of the distributions for these two claims | BKA416 | 0.20 | 226.00 |
| 02/25/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: communications received from Fred Glass of Fair Harbor Capital, LLC; request advise status of 1) Nipro Pharmaceuticals - Claim Amount - $41,484.39 - Transfer date - 6/21/23 - Docket # 425; 2) Source One Packaging LLC - Claim Amount - $9,742.50 - Transfer Date - 1/24/24 - Docket # 731; request advise status of the distributions for these two claims | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/26 | JTC | Review email from Shannon Kalb with attachment re: SSI Services, Inc. claim; advise writing in response to the First Omnibus Objection to claims filed in the Akorn matter; has been trying to work out a consensual resolution to the informal objection raised by the Trustee in October, and have provided evidence and support responsive to that informal objection; advise now that a formal objection has been filed, would like to know if the Trustee is amenable to a consensual resolution; in the event not, has engaged Mark Desgrosseilliers, to respond formally; advise a response indicating which way JTC wishes to proceed by no later than Monday, March 2, 2026 would be appreciated | BKA416 | 0.20 | 226.00 |
| 03/09/26 | JTC | Review email from Schuyler Carroll re: status of distributions | BKA416 | 0.10 | 113.00 |
| 03/09/26 | JTC | Review email from Simon Fraser of Cozen re: advise of conversation with Greg Plotko; wants to resurrect the original stand-alone Henderson Constructors settlement; G. Plotko proposed only the following add-on to the original deal, which thinks is fine: Argo has apparently also acquired the allegedly secured claim filed by Pyramid Air Conditioning, which was one of Henderson's subcontractors; advise we objected to the Pyramid claim in our pending substantive omnibus claims objection, asking the court to reduce it to $26,480 and reclassify it to general unsecured; Plotko will agree to our proposed reclassification and reduction; S. Fraser him that even though the Trustee originally signed-off on the Henderson Constructors settlement back in 2024, due to the passage of time we'll need to run it by the Trustee once more; coordination of draft email to TTE Miller | BKA416 | 0.10 | 113.00 |
| 03/09/26 | JTC | Review email from Greg Plotko, counsel to Argo Partners; status of distribution on select items | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/10/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from Fred Glass concerning two claims; request advise status to enable response to Mr. Glass | BKA416 | 0.10 | 113.00 |
| 03/10/26 | JTC | Review email from Fred Glass re: advise Fair Harbor Capital, LLC purchased many claims in the Akorn bankruptcy case and, to date, received and interim distribution of 19.20% for all of their claims except the following two: Nipro Pharmaceuticals - Claim Amount - $41,484.39 - Transfer date - 6/21/23 - Docket # 425; and Source One Packaging LLC - Claim Amount - $9,742.50 - Transfer Date - 1/24/24 - Docket # 731; request advise the status of the distributions for these two claims | BKA416 | 0.10 | 113.00 |
| 03/12/26 | JTC | Review email from Fred Glass re: confirm receipt of JTC info on Nipro Pharma and Source One claims | BKA416 | 0.10 | 113.00 |
| 03/12/26 | JTC | Draft email to Fred Glass re: advise am informed on the two claims as follows from the Trustee’s accountants: 1. Nipro Pharmaceuticals was the subject to an ongoing preference matter, which has now been settled; this allowed general unsecured claim will be paid in the next distribution; no estimate as to payment timing; and 2. Source One is an allowed 503(b)(9) claim that will be paid in the next distribution; no estimate as to payment timing | BKA416 | 0.20 | 226.00 |
| 03/12/26 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: advise Nipro Pharmaceuticals was the subject to an ongoing preference matter, which has now been settled; advise this allowed general unsecured claim will be paid in the next distribution; no estimate as to payment timing; advise Source One is an allowed 503(b)(9) claim that will be paid in the next distribution; no estimate as to payment timing. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/26 | JTC | Review now entered Order Approving the Settlements Between (I) the Trustee and Veolia ES Technical Solutions LLC, (II) the Trustee and Berlin Packaging, LLC, (III) the Trustee and Federal Compliance Solutions, LLC, (IV) the Trustee and Colbert Packaging Corporation and (V) the Trustee and Flavine North America, Inc. Order | BKA416 | 0.20 | 226.00 |
| 03/24/26 | JTC | Review 1) Debtor's Motion in Akorn, Inc. - Case No. 20-11177 for Entry of an Order (I) Entering Final Decree Closing Chapter 11 Case; (II) Terminating Official Claims Agent Services; and (III) Granting Related Relief; 2) Certification of Counsel Regarding Scheduling of Omnibus Hearing Date; and 3) Order Scheduling Omnibus Hearing Date | BKA416 | 0.20 | 226.00 |
| 03/24/26 | JTC | Draft email to Schuyler Carroll, counsel to Walgreen re: advise in response to inquiry, advise that it appears that the Trustee will be making an additional distribution, and anticipate such additional distribution will be made before year end; there are no additional asset sales contemplated by the Trustee; however, there are additional tax refunds to which the estate is entitled and should shortly be recovered by the Trustee; in addition to preference actions, there is additional litigation currently pending for recovery of accounts receivable; the Trustee is also presently engaged in litigating claims objections which in turn will impact the amount of additional distributions which will be possible to holders of allowed claims. | BKA416 | 0.30 | 339.00 |
| 03/24/26 | JTC | Review email from Schuyler Carroll, counsel to Walgreen re: confirm receipt of JTC info on future distribution | BKA416 | 0.10 | 113.00 |
| 04/01/26 | JTC | Review Notice of Settlement Chapter 7 Trustees Eleventh Notice Of Settlement Of Avoidance Claims With Gross Transfers Equal To Or Less Than $500,000.00 Pursuant To The Settlement Procedures Order | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/26 | JTC | Review Certification of Counsel Regarding Settlements of Avoidance Claims filed by TTE Miller | BKA416 | 0.10 | 113.00 |
| 04/10/26 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Eleventh Notice of Settlement Pursuant to Settlement Procedures Order | BKA416 | 0.10 | 113.00 |
| 04/20/26 | JTC | Review email from Scott Hermesch re: request advise if the Trustee has issued the listed $13K and $11K payments to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc. | BKA416 | 0.10 | 113.00 |
| 04/21/26 | JTC | Review Notice of Settlement Chapter 7 Trustees Twelfth Notice Of Settlement Of Avoidance Claims With Gross Transfers Equal To Or Less Than $500,000.00 Pursuant To The Settlement Procedures Order | BKA416 | 0.10 | 113.00 |
| 04/26/26 | JTC | Review email from TTE Miller re: interim distribution to creditors; advise the claim objection for Insiders are complete and Al Ciardi is preparing the Motion; advise there were two other claim objection motions resolved last month; request Bill Homony advise if there are any other significant claim objections needed to be prosecuted; advise would like to have a third interim distribution to creditors be filed in May for a late May or early June hearing with the purpose of distribution and additional 30.2% or up to 50.0% for GUC and up to 100% for any allowed administrative or priority claims by June 30; advise this will bring balances to a more acceptable amount by June 30; request advise ASAP if any of think this is not possible and why | BKA416 | 0.20 | 226.00 |
| 04/27/26 | JTC | Review email from Bill Homony (TTE's accountant) re: interim distribution to creditors; confirm receipt of TTE Miller info; advise will work towards the goal of filing third distribution in May or early June | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/27/26 | JTC | Draft email to Jill Deeney of Cozen re: interim distribution to creditors; TTE wants to file third distribution in May or early June | BKA416 | 0.10 | 113.00 |
| 05/05/26 | JTC | Draft email to Jill Deeney of Cozen re: distribution; TTE inquiry on hearing date needed to have the Motion filed and heard to make the distribution to creditors before 6/30/26; request advise date | BKA416 | 0.10 | 113.00 |
| 05/05/26 | JTC | Review email from TTE Miller re: distribution; request advise the hearing date needed to have the Motion filed and heard to make the distribution to creditors before 6/30/26 | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Review and respond to email from Jill Deeney re: distribution; advise the next available hearing date before Judge Owens is June 12, 2026 at 10:00 a.m.; advise to make the June 12, 2026 hearing date in order for a distribution prior to June 30, 2026 the Motion would need to be filed on or before May 27, 2026; JTC request also provide date after 6/12 | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Review email from Jill Deeney of Cozen re: additional distribution motion; provide Judge Owens next three available hearing dates for use in scheduling | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Draft email to TTE Miller re: additional distribution motion; provide Judge Owens next three available hearing dates | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Review email from TTE Miller re: distribution; confirm receipt of info that next available hearing date before Judge Owens is June 12, 2026 at 10:00 a.m.; to make the June 12, 2026 hearing date in order for another distribution prior to June 30, 2026 the Motion would need to be filed on or before May 27, 2026 | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Review email from Bill Homony (TTE's accountant) re: distribution; confirm 6/12 hearing date should be doable | BKA416 | 0.10 | 113.00 |
| 05/06/26 | JTC | Telephone conference with TTE Miller re: filing of additional distribution motion; issue with Akorn AG / Sentiss claim; additional issues on distribution | BKA416 | 0.50 | 565.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/08/26 | JTC | Review now entered Order Approving the Settlement Between the Trustee and Vizient Supply LLC | BKA416 | 0.10 | 113.00 |
| 05/13/26 | JTC | Review Omnibus Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with Adversary Defendants | BKA416 | 0.20 | 226.00 |
| 05/13/26 | JTC | Review Motion of George L. Miller, Chapter 7 Trustee to The Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with the Bain Defendants Filed by George L. Miller | BKA416 | 0.10 | 113.00 |
| 05/13/26 | JTC | Review Amended Motion to Approve -- Omnibus Motion of George L. Miller, Chapter 7 Trustee to the Estates of Akorn Holding Company, LLC, et al. to Approve Settlement Agreement with Adversary Defendants; Hearing scheduled for 6/12/2026 at 10:00 AM; Objections due by 5/27/2026. | BKA416 | 0.10 | 113.00 |
| 05/13/26 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to confirm to Al Ciardi that we will adjourn the pretrials to June 12, 2026 pending approval of 9019 Motion. | BKA416 | 0.10 | 113.00 |
| 05/15/26 | JTC | Telephone conference with B. Homony re: Akorn distribution; timing of filing; ability to modify; Akorn AG | BKA416 | 0.30 | 339.00 |
| 05/18/26 | JTC | Review email from TTE Miller re: interim distribution; request advise if still on target for the June Hearing date for TTE to mail a 30% distribution to Allowed GUC Claims and 100% to all Allowed Priority Claims; advise all Priority Claims have been resolved; request confirm; inquire if the Insider Priority Claim Settlements been Approved | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/18/26 | JTC | Review email from Bill Homony (TTE's accountant) re: interim distribution; confirm on target to make a further interim distribution to GUCs, should be at least 30%; all allowed priority claims have been paid 100%, a few need to be resolved/objected to; advise insider settlement is pending approval for the same hearing; will include them in the distribution; advise do not anticipate any objection; will still have to prosecute a few claim objections after June hearing, | BKA416 | 0.10 | 113.00 |
| 05/18/26 | JTC | Review email from TTE Miller re: interim distribution; advise the insider claims need to be paid; they have been settled. | BKA416 | 0.10 | 113.00 |
| 05/18/26 | JTC | Review email from Bill Homony (TTE's accountant) re: interim distribution; advise the settlement is pending approval; payment mechanism is included in the settlement agreement but will also include in distribution motion; advise hearing is the same date for both June 12. | BKA416 | 0.10 | 113.00 |
| 05/18/26 | JTC | Telephone conference with Trustee Miller re: return call on distribution motion inquiry; timing | BKA416 | 0.10 | 113.00 |
| 05/22/26 | JLD | Prepare initial draft Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.80 | 328.00 |
| 05/22/26 | JLD | Prepare final revisions to draft Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 41.00 |
| 05/22/26 | JLD | Revise and finalize Exhibit A proposed distribution scheduled to be filed with Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 41.00 |
| 05/22/26 | JLD | Prepare and assemble document for filing; e-file Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/22/26 | JTC | Review and authorize filing revised final version of Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 339.00 |
| 05/22/26 | JTC | Draft revisions to Trustee Motion for Fourth GUC Distribution re: clarify nature of total distribution; eliminate provisions from Third Distribution Motion | BKA416 | 0.80 | 904.00 |
| 05/22/26 | JTC | Review email from Jill Deeney of Cozen re: Interim GUC Distribution exhibit; confirm advised Bill Homony and Jack Reynolds (TTE's accountant) that are up to the 4th interim to enable JTC revisions | BKA416 | 0.10 | 113.00 |
| 05/22/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Interim GUC Distribution Exhibit; request remove Aramark (Claim 365) from the exhibit; that claim was objected to in the second omnibus and hasn't yet been resolved | BKA416 | 0.10 | 113.00 |
| 05/22/26 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of as-filed copy of the Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee’s Fourth Distribution to Holders of General Unsecured Claims [D.I. 1595]. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/26/26 | JTC | Review email from Shannon Kalb re: receipt of Motion Of George L. Miller, Chapter 7 Trustee For An Order Authorizing Trustee’s Fourth Distribution To Holders Of General Unsecured Claims; advise there are multiple claims held by CRG Financial LLC that were either listed on “Exhibit A- Proposed Fourth Interim Distribution To Holders of Allowed General Unsecured Claims” therein under the name and address of the original creditor or not listed whatsoever; request confirm that the Motion will be revised to (i) list CRG’s name and address for the aforementioned Microbiologics and Egeen claims such that distributions will be directed to CRG, and (ii) adjust Exhibit A to include the 50% distributions for the three 502(h) claims held by CRG | BKA416 | 0.20 | 226.00 |
| 05/28/26 | JLD | Prepare draft Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 123.00 |
| 05/28/26 | JLD | Prepare and assemble document for filing; e-file Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 41.00 |
| 05/28/26 | JTC | Review and authorize filing of Certificate of Service Regarding Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/29/26 | JTC | Review email from Mark Desgrosseilliers re: follow up to S. Kalb's email of 5/26 concerning receipt of Motion Of George L. Miller, Chapter 7 Trustee For An Order Authorizing Trustee’s Fourth Distribution To Holders Of General Unsecured Claims; advise in addition to the items that were specified, CRG realized that another claim that they hold (Empire Freight Logistics claim no. 5.1 in the amount of $443,068.60 against AIC) was included under the name and address of the original creditor; CRG has now transferred this claim on the AIC docket under docket no. 87; advise in light of the quickly approaching response deadline, wants to ensure that that the Motion will be revised to (i) list CRG’s name and address for the Microbiologics, Egeen, & Empire Freight Logistics claims such that distributions will be directed to CRG, and (ii) Exhibit A will be adjusted to include the 50% distributions for the three 502(h) claims held by CRG that were referenced; request advise if have a time that can discuss in the beginning of next week so do not run into the response deadline | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/26 | JTC | Review and respond to email from David Sklar, counsel to Package Development Co., Inc.; advise have reviewed the Trustee's Fourth Distribution to Holders of Unsecured Claims Motion; advise noticed with respect to his client a clerical error that would prefer to address informally if possible; advise on page 16 of the Claim Distribution Exhibit attached to the motion, it lists Package as having a general unsecured claim in the amount of $250,937.18; however, that is an outdated claim amount; advise Package's claim was amended on December 30, 2025 to assert a 502(h) claim that was specifically preserved in the settlement agreement resolving the Estate's preference litigation against his client that is attached to the amended claim; accordingly, Package's general unsecured claim amount is $310,937.18; requests that the motion be updated to reflect the amended claim amount; JTC advised will confirm with the Trustee and his accountants and circle back; it would appear that may need to modify the schedule to reflect the increased amount due to asserted 502(h) claim | BKA416 | 0.20 | 226.00 |
| 06/01/26 | JTC | Draft detailed email to Bill Homony (TTE's accountant) re: communication received from David Sklar, counsel to Package Development Co., Inc.; request advise if should amend the schedule to reflect the referenced increased claim for 502(h) | BKA416 | 0.20 | 226.00 |
| 06/01/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Package Development Co., Inc.; confirm should amend the schedule to reflect the referenced increased claim for 502(h) | BKA416 | 0.10 | 113.00 |
| 06/01/26 | JTC | Review email from David Sklar, counsel to Package Development Co., Inc. re: confirm receipt of JTC info that may need to modify the schedule to reflect the increased amount due to asserted 502(h) claim | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/01/26 | JTC | Draft email to Dave Sklar re: advise the Trustee’s accountants have confirmed that we will need to file an amended schedule to reflect the increased claim; will do so once submit the Order to the Court | BKA416 | 0.20 | 226.00 |
| 06/01/26 | JTC | Review email from David Sklar re: confirm receipt of JTC info that will file an amended schedule to reflect the increased claim; confirm issues are resolved | BKA416 | 0.10 | 113.00 |
| 06/02/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: request advise if in a position to agree on behalf of the Trustee to modify the schedule to the proposed order to change to the alleged proper holder of the claims as referenced in M. Degrosseilliers email | BKA416 | 0.20 | 226.00 |
| 06/02/26 | JTC | Review email from Mark Desgrosseilliers re: request advise availability for call; 6/5 response deadline | BKA416 | 0.10 | 113.00 |
| 06/03/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm can modify the schedule to the proposed order to change to the alleged proper holder of the claims as referenced in Mark Desgrosseilliers email of 6.2 and 5.29 | BKA416 | 0.10 | 113.00 |
| 06/04/26 | JTC | Draft email to Devin Bray and Sheila Schwager re: confirm that a further extension to file an objection/response beyond current deadline has been granted to his client; will confer and confirm a date certain | BKA416 | 0.20 | 226.00 |
| 06/04/26 | JTC | Review email from Sheila Schwager re: Vestis; request confirm to what date extension granted | BKA416 | 0.10 | 113.00 |
| 06/04/26 | JTC | Preliminary review of detailed email from Greg Plotko re: Argo Partners/Fourth Distribution to Holders of GUCs (Doc 1595); Information Objection; request advise if can work through these issues today/tomorrow (and therefore adjourn the motion for the claims or extend our time to object to the motion). | BKA416 | 0.10 | 113.00 |
| 06/05/26 | JTC | Review email from Greg Plotko re: Argo Partners/Fourth Distribution to Holders of GUCs; status of issues | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/05/26 | JTC | Review Response of Argo Partners II, LLC to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims Filed by Argo Partners II, LLC | BKA416 | 0.20 | 226.00 |
| 06/05/26 | JTC | Review Notice of Withdrawal of the Response of CRG Financial LLC to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 226.00 |
| 06/05/26 | JTC | Review Response of CRG Financial LLC to Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 226.00 |
| 06/08/26 | JTC | Draft email to Turner Falk re: Miller v. Veeva; provide an as-filed copy of the last Notice of Agenda for May 15, 2026 [D.I. 1590]; advise the Veeva matter was item #2 and we will indicate that it is being adjourned to 7/24 as requested; request advise regarding the disposition of the Scheduling Conferences identified in item #1 as having been adjourned to Friday, June 12th | BKA416 | 0.10 | 113.00 |
| 06/08/26 | JTC | Review email from Turner Falk of Saul Ewing re: Miller v. Veeva discovery letter hearing; advise a hearing on the discovery letter dispute in the Veeva adversary is scheduled for 6/10; advise by agreement with Veeva’s counsel, is adjourning it to the next chapter 7 date, which is July 24, 2026 at 10am; request reflect this adjournment and new date on the forthcoming agenda. | BKA416 | 0.10 | 113.00 |
| 06/09/26 | JTC | Review and respond to email from Evan Miller re: Miller v. Veeva; Agenda due on 6/10; advise each of the schedule 1 matters are being handled by the Ciardi team | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/26 | JTC | Draft email to Al Ciardi with attachment re: Miller v. Veeva; Agenda due on 6/10; request advise regarding the disposition of the Scheduling Conferences identified in item #1 as having been adjourned to Friday, June 12th, so can properly reflect in Notice of Agenda due tomorrow before Noon | BKA416 | 0.10 | 113.00 |
| 06/09/26 | JTC | Review email from Al Ciardi with attachment re: Miller v. Veeva; Agenda due on 6/10; advise Items 1-5 and 7 are settled with a CNO to be filed on the 9019 so should be removed; 6 was given an extended answer date and should be moved | BKA416 | 0.10 | 113.00 |
| 06/09/26 | JTC | Review and respond to email from P. Giordano re: Agenda due tomorrow; provide information for Agenda | BKA416 | 0.20 | 226.00 |
| 06/09/26 | JTC | Draft email to Al Ciardi re: Agenda due tomorrow; request advise what is the extended answer date for item 6 and what date want scheduling hearing relisted for | BKA416 | 0.10 | 113.00 |
| 06/09/26 | JTC | Draft email to Bill Homony (TTE's accountant) with attachment re: Agenda due tomorrow; request confirm will provide with an Amended Exhibit (clean and redline) to be used in a revised proposed Order which is addresses the (attached) formal objections of Argo and CRG objections as well as the (attached) informal objection of Package Development Co. Inc by allowing the asserted claim amounts; advise the Agenda is due tomorrow before Noon for Friday's hearing and want to indicate that an Amended Order will be submitted with a modified Exhibit to address the increased claim amounts reflected in the objections of Argo, CRG and Package Development; advise not aware of any additional objections or necessary corrections; request advise if are aware of any additional items | BKA416 | 0.30 | 339.00 |
| 06/09/26 | JTC | Draft revisions to Notice of Agenda due 6/10 for 6/12 hrg. | BKA416 | 0.40 | 452.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/26 | JTC | Draft email to Al Ciardi re: Agenda due tomorrow; request also advise as to docket items 1588 and 1591 which are 9019 motions scheduled for tomorrow; request advise if in a position to file CNOs so can reflect same in the Notice of Agenda required to be filed by Noon tomorrow | BKA416 | 0.20 | 226.00 |
| 06/10/26 | JTC | Review and respond to email from P. Giordano of Cozen re: next available hearing date to be filled in Agenda for Al Ciardi matters | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Bill Homony (TTE's accountant) re: advise need to discuss Argo response; believe it misrepresents the ownership of those claims. | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm advised Scott Hermesch Trustee would prefer to issue one check on account of each allowed proof of claim upon entry of the Trustee's pending distribution motion; expect the Court will grant the Trustee's pending motion on or before this Friday; total recovery would represent 69.2% of such allowed claims; distributions will be remitted before month end and will be directed to S. Hermesch attention (F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc.) | BKA416 | 0.20 | 226.00 |
| 06/10/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm will provide the amended exhibits later today (TTE's Fourth Distribution) | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review and respond to email from Al Ciardi re: agenda due 6/10; advise status of filing CNOs before Agenda due | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Chambers re: confirm receipt of as-filed copy of the Notice of Agenda for June 12, 2026; advised the orders have been entered; instructs to file an amended agenda cancelling the June 12th hearing. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/26 | JTC | Review email from Scott Hermesch re: status of payments to F.A. Wilhelm Construction Co.; confirm receipt of JTC response | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review and respond to email from Scott Hermesch re: status of payments to F.A. Wilhelm Construction Co. | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review and respond to email from Al Ciardi re: agenda due 6/10; advise as to docket items 1588 and 1591; advise the extended answer date is 8/1 so the next available date after that; JTC request advise if will be filing a CNO before noon | BKA416 | 0.20 | 226.00 |
| 06/10/26 | JTC | Review now entered Order Approving Motion and Settlement Agreement By and Between the Chapter 7 Trustee and the Defendants | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review and respond to email from Simon Fraser of Cozen re: Pyramid Air; advise conversation with Bill Homony this afternoon on the Argo/Henderson matter; still have the escrowed funds sitting aside for Argo pending resolution of its alleged secured status; if JTC approves with (attached) draft email to TTE Miller, S. Fraser is happy to send it on to TTE Miller and Bill Homony (TTE's accountant) and ask for their approval of the proposed resolution. | BKA416 | 0.20 | 226.00 |
| 06/10/26 | JTC | Review email from P. Giordano re: confirm provided G. Plotko with as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on June 12, 2026 | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Kevin Chiu with attachment re: provide DHL label for Ethypharm S.A.S. (Claim No. 368.1 – Exhibit A, Pg. 8, Row 2) | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Telephone conference with Kevin Chiu re: anticipation of the fourth interim distribution; accommodating client's request to send the anticipated distribution via DHL; request email | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/26 | JTC | Review email from P. Giordano re: confirm provided Mark Desgrosseilliers with as-filed Notice of Agenda for 6/12 hrgs. | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Walter Gouldsbury of Ciardi re: confirm has now filed the CNO's for docket items 1588 and 1591 | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from P. Giordano of Cozen re: Ciardi CNO's not yet filed | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from Scott Hermesch re: confirm receipt of info from Bill Homony, TTE's accountant; advise will look for the payment late June/early July | BKA416 | 0.10 | 113.00 |
| 06/10/26 | JTC | Draft email to P. Giordano of Cozen re: instruct to check docket to see if Ciardi CNO's filed; needed for Agenda | BKA416 | 0.10 | 113.00 |
| 06/10/26 | SEF | Preparing email to J. Carroll re potential settlement with Argo of the asserted secured status of Henderson Constructors (Argo now holds that claim) | BKA416 | 0.20 | 185.00 |
| 06/10/26 | SEF | Phone call with W. Homony re response of Argo to Trustee's 4th GUC distribution motion | BKA416 | 0.20 | 185.00 |
| 06/11/26 | JTC | Preliminary review draft COC for revised Order on TTE's Fourth Distribution Motion | BKA416 | 0.20 | 226.00 |
| 06/11/26 | JTC | Preliminary review of pleadings to enable JTC preparation of modified Order: [D.I. 1595] TTE's Motion for Fourth Distribution; [D.I. 1600] Response to TTE's Motion on Fourth Distribution by CRG; [D.I. 1601] Response of Argo Partners to TTE's Fourth Distribution Mtn; and also Informal Response / Objection of Package Development to TTE's Fourth Distribution | BKA416 | 0.70 | 791.00 |
| 06/12/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: request advise if have the modified Exhibit A (clean and redline) for the revised proposed Order so can circulate to objecting parties | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/26 | JTC | Review email from Bill Homony (TTE's accountant) with attachments re: provide modified Exhibit A (clean and redline) for the revised proposed Order; compare to resolutions with objecting parties | BKA416 | 0.30 | 339.00 |
