# EXHIBIT B

| Date | Disbursements | | Value |
|---|---|---|---|
| 09/30/25 | Vendor: Parcels, Inc. Invoice#: 1166365 Date: 9/30/2025 - - Parcels production center services - Serve one documents to 145 parties via first class mail. "1479" | $ | 808.16 |
| 10/07/25 | Vendor: Pacer Service Center (public Access To C; Invoice#: 6760670-Q32025; Date: 10/7/2025 | | 0.30 |
| 10/07/25 | Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q32025; Date: 10/7/2025 | | 20.00 |
| 10/07/25 | Vendor: Pacer Service Center (public Access To C; Invoice#: 3729745-Q32025; Date: 10/7/2025 | | 2.70 |
| 10/30/25 | Vendor: Parcels, Inc. Invoice#: 1171418 Date: 10/30/2025 - - Mailing service of 1 document to 144 parties via first class mail. "DI 1495" | | 181.68 |
| 12/03/25 | Vendor: Parcels, Inc. Invoice#: 1177163 Date: 12/3/2025 - - Service; MCT Fifth Fee App DI 1520; Trustee' 3rd GUC Distribution Motion DI 1521 | | 2,863.19 |
| 12/17/25 | Vendor: Parcels, Inc. Invoice#: 1179774 Date: 12/17/2025 - - Serve 1 document to 47 parties via first class mail | | 244.72 |
| 02/10/26 | Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q42025; Date: 2/10/2026 | | 16.00 |
| 02/27/26 | Vendor: Parcels, Inc. Invoice#: 1191520 Date: 2/27/2026 - - Bankruptcy Service of 1 document on 28 parties via first class mail. "DI 1564" | | 158.76 |
| 02/27/26 | Vendor: Parcels, Inc. Invoice#: 1191517 Date: 2/27/2026 - - Service; [D.I. 1564] First Omnibus Objection to Claim; [D.I 1565] Second Omnibus Objection to Claims | | 1,005.10 |
| 03/06/26 | Vendor: Parcels, Inc. Invoice#: 1192660 Date: 3/6/2026 - - Service; [D.I. 1565] Claimants; Second Omnibus Objection to Claims | | 64.44 |
| 04/07/26 | Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q12026; Date: 4/7/2026 | | 30.70 |
| 05/28/26 | Vendor: Parcels, Inc. Invoice#: 1206892 Date: 5/28/2026 - - Bankruptcy Service of 1 document on 425 parties via first class mail "DI 1595" | | 2,821.58 |
| 07/07/26 | Vendor: Parcels, Inc. Invoice#: 1213933 Date: 7/7/2026 - - Bankruptcy Service of 1 document on 32 parties via first class mail "DI 1632" | | 169.08 |
| 07/07/26 | Vendor: Pacer Service Center (public Access To C; Invoice#: 2527908-Q22026; Date: 7/7/2026 | | 19.00 |
| 07/07/26 | Vendor: Pacer Service Center (public Access To C Invoice#: 4719468-Q22026 Date: 7/7/2026 - - Bankruptcy docket search / pleadings review | | 41.90 |

| Date | Disbursements | Value |
|---|---|---|
| 07/27/26 | Vendor: Parcels, Inc. Invoice#: 1217543 Date: 7/27/2026 - - Bankruptcy Service of 1 document on 134 parties via first class mail "Akorn - Sixth Interim Fee Application" | 1,664.52 |
| | **Total Disbursements:** | **$ 10,111.83** |