**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Objection Deadline: December 11, 2026 at 4:00 p.m. ET**<br>**Hearing Date: December 18, 2026 at 10:00 a.m. ET** |

**NOTICE OF MOTION TO LIMIT SERVICE OF NOTICE REGARDING APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2025, THROUGH SEPTEMBER 24, 2026**

**PLEASE TAKE NOTICE** that Cozen O'Connor, counsel to Geroge L. Miller, the Trustee in the above matter (the "Trustee") filed a *Motion to Limit Service of Notice of Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Fourth Interim Compensation and for Reimbursement of Expenses for the Period October 1, 2025 through September 24, 2026* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and Cozen O'Connor on or before **December 11, 2026 at 4:00 p.m.** (Eastern Time). (the "Objection Deadline"). If no objections are timely filed in accordance with the above procedures, Cozen O'Connor shall file a Certificate of No Objection with the Bankruptcy Court.

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23- 10255.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedures, a hearing on the Motion will be held on **December 18, 2026 at 10:00 a.m.** (Eastern Time) before the Honorable Karen B. Owens, Chief United States Bankruptcy Court Judge, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Only those objections made in writing, timely filed, and served in accordance with the above procedures will be considered at said hearing.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 23, 2026

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*