**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al* [1]<br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered)<br><br>**Related Doc. No. 1679** |

**CERTIFICATE OF SERVICE REGARDING APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF FOURTH INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2025 THROUGH SEPTEMBER 24, 2026**

I, John T. Carroll, III, counsel to George L. Miller, the duly appointed chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors" or "Estates"), hereby certify that on November 23, 2026 the *Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Fourth Interim Compensation and Reimbursement of Expenses for the Period October 1, 2025 through September 24, 2026* [D.I. 1679] (the "Cozen Fourth Interim Fee Application") was electronically filed with the Court using the Court's Case Management/Electronic Case Files system ("CM/ECF").

Notification of filing the Cozen Fourth Interim Fee Application was provided by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system to all parties receiving notifications through CM/ECF in the above-captioned Estates.

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255. The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

In accordance with the *Motion to Limit Service of Notice Regarding Application of Cozen O'Connor as Counsel to the Trustee for Allowance of Fourth Interim Compensation and Reimbursement of Expenses for the Period October 1, 2025 through September 24, 2026* [D.I. 1680, I further certify that on November 23, 2026 I caused a copy of the Cozen Fourth Interim Fee Application to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

I further certify that on November 23, 2026 I caused a copy of the Notice of the Cozen Fourth Interim Fee Application to be served via U.S. First Class Mail on the parties identified on the service list attached hereto as Exhibit "B".

Dated: November 23, 2026
Wilmington, Delaware

COZEN O'CONNOR

By: */s/ John T. Carroll, III*

John T. Carroll, III (DE No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
(302) 295-2028 Phone
(302) 295-2013 Fax No.
jcarroll@cozen.com

*Counsel to George L. Miller,*
*Chapter 7 Trustee*