**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.* [1]<br>Debtors. | Case No. 23-10253 (KBO)<br>(Jointly Administered)<br>Chapter 7<br><br>**Related Docket No. ____** |

**ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a Seventh Interim application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file and Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the Application of MCT is granted; and it is further

**ORDERED** that MCT is granted, on an interim basis, compensation in the sum of $194,696.00 for services rendered and $1,172.92 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized and directed to make payment of $195,868.92 to MCT for such allowed compensation and expenses. Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein; and it is further

[1] The Debtors are: Akorn Holding Company LLC, 23-10253, Akorn Intermediate Company LLC, 23-10254 and Akorn Operating Company LLC 23-10255.

**ORDERED** that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.