| 06/12/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: revival of 2024 settlement in principle with Argo re Henderson Constructors' claim | BKA416 | 0.30 | 339.00 |
| 06/12/26 | JTC | Review email from Bill Homony (TTE's accountant) re: revival of 2024 settlement in principle with Argo re Henderson Constructors' claim; advise JTC proposed resolution is fine; have consistently objected to independent subcontractor claims that we believe are, in part or in total, included in the Henderson claim; the treatment of the Pyramid claim is consistent with the Trustee's objection to the DiFazio and Hartcorn claims, which are the subject of Argo's response to the Trustee's pending distribution motion; payment will be directed to the claim holders, absent a formal claim transfer being filed on the docket to give the original claimant an opportunity to object; the stipulation should provide that the Trustee is authorized to pay the allowed secured claim in full and the allowed GUC claim up to 69.2%. | BKA416 | 0.30 | 339.00 |
| 06/12/26 | JTC | Draft email to Mark Desgrosseilliers with attachment re: SSI Services; provide further revised Schedule A which intend to attach to the proposed Order; advise the modified schedule removes the DiFazio and Hartcorn claims which were the subject of the Argo response and does not make additional changes as to his client; request confirm approve of the revised Schedule being attached to the proposed Order to be submitted to the court | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/26 | JTC | Draft email to Mark Desgrosseilliers with attachment re: proposed revised exhibit A reflecting changes pertaining to the claims held by CRG Financial; advise the Order itself will remain the same except for the revised Exhibit A being attached; request advise as to whether the revised exhibit A meets with client's approval; have also added the Trustee's accountant, William Homony, should there be any questions/issues | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance Development GMBH Distribution; advise this creditor is located in Germany; the company does not have any US bank accounts; it was exceedingly difficult for them to deposit the previous distribution, because it was a check drawn on a US bank and they advised that checks are very rarely used in Germany; accordingly, request that the trustee send future distributions via wire; provide the wire instructions; advise if the trustee incurs a charge for the wire, request deduct the amount of the fee from the distribution. | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Draft email to David Sklar with attachment re: Package Development Co.; provide further revised Schedule A which intend to attach to the proposed Order; advise the modified schedule removes the DiFazio and Hartcorn claims which were the subject of the Argo response and does not make additional changes as to his client; request confirm approve of the revised Schedule being attached to the proposed Order to be submitted to the court | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Telephone conference with B. Homony (TTE's accountant) re: resolution of Henderson claim; detailed review and JTC proposal | BKA416 | 0.40 | 452.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/26 | JTC | Draft email to Greg Plotko with attachment re: Argo Partners/Fourth Distribution to Holders of GUCs (Doc 1595); provide further revised Schedule A which intend to attach to the proposed Order; as discussed, the modified schedule simply removes the DiFazio and Hartcorn claims which were the subject of the Argo response; in addition, the Trustee is agreeable to proceed with the resolution which have been discussing, will prepare a Stipulation providing for (i) resolution of the Henderson Constructors claim by allowing it as a secured claim in the amount of $150K, and a GUC in the amount of $2.35 million inclusive of underlying assigned subcontractors claims deemed satisfied; and (ii) separately allowing the Pyramid Air Conditioning claim as a GUC in the amount of $26,480; also as discussed, request send the supporting documents reflecting the assignment of the underlying subcontractor claims on Henderson . Simon and you should proceed to finalize the stipulation memorializing the aforesaid resolution of the Henderson claim and we will submit 9019 to get approved; request confirm that approve of the (attached) revised Schedule removing the Difazio and Hartcorn being attached to the proposed Order to be submitted to the court | BKA416 | 0.40 | 452.00 |
| 06/12/26 | JTC | Draft email to David Sklar with attachment re: Package Development; provide proposed revised exhibit A reflecting changes pertaining to the claims held by Package Development; advise the Order itself will remain the same except for the revised Exhibit A being attached; request advise as to whether the revised exhibit A meets with client's approval; have also added the Trustee's accountant,William Homony, should there be any remaining questions/issues. | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Telephone conference with Simon Fraser of Cozen re: proposed resolution on Henderson; distribution between certain of Argo claims | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/12/26 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: TTE's Fourth Distribution Motion; provide further modified schedules to remove the DiFazio and Hartcorn claims identified in the Argo response. | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Review email from David Sklar re: Package Development Co.; confirm approves the revised schedule being attached to the proposed order submitted to the Court (TTE's Fourth Distribution) | BKA416 | 0.10 | 113.00 |
| 06/12/26 | JTC | Review email from Greg Plotko re: Argo Partners; Fourth Distribution to Holders of GUCs; advise agree with approach and will provide with the subcontractor acknowledgments next week | BKA416 | 0.10 | 113.00 |
| 06/12/26 | JTC | Review and respond to email from Schuyler Carroll re: Walgreens Boots Alliance Development GMBH Distribution; request prepare a Stipulation setting forth foreign bank account deposit issue and send together with a proposed Order | BKA416 | 0.20 | 226.00 |
| 06/12/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance Development GMBH Distribution; confirm receipt of JTC response; will prepare Stipulation setting forth foreign bank account deposit issue and send together with a proposed Order | BKA416 | 0.10 | 113.00 |
| 06/12/26 | JTC | Telephone conference with B. Homony (TTE's accountant) (2nd) re: instruct to delete DiFazio and Hartcorn claims | BKA416 | 0.10 | 113.00 |
| 06/12/26 | JTC | Review email from Mark Desgrosseilliers re: TTE's Fourth Distribution; confirm the order and attachment are acceptable to CRG | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/15/26 | JTC | Review draft email and authorize P. Giordano to proceed with service on applicable service parties re: as filed copy of Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.10 | 113.00 |
| 06/15/26 | JTC | Revise draft Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.30 | 339.00 |
| 06/15/26 | JTC | Review and authorize filing final revised version of Certification of Counsel Regarding Submission of Revised Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 226.00 |
| 06/16/26 | JTC | Telephone conference with S. Fraser re: resolution of Plotko / Henderson claims by JTC | BKA416 | 0.20 | 226.00 |
| 06/16/26 | JTC | Telephone conference with L. Cromley of TTE Miller's office (vm) re: distribution inquiry | BKA416 | 0.10 | 113.00 |
| 06/16/26 | JTC | Review now entered Order Granting Motion of George L. Miller, Chapter 7 Trustee for an Order Authorizing Trustee's Fourth Distribution to Holders of General Unsecured Claims | BKA416 | 0.20 | 226.00 |
| 06/16/26 | JTC | Review email from Chambers re: confirm receipt of info that eOrder has been uploaded; advise Order will be entered shortly | BKA416 | 0.10 | 113.00 |
| 06/16/26 | JTC | Review email from Chambers re: confirm receipt of CoC; request upload the eOrder making sure the exhibit is a separate attachment | BKA416 | 0.10 | 113.00 |
| 06/16/26 | JTC | Review email from P. Giordano re: confirm advised Chambers the eOrder has been uploaded (TTE's Fourth Distribution Motion) | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/17/26 | JTC | Preliminary review of email from Schuyler Carroll with attachment re: Walgreens Boots Alliance Development GMBH Distribution; provide draft Stipulation and Order | BKA416 | 0.20 | 226.00 |
| 06/17/26 | JTC | Review and respond to email from Simon Fraser re: Argo Partners/Fourth Distribution to Holders of GUCs; confirm will work with Greg Plotko to finalize settlement reached by JTC on Henderson related matters | BKA416 | 0.20 | 226.00 |
| 06/17/26 | JTC | Review and respond to email from Gaston Loomis re: Philadelphia Claims Objection; upcoming deadline; request advise if have managed to obtain any releases from the state licensing agencies as it relates to the Pharma bonds or at least confirmation that they have not received any claims | BKA416 | 0.20 | 226.00 |
| 06/17/26 | SEF | Reviewing order entered by court granting Trustee's 4th GUC distribution motion | BKA416 | 0.10 | 92.50 |
| 06/18/26 | JTC | Review [D.I. 1614] [D.I. 1615], [D.I. 1616], [D.I. 1617], [D.I. 1618] [D.I. 1619], [D.I. 1620], [D.I. 1621], [D.I. 1622], [D.I. 1623], [D.I. 1624], [D.I. 1625] Motions to File Amended Proof of Claim Nos. 59, 13, 227, 363, 77, 1, 68, 362, 7, 172, 205, 52 filed by Hain Capital Group, LLC | BKA416 | 0.40 | 452.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/26 | JTC | Draft email to Marla Benedek re: claim assignments; request review the rules and case law related to transfer of claims as well as TTE's motion and approval order on the 4th interim distribution to see if they contain cover to enable the Trustee to pay the assignee so we can make a recommendation to the Trustee; attach a recent filing by a claim trader Hain (one of a series filed by Hain) which appears to be an amended claim regarding one of the assigned claims; advise amendment may provide Trustee with desired cover to enable to make distribution to assignee depending on content of amendment; if our motion and order do not already contain appropriate language, request draft a modified distribution motion and Order which references ability to distribute to Order Exhibit A claimants or their assignees who have filed notice of transfer of claim with no objection pending. | BKA416 | 0.30 | 339.00 |
| 06/22/26 | JTC | Review email from Marla Benedek re: claim assignments; confirm will look into rules and case law related to transfer of claims as well as TTE's motion and approval order on the 4th interim distribution to see if they contain cover to enable the Trustee to pay the assignee so we can make a recommendation to the Trustee | BKA416 | 0.10 | 113.00 |
| 06/22/26 | JTC | Telephone conference with D. Doyle of Cozen re: discussions with claims trader, Hain | BKA416 | 0.10 | 113.00 |
| 06/22/26 | JTC | Draft email to Marla Benedek of Cozen re: voicemail received from Jonah Eber of Hain Capital; coordination of call to discuss | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/26 | MSB | Reviewing and responding to email from J. Carroll regarding order approving fourth distribution and issues with transferred claims (.1) reviewing correspondence with Hain Capital forwarded by D. Doyle and message from D. Doyle regarding same, in connection with issues related to fourth distribution to be made, and responding to D. Doyle (.1) | BKA416 | 0.20 | 144.00 |
| 06/23/26 | JTC | Review email from Fred Glass with attachment re: status of distribution for 503(b)(9) claim (Fair Harbor Capital, LLC) | BKA416 | 0.20 | 226.00 |
| 06/23/26 | JTC | Review Notice of Withdrawal of Motions to File Amended Proofs of Claim [Docket Nos. 1614-1625] (related document(s)[1614], [1615], [1616], [1617], [1618], [1619], [1620], [1621], [1622], [1623], [1624], [1625]) Filed by Hain Capital Group, LLC | BKA416 | 0.20 | 226.00 |
| 06/23/26 | MSB | Call with D. Doyle regarding order approving fourth distribution and issues with transferred claims | BKA416 | 0.20 | 144.00 |
| 06/25/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance Development GMBH Distribution; confirm receipt of JTC instructions that the proposed Stipulation and Order to facilitate distribution to Walgreen's Boots Alliance via wire are fine with the Trustee | BKA416 | 0.20 | 226.00 |
| 06/25/26 | JTC | Draft email to Schuyler Carroll with attachment re: Walgreens Boots Alliance Development GMBH Distribution; confirm the proposed Stipulation and Order to facilitate distribution to Walgreen's Boots Alliance via wire are fine with the Trustee; advise should set forth JTC DE Bar No. 4060 in signature block, affix signature as" /s/ John T. Carroll III" and then have local counsel, Matt Austria, file under Certification of Counsel | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/25/26 | JTC | Review email from TTE Miller re: Walgreens Boots Alliance Development GMBH Distribution; confirm TTE will agree to get an order to facilitate distribution to Walgreen's Boots Alliance via wire | BKA416 | 0.10 | 113.00 |
| 06/25/26 | JTC | Draft email to TTE Miller with attachment re: Walgreens Boots Alliance Development GMBH Distribution; request TTE Miller advise if are okay with the (attached) Stipulation to get an order to facilitate distribution to Walgreen's Boots Alliance via wire; if will recall, this is one that had significant difficulty in past with depositing check in Germany; request advise and will submit via COC | BKA416 | 0.20 | 226.00 |
| 06/25/26 | JTC | Review Notice of Appearance filed by GP Pharm, S.A. (Donna Culver) | BKA416 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review and respond to email from TTE Miller re: confirm receipt of DHL Label for Fourth Interim Distribution - Ethypharm S.A.S.; advise is trying to handle before EOM | BKA416 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review email from Kevin Chiu with attachment re: DHL Label for Fourth Interim Distribution - Ethypharm; request advise status of fourth interim distribution and see if the check for Ethypharm S.A.S. has been sent out; request ETA on when the distribution checks will be sent out; reattach the DHL label | BKA416 | 0.10 | 113.00 |
| 06/29/26 | JTC | Draft email to TTE Miller re: Walgreens Boots Alliance Development GMBH Distribution; advise once the Order is entered approving the Stipulation to Make Distributions Via Wire to Walgreens Boots Alliance Development GMBH, provide the wire instructions for TTE to use in making the distribution to be used | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/26 | JTC | Review email from Matthew Austria with attachments re: Walgreens Boots Alliance Development GMBH Distribution; provide draft Certification of Counsel along with an updated Stipulation and proposed Order; advise has revised your signature block on the Stipulation as requested; advise the proposed Order will be attached as Exhibit A to the Certification of Counsel and the Stipulation is attached as Exhibit 1 to the proposed Order; the title of the proposed Order has been updated to reflect the relief; also provide redline reflecting all changes; request advise if have JTC authorization to file the CNO with /s/ signature affixed to the Stipulation. | BKA416 | 0.20 | 226.00 |
| 06/29/26 | JTC | Review Certification of Counsel Regarding Order Approving Stipulation Permitting Distributions to be Made Via Wire Transfer Filed by Walgreens Boots Alliance Development GmbH | BKA416 | 0.10 | 113.00 |
| 06/29/26 | JTC | Draft email to Matt Austria re: Walgreens Boots Alliance Development GMBH Distribution; JTC authorize to proceed to affix JTC signature as "/s/ John T. Carroll III" to the (attached) revised Stipulation to Make Distributions via Wire and to file same with the Proposed Order under the (attached) Certification of Counsel; also, request resend the wire instructions to be used by the Trustee for the distribution to Walgreens Boots Alliance Development GMBH | BKA416 | 0.20 | 226.00 |
| 06/29/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance Development GMBH Distribution; provide wire instructions | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/26 | JTC | Draft email to TTE Miller with attachment re: DHL Label for Fourth Interim Distribution - Ethypharm S.A.S; provide with DHL label for TTE's use in making 4th distribution to Ethypharm S.A.S; advise if will recall this is one on which we initially encountered delivery difficulties on one of prior distributions and accordingly previously sent using DHL label provided by claimant; request advise when distribution is anticipated to be issued | BKA416 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review email from TTE Miller re: Walgreens Boots Alliance Development GMBH Distribution; confirm receipt of wire instructions | BKA416 | 0.10 | 113.00 |
| 06/30/26 | JTC | Review now entered Order Approving Stipulation Permitting Distributions to be Made Via Wire Transfer | BKA416 | 0.20 | 226.00 |
| 06/30/26 | JTC | Review email from Matt Austria with attachment re: Order re Walgreens Boots Alliance Development GMBH Distribution; provide copy of entered Order Approving Stipulation Permitting Distributions to be Made Via Wire Transfers [D.I. 1630] entered by the Court today; again provide the Wire Instructions sent by Schuyler yesterday | BKA416 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review Notice of Settlement Chapter 7 Trustee's Thirteenth Notice of Settlement of Avoidance Claims With Gross Transfers Equal to or Less Than $500,000.00 Pursuant to the Settlement Procedures Order | BKA416 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review and respond to email from Shaina Carney of Cozen with attachments re: Akorn AG; draft COS for 9019 Motion for review and approval | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/26 | MSB | Reviewing/analyzing order approving motion for authorization to make fourth interim distribution to holders of general unsecured claims, and reviewing/analyzing claims registers for all debtors in connection therewith (.6) reviewing/analyzing filings and correspondence related to transferred claims (.2) legal research related to claims transfers, related procedures, and trustee's obligations regarding same (1.1) | BKA416 | 1.90 | 1,368.00 |
| 07/03/26 | MSB | Drafting analysis of claims register and fourth distribution order and related issues and transmitting to J. Carroll and D. Doyle with related documents | BKA416 | 0.30 | 216.00 |
| 07/06/26 | DD | Call with former employee regarding interim distributions to him. | BKA416 | 0.10 | 78.50 |
| 07/07/26 | JTC | Review email from Fernando Menendez, counsel to Leadiant Biosciences, Inc. re: inquiry on Fourth Distribution to General Unsecured Creditors; request advise as to status and/or advise who may be able to confirm if the payment has been sent (and/or when it is anticipated to go out) | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Draft email to TTE Miller re: inquiry received from Fernando Menendez, counsel to Leadiant Biosciences, Inc. on status of distribution; request advise to enable response to Mr. Menendez | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review and respond to email from TTE Miller re: Query re Fourth Distribution to General Unsecured Creditors of Fernando Menendez, counsel to Leadiant Biosciences, Inc.; advise reconciliation is quite time consuming; expects to mail the checks once the reconciliation is completed | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review email from Simon Fraser of Cozen re: Query re Fourth Distribution to General Unsecured Creditors; confirm requested Fernando Menendez confirm correct mailing address for Leadiant | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review email from Fernando Menendez re: Query re Fourth Distribution to General Unsecured Creditors; confirm correct mailing address for Leadiant | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/07/26 | JTC | Review email from Simon Fraser of Cozen re: queries received on Fourth Distribution to General Unsecured Creditors; confirm passed along to TTE's accountants, Bill Homony and John Reynolds | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review email from Bill Homony (TTE's accountant) re: queries received on Fourth Distribution to General Unsecured Creditors; confirm checks are being mailed out this week | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Draft email to Simon Fraser of Cozen re: queries received on Fourth Distribution to General Unsecured Creditors; update provided from TTE Miller | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review and respond to email from Simon Fraser of Cozen re: queries received on Fourth Distribution to General Unsecured Creditors; confirm receipt of JTC info on update provided from TTE Miller | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review email from Eric von Helms, counsel to Abbott Laboratories Inc. re: Fourth Distribution to General Unsecured Creditors; status of distribution | BKA416 | 0.10 | 113.00 |
| 07/07/26 | JTC | Review email from Simon Fraser of Cozen re: query on Fourth Distribution to General Unsecured Creditors; confirm will advise Eric R. von Helms, counsel to Abbott Laboratories status of distribution | BKA416 | 0.10 | 113.00 |
| 07/07/26 | SEF | Reviewing and responding to email from counsel for Leadiant Biosciences re status of its distribution pursuant to order granting Trustee's 4th GUC distribution motion | BKA416 | 0.20 | 185.00 |
| 07/07/26 | SEF | Reviewing and responding to email from counsel for Abbott Laboratories re status of its interim distribution (.1); preparing email to W. Homony re same, and re status of Leadiant Biosciences' distribution (.1) | BKA416 | 0.20 | 185.00 |
| 07/08/26 | DD | Call with Hain Capital regarding status of payment of claims. | BKA416 | 0.10 | 78.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/08/26 | JTC | Review email from Simon Fraser of Cozen re: query on Fourth Distribution to General Unsecured Creditors; confirm advised Fernando Menendez that TTE's office is working on the distributions now and is endeavoring to get them issued in the next couple of weeks. | BKA416 | 0.10 | 113.00 |
| 07/08/26 | JTC | Review email from Fernando Menendez, counsel to Leadiant Biosciences, Inc.; confirm receipt of info on status of distribution on Fourth Distribution to General Unsecured Creditors | BKA416 | 0.10 | 113.00 |
| 07/08/26 | JTC | Review email from Fernando Menendez, counsel to Leadiant re: Fourth Distribution to General Unsecured Creditors; request advise given the amount of Leadiant's expected distribution, if it is possible to request that payment be sent via FedEx or some other overnight courier (with related tracking); advise Leadiant would be willing to cover all related costs | BKA416 | 0.10 | 113.00 |
| 07/08/26 | JTC | Review email from TTE Miller re: fourth distribution; advise checks are in the possession of the USPS | BKA416 | 0.10 | 113.00 |
| 07/08/26 | SEF | Preparing email to counsel for Abbott Laboratories re timing of distributions pursuant to order granting Trustee's 4th GUC distribution motion | BKA416 | 0.10 | 92.50 |
| 07/08/26 | SEF | Preparing email to counsel for represents Leadiant Biosciences re timing of distributions pursuant to order granting Trustee's 4th GUC distribution motion | BKA416 | 0.10 | 92.50 |
| 07/13/26 | JTC | Review now entered Order Approving Settlements of Avoidance Claims Listed on Chapter 7 Trustee's Thirteenth Notice of Settlement Pursuant to Settlement Procedures Order | BKA416 | 0.10 | 113.00 |
| 07/13/26 | JTC | Review email from Fred Glass with attachment re: status of distribution for 503(b)(9) claim (Fair Harbor Capital, LLC) | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from Fred Glass with attachment on status of distribution for 503(b)(9) claim (Fair Harbor Capital, LLC); request advise TTE's position on distribution | BKA416 | 0.10 | 113.00 |
| 07/14/26 | JTC | Review email from Howard Cohen re: Douglas Pharmaceuticals - Fourth Distribution; advise with respect to the fourth distribution, his client has not yet received its distribution and asked to follow up to see where things stand; they are located in New Zealand, so not sure how the distribution was made/sent; request JTC look into the status and advise | BKA416 | 0.10 | 113.00 |
| 07/14/26 | JTC | Review Motion to Approve Compromise under Rule 9019 Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc.; Hearing scheduled for 8/14/2026 at 10:00 AM; Objections due by 7/28/2026. | BKA416 | 0.20 | 226.00 |
| 07/14/26 | JTC | Review email from Sean Kenny re: provide service copy of Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc. | BKA416 | 0.10 | 113.00 |
| 07/14/26 | JTC | Draft email to P. Giordano re: Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving the Settlement Between the Trustee and Veeva Systems, Inc.; instruct to track objection period and hearing date so can include in Agenda | BKA416 | 0.10 | 113.00 |
| 07/15/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance; status of when wire will be sent | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm advised Scott Hermesch (F.A. Wilhelm) that there will be a further distribution however timing and amount are unknown at this time; advised the case is still being administered but likely to close in 2027 | BKA416 | 0.10 | 113.00 |
| 07/16/26 | JTC | Review email from Scott Hermesch re: confirm the payments for Wilhelm and Poynter were received today; request advise if can speak to the possibility of any additional future distributions; advise asks fully aware that the letter did state the checks were "final distribution(s)" | BKA416 | 0.10 | 113.00 |
| 07/16/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm advised Schuyler Carroll that the wire should be initiated in the next few days | BKA416 | 0.10 | 113.00 |
| 07/16/26 | JTC | Review email from Schuyler Carroll re: Walgreens Boots Alliance Development; confirm receipt of info on wire | BKA416 | 0.10 | 113.00 |
| 07/17/26 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: advise distribution Fair Harbor on assigned claim of Source One will be included in the Trustee's next interim distribution motion which anticipate will be filed in the fall. | BKA416 | 0.10 | 113.00 |
| 07/21/26 | JTC | Review email from TTE Miller's office re: Douglas Pharmaceuticals - Fourth Distribution; advise the check was issued and mailed on 07/06/2026; Attn: Lisa Craigie, 2 Te Pai Place Henderson, Auckland 0610, New Zealand; advise did not have any special instructions, so was sent regular mail. | BKA416 | 0.10 | 113.00 |
| 07/21/26 | JTC | Draft email to TTE Miller's office re: Douglas Pharmaceuticals - Fourth Distribution; status of distribution | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/21/26 | JTC | Review and respond to email from Howard Cohen re: Douglas Pharmaceuticals - Fourth Distribution; status of distribution; JTC confirm am informed by the Trustee's office that the distribution check was issued and mailed to Douglas Pharmaceuticals via regular first class mail on 07/06/2026 as follows: Attn: Lisa Craigie, 2 Te Pai Place Henderson, Auckland 0610, New Zealand | BKA416 | 0.20 | 226.00 |
| 07/21/26 | JTC | Review email from Turner Falk re: agenda for 7/24 hrg.; advise hearing on the Akorn v. Veeva matter regarding discovery disputes is scheduled for Friday, July 24; now settled with Veeva, and that settlement motion is pending; may mark the discovery dispute resolved on next hearing agenda | BKA416 | 0.10 | 113.00 |
| 07/23/26 | JTC | Review email from Howard Cohen with attachments re: Douglas Pharmaceuticals - fourth distribution; advise was reminded by client, who has no US presence that when settled the claim, the initial distribution had to be made by International Money Transfer since client's bank does not accept US drawn checks; attach the USD bank details for Douglas Pharmaceuticals Limited (DPL) for the distribution; note DPL and Douglas Pharmaceuticals America Limited (DPAL) share the same common ownership and are in the same consolidated tax group. DPL is authorized to provide banking/treasury services on behalf of all companies in the group; additionally, DPAL is not a US incorporated company therefore cannot provide a W9; advise typically provide a W-8BEN-E in these circumstances; also attach current W-8BEN-E for DPAL; request cancel the check and go through the same procedure that was used to make the initial distribution; advise this same procedure will have to be used for all subsequent distributions. | BKA416 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/26 | JTC | Draft email to Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; advise the Trustee is not permitted to make wire transfers absent a court order and/or OUST approval; inquire if when we settled the claim, if obtained authority to do a wire | BKA416 | 0.10 | 113.00 |
| 07/23/26 | JTC | Draft email to Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; inquire if have a court order authorizing the Trustee to make a payment to client in this manner | BKA416 | 0.10 | 113.00 |
| 07/23/26 | JTC | Review email from Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; is not aware of a court order or why would need one; advise client does not operate in the US and cannot cash a US check; it also has not received the check in the mail referenced in the latest distribution; when settled the claim, the trustee made payment in the manner described since there is no other way to make distribution to his client; would think could follow the same procedure here | BKA416 | 0.10 | 113.00 |
| 07/23/26 | JTC | Review email from Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; advise not aware that anyone obtained authority for distribution via wire | BKA416 | 0.10 | 113.00 |
| 07/26/26 | JTC | Review email from Kevin Chiu re: Fourth Interim Distribution - Ethypharm; status of distribution | BKA416 | 0.10 | 113.00 |
| 07/27/26 | JTC | Draft email to Howard Cohen re: Douglas Pharmaceuticals / Fourth Distribution; advise the Trustee suggests a motion/stipulation to obtain order permitting TTE to disburse to H. Cohen's firm and can then pay the client; request advise if that works | BKA416 | 0.10 | 113.00 |
| 07/27/26 | JTC | Review and respond to email from TTE Miller re: inquiry of Howard Cohen re: Douglas Pharmaceuticals; fourth distribution; TTE advise to file Motion to pay Howard Cohen and he can in turn pay client | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/27/26 | JTC | Review and respond to email from TTE Miller re: inquiry of Howard Cohen re: Douglas Pharmaceuticals; fourth distribution; TTE inquire if they have US counsel; JTC confirm is Howard Cohen | BKA416 | 0.10 | 113.00 |
| 07/27/26 | JTC | Draft detailed email to TTE Miller with attachments re: inquiry of Howard Cohen re: Douglas Pharmaceuticals; fourth distribution; request advise how want to handle distribution to Douglas Pharmaceuticals; the safest course is to have them prepare a Stipulation which gets approved by court order and sanctions the distribution process they seek to have TTE use; advise have some heightened concern because seeking to have TTE make distribution by International Money Transfer to Douglas Pharmaceuticals Limited (not Douglas Pharmaceuticals America Limited) and the (attached) Account Confirmation form contains the provided release provision | BKA416 | 0.30 | 339.00 |
| 07/27/26 | JTC | Review and respond to email from Howard Cohen re: Douglas Pharmaceuticals; fourth distribution; how to correct/proceed | BKA416 | 0.10 | 113.00 |
| 07/30/26 | JTC | Review now entered Order Approving the Settlement Between the Trustee and Veeva Systems, Inc. | BKA416 | 0.10 | 113.00 |
| 08/11/26 | JTC | Review email from TTE Miller's office re: Douglas Pharmaceuticals / fourth distribution; advise the check to Douglas Pharmaceuticals was received back in the mail | BKA416 | 0.10 | 113.00 |
| 08/17/26 | JTC | Review and respond to email from Howard Cohen re: Douglas Pharmaceuticals - Fourth Distribution; advise his firm cannot act as a middleman; his client still awaiting check; advise the check for Douglas Pharmaceuticals has now been returned to Trustee Miller; has asked the Trustee how he wants to handle | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/17/26 | JTC | Draft email to TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; provide communication received from Howard Cohen; request TTE advise how want to handle given that Fox Rothschild has declined to act as a middleman; understand from Trustee's staff that the check which was issued to Douglas Pharmaceuticals and has been returned to TTE Miller | BKA416 | 0.10 | 113.00 |
| 08/18/26 | JTC | Review email from TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; advise Proof of Claim is in the name of Douglas Pharmaceuticals America LTD, as is the Tax Form W-8, the Creditor provided; the ANZ letter is Douglas Pharmaceuticals LTD, a different Company; advise since Fox Rothschild will not act as a middleman, TTE will escheat the funds to the Register of the Bankruptcy Court as Unclaimed Funds; Douglas Pharmaceuticals America LTD can deal with retrieving the funds from Register which is the appropriate treatment; advise hopes to have a Fifth Distribution by the EOY and a Final Distribution in 2027 | BKA416 | 0.20 | 226.00 |
| 08/18/26 | JTC | Draft email to TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; confirm receipt of TTE Miller info; request TTE advise if there is any reason cannot just reissue check to Douglas Pharmaceuticals America LTD (which matches claim and tax form) and just send it to Howard Cohen | BKA416 | 0.10 | 113.00 |
| 08/18/26 | JTC | Review and respond to email from TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; confirm has no problem reissuing check and sending check to Howard Cohen; address will be same as the W-9; JTC confirm will advise H. Cohen | BKA416 | 0.10 | 113.00 |
| 08/18/26 | JTC | Review email from Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; advise will likely have to use the same procedure for all future distributions. | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/18/26 | JTC | Draft email to Howard Cohen re: Douglas Pharmaceuticals - fourth distribution; JTC advise the Trustee is going to reissue a check payable to Douglas Pharmaceuticals America LTD (which is name matching name in Proof of Claim and W-8 tax form) and send the check to H. Cohen as their counsel; advise can then coordinate with client as to how they need to negotiate same. | BKA416 | 0.20 | 226.00 |
| 08/21/26 | JTC | Review and respond to email from Howard Cohen re: Douglas Pharmaceuticals - Fourth Distribution; request advise when the check has been sent to his attention; JTC request confirm address to which the check for Douglas Pharmaceuticals America LTD is to be sent | BKA416 | 0.20 | 226.00 |
| 08/21/26 | JTC | Review email from Howard Cohen re: Douglas Pharmaceuticals - Fourth Distribution; provide address for check to be sent | BKA416 | 0.10 | 113.00 |
| 08/21/26 | JTC | Draft email to TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; request advise when the replacement check payable to Douglas Pharmaceuticals America LTD is sent out to their counsel, Howard Cohen, at the provided address | BKA416 | 0.10 | 113.00 |
| 08/21/26 | JTC | Review email from TTE Miller re: Douglas Pharmaceuticals - Fourth Distribution; confirm check will be sent on Monday | BKA416 | 0.10 | 113.00 |
| 08/24/26 | JTC | Review email from Sean Kenny with attachment re: service copy of Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement between the Trustee and Golden State Medical Supply, Inc. [D.I. 1650, Adv D.I. 13; Filed 8/24/2026] | BKA416 | 0.10 | 113.00 |
| 08/25/26 | JTC | Review email from TTE Miller's office re: Douglas Pharmaceuticals - fourth distribution; advise The check was mailed to Howard Cohen at the address provided on Monday, August 24th | BKA416 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/10/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: request advise status of Tony Carlucci distribution | BKA416 | 0.10 | 113.00 |
| 09/14/26 | JTC | Review and respond to email from L. Cromley of TTE Miller's office re: Douglas Pharmaceuticals - fourth distribution; confirm the check to Douglas Pharmaceuticals has cleared the Trustee’s bank account. | BKA416 | 0.10 | 113.00 |
| | | **Total Miscellaneous Motions And Related Pleadings** | | **66.90** | **65,954.00** |
| 12/19/25 | JTC | Telephone conference with Braden Copeland, counsel to Woodstock Sterile Solutions, Inc., counterparty to an executory contract assumed in the Akorn case and assigned to Epic Pharma, LLC; inquiry and info needed by client | BKA417 | 0.20 | 205.00 |
| 12/19/25 | JTC | Review email from Braden Copeland, counsel to Woodstock Sterile Solutions, Inc., counterparty to an executory contract assumed in the Akorn case and assigned to Epic Pharma, LLC re: Woodstock and whether payment indicated in Report of Sale was ultimately made to Trustee; advise is trying to confirm whether the Trustee ultimately received the payment of $2,086,240.77 that is indicated in par.4 of the (attached) Report of Sale (made on or about July 7, 2023); if so, then will probably need a little more help so can get a cure payment question answered | BKA417 | 0.30 | 307.50 |
| 01/05/26 | JTC | Review email from Braden Copeland, counsel to Woodstock Sterile Solutions, Inc. re: information required on payment of cure in connection with Epic sale | BKA417 | 0.20 | 226.00 |
| 01/14/26 | JTC | Review and respond to email from Braden Copeland, counsel to Woodstock Sterile Solutions, Inc.; re: JTC advise are having the Trustee’s accountants review and will circle back as soon as have their response. | BKA417 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/14/26 | JTC | Draft email to Jill Deeney of Cozen re: communications with Braden Copeland, counsel to Woodstock Sterile Solutions, Inc.; advise need to ascertain whether the Trustee received and paid out the curer payment of $ $394,240.77 set forth in the Report of Sale | BKA417 | 0.20 | 226.00 |
| 01/14/26 | JTC | Review email from Braden Copeland, counsel to Woodstock Sterile Solutions, Inc.; confirm receipt of JTC info; will pass along info | BKA417 | 0.10 | 113.00 |
| 01/21/26 | JLD | Perform in depth file research regarding cure payments in connection with multiple sales to determine sale which resulted in cure payment made to Woodstock Sterile Solutions, Inc.; review and assemble all documents confirming cure payment was associated with sale to Epic Pharma LLC and cure payment issued by the Trustee to Woodstock Sterile Solutions, Inc. in 2023 | BKA417 | 0.40 | 164.00 |
| 01/21/26 | JTC | Review email from Turner Falk re: GP Pharma assignment; advise one of their foreign preference defendants, GP Pharma, alleges that the relevant contracts were assumed and assigned during the chapter 7 case, allegedly to Teva; advise has seen a cure schedule listing GP Pharma's contracts; request advise if have additional documents showing that the assumption and/or assignment actually occurred | BKA417 | 0.20 | 226.00 |
| 01/21/26 | JTC | Draft email to Tina Falk re: GP Pharma assignment; advise will review our transactional sale files and circle back | BKA417 | 0.10 | 113.00 |
| 01/21/26 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Turner Falk on GP Pharma assignment; advise need to see what contracts with GP Pharma were assumed and assigned – presumably to Teva | BKA417 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/26 | JLD | Draft e-mail to Louann Cromley assistant to Trustee Miller requesting confirmation if the cure payment made to Woodstock Sterile Solutions, Inc. on 7/20/2023 via check no. 100588 in the amount of $215,815.68 cleared the Trustee's account and if so please provide cancelled check | BKA417 | 0.10 | 41.00 |
| 01/22/26 | JLD | Draft detailed email to John Carroll summarizing research in connection with cure payment to Woodstock Sterile Solutions, Inc. in order to respond to email from R. Braden Copeland of Alston & Bird counsel to Woodstock Sterile Solutions, Inc.; Provide copies of (1) Trustee's Report of Sale Pursuant to Fed. R. Bankr. P. 6004(f)(1) to Epic Pharma LLC [D.I. 739]; (2) Trustee's Flow of Funds Certificate for the Epic Pharma; (3) Breakdown of the cure payments paid by the Trustee in connection with the Epic Pharma sale; (4) Trustee's Form II (redacted) showing the cure payment being made to Woodstock Sterile Solutions; (5) Cancelled check no. 100588 payable to Woodstock Sterile Solutions presented for payment on 7/31/2023. | BKA417 | 0.50 | 205.00 |
| 01/22/26 | JLD | Review and acknowledge email from Louann Cromley assistant to Trustee Miller confirming cure payment made to Woodstock Sterile Solutions, Inc. on 7/20/2023 via check no. 100588 in the amount of $215,815.68 did in fact clear the Trustee's account; provide copy of cancelled check | BKA417 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/22/26 | JTC | Review detailed email from Jill Deeney of Cozen with multiple attachments re: Woodstock; provide documents In connection with the Trustee's sale to Epic Pharma LLC; advise the Trustee's office confirmed the checks in payment of the cure costs were mailed on July 20, 2023; advise is currently awaiting for the Trustee's office to confirm check no. 100588 in the amount of $215,815.68 cleared the Trustee's account and to provide a copy of the cancelled checked showing the endorsement and will forward same upon receipt; also advise Woodstock Sterile Solutions, Inc. (adversary case 25-50243) was sued a preference defendant on 2/13/2025 in the amount of $372,010.79 and the Trustee voluntary dismissed the preference action on 11/21/2025. | BKA417 | 0.30 | 339.00 |
| 01/27/26 | JLD | Perform document research to determine if Trustee sold Malaysia trademark registration for the AKORN mark registration no. 2016067189; review includes APA, trademark assignments; review APA and related trademark assignments in Chapter 11 for Akorn Inc.; review foreign trademark sites for Malaysia filings | BKA417 | 1.00 | 410.00 |
| 02/11/26 | JTC | Draft email to Jill Deeney of Cozen re: GP Pharma assignment | BKA417 | 0.10 | 113.00 |
| 02/13/26 | JLD | GP Pharma / Teva Research | BKA417 | 2.00 | 820.00 |
| 02/13/26 | JTC | Review and respond to email from Evan Miller re: GP Pharma; JTC advise will advise when connect with Donna Culver | BKA417 | 0.10 | 113.00 |
| 02/13/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: attach APA with Teva Pharmaceuticals, Inc. [D.I. 272]; direct attention to page 87 – Purchase Assets which includes: 2. Master Manufacturing and Supply Agreement between GP Pharm, S.A. and Calyptus Pharmaceuticals, Inc., dated July 29, 2019 5. Statement of Work for Cetrorelix as of October 2, 2022 between Akorn and GP Pharma; advise will locate additional items | BKA417 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/26 | JTC | Review email from Evan Miller with attachments re: GP Pharma; confirm receipt of JTC info; provide some info on whether any admissions were made by GP in connection with asserting assumption and assignment Kiwi defense; advise in E. Miller view, the POCs are invalid either b/c of their Kiwi Int'l argument (since the POCs presumably all derive from the same contract supporting any alleged Kiwi defense) and/or because they failed to object to the cure notice. | BKA417 | 0.20 | 226.00 |
| 02/13/26 | JTC | Draft second email to Evan Miller re: GP Pharma; JTC advise of conversation with Donna Culver; advise JTC left it with her that we would gather the information as to the notice and service of notice of cure and get it to her over the next several days; D. Culver indicated that she would discuss with her client but made no promises; advise are in the process of gathering information and will provide it to her; in the interim, it might be helpful if E. Miller advised JTC as to whether any admissions were made by GP in connection with asserting assumption and assignment Kiwi defense | BKA417 | 0.20 | 226.00 |
| 02/13/26 | JTC | Draft email to Jill Deeney of Cozen re: GP Pharma assignment; advise will need the sale documents related to GP Pharma; in particular looking to see under applicable Purchase Agreement with Teva who was to pay cure (Seller or purchaser); also looking for the Notice of Cure that would have been issued regarding contract concerning product Centrorlex and in Sale Order for language dealing with effect of Cure Notice; advise lastly looking to see where Cure Notice was served on GP Pharma. | BKA417 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/26 | JTC | Review detailed email from Jill Deeney of Cozen with attachments re: GP Pharma assignment / Teva Pharmaceuticals, Inc.; provide 1. D.I. 272] APA / Teva Pharmaceuticals, Inc. (direct attention toe page 87 – Purchase Assets); 2. [D.I. 370] Entered Sale Order Teva Pharmaceuticals, Inc.; direct attention to page 15 paragraph 16; 3. [D.I. 146] Notice of Executory Contracts and Unexpired Leases that May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets, and the Proposed Cure Amounts; direct attention to page 12; 4. [D.I. 171] Certificate of Service serving Bid Procedures Order, Notice of Sale and Cure Notice; 5. [D.I. 186] Teva Objection to Cure which does not relate to the agreements with GP Pharma; 6. Trustee's Executed FDA Transfer Letter regarding Cetrorelix Acetate; 7. Executed Flow of Funds for Teva Pharmaceuticals, Inc. reflect $0 cure figures; and 8. Assignment and Assumption of Intellectual Property Rights which includes Cetrorelix Acetate. | BKA417 | 0.40 | 452.00 |
| 02/17/26 | JLD | Draft email to J. Carroll attaching auction transcripts in mini format for auction dates: Wednesday, May 10, 2023 (10:00 a.m. ET and continued through 1:46 a.m. ET); May 11, 2023 (10:00 a.m. ET and continued through 12:00 p.m. ET) and May 12, 2023 (12:01 a.m. ET and ended at 6:41 a.m. ET) | BKA417 | 0.20 | 82.00 |
| 02/17/26 | JTC | Draft email to Lee Hogewood with attachments re: provide two (2) separate auction transcripts in mini format from the Akorn Holding Company LLC et al which cover three (3) days of auction held on the dates set forth; advise the auction transcripts are unverified. | BKA417 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/24/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: provide copies of virtual/Zoom auction transcripts requested by buyer counsel, L. Hogewood for the following three (3) days, which are also unverified: 1. Tuesday, May 16, 2023 [Transcript incorrectly indicates "Monday"]; 2. Wednesday, May 17, 2023; and 3. Thursday, May 18, 2023 | BKA417 | 0.10 | 113.00 |
| 02/24/26 | JTC | Review email from Evan Miller re: GP Pharma; inquiry on status of resolution | BKA417 | 0.10 | 113.00 |
| 02/25/26 | JTC | Review email from Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); request advise if there any change in the state of play as far as discussions with Donn Culver | BKA417 | 0.10 | 113.00 |
| 02/26/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: Akorn / GP Pharma / Teva Pharmaceuticals cure notice and service history; Purchase Agreement provisions; needed to address GP Pharma issues | BKA417 | 0.20 | 226.00 |
| 02/26/26 | JTC | Review and respond to email from Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); JTC advise have researched and it appears that GP Pharma agreement was assumed and assigned to TEVA and notice was given as provided; request contact to discuss | BKA417 | 0.20 | 226.00 |
| 02/26/26 | JTC | Review email from Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); confirm receipt of JTC info; will contact to discuss on 2/27 | BKA417 | 0.10 | 113.00 |
| 02/27/26 | JTC | Telephone conference with Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); status of review; alternative proposal to put forth to GP Pharma counsel (D. Culver) | BKA417 | 0.30 | 339.00 |
| 03/03/26 | JTC | Review email from Evan Miller re: Miller v. GP-Pharmacy, Adv. Pro. No. 25-50519 (KBO); status of communications with Donna Culver, atty. for GP-Pharmacy | BKA417 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/26 | JLD | Assemble and index 25 individual PDFS consisting of closing documents for Sentiss APA and ASPA sales; prepare hyperlinked electronic closing binder for the Sentiss sales | BKA417 | 1.10 | 451.00 |
| 06/23/26 | JTC | Review and approve filing final version of Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee | BKA417 | 0.20 | 226.00 |
| 07/30/26 | JTC | Review and execute letters State holders of indemnity bonds re demand termination and refund | BKA417 | 0.50 | 565.00 |
| | | **Total Asset Disposition** | | **10.70** | **8,150.50** |
| 10/06/25 | JLD | Begin assembling Proofs of Claim subject to Trustee's First Omnibus Objection (Substantive) to Proofs of Certain Claims; assemble in order as included in Objection Schedules for inclusion in Chambers claim objection binder | BKA419 | 1.20 | 438.00 |
| 10/07/25 | JLD | Continue draft preparation of Trustee's First Omnibus Objection (Substantive) to Proofs of Certain Claims together Declaration and Proposed Order thereto | BKA419 | 0.80 | 292.00 |
| 10/08/25 | JLD | Continue draft preparation of Trustee's Second Omnibus Objection (Non-Substantive) to Proofs of Certain Claims together Declaration and Proposed Order thereto | BKA419 | 1.00 | 365.00 |
| 10/10/25 | JLD | Begin assembling Proofs of Claim subject to Trustee's Second Omnibus Objection (Non-Substantive) to Proofs of Certain Claims; assemble in order as included in Objection Schedules for inclusion in Chambers claim objection binder | BKA419 | 1.20 | 438.00 |
| 10/13/25 | JLD | Draft email to J. Carroll of Cozen confirming have downloaded from Miller Coffey Tate proof of claims for use with First (Substantive) and Second (Nonsubstantive) Omnibus Claim Objection | BKA419 | 0.10 | 36.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/25 | JTC | Review email from Jeffrey Kaplan re: SSI Services, Inc. claim; advise CRG owns the SSI Services, Inc. claim in the Akorn Holding Co case; is curious why this claim did not receive its interim distribution; request advise when can discuss | BKA419 | 0.10 | 102.50 |
| 10/13/25 | JTC | Draft email to Jeffrey Kaplan re: SSI Services, Inc. claim; advise it appears that Proof of Claim #14 filed by SSI Services, Inc. in the amount of $94,976.97 was filed in the Debtor case of Akorn Intermediate Company LLC, Case No. 23-10254 (“Akorn Intermediate”); however, the Trustee is only currently in a position to make interim distributions in the case of Akorn Operating Company LLC, Case No. 23-10255 (“Akorn Operating”); advise In addition, it appears that the invoice attached to the SSI Proof of Claim is directed to Akorn Pharmaceuticals, Inc. which is not a Debtor affiliated with the jointly administered cases being handled by my client, namely Akorn Holding Company, LLC, Case No. 23-10253; Akorn Intermediate, or Akorn Operating | BKA419 | 0.30 | 307.50 |
| 10/13/25 | JTC | Review email from Jill Deeney of Cozen re: advise downloaded the claims for the 1st and 2nd omnibus Claim Objections; the second is too large to email. | BKA419 | 0.10 | 102.50 |
| 10/13/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: Objections/Responses to Second Motion Distribution Holder of GUC; confirm advised Bill Homony (TTE's accountant) of need for revised schedule for the Second Motion Distribution Holder of GUC | BKA419 | 0.10 | 102.50 |
| 10/21/25 | JTC | Telephone conference with L. Cromley, Trustee office re: explanation of Kader claim withdraw issue | BKA419 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/25 | JTC | Review email from L. Cromley of TTE Miller's office re: Manjur Kader; advise the creditor filed duplicative claims in each case; 196 in AHC (23-10253); 82 in AIC (23-10254); 186 in AOC (23-10255); advise the creditor withdrew #82 and #186 in August 2024, but #186 was included on the Third Interim Distribution to Priority Creditors (attached); because claim #186 was withdrawn, it was not paid; also attach the claims so can see that they are identical | BKA419 | 0.20 | 205.00 |
| 10/21/25 | JTC | Review email from TTE Miller with attachment re: communication received from Manjur Kader concerning claim No. 196; TTE advises the creditor was listed on the 3rd distribution (paid in December 2024) to have his claim #186 filed in AOC paid, but the claim was withdrawn; payment was not made; his only remaining claim is claim #196 filed in AHC, which is duplicative of #186 filed in AOC; advise the creditor should not have withdrawn claim #186 and he would have been paid; request advise how to get his claim paid; has asked Louann Cromley of TTE's office to send JTC the relevant information; advise the (attached) distribution list is related to the creditor’s email and not his distribution. | BKA419 | 0.20 | 205.00 |
| 10/21/25 | JTC | Telephone conference with TTE Miller re: Manjur Kader distribution issue | BKA419 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/22/25 | JTC | Review detailed email from Shannon Kalb with attachment re: SSI Services, Inc. claim; confirm receipt of JTC info of 10/13; advise have researched the claim further; creditor inadvertently filed the claim against an incorrect subdebtor; the claim "should have" been filed against Akorn Operating; advise are happy to file an amended claim asserting it against the correct subdebtor; request advise if this would be acceptable; as to the substance of the claim, the subject MSA had a term of 5 years and was entered into on June 15, 2020 (with an effective date of May 20, 2020); this would have been a post-petition contract entered into by Akorn Inc. (who used the name Akorn Pharmaceuticals); thus, the contract would have been considered a purchased asset under the purchase agreement with Akorn Holding Topco and was not an executory contract subject to assumption/rejection; more significantly, though, Akorn Operating listed the MSA in Schedule G of its filed Schedules and both Akorn Operating Inc and SSI continued to perform under the terms of the MSA, evidenced by payments continuing to be made by Akorn Operating Inc through 2022 (check copies attached) | BKA419 | 0.20 | 205.00 |
| 10/27/25 | JTC | Telephone conference with S. Fraser of Cozen re: Henderson claim; status of resolution; instruct to finalize with Plotko / Argo | BKA419 | 0.10 | 102.50 |
| 10/27/25 | SEF | Reviewing claim of Henderson Constructors and status of communications with Argo, as purchaser of that claim, re Henderson's asserted secured status (.3); preparing email to Saul Ewing attorney Paige Topper re same (.2); reviewing claim of E.L. Pruitt, terms of resolution between Trustee and E.L. Pruitt of E.L. Pruitt's asserted secured status, and Illinois mechanics' lien statute (.5); preparing email to Paige Topper re same, in connection with erroneous assertion by counsel for Henderson that Henderson and E. L. Pruitt are identically situated (.4) | BKA419 | 1.40 | 1,190.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/10/25 | JTC | Review email from Shannon Kalb re: SSI Services, Inc. claim; status of review of 10/22 email | BKA419 | 0.10 | 102.50 |
| 11/21/25 | JTC | Review and respond to emails from Debra Roscioli, counsel to of Creditor, Manjur Kader re: coordination of call | BKA419 | 0.10 | 102.50 |
| 11/21/25 | JTC | Review email from TTE Miller re: communications with Debra Roscioli, counsel to of Creditor, Manjur Kader; advise it appears that there is some confusion regarding his claims and they are in receipt of various communications between Mr. Kader and TTE Miller; coordination of call to discuss; TTE Miller directs to JTC | BKA419 | 0.10 | 102.50 |
| 11/24/25 | JTC | Telephone conference with Debra Roscioli, counsel to of Creditor, Manjur Kader re: incorrect withdraw of claims of claim in wrong case; will discuss with Trustee and revert | BKA419 | 0.20 | 205.00 |
| 12/04/25 | JTC | Review email from Debra Roscioli re: confirm receipt of JTC info that need to file a notice of change of address with the bankruptcy court | BKA419 | 0.10 | 102.50 |
| 12/04/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Debra Roscioli with Creditor Notice of Address Change form; advised the Trustee can only make payment to the address identified on the filed Proof of Claim so it is important that the notice of change of address is filed with the bankruptcy court; advise if do not have e-filing capability in the USBC DE, advise to just mail the Notice of Address Change to the clerk’s office for manual docketing. | BKA419 | 0.10 | 102.50 |
| 12/04/25 | JTC | Review email from Debra Roscioli re: confirm receipt of Creditor Notice of Address Change form; advise will file today | BKA419 | 0.10 | 102.50 |
| 12/05/25 | JLD | Continue draft preparation of Trustee's First, Second and Third Omnibus Objections to Proofs of Claim | BKA419 | 1.20 | 438.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/25 | JLD | Continue assembling Proofs of Claim in preparation of manual and electronic proof of claim binder to line up with Trustee's First, Second and Third Omnibus Objections to Proofs of Claim | BKA419 | 0.50 | 182.50 |
| 12/05/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachment re: Sentiss Proof of Claim; advise the Sentiss claim is included in the omnibus claim objections previously provided; the POC is simply the form without support seeking a $28 million claim; will be seeking to reduce to the allowed claim amount to that of its scheduled claim included on the Debtor's BK Schedules. | BKA419 | 0.20 | 205.00 |
| 12/05/25 | JTC | Draft email to Bill Homony (TTE's accountant) re: advise of a call had today with Lee Hogewood, attorney for Sentiss; advise L. Hogewood saw the distribution motions and is wondering what the Trustee's position is going to be on the Sentiss Proof of Claim; advised L. Hogewood that would get back to him by the end of next week, just to tell him whether looks like going to object and if so, to set up a call before the holidays to discuss whether resolution possible; request advise status of Sentiss claim | BKA419 | 0.20 | 205.00 |
| 12/05/25 | JTC | Review email from B. Homony (TTE's accountant) with attachment re: Sentiss claim going to be subject to objection; lack of documentation; should limit to scheduled amount | BKA419 | 0.40 | 410.00 |
| 12/10/25 | JTC | Review email from Shannon Kalb re: SSI Services, Inc. claim; status of distribution | BKA419 | 0.10 | 102.50 |
| 12/15/25 | JTC | Review email from Lee Hogewood re: Sentiss; advise is following up on call from the 5th, request advise if have any updates on the trustee's views of his client's AKORN AG claim | BKA419 | 0.10 | 102.50 |
| 12/19/25 | JLD | Continue assembling electronic versions of proofs of claim subject to Trustee's claim objection in order as appear in objections schedules; identification of late filed claims | BKA419 | 1.00 | 365.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/23/25 | JTC | Review email from TTE Miller re: claim objections; request advise when the trade claim objections will be filed; TTE wants to report in Form 1 for 12/31 | BKA419 | 0.10 | 102.50 |
| 12/23/25 | JTC | Preliminary review of claims objections; print out the claims objection analysis to enable response to TTE Miller inquiry | BKA419 | 0.20 | 205.00 |
| 12/23/25 | JTC | Review email from TTE Miller re: claim objections; request provide estimate of when the trade claim objections will be filed; TTE wants to report this in Form 1 for 12/31/25. | BKA419 | 0.10 | 102.50 |
| 12/24/25 | JTC | Review email from TTE Miller re: claim objections; advise would like a hard date to include in TTE's 1/30 report to the OUST | BKA419 | 0.10 | 102.50 |
| 12/24/25 | JTC | Draft email to TTE Miller re: claims objections; advise going to schedule a meeting with Bill Homony (TTE's accountant) for after the holiday to review the schedules more closely; however, based on JTC review of the substantive objection schedule and non-substantive objection schedule would anticipate that all of the objections on the two aforesaid schedules could be filed before end of February and heard before end of March; request TTE advise if want to discuss this estimated timeline . | BKA419 | 0.20 | 205.00 |
| 01/07/26 | JTC | Review email from TTE Miller with attachments re: Cash collateral for Surety Bonds - Philadelphia Indemnity | BKA419 | 0.20 | 226.00 |
| 01/12/26 | JTC | Review communications with Trustee's accountants re: outcome of review of Sentiss claim; reason not paying in interim distribution; needed to respond to L. Hogewood | BKA419 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/12/26 | JTC | Draft email to Lee Hogewood re: Sentiss; advise Trustee's accountants have advised that the Trustee will be seeking to modify the (attached) AKORN AG claim no. 416.1 (the "POC") in the filed amount of $28,344,959 to a reduced amount of $ 8,369,413.20, which would comport with the amount identified in the Debtor's Bankruptcy Schedule F; JTC is informed that the (attached) POC does not contain any support for the claimed amount of $28,344,959; the Trustee anticipates initiating objections to deficient claims within the next 30-60 days; request advise if have support for amount claimed in the POC of $28,344,959 which can be provided for review to the Trustee's accountants and/or desire to have a dialogue with them concerning the computation of the alleged amount. | BKA419 | 0.20 | 226.00 |
| 01/12/26 | JTC | Review email from Lee Hogewood re: Sentiss / status; advise would like to get on the distribution list | BKA419 | 0.10 | 113.00 |
| 01/12/26 | JTC | Review email from Lee Hogewood re: Sentiss; confirm receipt of JTC info that Trustee will be seeking to modify the AKORN AG claim no. 416.1; confirm will look for support for claimed amount of $28,344,959; request share a rough estimate on dividend to unsecureds | BKA419 | 0.10 | 113.00 |
| 01/30/26 | JLD | Prepare revisions to draft Exhibits A, B, and C regarding Second Omnibus (Non-Substantive) Claim Objection (Duplicate, Late Amended) | BKA419 | 0.20 | 82.00 |
| 01/30/26 | JLD | Prepare revisions to draft Exhibits A, B and C regarding First Omnibus (Substantive) Claim Objection Exhibits (No liability, modified amount and class) | BKA419 | 0.30 | 123.00 |
| 01/30/26 | JLD | Continue draft preparation First Omnibus (Substantive) Claim Objection (No liability, modified amount and class) | BKA419 | 0.30 | 123.00 |
| 01/30/26 | JLD | Continue draft preparation Second Omnibus (Non-Substantive) Claim Objection (Duplicate, Late Amended) | BKA419 | 0.30 | 123.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 01/30/26 | JLD | Pull Proof of Claim filed by Manjurul Kader, MD (Claim No. 196) in case no. 23-10253 and (Claim No. 186) in case no. 23-10255; in order to respond to counsel's inquiry on distribution to claimant | BKA419 | 0.10 | 41.00 |
| 01/30/26 | JTC | Review and respond to email from Trustee Miller re: advise completed of Omnibus Claims Objection; timing of filing and hearing date of 3/27 | BKA419 | 0.20 | 226.00 |
| 01/30/26 | JTC | Draft email to TTE Miller re: claims objections; advise the omnibus claim objections have been drafted, but there are a few remaining follow-up questions for Bill and/or Jack; confirm will file by 2/13 and bring on for hearing on 3/27 | BKA419 | 0.10 | 113.00 |
| 01/30/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: proof of claim filed by Manjurul Kader, MD (Claim No. 196) in case no. 23-10253; advise per Louann Cromley's (attached) email she indicated that Dr. Kader has spoken with Jack Reynolds (TTE's accountant) a few times and there is confusion over the claim; however, it may be the basis for the claim “Service Performed (Severance pay, LTIP)” and which claims the Trustee is reviewing and making an interim distribution. | BKA419 | 0.10 | 113.00 |
| 01/30/26 | JTC | Review email from Patricia Genovese re: status of the distribution to Manjurul Kader, MD | BKA419 | 0.10 | 113.00 |
| 02/02/26 | JLD | Revised draft First Omnibus (Substantive) Objection to Certain Claims together with Exhibits thereto | BKA419 | 0.50 | 205.00 |
| 02/02/26 | JLD | Revised draft Second Omnibus (Non-Substantive) Objection to Certain Claims together with Exhibits thereto | BKA419 | 0.70 | 287.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/06/26 | JTC | Review email from Lee Hogewood with attachment re: Sentiss; advise attached letter provides the back up for the manner in which calculated the claim at the time of filing; also note that one item they included in the claim amount is no longer applicable and so have proposed a reduced claim amount that takes this reduction into account; request review with the Trustee and his team and advise views; advise client would like to resolve the claim amount, ideally through agreement rather than litigation | BKA419 | 0.40 | 452.00 |
| 02/06/26 | JTC | Draft email to Bill Homony (TTE's accountant) with attachments re: provide Bill Homony (TTE's accountant) with letter from Lee Hogewood setting forth the support for Akorn AG (attached) claim 416.1; this is the claim on which we were going to object and instead seek to allow in the amount of $8,369.413. 20 as set forth in the bankruptcy schedules; request contact to discuss | BKA419 | 0.20 | 226.00 |
| 02/08/26 | JTC | Review email from TTE Miller re: Sentiss; request send sale documents | BKA419 | 0.10 | 113.00 |
| 02/08/26 | JTC | Draft email to Jill Deeney of Cozen re: Sentiss; TTE's request for sale pleadings; instruct to provide | BKA419 | 0.10 | 113.00 |
| 02/09/26 | JLD | Prepare draft email to John Carroll providing copies of all pleadings related to the sale of shares of Akorn International S.a.r.l. / owner of Akorn AG to Sentiss AG | BKA419 | 0.30 | 123.00 |
| 02/09/26 | JLD | Continue redrafting First and Second Omnibus Objection to Proofs of Claim together with Exhibits A, B and C for Non Substantive Objections and Exhibits A, B, and C for Substantive Objections | BKA419 | 1.00 | 410.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/09/26 | JTC | Draft detailed email to TTE Miller with attachments re: Sentiss; provide documents regarding sale of shares of Akorn International S.a.r.l. (owner of Akorn AG) to Sentiss AG : [D.I. 106] Sale Motion; [D.I. 137] Bidding Procedures Order; SENTISS STOCK SALE - [D.I. 205] Sentiss AG APA (Stock Sale); [D.I. 206] Sentiss Declaration (Stock Sale); [D.I. 212] COC Sentiss Sale Order (Stock Sale); and [D.I. 214] Entered Order Sentiss (Stock Sale) | BKA419 | 0.30 | 339.00 |
| 02/09/26 | JTC | Telephone conversation with Jill Deeney of Cozen re: request Sentiss sale pleadings and documents ;needed to address Hogewood demand on behalf of Sentiss | BKA419 | 0.10 | 113.00 |
| 02/10/26 | JLD | Continue redrafting First and Second Omnibus Objection to Proofs of Claim together with Exhibits A, B and C for Non Substantive Objections and Exhibits A, B, and C for Substantive Objections | BKA419 | 1.20 | 492.00 |
| 02/10/26 | JTC | Review emails from Bill Homony and John Reynolds (TTE's accountants) re: claim objections; advise availability to meet with JTC | BKA419 | 0.10 | 113.00 |
| 02/10/26 | JTC | Review email from Jill Deeney of Cozen re: claim objections; confirm call scheduled with Bill Homony and John Reynolds (TTE's accountants) for 2/12 | BKA419 | 0.10 | 113.00 |
| 02/10/26 | JTC | Review email from Jill Deeney of Cozen re: claim objections; coordination of call with Bill Homony and John Reynolds (TTE's accountants) with JTC; confirm advised Bill Homony the First (Substantive) and Second (Non-Substantive) are set up with him taking the Declaration; request advise if that is not correct. | BKA419 | 0.10 | 113.00 |
| 02/11/26 | JLD | Drafting revisions to preliminary drafts Omnibus Claims Objections and related orders | BKA419 | 2.00 | 820.00 |
| 02/11/26 | MSB | Research regarding impact of assumption and assignment on filed claims on which Notice of cure issue and paid | BKA419 | 1.30 | 936.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/12/26 | JLD | Continue redrafting First and Second Omnibus Objection to Proofs of Claim together with Exhibits A, B and C for Non Substantive Objections and Exhibits A, B, and C for Substantive Objections | BKA419 | 1.20 | 492.00 |
| 02/12/26 | JLD | Continue drafting Omnibus Claims Objections re: conform exhibits and defined terms disputed claims | BKA419 | 2.00 | 820.00 |
| 02/12/26 | JTC | Preliminary review of email from Marla Benedek of Cozen with attachments re: Research re Objections to Claimed of Parties to Assumed and Assigned Contracts; advise as discussed today, did not find any cases addressing the issue of whether claimants whose contracts were assumed and assigned during a bankruptcy case can continue to assert their pre-petition claim against the estate; in this particular situation, understands that there was a schedule of proposed cure to which the claimant did not object, and the sale order provided that the purchaser had the responsibility to pay cure; attach the examples mentioned; advise Water Gremlin is the one that dealt with taxes; that one is also from Delaware; request advise if want to discuss further or if it would be helpful for M. Benedek to draft up an analysis for opposing counsel similar to the “argument” or “basis for relief” sections | BKA419 | 0.30 | 339.00 |
| 02/12/26 | JTC | Telephone conference with Bill Homony and John Reynolds (TTE's accountants) re: claims objection schedules; issues regarding partial allowance of priority on late claims;discussion of Sentiss; problmatic claims | BKA419 | 0.60 | 678.00 |
| 02/12/26 | MSB | Discussion with J. Carroll regarding results of research (.1) Gathering documents pulled and reviewing and transmitting same to J. Carroll with comments (.3) | BKA419 | 0.40 | 288.00 |
| 02/13/26 | JTC | Draft email to Marla Benedek of Cozen re: Research re Objections to Claimed of Parties to Assumed and Assigned Contracts; confirm receipt of info; cure issue | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/13/26 | JTC | Draft email to TTE Miller re: claims objections; advise met with Bill Homony and Jack Reynolds (TTE's accountant) on open claim objection issues yesterday and Jack provided updated and revised schedules today; advise to keep the planned March 27th hearing date, need to file the objections by February 24th; advise plan to file on Tuesday using the revised schedules. | BKA419 | 0.20 | 226.00 |
| 02/13/26 | JTC | Review and respond to email from John Reynolds (TTE's accountant) with attachment re: 2nd Omnibus Objection Exhibits; provide the updated 2nd omnibus objection exhibits based off our call yesterday; advise the Late Filed Exhibit now breaks out the Priority Portion vs. the Late Unsecured Portion; has updated the Amended or Superceded to correct the name to Woodstock; JTC confirm receipt and advise will review and modify (if needed) so can file objections on Tuesday | BKA419 | 0.20 | 226.00 |
| 02/13/26 | JTC | Review email from Jill Deeney of Cozen re: claims objections; advise the hearing date is March 27, 2026; accordingly, the date to file the omnibus objections to provide 30 days notice prior to the hearing is February 24, 2026. | BKA419 | 0.10 | 113.00 |
| 02/14/26 | JTC | Review and respond to email from TTE Miller re: claim objections; request to review revised objection Schedules | BKA419 | 0.10 | 113.00 |
| 02/18/26 | JTC | Telephone conference with J. Reynolds of MCT re: issues with Kadur claim creating distribution issues | BKA419 | 0.20 | 226.00 |
| 02/18/26 | JTC | Review and respond to email from Patricia Genovese with attachment re: status of the distribution to their client, Manjurul Kader, MD; JTC advise no distribution has been made on claims against Akorn Holdings; it appears that claim 196 by Mr Kadar was filed against Akorn Holdings; advise the Trustee's office advises that they have made note of the change of address for claim 196 should distributions be made in the future on Akorn Holdings | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/18/26 | JTC | Draft email to John Reynolds (TTE's accountant) re: request advise status of claim of creditor, Manjurul Kader, MD | BKA419 | 0.10 | 113.00 |
| 02/18/26 | JTC | Telephone conference with Debra Roscioli re: creditor, Manjur Kader; background and need to correct | BKA419 | 0.20 | 226.00 |
| 02/18/26 | JTC | Review email from Debra Roscioli with attachment re: provide communications between George Miller, Esquire (Trustee) and Manjur Kader directly wherein TTE Miller advised that Claim No. 196 would be reclassified and included in the next distribution; advise conferred by telephone on November 24, 2025 and JTC confirmed and advised that this distribution would be included in the Third Distribution as were preparing to file the Motion for an Order Authorizing Distribution of Funds; advise as Manjur Kader's claim was included on the Motion, they assumed that the matter had been taken care of; however, it appears that there was miscommunication about next steps; as such, asks that JTC confirm in writing that the Trustee will reclassify Claim 196 against the proper Debtor entity [Akorn Operating Company, LLC] and include same for the next distribution of priority claims; further request that the Motion to Reclassify be included in next Omnibus Objection; request confirm | BKA419 | 0.20 | 226.00 |
| 02/18/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: status of distribution to Manjurul Kader; provide copies of claim No. 196 filed in 23-10253 and claim No. 186 filed in 23-10255 (withdrawn) | BKA419 | 0.20 | 226.00 |
| 02/23/26 | JLD | Continue preparation of manual proofs of claim binders subject to first and second omnibus claim objection; cross reference claims against final exhibits' extract proofs of claim removed from claim objections | BKA419 | 0.80 | 328.00 |
| 02/23/26 | JTC | Review email from Lee Hogewood with attachment re: Sentiss; status of word from TTE on next steps | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/23/26 | JTC | Preliminary review of detailed email from Jill Deeney of Cozen with attachments re: drafts of first omnibus (substantive) objection and second omnibus (non-substantive) objection and exhibits thereto. | BKA419 | 0.40 | 452.00 |
| 02/25/26 | JLD | Review court docket and adversary dockets in connection with disputed claims included in Trustee's First and Second Omnibus Objections which may be affected by filed pleadings; pull various Orders and Settlement Agreements for review | BKA419 | 0.40 | 164.00 |
| 02/25/26 | JLD | Prepare and assemble document for filing; e-file Chapter 7 Trustee’s Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 123.00 |
| 02/25/26 | JLD | Prepare and assemble document for filing; e-file Chapter 7 Trustee’s First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 123.00 |
| 02/25/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Omnibus Claim Objections First Substantive and Second Non-Substantive; confirm can electronically sign the declarations on B. Homony behalf | BKA419 | 0.10 | 113.00 |
| 02/25/26 | JTC | Telephone conference with Jill Deeney of Cozen re: Omnibus Claim Objections First Substantive and Second Non-Substantive; confirm receipt of B. Homony authorization to affix electronic signature to Declaration; instruct to proceed | BKA419 | 0.10 | 113.00 |
| 02/25/26 | JTC | Review detailed email from Jill Deeney re: proposed email to TTE Miller and accountants with attachments re: Omnibus Claim Objections First Substantive and Second Non-Substantive; JTC changes; authorize to issue | BKA419 | 0.40 | 452.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/25/26 | JTC | Telephone conference with B. Homony (Trustee accountant) re: revised drafts of Omnibus Objection; approval to affix signature to Declaration | BKA419 | 0.10 | 113.00 |
| 02/25/26 | JTC | Review and authorize filing final version of Omnibus Objection to Claims Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 339.00 |
| 02/25/26 | JTC | Review and approve filing final version of Omnibus Objection to Claims Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 339.00 |
| 02/25/26 | JTC | Review email from Jill Deeney of Cozen re: confirms per JTC instructions has provided TTE Miller, Bill Homony and John Reynolds (TTE's accountants) with as-filed copy of the following omnibus claim objections: 1. Chapter 7 Trustee’s First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [D.I. 1564]; and 2. Chapter 7 Trustee’s Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [D.I. 1565]; advised of hrg. and obj. dates | BKA419 | 0.10 | 113.00 |
| 02/25/26 | JTC | Review and revise First Substantive Omnibus Class Objection and First Non-Substantive Claim Objection re: identify claims to be removed (Berlin, Pruitt) and identify late claim schedule issue | BKA419 | 1.80 | 2,034.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/25/26 | JTC | Telephone conference with B. Homony (Trustee accountant) re: issues identified by JTC in Omnibus Claim Objection Exhibits; late claim schedule revision needed | BKA419 | 0.40 | 452.00 |
| 02/26/26 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |
| 02/26/26 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |
| 02/26/26 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.40 | 164.00 |
| 02/26/26 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.40 | 164.00 |
| 02/26/26 | JTC | Review emails from Jill Deeney re: coordination of service of [D.I. 1564] First Omnibus Claim Objection and [D.I. 1565] Second Omnibus Claim Objection, and | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 02/27/26 | JTC | Draft email to Shannon Kalb re: SSI Services, Inc. claim; request advise as to what treatment exactly is wanted for the alleged claim and JTC will discuss with the Trustee; advise if want a stipulation by the Trustee to allow the claim due to error in filing to be against Akorn Operating (as opposed to Akorn Intermediate ) as a general unsecured claim for rejection damages on the executory contract, request advise that this is the proposal; if so, then would be inclined to recommend such a proposal to the Trustee | BKA419 | 0.10 | 113.00 |
| 02/27/26 | JTC | Review email from Shannon Kalb re: SSI Services claim; advise the treatment that they seek and resolution that they propose is a stipulation allowing the claim as a general unsecured claim against subdebtor Akorn Operating LLC in the amount of $94,976.97; in support of this they note that the original creditor made an inadvertent error in filing the claim against Akorn Intermediate Company LLC (also a debtor in these bankruptcy cases) and the liability was actually incurred by Akorn Operating LLC; advise the SOW issued in connection with the MSA executed in May 2020 by Akorn Inc (at that time the post-petition debtor in the previous bankruptcy case, which emerged as Akorn Holding LLC) specified a 5 year term, and the amount being claimed is for year 4 of 5; as previously noted, the reference MSA is also listed on the Schedule G of Akorn Operating LLC, and services continued to be performed under the MSA through the petition date. | BKA419 | 0.20 | 226.00 |
| 02/27/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: communications from Bill Homony regarding GP Pharm / Proofs of Claim; advise Bill communicated directly to GP Pharm regarding questions as to the filed claims | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/26 | JTC | Review email from Martin Mooney, counsel to NYS Dept. of Health; advise of receipt of Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 {Doc. 1564}; the Omnibus Objection lists his client's Claim No. 210.1 in the amount of $66,863.22 on the list of No Liability Claims; advise the claim is owed by Akorn Operating Company LLC a/k/a Akorn Pharmaceuticals; will see that the invoices attached to Claim No. 210.1 are addressed to Akorn Pharmaceutical; the claimed reason for disallowance is that the claim is for obligations of the Debtors' predecessor companies in the first bankruptcy related to year 2017; advise presume the first bankruptcy is Akorn, Inc., et. al, Jointly Administered, Case No. 20-11177; the Order of Joint Administration in Akorn, Inc. does not list Akorn Pharmaceutical; have not found any reference to Akorn Pharmaceutical in the Disclosure Statement or Joint Chapter 11 Plan confirmed in the first bankruptcy; rather, Akorn Operating Company LLC lists Akorn Pharmaceutical as an a/k/a on the court docket in Case No. 23-10255; advise contend the listing of Akorn Pharmaceuticals, an a/k/a of Akorn Operating Company LLC, in the pending bankruptcy, without a further showing, is sufficient basis for the allowance of their claim, and treatment of their claim as a general unsecured claim for purposes of distribution; advise it is their hope that JTC will review the referenced documents and agree that their general unsecured claim may be allowed as a debt owed by Akorn Pharmaceutical/Akorn Operating Company LLC; also hope to avoid need for filing of a response in accord with the Trustee's Notice. | BKA419 | 0.30 | 339.00 |
| 03/02/26 | JTC | Draft email to Jill Deeney of Cozen with attachments re: communication received from Martin Mooney, counsel to NYS Dept. of Health; request pull listed documents for review | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/26 | JTC | Draft email to Martin Mooney, counsel to NYS Dept. of Health re: confirm receipt of communication; advise providing to the Trustee and his accountants for their review; however, in interim advise JTC review of the three invoices provided as an attachment to the Proof of Claim ("POC") reveals that the claim appears to be for the ratable charges for 2017 under the Opioid Stewardship Act; accordingly, these charges identified in the POC if outstanding would appear to be owing against the estate of Akorn Inc. which was conducting business in 2017 and filed its Chapter 11 in 2020 as case no. 20-11177, and not against the current estate of Akorn Operating Company LLC which would not have been in existence in 2017; request advise if this claim is from the year 2017 and if so, whether based on the forgoing M. Mooney will withdraw the POC from the later case of Akorn Operating Company LLC ,23-10255; advise it should be noted that the estate of earlier case of Akorn Inc., case no. 20-11177, may still be open with final distribution not yet having been made and therefore may be able to still tardily file your POC against that estate. | BKA419 | 0.20 | 226.00 |
| 03/02/26 | JTC | Review email from Martin Mooney, counsel to NYS Department of Health re: request provide documentation to show that Akorn Operating Company LLC was not in existence in 2017 and when it may have commenced operations; advise subject to verification by the Department of Health, his initial review suggested it related to 2017 operations; will wait to hear; will also take a further look at the first case to determine whether may be allowed to file the claim. | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/26 | JTC | Draft email to Bill Homony (TTE's accountant) with attachments re: communications with Martin Mooney, counsel to NYS Department of Health; request advise whether any chance Akorn Operating Company LLC assumed any such liabilities from Akorn Inc. | BKA419 | 0.10 | 113.00 |
| 03/02/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm receipt of communications with Martin Mooney, counsel to NYS Department of Health; provide caption from the Akorn, Inc. Ch. 11 case; advise it reflects Akorn Pharmaceuticals as a d/b/a for Akorn, Inc. None of the three Debtors in our case even existed at the time these obligations were incurred; that was the basis for the objection. | BKA419 | 0.10 | 113.00 |
| 03/02/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: follow up inquiry of Martin Mooney, counsel to NYS Department of Health; request advise if have anything with the date of incorporation for Akorn Operating Company LLC | BKA419 | 0.10 | 113.00 |
| 03/02/26 | JTC | Review email from Bill Homony (TTE's accountant) re: follow up inquiry of Martin Mooney, counsel to NYS Department of Health; advise Akorn Operating LLC was incorporated on 9/2/2020 | BKA419 | 0.10 | 113.00 |
| 03/02/26 | JTC | Draft email to Martin Mooney, counsel to NYS Department of Health re: advise Akorn Operating Company was incorporated in Delaware on 9/2/2020 which can be confirmed using the (attached) link for the Delaware Secretary of State; also provide the caption for the Akorn Inc case | BKA419 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/02/26 | JTC | Preliminary review email from Rafael Zahralddin with attachment re: Galenicum POC; request advise what else other than the contractual rate of interest and the supporting materials they already attached would satisfy the amended proof of claim; advise is confident that TTE has a copy of the contract and they made Proofs of claim for rejection damages for executory contracts are not subject to a general bar date as didn't have a claim until the contract is rejected; also agreed to just forego the interest as the legal fees to put together the amended claim might be more than the interest; provide POC which includes the contract and the references to the interest, a calculation from their client's finance department, and the invoices | BKA419 | 0.20 | 226.00 |
| 03/03/26 | JTC | Review and respond to email from Elina Matot of NY State Dept. of Labor re: Trustee's First Omnibus Objection to Certain Claims, Case 23-10253-KBO; advise in receipt of TTE's First Omnibus Objection to Certain Claims on behalf of the Chapter 7 Bankruptcy Trustee for the referenced matter; advise states in Exhibit A that the New York State Department of Labor's claim should be disallowed because the "Trustee settled directly with the class of WARN Act claimants for the same liability asserted by claimant;" request provide with proof of such direct settlement; did not find any record of same by looking on PACER; JTC provided the WARN 9019 Motion with Settlement Agreement attached thereto [D.I. 26]; advise in addition, attached both the Preliminary Order [D.I. 35] and the Final Order [D.I. 39] approving the Settlement Agreement | BKA419 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/26 | JTC | Review and respond to email from Scott Williams, counsel to Philadelphia Indemnity Insurance Company ("Philadelphia") in connection with the Akorn matter; advise sees that JTC filed an objection that includes Philadelphia's claim; would like to see if can reach an agreement to resolve the objection by way of stipulation; coordination of call | BKA419 | 0.10 | 113.00 |
| 03/03/26 | JTC | Draft email to Jill Deeney of Cozen re: Trustee's First Omnibus Objection to Certain Claims, Case 23-10253-KBO; request provide WARN Settlement Motion and approval Orders so JTC can respond to Elina Matot of NY State Dept. of Labor | BKA419 | 0.10 | 113.00 |
| 03/03/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: provide WARN 9019 [D.I. 26] together with the Preliminary Order [D.I. 35] and the Final Order [D.I. 39] to enable JTC response to Elina Matot, NY Dept. of Labor | BKA419 | 0.20 | 226.00 |
| 03/03/26 | JTC | Draft email to TTE Miller with attachments re: Trustee's First Omnibus Objection to Certain Claims; NYS DOL inquiry on First Omnibus Objection and JTC response thereto | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/03/26 | JTC | Review email from Devin Bray, counsel to Vestis Services, LLC f/k/a Aramark Uniform and Career Apparel, LLC; advise is in receipt of the First Omnibus (Substantive) Objection, Dkt. 1564, in which the Trustee is objecting to Vestis' proof of claim number 365; advise the basis for the objection, without any legal support included in the motion, is "claim reduced for alleged liquidated damages resulting from rejection of agreement between parties; advise the reduced modified claim amount represents unpaid pre-petition good and services provided to the Debtor and the costs of specified goods already made for the Debtor;" the applicable contract is attached to the proof of claim, which provides that Vestis is entitled to liquidated damages upon termination/breach of the contract, and provides the method of calculation; the liquidated damages calculation is also attached to the proof of claim, which is consistent with the method as provided in the contract; request advise whether will be withdrawing the objection, and if not, request provide the legal support for objection or further reasoning supporting the Trustee's position; request advise if are agreeable to resolving this objection informally without the need for Vestis obtaining local counsel to file a response | BKA419 | 0.20 | 226.00 |
| 03/04/26 | JTC | Draft email to B. Homony (TTE's accountant) with attachment re: Akorn AG POC; provide offer to compromise the amount of the Akorn AG claim in which they reduce by eliminating the Curia Spain cancellation fee; request advise if the Trustee wants to counter by adjustment for any of the other enumerated elements of the claim | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/04/26 | JTC | Review email from Debra Roscioli re: Manjurul Kader, MD; request confirm in writing that the Trustee will reclassify Claim 196 against the proper Debtor entity [Akorn Operating Company, LLC] and include same for the next distribution of priority claims; further request that the Motion to Reclassify be included in your next Omnibus Objection. | BKA419 | 0.10 | 113.00 |
| 03/05/26 | JTC | Review email from Sheila Schwager re: Objection to Claim / Vestis Services, LLC; request JTC provide clarification; request advise if mean that will agree that can have an extension to retain local counsel if have not resolved prior to the response deadline | BKA419 | 0.10 | 113.00 |
| 03/05/26 | JTC | Draft email to Devin Bray re: Objection to Claim / Vestis Services, LLC; advise The Trustee's accountants are reviewing, and we will get back to him as soon as possible; advise if have not resolved before response deadline, will agree to extend | BKA419 | 0.10 | 113.00 |
| 03/05/26 | JTC | Draft email to Bill Homony and John Reynolds (TTE's accountants) re: communication received from Devin Bray, counsel to Vestis Services, LLC f/k/a Aramark Uniform and Career Apparel, LLC; request review and advise to enable JTC response | BKA419 | 0.10 | 113.00 |
| 03/06/26 | JTC | Review email from Shannon Kalb re: SSI Services, Inc. claim; status | BKA419 | 0.10 | 113.00 |
| 03/06/26 | JTC | Draft email to Jill Deeney of Cozen re: communication received from Scott Williams, counsel to Philadelphia Indemnity Insurance Company; request pull Proof of Claim | BKA419 | 0.10 | 113.00 |
| 03/06/26 | JTC | Telephone conference with Scott Williams re: Philadelphia Indemnity Objection; surety bonds; curtain bonds and state pharma bonds; excess in escrow | BKA419 | 0.50 | 565.00 |
| 03/06/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Objection to Claim / Vestis Services, LLC; B. Homony prior communications with S. Fraser of Cozen in 2025 | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/26 | JTC | Telephone conference with Scott Williams and Gaston Loomis re: Phila. Indemnity; custom bonds and pharmacy bonds; extension to respond on claims objection; stip. to resolve; info on cessation of business; termination of license; refund of collateral | BKA419 | 0.40 | 452.00 |
| 03/06/26 | JTC | Review email from Scott Williams with attachments re: Philadelphia Indemnity claim; provide copies of the Pharma Bonds; also attach a chart of bonds and also listing the customs bond | BKA419 | 0.20 | 226.00 |
| 03/06/26 | JTC | Preliminary review email from Scott Williams with attachment re: Philadelphia Indemnity claim; provide form of Stipulation for review and comment | BKA419 | 0.20 | 226.00 |
| 03/06/26 | JTC | Review and respond to email from Lee Hogewood re: Sentiss; status of word from TTE Miller; JTC advise should have answer soon - awaiting accountant's review | BKA419 | 0.10 | 113.00 |
| 03/09/26 | JLD | Pull from Court Docket and index Claim #416 filed by Akorn AG in the debtor case of Akorn Operating Company, LLC Case No. 23-10255. | BKA419 | 0.10 | 41.00 |
| 03/09/26 | JLD | Draft email to John Carroll of Cozen confirming review of Akorn AG claim no. 416 in the amount of $28,344,959.00 was filed on 6/26/2023 with no backup | BKA419 | 0.10 | 41.00 |
| 03/09/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: JTC 2/9/26 email to TTE Miller on Akorn/ Sentiss Compromise; need to follow up with TTE Miller | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/09/26 | JTC | Preliminary review of detailed email from Jill Deeney of Cozen with attachments re: Akorn AG claim no. 416 in the amount of $28,344,959.00 was filed on 6/26/2023 with no backup; advise additionally, sees a claim which appears to be filed in correctly by AKORN AG HETTLINGEN; this claim looks to be filed incorrectly by an employee (WARN Act) claim; advise AKORN AG HETTLINGEN Claim no. 477-1 in the amount of $15,000 was filed on 8/11/2024 and amended on 1/28/2025 in the amount of $7,000 Claim no. 477-2 | BKA419 | 0.20 | 226.00 |
| 03/09/26 | JTC | Review Claim #416 filed by Akorn AG in the debtor case of Akorn Operating Company, LLC Case No. 23-10255 and related documents re: preparation for discussion with Trustee's accountants and issues raised by Akorn AG counsel (Hogewood). | BKA419 | 0.30 | 339.00 |
| 03/09/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: Akorn AG POC; request contact to discuss possible resolution as counsel for Akorn AG ( Lee Hogewood) is pressing for a response | BKA419 | 0.10 | 113.00 |
| 03/09/26 | JTC | Draft email to Bill Homony and John Reynolds (TTE's accountants) re: communication received from Elina Matot of NY Dept. of Labor wherein advise Part of New York State Department of Labor's Proof of Claim was $30,000.00 in civil penalty that was due to the State; JTC request review the POC by NYC DOL and advise at to whether looks like the civil penalty was assessed prepetition and is correctly stated; if so, it the claim is probably allowable as a GUC solely as to the civil penalty | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/09/26 | JTC | Review email from Elina Matot of NY Dept. of Labor re: advise Part of New York State Department of Labor's Proof of Claim was $30,000.00 in civil penalty that was due to the State; this penalty remains due and was not resolved by the settlement with the workers; will contest TTE's Objection to their claim, as it pertains to the civil penalty; inquire if would amend Objection so that are not objecting to the entirety of the POC | BKA419 | 0.10 | 113.00 |
| 03/10/26 | JTC | Review email from Mark Desgrosseilliers re: SSI Services, Inc. claim; status of Trustee review | BKA419 | 0.10 | 113.00 |
| 03/10/26 | JTC | Review email from Martin Mooney (NY Atty. General) re: confirm receipt of JTC email of 3/2; advise have reviewed the information and documentation forwarded; will not be opposing the disallowance of their claim under Opiod Stewardship Act for 2017 | BKA419 | 0.10 | 113.00 |
| 03/11/26 | SEF | Teams meeting with counsel for Argo re potential resolution of alleged secured status of Henderson Constructors' claim (which Argo has acquired) | BKA419 | 0.40 | 370.00 |
| 03/11/26 | SEF | Reviewing proofs of claim of Henderson Constructors and Pyramid Air Conditioning, and reviewing previous communications with counsel for Argo re prior agreement in principle to resolve dispute over Henderson Constructors' asserted secured status (.5); preparing email to J. Carroll re present approach by counsel for Argo to proposing to resurrect the prior settlement in principle of the Henderson Constructors claim (.3) | BKA419 | 0.80 | 740.00 |
| 03/11/26 | SEF | Reviewing communications from 2024 with counsel for Argo about the terms of a potential settlement between the Trustee and Argo of the asserted secured status of Henderson Constructors' claim | BKA419 | 0.30 | 277.50 |
| 03/12/26 | JTC | Draft email to Mark Desgrosseilliers, atty. for CRG re: SSI Services, Inc. claim; confirm JTC endeavoring to get an answer to M. Desgrosseilliers inquiry | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/26 | JTC | Review email from Mark Desgrosseilliers, atty. for CRG re: SSI Services, Inc. claim; confirm receipt of JTC status of answer to M. Desgrosseilliers inquiry | BKA419 | 0.10 | 113.00 |
| 03/12/26 | JTC | Review email from Seth Kupferberg of NY Atty. General's office re: advise their office is counsel to the N.Y. State Department of Labor, whose claim under the N.Y. WARN Act TTE objected to on the basis that the Trustee settled directly with a class of WARN Act claimants for the same liability, and has no duplicate liability; advise the present response deadline is March 20, with a hearing date of March 27; request advise if would consent to put those dates off by 60 days to give them time to review the underlying material, with a view towards either withdrawing the claim if appropriate, or filing an appropriate and informed response | BKA419 | 0.10 | 113.00 |
| 03/12/26 | JTC | Draft email to Seth Kupferberg of NY Atty. General's office with attachments re: advise have been working on this matter with Elina Matot of NYS DOL and was in the process of getting the Trustee's approval to allow the NYS DOL claim for the civil penalties of $30,000; advise anticipate that will receive approval from the Trustee within the next day or two and accordingly it would appear that an extension isn't really needed | BKA419 | 0.20 | 226.00 |
| 03/12/26 | JTC | Review email from Seth Kupferberg of NY Atty. General's office re: confirm receipt of JTC info; advise wasn't aware of the recent communications with Elina Matot; advise if the matter is resolved within the next couple of days, agrees that no extension will be needed; request copy him on communications going forward | BKA419 | 0.10 | 113.00 |
| 03/12/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: SSI Services, Inc. claim; provide 2/27 communication received from CRG Financial; advise am inclined to enter into a stipulation; request provide thoughts | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/12/26 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: SSI Services, Inc. claim; advise this claim relates to a post-petition contract annual term renewal beginning in May 2023 to which no services were needed or used by the estate; advise Agreement permits termination upon five days notice by Akorn and the agreement was ultimately rejected; does not see a damages provision or other claim for termination; advise by their own admission services were rendered through the Petition Date, which was under the prior contract year, presumable paid pre-petition when the contract renewed in May 2022; advise would have already paid this claim without the need for a formal reclassification from AIC to AOC; advise that is not an issue which need a stipulation to address | BKA419 | 0.20 | 226.00 |
| 03/13/26 | JTC | Review email from Bill Homony (TTE's accountant) re: SSI Services, Inc. claim; provide the claim which includes the underlying agreement; advise is available this afternoon to discuss. | BKA419 | 0.30 | 339.00 |
| 03/13/26 | JTC | Review of Claim 14-1 of SSI Services with related contract and correspondence re: needed to respond to SSI counsel inquiry on objection; identify problem with claim | BKA419 | 0.50 | 565.00 |
| 03/13/26 | JTC | Telephone conference with Mark Desgrosseilliers, atty. for SSI Services re: results of review of claim; 3 yr v. 5 yr; terminable on 5 day notice; expires upon completion of work; does not appear entitled; in addition to filed in wrong case | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing as filed copy of (1) Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims; (2) Notice of Submission of Copies of Proofs of Claim; and (3) Zip folder containing a copy of each Proof of Claim | BKA419 | 0.20 | 82.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/26 | JLD | Prepare electronic claims binder for chambers including PDF copy of each proof of claim named by claimant and claim number regarding Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.80 | 328.00 |
| 03/16/26 | JLD | Coordinate service of Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |
| 03/16/26 | JLD | Prepare draft Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.20 | 82.00 |
| 03/16/26 | JLD | Assemble and index email responses received to Trustee's omnibus claim objections including (1) Vestis Services, LLC fka Aramark Uniform and Career Apparel, LLC; Claim No. 365; (2) Philadelphia Indemnity Insurance Company; Claim No. 248; and (3) New York State Department of Labor; Claim No. 456 | BKA419 | 0.20 | 82.00 |
| 03/16/26 | JTC | Review email from Elina Matot re: objection to claim of N.Y. State Dept. of Labor; advise wondering whether the Trustee has agreed to allow the claim for civil penalties | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from Lee Hogewood re: Sentiss; status of response from TTE on Sentiss claim resolution | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/26 | JTC | Review and respond to email from Gaston Loomis re: Philadelphia Claims Objection/Proposed Stipulation confirming that their deadline/new hearing date is being pushed out to at least April 20; request JTC confirm; also, request advise if have any comments on the sample stipulation Scott Williams circulated addressing the return of collateral as well as the due diligence requested as to the Pharma Bonds; JTC confirm the Trustee will extend the response date and hearing for Philadelphia Indemnity out to at least 4/20/26; will get back to him on comments to the sample Stipulation. | BKA419 | 0.20 | 226.00 |
| 03/16/26 | JTC | Review and authorize filing of final version of Notice of Submission of Proof of Claim Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 339.00 |
| 03/16/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: Trustee's First Omnibus Claim Objection (Substantive); confirm provided Chambers with Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims [D.I. 1564]; 2. Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code [D.I. 1569]; advised that attempted to send a Zip folder containing a copy of each Proof of Claim subject to an objection in the Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims; however, it was returned as undeliverable; confirm will separately transmit a shared link with copies of the Proofs of Claim. | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/26 | JTC | Review emails from Jill Deeney of Cozen re: confirms has coordinated with IT Dept. to transmit large email to Chambers with claims | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from Devin Bray re: Vestis Services, LLC re: confirm receipt of JTC confirmation of grant of extension and adjournment | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Draft email to Devin Bray re: Vestis Services, LLC re: request send copies of the Master Services Agreement and Clean Room Addendum in unredacted form; also, request provide the loss/ruin charge for each item of Merchandise provided to the Debtor at each location. | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: objections; advise would like to schedule a call to address certain objections; request advise convenient times | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from David Sklar with attachment re: confirm review of Notice of Submission of Proof of Claim Notice of Submission of Copies of Proofs of Claim Contained within Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims; advise noticed that the 2002 service list was still serving Porzio, Bromberg & Newman, P.C. as counsel for Package Development Company, Inc.; advise they filed the (attached) substitution of attorney in February 2025 substituting in Pashman Stein Walder Hayden, P.C. as counsel of record for Package Development Company, Inc. in the chapter 7 cases | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Draft email to Jill Deeney of Cozen re: communication received from David Sklar with attachment re: request advise if objected to Package Development Company's claim; need to update 2002 list | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/16/26 | JTC | Review and respond to email from Devin Bray with attachment re: Vestis Services, LLC; requested unredacted agreement and addendums; advise due to the proprietary information and competitive business and pricing included, they ask that do not share or file; has emailed their client contact regarding the loss/ruin charge, but he is out of office this week; will provide as soon as possible | BKA419 | 0.20 | 226.00 |
| 03/16/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: Trustee's First Omnibus Claim Objection (Substantive); confirm has now provided Chambers with Zip folder containing a copy of each Proof of Claim subject to an objection in the Chapter 7 Trustee's First Omnibus (Substantive) Objection to Certain Claims; requested Chambers confirm receipt of the attachment so know it went through to the court | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from Jill Deeney of Cozen re: confirm did not object to the claim of Package Development Company; the local rules require service of the Notice of Submission of Claims on the 2002 parties; confirm is correcting the 2002 service list now | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review and respond to email from Devin Bray re: Vestis Services, LLC re: request confirm if will agree that they can have an extension to retain local counsel if have not resolved prior to March 26, 2026; JTC confirm if do not resolve prior to 3/26, will grant extension and adjourn hearing on the claim | BKA419 | 0.10 | 113.00 |
| 03/16/26 | JTC | Review email from Chambers re: Trustee's First Omnibus Claim Objection (Substantive); confirm receipt of zip folder | BKA419 | 0.10 | 113.00 |
| 03/17/26 | JLD | Prepare schedule of proofs of claim filed by GP Pharm SA identifying debtor, amoutn and date filed (4 claims in total 20, 21, 28, 29 filed in case no. 23-10255 | BKA419 | 0.20 | 82.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/17/26 | JLD | Review all Debtor claims register to determine all filed proofs of claim by GP Pharm SA | BKA419 | 0.20 | 82.00 |
| 03/17/26 | JTC | Review email from Mark Desgrosseilliers re: SSI Services claim; request additional time to respond | BKA419 | 0.10 | 113.00 |
| 03/17/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: GP Pharm SA Proof of Claim; Proofs of Claim filed by GP Pharm SA, and email string between Bill Homony and Jaume Gabaldà Méndez regarding filed proofs of claim of GP Pharm SA; also attach the following Proofs of Claim filed by GP Pharm SA: Nos. 20, 21, 28 and 29; advise It appears Claim No. 20 and 21 should be withdrawn and claim nos. 28 and 29 are the surviving claims. | BKA419 | 0.40 | 452.00 |
| 03/17/26 | JTC | Review email from Jill Deeney of Cozen with attachments re: Research re Objections to Claimed of Parties to Assumed and Assigned Contracts (GP Pharm - Teva Pharmaceuticals); confirm also provided same to Simon Fraser; needed to address GP Pharma adversary dismissed and claims issues | BKA419 | 0.20 | 226.00 |
| 03/17/26 | JTC | Telephone conference with Bill Homony (TTE's accountant) re: problem claims objections; alternative for resolution | BKA419 | 0.50 | 565.00 |
| 03/17/26 | SEF | Reviewing proofs of claim of Akorn AG and GP Pharma and related documents, and results of research performed by M. Benedek on certain arguments in connection with Trustee's potential objections to those claims | BKA419 | 1.60 | 1,480.00 |
| 03/17/26 | SEF | Teams meeting with W. Homony and J. Carroll re certain claims to which the Trustee may object, and potential resolutions of such objections | BKA419 | 0.50 | 462.50 |
| 03/18/26 | JLD | Revise Omnibus Claim Schedules and proposed form of Order to remove claims being adjourned pending resolution of objection | BKA419 | 0.20 | 82.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/18/26 | JTC | Draft email to Jill Deeney of Cozen re: objection to claim of N.Y. State Dept. of Labor; request prepare a modified Order that has the schedule reflecting allowance of $30k to NYS DOL as general unsecured claim; advise recognize that will be further modified for other creditors later, but want to send to them now. | BKA419 | 0.10 | 113.00 |
| 03/18/26 | JTC | Review and respond to email from Simon Fraser re: communication received from Greg Plotko, counsel to Argo; coordination of contacting TTE Miller and accountants to get resolution with Argo finalized | BKA419 | 0.10 | 113.00 |
| 03/18/26 | JTC | Review email from Greg Plotko, counsel to Argo re: request confirm that their deadline to respond to the claim's objection was extended from Friday to another date so that can continue finalizing a settlement; advise the claims were objected to in Doc. No. 1564. | BKA419 | 0.10 | 113.00 |
| 03/18/26 | JTC | Review and respond to email from Seth Kupferberg re: objection to claim of N.Y. State Dept. of Labor; confirm receipt of JTC response; advise is acceptable; request send he and Elina Matot a draft of the modified order, as well as a copy of the modified order once it is filed; advise he will also file a notice of appearance so he gets notice from the court | BKA419 | 0.20 | 226.00 |
| 03/18/26 | JTC | Draft email to Seth Kupferberg and Elina Matot re: objection to claim of N.Y. State Dep't of Labor; advise last evening the Trustee approved the allowance of the requested claim for civil penalty of $30,000 as a general unsecured claim; request confirm that this is acceptable and if so, we will modify the proposed order on the objection to reflect the allowance of such a claim to NYS DOL | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/18/26 | JTC | Review email from Seth Kupferberg re: objection to claim of N.Y. State Dep't of Labor; advise deadline to respond to TTE's objection to the DOL's claim is March 20; understands that JTC and Elina Matot have been working on a settlement, and hopes that will resolve the matter; request JTC either commit to amending TTE's objection prior to Friday, or agree to a 30- or 60-day extension for their response deadline; request advise today. | BKA419 | 0.10 | 113.00 |
| 03/18/26 | SEF | Preparing email to J. Carroll re potential resolution with Argo of the secured status of the Henderson Constructors claim (which Argo previously acquired) | BKA419 | 0.10 | 92.50 |
| 03/19/26 | JLD | Revise Omnibus Claim Schedules and proposed form of Order to remove claims being adjourned pending resolution of objection | BKA419 | 0.20 | 82.00 |
| 03/19/26 | JTC | Review email from Simon Fraser of Cozen re: confirm advised Greg Plotko that extension is confirmed to 3/24 | BKA419 | 0.10 | 113.00 |
| 03/19/26 | JTC | Review and respond to email from Simon Fraser re: confirm may grant extension to Greg Plotko, counsel to Argo | BKA419 | 0.10 | 113.00 |
| 03/19/26 | JTC | Review and respond to emails from Lee Hogewood re: Sentiss claim; moving of today's call | BKA419 | 0.10 | 113.00 |
| 03/19/26 | JTC | Review and respond to email from Mark Desgrosseilliers re: SSI Services, Inc. claim; request confirm if may have two additional weeks extension; JTC confirm | BKA419 | 0.20 | 226.00 |
| 03/19/26 | JTC | Telephone conference with Lee Hogewood re: Sentiss (Akorn AG) claim resolution negotiations | BKA419 | 0.40 | 452.00 |
| 03/19/26 | SEF | Reviewing email from counsel for Argo re potential resolution of Henderson Constructors secured claim, and re Trustee's pending objection to that claim (.1); preparing email to J. Carroll re same (.1); preparing email to counsel for Ago re same (.1) | BKA419 | 0.30 | 277.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/20/26 | JTC | Review Answer Omnibus Objection to Claims Response to Objection to DOL Claim Filed by New York State Department of Labor | BKA419 | 0.20 | 226.00 |
| 03/23/26 | JTC | Telephone conference with B. Homony (TTE's accountant) re: discussion with S. Sass, counsel for Waters; confirm should withdraw objection | BKA419 | 0.20 | 226.00 |
| 03/23/26 | JTC | Review email from Steven Sass, counsel to Waters Technologies with attachments re: Holding Obj to Claims & Waters Technologies Corp (preference); advise in receipt of doc #1564 in case 23-10253 claiming that the preference with Waters Technologies was never paid; attach both Doc 1564 and the Notice of Settlement (Doc 1532) which memorializes the Settlement with Waters; advise presumes this was just an oversight; request confirm or contact to discuss; would also like to discuss whether can reinstate their claim at the filed $148K, or find out what the books and records reflected | BKA419 | 0.10 | 113.00 |
| 03/23/26 | JTC | Telephone conference with Steven Sass, counsel to Waters Technologies re: Obj to Claims & Waters Technologies Corp (preference) re: whether can reinstate their claim at the filed $148K | BKA419 | 0.20 | 226.00 |
| 03/24/26 | JTC | Review email from Simon Fraser of Cozen re: Pyramid Air Conditioning; confirm advised Greg Plotko that in looking back at the terms of previous deal in principle, need to include this agreement about Pyramid; as well as the $x secured piece, we also had an allowed GUC of $x, which represented the face amount of the Henderson Claim plus a round number proxy for asserted interest; if we were to allow any portion of the Pyramid claim beyond the “modified claim amount” of $x, the Trustee would be giving Argo a double-recovery on such portion | BKA419 | 0.20 | 226.00 |
| 03/24/26 | JTC | Review email from Simon Fraser of Cozen with attachments re: revival of 2024 settlement in principle with Argo re Henderson Constructors' claim | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/24/26 | JTC | Draft email to Louann Cromley of TTE Miller's office with attachment re: request confirm that the Trustee received the Settlement Amount of $3,500 payable under the (attached) Settlement Agreement with Watters Technology; advise the payment would have been made back in October to December of last year (2025); advise objected to their claim and if they paid us then need to withdraw the objection | BKA419 | 0.10 | 113.00 |
| 03/24/26 | JTC | Review email from Steven Sass, cousel to Waters Technologies re: Obj to Claims & Waters Technologies Corp (preference); confirm receipt of JTC info; advise is pretty sure the $3,500 was paid as has a copy of the transmittal letter; has asked client to confirm; request advise if expecting any kind of distribution for the GUC's | BKA419 | 0.10 | 113.00 |
| 03/24/26 | JTC | Draft email to Steven Sass, counsel to Waters Technologies with attachments re: Holding Obj to Claims & Waters Technologies Corp (preference); advise in follow-up to our conversation yesterday have reached out to the Trustee's accountant concerning the claim of Waters Technology; advise am informed that can allow the claim 278.1 in the amount of $148,029.94. provided that the Settlement Amount of $3,500 for the preference action as referenced in the (attached) Settlement Agreement was paid; accordingly, plan to remove withdraw the objection to the aforesaid claim of Water's Technology and will delete it from the schedule of objectional claims to be submitted to the court; advise believe this resolves his client's issues | BKA419 | 0.20 | 226.00 |
| 03/24/26 | SEF | Reviewing emails from counsel for Argo from 2024 re original settlement in principle with between Trustee and Argo about the Henderson Constructors' claim | BKA419 | 0.20 | 185.00 |
| 03/24/26 | SEF | Reviewing notes from 2024 re prior settlement in principle with counsel for Argo, and preparing email to J. Carroll re same | BKA419 | 0.30 | 277.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/24/26 | SEF | Phone call with J. Carroll re proposed settlement with Argo of the alleged secured nature of the Henderson Constructors' claim | BKA419 | 0.10 | 92.50 |
| 03/25/26 | JLD | Prepare draft Certification of No Objection regarding Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 123.00 |
| 03/25/26 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |
| 03/25/26 | JLD | Review and acknowledge email from Marquietta Lopez of Judge Owens Chambers advising Agenda item #3 has been approved; request confirmtion when the eOrder has been uploaded. | BKA419 | 0.10 | 41.00 |
| 03/25/26 | JTC | Review and approve email to Greg Plotko re: Trustee's Omnibus Claim Objection; provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and approve email to Steven Sass, counsel to Waters Technologies with attachment re: provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and approve email to Seth Kupferberg and Elina Matot of NY DOL with attachment re: provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026; confirm as previously confirmed will provide with a draft of the modified order and Exhibits thereto, as well as a copy of the modified order once filed/entered. | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/25/26 | JTC | Review email from Greg Plotko re: Pyramid Air Conditioning; will check with his client to confirm whether agree with the Trustee's position as to the Pyramid Air Conditioning claim | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and approve email to Devin Bray and Sheila Schwager, counsel to Vestis with attachment re: provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review email from Devin Bray, counsel to Vestis Services, LLC; confirm extension of response to May 1; advise is still waiting on the calculation JTC requested; will advise when get more information. | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review email from Seth Kupferberg, counsel to N.Y. State Dep't of Labor re: confirm receipt of Agenda for 3/27; advise based on the prior correspondence and filings, he does not expect to appear at the hearing, reserving a right to object should the final order not reflect the agreement reached | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and approve draft email to Gaston Loomis, counsel to Philadelphia Indemnity Insurance Company re: provide as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review email from Mark Degrosseilliers, counsel to SSI Services, Inc. re: confirm receipt of Agenda for 3/27 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Chapter 7 Trustee's Second Omnibus (Non-Substantive) Objection to Certain Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/25/26 | JTC | Review email from Jill Deeney of Cozen re: confirms now provided Chambers with as-filed hyperlinked copy of the Notice of Agenda for Matters Scheduled for Hearing on March 27, 2026; confirmed do not anticipate the need for a hearing for the agenda items; will advise when the Orders are uploaded as to the CNO/COC matters. | BKA419 | 0.10 | 113.00 |
| 03/25/26 | JTC | Review email from Simon Fraser of Cozen re: Pyramid Air Conditioning; confirm requested clarification from Greg Plotko that would agree with the Trustee's position as to the Pyramid Air Conditioning claim; advise as expressed in the Trustee's pending claims objection, this claim should be allowed as a GUC in the amount of $26,480 | BKA419 | 0.10 | 113.00 |
| 03/25/26 | SEF | Drafting email to Trustee re Argo/Henderson settlement (.3); drafting email to counsel for Argo re same (.3) | BKA419 | 0.60 | 555.00 |
| 03/25/26 | SEF | Emailing with counsel for Argo re Trustee's pending objection to the POC originally filed by Pyramid Air Conditioning, which Argo has apparently acquired | BKA419 | 0.20 | 185.00 |
| 03/26/26 | JLD | Review and acknowledge email from Marquietta Lopez of Judge Owens Chambers advising Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims will be entered; direct filing amended agenda cancelling 3/27 hearing | BKA419 | 0.10 | 41.00 |
| 03/26/26 | JLD | Coordinate email service of as filed Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims | BKA419 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JLD | Assemble final exhibits (clean and redline) for filing with Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.20 | 82.00 |
| 03/26/26 | JLD | Prepare draft Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 1.00 | 410.00 |
| 03/26/26 | JLD | Prepare revised draft Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.30 | 123.00 |
| 03/26/26 | JLD | Prepare final revised Exhibits A, B, and C (clean and redline) for filing with Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.50 | 205.00 |
| 03/26/26 | JLD | Prepare and assemble document for filing; e-file Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JLD | In accordance with Chambers procedures electronically upload proposed form of order regarding Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 41.00 |
| 03/26/26 | JTC | Review now entered Order Sustaining Second Omnibus (Non-Substantive) Objection to Certain Claims | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review and approve filing final version of Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Draft revisions to COC and Proposed Order on Trustee's First Omnibus Substantive Objections; numerous revisions based on negotiations with claimant's counsel | BKA419 | 0.60 | 678.00 |
| 03/26/26 | JTC | Review now entered Order Sustaining First Omnibus (Substantive) Objection to Certain Claims | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review email from Greg Plotko re: Pyramid Air Conditioning; confirm Argo agrees with the Trustee's treatment of the Pyramid claim | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review email from Louann Cromley of TTE Miller's office re: Waters Technologies; confirm receipt of payment | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review email from Simon Fraser of Cozen re: Pyramid Air Conditioning; confirm advised Greg Plotko that will circle back on the Henderson Constructors piece | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JTC | Review email from Jill Deeney of Cozen re: confirm advised Chambers that will be filing the Certification of Counsel regarding the First Omnibus Claim Objection shortly; will provide with an as-filed copy and advise when the Order is uploaded. | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review and authorize draft email to Seth Kupferberg, Elina Matot and Sarah Dasenbrock (NY Dept. of Labor) with attachment re: Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 together with Exhibit 1 (Redline Revised Order and Exhibits); and Exhibit 2 (Clean Revised Order and Exhibits); advise the revised Order provides for "The New York State Department of Labor shall have an allowed general unsecured claim for civil penalty in the amount of $x against Debtor, Akorn Operating LLC, Case No. 23-10255;" confirm will be filing the Certification of Counsel and Exhibits thereto with the Court shortly. | BKA419 | 0.20 | 226.00 |
| 03/26/26 | JTC | Telephone conference with Jill Deeney of Cozen re: 3/27 hrg.; instruct to provide TTE Miller, Bill Homony, John Reynolds (TTE's accountants) and Louann Cromley with as-filed copy of 1) Order Sustaining First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1; and 2. Notice of Agenda canceling the Matters Scheduled for Hearing on March 27, 2026 | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of the following documents: 1. Notice of Agenda canceling the Matters Scheduled for Hearing on March 27, 2026 [D.I. 1578]; confirm hearing is canceled; and 2. Order Sustaining First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [D.I. 1577]. | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service Seth Kupferberg, Elina Matot and Sarah Dasenbrock of NY Dept. of Labor re: as filed copy of the following documents: 1. Notice of Agenda canceling the Matters Scheduled for Hearing on March 27, 2026 [D.I. 1578]; and 2. Order Sustaining First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 [D.I. 1577]. | BKA419 | 0.10 | 113.00 |
| 03/26/26 | JTC | Review email from Seth Kupferberg of NY Dept. of Labor re: 3/27 hrg.; confirm receipt of Certification of Counsel in Support of Order Approving Chapter 7 Trustee's First Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure and Del. Bankr. L.R. 3007-1 together with Exhibit 1 (Redline Revised Order and Exhibits); and Exhibit 2 (Clean Revised Order and Exhibits). | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 03/26/26 | JTC | Review email from Debra Roscioli, counsel to Manjurul Kader, MD re: request confirm in writing that the Trustee will reclassify Claim 196 against the proper Debtor entity [Akorn Operating Company, LLC] and include same for the next distribution of priority claims; further request that the Motion to Reclassify be included in TTE's next Omnibus Objection | BKA419 | 0.10 | 113.00 |
| 03/26/26 | SEF | Reviewing and responding to email from counsel for Argo re Trustee's objection to the claim originally filed by Pyramid Air Conditioning, which Argo has apparently acquired | BKA419 | 0.20 | 185.00 |
| 04/02/26 | JLD | Review and respond to email from J. Carroll of Cozen confirming all adjourned outstanding claim objections have a response date of 5/1/2026 and are adjourned to 5/15/2026 | BKA419 | 0.10 | 41.00 |
| 04/02/26 | JTC | Review email from Jill Deeney re: SSI Services, Inc.; confirm 5/1 extension deadline accurate; all adjourned outstanding claim objections have a response date of 5/1/2026; the Trustee's objection is being adjourned to 5/15/2026; Extension granted to respond to 5/1/2026. | BKA419 | 0.10 | 113.00 |
| 04/02/26 | JTC | Review and respond to email from Mark Desgrosseilliers re: SSI Services, Inc. claim; confirm 5/1 extension for responses to Omnibus objection by SSI/CRG set forth on last agenda | BKA419 | 0.10 | 113.00 |
| 04/04/26 | JTC | Review detailed email from Simon Fraser of Cozen re: revival of 2024 settlement in principle with Argo re Henderson Constructors' claim; request JTC confirm that we may proceed to take the deal and wrap up both claims accordingly | BKA419 | 0.30 | 339.00 |
| 04/04/26 | SEF | Preparing draft of email to Trustee re potential settlement with Argo about Henderson Constructors claim | BKA419 | 0.50 | 462.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/09/26 | JTC | Review email from Lee Hogewood with attachments re: Sentiss; updated Rule 408 communication responding to some of the questions JTC raised; issue of evidence of agreement to reimburse for losses on Medtech sales; unusable inventory issue; suggest dates for follow-up call | BKA419 | 0.20 | 226.00 |
| 04/14/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: communications received from Lee Hogewood with attachments concerning Sentiss / updated Rule 408 communication responding to some of the questions JTC raised; request B. Homony advise availability for call on 4/15 | BKA419 | 0.30 | 339.00 |
| 04/14/26 | JTC | Draft email to Lee Hogewood re: Sentiss / updated Rule 408 communication; advise am scheduled to speak with the Trustee's accountant's tomorrow and then will circle back | BKA419 | 0.10 | 113.00 |
| 04/14/26 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: Sentiss; confirm availability for call on 4/15 | BKA419 | 0.10 | 113.00 |
| 04/14/26 | JTC | Review email from Lee Hogewood re: Sentiss; confirm receipt of info from JTC that will circle back after discussing with TTE's accountants | BKA419 | 0.10 | 113.00 |
| 04/15/26 | JLD | Review and acknowledge email from William Homony, Trustee's accountant requesting electronic closing binder for the Sentiss sales | BKA419 | 0.10 | 41.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/26 | JTC | Review email from Scott Williams re: Philadelphia Claims Objection/Proposed Stipulation; advise Philadelphia has been working with CA Shea to get information on unliquidated entry and liquidated entry reports for the periods applicable to Philadelphia's customs bond; advise Philadelphia received an informational update from CA Shea, but is going to request that CA Shea obtain extract reports from US Customs to verify the information; the cost for those reports is about $750; in any event, the expectation is that those reports should confirm that there are no unliquidated entries and there are no open liquidated damages or open bills; advise understand that Akorn cased importing in 2023, but the reports should verify that information; assuming the reports confirm their expectation, they should be in position to work with the Trustee on a scheduled collateral release; advise with this in mind, inquire if TTE would extend another 30 days on the Objection; also, request advise if the Trustee has any information on the Pharma licenses | BKA419 | 0.20 | 226.00 |
| 04/15/26 | JTC | Review and respond to detailed email from Bill Homony (TTE's accountant) re: summary of Akorn AG's asserted claim and the Trustee's position; use in negotiations of reduced claim amount | BKA419 | 0.40 | 452.00 |
| 04/15/26 | JTC | Telephone conference with J. Deeney of Cozen re: instruct to pull Akorn AG closing binder | BKA419 | 0.10 | 113.00 |
| 04/15/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Sentiss; request provide an electronic closing binder for the Sentiss sale with fully executed documents | BKA419 | 0.10 | 113.00 |
| 04/15/26 | JTC | Telephone conference with Bill Homony (TTE's accountant) re: Akorn AG; claim responses to 4 elements of claim; develop compromise proposal | BKA419 | 0.50 | 565.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/16/26 | JLD | Draft email to William Homony Trustee's accountant providing electronic Closing Binder for the Sentiss ASPA and APA. Advise binder items are hyperlinked via the Closing Binder Index | BKA419 | 0.10 | 41.00 |
| 04/16/26 | JTC | Review email Jill Deeney of Cozen re: confirm provided Bill Homony (TTE's accountant) with electronic Closing Binder for the Sentiss ASPA and APA; note the binder items are hyperlinked via the Closing Binder Index | BKA419 | 0.10 | 113.00 |
| 04/16/26 | JTC | Review email from Lee Hogewood re: Sentiss; confirm receipt of TTE's summary of current position on Akorn AG's asserted claims; will review with client and respond | BKA419 | 0.10 | 113.00 |
| 04/16/26 | JTC | Draft detailed email to Lee Hogewood re: Sentiss; summary of Trustee's current position on Akorn AG's asserted claims; negotiation of resolution | BKA419 | 0.50 | 565.00 |
| 04/16/26 | JTC | Review email from Jill Deeney re: Sentiss; confirm provided Bill Homony (TTE's accountant) with .zip folder which includes the Sentiss Closing Binder documents in an individual PDF format | BKA419 | 0.10 | 113.00 |
| 04/16/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: Sentiss; communications with Lee Hogewood; will advise response from Akorn AG | BKA419 | 0.10 | 113.00 |
| 04/20/26 | JTC | Review and respond to email from Scott Williams re: Philadelphia Claims Objection / Proposed Stipulation; request advise if can have 90 day extension; JTC agree to 60 day | BKA419 | 0.20 | 226.00 |
| 04/20/26 | JTC | Review and respond to email from Gaston Loomis re: Philadelphia Claims Objection; request advise status of request for extension; JTC confirm extension | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/26 | JLD | Review and respond to email from John Carroll of Cozen regarding requested extension date for Philadelphia Indemnity Insurance Company to respond to Trustee's claim objection; advise, current extended objection date to respond is 5/1/2026 and the adjourned hearing date is 5/15/2026 at 10:00 a.m. ET. A further sixty (60) day extension date from 5/1/2026 places the extension date to 6/30/2026. | BKA419 | 0.10 | 41.00 |
| 04/21/26 | JTC | Review email from Gaston Loomis re: Philadelphia Indemnity; confirm receipt of extension to 6/30 | BKA419 | 0.10 | 113.00 |
| 04/21/26 | JTC | Review email from Jill Deeney of Cozen with attachment re: Philadelphia Indemnity Claims Objection; advise the current extended objection date for Philadelphia Indemnity Insurance Company to respond is 5/1/2026 and the adjourned hearing date is 5/15/2026 at 10:00 a.m. ET.; a further sixty (60) day extension date from 5/1/2026 places the extension date to 6/30/2026; advise Judge Owens' hearing webpage doesn't identify any hearing dates posted beyond June 12, 2026; accordingly, will need to provide a further adjourned hearing date once Chambers posts same | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/26 | JTC | Preliminary review of detailed email from Devin Bray with attachment re: objection to claim / Vestis Services, LLC; provide the loss/ruin charge for each item of merchandise provided to the Debtor at each location, pursuant to the contract, which is the sum of $1,551,568.24; advise the contract provides that the Debtor "shall pay as liquidated damages for each and every location so terminated, an amount equal to the lesser of (i) fifty percent (50%) of the average weekly charges at such location(s) during the three (3) months prior to termination times the number of weeks remaining of this Agreement or (ii) the then current loss/ruin charge for each item of Merchandise being provided to Customer at such location(s);" as a result, Vestis agrees to reduce the liquidated damages calculation portion of the claim from $3,667,820, which represents 50% of the AWRV, to $1,551,568.24, which represents the then current loss/ruin charge for each item of Merchandise being provided to Akorn at each location; provide break-down of claim; advise deadline for Vestis to file a response it 5/1; request advise if agreeable to an extension if not resolved | BKA419 | 0.20 | 226.00 |
| 04/21/26 | JTC | Draft email to Gaston Loomis re: Philadelphia Indemnity Claims Objection; confirm receipt of 60 day extension; advise would make new deadline 6/20; JTC advise a further sixty (60) day extension date from 5/1/2026 places the new extension deadline as 6/30/2026; advise still working on Pharma bonds | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/24/26 | JTC | Preliminary review of email from Rafael Zahralddin with attachment re: Galenicum POC; provide proposed stipulation which compromises the interest in half; advise the claim was scheduled and the contract was acknowledged as being executory through various notices and an active effort to assume it which the buyer and Galenicum conducted in good faith and with permission of the Court; advise interest was contractual interest, and advise provided information in the proof of claim, including information from their finance function as to the accrued amount, and in an effort to reduce costs for both the estate and his client, they would respectfully request that the Trustee review their proposal and hopefully can resolve this as quickly as possible; request advise if require any additional evidence and he can provide it. | BKA419 | 0.20 | 226.00 |
| 04/24/26 | JTC | Review email from Devin Bray re: Vestis Service, LLC; review of materials provided | BKA419 | 0.10 | 113.00 |
| 04/27/26 | JTC | Review email from Scott Hermesch re: status of payments to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc.: | BKA419 | 0.10 | 113.00 |
| 04/28/26 | JTC | Review email from Devin Bray with attachment re: Objection to Claim / Vestis Services, LLC; status of JTC review of loss and ruin charges; request advise if are agreeable to further extend the May 1 objection deadline as they continue to resolve informally and without both sides incurring additionally attorneys' fees and costs | BKA419 | 0.10 | 113.00 |
| 04/29/26 | JLD | Draft individual emails to informal objecting parties having raised an informal objection to the Trustee's First Omnibus (Substantive) Claim Objection (SSI, Argo, Aramark, Philadelphia Indemnity) advising further extension is granted through 6/30/2026 and 5/15/2026 hearing date will be further adjourned | BKA419 | 0.20 | 82.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/26 | JTC | Review and respond to email from Jill Deeney of Cozen re: Vestis Services counsel (Devin Bray) request for extension; instruct extend the deadline for the several parties to be co-extensive with the other extension already granted on claims objections | BKA419 | 0.20 | 226.00 |
| 04/29/26 | JTC | Review and respond to email from Devin Bray re: Vestis; JTC confirm a further extension is granted to his client through 6/30/2026 regarding the Trustee's First Omnibus (Substantive) Claim Objection [D.I. 1564]; additionally, the current hearing date of May 15, 2026 will also be continued to a date to be determined once assigned by Chambers. | BKA419 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft email to Mark Desgrosseilliers re: SSI Services, Inc. claim; confirm a further extension is granted to through 6/30/2026 regarding the Trustee's First Omnibus (Substantive) Claim Objection [D.I. 1564]; additionally, advise the current hearing date of May 15, 2026 will also be continued to a date to be determined once assigned by Chambers | BKA419 | 0.10 | 113.00 |
| 04/29/26 | JTC | Review email from Mark Desgrosseilliers re: SSI Services, Inc. claim; confirm receipt of further extension granted to through 6/30/2026 regarding the Trustee's First Omnibus (Substantive) Claim Objection | BKA419 | 0.10 | 113.00 |
| 04/29/26 | JTC | Draft email to Greg Plotko re: Pyramid Air Conditioning; confirm further extension is granted through 6/30/2026 regarding the Trustee's First Omnibus (Substantive) Claim Objection [D.I. 1564]; additionally, advise the current hearing date of May 15, 2026 will also be continued to a date to be determined once assigned by Chambers. | BKA419 | 0.10 | 113.00 |
| 04/29/26 | SEF | Reviewing status of communications with counsel for Argo re potential resolution of disputes related to Henderson Constructors and Pyramid Air Conditioning claims (each of which Argo has acquired) | BKA419 | 0.20 | 185.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/05/26 | JTC | Preliminary review of email from Lee Hogewood with multiple attachments re: in response to JTC's 4/16/2026 email summarizing the TTE's position concerning Akorn AG's claim (144 pages) | BKA419 | 0.40 | 452.00 |
| 05/06/26 | JTC | Telephone conference with Bill Homony (TTE's accountant) re: Akorn distribution; timing and additional items; Akorn / AG POC issues | BKA419 | 0.40 | 452.00 |
| 05/13/26 | JTC | Review email from Devin Bray re: Objection to Claim / Vestis Services, LLC; request advise status of review D. Bray email of 4.21.26 regarding the claim objection and the loss and ruin charges | BKA419 | 0.10 | 113.00 |
| 05/18/26 | JTC | Review and respond to email from Lee Hogewood re: status of response to Sentiss / Lee Hogewood letter of 5/5; JTC suggest extend response deadline to 5/22 | BKA419 | 0.10 | 113.00 |
| 05/18/26 | JTC | Review email from Jill Deeney of Cozen re: need to advise Lee Hogewood that letter of 5/5 was mailed to wrong address; sent to Pachulski firm | BKA419 | 0.10 | 113.00 |
| 05/18/26 | JTC | Review email from Lee Hogewood re: confirm extension of response deadline to 5/22 | BKA419 | 0.10 | 113.00 |
| 05/20/26 | JTC | Review email from Scott Hermesch re: request advise if able to direct him to someone who can provide a status on the payments to F.A. Wilhelm Construction Co., Inc. and Poynter Sheet Metal, Inc. | BKA419 | 0.10 | 113.00 |
| 05/22/26 | JTC | Telephone conference with Lee Hogewood (v.m.) re: counterproposal; will advise next week; waiting for authority | BKA419 | 0.10 | 113.00 |
| 05/22/26 | JTC | Draft detailed email to Trustee Miler and B. Homony, Trustee accountant with attachment re: Hogewood / Sentiss / Akorn AG counterproposal; make recommendation on same ($25 million and claim) | BKA419 | 0.40 | 452.00 |
| 06/01/26 | JTC | Review email from Devin Bray re: Vestis Services, LLC; status of offer to reduce claim | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/02/26 | JTC | Review email from Devin Bray re: Vestis Services, LLC re: request advise if still agreeable to resolve the objection to Vestis' claim by email like have previously been doing; advise deadline to file a response is June 16, and need to retain local counsel if necessary to file a formal response | BKA419 | 0.10 | 113.00 |
| 06/02/26 | JTC | Review Notice of Transfer of Claim to Empire Freight Logistics Claimant / Transferor | BKA419 | 0.10 | 113.00 |
| 06/03/26 | JTC | Review email from Devin Bray re: Vestis; request advise if are still agreeable to resolve the objection to Vestis' claim by email; advise deadline to file a response is June 16, and need to retain local counsel if necessary to file a formal response | BKA419 | 0.10 | 113.00 |
| 06/08/26 | JTC | Draft email to P. Giordano of Cozen re: Miller v. Veeva and receipt of info from Turner Falk concerning adjournment and new date for the forthcoming agenda. | BKA419 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from P. Giordano re: confirm provided G. Loomis, S. Williams (Philadelphia Claims) with as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on June 12, 2026 | BKA419 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review email from P. Giordano re: confirm provided D. Bray and S. Schwager (Vestis) with as-filed copy of the Notice of Agenda for Matters Scheduled for Hearing on June 12, 2026 | BKA419 | 0.10 | 113.00 |
| 06/12/26 | SEF | Phone call with J. Carroll re potential settlement with Argo re the Henderson Constructors claim | BKA419 | 0.30 | 277.50 |
| 06/15/26 | JTC | Review email from Devin Bray re: Vestis; request advise what date will be extending Vestis' objection deadline to; also request advise when you expect to have a response to the information provided | BKA419 | 0.10 | 113.00 |
| 06/16/26 | JTC | Review and respond to email from L. Hogewood, atty. for Akorn AG re: resolution of claim proposal | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/17/26 | JTC | Review and respond to email from B. Homony, Trustee accountant re: detailed analysis of proposed settlement of Akorn AG claim | BKA419 | 0.30 | 339.00 |
| 06/17/26 | JTC | Review email from L. Hogewood, atty. for Akorn AG (2nd) re: acknowledgment of proposal; hold off on motion pending response from Akorn AG | BKA419 | 0.20 | 226.00 |
| 06/17/26 | JTC | Review email from Trustee Miller re: distribution motion; change of creditor addresses issue | BKA419 | 0.10 | 113.00 |
| 06/17/26 | JTC | Review email from L. Hogewood (1st) re: inquiry on percentage of anticipated distrib. on Akorn AG claim | BKA419 | 0.10 | 113.00 |
| 06/17/26 | JTC | Review email from B.Homony, Trustee accountant re: Akorn AG; projected distribution percentage | BKA419 | 0.10 | 113.00 |
| 06/17/26 | JTC | Telephone conference with B. Homony (TTE's accountant) re: Akorn AG; resolution of claim; method to proceed | BKA419 | 0.20 | 226.00 |
| 06/17/26 | JTC | Review email from TTE Miller re: Hain Capital; confirm advised Rachel Krause to review the status of the addresses on Hain Capital proofs of claims; if have not file amended proofs of claims for the new address, request do so. | BKA419 | 0.10 | 113.00 |
| 06/17/26 | SEF | Reviewing and responding to email from J. Carroll re resolution with Argo of Trustee's objection to Pyramid Air Conditioning claim and of the parties' dispute over the asserted secured status of the Henderson Constructors claim (.2); reviewing the terms of those resolutions and the parties' communications re same (.3) | BKA419 | 0.50 | 462.50 |
| 06/18/26 | JTC | Review email from Gunjan Devani of Akorn AG re: counteroffer on Akorn AG claim settlement | BKA419 | 0.10 | 113.00 |
| 06/19/26 | JTC | Review email from Bill Homony (TTE's accountant) re: confirm advised Gunjan Devnani TTE's counteroffer | BKA419 | 0.10 | 113.00 |
| 06/19/26 | JTC | Review email from TTE Miller re: Hain; advise is concerned the order will have a different payee | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/26 | JTC | Telephone conference with TTE Miller re: Hain assignment claims and filings related thereto | BKA419 | 0.20 | 226.00 |
| 06/19/26 | JTC | Review and respond to email from TTE Miller re: Hain claim amendments and disbursements | BKA419 | 0.20 | 226.00 |
| 06/22/26 | DD | Call with J. Carroll regarding Hain Capital's inquirty regarding the acquisition and amendment of its claim. | BKA419 | 0.20 | 157.00 |
| 06/22/26 | DD | Review email from Hain Capital and email same to M. Benedek. | BKA419 | 0.10 | 78.50 |
| 06/22/26 | DD | Call with Hain Capital regarding its acquisition and amendment of claims. | BKA419 | 0.20 | 157.00 |
| 06/22/26 | JTC | Review email from Gunjan Devnani of K&L Gates re: Akorn AG Settlement Discussions; advise has discussed Trustee’s counteroffer with client, and they have authorized to accept the Trustee’s proposal to allow Akorn AG a general unsecured claim in the amount of $18.5 million; to facilitate moving this resolution forward, request send stipulation; their client authorized acceptance of the reduced amount with the expectation that the settlement will proceed promptly through court approval and payment; advise if it would be easier, request direct them to a recently filed stipulation that reflects the form the Trustee intends to use, and can prepare a draft tailored to this settlement for TTE's review. | BKA419 | 0.10 | 113.00 |
| 06/22/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Akorn AG Settlement Discussions; confirm advised Gunjan Devnani that Cozen O'Connor will draft and circulate a draft stipulation providing for the agreed upon terms | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/26 | JTC | Review and respond to email from Lee Hogewood re: Akorn AG Settlement Discussions; advise prompt payment of the 69.2% is a critical piece of this and how persuaded them to take the deal; advise realizes can not control what the court does, but thinks there's an omnibus hearing date on around July 24; in the unlikely event someone objects, it would be good to have that date set for this | BKA419 | 0.20 | 226.00 |
| 06/22/26 | JTC | Draft email to Simon Fraser of Cozen re: Akorn AG Settlement Discussions; request draft the 9019 motion for the settlement referenced on Akorn AG claim so that can get filed and serve to hit the July 24th hearing date; request confirm can prepare | BKA419 | 0.10 | 113.00 |
| 06/22/26 | JTC | Review email from Simon Fraser of Cozen re: Akorn AG Settlement Discussions; confirm will draft the 9019 motion for the settlement to enable to hit 7/24 hrg. date | BKA419 | 0.10 | 113.00 |
| 06/22/26 | JTC | Review email from Jonah Eber re: Hain Capital; recap conversation had with Dave Doyle of Cozen in connection with an address change for Hain transferred claims in Akorn, inadvertently filed motions to amend our proofs of claim at D.I. 1614–1625; advised the amended POCs have since been entered correctly in the claims register, so those motions are now moot, and are just seeking clarification on whether should withdraw the motions; provide the sequence of events leading up to the erroneous filings | BKA419 | 0.20 | 226.00 |
| 06/22/26 | JTC | Review email from Dave Doyle of Cozen re: Hain Capital; confirm provided Marla Benedek of Cozen with info / sequence of events from Hain Capital to enable to address Trustee inquiry on payment | BKA419 | 0.10 | 113.00 |
| 06/22/26 | JTC | Review email from Marla Benedek of Cozen re: Hain Capital; receipt of info / sequence of events from Hain Capital; coordination of call to discuss | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/26 | SEF | Reviewing and responding to email from J. Carroll re preparation of 9019 motion for resolution of dispute with Akorn AG over its claim | BKA419 | 0.10 | 92.50 |
| 06/23/26 | DD | Call with M. Benedek regarding claims asserted by Hain Capital. | BKA419 | 0.20 | 157.00 |
| 06/23/26 | JTC | Review email from Devin Bray re: Vestis Services, LLC; follow up on date that will be extending Vestis' objection deadline to; request advise when expect to have a response to the information we provided | BKA419 | 0.10 | 113.00 |
| 06/23/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: communication received from Devin Bray concerning Vestis Services, LLC; request advise status of claim | BKA419 | 0.20 | 226.00 |
| 06/24/26 | JTC | Review email from Gunjan Devnani re: Akorn AG Settlement Discussions; advise following up on the draft stipulation regarding the agreed resolution of Akorn AG's claim; request advise when can expect to see a draft | BKA419 | 0.10 | 113.00 |
| 06/24/26 | JTC | Review and respond to email from Simon Fraser re: Akorn AG; status of stipulation; instruct to respond to counsel for Akorn AG | BKA419 | 0.20 | 226.00 |
| 06/24/26 | SEF | Reviewing Akorn AG's claim and terms of settlement in principle reach by the parties | BKA419 | 0.30 | 277.50 |
| 06/26/26 | JTC | Preliminary review email from Simon Fraser of Cozen with attachment re: draft Stipulation Between Trustee and Akorn AG Resolving Claim | BKA419 | 0.30 | 339.00 |
| 06/26/26 | SEF | Preparing draft of stipulation with Akorn AG resolving its asserted claim (1.5); preparing email to J. Carroll re same (.1) | BKA419 | 1.60 | 1,480.00 |
| 06/28/26 | JTC | Review email from Gaston Loomis re: Philadelphia Claims Objection; request advise if can push this 6/30 objection deadline back; advise the aim is to allow additional time for TTE to gather clarity on the Pharma bonds which should then permit the parties to resolve the claims objection consensually | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/26 | JTC | Review email from Gaston Loomis with attachments re: Philadelphia Claims Objection/Proposed Stipulation; request have call to discuss proposal for resolving; advise thinks are prepared to work on a form of Stipulation similar to the (attached) but need another 30 days or so to talk through the issues that pertain to this case. | BKA419 | 0.30 | 339.00 |
| 06/29/26 | JTC | Review email from Lee Hogewood re: Akorn AG settlement discussions; confirm receipt of draft Settlement Stipulation; advise looks fine, but was thinking of adding some “whereas” language to the effect that Sentiss bought the equity in Akorn AG as the high bidder at the court approved sale/auction, that the sale of the equity was approved by the bankruptcy court, and in that capacity as the new owner Sentiss caused Akorn AG to file the POC and then recite the history of the name change so that the payment goes to the correctly named new entity Optapharm; advise thinks including that additional history may cut off a host of questions about whether this is the debtor/trustee paying itself or a related entity a big sum of money; if there is a reason for not including those additional details, then would certainly defer to JTC and the trustee | BKA419 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review email from Lee Hogewood with attachment re: Akorn AG; provide revised Stipulation for review and comment; still must review with client | BKA419 | 0.20 | 226.00 |
| 06/29/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Stipulation with Akorn AG; confirm receipt of proposed revised Stipulation resolving the claim of Akorn AG in redline; advise comments | BKA419 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review and respond to email from Lee Hogewood re: Akorn AG; coordination of call for today; advise of availability | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/26 | JTC | Draft email to TTE Miller with attachment re: Stipulation with Akorn AG; provide proposed revised Stipulation resolving the claim of Akorn AG in redline; advise the revisions address the change of name by Akorn AG to Opthtapharm AG and are aimed at facilitating a distribution via wire; the (attached) revised Stipulation is subject to review by Opthtapharm AG and their counsel Lee Hogewood anticipates their approval in the morning; advise JTC approves of the revised Stipulation; request confirm that are authorized to proceed with the execution of the revised Stipulation and the filing of a 9019 motion to approve same. | BKA419 | 0.20 | 226.00 |
| 06/29/26 | JTC | Telephone conference with Lee Hogewood re: Akorn AG stipulation; explain rationale for JTC prepared charges | BKA419 | 0.30 | 339.00 |
| 06/29/26 | JTC | Draft email to Lee Hogewood with attachment re: Akorn AG; provide proposed draft of the Settlement Stipulation with Akorn AG; advise the proposed Settlement Stipulation remains subject to the Trustee's review and final approval; request provide with comments | BKA419 | 0.20 | 226.00 |
| 06/29/26 | JTC | Review and respond to email from Lee Hogewood re: Akorn AG; status of draft Stip.; JTC confirm will provide draft today | BKA419 | 0.10 | 113.00 |
| 06/29/26 | JTC | Draft email to Lee Hogewood and Gunjan Devnani re: Akorn AG; confirm receipt of L. Hogewood info on idea of "whereas" language; JTC advise such a recitation could be somewhat of a double edge sword providing ammo on issue of adequacy of consideration; advise if want to insert a short and concise statement merely indicating that Akorn AG equity was acquired in bankruptcy court sale by Sentiss and name changed to deflect from argument that the Trustee is simply paying another estate, request send proposed language | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/29/26 | JTC | Review email from TTE Miller with attachment re: Akorn AG Stipulation; question as to how should describe the 69.2% calculation as well as one substantial re-write; advise JTC can submit with or with TTE's suggested changes. | BKA419 | 0.10 | 113.00 |
| 06/29/26 | JTC | Review email from Simon Fraser of Cozen re: Akorn AG; confirm will prepare a 9019 motion to approve Stipulation | BKA419 | 0.10 | 113.00 |
| 06/29/26 | JTC | Draft email to Simon Fraser of Cozen re: Akorn AG settlement discussions; advise in anticipation of Lee Hogewood sending us a change but still wanting to hit the July hearing date, if have not already done, request prepare a 9019 motion to approve the Stipulation | BKA419 | 0.10 | 113.00 |
| 06/29/26 | SEF | Reviewing emails from W. Homony and Trustee re draft of stipulation with Akorn AG | BKA419 | 0.20 | 185.00 |
| 06/29/26 | SEF | Reviewing emails from counsel for Akorn AG re draft of settlement stipulation (.1); reviewing and responding to emails from J. Carroll re same and re preparation of 9019 motion (.1) | BKA419 | 0.20 | 185.00 |
| 06/30/26 | JTC | Telephone conference with Gaston Loomis re: Philadelphia Claims Objection/Proposed Stipulation;negotiate resolution | BKA419 | 0.30 | 339.00 |
| 06/30/26 | JTC | Draft email to Gaston Loomis re: coordination of call for today (Philadelphia Claims Objection/Proposed Stipulation) | BKA419 | 0.10 | 113.00 |
| 06/30/26 | JTC | Draft email to Scott Williams and Gaston Loomis re: Philadelphia Claims Objection/Proposed Stipulation; advise in follow-up to our conversation, will adjourn the hearing on the objection until August 13th and hereby grant an extension of the deadline for response until August 7th at 5:00PM (ET) | BKA419 | 0.10 | 113.00 |
| 06/30/26 | JTC | Review email from Lee Hogewood re: Akorn AG; confirm receipt of JTC info and timing of filing 9019 | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/30/26 | JTC | Review and respond to email from Lee Hogewood re: Akorn AG; JTC confirm working on a 9019 motion to be filed prior to the holiday so as to hit 7/24 hrg. date | BKA419 | 0.20 | 226.00 |
| 06/30/26 | JTC | Review and respond to email from Devin Bray re: Objection to Claim / Vestis; request advise what date will be extending Vestis' objection deadline to; JTC advise adjourning hearing until August 13th and extending deadline for response until August 7th at 5:00PM (ET); will respond to info which was provided next week after the holiday | BKA419 | 0.20 | 226.00 |
| 06/30/26 | JTC | Telephone conference with Jonah Eber of Hain Capital re: transfer of claims issues | BKA419 | 0.20 | 226.00 |
| 06/30/26 | JTC | Review email from Lee Hogewood with attachment re: Akorn AG; advise his client has signed off on the version as circulated by him yesterday; advise the only additional change is that has corrected the spelling of Opthapharm in one paragraph; advise if these changes are acceptable, then request "accept" them and it is ready to file | BKA419 | 0.20 | 226.00 |
| 06/30/26 | SEF | Reviewing email and attached final draft of stipulation from counsel for Akorn AG | BKA419 | 0.10 | 92.50 |
| 07/01/26 | JTC | Review email from Gaston Loomis re: Philadelphia Claims Objection; confirm receipt of info that will adjourn hrg. to 8/13 | BKA419 | 0.10 | 113.00 |
| 07/01/26 | JTC | Review and respond to email from Simon Fraser of Cozen re: Akorn AG; status of draft 9019 motion | BKA419 | 0.10 | 113.00 |
| 07/01/26 | SEF | Preparing 9019 motion for settlement with Akorn AG | BKA419 | 3.30 | 3,052.50 |
| 07/01/26 | SEF | Phone call with J. Carroll re draft of 9019 motion for approval of stipulation with Akorn AG | BKA419 | 0.10 | 92.50 |
| 07/02/26 | JTC | Review and respond to email from Shaina Carney of Cozen with attachments re: as-filed Motion and COS | BKA419 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review and respond to email from Simon Fraser of Cozen with attachment re: Akorn AG; provide draft 9019 motion for JTC review and comment; JTC authorize to proceed to file and serve today | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/26 | JTC | Review email from Simon Fraser of Cozen with attachment re: Stipulation with Akorn AG for review and comment (Exhibit A to the 9019 Motion) | BKA419 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review email from Simon Fraser of Cozen re: Akorn AG; confirm receipt of JTC info on Settlement Stipulation / JTC comments | BKA419 | 0.10 | 113.00 |
| 07/02/26 | JTC | Draft detailed email to Simon Fraser of Cozen with attachment re: Akorn AG; coordination of accepting changes to Settlement agreement for use in preparing 9019; additional changes to be made | BKA419 | 0.30 | 339.00 |
| 07/02/26 | JTC | Review and approve filing of final revised version of Motion to Approve Compromise under Rule 9019 Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG); Hearing scheduled for 7/24/2026; Objections due by 7/17/2026 | BKA419 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review and respond to email from Simon Fraser of Cozen re: Akorn AG; confirm receipt of JTC authorization to proceed to file and serve today; JTC request to be sure to serve Lee Hogewood, counsel for Akorn AG n/k/a Opthtapharm AG | BKA419 | 0.20 | 226.00 |
| 07/02/26 | JTC | Review detailed email from Marla Benedek of Cozen with attachments re: claim assignments; advise all of the recent amendments to claims filed by Hain were amendments of claims that were transferred to Hain back in 2023; the claims register notes that the transfers occurred back in 2023; confirm has reviewed the (attached) claims register and the ones for the other two debtors; it appears that all transferred claims listed in the Fourth Distribution Order properly reflect the transferee’s name and address for payment; advise this is true for the claims transferred to Hain and the claims transferred to other entities | BKA419 | 0.30 | 339.00 |
| 07/02/26 | JTC | Review and approve filing of Certificate of Service of Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG) | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/26 | SEC | Review and finalize 9019 Motion for Settlement with Akorn AG and supporting documents to same, and draft and finalize Certificate of Service | BKA419 | 1.20 | 420.00 |
| 07/02/26 | SEF | Reviewing and revising draft of 9019 motion (.3); reviewing and responding to emails from J. Carroll re same (.2) | BKA419 | 0.50 | 462.50 |
| 07/14/26 | JTC | Review and respond to email from Devin Bray re: Vestis Services, LLC; status | BKA419 | 0.20 | 226.00 |
| 07/17/26 | JTC | Review email from Gaston Loomis with multiple attachments re: form bond release letters; provide proposed letters to send out requesting releases and/or information on any outstanding claims for each of the Pharma bonds; request and confirm will submit in substantially similar form; upon mailing, request also provide copies | BKA419 | 0.50 | 565.00 |
| 07/20/26 | JTC | Review email from Devin Bray re: Vestis; status on claim allowance | BKA419 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Lee Hogewood re: Akorn AG; confirm receipt of JTC info; will get letter ready to go | BKA419 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review and authorize filing final version of Certificate of No Objection Certificate of No Objection Regarding Motion of George L. Miller, Chapter 7 Trustee, for Entry of Order Approving Settlement With Akorn AG | BKA419 | 0.20 | 226.00 |
| 07/22/26 | JTC | Review now entered Order Granting Trustee's Motion for Entry of Order Approving Settlement With Akorn AG (n/k/a Opthtapharm AG) | BKA419 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Shaina Carney re: confirm CNO on Trustee's Motion for Order Approving Settlement With Akorn AG has been filed | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/26 | JTC | Review and respond to email from Lee Hogewood re: Akorn AG settlement; status of entry of Order / coordinating wire instructions; JTC advise have filed today the Certificate of No Objection to the 9019 motion and uploaded the Order; just waiting for Order approving to be entered and permission to cancel Friday's hearing; advise wires are recently getting so challenging due to fraud, may suggest that send a letter and email directly (with copy to JTC) to the Trustee with wire instructions | BKA419 | 0.20 | 226.00 |
| 07/22/26 | SEF | Reviewing order entered by court today approving Trustee's settlement with Akorn AG (n/k/a Opthtapharm AG) | BKA419 | 0.10 | 92.50 |
| 07/28/26 | JTC | Review email from Devin Bray re: Vestis Services, LLC; request advise when can expect a response to the information provided | BKA419 | 0.10 | 113.00 |
| 07/29/26 | JTC | Review email from Scott Williams re: Philadelphia Indemnity; status | BKA419 | 0.10 | 113.00 |
| 07/30/26 | JTC | Telephone conference with Devin Bray re: Vestis; status | BKA419 | 0.20 | 226.00 |
| 07/30/26 | JTC | Review email from Devin Bray re: Vestis; status | BKA419 | 0.10 | 113.00 |
| 07/31/26 | JTC | Draft email to Devin Bray and Sheila Schwager re: Vestis; request advise as whether client is amenable to settle the pending claims objection by the Trustee via a court-approved stipulation providing for an allowed unsecured claim of $2,367,323.60 subject to an express condition that no distribution will be made on the penalty damage portion of the claim in amount of $1,551,568 unless the estate makes distributions at the level of 11 U.S.C.726(a)(4); advise the instant settlement proposal remains subject to the Trustee's approval. | BKA419 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/31/26 | JTC | Review email from Sheila Schwager re: Vestis; request further extend the deadline to respond to August 28th; also, before can take this to the client, request advise what is the legal support by the Trustee as to why that amount under the terms of the contract, is not allowable to be paid as a general unsecured claim, with all other claims | BKA419 | 0.10 | 113.00 |
| 07/31/26 | JTC | Draft detailed email to Bill Homony (TTE's accountant) re: Vestis / proposal | BKA419 | 0.20 | 226.00 |
| 07/31/26 | JTC | Draft email to Sheila Schwager and Devin Bray re: Vestis; advise the portion of the claim in amount of $1,551,568 is for penalty damages not compensation for actual pecuniary loss and distribution on such damage claims pursuant to 11 U.S.C. 726(a)(4) can only be made after distribution to claims under 11 U.S.C. 726(a)(2); the requested extension is granted. | BKA419 | 0.20 | 226.00 |
| 07/31/26 | JTC | Review email from Sheila Schwager re: Vestis; confirm receipt of extension; will circle back | BKA419 | 0.10 | 113.00 |
| 08/04/26 | JTC | Review email from Fred Glass of Fair Harbor Capital re: advise Fair Harbor Capital, LLC has not received the promised distribution for the Source One claim; request advise status | BKA419 | 0.10 | 113.00 |
| 08/05/26 | JTC | Draft email to Gaston Loomis re: confirm have sent out the letters on the various pharma bonds and are awaiting responses; will further extend Friday deadline for his client | BKA419 | 0.20 | 226.00 |
| 08/12/26 | JTC | Draft email to Bill Homony (TTE's accountant) re: Vestis Services, LLC; request advise what is the percentage that we have paid out on allowed GUC claims to date; needed for settlement negotiations | BKA419 | 0.10 | 113.00 |
| 08/12/26 | JTC | Review email from Bill Homony (TTE's accountant) re: Vestis Services, LLC; advise requested percentage that we have paid out on allowed GUC claims to date (69.2%) | BKA419 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/12/26 | JTC | Review and respond to email from Devin Bray re: Vestis Services, LLC re: request advise what is the estimated percentage of payouts for unsecured creditors; JTC advise the current estimated percentage distribution on allowed unsecured claims is 69.2% | BKA419 | 0.20 | 226.00 |
| 08/17/26 | JTC | Draft email to Marla Benedek of Cozen re: Objection to Claim / Vestis; coordination of meeting / call to discuss research on issue as relates to 726(a)(4) on issue of whether the proposed liquidated damages portion of the claim although allowable would only be distributable at fourth distribution under 726(a)(4) level because are not for “actual pecuniary loss” | BKA419 | 0.20 | 226.00 |
| 08/17/26 | JTC | Telephone conference with Marla Benedek of Cozen re: issue with Vestis claims; need for research | BKA419 | 0.10 | 113.00 |
| 08/17/26 | JTC | Draft email to Simon Fraser re: Vestis; coordination of research on issue as relates to 726(a)(4) whether the proposed liquidated damages portion of the claim although allowable would only be distributable at fourth distribution under 726(a)(4) level because are not for “actual pecuniary loss” | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/17/26 | JTC | Review detailed email from Devin Bray re: Vestis; advise Vestis has declined TTE's offer that the liquidated damages portion in Vestis's claim in the amount of $1,551,568 be treated as penalty under 11 U.S.C. 726(a)(4); advise Delaware contract law allows parties to agree to a good faith estimate of actual damages which may result from termination of a contract, and liquidated damages clauses are presumed valid; CRS Proppants LLC v. Preferred Resin Holding Company, LLC, 2016 WL 6094167, at *3 (Sup. Ct. Del. 2016); liquidated damage clauses are enforceable if the anticipated damages are difficult to ascertain, and the estimated damages are reasonably proportionate to the damages caused by the breach; Id.; In re Helios, 633 B.R. 115, 120 (Bankr. S.D.N.Y. 2021); advise penalties under section 726(a)(4) generally involve fines or similar obligations to governmental entities rather than to private parties; In re Helios, 633 B.R. at 123-24 (citing collection of cases); Vestis's liquidated damages has previously been litigated and held to be an enforceable liquidated damages clause; Aramark Uniform Servs. V. Meylan Enters., No. A-05-771 (May 29, 2007); advise this decision is attached for reference; because Vestis's liquidated damages clause is enforceable, it follows that the resulting damages are not a penalty under section 726(a)(4); see e.g. In re Helios, 633 B.R. at 123 | BKA419 | 0.30 | 339.00 |
| 08/17/26 | SEF | Reviewing and responding to email from J. Carroll re certain argument asserted by counsel for Vestis in connection with its asserted claim in the case | BKA419 | 0.10 | 92.50 |
| 08/18/26 | JTC | Review email from Marla Benedek of Cozen re: Vestis research on 726(a)(4) issue regarding interpretation of "damages not compensation for actual pecuniary loss suffered by the holder of such claim; coordination of discussion | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/20/26 | MSB | Reviewing/analyzing correspondence between J. Carroll and counsel to Vestis f/k/a Aramark in connection with response to claim objection (.2) research related to claim objection dispute (1.1) | BKA419 | 1.30 | 936.00 |
| 08/21/26 | JTC | Review email from Sheila Schwager re: Vestis Services, LLC; confirm receipt of JTC agreement to extend and status of review | BKA419 | 0.10 | 113.00 |
| 08/21/26 | JTC | Review email from Sheila Schwager re: Vestis; JTC advise still reviewing Devin's email and related case law; confirm will not take further action on the objection until at least 14 days after we respond to Devin's email which hopefully affords adequate time. | BKA419 | 0.10 | 113.00 |
| 08/21/26 | MSB | Continued research regarding 726(a)(4) claims in Pennsylvania | BKA419 | 0.20 | 144.00 |
| 08/24/26 | JTC | Review email from Gaston Loomis re: confirm receipt of requested letters JTC sent on 7/30/2026 on Phila. Indemnity Insurance Co. and Pharma Bonds | BKA419 | 0.10 | 113.00 |
| 08/24/26 | JTC | Draft email to Gaston Loomis with attachment re: provide requested letters sent on 7/30/2026 on Phila. Indemnity Insurance Co. and Pharma Bonds | BKA419 | 0.20 | 226.00 |
| 08/24/26 | JTC | Review email from Gaston Loomis re: letters sent out on Pharma Bonds; request provide copies | BKA419 | 0.10 | 113.00 |
| 08/25/26 | JTC | Telephone conference with M. Benedek re: status of research on 726(a)(4) issue with Vestis claims on penalty v. pecuniary loss language issue | BKA419 | 0.10 | 113.00 |
| 08/26/26 | JTC | Telephone conference with TTE Miller re: Trustee reports on discussion with equity concerning future distributions; claims review issue | BKA419 | 0.20 | 226.00 |
| 08/27/26 | MSB | Research related to objection to Vestis claim and informal response from Vestis, including 726(a)(4) issues; drafting memo email to J. Carroll re: same | BKA419 | 1.10 | 792.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/28/26 | JTC | Review email from Marla Benedek of Cozen with attachments re: Vestis claim; provide filed claim and the unredacted contract documents; also the 2007 Aramark state court case as well | BKA419 | 0.30 | 339.00 |
| 08/28/26 | JTC | Review detailed email from Marla Benedek of Cozen re: Vestis claim; outcome of research performed on subordination of liquidated claims | BKA419 | 0.40 | 452.00 |
| 08/28/26 | MSB | Reviewing research and drafting email memo to J. Carroll and S. Fraser providing analysis of legal arguments raised by Vestis in response to first omnibus claim objection | BKA419 | 1.30 | 936.00 |
| 08/31/26 | JTC | Review email from Devin Bray re: Vestis; status of review of proposal for claims allowance and case law | BKA419 | 0.20 | 226.00 |
| 08/31/26 | JTC | Review email from TTE Miller re: communications with John Sweeney of Akorn wherein advised Claims Objections and analyses are being administered in a process | BKA419 | 0.20 | 226.00 |
| 09/01/26 | MSB | Reviewing email from counsel to Vestis and drafting email to J. Carroll and S. Fraser re: same | BKA419 | 0.10 | 72.00 |
| 09/02/26 | JTC | Review detailed email from Simon Fraser of Cozen re: Objection to Claim / Vestis Services, LLC / Akorn Holding Company LLC D. Del. 23-10253; comments | BKA419 | 0.20 | 226.00 |
| 09/02/26 | SEF | Reviewing email from M. Benedek and attached caselaw re certain issues raised by counsel for Aramark Uniform & Career Apparel in response to Trustee's objection to its proof of claim and attached caselaw (.4); reviewing Aramark's proof of claim and back-up documents, including its contract with the debtors, and its calculations of its damages (.7); preparing lengthy email to M. Benedek and J. Carroll re proper calculation of Aramark's claim (.6) | BKA419 | 1.70 | 1,572.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/26 | JTC | Review email from Simon Fraser of Cozen re: Vestis claim; advise the bottom line for purposes of the POC at issue is that the Master Service Agreement between the claimant and Akorn, Inc. had a termination date of 12/18/23; at most, the liquidation damages under paragraph 9(c)(i) of the Master Service Agreement should be paragraph 9(c) be $602,570 | BKA419 | 0.10 | 113.00 |
| 09/03/26 | JTC | Review email from Marla Benedek of Cozen re: Vestis; advise the claim was filed by ARAMARK Uniform & Career Apparel, LLC f/k/a ARAMARK Uniform & Career Apparel, Inc.; the POC says other names the creditor used with the debtor include “Aramark Uniform Services;” the MSA says “ARAMARK UNIFORM SERVICES, a division of ARAMARK Uniform Career & Apparel, LLC;” addenda say “ARAMARK Cleanroom Services, LLC;” does not know about which Aramark entities may have been consolidated and transitioned into Vestis and who has the right to assert which claims, but the addenda seem to offer cleanroom services on the same provisions as the master services agreement except as amended by the terms of the addenda, without impacting the services contracted for under the master services agreement; they are separate; the MSA services would be subject to the 12 month renewal period while the cleanroom services were contracted to continue through January 2028. | BKA419 | 0.10 | 113.00 |
| 09/03/26 | JTC | Review email from Simon Fraser of Cozen re: Vestis Services, LLC; comments on Addenda | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/03/26 | JTC | Review follow-up email from Marla Benedek of Cozen re: Vestis; advise note that there are six locations on Schedule I to the Master Services Agreement, and can see from the unpaid pre-petition invoices that the cleanroom services were getting up to six or seven different invoices per week; the services not classified as cleanroom services were only seemingly getting up to three invoices per week; not sure if this relates to the closure of locations; but six different invoices per week seems indicative of billing for six locations. | BKA419 | 0.10 | 113.00 |
| 09/03/26 | JTC | Review detailed email from Marla Benedek of Cozen with attachments re: Vestis claim; comments on addenda; attach POC NO. 365.1 and Master Service Agreement dated 12.18.19 with Addendums dated 7.15.20 and 1.23.23 | BKA419 | 0.20 | 226.00 |
| 09/03/26 | JTC | Review email from Simon Fraser of Cozen re: Vestis; termination date / comments | BKA419 | 0.10 | 113.00 |
| 09/03/26 | MSB | Reviewing/analyzing Aramark/Vestis master services agreement and addenda to analyze issues identified (.6); drafting emails to S. Fraser discussing significant provisions of same (.2) | BKA419 | 0.80 | 576.00 |
| 09/03/26 | MSB | Continued emails with S. Fraser re Aramark/Vestis claim objection | BKA419 | 0.10 | 72.00 |
| 09/03/26 | SEF | Further reviewing Aramark Uniform's POC, master service agreement, and related documents, and its calculations of its claims (.4); reviewing emails from M. Benedek re Aramark's Uniform's asserted claims (.1); preparing additional lengthy email to M. Benedek and J. Carroll re same (.3) | BKA419 | 0.80 | 740.00 |
| 09/08/26 | JTC | Review and respond to email from Devin Bray re: Vestis; status of anticipated response; JTC advise consistent with our conversation last week, anticipate having a response this week | BKA419 | 0.10 | 113.00 |
| 09/08/26 | JTC | Review and respond to email from Marla Benedek of Cozen re: Vestis response and research results | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/08/26 | JTC | Telephone conference with Scott Cousins re: Galecium claim; inquiry on any anticipated proposed date for distribution; advise need to revisit | BKA419 | 0.10 | 113.00 |
| 09/08/26 | MSB | Drafting email to S. Fraser and J. Carroll re: Vestis claim objection | BKA419 | 0.10 | 72.00 |
| 09/11/26 | MSB | Call with S. Fraser re: response to Vestis (.2) reviewing draft email from S. Fraser to counsel to Vestis and providing comments (.2) | BKA419 | 0.40 | 288.00 |
| 09/11/26 | SEF | Phone call with M. Benedek re Trustee's objection to claim of Vestis (.2); reviewing Vestis' POC and attachments, and preparing email to J. Carroll and M. Benedek re strategy for possible resolution of Trustee's objection (.4) | BKA419 | 0.60 | 555.00 |
| 09/11/26 | SEF | Reviewing proof of claim of Aramark and attached documents, and other related documents, and preparing detailed email response to counsel for Aramark re its asserted claim | BKA419 | 2.20 | 2,035.00 |
| 09/15/26 | JTC | Telephone conference with Simon Fraser of Cozen re: Vestis objection; additional review and response; recommend strategy | BKA419 | 0.20 | 226.00 |
| 09/15/26 | JTC | Review email from Devin Bray re: Vestis; advise hoping to have answers to questions by the end of this week or beginning of next. | BKA419 | 0.10 | 113.00 |
| 09/17/26 | JTC | Review email from Gaston Loomis re: status of responses from any of the letters sent out on Pharma Bonds; also request advise status of new objection/hearing date for the claim objection; Loomis advises that as soon completed Stipulation discussed, will send to see if can resolve the issue of the collateral and the claim objection | BKA419 | 0.20 | 226.00 |
| 09/18/26 | JTC | Draft email to P. Giordano re: continued hearing date for claims objections; need to obtain | BKA419 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 09/18/26 | JTC | Review and respond to emails from P. Giordano re: need to relist matters which were continued to July 24th; apparently missed item 3 on the (attached) 5/15/26 agenda when we filed the next agenda; need discussion to get corrected | BKA419 | 0.20 | 226.00 |
| 09/23/26 | SEF | Reviewing and responding to email from counsel for Vestis re potential resolution of Trustee's claim objection | BKA419 | 0.10 | 92.50 |
| | | **Total Claims Review/Objections** | | **113.60** | **100,589.00** |
| 09/30/25 | JTC | Review email from Jill Deeney of Cozen re: confirm coordination of service of JNR Retention Application | BKA422 | 0.10 | 102.50 |
| 10/28/25 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Trustee’s Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 36.50 |
| 10/28/25 | JLD | Prepare draft Certificate of No Objection Regarding Trustee’s Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.20 | 73.00 |
| 10/28/25 | JTC | Review and approve filing final version of Certificate of No Objection Regarding Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 102.50 |
| 10/29/25 | JTC | Review and respond to email from Evan Miller re: fee apps..; JTC advise should file two separate applications; the contingent fees are straight-forward with little review required | BKA422 | 0.20 | 205.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/25 | JTC | Review email from Chambers re: request upload the eOrder for Certificate of No Objection Regarding Trustee's Motion for Entry of Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 102.50 |
| 10/30/25 | JTC | Review now entered Order Authorizing Employment and Compensation of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency | BKA422 | 0.10 | 102.50 |
| 11/06/25 | JLD | Prepare hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on November 14, 2025 | BKA422 | 0.20 | 73.00 |
| 11/06/25 | JTC | Review email from Evan Miller with attachments re: Saul Ewing A/R Interim Fee App.; provide two fee applications for review and approval to file; advise this one is the second contingency fee app for payment on the preference actions; also provide a zip file with the settlement orders that give rise to the contingency fees; also attach the expense exhibit; advise the lion's share of which is attributable to Crowe, the servicing company who has conducted international service for the various international defendants under the Hague Convention or other foreign procedures; advise the second of the two fee applications should be ready for review tomorrow, which is for the hourly fees on the Big 3 and other accounts receivable litigations. | BKA422 | 0.10 | 102.50 |
| 11/06/25 | JTC | Review email from Jill Deeney of Cozen re: confirm provided Chambers with hyperlinked Chapter 7 Professional Fee Application Index for matters scheduled for hearing on 11/14/2025 together with a copy of the underlying Fee Application. | BKA422 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/10/25 | JTC | Preliminary review of email from Evan Miller with attachments re: Saul Ewing A/R Interim Fee App.; provide the second of the two fee apps (i.e. the hourly app covering the Big 3 and other accounts receivable litigations); request advise if any issues with filing now | BKA422 | 0.30 | 307.50 |
| 11/14/25 | JTC | Telephone conference with E. Miller, Special Counsel re: submission of Saul Ewing fee application; Trustee request for JTC review | BKA422 | 0.10 | 102.50 |
| 11/18/25 | JTC | Review Motion to Limit Notice Regarding Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025, through October 31, 2025 and Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 11/18/25 | JTC | Draft email to Evan Miller re: Saul Ewing A/R Interim Fee App; confirm have reviewed fee application with Trustee Miller and TTE authorized JTC to advise to proceed to file it | BKA422 | 0.10 | 102.50 |
| 11/18/25 | JTC | Telephone conference with TTE Miller re: results of requested review of Saul Ewing fee application; Trustee instructs to advise Saul Ewing to proceed to file | BKA422 | 0.10 | 102.50 |
| 11/18/25 | JTC | Review Saul Ewing Special Counsel Fee Applications; determine nothing objectionable | BKA422 | 0.50 | 512.50 |
| 11/26/25 | JLD | Prepare and assemble document for filing; Fifth Interim Application for Compensation and Reimbursement of Expenses for Miller Coffey Tate LLP for the Period: 4/1/2025 to 9/30/2025 | BKA422 | 0.20 | 73.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/25 | JTC | Review email from Bill Homony (TTE's accountant) with attachments re: MCT's 5th interim fee application dated today for filing | BKA422 | 0.30 | 307.50 |
| 11/26/25 | JTC | Review and authorize filing final version of Interim Application for Compensation (Fifth) for Miller Coffey Tate LLP, Accountant, period: 4/1/2025 to 9/30/2025 Filed by Miller Coffey Tate LLP | BKA422 | 0.20 | 205.00 |
| 11/28/25 | JTC | Review Interim Application for Compensation of Ciardi Ciardi & Astin, Special Counsel to Chapter 7 Trustee for John Daniel McLaughlin Jr., Special Counsel, period: 6/1/2025 to 10/31/2025 | BKA422 | 0.10 | 102.50 |
| 12/05/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2025 Through October 31, 2025 and Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From March 1, 2025 Through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 12/08/25 | JLD | Review and acknowledge email from Evan Miller of Saul Ewing Trustee's special counsel confirming Cozen O'Connor will submit electronic fee application binder for fees listed for hearing on 12/19/2025 | BKA422 | 0.10 | 36.50 |
| 12/08/25 | JTC | Telephone conference with Jill Deeney of Cozen re: instruct to confirm to Evan Miller that will take care of submitting the fee application binder for all firms including Saul Ewing. | BKA422 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/08/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2025 Through October 31, 2025 and Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, the Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period From March 1, 2025 Through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 12/09/25 | JLD | Draft email to Marquietta Lopez and Claire Brady of Judge Owens Chambers providing hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on December 19, 2025 | BKA422 | 0.10 | 36.50 |
| 12/09/25 | JLD | Prepare hyperlinked summary index of professional fee applications for inclusion in fee application binder listed for hearing on December 19, 2025 | BKA422 | 0.40 | 146.00 |
| 12/09/25 | JLD | Prepare and assemble document for filing; e-file Certification of Service and service list thereto in connection with service of Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025 | BKA422 | 0.10 | 36.50 |
| 12/09/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025 | BKA422 | 0.30 | 109.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/09/25 | JTC | Review email from Jill Deeney re: Chambers confirmation of receipt of Chapter 7 Professional Fee Application Index for matters scheduled for hearing on 12/19/2025; the Court will reach out prior to the hearing with any questions | BKA422 | 0.10 | 102.50 |
| 12/09/25 | JTC | Review email from Jill Deeney re: confirm provided Chambers with hyperlinked Chapter 7 Professional Fee Application Index for matters scheduled for hearing on 12/19/2025. | BKA422 | 0.10 | 102.50 |
| 12/12/25 | JLD | Review and respond to email from Evan Miller of Saul Ewing Trustee's special counsel; advise when we transmitted the electronic fee binder for the 12/19 hearings to Chambers, we received an acknowledging email indicating “The Court will reach out prior to the hearing with any questions.” Confirm we haven’t received any communication from Chambers aside for the email. | BKA422 | 0.10 | 36.50 |
| 12/12/25 | JTC | Review email from Evan Miller re: fee binders; status of word from Chambers | BKA422 | 0.10 | 102.50 |
| 12/12/25 | JTC | Telephone conference with Jill Deeney re: inquiry from special counsel; no contact from Chambers; instruct to advise E. Miller of same | BKA422 | 0.10 | 102.50 |
| 12/12/25 | JTC | Review email from Jill Deeney of Cozen re: fee binders; status of word from Chambers; confirms advised Evan Miller that when we transmitted the electronic fee binder for the 12/19 hearings to Chambers, we received the (attached) email indicating “The Court will reach out prior to the hearing with any questions;” confirmed haven’t received any communication from Chambers aside for the (attached) email; advise typically when the Notice of Agenda is filed for the fee hearing is when we see activity by way of Orders being entered; however, see Judges Owens entered an Order approving E. Miller Motion to Limit Notice after the CNO was filed. | BKA422 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/15/25 | JTC | Review notice of filing Certificate of No Objection re: Second Interim Application or Compensation of Ciardi Ciardi & Astin, Special Counsel to Chapter 7 Trustee | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JLD | Draft email to Claire Brady of Judge Owens Chambers attaching as-filed copy of the Certificate of No Objection Regarding Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025 [D.I. 1538]; advise the proposed form of Order has now been uploaded. | BKA422 | 0.10 | 36.50 |
| 12/16/25 | JLD | Prepare and assemble document for filing; e-file Certification of No Objection regarding Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025; upload proposed Order | BKA422 | 0.10 | 36.50 |
| 12/16/25 | JLD | Prepare draft Certification of No Objection regarding Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025 | BKA422 | 0.30 | 109.50 |
| 12/16/25 | JTC | Review and authorize filing final version of Certificate of No Objection Regarding Fifth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from April 1, 2025 through September 30, 2025 | BKA422 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/25 | JTC | Review now entered Order Authorizing Payment and Approving Second Interim Application of Ciardi Ciardi & Astin for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to Chapter 7 Trustee for the period from June 1, 2025 through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review now entered Order Granting Sixth Interim Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review now entered Order Granting Fifth Interim (Second Contingent) Fee Application of Saul Ewing LLP, Special Counsel to George L. Miller, Chapter 7 Trustee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2025 Through October 31, 2025 | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review now entered Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review email from Chambers re: status of CNO for Interim Application for Compensation (Fifth) for Miller Coffey Tate LLP, Accountant, period: 4/1/2025 to 9/30/2025 | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Draft email to J. Deeney of Cozen re: status of CNO for Interim Application for Compensation (Fifth) for Miller Coffey Tate LLP, Accountant, period: 4/1/2025 to 9/30/2025 | BKA422 | 0.10 | 102.50 |
| 12/16/25 | JTC | Review email from J. Deeney of Cozen re: status of CNO for Interim Application for Compensation (Fifth) for Miller Coffey Tate LLP, Accountant, period: 4/1/2025 to 9/30/2025; confirms will file the CNO for MCT now and upload the Order | BKA422 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 05/14/26 | JTC | Review email from Evan Miller with attachment re: Third Contingency Fee App. - Saul Ewing for review and comment | BKA422 | 0.20 | 226.00 |
| 05/21/26 | JTC | Review and respond to proposed Interim Application for Compensation Sixth Interim (Third Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation And Reimbursement Of Expenses for Saul Ewing LLP, Trustee's Attorney, period: 11/1/2025 to 5/15/2026; confirm no issue with Saul Ewing filing Application | BKA422 | 0.30 | 339.00 |
| 05/21/26 | JTC | Review and respond to email from Evan Miller re: Third Contingency Fee App. - Saul Ewing; JTC confirm have no issue with E. Miller filing the 3rd contingency application provided that Trustee Miller has approved | BKA422 | 0.10 | 113.00 |
| 05/28/26 | JTC | Review Amended Application for Compensation Amended Seventh Interim (Third Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation And Reimbursement Of Expenses for Saul Ewing LLP, Trustee's Attorney, period: 11/1/2025 to 5/15/2026 | BKA422 | 0.30 | 339.00 |
| 06/03/26 | JTC | Preliminary review of email from John Reynolds (TTE's accountant) with attachments re: engagement of JNR Adjustment Co. for pursuit of the AR less than $10,000; attach the application for JNR in this case in which they are entitled to a 35% commission; has prepared the excel detailing the collections and amounts owed to them totaling $45,797.72; also has attached a copy of JTC's filing from the Interactive Health case; will need to do the same for this case; request advise if need to revise the analysis for filing. | BKA422 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/08/26 | JTC | Review Notice of Certificate of No Objection regarding Amended Seventh Interim (Third Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation And Reimbursement Of Expenses | BKA422 | 0.10 | 113.00 |
| 06/09/26 | JTC | Review now entered Order Granting Amended Seventh Interim (Third Contingent) Fee Application Of Saul Ewing LLP, Special Counsel To George L. Miller, Chapter 7 Trustee, For Allowance Of Compensation And Reimbursement Of Expenses for the Period from November 1, 2025 through May 15, 2026 | BKA422 | 0.10 | 113.00 |
| 06/10/26 | JTC | Review and respond to email from John Reynolds (TTE's accountant) re: JNR; status of motion for fees | BKA422 | 0.10 | 113.00 |
| 06/11/26 | JTC | Draft email to John Reynolds (TTE's accountant) re: advise have assigned Marla Benedek to prepare the JNR fee motion; will circulate early next week | BKA422 | 0.10 | 113.00 |
| 06/11/26 | JTC | Draft email to Marla Benedek of Cozen with multiple attachments re: advise he Trustee in Akorn engaged JNR Adjustment Co. for pursuit of the AR less than $10,000; provide the employment application for JNR in Akorn under which they are entitled to a 35% commission; advised the Trustee’s accountants prepared the (attached) excel spreadsheet detailing the collections and amounts owed to them totaling $45,797.72; also attach a template a copy of our JNR fee motion in Interactive; request prepare a similar motion for Akorn to get JNR paid | BKA422 | 0.30 | 339.00 |
| 06/15/26 | JTC | Review email from Marla Benedek re: JNR; will prepare notice to get JNR paid in accord with JTC instructions and order | BKA422 | 0.10 | 113.00 |
| 06/15/26 | JTC | Telephone conference with Marla Benedek re: JNR; preparation of notice to get JNR paid; instruct to double check exhibits with Trustee acct. before file | BKA422 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/18/26 | JTC | Review and respond to email from Marla Benedek of Cozen with attachment re: Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee for review and comment; JTC instruct to send to TTE Miller and Jack Reynolds (TTE's accountant) and ask them to confirm accurate | BKA422 | 0.20 | 226.00 |
| 06/18/26 | JTC | Review email from Marla Benedek of Cozen re: Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee; confirm receipt of JTC instruction and will send to TTE Miller and Jack Reynolds (TTE's accountant) and ask them to confirm accurate | BKA422 | 0.10 | 113.00 |
| 06/18/26 | JTC | Review email from Jack Reynolds (TTE's accountant) re: Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee; confirm information is correct | BKA422 | 0.10 | 113.00 |
| 06/18/26 | MSB | Drafting email to Trustee and J. Reynolds, providing copy of draft Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee, and requesting review, comment, and authorization to file | BKA422 | 0.10 | 72.00 |
| 06/18/26 | MSB | Preparing Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee and related Certificate of Sevice (.9) transmitting to J. Carroll and P. Giordano for review and filing with comments (.1) | BKA422 | 1.00 | 720.00 |
| 06/19/26 | JTC | Review email from TTE Miller re: Commission Notice of JNR Adjustment Company, Inc.; confirm authorized to file revised Commission Notice | BKA422 | 0.10 | 113.00 |
| 06/19/26 | JTC | Review email from John Reynolds (TTE's accountant) re: Commission Notice of JNR Adjustment Company, Inc.; confirm revised Commission Notice | BKA422 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/26 | JTC | Review email from Marla Benedek of Cozen re: Commission Notice of JNR Adjustment Company, Inc.; confirm receipt of revised schedule; has incorporated the changes; also confirm provided TTE Miller with revised Commission Notice; request advise if authorized to file and serve this revised notice. | BKA422 | 0.10 | 113.00 |
| 06/19/26 | JTC | Review email from John Reynolds (TTE's accountant) with attachment re: Commission Notice of JNR Adjustment Company, Inc.; advise as a follow up to our call and TTE Miller's office pointing out that the Retina Vitreous check for $21,600 had bounced; attach the revised schedule omitting that collection; advise updated totals; advise also updated the amount collected column for 2 customers in which the Trustee collected funds and JNR collected funds; advise previously had the total collections and not just the JNR portions | BKA422 | 0.20 | 226.00 |
| 06/19/26 | JTC | Review email from TTE Miller re: Commission Notice of JNR Adjustment Company; TTE inquires if can pay on the Notice or if needs a Court Order | BKA422 | 0.10 | 113.00 |
| 06/19/26 | JTC | Review email from Marla Benedek of Cozen re: confirm advised TTE Miller that once TTE authorizes us to file the JNR notice, we will file it, then there will be a ten-day objection period; if there are no objections filed or raised during that time, then TTE will be authorized to pay it after expiration of the objection deadline | BKA422 | 0.10 | 113.00 |
| 06/19/26 | MSB | Call with J. Reynolds from MCT regarding changes required for Commission Notice (.1) reviewing revised spreadsheet transmitted by J. Reynolds, revising draft Commission Notice, and transmitting to Trustee for review and authorization for filing (.2) | BKA422 | 0.30 | 216.00 |
| 06/19/26 | MSB | Continued email correspondence with Trustee regarding Commission Notice of JNR Adjustment Company, Inc. | BKA422 | 0.10 | 72.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/22/26 | MSB | Drafting email to J. Carroll regarding JNR Commission Notice | BKA422 | 0.10 | 72.00 |
| 06/23/26 | JTC | Review email from Marla Benedek of Cozen with attachments re: coordination of filing JNR Commission Notice | BKA422 | 0.20 | 226.00 |
| 06/23/26 | JTC | Review email from P. Giordano re: coordination of service of [D.I. 1627] Commission Notice of JNR Adjustment Company, Inc. as Accounts Receivable Collection Agency to the Trustee. | BKA422 | 0.10 | 113.00 |
| 06/23/26 | MSB | Finalizing JNR Commission Notice and transmitting to J. Carroll for review and authorization for filing; preparing service list and arranging service | BKA422 | 0.70 | 504.00 |
| 06/26/26 | MSB | Emails with J. Reynolds regarding JNR Commission Notice (.1) reviewing issues and directing additional email to contact at JNR (.1) | BKA422 | 0.20 | 144.00 |
| 06/30/26 | JTC | Review email from Bill Homony (TTE's accountant) re: advise will be sending over an interim fee application for Akorn that needs to be filed on Thursday in order to be heard at the July omnibus hearing date | BKA422 | 0.10 | 113.00 |
| 07/21/26 | JTC | Review and respond to email from Bill Homony (TTE's accountant) re: MCT Sixth Interim Fee Application; coordination of filing on 7/22 | BKA422 | 0.10 | 113.00 |
| 07/21/26 | JTC | Preliminary review of email from Bill Homony, TTE's accountant, with attachment re: MCT Sixth Interim Fee application for filing 7/22 | BKA422 | 0.40 | 452.00 |
| 07/22/26 | JTC | Review and approve filing of final version of Interim Application for Compensation Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2025 through May 31, 2026 for Miller Coffey Tate LLP, Accountant, period: 10/1/2025 to 5/31/2026 | BKA422 | 0.30 | 339.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 07/22/26 | JTC | Review and respond to email from Shaina Carney of Cozen re: confirm will proceed to file and serve the Sixth Interim Application for Compensation of Miller Coffey Tate LLP | BKA422 | 0.10 | 113.00 |
| 07/22/26 | JTC | Draft email to Shaina Carney of Cozen re: request proceed today to file and serve the Sixth Interim Application for Compensation of Miller Coffey Tate LLP; advise with regard to service, instruct to locate the COS and Service list used previously on their prior application | BKA422 | 0.10 | 113.00 |
| 07/22/26 | JTC | Review email from Shaina Carney re: coordination of service of MCT Fee Application | BKA422 | 0.10 | 113.00 |
| 07/22/26 | SEC | Review, revise and finalize Sixth Interim Fee Application of Miller Coffey Tate | BKA422 | 0.50 | 175.00 |
| 08/10/26 | JTC | Review and approve filing final version of Certificate of No Objection Certificate of No Objection Regarding Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2025 Through May 31, 2026 | BKA422 | 0.10 | 113.00 |
| 08/10/26 | JTC | Review email from Shaina Carney re: confirm per JTC instructions has now uploaded Order for MCT's Sixth Interim Fee Application | BKA422 | 0.10 | 113.00 |
| 08/10/26 | SEC | Review, revise and finalize Certificate of No Objection regarding MCT Fee Application | BKA422 | 0.20 | 70.00 |
| 08/11/26 | JTC | Review now entered Order Allowing Sixth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2025 Through May 31, 2026 | BKA422 | 0.10 | 113.00 |
| 08/11/26 | JTC | Draft email to Bill Homony (TTE's accountant) with attachment re: Order Allowing MCT's Sixth Interim Fee Application | BKA422 | 0.10 | 113.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| | | **Total Fee/Employment Applications** | | **14.80** | **12,942.00** |
| 01/27/26 | JTC | Review and respond to email from Simon Fraser re: Sandhya Goyal and inquiry from M. Olsen (WARN counsel); S. Fraser advise until the petition date, Sandhya Goyal was the Chief Scientific Officer of Akorn; advised does not see her name on the docket as a defendant in any related APs; JTC advise it may not be a 502(d) situation - certain of management filed multiple duplicative claims and/or claims for severance /bonus in incorrect amounts or against the wrong debtor; need to ask Bill Homony (TTE's accountant) as to the basis on which she was excluded. | BKA427 | 0.20 | 226.00 |
| 01/27/26 | JTC | Review email from Mary Olsen (WARN counsel) re: Second GUC distribution; advise was contacted today by Goyal, Sandhya (identified by the Trustee as one of the Section 502(d) Parties under the WARN Settlement); Ms. Goyal said she is unaware of any claims the estate may have against her and has not been advised by anyone that there may be claims against her; request advise if is possible she was mistakenly listed among the Section 502(d) Parties | BKA427 | 0.20 | 226.00 |
| 01/27/26 | SEF | Reviewing email from counsel for WARN Act claimants re certain claimant designated as a section 502(d) party (.1); preparing email to J. Carroll re same (.1) | BKA427 | 0.20 | 185.00 |
| 06/19/26 | JTC | Review email from Mary Olsen re: WARN entered Final Order; advise the Order granting the fourth interim GUC distribution was entered Tuesday; request advise status of when the Trustee plans to make the distribution; as before, in preparation for the distribution, request ask the Trustee to make the WARN check payable to AKORN WARN QSF; provide FedEx account info and request overnight check to provided address | BKA427 | 0.20 | 226.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 06/19/26 | JTC | Draft email to TTE Miller and Bill Homony (TTE's accountant) re: communication received from Mary Olsen re: WARN entered Final Order; need to address in context of distributions | BKA427 | 0.10 | 113.00 |
| 06/19/26 | JTC | Draft email to Trustee Miller with attachment re: Attorney Olson distribution inquiry on WARN claims | BKA427 | 0.10 | 113.00 |
| | | **Total Litigation** | | **1.00** | **1,089.00** |
| 10/02/25 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through 9/30/2025; current draft @300 pages | BKA428 | 1.50 | 547.50 |
| 10/03/25 | JLD | Prepare revisions to draft Third Interim Fee Application of Cozen O'Connor as Counsel to the Trustee to bring current through 9/30/2025 | BKA428 | 0.50 | 182.50 |
| 10/09/25 | JLD | Continue draft preparation Interim Application for Compensation Cozen O'Connor as Counsel to the Trustee; bring current through 9/30/2025; remove October 2025 time | BKA428 | 0.50 | 182.50 |
| 10/21/25 | JTC | Review time entries and approve for fee application for period thru 9/30/2025 | BKA428 | 1.20 | 1,230.00 |
| 10/21/25 | JTC | Draft revisions to fee application draft regarding matter no. 00574256, matter: Akorn Holding; identify work descriptions of new task performed during application period | BKA428 | 0.90 | 922.50 |
| 10/22/25 | JLD | Continue draft preparation of Cozen O'Connor Third Application for Allowance of Interim Compensation and for Reimbursement of Expenses as Counsel to the Trustee for the Period November 23, 2024 through September 30, 2025 | BKA428 | 2.00 | 730.00 |
| 10/23/25 | JLD | Prepare and assemble document for filing; e-file Cozen O'Connor Third Application for Allowance of Interim Compensation and for Reimbursement of Expenses as Counsel to the Trustee for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.20 | 73.00 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/23/25 | JLD | Continue draft preparation and finalization of Cozen O'Connor Third Application for Allowance of Interim Compensation and for Reimbursement of Expenses as Counsel to the Trustee for the Period November 23, 2024 through September 30, 2025 | BKA428 | 2.00 | 730.00 |
| 10/23/25 | JTC | Review and authorize filing final version of Interim Application for Compensation (Third) for Cozen O'Connor, Trustee's Attorney, period: 11/23/2024 to 9/30/2025 | BKA428 | 0.20 | 205.00 |
| 10/23/25 | JTC | Review email from Jill Deeney of Cozen with attachment re: summary chart prepared reflecting the Trustee's Motions for Interim Distributions (Administrative/Priority/General Unsecured) which have been approved to date; advise did not include the 3rd Motion to General Unsecured Claims as that has not been filed as of this writing; the total approved disbursements as reflected in the approved Orders | BKA428 | 0.20 | 205.00 |
| 10/24/25 | JLD | Prepare and assemble document for filing; e-file Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 36.50 |
| 10/24/25 | JLD | Prepare and assemble email service list and U.S. Mail service list in connection with service of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.20 | 73.00 |
| 10/24/25 | JLD | Prepare draft Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.30 | 109.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/24/25 | JLD | Coordinate email and U.S. Mail service of Notice and Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 36.50 |
| 10/24/25 | JTC | Review draft email and authorize J. Deeney, paralegal to proceed with service on applicable service parties re: as filed copy of as-filed copy of the Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 102.50 |
| 10/24/25 | JTC | Review and authorize filing of Motion to Limit Notice Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and for Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.20 | 205.00 |
| 11/02/25 | JLD | Prepare and assemble document for filing; e-file Certificate of Service Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 36.50 |
| 11/02/25 | JLD | Prepare draft Certification of Service and service list thereto in connection with service of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.20 | 73.00 |
| 11/12/25 | JLD | Prepare draft Certificate of No Objection Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.30 | 109.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/25 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025; upload proposed Order | BKA428 | 0.10 | 36.50 |
| 11/12/25 | JLD | Prepare draft Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.20 | 73.00 |
| 11/12/25 | JLD | Prepare and assemble document for filing; e-file Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025; upload proposed Order | BKA428 | 0.10 | 36.50 |
| 11/12/25 | JTC | Review and authorize filing of final version of Certificate of No Objection Regarding Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 102.50 |
| 11/12/25 | JTC | Review now entered Order Approving Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 102.50 |

| Date | Initials | Description of Services | Task Code | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/25 | JTC | Review now entered Order Order Approving Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Third Interim Compensation and Reimbursement of Expenses for the Period November 23, 2024 through September 30, 2025 | BKA428 | 0.10 | 102.50 |
| 11/12/25 | JTC | Review email from Jill Deeney of Cozen with attachments re: confirm provided Chambers with as-filed copy of the following Certificates of No Objections; confirm proposed Orders have been uploaded (Cozen Third Interim Compensation) | BKA428 | 0.10 | 102.50 |
| 02/13/26 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code from 9/30/25 through January 31, 2026 | BKA428 | 1.20 | 492.00 |
| 02/23/26 | JLD | Prepare draft Interim Fee Application of Cozen O'Connor as Counsel to the Trustee updating through the period of February 23, 2026 | BKA428 | 1.00 | 410.00 |
| 04/13/26 | JLD | Review and edit Cozen O'Connor time narratives including proper billing code through April 13, 2026 | BKA428 | 0.50 | 205.00 |
| 04/20/26 | JLD | Prepare updates to Interim Fee Application of Cozen O'Connor as Counsel to the Trustee to bring current through 4/20/2026 | BKA428 | 0.50 | 205.00 |
| 05/20/26 | JLD | Prepare updates to Interim Fee Application of Cozen O'Connor as Counsel to the Trustee; update through May 20, 2026 | BKA428 | 0.50 | 205.00 |
| | | **Total Cozen O'Connor Fee Application Preparation** | | **15.30** | **7,863.00** |

| | |
|---|---|
| **Total Hours Billed:** | **261.80** |
| **Total Amount Billed:** | **$ 230,690.00** |

## Time and Fee Summary

| Timekeeper | Rate | Hours | | Fees |
|---|---|---|---|---|
| Carroll III, J. | 1,025.00 | 31.20 | $ | 31,980.00 |
| Carroll III, J. | 1,130.00 | 123.40 | $ | 139,442.00 |
| Benedek, M. | 720.00 | 12.60 | $ | 9,072.00 |
| Doyle, D. | 785.00 | 0.90 | $ | 706.50 |
| Fraser, S. | 850.00 | 3.40 | $ | 2,890.00 |
| Fraser, S. | 925.00 | 21.40 | $ | 19,795.00 |
| Carney, S.E | 350.00 | 2.70 | $ | 945.00 |
| Deeney, J. | 365.00 | 28.50 | $ | 10,402.50 |
| Deeney, J. | 410.00 | 37.70 | $ | 15,457.00 |
| **Totals:** | | **261.80** | **$** | **230,690.00** |

| Task Code | Description | Hours | | Amount |
|---|---|---|---|---|
| BKA400 | Case Administration | 18.80 | $ | 12,373.00 |
| BKA401 | Business Operations | 3.60 | | 3,786.00 |
| BKA405 | Tax Matters, Tax Returns And Securities Matters | 8.70 | | 9,831.00 |
| BKA409 | Patent/Trademark Matters | 0.30 | | 339.00 |
| BKA410 | Preference/Fraudulent Transfer Claims Analysis and Related L | 8.10 | | 7,773.50 |
| BKA416 | Miscellaneous Motions And Related Pleadings | 66.90 | | 65,954.00 |
| BKA417 | Asset Disposition | 10.70 | | 8,150.50 |
| BKA419 | Claims Review/Objections | 113.60 | | 100,589.00 |
| BKA422 | Fee/Employment Applications | 14.80 | | 12,942.00 |
| BKA427 | Litigation | 1.00 | | 1,089.00 |
| BKA428 | Cozen O'Connor Fee Application Preparation | 15.30 | | 7,863.00 |
| | **Totals:** | **261.80** | **$** | **230,690.00** |